UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                    Plaintiffs )
                    )
VS. )
                    )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                    Defendants

**ASSENTED TO MOTION FOR EXTENSION OF TIME**

The defendants hereby ask that this Court extend the time within which the defendants must file a responsive pleading to and including February 10, 2005.

As reasons for this motion, counsel for the defendants state that he requires the additional time to obtain the information necessary for the preparation of a responsive

pleading. The defendants have not requested any previous enlargement of time in this matter and the plaintiffs assent to this motion.

Respectfully submitted,<br>
DEFENDANTS,<br>
By their attorneys,<br>
<br>
_____/s/ Leonard H. Kesten_____<br>
Leonard H. Kesten, BBO No. 542042<br>
BRODY, HARDOON, PERKINS & KESTEN, LLP<br>
One Exeter Plaza<br>
Boston, MA 02116<br>
(617) 880-7100

Dated: January 10, 2005

Assented to:
PLAINTIFFS,
By thier attorneys,

/s/ *Andrew M Fischer*
Andrew M. Fischer, BBO #167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
617 423 7904

/s/ *Frederick V. Gilgun, Jr.*
Frederick V. Gilgun, Jr., BBO #551477
NICHOLSON, SRETER & GILGUN, PC
33 Bedford Street, Suite 4
Lexington, MA 02420
781 861 9160