UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
               Plaintiffs )
 )
VS. )
 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
               Defendants

**ASSENTED TO MOTION FOR EXTENSION OF TIME**

The defendants hereby ask that this Court extend the time within which the defendants must file an answer to and including June 6, 2005.

As reasons for this motion, counsel for the defendants state that they require the additional time as there are 22 named police officers and between scheduling conflicts it has been difficult to arrange time to discuss the lengthy details of the allegations in the Complaint. Furthermore, the plaintiff has assented to said motion.

Respectfully submitted,
DEFENDANTS,
By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO No. 542042
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Assented to:
PLAINTIFFS,
By their attorneys,


/s/ Andrew M. Fischer
Andrew M. Fischer, BBO #167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423 7904


/s/ Frederick V. Gilgun
Frederick V. Gilgun, Jr., BBO #551477
NICHOLSON, SRETER & GILGUN, PC
33 Bedford Street, Suite 4
Lexington, MA 02420
(781) 861 9160


Dated: May 20, 2005