UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************************
BRIAN KENNEDY, AND MICHELLE KENNEDY,*
Individually and as mother and next friend of     *
BRIAN KENNEDY, JR., MITCHELL KENNEDY     *
and DYLAN KENNEDY     *
       Plaintiffs     *
VS.     *
TOWN OF BILLERICA, DANIEL C. ROSA, JR.,     *
Individually and as Chief of the Billerica     *
Police Department, JOHN BARRETTO,     *
Individually and as former Chief of the Billerica     *
Police Department, PAUL W. MATTHEWS,     *
Individually and as former Chief of the Billerica     *
Police Department, ROBERT LEE, Individually     *     CIVIL ACTION NO.
and as former Deputy Chief of the Billerica     *     04-CV-12357-PBS
Police Department, THOMAS CONNORS,     *
FRANK A. MACKENZIE, RICHARD     *
RHONSTOCK, ROBERT BAILEY, JOHN     *
ZARRO, MARK TSOUKALAS, TARA     *
CONNORS, MARTIN E. CONWAY,     *
ANDREW DEVITO, RICHARD HOWE,     *
STEVEN ELMORE, WILLIAM MCNULTY,     *
DONALD MACEACHERN, MICHAEL A.     *
CASEY, RICHARD NESTOR, ROBERT     *
BROWN, WILLIAM G. WEST, GREGORY     *
KATZ, GERALD B. ROCHE, BRIAN     *
MICCICHE, WILLIAM MACDONALD,     *
SCOTT PARKER, ALAN MUNN,     *
TIMOTHY F. MCKENNA and JOHN DOE     *
       Defendants     *
*******************************************

JOINT STATEMENT

      Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above named parties have conferred and state as follows:

1. **JOINT DISCOVERY PLAN AND MOTION SCHEDULE:**

The parties propose the following pre-trial schedule:

(a) Automatic document disclosure to be completed on or before September 30, 2005;

(b) Written discovery requests are to be filed by December 30, 2005, and answers/responses are to be filed within the time provided by the rules;

(c) All depositions are to be completed by December 30, 2006, except for expert witnesses;

(d) The plaintiffs' expert witnesses shall be designated by February 28, 2007 and plaintiffs' expert witness report submitted by March 31, 2007. Defendants' expert witnesses shall be designated and defendants' expert witness report submitted by April 30, 2007. Should plaintiffs designate (a) medical expert(s), defendants shall have thirty (30) days thereafter to conduct a Rule 35 medical examination;

(e) All dispositive motions are to be filed by April 30, 2007, and responses are to be filed thirty (30) days thereafter pursuant to Local Rule 7.1;

(f) A final pre-trial conference will be held per order of the Court.

2. Due to the unusual number of defendants, the plaintiffs will need more than ten (10) depositions during the discovery period.

      3. Certifications regarding each party's consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

| Defendants Town of Billerica, et al., by their counsel, | Respectfully submitted, Brian Kennedy, et al , by their counsels, |
|---|---|
| s/ Jeremy Silverfine<br>Jeremy Silverfine, Esquire<br>Brody, Hardoon, Perkins & Kesten, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880-7100 | s/ Andrew M. Fischer<br>Andrew M. Fischer<br>JASON & FISCHER<br>47 Winter Street, 4th Floor<br>Boston, MA 02108<br>(617) 423-7904<br>BB0# 167040<br><br>s/ Frederic Gilgun<br>Frederick V. Gilgun Jr. , Esq.<br>Nicholson Sreter & Gilgun,PC<br>33 Bedford Street, Ste. 4<br>Lexington, MA 02420<br>(781) 861-9190 |

kennedy\jointstat