UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Brian Kennedy, et al
Plaintiff,

V.

Town of Billerica, et al
Defendant.

Civil Action Number
04-12357-PBS

July 12, 2005

## SCHEDULING ORDER

Saris, D.J.,

No more than 40 depositions per side.

Fact Discovery deadline: 2/28/06

Summary Judgment Motion filing deadline: 4/1/06

Opposition to Summary Judgment Motions: 4/15/06

Hearing on Summary Judgment or Pretrial Conference: 5/17/06 at 2:00 p.m.

Case to be referred to Mediation program: November, 2005

By the Court,

/s/ Robert C. Alba
Deputy Clerk