# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

September 27, 2005

The Honorable Marianne B. Bowler
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Kennedy v. Billerica, C.A. 04-CV-12357-PBS

Dear Judge Bowler:

We are in receipt of the court's notice for ADR conference presently scheduled for November 2, 2005 at 10 a.m. The parties have, per suggestion of Judge Saris, noticed the depositions of several key witnesses and parties in this case. These depositions are presently scheduled for the month of November. As such, may I suggest that the ADR conference be continued to mid-December or early January so that we can better evaluate the issues in this case prior to the ADR.

Kindly advise. Thank you.

Very truly yours,

Jeremy I. Silverfine

JIS: jj
cc: Andrew Fischer, Esq.
    Fred Gilgun, Esq.