UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                       Plaintiffs )
 )
 )
VS. )
 )
 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                    Defendants

## CERTIFICATION PURSUANT TO RULE 16.1

      We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

Town of Billerica by
Rocco Longo,
Town Administrator

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,      )
Individually and as mother and next friend of    )
BRIAN KENNEDY, Individually and as mother and   )
next friend of BRIAN KENNEDY, JR.,               )
                              Plaintiffs         )
                                                 )
VS.                                              )
                                                 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.           )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the   )
Billerica Police Department, PAUL W. MATTHEWS,   )
Individually and as former Chief of the Billerica Police   )
Department, ROBERT LEE, Individually and as former   )
Deputy Chief of the Billerica Police Department, THOMAS   )
CONNORS, FRANK A. MACKENZIE, RICHARD            )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK      )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,      )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,             )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT        )
BROWN, WILLIAM G. WEST, GREGORY KATZ,           )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM        )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY       )
F. MCKENNA AND JOHN DOE,                         )
                              Defendants

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

_John Barretto_
John Barretto

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

_August 14, 2005_
Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,                    )
Individually and as mother and next friend of          )
BRIAN KENNEDY, Individually and as mother and          )
next friend of BRIAN KENNEDY, JR.,                     )
                                    Plaintiffs          )
                                                       )
VS.                                                    )
                                                       )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.                 )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,         )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former     )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD                   )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK             )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,            )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,                    )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT               )
BROWN, WILLIAM G. WEST, GREGORY KATZ,                  )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM               )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY              )
F. MCKENNA AND JOHN DOE,                               )
                                    Defendants

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

Robert Bailey

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: Aug 25 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,       )
Individually and as mother and next friend of    )
BRIAN KENNEDY, Individually and as mother and  )
next friend of BRIAN KENNEDY, JR.,               )
                                    Plaintiffs       )
                                                )
                                                )
VS.                                             )
                                                )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.        )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the  )
Billerica Police Department, PAUL W. MATTHEWS,  )
Individually and as former Chief of the Billerica Police  )
Department, ROBERT LEE, Individually and as former  )
Deputy Chief of the Billerica Police Department, THOMAS  )
CONNORS, FRANK A. MACKENZIE, RICHARD         )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK  )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,  )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,          )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT     )
BROWN, WILLIAM G. WEST, GREGORY KATZ,        )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM     )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY    )
F. MCKENNA AND JOHN DOE,                      )
                                    Defendants

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a
budget for the costs of conducting the full course--and various alternative
courses-- of the litigation, and to consider the resolution of the litigation through
the use of alternative dispute resolution programs.

Respectfully submitted,

_Robert B._
Robert Brown

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:    09-09- 05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,              )
Individually and as mother and next friend of          )
BRIAN KENNEDY, Individually and as mother and    )
next friend of BRIAN KENNEDY, JR.,                        )
                                        Plaintiffs                        )
                                                                              )
VS.                                                                          )
                                                                              )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.            )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,  )
Individually and as former Chief of the Billerica Police  )
Department, ROBERT LEE, Individually and as former  )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD           )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,          )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT     )
BROWN, WILLIAM G. WEST, GREGORY KATZ,           )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM      )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY  )
F. MCKENNA AND JOHN DOE,                                   )
                                        Defendants

## CERTIFICATION PURSUANT TO RULE 16.1

     We hereby certify that we have conferred with a view to establishing a
budget for the costs of conducting the full course--and various alternative
courses-- of the litigation, and to consider the resolution of the litigation through
the use of alternative dispute resolution programs.

Respectfully submitted,

_(signature)_
Michael A. Casey

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,  )
Individually and as mother and next friend of  )
BRIAN KENNEDY, Individually and as mother and  )
next friend of BRIAN KENNEDY, JR.,  )
                        Plaintiffs  )
                                      )
VS.  )
                                        )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.  )
Individually and as Chief of the Billerica Police Department,  )
JOHN BARRETTO, Individually and as former Chief of the  )
Billerica Police Department, PAUL W. MATTHEWS,  )
Individually and as former Chief of the Billerica Police  )
Department, ROBERT LEE, Individually and as former  )
Deputy Chief of the Billerica Police Department, THOMAS  )
CONNORS, FRANK A. MACKENZIE, RICHARD  )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK  )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,  )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,  )
WILLIAM MCNULTY, DONALD MACEACHERN,  )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT  )
BROWN, WILLIAM G. WEST, GREGORY KATZ,  )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM  )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY  )
F. MCKENNA AND JOHN DOE,  )
                         Defendants

