UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
BRIAN KENNEDY, AND MICHELLE KENNEDY,      *
Individually and as mother and next friend of   *
BRIAN KENNEDY, JR., MITCHELL KENNEDY      *
and DYLAN KENNEDY,                         *
                                           *
            Plaintiffs                     *   C.A. NO. 04-CV-12357-PBS
                                           *
v.                                         *
                                           *
TOWN OF BILLERICA, ET AL.,                 *
                                           *
            Defendants                     *
*********************************
```

PLAINTIFF'S RULE 16.1(D)(3) CERTIFICATE

Plaintiffs hereby submits, pursuant to LR 16.1(D)(3), a certificate that they and their counsel have conferred:

    a)    with a view to establishing a budget for the costs of conducting the full course, and various alternative courses of litigation; and

    b)    to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.


/s/ Brian Kennedy
Brian Kennedy                                                                     Respectfully submitted,
                                                                                 Plaintiffs by counsel

/s/ Michelle Kennedy
Michelle Kennedy

Date: November 10, 2005                                    /s/ Andrew M. Fischer
                                                                               Andrew M. Fischer
                                                                                BB0# 167040
                                                                                JASON & FISCHER
                                                                                 47 Winter Street
                                                                                 Boston, MA 02108
                                                                                 (617) 423-7904
                                                                                 afischer@jasonandfischer.com

<u>CERTIFICATE OF SERVICE</u>

      I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the parties by mailing a copy, first class, postage prepaid to Jeremy Silverfine, Esquire, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116 and Frederick V. Gilgun Jr. , Esq., Nicholson Sreter & Gilgun, PC, 33 Bedford Street, Ste. 4, Lexington, MA 02420.

| | |
|---|---|
| Date: November 10, 2005 | <u>/s/ Andrew M. Fischer</u><br>Andrew M. Fischer |

kennedy\rule16cert