# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

December 19, 2005

The Honorable Marianne B. Bowler
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:    Kennedy v. Town of Billerica
       C.A. 04-CV-12357-PBS

Dear Judge Bowler:

The parties in the above-referenced matter are presently scheduled for an ADR conference on Wednesday, January 4, 2006. We have been attempting to take the depositions of several key witnesses and parties in this case but due to scheduling conflicts and other issues we will not be able to complete this initial stage prior to January 4th. May we suggest that the ADR conference be continued until mid-February to allow us to complete these initial depositions as ordered by the Court.

Kindly advise. Thank you.

Very truly yours,

BRODY, HARDOON, PERKINS & KESTEN, LLP

Jeremy I. Silverfine

JIS: jj
cc: Andrew Fischer, Esq.
    Fred Gilgun, Esq.