UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Brian Kennedy, et al.__
        **Plaintiff**

V.        CIVIL CASE NO. __04-12357-PBS__

__Town of Bellerica, et al.__
        **Defendant**

## NOTICE AND ORDER

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for __a Mediation Hearing__ on __March 7, 2006__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom # __25__.

All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential mediation briefs are required to be submitted to the court via Facsimile at (617) 204-5833 at least 48 hours prior to the hearing.

                                                SARAH A. THORNTON,
                                                CLERK OF COURT

__2/8/2006__                          By: __/s/ Marc K. Duffy__
  Date                                              Deputy Clerk

(ADR NOTICE.wpd - 3/7/2005)