**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

  Brian Kennedy, et al.
            Plaintiffs

          V.

  Town of Billerica, et al.
            Defendants

CIVIL ACTION
NO.    04-12357-PBS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE     Saris

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]   On _____ I held the following ADR proceeding:

      _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION
      _____ MEDIATION     _____ SUMMARY BENCH / JURY TRIAL
      _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

  All parties were represented by counsel [except _____].
  The parties were present in person, or by an authorized officer. [except_____].
  The case was:

[ ]   Settled. Your clerk should enter a _____ day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ x ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list. A MEDIATION HEARING WAS SCHEDULED BUT NOT HELD, THE PARTIES REPORTED THAT SUCH A HEARING WOULD BE FRUITLESS.

[ ]   Suggested strategy to facilitate settlement:

      03/07/2006                                 Marianne B. Bowler, USMJ
          DATE                                         ADR Provider

(ADR Report (Kennedy).wpd - 4/12/2000)                                            [adrrpt.]