UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                             Plaintiffs )
                                                                           )
VS. )
     )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                             Defendants

**MOTION FOR NEW SCHEDULING ORDER**

The defendants hereby ask that this Court enter a new scheduling order and extend the time within which the parties defendants must complete discovery for 90 days (up to and including July 10, 2006).

As reasons for this motion, counsel for the defendants states that the original scheduling order had discovery ending on February 28, 2006. The parties were ordered by this Court to attend a mediation hearing before Magistrate Bowler. Said mediation hearing on March 7, 2006 did not result in settlement of this matter. As the initial

discovery period, per the Court's scheduling order, has ended without completion of discovery, the defendants require additional time to complete appropriate depositions and discovery and a corresponding enlargement of time to file dispositive motions.

          Respectfully submitted,
          DEFENDANTS,
          By their attorneys,

          /s/ Jeremy Silverfine
          Jeremy Silverfine, BBO No. 542779
          Leonard H. Kesten, BBO No. 542042
          BRODY, HARDOON, PERKINS & KESTEN, LLP
          One Exeter Plaza
          Boston, MA 02116
          (617) 880-7100

Dated: April 10, 2006