UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Brian Kennedy, et al
        Plaintiff(s),        CIVIL ACTION
                                        NO.  04-11824-PBS
    v.

Town of Billerica, et al
        Defendant(s).

**NOTICE OF RESCHEDULED CONFERENCE**

SARIS, U.S.D.J.                                                        May 9, 2006

      The Pretrial Conference previously scheduled for May 15, 2006, at 4:00 p.m. has been **rescheduled** to **May 15, 2006, at 9:00 a.m.**

**NOTE: Change is to time only.**

                                                                        By the Court,

                                                                   /s/ Robert C. Alba
                                                                  Deputy Clerk

Copies to:  All Counsel

resched.ntc