UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Brian Kennedy, et al
        Plaintiffs,        CIVIL ACTION
                                  NO.   04-12357-PBS
    v.

Town of Billerica, et al
        Defendants.

## NOTICE OF RESCHEDULED PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                    May 10, 2006

     The Pretrial Conference previously rescheduled May 15, 2006, has been further **rescheduled** to **May 22, 2006, at 10:30 a.m.**

                                        By the Court,

                                         /s/ Robert C. Alba
                                        Deputy Clerk

Copies to:  All Counsel

resched.ntc