# JASON AND FISCHER

ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617) 423-7904
FAX. (617) 451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER

December 8, 2005

**BY FACSIMILE AND U.S. MAIL**

Roland Boucher, Principal
Marshall Middle School
15 Floyd Street
Billerica, MA 01821

Re:   Michelle Kennedy and Mitchell Kennedy

Dear Mr. Boucher:

I represent Michelle Kennedy, her husband and children. Ms. Kennedy has received a notice from you that she is not permitted to enter upon any Billerica public school building without first obtaining written consent from the Superintendent of Schools or the principal of the school she plans to visit. She does not understand why she received this letter. Her son Mitchell, who attends Billerica High School, has received a similar notice. Does this mean he is expelled from school?

Ms. Kennedy has been given no explanation for this strange notice. However, if this notice is valid, it severely impairs her ability to parent her son, Dylan, who attends the Marshall Middle School, as it interferes with her ability to drop off her son, pick him up, enter the school building to speak with or meet with a teacher or conduct other business at the school as a concerned parent.

Please provide an explanation for this strange "stay away" order. If Ms. Kennedy or her son Mitchell has done anything to warrant such punishment, please inform me of the alleged misconduct and provide me with the school's policy and procedure for contesting the allegations.

Your prompt reply is requested, as time is of the essence.

Yours truly,

Andrew M. Fischer

AMF:ms

cc:   Robert Calabrese, Superintendent of Schools
Daniel Rosa, Chief of Police
Jeremy Silverfine. Esq.
Michelle Kennedy

kennedy/ltboucher