**JASON AND FISCHER**

ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617) 423-7904
FAX. (617) 451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER

November 8, 2005

Jeremy Silverfine, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Re:   Brian Kennedy, et al v. Town of Billerica, et al

Dear Mr. Silverfine:

      Please be advised that on the evening following the depositions of Deputy Chief Connors, Officer Tsoukalas and two fellow officers, cruised passed the Kennedys' residence in Lowell in a Billerica detective's car and made their presence known by delivering a salute with the middle finger. We consider this further and ongoing acts of harassment, threats, and intimidation by your clients. Please take appropriate efforts to see that such behavior ceases.

                                         Yours truly,

                                         Andrew M. Fischer

AMF:ms

cc:   Fred Gilgun, Esquire
       Brian and Michelle Kennedy

kennedy\ltsilverfine5