UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
********************************************
```
BRIAN KENNEDY, et al                    *
                                        *
              Plaintiffs                *
                                        *
v.                                      *   Civil Action no. 04-12357 - PBS
                                        *
TOWN OF BILLERICA, et al                *
                                        *
              Defendants                *
```
********************************************
```

## AFFIDAVIT OF DEBORAH GRAINGER

I, Deborah Grainger, under oath and based upon my own personal knowledge do hereby depose and state as follows:

1. For a period of approximately twenty years during the 1980s and 1990s I worked as a waitress at the Concord Shores, a bar in Billerica, Massachusetts.

2. During the time that I worked at the Concord Shores I became friendly with several Billerica police officers, including officers Martin Conway, Steven Elmore, Richard Nestor and William MacDonald.

3. Many Billerica Police officers including Frank MacKenzie, Steven Elmore, Martin Conway, Richard Nestor, and William MacDonald frequented the Concord Shores when they were off duty.

4. On several occasions while working at Concord Shores I observed Billerica Police officers beat individuals during an arrest and continue to beat them after they had been handcuffed.

5. On more than one occasion I heard a Billerica Police officer say to an individual prior to beating them: "What do you got?  You puke.  I got a badge."

6. Through my friendship with numerous Billerica Police officers I was aware that many Billerica Police officers were having extra marital affairs. I was involved in such an extra marital affair with Martin Conway.

7. Sometime in the early 1990s I recall an incident which took place at the Concord Shores in which Brian Kennedy was assaulted by an individual, whom I later learned to be Paul Parent.

8. Leading up to this incident I had observed for a couple of months that Officer Frank MacKenzie was giving Brian Kennedy a hard time.

9. On the evening of the incident involving Brian Kennedy and Paul Parent I was working as a waitress and was training a new employee. That evening Police Officer Loranger was working a detail at the Concord Shores. During the evening I noticed Frank MacKenzie, Stephen Elmore and a couple of other off duty Billerica Police Officers come into the Concord Shores with an individual whom I had never seen before but later learned to be Paul Parent. Mr. Parent and the off duty police officers lined up against the dry bar. I was standing very close to the off duty police officers and I sensed that something was going to happen by the way the officers were acting. At one point I observed Paul Parent dive across a table and tackle Brian Kennedy, who had his back to Mr. Parent. Mr. Parent proceeded to beat Mr. Kennedy while the off duty Billerica Police officers stood by and did nothing to intervene. During the beating Officer Loranger was no where to be found.

10. It is my opinion that Mr. Kennedy was set up that evening by members of the Billerica Police Department and that they brought Mr. Parent with them for the purpose of beating Mr. Kennedy.

11.     Following the incident I was called to the Billerica Police Station to provide a statement in connection with the incident.  I was taken into a room filled with police officers who all sat on one side of the table across from me.  I was interrogated by a high ranking police officer and felt that the presence of such a large number of police officers in the room was an attempt to intimidate me.  From the questions and the way they were being asked I felt that the Billerica Police Department was attempting to defend Mr. Parent and shift the blame of the incident to Brian Kennedy.

12.     Sometime after I had given the statement I was approached by a Billerica Police officer who informed me that I had been on the "shit list" up until the time that I gave the statement to the police.  From this I inferred that the Billerica Police Department was concerned that I might testify that the off duty police officers were involved in the Paul Parent assault.  During the interrogation at the Billerica Police Department I was never asked about the involvement of the off duty police officers who were present that evening and therefore did not say anything about them.

Signed under the pains and penalties of perjury this          day of June, 2006.


Deborah Grainger