UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BRIAN KENNEDY, et al                                  \*
                                                      \*
            Plaintiffs                                \*
                                                      \*
v.                                                    \*   Civil Action no. 04-12357 - PBS
                                                      \*
TOWN OF BILLERICA, et al                              \*
                                                      \*
            Defendants                                \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF MICHELLE KENNEDY IN SUPPORT OF PLAINTIFFS' MOTION FOR RESTRAINING ORDER

I, Michelle Kennedy, do hereby affirm and attest as follows:

1. My name is Michelle Kennedy and I am a plaintiff in the above captioned case. In that capacity I have personal knowledge of each of the facts attested to herein.

2. I reside with my husband, Brian, and our three sons, Brian, Jr., Mitchell and Dylan residence, at 1248 Gorham Street in Lowell.

3. We moved there last year, as we could no longer tolerate the harassment from the defendant Billerica police officers in this case. Before that, Billerica had been home for Brian and me for all our lives.

4. We tried to keep our new address secret, but the defendants have discovered where we live and defendant Mark Tsoukalas has come to our Lowell home several times now, since he and defendant Thomas Connors, with two other Billerica police officers, drove past our new home in Lowell in a Billerica Police Department car on November 1, 2005, the night after defendant Connors' deposition, making their presence known in a menacing way, then "saluting" the plaintiffs with his middle finger.

5. This frightened me because I did not think that he or the other defendants knew where we had moved in Lowell.

6. Most recently, defendant Tsoukalas drove past the our home on Friday evening, May 26, 2006, at approximately 8:00 pm, with another, unidentified individual in a gray pickup truck. When defendant Tsoukalas saw me, he made a threatening gesture, then extended his arm out of the window and extended his middle finger to me.

7. Before that, defendant Tsoukalas approached me on April 24, 2006, as I was picking up my son, Dylan, from school. Our three sons still attend Billerica public schools, but I have been ordered to stay away from the middle school Dylan attends, so I have found a secluded spot near the school where I pick up my son Dylan.

8. On April 24, I was waiting for Dylan when I was surprised by defendant Tsoukalas swerving a car in front of me, and cutting me off as I started to leave with Dylan. Defendant Tsoukalas then yelled at her "What's the matter? You can't go near the school?"

9. We moved from Billerica to get away from many years of harassment by the defendants in this case. My husband has had his pickup truck firebombed and has been beaten up by thugs who we know were sent to beat him by the defendant Billerica police officers. The last time this happened they broke his ankle and he was out of work for many months. We were finally scared out of Billerica and now I am scared that the defendant Billerica police officers are following us to Lowell to continue to hurt us.

10. I am afraid that defendant Tsoukalas was near our home in Lowell to point out where we lived to the other man in the car with him, to send him or some other third party to do damage or harm to my husband or my sons.

11. We have endured a history of intimidation, threats, beatings, multiple stops and, literally, dozens of arrests and other acts of harassment that began in late 1991, after I rejected the sexual advances of defendant Frank McKenzie and told his wife about these sexual advances.

12. Shortly after I told Mrs. McKenzie, my husband's pickup truck was firebombed while parked in our driveway.

13. Next my husband Mr. Kennedy was attacked and beaten in a local pub while several of the defendant police officers, including defendants McKenzie, Nestor, Elmore and McDonald, off duty at the time, stood and watched.

14. This kind of harassment and attacks continued until my husband was attacked and his ankle broken two years ago.

15. We thought this would stop when we moved out of Billerica, but it now appears that it has not.

16. My husband, Brian, had rented rooms in a house owned by Ray Trainer, our frind since we were kids. In late January or early February, 2006, defendant Connors confronted Ray Trainer, who was renting room in his house to my husband, for him and our sons to stay.

17. Defendants Connors threatened Mr. Trainer that his probation would be violated if he did not kick my husband out of the house. Defendant Connors also told Mr. Trainer he would beat him to death with a golf club if he did not "do the right thing" and get rid of the Kennedys.

18. Mr. Trainer explained to us that he was afraid of what would happen if he allowed Brian to stay, and told us he had to move out.

19. Next defendant Tsoukalas has begun showing up at my house and my son's school, giving me the finger and taunting me and I am frightened for what he and his buddies will do

next. I just want him to stay away from me and from my husband and sons.


**SIGNED AND SWORN UNDER PAIN AND PENALTY OF PERJURY THIS** 1st

**DAY OF JUNE, 2006**

                                                                      _____
                                                                      Michelle Kennedy