UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************
BRIAN KENNEDY, et al            *
                                \*
        Plaintiffs              *
                                \*
v.                              *   C. A. No. 04-CV-12357-PBS
                                \*
TOWN OF BILLERICA, et al        *
                                \*
        Defendants              *
*********************************************

# **ORDER**

It is hereby ordered that until completion of trial in this case or further order of the Court, the defendant Billerica Police Officer Mark Tsoukalas will not drive by the Plaintiffs' house at 1248 Gorham Street, Lowell, Massachusetts, unless there is an emergency, in noncourt hours.

So ordered

Date: _____          _____
                                 Patti B. Saris, Justice