LAW OFFICES OF
### NICHOLSON, SRETER & GILGUN, P.C.
33 BEDFORD STREET • SUITE 4
LEXINGTON, MASSACHUSETTS 02420

ALBERT J. SRETER
  albert.nsgpc@rcn.com
FREDERICK V. GILGUN, JR.
  fred.nsgpc@rcn.com

(781) 861-9160
FAX (781) 861-7875

_____
DEAN E. NICHOLSON
OF COUNSEL

June 8, 2006

VIA FACSIMILE (617) 880-7171

Jeremy Silverfine, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

        Re:    Brian Kennedy, et al v Town of Billerica, et al

Dear Attorney Silverfine:

        In response to your letter of June 7, 2006, it appears that you misunderstood the representations that I made in the letter delivering the video tapes and audio tape to your office yesterday. My letter does not state that I "previously produced" video tapes to you. It simply states that I "disclosed" the existence of the video tapes in Plaintiffs' Automatic Disclosure.

        In addition, we have reviewed the transcript of Ms. Kennedy's deposition and do not find any testimony from Ms. Kennedy that she had "boxes" of tapes. In fact, Ms. Kennedy testified that "there is just a few". In any event, the video tapes and audio tape produced to you yesterday are all of the video tapes and audio tapes that are within the Plaintiffs' possession, custody and control.

        I am pleased to see that you are focusing your attention on the discovery that is due in this case and trust that you realize that the Defendants are now past the deadline for producing the "Monell" related discovery ordered by the Court at the Pre-Trial Conference on May 22, 2006. I will be contacting you later this afternoon for purposes of holding a Rule 7.1 conference regarding the past due discovery from the Defendants.

                        Very truly yours,

                        Frederick V. Gilgun, Jr.

FVG/kv

CC:   Andrew Fischer, Esquire