UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************
| | |
|---|---|
| BRIAN KENNEDY, et al | * |
| Plaintiffs | * |
| v. | *   C. A. No. 04-CV-12357-PBS |
| TOWN OF BILLERICA, et al | * |
| Defendants | * |

*********************************************

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiffs and certify that he and co-counsel have conferred with defense counsel, pursuant to Rule 7.1, regarding plaintiffs' discovery requests,

        Respectfully submitted,
        Brian Kennedy, et al
        by their counsel

Date: June 22, 2006

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

kennedy\7.1cert