```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


                                  )
BRIAN KENNEDY, ET AL.,            )
          Plaintiffs,             )
                                  )
          v.                      ) CIVIL ACTION NO. 04-12357-PBS
                                  )
TOWN OF BILLERICA, ET AL.,        )
          Defendants.             )
                                  )
```

**ORDER**

July 15, 2006

Saris, U.S.D.J.

By consent of the parties, until completion of the trial in this case or further order of the Court, the defendant Billerica Police Officer Mark Tsoukalas, will not drive by the Plaintiff's house at 1248 Gorham Street, Lowell, Massachusetts, unless there is an emergency, in non-court hours.  Defendants contest plaintiff's allegations regarding the alleged harassment.

s/PATTI B. SARIS<br>
United States District Judge