UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
BRIAN KENNEDY, et al            *
                                *
        Plaintiffs              *
                                *
v.                              *   C. A. No. 04-CV-12357-PBS
                                *
TOWN OF BILLERICA, et al        *
                                *
        Defendants              *
*********************************
```

**MOTION TO EXTEND TIME FOR EXPERT WITNESS DISCLOSURE**

Now come the plaintiffs and move this Honorable Court extend the time for completing expert witness disclosure from July 5, 2006 until at least August 31, 2006.

As reason, plaintiffs have spoken with Lou Reiter, whom they intend to retain as an expert in internal affairs, police internal supervision and discipline and related issues regarding the Monell failure to supervise claim against the defendant town of Billerica.[1] However, because of the delay in obtaining discovery necessary for Mr. Reiter to evaluate the supervisory practices of the defendant town, plaintiffs only now are assembling materials necessary for Mr. Reiter to prepare an expert witness report.

As has been pointed out in their two motions to compel [Docket #22, filed May 19, 2006 and addressed at the hearing on May 22, 2006 and Docket # 32, filed June 22, 2006 and still pending], defendants failed to produce the policies and procedures manuals or any personnel

---

[1] Plaintiffs also intend to identify a handwriting expert, likely either Jean Caya Bancroft or Joan McCann, but, for the reasons set forth with regard to Mr. Reiter, are not yet able to provide Rule 26 disclosure.

files of any defendants or any other documents relating to and necessary to the plaintiffs' <u>Monell</u> failure to supervise claim.

In response to the plaintiffs' assertion that the defendants have failed to produce any records of any internal affairs complaints at all, the defendants have answered that there are such records among the over two thousand (2,000) pages of documents produced in automatic disclosure. Although these documents are Bates stamped, they are not identified in any other way.

At the Court's suggestion, plaintiffs' counsel have asked (several times) that defense counsel simply identify by Bates stamp number which documents relates to internal affairs investigations or internal affairs investigations of the plaintiffs' complaints, but have received no cooperation. Accordingly, plaintiffs are pursuing the Court's suggestion, which is to take a 30(b)(6) deposition to obtain an explanation of what is what among the unidentified two thousand (2,000) pages of documents. The defendants failed to produce a witness for the original deposition date, and the deposition, accordingly, has been rescheduled at the defendants' request. However, the new deposition date is July 7, 2006, after the present July 5, 2006 deadline for expert witness disclosure.

Plaintiffs have prepared a package of materials for Mr. Reiter to review but anticipate he will need additional materials, some of which has not yet been produced by the defendants and others of which plaintiffs cannot yet identify out of the two thousand (2,000) pages of unidentified documents. In order to do this, plaintiffs will need additional time, beyond the present July 5, 2006 deadline.

As the plaintiffs cannot meet the present deadline for expert witness disclosure, they hereby move for additional time, of at least an additional sixty (60) days, for making expert witness disclosure.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Brian Kennedy, et al<br>by their counsel |
| Date: <u>June 30, 2006</u> | <u>/s/Andrew M. Fischer</u><br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904 |

kennedy\moextendexpdiscloure