UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRIAN KENNEDY, et al               \*
                                   \*
         Plaintiffs                \*
                                   \*
v.                                 \*    C. A. No. 04-CV-12357-PBS
                                   \*
TOWN OF BILLERICA, et al           \*
                                   \*
         Defendants                \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiffs and certify that he and co-counsel have conferred with defense counsel, pursuant to Rule 7.1, regarding plaintiffs' motion to extend time for expert witness disclosure.

                                        Respectfully submitted,
                                        Brian Kennedy, et al
                                        by their counsel

Date: June 30, 2006                     /s/Andrew M. Fischer
                                        Andrew M. Fischer
                                        BB0# 167040
                                        JASON & FISCHER
                                        47 Winter Street
                                        Boston, MA 02108
                                        (617) 423-7904

kennedy\7.1cert