UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,               )
Individually and as mother and next friend of     )
BRIAN KENNEDY, Individually and as mother and     )
next friend of BRIAN KENNEDY, JR.,                )
          Plaintiffs                          )
                                                  )
VS.                                               )
                                                  )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.            )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,    )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD             )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK        )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,        )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,       )
WILLIAM MCNULTY, DONALD MACEACHERN,               )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT          )
BROWN, WILLIAM G. WEST, GREGORY KATZ,             )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM          )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY         )
F. MCKENNA AND JOHN DOE,                          )
          Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

NOW COMES counsel for the defendants in the above-captioned matter and certifies that they have conferred with Andrew Fischer, counsel for the plaintiff, by telephone on July 5, 2006, regarding *Defendants' Motion To Request Additional Time To File An Opposition to Plaintiffs' Renewed Motion to Compel and For Sanctions.*

Respectfully submitted,

/s/ Jeremy I.Silverfine
Jeremy Silverfine, BBO# 542779
Leonard H. Kesten, BBO #542042
**BRODY, HARDOON, PERKINS & KESTEN, LLP**
One Exeter Plaza, 12th Floor
Boston, MA  02116
(617) 880-7100

Date: July 5, 2006