UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************** 
BRIAN KENNEDY, et al                *
                                    *
         Plaintiffs                 *
                                    *
v.                                  *   Civil Action no. 04-12357 - PBS
                                    *
TOWN OF BILLERICA, et al            *
                                    *
         Defendants                 *
***********************************
```

### PLAINTIFFS' OPPOSITION
### TO DEFENDANTS' MOTION FOR ADDITIONAL TIME
### TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

Now come the plaintiffs and state the following in opposition to defendants' Motion for Additional Time to File Opposition to Plaintiffs' Renewed Motion to Compel and for Sanctiions:

Plaintiffs' counsel usually would not oppose any motion for an extension of time, as courtesy to opposing counsel. However, given the short time to trial, plaintiffs may well be prejudiced by even the short extension being sought by the defendants.

Last week, on June 30, 2006, plaintiffs filed a motion for additional time to provide expert witness disclosure. The reason for plaintiffs' motion was that the defendants had still not produced (or identified among the over four thousand pages of unsorted documents defendants had produced) internal affairs documents which the plaintiffs' expert needs to prepare his expert witness report. In requesting their extension, the plaintiffs were mindful of the time necessary for both parties to prepare for trial, presently scheduled for October 16, 2006 and the tight timeline until October 16, 2006.

In the Rule 7.1 conference, undersigned counsel asked defense counsel what was their basis for opposing the plaintiff's motion to compel.  There was no legal basis, only the response that defense counsel did not feel it was their obligation to "create a roadmap" for plaintiff's counsel.  Apparently, the defendants opposition, that their counsel needs another week to prepare, is only that they don't want to explain to plaintiffs what was where amidst the over four thousand pages of unsorted documents defendants had produced.

If there were ample time between now and the trial date, plaintiffs would have no objection to defense counsel taking as much time as they want to prepare an argument about how they do not want to cooperate.  However, where time until trial is limited, plaintiffs are prejudiced by the defendants' lack of cooperation and therefore oppose any extension of time to prepare an opposition based not on any issue of law but upon an unwillingness to cooperate.

                                             Respectfully submitted,
                                             Brian Kennedy, et al
                                             by their counsel

Date: July 6, 2006                            /s/ Andrew M. Fischer
                                           Andrew M. Fischer
                                           BB0# 167040
                                           JASON & FISCHER
                                           47 Winter Street
                                           Boston, MA 02108
                                           (617) 423-7904
                                           Afischer@jasonandfischer.com

kennedy/oppmomoretime