UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., <br>                               Plaintiffs <br><br> VS. <br><br> TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, <br>                               Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND TIME FOR EXPERT WITNESS DISCLOSURE**

Now come the Defendants in the above-referenced matter and hereby oppose the Plaintiffs' Motion To Extend the Time For Completing Expert Witness Disclosure from July 5, 2006 until "at least August 31, 2006".

In support thereof, the Defendants state that given the present time frame in which the parties have to complete discovery (i.e. August 15, 2006), the Defendants will be unable to depose (if necessary) any expert identified by the Plaintiffs. Further, such an extension would leave the Defendants little time in which to identify an appropriate

expert of their own while preparing for the Trial in this case presently scheduled for October 16, 2006.

In addition, the Defendants would note that the Plaintiffs filed a 42-page Complaint in this case naming some 29 individual defendants concerning allegations dating back some 15 years. The Defendants initially produced over 2,000 pages of documents in response to Plaintiffs' Complaint concerning the allegations contained within said Complaint. The Plaintiffs later requested a table of contents for any Billerica Police manual and/or procedures. The Defendants produced said table of contents. The Plaintiffs then requested that the Defendants produce the entire police manual and procedures. The Defendants produced same. The Plaintiffs now complain that they need additional time in which to review the bulk of the materials produced almost a year ago on August 25, 2005 (Bates Number 001-2028). Additionally, the 30(b)(6) deponent for the defendants was unavailable on the particular date for which the plaintiff had selected but is making himself available for his deposition (on July 7, 2006).

In light of the unfairness such a 60-day (or more) request would place upon the Defendants, the Defendants hereby oppose said request.

> Respectfully submitted,
> DEFENDANTS,
> By their attorneys,
>
> /s/ Jeremy Silverfine
> Jeremy I. Silverfine, BBO No. 542779
> Leonard H. Kesten, BBO No. 542042
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

Dated: July 6, 2006