# EXHIBIT 1

Case 1:04-cv-12357-PBS    Document 41-2    Filed 07/14/2006    Page 1 of 2

**JASON AND FISCHER**
ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617)423-7904
FAX. (617)451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

June 6, 2006

Jeremy Silverfine, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Re:   <u>Brian Kennedy, et al v. Town of Billerica, et al</u>

Dear Mr. Silverfine:

Thank you for the table of contents of the Billerica Police Department policies and procedures. I find two tables of contents. I take it that this means there are two sets of policies and procedures. Perhaps you can indicate when each came into effect.

Given the number of sections for which we would request copies, it may be easier for you merely to provide a complete copy of each set of policies and procedures.

With respect to your question regarding the deposition of Brian Kennedy and continued deposition of Michelle Kennedy, please have Heidi contact my office manager, Cassandra Johnson, regarding dates for these depositions, as well as dates for the conclusions of the depositions of Officers Tsoukalas, Connors, MacKenzie and Chief Rosa.

We may need additional depositions as well.

Also please indicate whether you still intend to take the deposition of Mrs. Ashton.

Finally, with respect to the requested videotapes and audiotapes, Mr. Gilgun has arranged to have copies made and I believe will be forwarding copies to you within the next day or so.

I remain,

Yours truly,

Andrew M. Fischer

AMF:cpj

kennedy\ltsilverfine13