# EXHIBIT 2

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

June 20, 2006

*In-hand delivery*

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re:   Kennedy v. Billerica

Dear Attorney Fischer:

Relative to the above-referenced matter, the defendants are supplementing their prior disclosures by forwarding copies of the following:

1. The Domestic Violence Law Enforcement Guidelines 2002. (Bates stamped 3397-3422)
2. Notes, complaints, reports relative to the plaintiffs from file of Billerica Police Capt. West. (Bates stamped 3423-3483)
3. Billerica Police Report dated July 1, 1993 (3 pages) filed by Officer J. Glavin. (Bates stamped 3484-3486).
4. Billerica Police Department Rules and Regulations (Foreword). (Bates stamped 3487-3506)
5. Billerica Police Department complaint form. (Bates stamped 3507-3508)
6. Billerica Police Department policies and procedures (new policies). (Bates stamped 3509-3538).
7. Billerica Police Department police manual, policies and procedures. (Bates stamped 3539-4511).

If you have any questions please contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: jj
Enclosure
cc: Fred Gilgun, Esq.