# EXHIBIT 3

# Brody, Hardoon, Perkins & Kesten, LLP
### Attorneys at Law

| | | |
|---|---|---|
| Richard E. Brody<br>Laurence E. Hardoon<br>Samuel Perkins<br>Leonard H. Kesten<br>Jocelyn M. Sedney<br><br>Of Counsel:<br>Cheryl A. Jacques<br>Maria E. DeLuzio | One Exeter Plaza<br>Boston, Massachusetts 02116<br><br>Telephone 617-880-7100<br>Facsimile  617-880-7171<br>www.bhpklaw.com | Pamela J. Fitzgerald<br>Jeremy I. Silverfine<br>Sherri Gilmore Bunick<br>Deidre Brennan Regan<br>Deborah I. Ecker<br>Georgia K. Critsley<br>Djuna E. Perkins<br>Thomas P. Campbell<br>Andrew S. Brooslin<br><br>Administrator:<br>Elizabeth L. Joyce |

August 25, 2005

**Hand Delivered**

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street, 4th Floor
Boston, MA  02108

Re:    Kennedy v. Billerica

Dear Attorney Fischer:

Enclosed please find the initial discovery disclosure per the order of the Court (Bates Stamp #0001 to #2028).  I recognize that some of these documents are repeated but wanted to get this out to you as soon as possible.

If you have any questions please do not hesitate to contact me.

Very truly yours,

*Jeremy Silverfine*
Jeremy I. Silverfine

JIS: hjo

Enclosures