## CERTIFICATION PURSUANT TO RULE 16.1

      We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                           Respectfully submitted,

_Thomas Connors_
Thomas Connors

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,              )
Individually and as mother and next friend of    )
BRIAN KENNEDY, Individually and as mother and    )
next friend of BRIAN KENNEDY, JR.,               )
                            Plaintiffs                )
                                                )
VS.                                              )
                                                )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.           )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,   )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD             )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK       )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,       )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,      )
WILLIAM MCNULTY, DONALD MACEACHERN,              )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT         )
BROWN, WILLIAM G. WEST, GREGORY KATZ,            )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM         )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY        )
F. MCKENNA AND JOHN DOE,                         )
                          Defendants

## CERTIFICATION PURSUANT TO RULE 16.1

     We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                         Respectfully submitted,

_(signature)_
Martin E. Conway

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 9/9/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,  )
Individually and as mother and next friend of  )
BRIAN KENNEDY, Individually and as mother and  )
next friend of BRIAN KENNEDY, JR.,  )
                              Plaintiffs  )
                                          )

VS.  )
                                          )

TOWN OF BILLERICA, DANIEL C. ROSA, JR.  )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the  )
Billerica Police Department, PAUL W. MATTHEWS,  )
Individually and as former Chief of the Billerica Police  )
Department, ROBERT LEE, Individually and as former  )
Deputy Chief of the Billerica Police Department, THOMAS  )
CONNORS, FRANK A. MACKENZIE, RICHARD  )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK  )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,  )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,  )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT  )
BROWN, WILLIAM G. WEST, GREGORY KATZ,  )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM  )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY  )
F. MCKENNA AND JOHN DOE,  )
                            Defendants

## **CERTIFICATION PURSUANT TO RULE 16.1**

       We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                          Respectfully submitted,

_Steven Elmore_ (signature)
Steven Elmore

                       /s/ Jeremy I. Silverfine
                       Jeremy I. Silverfine, BBO No. 542779
                       BRODY, HARDOON, PERKINS & KESTEN, LLP
                       One Exeter Plaza
                       Boston, MA 02116
                       (617) 880-7100

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,       )
Individually and as mother and next friend of       )
BRIAN KENNEDY, Individually and as mother and       )
next friend of BRIAN KENNEDY, JR.,       )
                              Plaintiffs       )
                                           )

VS.       )
                                           )

TOWN OF BILLERICA, DANIEL C. ROSA, JR.       )
Individually and as Chief of the Billerica Police Department,  )
JOHN BARRETTO, Individually and as former Chief of the       )
Billerica Police Department, PAUL W. MATTHEWS,       )
Individually and as former Chief of the Billerica Police       )
Department, ROBERT LEE, Individually and as former       )
Deputy Chief of the Billerica Police Department, THOMAS       )
CONNORS, FRANK A. MACKENZIE, RICHARD       )
RHONSTOCK, ROBERT BAILEY, JOHN ZARRO, MARK       )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,       )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,  )
WILLIAM MCNULTY, DONALD MACEACHERN,       )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT       )
BROWN, WILLIAM G. WEST, GREGORY KATZ,       )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM       )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY       )
F. MCKENNA AND JOHN DOE,       )
                            Defendants

## CERTIFICATION PURSUANT TO RULE 16.1

      We hereby certify that we have conferred with a view to establishing a
budget for the costs of conducting the full course--and various alternative
courses-- of the litigation, and to consider the resolution of the litigation through
the use of alternative dispute resolution programs.

                                     Respectfully submitted,

_Richard Howe_
Richard Howe

                                     /s/ Jeremy I. Silverfine
                                   Jeremy I. Silverfine, BBO No. 542779
                                   BRODY, HARDOON, PERKINS & KESTEN, LLP
                                   One Exeter Plaza
                                   Boston, MA 02116
                                   (617) 880-7100

Dated: 9/13/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,           )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR.,            )
                              Plaintiffs      )
                                              )
VS.                                           )
                                              )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.        )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD          )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK    )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,    )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,   )
WILLIAM MCNULTY, DONALD MACEACHERN,           )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT      )
BROWN, WILLIAM G. WEST, GREGORY KATZ,         )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM      )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY     )
F. MCKENNA AND JOHN DOE,                      )
                              Defendants      )

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a
budget for the costs of conducting the full course--and various alternative
courses-- of the litigation, and to consider the resolution of the litigation through
the use of alternative dispute resolution programs.

Respectfully submitted,

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Gregory Katz

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,                    )
Individually and as mother and next friend of         )
BRIAN KENNEDY, Individually and as mother and         )
next friend of BRIAN KENNEDY, JR.,                    )
                                Plaintiffs    )
                                                      )
VS.                                                    )
                                                      )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.                 )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,        )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former    )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD                  )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK            )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,            )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,           )
WILLIAM MCNULTY, DONALD MACEACHERN,                   )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT              )
BROWN, WILLIAM G. WEST, GREGORY KATZ,                 )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM              )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY             )
F. MCKENNA AND JOHN DOE,                              )
                            Defendants

**CERTIFICATION PURSUANT TO RULE 16.1**

     We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

_Donald MacEachern_

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                            Plaintiffs )
                                    )
                                    )
VS. )
                                    )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                            Defendants

## CERTIFICATION PURSUANT TO RULE 16.1

    We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                Respectfully submitted,

_Frank MacK._
_____
Frank A. MacKenzie

                        /s/ Jeremy I. Silverfine
                        _____
                        Jeremy I. Silverfine, BBO No. 542779
                        BRODY, HARDOON, PERKINS & KESTEN, LLP
                        One Exeter Plaza
                        Boston, MA 02116
                        (617) 880-7100

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,　　　　　)
Individually and as mother and next friend of　　　　　　)
BRIAN KENNEDY, Individually and as mother and　　　)
next friend of BRIAN KENNEDY, JR.,　　　　　　　　　)
　　　　　　　　　　　　　　　Plaintiffs　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
VS.　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
TOWN OF BILLERICA, DANIEL C. ROSA, JR.　　　　　　)
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the　)
Billerica Police Department, PAUL W. MATTHEWS,　　　　)
Individually and as former Chief of the Billerica Police　　)
Department, ROBERT LEE, Individually and as former　　　)
Deputy Chief of the Billerica Police Department, THOMAS　)
CONNORS, FRANK A. MACKENZIE, RICHARD　　　　　　)
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK　　)
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,　　)
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,　　　　　)
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT　　　　)
BROWN, WILLIAM G. WEST, GREGORY KATZ,　　　　　)
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM　　　　)
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY　　)
F. MCKENNA AND JOHN DOE,　　　　　　　　　　　　)
　　　　　　　　　　　　　　Defendants

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a
budget for the costs of conducting the full course--and various alternative
courses-- of the litigation, and to consider the resolution of the litigation through
the use of alternative dispute resolution programs.

Respectfully submitted,

_____　　　/s/ Jeremy I. Silverfine
Paul W. Matthews　　　　　　　　　　Jeremy I. Silverfine, BBO No. 542779
　　　　　　　　　　　　　　　　　　BRODY, HARDOON, PERKINS & KESTEN, LLP
　　　　　　　　　　　　　　　　　　One Exeter Plaza
　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　(617) 880-7100

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,    )
Individually and as mother and next friend of    )
BRIAN KENNEDY, Individually and as mother and    )
next friend of BRIAN KENNEDY, JR.,    )
          Plaintiffs    )
        )
VS.    )
        )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.    )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the    )
Billerica Police Department, PAUL W. MATTHEWS,    )
Individually and as former Chief of the Billerica Police    )
Department, ROBERT LEE, Individually and as former    )
Deputy Chief of the Billerica Police Department, THOMAS    )
CONNORS, FRANK A. MACKENZIE, RICHARD    )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK    )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,    )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,    )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT    )
BROWN, WILLIAM G. WEST, GREGORY KATZ,    )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM    )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY    )
F. MCKENNA AND JOHN DOE,    )
          Defendants

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

_____
Alan Munn

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 9/8/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,　　　　)
Individually and as mother and next friend of　　　　)
BRIAN KENNEDY, Individually and as mother and　　)
next friend of BRIAN KENNEDY, JR.,　　　　　　　　)
　　　　　　　　　　　　　　Plaintiffs　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
VS.　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
TOWN OF BILLERICA, DANIEL C. ROSA, JR.　　　　　)
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the　)
Billerica Police Department, PAUL W. MATTHEWS,　　　)
Individually and as former Chief of the Billerica Police　)
Department, ROBERT LEE, Individually and as former　)
Deputy Chief of the Billerica Police Department, THOMAS　)
CONNORS, FRANK A. MACKENZIE, RICHARD　　　　)
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK　)
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,　)
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,　　　)
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT　)
BROWN, WILLIAM G. WEST, GREGORY KATZ,　　　)
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM　)
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY　)
F. MCKENNA AND JOHN DOE,　　　　　　　　　　)
　　　　　　　　　　　　　　Defendants

## CERTIFICATION PURSUANT TO RULE 16.1

　　　We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

　　　　　　　　　　　　　　Respectfully submitted,

_Richard Nestor_
Richard Nestor

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:    9/9/05

UNITED STATES DISTRI
DISTRICT OF MASSAC

*eventually all w/
to be filed w/
CT. T+*

CIVIL

BRIAN KENNEDY AND MICHELLE KENNEI
Individually and as mother and next friend of
BRIAN KENNEDY, Individually and as mothe
next friend of BRIAN KENNEDY, JR.,
                                    Plaintiffs

VS.                                                        )
                                                           )
                                                           )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.                     )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the     )
Billerica Police Department, PAUL W. MATTHEWS,             )
Individually and as former Chief of the Billerica Police   )
Department, ROBERT LEE, Individually and as former         )
Deputy Chief of the Billerica Police Department, THOMAS    )
CONNORS, FRANK A. MACKENZIE, RICHARD                       )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK                 )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,                 )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,                )
WILLIAM MCNULTY, DONALD MACEACHERN,                        )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT                   )
BROWN, WILLIAM G. WEST, GREGORY KATZ,                      )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM                   )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY                  )
F. MCKENNA AND JOHN DOE,                                   )
                                    Defendants

**CERTIFICATION PURSUANT TO RULE 16.1**

         We hereby certify that we have conferred with a view to establishing a
budget for the costs of conducting the full course--and various alternative
courses-- of the litigation, and to consider the resolution of the litigation through
the use of alternative dispute resolution programs.

                          Respectfully submitted,


_Scott Parker_                        /s/ Jeremy I. Silverfine
Scott Parker                          Jeremy I. Silverfine, BBO No. 542779
                                      BRODY, HARDOON, PERKINS & KESTEN, LLP
                                      One Exeter Plaza
                                      Boston, MA 02116
                                      (617) 880-7100

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,  )
Individually and as mother and next friend of  )
BRIAN KENNEDY, Individually and as mother and  )
next friend of BRIAN KENNEDY, JR.,  )
                             Plaintiffs  )
  )
VS.  )
  )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.  )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the  )
Billerica Police Department, PAUL W. MATTHEWS,  )
Individually and as former Chief of the Billerica Police  )
Department, ROBERT LEE, Individually and as former  )
Deputy Chief of the Billerica Police Department, THOMAS  )
CONNORS, FRANK A. MACKENZIE, RICHARD  )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK  )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,  )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,  )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT  )
BROWN, WILLIAM G. WEST, GREGORY KATZ,  )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM  )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY  )
F. MCKENNA AND JOHN DOE,  )
                         Defendants  )

## CERTIFICATION PURSUANT TO RULE 16.1

      We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                          Respectfully submitted,

_Gerald B. Roche_
Gerald B. Roche

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,　　　　　)
Individually and as mother and next friend of　　　　　)
BRIAN KENNEDY, Individually and as mother and　　　)
next friend of BRIAN KENNEDY, JR.,　　　　　　　　)
　　　　　　　　　　　　　　Plaintiffs　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
VS.　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
TOWN OF BILLERICA, DANIEL C. ROSA, JR.　　　　　)
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,　　　)
Individually and as former Chief of the Billerica Police　　)
Department, ROBERT LEE, Individually and as former　　)
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD　　　　　)
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK　)
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,　　　　)
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT　　　)
BROWN, WILLIAM G. WEST, GREGORY KATZ,　　　　)
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM　　　)
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY　)
F. MCKENNA AND JOHN DOE,　　　　　　　　　　　)
　　　　　　　　　　　　　　Defendants

## **CERTIFICATION PURSUANT TO RULE 16.1**

　　　　We hereby certify that we have conferred with a view to establishing a
budget for the costs of conducting the full course--and various alternative
courses-- of the litigation, and to consider the resolution of the litigation through
the use of alternative dispute resolution programs.

　　　　　　　　　　　　　　　　Respectfully submitted,

_____　　　　/s/ Jeremy I. Silverfine
Daniel C. Rosa, Jr.　　　　　　　　Jeremy I. Silverfine, BBO No. 542779
　　　　　　　　　　　　　　　　BRODY, HARDOON, PERKINS & KESTEN, LLP
　　　　　　　　　　　　　　　　One Exeter Plaza
　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　(617) 880-7100

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,                    )
Individually and as mother and next friend of          )
BRIAN KENNEDY, Individually and as mother and          )
next friend of BRIAN KENNEDY, JR.,                     )
                                   Plaintiffs                    )
                                                                  )
VS.                                                    )
                                                       )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.                 )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,        )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former    )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD                  )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK            )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,            )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,           )
WILLIAM MCNULTY, DONALD MACEACHERN,                   )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT              )
BROWN, WILLIAM G. WEST, GREGORY KATZ,                 )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM              )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY             )
F. MCKENNA AND JOHN DOE,                              )
                                Defendants

## CERTIFICATION PURSUANT TO RULE 16.1

     We hereby certify that we have conferred with a view to establishing a
budget for the costs of conducting the full course--and various alternative
courses-- of the litigation, and to consider the resolution of the litigation through
the use of alternative dispute resolution programs.

Respectfully submitted,

_Tara M Connors_
Tara Connors

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:  8/30/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,          )
Individually and as mother and next friend of          )
BRIAN KENNEDY, Individually and as mother and          )
next friend of BRIAN KENNEDY, JR.,          )
                              Plaintiffs          )
                                                             )
                                                             )
VS.                                                          )
                                                             )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.          )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the          )
Billerica Police Department, PAUL W. MATTHEWS,          )
Individually and as former Chief of the Billerica Police          )
Department, ROBERT LEE, Individually and as former          )
Deputy Chief of the Billerica Police Department, THOMAS          )
CONNORS, FRANK A. MACKENZIE, RICHARD          )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK          )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,          )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,          )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT          )
BROWN, WILLIAM G. WEST, GREGORY KATZ,          )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM          )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY          )
F. MCKENNA AND JOHN DOE,          )
                              Defendants

**CERTIFICATION PURSUANT TO RULE 16.1**

     We hereby certify that we have conferred with a view to establishing a
budget for the costs of conducting the full course--and various alternative
courses-- of the litigation, and to consider the resolution of the litigation through
the use of alternative dispute resolution programs.

Respectfully submitted,

_Mark Tsoukalas_
Mark Tsoukalas

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:   9-7-05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,                           )
Individually and as mother and next friend of                )
BRIAN KENNEDY, Individually and as mother and                )
next friend of BRIAN KENNEDY, JR.,                           )
                             Plaintiffs    )
                                                             )
VS.                                                           )
                                                             )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.                        )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the        )
Billerica Police Department, PAUL W. MATTHEWS,                )
Individually and as former Chief of the Billerica Police      )
Department, ROBERT LEE, Individually and as former            )
Deputy Chief of the Billerica Police Department, THOMAS       )
CONNORS, FRANK A. MACKENZIE, RICHARD                          )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK                    )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,                    )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,                   )
WILLIAM MCNULTY, DONALD MACEACHERN,                           )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT                      )
BROWN, WILLIAM G. WEST, GREGORY KATZ,                         )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM                      )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY                     )
F. MCKENNA AND JOHN DOE,                                      )
                            Defendants

## **CERTIFICATION PURSUANT TO RULE 16.1**

       We hereby certify that we have conferred with a view to establishing a
budget for the costs of conducting the full course--and various alternative
courses-- of the litigation, and to consider the resolution of the litigation through
the use of alternative dispute resolution programs.

Respectfully submitted,

William G. West

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 18 AUG 05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,  )
Individually and as mother and next friend of  )
BRIAN KENNEDY, Individually and as mother and  )
next friend of BRIAN KENNEDY, JR.,  )
                            Plaintiffs  )
  )
VS.  )
  )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.  )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the  )
Billerica Police Department, PAUL W. MATTHEWS,  )
Individually and as former Chief of the Billerica Police  )
Department, ROBERT LEE, Individually and as former  )
Deputy Chief of the Billerica Police Department, THOMAS  )
CONNORS, FRANK A. MACKENZIE, RICHARD  )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK  )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,  )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,  )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT  )
BROWN, WILLIAM G. WEST, GREGORY KATZ,  )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM  )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY  )
F. MCKENNA AND JOHN DOE,  )
                        Defendants

## CERTIFICATION PURSUANT TO RULE 16.1

      We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

_/s/ Jeremy I. Silverfine_

Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

John Zarro

Dated: 6/29/05