# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,   )
Individually and as mother and next friend of   )
BRIAN KENNEDY, Individually and as mother and   )
next friend of BRIAN KENNEDY, JR.,   )
                             Plaintiffs   )
                                        )
VS.   )
                                        )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.   )
Individually and as Chief of the Billerica Police Department,   )
JOHN BARRETTO, Individually and as former Chief of the   )
Billerica Police Department, PAUL W. MATTHEWS,   )
Individually and as former Chief of the Billerica Police   )
Department, ROBERT LEE, Individually and as former   )
Deputy Chief of the Billerica Police Department, THOMAS   )
CONNORS, FRANK A. MACKENZIE, RICHARD   )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK   )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,   )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,   )
WILLIAM MCNULTY, DONALD MACEACHERN,   )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT   )
BROWN, WILLIAM G. WEST, GREGORY KATZ,   )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM   )
MCNULTY, SCOTT PARKER, ALAN, TIMOTHY   )
F. MCKENNA AND JOHN DOE,   )
                        Defendants

## DEFENDANTS' DISCLOSURE IN ACCORDANCE WITH FED.R.CIV.P. 26

The defendants provide the following information pursuant to the initial disclosure provisions of Local Rule 26.2 and Fed. R. Civ. P. 26(a).

26(a)(1)(A).   Individuals likely to have discoverable information relevant to the plaintiff's allegations:

     1.    Brian Kennedy, plaintiff, 1248 Gorham Street, Lowell, Massachusetts;

     2.    Michelle Kennedy, plaintiff, 1248 Gorham Street, Lowell, Massachusetts;

     3.    Brian Kennedy, Jr., plaintiff, 1248 Gorham Street, Lowell, Massachusetts;

     4.    Mitchell Kennedy, 1248 Gorham Street, Lowell, Massachusetts;

5.    Dylan Kennedy, 1248 Gorham Street, Lowell, Massachusetts;

6.    Daniel C. Rosa, Jr., defendant, Chief of the Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

7.    John Barretto, defendant, former Chief of the Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

8.    Paul W. Matthews, defendant, former Chief of the Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

9.    Robert Lee, defendant, former Deputy Chief of the Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

10.   Thomas Connors, defendant, Lieutenant, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

11.   Frank A. MacKenzie, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

12.   Richard Rhonstock, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

13.   Robert Bailey, defendant, former Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

14.   Jonn Zarro, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

15.   Mark Tsoukalas, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

16.   Tara Connors, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

17.   Martin E. Conway, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

18.   Andrew DeVito, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

19.   Richard Howe, defendant, Detective, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

20.   Steven Elmore, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

21. William McNulty, defendant, former Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

22. Donald MacEachern, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

23. Michael A. Casey, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

24. Richard Nestor, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

25. Robert Brown, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

26. William G. West, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

27. Gregory Katz, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

28. Gerald B. Roche, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

29. Brian Micciche, defendant, former Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

30. Scott Parker, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

31. Alan Munn, defendant, former Sergeant, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

32. Timothy, F. McKenna, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

33. John Doe, defendant, Officer, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

34. Officer Michelle Farren, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer Farren may have information regarding: (1) the arrest of Michelle Kennedy on March 6, 2003 on an outstanding warrant, (2) an alleged break-in at 163 Leicester Street in Billerica, Massachusetts, (3) the arrest of William Ashton on March 7, 2003, and (4) an alleged incident that occurred on or about July 29, 2001;

35. Officer Danny O'Leary, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer O'Leary has information regarding (1) an

alleged burglary at the Marshall Middle School, (2) an incident that occurred on November 9, 2001;

36.    Officer Kenneth Richter, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer Richter may have information regarding: (1) an alleged altercation with Brian and Michelle Kennedy on October 8, 2004, and (2) an alleged incident that occurred on or about January 18, 2000;

37.    Officer Craig L. Grogan, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer Grogan may have information regarding an incident that occurred on or about August 1, 1997 and August 2, 1997,

38.    Officer Frank Mandarano, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer Mandarano may have information regarding an alleged incident that occurred on or about August 6, 2001;

39.    Officer William Pfaff, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer Pfaff may have information regarding: (1) an incident that occurred on or about September 15, 2004 at or near 20 Oak Street in Billerica, Massachusetts, and (2) an alleged altercation involving Dennis Allgaier, Leo Allgaier and Michael Kennedy on or about June 19, 1993;

40.    Officer Robert Beloin, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer Beloin may have information regarding: (1) an alleged problem with Brian Kennedy's dogs, (2) the arrest of William Ashton on March 7, 2003, and (3) an alleged incident that occurred on or about April 18, 2002 involving bike ramps;

41.    Officer Thomas Hickey, witness, retired, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Retired Police Officer Hickey may have information regarding: (1) incidents that occurred in June 1991, and (2) an alleged assault perpetrated against Robyne Reslow by Michelle Kennedy and Tracey Heffernan;

42.    Officer Phil Loranger, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer Loranger may have information regarding: (1) an alleged altercation between Brian Kennedy and Paul Parent at Concord Shores Lounge, and (2) alleged drug activity in Billerica, Massachusetts;

43.    Officer John Harring, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer Harring may have information regarding: (1) an assault and battery on Officer Tsoukalas, (2) an incident involving Mitchell Kennedy allegedly walking on the roof of a trailer on or about February 20, 2004, (3) the arrest of Brian Kennedy as a result of several outstanding warrants, (4) an incident that occurred on September 15, 2004 at or near 20 Oak Street in Billerica, Massachusetts, and (5) Brian Kennedy, Sr. riding on a bicycle with a gas can;

4

44.     Officer William MacDonald, witness, Billerica Police Department, 6 Good
        Street, Billerica, Massachusetts. Officer MacDonald may have information
        regarding: (1) an alleged incident that took place on or about May 21, 1993 at
        Mr. Tipps Lounge, (2) threats allegedly made by Brian Kennedy against
        Lynne Tierney, (3) an alleged altercation that took place at DeMoulas'
        supermarket in the spring of 2001, (4) an alleged incident that occurred on or
        about July 17, 1993, and (5) an alleged incident that occurred on or about
        May 8, 2000;

45.     Officer Patrick McNulty, witness, Billerica Police Department, 6 Good Street,
        Billerica, Massachusetts. Officer McNulty may have information regarding:
        (1) alleged drug activity in Billerica, Massachusetts, and (2) an alleged incident
        that occurred on or about January 15, 1998;

46.     Officer George Galinos, witness, Billerica Police Department, 6 Good Street,
        Billerica, Massachusetts. Officer Galinos may have information regarding: (1)
        the arrest of William Ashton on March 7, 2003, (2) William Ashton residing
        with Brian and Michelle Kennedy, (3) incidents that occurred in June 1991, (4)
        an alleged incident that occurred on or about September 9, 2001, (5) an
        alleged incident that occurred on or about January 18, 2000, and (6) an
        alleged incident that occurred on or about January 19, 2000;

47.     Officer Sean Coffey, witness, Billerica Police Department, 6 Good Street,
        Billerica, Massachusetts. Officer Coffey may have information regarding: (1)
        a motor vehicle citation issued to Krystina Smith on October 10, 2004, (2) the
        arrest of William Ashton on March 7, 2003, and (3) an alleged incident that
        occurred on or about January 19, 2000;

48.     Officer John Mullen, witness, Billerica Police Department, 6 Good Street,
        Billerica, Massachusetts. Officer Mullen may have information regarding: (1)
        the alleged fire bombing of Brian Kennedy's truck, and (2) an alleged
        incident that occurred on or about January 18, 2000;

49.     Officer Jeff Strunk, witness, Billerica Police Department, 6 Good Street,
        Billerica, Massachusetts. Officer Strunk may have information regarding: (1)
        the arrest of Brian Kennedy on several outstanding warrants, (2) an incident
        involved the Kennedy allegedly children acting up on November 20, 2004,
        (3) a motor vehicle citation issued to Krystina Smith on January 2, 2005;

50.     Officer Steve Cogswell, witness, Billerica Police Department, 6 Good Street,
        Billerica, Massachusetts. Officer Cogswell may have information regarding:
        (1) an alleged burglary at the Marshall Middle School and (2) the arrest of
        Brian Kennedy on an outstanding warrant;

51.     Officer Robert Davidson, witness, Billerica Police Department, 6 Good Street,
        Billerica, Massachusetts. Officer Davidson may have information regarding
        an alleged burglary at the Marshall Middle School;

52.     Officer Cathleen Coneeny, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer Coneeny may have information regarding: (1) a registration check on Michelle Kennedy on May 18, 2005, and (2) harassing phone calls to Stephen Kennedy allegedly done by Michelle Kennedy;

53.     Former Officer Dean Royston, witness, 28 Bay Street, Lowell, Massachusetts. Mr. Royston may have information regarding: (1) an incident that occurred on April 3, 2002 involving bike ramps, and (2) an alleged incident that occurred on or about January 15, 1998;

54.     Officer Laura B. Richardson, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer Richardson may have information regarding incidents that occurred in June 1991;

55.     Officer Steven Jacobsen, witness, retired, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Retired Police Officer Jacobsen may have information regarding incidents that occurred in September 1991;

56.     Officer Steve Tremblay, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer Tremblay may have information regarding: (1) the arrest of William Ashton on March 7, 2003, and (2) items allegedly stolen from Lieutenant Connor's cruiser;

57.     Sergeant Thomas Revane, witness, retired Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Retired Sergeant Revane may have information regarding an alleged assault perpetrated against Robyne Reslow by Michelle Kennedy and Tracey Heffernan;

58.     Supervising Patrol Officer Karen Rourke, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer Rourke may have information regarding the arrest of William Ashton on March 7, 2003

59.     Lieutenant Steve West, witness, Billerica Police Department 6 Good Street, Billerica, Massachusetts. Lieutenant West may have information regarding an alleged drug activity in Billerica, Massachusetts;

60.     Sergeant Jack Glavin, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Sergeant Glavin may have information regarding: (1) an alleged burglary at the Marshall Middle School, (2) threats allegedly made by Brian Kennedy against Lynne Tierney, (3) an alleged altercation involving Leo Allgaier, Dennis Allgaier and Michael Kennedy on or about June 19, 1993, and (4) an alleged incident that occurred on or about December 15, 2005;

61.     Sergeant Mark Gualtieri, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Sergeant Gualtieri may have information regarding: (1) a traffic stop on or about June 8, 2002, and (2) an alleged fight at the Gun Club on or about June 24, 2000;

62.   Sergeant David Laskey, witness, retired, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Retired Sergeant Laskey may have information regarding: (1) an incident that occurred on or about December 30, 1998, and (2) an alleged incident that occurred on or about April 18, 2002 involving bike ramps;

63.   Detective Roy Frost, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Detective Frost may have information regarding: (1) the arrest of Michelle Kennedy on March 6, 2003 on a warrant, (2) an alleged break-in at 163 Leicester Street in Billerica, Massachusetts, (3) an alleged altercation with Brian and Michelle Kennedy on October 8, 2004, (4) a traffic citation issued to Brian Kennedy on July 30, 2003, (5) an alleged incident that occurred on or about January 12, 2000, and (6) William Ashton's allegations of physical and sexual abuse by Arthur and Dianne Ashton;

64.   Sergeant Ed O'Mahony, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Sergeant O'Mahony may have information regarding: (1) a package that Brian Kennedy allegedly signed for in a fraudulent manner, (2) an alleged incident that occurred on or about January 18, 2000, (3) an alleged incident that occurred on or about January 18, 2000, and (4) an alleged incident that occurred on or about January 19, 2000;

65.   Officer Brady, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer Brady may have information regarding an alleged incident that occurred on or about December 17, 2005;

66.   Lieutenant Tom Greenhalgh, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Lieutenant Greenhalgh may have information regarding: (1) the arrest of Michelle Kennedy on an outstanding warrant, (2) the arrest of Brian Kennedy on several outstanding warrants, (3) alleged threats made against Janine Gallinaro by Michelle Kennedy, and (4) an alleged incident that occurred on or about December 15, 2005;

67.   Lieutenant Ronald Balboni, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Lieutenant Balboni may have information regarding: (1) the arrest of William Ashton on March 7, 2003, (2) incidents that occurred in June 1991, (3) an alleged incident that occurred on or about August 8, 1997, (4) an alleged incident that occurred on or about August 1, 1997 and August 2, 1997, (5) an alleged incident that occurred on or about January 18, 2000, (6) an alleged incident that occurred on or about January 19, 2000, and (7) Michelle Kennedy's arrest on September 5, 1993;

68.   Lieutenant Troy Opland, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Lieutenant Opland has information regarding an alleged break-in at the Marshall Middle School. Lieutenant Opland may also have information regarding Michelle Kennedy's complaint that Officer Tsoukalas let his K9 dog out near her home;

69.     Captain Dan Doyle, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Captain Doyle may have information regarding the allegations referred to in the plaintiffs' Complaint;

70.     Inspector Lee Scalzilli, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Inspector Scalzilli may have information regarding: (1) incidents that occurred in June 1991, and (2) alleged drug activity in Billerica, Massachusetts;

71.     Unnamed members of the Billerica Police Department 6 Good Street, Billerica, Massachusetts. Unnamed members of the Billerica Police Department may have information regarding the allegations referred to in the plaintiffs' Complaint;

72.     Officer Michael Sheehan, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Sheehan may have information regarding: (1) alleged incidents of domestic violence at the Kennedy home, (2) an alleged incident that occurred on or about October 1, 2001, and (3) an alleged incident that occurred on or about December 8, 1999;

73.     Officer Jerrilee Maille, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Maille may have information regarding: (1) an alleged incident that occurred on or about July 15, 1991, and (2) an alleged incident that occurred on or about November 15, 1991;

74.     Officer James Hood, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Hood may have information regarding: (1) an alleged incident that occurred on or about November 7, 1991, (2) an alleged incident that occurred on or about August 7, 1993, and (3) an alleged incident that occurred on or about January 12, 1995;

75.     Officer Raymond Lafortune, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Lafortune may have information regarding: (1) an alleged incident that occurred on or about June 22, 1997, (2) an alleged incident that occurred on or about September 21, 1999, and (3) an alleged incident that occurred on or about November 9, 2001;

76.     Officer Paul Ringwood, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Office Ringwood may have information regarding: (1) alleged incidents of domestic violence at the Kennedy home, and (2) an alleged incident that occurred on or about May 8, 1993;

77.     Officer James Hollis, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Hollis may have information regarding: (1) stolen property from Lieutenant Connor's cruiser, (2) an alleged incident that occurred on or about January 15, 1998, and (3) an alleged incident that occurred on or about January 9, 1999;

78.   Officer Timothy Kelly, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Kelley may have information regarding: (1) an alleged incident that occurred on or about January 15, 1998, and (2) a summons served upon Michelle Kennedy on or about December 3, 1998;

79.   Officer Brian Warren, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Warren may have information regarding: (1) an alleged incident that occurred on or about January 15, 1998, (2) harassing phone calls allegedly made to Michelle Kennedy, (3) an alleged incident that occurred on or about September 27, 1999, and (4) an alleged incident that occurred on October 31, 1999;

80.   Officer William Layne, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Layne may have information regarding: (1) an alleged incident that occurred on or about January 15, 1998, (2) harassing phone calls allegedly made to Michelle Kennedy, and (3) an alleged incident that occurred on October 31, 1999;

81.   Officer James Williams, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Williams may have information regarding: (1) a summons that was served upon Michelle Kennedy on or about April 13, 1997, (2) an alleged incident that occurred on or about August 15, 1999, (3) an alleged incident that occurred on or about September 21, 1999, and (4) an alleged incident that occurred on or about April 9, 1999;

82.   Officer William Schwalb, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Schwalb may have information regarding: (1) an alleged incident that occurred on or about October 31, 1999, and (2) an alleged incident that occurred on or about November 24, 1999;

83.   Sergeant Mark Perry, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Sergeant Perry may have information regarding: (1) an alleged incident that occurred on or about November 24, 1999, and (2) an alleged incident that occurred on or about June 15, 2001;

84.   Officer Jeffrey Suarez, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Suarez may have information regarding: (1) a summons that was served on Michelle Kennedy on or about April 13, 1997, (2) an alleged incident that occurred on or about November 24, 1999, (3) an alleged incident that occurred on or about August 25, 2000, (4) an alleged incident that occurred on or about October 1, 2001, (5) an incident that occurred on or about February 11, 2002, (6) alleged incidents that occurred at the gym, and (7) Dianne Ashton's restraining order against Michelle Kennedy;

85.   Detective Kevin Reese, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Detective Reese may have information regarding: (1) an alleged assault and battery by Mark Tsoukalas against

Brian Kennedy at a Home Depot on or about December 15, 2003, (2) an alleged incident that occurred on or about December 16, 1991, (3) an alleged incident that occurred on or about January 12, 1995, (4) an alleged incident that occurred on or about February 2, 1999, (5) an alleged incident that occurred on or about December 8, 1999, and (6) an alleged incident that occurred on or about June 22, 1997;

86.     Officer Richard Landers, witness, retired, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Retired Police Officer Landers may have information regarding: (1) an alleged incident that occurred on December 16, 1991, and (2) an alleged unwanted person at the Kennedy residence;

87.     Officer James McKenna, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer McKenna may have information regarding: (1) the arrest of Daniel Dufault and Brian and Michelle Kennedy on January 26, 2000 for outstanding warrants, and (2) an alleged incident that occurred on or about December 8, 1999;

88.     Officer Christopher Coviello, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Coviello may have information regarding: (1) alleged incidents of domestic violence at the Kennedy home, (2) an summons served upon Michelle Kennedy on or about November 19, 1998, (3) an alleged incident that occurred on or about January 12, 1995, and (4) an alleged incident that occurred on or about November 27, 1999;

89.     Officer Allan S. Stephens, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Stephens may have information regarding an alleged incident that occurred on or about May 30, 1999;

90.     Officer Robert Stephens, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Stephens may have information regarding: (1) an alleged incident that occurred on or about October 21, 2000, and (2) an alleged incident that occurred on or about November 27, 1999;

91.     Officer Ryan Columbus, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Columbus may have information regarding: (1) an alleged incident that occurred on or about October 21, 2000, and (2) an alleged incident that occurred on or about November 24, 2001;

92.     Officer Robert Carroll, witness, retired, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Retired Police Officer Carroll may have information regarding an alleged incident that occurred on or about November 27, 1999;

93.     Chief Alfred Donovan, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Chief Donovan may have information regarding alleged incidents of domestic violence at the Kennedy home;

94.     Sergeant Robert Field, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Sergeant Field may have information regarding: (1) an incident that occurred on February 11, 2002, and (2) Dianne Ashton's restraining order against Michelle Kennedy;

95.     Officer Paul Doherty, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Doherty may have information regarding: (1) alleged incidents of domestic violence at the Kennedy home, (2) an alleged incident that occurred on or about June 22, 1997, and (3) an alleged incident that occurred on or about November 24, 2001;

96.     Officer James J. Hodgdon, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Hodgdon may have information regarding: (1) alleged incidents of domestic violence at the Kennedy home, and (2) an alleged incident that occurred on or about July 27, 1990;

97.     Officer Robert L. Westaway, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Westaway may have information regarding: (1) alleged incidents of domestic violence at the Kennedy home, (2) an alleged incident that occurred on or about September 27, 1999, and (3) an alleged incident that occurred on or about April 9, 1999;

98.     Officer Timothy B. Sheehan, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Sheehan may have information regarding: (1) an alleged incident that took place on or about August 2, 1993, (2) alleged incidents of domestic violence incident at the Kennedy home, (3) an alleged incident that occurred on or about January 9, 1999, (4) an alleged incident that occurred on or about July 27, 1990, and (5) an alleged incident that occurred on or about February 2, 1999;

99.     Officer Francis Pappas, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Pappas may have information regarding: (1) an incident that occurred on or about August 15, 1995, (2) an alleged incident that occurred on April 27, 1996, and (3) an alleged incident that occurred on July 27, 1994;

100.    Officer Andre Gonzales, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Gonzales may have information regarding: (1) an alleged incident that occurred on or about April 26, 1996, and (2) an alleged incident that occurred on or about October 1, 2001;

101.    Sergeant John Powers, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Sergeant Powers may have information regarding: (1) an alleged incident that occurred on or about October 31, 1999, and (2) an alleged incident that occurred on or about October 1, 2001;

102.    Inspector Frank Mirasolo, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Inspector Mirasolo may have

information regarding: (1) an alleged break-in at the Marshall Middle School, (2) an alleged break-in at the home of Kevin Guptill, and (3) an alleged incident that occurred on or about January 18, 2000:

103.    Detective Leonard Bolton, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Lieutenant Bolton may have information regarding stolen property from Lieutenant Connor's cruiser;

104.    Sergeant Ralph Ford, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Ford may have information regarding an alleged incident that occurred on or about January 15, 1998;

105.    Sergeant John Voto, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Sergeant Voto may have information regarding: (1) a summons served upon Michelle Kennedy on or about November 19, 1998, (2) an alleged incident that occurred on or about September 30, 1999, (3) an alleged incident that occurred on or about October 31, 1999, (4) alleged incidents that occurred at the gym, and (5) an alleged incident that occurred on or about October 1, 2001;

106.    Lieutenant Dennis Peterson, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Lieutenant Peterson may have information regarding: (1) alleged drug activity in Billerica, Massachusetts, (2) an alleged incident that occurred on or about October 31, 1999, (3) harassing phone calls allegedly received by Michelle Kennedy, (4) the arrest of Michelle Kennedy on January 12, 2000 for outstanding warrants, and (5) an alleged incident that occurred on or about April 9, 1999;

107.    Inspector Joe Deluca, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Inspector Deluca may have information regarding: (1) alleged drug activity in Billerica, Massachusetts, and (2) an alleged incident that occurred on or about September 27, 1999;

108.    Lieutenant Robert Budryk, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Lieutenant Budryk may have information regarding: (1) an incident that occurred on or about February 11, 2002, and (2) Dianne Ashton's restraining order against Michelle Kennedy;

109.    Sergeant John Barry, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Sergeant Barry may have information regarding: (1) an alleged assault and battery by Mark Tsoukalas against Brian Kennedy at a Home Depot on or about December 15, 2003, (2) incidents of alleged domestic violence at the Kennedy home, and (3) an alleged incident that occurred on or about June 22, 1997;

110.    Sergeant Walter Jop, Jr., witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Sergeant Jop may have information

regarding: (1) incidents of alleged domestic violence at the Kennedy home, and (2) an alleged incident that occurred on or about April 9, 1999;

111. Lieutenant Edward Martin, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Lieutenant Martin may have information regarding: (1) an alleged incident that occurred on or about January 15, 1998, (2) the arrest of Daniel Dufault and Brian and Michelle Kennedy on January 26, 2000 for outstanding warrants, (3) an alleged incident that occurred on July 27, 1990, and (4) an alleged assault and battery by Mark Tsoukalas against Brian Kennedy at a Home Depot on or about December 15, 2003;

112. Officer Jennifer Lightfoot, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Officer Lightfoot may have information regarding an alleged assault and battery by Mark Tsoukalas against Brian Kennedy at a Home Depot on or about December 15, 2003;

113. Former Deputy Chief Jamieson, witness, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts. Former Deputy Chief Jamieson may have information regarding an alleged incident that occurred on or about January 15, 1998;

114. Unnamed members of the Tewksbury Police Department, witnesses, 918 Main Street, Tewksbury, Massachusetts. Unnamed members of the Tewksbury Police Department may have information regarding the allegations referred to in the plaintiffs' Complaint;

115. Chief Richard Mackey, witness, Tewksbury Fire Department, 21 Town Hall Avenue, Tewksbury, Massachusetts. Chief Mackey may have information regarding an alleged incident that occurred on or about October 31, 1999;

116. Captain Robert Fowler, witness, Tewksbury Fire Department, retired, 21 Town Hall Avenue, Tewksbury, Massachusetts. Captain Fowler may have information regarding an alleged incident that occurred on or about April 9, 1999;

117. Captain Greer, witness, Tewksbury Fire Department, 21 Town Hall Avenue, Tewksbury, Massachusetts. Captain Greer may have information regarding the alleged fire bombing of Brian Kennedy's truck;

118. Patrolman David MacKenzie, Chelmsford Police Department, 230 North Road, Chelmsford, Massachusetts. Patrolman MacKenzie may have information regarding an alleged incident that occurred on or about June 6, 1994;

119. Patrolman James Flynn, Chelmsford Police Department, 230 North Road, Chelmsford, Massachusetts. Patrolman Flynn may have information regarding an alleged incident that occurred on or about June 6, 1994;

120. Deputy Chief James Murphy, Chelmsford Police Department, 230 North Road, Chelmsford, Massachusetts. Deputy Chief Murphy may have information regarding an alleged incident that occurred on or about June 6, 1994;

121. Sergeant Craig Walsh, Chelmsford Police Department, 230 North Road, Chelmsford, Massachusetts. Sergeant Walsh may have information regarding an alleged incident that occurred on or about June 6, 1994l

122. Lieutenant John Roark, witness, Chelmsford Police Department, 230 North Road, Chelmsford, Massachusetts. Lieutenant Roark may have information regarding alleged drug activity in Chelmsford and Billerica, Massachusetts;

123. Unnamed members of the Chelmsford Police Department, 230 North Road, Chelmsford, Massachusetts. Unnamed members of the Chelmsford Police Department may have information regarding an alleged incident that occurred on or about June 6, 1994;

124. Sergeant William Murray, witness, Ayer Police Department, 54 Park Street, Ayer, Massachusetts. Sergeant Murray may have information regarding an alleged incident that occurred on or about September 12, 1999;

125. Detective David Bonner, witness, Ayer Police Department, 54 Park Street, Ayer, Massachusetts. Detective Bonner may have information regarding an alleged incident that occurred on or about September 12, 1999;

126. Unnamed members of the Ayer Police Department, 54 Park Street, Ayer, Massachusetts. Unnamed members of the Ayer Police Department may have information regarding an alleged incident that occurred on or about September 12, 1999;

127. Officer Christopher Smith, witness, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts. Officer Smith may have information regarding an alleged incident that occurred on or about August 5, 1999;

128. Officer Billy Taylor, witness, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts. Officer Taylor may have information regarding alleged drug activity in Billerica, Massachusetts;

129. Sergeant Joseph Murray, witness, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts. Sergeant Murray may have information regarding an alleged incident that occurred on or about August 5, 1999;

130. Captain John Flaherty, witness, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts. Lieutenant Flaherty may have information regarding an alleged incident that occurred on or about August 5, 1999;

131.  Officer Heather Koller, witness, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts. Officer Koller may have information regarding an alleged incident that occurred on or about September 2, 1999;

132.  Officer Borden Zwicker, witness, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts. Officer Zwicker may have information regarding an alleged incident that occurred on or about September 11, 1999;

133.  Officer Michael Bergeron, witness, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts. Officer Bergeron may have information regarding an alleged incident that occurred on or about August 3, 2003;

134.  Officer Steven Ciavola, witness, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts. Officer Ciavola may have information regarding an alleged incident that occurred on or about August 3, 2003;

135.  Officer Julio Gonzalez, witness, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts. Officer Gonzalez may have information regarding an alleged incident that occurred on or about August 3, 2003;

136.  Detective James J. Hodgdon, witness, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts. Detective Hodgdon may have information regarding an alleged incident that occurred on or about August 3, 2003;

137.  Sergeant Daniel Larocque, witness, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts. Sergeant Larocque may have information regarding an alleged incident that occurred on or about August 3, 2003;

138.  Sergeant Capone, witness, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts. Sergeant Capone may have information regarding an alleged incident that occurred on or about December 17, 2005;

139.  Officer Lamarche, witness, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts. Officer Lamarche may have information regarding an alleged incident that occurred on or about December 17, 2005;

140.  Unnamed members of the Lowell Police Department, witnesses, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts. Unnamed members of the Lowell Police Department may have information regarding: (1) alleged drug activity in Billerica, Massachusetts, (2) an alleged incident that occurred on or about August 5, 1999, (3) an alleged incident that occurred on or about September 2, 1999, (4) an alleged incident that occurred on or about September 11, 1999, (5) an alleged incident that occurred on or about August 3, 2003, and (6) an alleged incident that occurred on or about December 17, 2005;

141.  Trooper Sweet, witness, Station A-3, 906 Elm Street, Concord, Massachusetts. Trooper Sweet may have information regarding Michelle Kennedy's arrest on Warrant #9911CR00794 on or about July 20, 2001;

142.    Trooper Cronin, witness, Station A-3, 906 Elm Street, Concord, Massachusetts. Trooper Cronin may have information regarding Michelle Kennedy's arrest on Warrant #9911CR00794 on or about July 20, 2001;

143.    Trooper Piannadosi, witness, Station A-3, 906 Elm Street, Concord, Massachusetts. Trooper Piannadosi may have information regarding Michelle Kennedy's arrest on Warrant #9911CR00794 on or about July 20, 2001;

144.    Trooper John Sprague, witness, Station A-3, 906 Elm Street, Concord, Massachusetts. Trooper Sprague may have information regarding alleged drug activity in Billerica, Massachusetts;

145.    Trooper Richard Prior, witness, Station A-3, 906 Elm Street, Concord, Massachusetts. Trooper Prior may have information regarding alleged drug activity in Billerica, Massachusetts;

146.    Sergeant Mark Delaney, witness, Massachusetts State Police, Station A-3, 906 Elm Street, Concord, Massachusetts. Sergeant Delaney may have information regarding alleged drug activity in Billerica, Massachusetts;

147.    Trooper Kevin Kiley, witness, Station A-3, 906 Elm Street, Concord, Massachusetts. Trooper Kiley may have information regarding alleged drug activity in Billerica, Massachusetts;

148.    Unnamed members of the State Police, witnesses, Station A-3, 906 Elm Street, Concord, Massachusetts. Unnamed members of the State Police may have information regarding: (1) Michelle Kennedy's arrest, and (2) alleged drug activity in Billerica, Massachusetts;

149.    Trooper Thomas F. Eliason, witness, New Hampshire State Police, Troop A, 315 Calef Highway, Route 125, Epping, New Hampshire. Trooper Eliason may have information regarding Michelle Kennedy's arrest on July 14, 1999;

150.    Elizabeth Olsson, witness, Administrative Assistant Nottingham Police Department, 139 Stage Road, Nottingham New Hampshire. Ms. Olsson may have information regarding the events of the night of July 14, 1999;

151.    Detective Tim Ferreira, witness, Salem Police Department, 9 Veterans Memorial Highway, Salem, New Hampshire. Detective Ferreira may have information regarding an alleged incident that occurred on or about September 7, 1999 at Filenes;

152.    Bernardine Dupius, witness, Salem Police Department, 9 Veterans Memorial Highway, Salem, New Hampshire. Ms. Dupius may have information regarding an alleged incident that occurred on or about September 7, 1999 at Filenes;

153.   Denise Monaghan, Filenes, witness, Mall at Rockingham Plaza, Salem, New Hampshire. Ms. Monaghan may have information regarding an alleged incident that occurred on or about September 7, 1999 at Filenes;

154.   Bail Commissioner Greenlaw, witness, Salem Police Department, 9 Veterans Memorial Highway, Salem, New Hampshire. Commissioner Greenlaw may have information regarding an alleged incident that occurred on or about September 7, 1999 at Filenes;

155.   Joanne Suprenant, witness, 185 Woburn Street, Lowell, Massachusetts. Ms. Suprenant may have information regarding a verbal argument between Michelle Kennedy and Brian Micciche;

156.   Herb Vacca, witness, 5 Wilson Street, Billerica, Massachusetts. Mr. Vacca may have information regarding an incident that occurred in October 1991 involving Officers MacKenzie and Elmore;

157.   Joyce Tibbets, witness, 1475 Flamingo Drive, Englewood, Florida. Ms. Tibbets may have information regarding: (1) the arrest of Michelle Kennedy for an outstanding warrant, (2) an alleged altercation between Brian Kennedy and Paul Parent at Concord Shores Lounge, (3) an alleged domestic violence incident that occurred on or about April 22, 1993, (4) an alleged incident that occurred on or about November 9, 2001, (5) an alleged incident that occurred on or about November 24, 2001, and (6) an alleged incident that occurred on or about April 9, 1999;

158.   Krystina R. Smith, witness, 69 Wollaston Street, Arlington, Massachusetts. Ms. Smith may have information regarding: (1) a motor vehicle citation issued on October 10, 2004, and (2) a motor vehicle citation issued on January 2, 2005;

159.   Francis St. John, witness, 54 Riverbank, Billerica, Massachusetts. Mr. St. John may have information regarding: (1) a motor vehicle citation issued to Krystina Smith on October 10, 2004, and (2) alleged drug activity in Billerica, Massachusetts;

160.   Karen St. John, witness, 54 Riverbank, Billerica, Massachusetts. Ms. St. John may have information regarding alleged drug activity in Billerica, Massachusetts;

161.   Nicole St. John, witness, 14 Baystate Road, Tyngsboro, Massachusetts. Ms. St. John may have information regarding: (1) an alleged incident that occurred on or about July 22, 1997, and (2) an alleged incident that occurred on or about July 24, 1997;

162.   Donald St. John, witness, 13 Lights Lane, Billerica, Massachusetts. Mr. St. John may have information regarding drug activity in Billerica, Massachusetts;

163. Jamey D. McLean, witness, 152 Ipswich Street, Tewksbury, Massachusetts. Mr. McLean may have information regarding an alleged incident that occurred on or about July 22, 1997;

164. Michael Kennedy, witness, Colburn Street, Lowell. Mr. Kennedy may have information regarding an alleged altercation involving Leo Allgaier, Dennis Allgaier and himself on or about June 19, 1993;

165. Dennis Allgaier, witness, 22 Lowell Street, Billerica, Massachusetts. Mr. Allgaier may have information regarding an alleged altercation with Michael Kennedy, Leo Allgaier and himself on or about June 19, 1993;

166. Leo Allgaier, witness, 33 Albion Street, Lowell, Massachusetts. Mr. Allgaier may have information regarding an alleged altercation with Michael Kennedy, Dennis Allgaier and himself on or about June 19, 1993;

167. Tracey Heffernan, witness, 54 Oak Street, Billerica, Massachusetts. Ms. Heffernan may have information regarding: (1) Brian and Michelle Kennedy's alleged attempt to have Tracey Heffernan state that Officer MacKenzie allegedly tried to hire her to assault Michelle Kennedy, (2) Michelle Kennedy's alleged inquiries into hiring someone to assault another individual, (3) an alleged assault perpetrated against Robyne Reslow, and (4) Brian and Michelle Kennedy's alleged drug dealing;

168. Casey Heffernan, witness, 42 Upton Street, Billerica, Massachusetts. Mr. Heffernan may have information regarding: (1) an alleged incident that took place on or about September 5, 1993, and (2) the items stolen from Lieutenant Connor's cruiser;

169. Stacey (Tracey Heffernan's sister), witness, unknown address, Massachusetts. Ms. Heffernan's sister may have information regarding Brian and Michelle Kennedy's alleged attempt to have Tracey Heffernan state that Officer MacKenzie allegedly tried to hire her to assault Michelle Kennedy;

170. Angie Heffernan, witness, unknown address, Massachusetts. Ms. Heffernan may have information regarding Brian and Michelle Kennedy's alleged attempt to have Tracey Heffernan state that Officer MacKenzie allegedly tried to hire her to assault Michelle Kennedy;

171. Paul Parent, witness, 10 Angle Street, Lowell, Massachusetts. Mr. Parent may have information regarding an alleged altercation between Brain Kennedy and himself at Concord Shores Lounge;

172. David Lumbert, witness, 7550 Colony Palm Drive, Boynton Beach, Florida. Mr. Lumbert may have information regarding an alleged altercation between Brain Kennedy and Paul Parent at Concord Shores Lounge;

173.  Debra Granger, witness, waitress at Concord Shores bar, 37 Robin Street, Lowell, Massachusetts. Ms. Granger may have information regarding an alleged altercation between Brian Kennedy and Paul Parent at Concord Shores Lounge;

174.  Mr. Crandall, witness, unknown address. Mr. Crandall may have information regarding an alleged altercation between Brian Kennedy and Paul Parent at Concord Shores Lounge;

175.  Daniel Dufault, witness, 130 Pond Street, Billerica, Massachusetts. Mr. Dufault may have information regarding: (1) alleged damage to Tina and William Huber's home on or about January 22, 2000, (2) an alleged altercation that took place on or about July 21, 1997, (3) an alleged incident that occurred on or about July 22, 1997, and (4) items stolen from Lieutenant Connor's cruiser;

176.  Tina Huber, witness, 32 Allen Road, Billerica, Massachusetts. Ms. Huber may have information regarding damage to her home allegedly committed by Daniel Dufault and Michelle and Brian Kennedy on or about January 22, 2000;

177.  William Huber, witness, 32 Allen Road, Billerica, Massachusetts. Mr. Huber may have information regarding damage to his home allegedly committed by Daniel Dufault and Michelle and Brian Kennedy on or about January 22, 2000;

178.  An individual identified as Craig (Mousie), witness, unknown address. Craig may have information regarding an alleged incident that occurred on or about January 22, 2000;

179.  Donna Oblenis, witness, 40 Treble Cove Road, Billerica, Massachusetts. Ms. Oblenis may have information regarding: (1) alleged incidents that occurred in June 1991, (2) harassing phone calls allegedly made to Michelle Kennedy, and (3) an alleged altercation that occurred in July 1997;

180.  John Oblenis, III, witness, 40 Treble Cove Road, Billerica, Massachusetts. Mr. Oblenis may have information regarding: (1) an alleged altercation that took place on or about July 21, 1997, (2) an alleged assault against Michelle Kennedy and Amy Baum that took place on or about October 8, 1997, (3) an alleged incident that took place on or about October 7, 1999, (4) an alleged incident that occurred on or about September 30, 1998, (5) an alleged incident that occurred on or about December 1, 1997, (6) an alleged incident that occurred on or about August 8, 1997, (7) an alleged incident that occurred on or about July 24, 1997, (8) an alleged incident that occurred on or about July 24, 1997, and (9) an alleged incident that occurred on or about April 9, 1999;

181.  John Oblenis, witness, 40 Treble Cove Road, Billerica, Massachusetts. Mr. Oblenis may have information regarding: (1) an alleged altercation that took place on or about July 21, 1997, (2) harassing phone calls allegedly made to Michelle Kennedy, (3) an alleged altercation that occurred on or about

October 8, 1997, (4) an alleged incident that occurred on or about October 7, 1999, (5) an alleged incident that occurred on or about September 30, 1998, and (6) an alleged incident that took place on or about August 8, 1997;

182. Nicole Vacca, witness, 5 Wilson Street, Billerica, Massachusetts. Ms. Vacca may have information regarding: (1) an alleged altercation that took place on or about July 21, 1997, (2) an alleged altercation that took place on or about October 8, 1997, (3) an alleged incident that took place on or about October 7, 1999, (4) an alleged incident that occurred on or about August 8, 1997, (5) an alleged incident that occurred on or about July 24, 1997, and (6) an alleged incident that occurred on or about April 9, 1999;

183. Patsy Vacca, witness, 812 S. Lee Street, Roswell, New Mexico. Ms. Vacca may have information regarding an alleged altercation that occurred on or about October 8, 1997;

184. Kenneth Lewis, witness, 12 Boston Road, Billerica, Massachusetts. Mr. Lewis may have information regarding an alleged altercation that occurred on or about July 21, 1997;

185. Fred Kendall, witness, 1 Everready Circle, Billerica, Massachusetts. Mr. Kendall may have information regarding: (1) an alleged altercation that occurred on or about July 21, 1997, and (2) an alleged incident that occurred on or about August 8, 1997;

186. Eugene DeFrancisco, witness, 207 Shoreline Drive, North Billerica, Massachusetts. Mr. DeFrancisco may have information regarding an alleged altercation that occurred on or about July 21, 1997;

187. Donna Atkinson, witness, 78 Wilson Street, Billerica, Massachusetts. Ms. Atkinson may have information regarding alleged incidents that occurred in September 1991;

188. Ruth Atkinson, witness, 78 Wilson Street, Billerica, Massachusetts. Ms. Atkinson may have information regarding an alleged threat she made against Michelle Kennedy on or about July 22, 1997;

189. Karen Atkinson, witness, 78 Wilson Street, Billerica Massachusetts. Ms. Atkinson may have information regarding: (1) an alleged threat she made against Michelle Kennedy on or about July 22, 1997, and (2) alleged incidents that occurred in September 1991;

190. Patricia Stickney, witness, 7 Lowell Street, Billerica, Massachusetts. Ms. Stickney may have information regarding: (1) an alleged incident that occurred on or about July 22, 1997, and (2) an alleged incident that occurred on or about September 18, 1997;

191. Amy Baum, witness, 49 North Street, Lowell, Massachusetts. Ms. Baum may have information regarding: (1) an alleged incident that occurred on or

about November 9, 2001, (2) an alleged assault that occurred on or about October 8, 1997, (3) an alleged altercation that occurred on or about July 21, 1997, (4) an alleged incident that occurred on or about September 30, 1998, (5) an alleged incident that occurred on or about April 26, 1996, (6) an alleged incident that occurred on or about November 24, 2001, and (7) an alleged incident that occurred on or about June 6, 1994;

192.   Christine Kaizer, witness, 169 Ipswich Street, Billerica, Massachusetts. Ms. Kaizer may have information regarding an alleged incident that occurred on or about August 1, 1997 and August 2, 1997;

193.   Russ Kaizer, witness, 169 Ipswich Street, Billerica, Massachusetts. Mr. Kaizer may have information regarding an alleged incident that took place on or about August 1, 1997 and August 2, 1997;

194.   Unnamed witnesses at the January 30, 1998 trial against Brian Kennedy, unknown addresses. The unnamed witnesses may have information regarding the allegations against Mr. Kennedy which resulted in his trial on January 30, 1998;

195.   Laura Bye, witness, 301 Pawtucket Boulevard, #1, Lowell, Massachusetts. Ms. Bye may have information regarding: (1) an alleged incident that occurred on or about September 2, 1999, (2) an alleged incident that occurred on or about September 11, 1999, and (3) an alleged incident that occurred on or about September 12, 1999;

196.   Scott Ashton, witness, 44 Upton Street, Billerica, Massachusetts. Mr. Ashton may have information regarding: (1) items stolen from Lieutenant Connor's cruiser, (2) an alleged threat made by Officer Brian Micciche against Michelle Kennedy, (3) alleged damage to Danielle Honnors motor vehicle, (4) an alleged incident that occurred on or about June 22, 1997, (5) an alleged incident that occurred on or about January 15, 1998, (3) harassing phone calls allegedly made to Michelle Kennedy, (6) William Ashton's allegations of physical and sexual abuse by Arthur and Dianne Ashton, (7) an alleged incident that occurred on or about January 18, 2000, (8) an alleged incident that occurred on or about September 2, 1999, (9) an alleged incident that occurred on or about September 11, 1999, and (10) an alleged incident that occurred on or about September 12, 1999;

197.   William Ashton, witness, 1248 Gorham Street, Lowell, Massachusetts. Mr. Ashton may have information regarding: (1) an incident that occurred on December 30, 1998 involving the surveillance of a house on Mount Pleasant Street in Billerica, (2) an alleged incident that occurred on or about January 18, 2000, (3) items stolen from Lieutenant Connor's cruiser; (4) an alleged incident that occurred on or about September 7, 1999, (5) an alleged confrontation with Brian Micciche, (5) the arrest of Michelle Kennedy on an outstanding warrant, (6) an alleged incident that occurred on or about November 9, 2001, (7) an alleged incident that occurred on or about April 3, 2002 and April 18, 2002 involving bike ramps, (8) an alleged confrontation on

or about May 18, 2004, (9) an alleged incident involving Officer Tsoukalas' K9 dog being let out near Michelle Kennedy's home, (10) a motor vehicle citation issued on October 10, 2004, (11) an incident that occurred on or about September 15, 2004, (12) the alleged harassment of Donna Hawkes, Tara Hawkes, Ashley Bucci and David Fialkoksy, (13) the Kennedy children allegedly acting up on or about November 20, 2004, (14) William Ashton's arrest on March 7, 2003, (15) a motor vehicle citation issued to Krystina Smith on January 2, 2005, (16) alleged damage to Danielle Honnors motor vehicle, (17) an alleged incident that occurred on or about June 22, 1997, (18) an alleged incident that occurred on or about January 15, 1998, (19) an alleged incident that occurred on or about June 27, 1998, (20) an alleged incident that occurred on or about May 30, 1999, (21) an alleged incident that occurred on or about October 31, 1999, (22) an alleged incident that occurred on or about November 24, 1999, (23) an alleged incident that occurred on or about November 27, 1999, (24) an alleged incident that occurred on or about December 8, 1999, (25) an alleged incident that occurred on or about September 9, 2001, (26) William Ashton's allegations of physical and sexual abuse by Arthur and Dianne Ashton, (27) an alleged incident that occurred on or about August 6, 2001, (28) an alleged incident that occurred on or about June 30, 2001, (29) an alleged incident that occurred on or about October 17, 2000, (30) an alleged incident that occurred on or about August 5, 2000, (31) an alleged incident that occurred on or about January 19, 2000, (32) an alleged incident that occurred on or about December 30, 1998, (33) an alleged incident that occurred on or about September 2, 1999, (34) an alleged incident that occurred on or about September 11, 1999, and (35) an alleged incident that occurred on or about September 12, 1999;

198.    Dianne Ashton, witness, 44 Upton Street, Billerica, Massachusetts. Ms. Ashton may have information regarding: (1) an alleged incident that occurred on or about January 18, 2000, (2) items stolen from Lieutenant Connor's cruiser, (3) an alleged incident that occurred on or about January 15, 1998, (4) an alleged incident that occurred on or about August 25, 2000, (5) the restraining order she has against Michelle Kennedy, (6) William Ashton's allegations of physical and sexual abuse by Arthur and Dianne Ashton, (7) an alleged incident that occurred on or about August 5, 2000, (8) an alleged incident that occurred on or about September 12, 1999, and (9) an alleged incident that occurred on or about December 15, 2005;

199.    Arthur Ashton, witness, 44 Upton Street, Billerica, Massachusetts. Mr. Ashton may have information regarding: (1) an alleged assault committed by William Ashton against Dianne Ashton, and (2) William Ashton's allegations of physical and sexual abuse by Arthur and Dianne Ashton;

200.    Craig Ashton, witness, 44 Upton Street, Billerica, Massachusetts. Mr. Ashton may have information regarding William Ashton's allegations of physical and sexual abuse by Arthur and Dianne Ashton;

201.    Unnamed employees of a Dunkin Donuts, witnesses, Woburn Street, Lowell, Massachusetts. The unnamed witnesses may have information regarding an

alleged verbal argument between Officer Brian Micciche and Michelle and Brian Kennedy that took place on or about August 5, 1999;

202. Jared Corner, witness, 51 Pierce Street, Malden, Massachusetts. Mr. Corner may have information regarding an alleged incident that occurred at the Market Basket in Billerica on or about December 22, 2000;

203. Brooke Burns, witness, 231 Pond Street, Billerica, Massachusetts. Ms. Burns may have information regarding an alleged incident that occurred at the Market Basket in Billerica on or about December 22, 2000;

204. James McCreary, witness, 43 Bricknell Road, Billerica, Massachusetts. Mr. McCreary may have information regarding an incident that occurred at the Market Basket in Billerica on or about December 22, 2000;

205. Annette Brooks, witness, 220 Smith Street, Apartment #12, Lowell, Massachusetts. Ms. Brooks may have information regarding: (1) an alleged break-in at the Marshall Middle School, (2) an alleged altercation between George Brooks and Mitchell Kennedy, and (3) an alleged altercation that occurred on or about August 3, 2003;

206. George Brooks, III, witness, 48 Upton Street, Billerica, Massachusetts. Mr. Brooks may have information regarding: (1) an alleged altercation between George Brooks and Mitchell Kennedy, and (2) an alleged break-in at the Marshall Middle School;

207. George Brooks, witness, 48 Upton Street, Billerica, Massachusetts. Mr. Brooks may have information regarding: (1) an alleged break-in at the Marshall Middle School, (2) an alleged altercation with Brian Kennedy, Jr., (3) an alleged altercation with Mitchell Kennedy, and (4) an alleged altercation with Michelle Kennedy;

208. Roland G. Boucher, witness, 191 W. 6th Street, Lowell, Massachusetts. Mr. Boucher may have information regarding an alleged break-in at the Marshall Middle School;

209. Gayle McClean, witness, 9 Reinsway Circle, Westford, Massachusetts. Ms. McClean may have information regarding an alleged break-in at the Marshall Middle School;

210. George Woods, witness, 21 Bridle Road, Billerica, Massachusetts. Mr. Woods may have information regarding: (1) an alleged confrontation that occurred on or about May 18, 2004, and (2) an alleged break-in at 163 Leicester Street in Billerica, Massachusetts;

211. Carolyn Woods, witness, 17 Hlindale Drive, Hudson, Massachusetts. Ms. Woods may have information regarding an alleged break-in at 163 Leicester Street in Billerica, Massachusetts;

212. Mark Pagliuca, witness, unknown address, Massachusetts. Mr. Pagliuca may have information regarding an alleged confrontation on or about May 18, 2004;

213. Larry Cantrell, witness, unknown address, Massachusetts. Mr. Cantrell may have information regarding an alleged confrontation on or about May 18, 2004;

214. Rocco Longo, witness, Town Administrator, Town of Billerica, 365 Boston Post Road, Billerica, Massachusetts. Mr. Longo may have information regarding the allegations contained in the Letter to the Town of Billerica from the Law Offices of Nicholson, Sreter & Gilgun, P.C. dated February 20, 2002;

215. Richard Montauri, witness, former Town Manager, Town of Billerica, Massachusetts. Mr. Montauri may have information regarding the allegations contained in the Letter to the Town of Billerica from the Law Offices of Nicholson, Sreter & Gilgun, P.C. dated February 20, 2002;

216. Shirley E. Schult, witness, Town Clerk, Town of Billerica, 365 Boston Post Road, Billerica, Massachusetts. Ms. Schult may have information regarding the allegations contained in the Letter to the Town of Billerica from the Law Offices of Nicholson, Sreter & Gilgun, P.C. dated February 20, 2002;

217. Susan Michelini, witness, Town Clerk's Office, Town of Billerica, 365 Boston Post Road, Billerica, Massachusetts. Ms. Michelini may have information regarding: (1) the allegations contained in the Letter to the Town of Billerica from the Law Offices of Nicholson, Sreter & Gilgun, P.C. dated February 20, 2002, and (2) an alleged incident that occurred on or about July 15, 2004;

218. Michael Dodge, Manager of the Lakeside Mobil Home Park, Oak Street, North Billerica, Massachusetts. Mr. Dodge may have information regarding William Ashton's living arrangements with Brian and Michelle Kennedy;

219. Deann Masone, witness, 181 Vale Street, Tewksbury, Massachusetts. Ms. Masone may have information regarding an alleged incident that occurred on or about November 9, 2001;

220. John Cimmino, witness, 128 South Street, Tewksbury, Massachusetts. Mr. Cimmino may have information regarding an alleged incident that occurred on or about November 9, 2001;

221. Louis Cimmino, witness, 128 South Street, Tewksbury, Massachusetts. Mr. Cimmino may have information regarding an alleged incident that occurred on or about November 9, 2001;

222. Vanessa Minervini, witness, 560 South Street, Tewksbury, Massachusetts. Ms. Minervini may have information regarding an alleged incident that occurred on or about November 9, 2001;

223. Christie Gilpatrick, witness, 37 Short Street, Apartment B, Lowell, Massachusetts. Ms. Gilpatrick may have information regarding an alleged incident that occurred on or about November 9, 2001;

224. Robin Benshimol, witness, unknown address. Ms. Benshimol may have information regarding an alleged incident that occurred on or about November 1, 2001;

225. Robin Benchmore, witness, unknown address. Ms. Benchmore may have information regarding an alleged incident that occurred on or about November 1, 2001;

226. John Keough, witness, EMT-P, Billerica EMS Paramedics, Billerica, Massachusetts. Mr. Keough may have information regarding an alleged incident that occurred on or about November 9, 2001;

227. EMT Luttrell, witness, EMT-P, Billerica EMS Paramedics, Billerica, Massachusetts. Mr. Luttrell may have information regarding an alleged altercation involving Leo Allgaier, Dennis Allgaier and Michael Kennedy on or about June 19, 1993;

228. EMT Tremblay, witness, EMT-P, Billerica EMS Paramedics, Billerica, Massachusetts. Mr. Tremblay may have information regarding an alleged altercation involving Leo Allgaier, Dennis Allgaier and Michael Kennedy on or about June 19, 1993;

229. Mr. Lunetta, witness, EMT-P, Billerica EMS Paramedics, Billerica, Massachusetts. Mr. Lunetta may have information regarding an incident that occurred on November 9, 2001;

230. Danny Delisola, witness, unknown address. Mr. Delisola may have information regarding: (1) Brian and Michelle Kennedy's alleged attempt to have Tracey Heffernan state that Officer MacKenzie allegedly tried to hire her to assault Michelle Kennedy, and (2) Michelle Kennedy's alleged inquiries into hiring someone to assault another individual;

231. Randy Delisola, witness, unknown address. Mr. Delisola may have information regarding: (1) Brian and Michelle Kennedy's alleged attempt to have Tracey Heffernan state that Officer MacKenzie allegedly tried to hire her to assault Michelle Kennedy, and (2) Michelle Kennedy's alleged inquiries into hiring someone to assault another individual;

232. An individual identified as Beck (Danny Delisola's girlfriend), witness, unknown address. Beck may have information regarding: (1) Brian and Michelle Kennedy's alleged attempt to have Tracey Heffernan state that Officer MacKenzie allegedly tried to hire her to assault Michelle Kennedy, and (2) Michelle Kennedy's alleged inquiries into hiring someone to assault another individual;

233. Robert Spencer, witness, 37 Oak Street, Billerica, Massachusetts. Mr. Spencer may have information regarding: (1) an alleged incident that took place on or about May 21, 1993 at Mr. Tipps Lounge, and (2) Brian and Michelle Kennedy's alleged attempt to have Tracey Heffernan state that Officer MacKenzie allegedly tried to hire her to assault Michelle Kennedy;

234. Mark D'Agostino, witness, 72 Old Elm Street, Billerica, Massachusetts. Mr. D'Agostino may have information regarding an alleged incident that occurred on or about May 21, 1993 at Mr. Tipps Lounge;

235. Robert Giordano, witness, 7 Jon Mur Road, Billerica, Massachusetts. Mr. Giordano may have information regarding an alleged incident that occurred on or about May 21, 1993 at Mr. Tipps Lounge;

236. Chris Bland, witness, unknown address, Massachusetts. Mr. Bland may have formation regarding an alleged incident that occurred on or about May 21, 1993 at Mr. Tipps Lounge;

237. Joe Rouke, witness, 37 Oak Street, Billerica, Massachusetts. Mr. Rouke may have information regarding an alleged incident that took place on or about May 21, 1993 at Mr. Tipps Lounge;

238. Robert Reslow, witness, 55 Wilson Street, Billerica, Massachusetts. Mr. Reslow may have information regarding: (1) the alleged fire bombing of Brian Kennedy's truck, and (2) alleged incidents that occurred in June 1991;

239. Robyne Reslow, witness, 55 Wilson Street, Billerica, Massachusetts. Ms. Reslow may have information regarding: (1) alleged incidents that occurred in June 1991, (2) harassing phone calls allegedly made to Michelle Kennedy, (3) alleged incidents that occurred in September 1991, (4) an alleged assault committed against Ms. Reslow by Michelle Kennedy and Tracey Heffernan, and (5) alleged incidents that occurred on or about November 7, 1991;

240. Eleanor Reslow, witness, 55 Wilson Street, Billerica, Massachusetts. Ms. Reslow may have information regarding: (1) harassing phone calls allegedly made to Michelle Kennedy, and (2) alleged incidents that occurred in September 1991;

241. Richard Reslow, witness, 55 Wilson Street, Billerica, Massachusetts. Mr. Reslow may have information regarding: (1) alleged incidents that occurred in June 1991, (2) alleged incidents that occurred in September 1991, (3) an alleged attempt to pay Tracey Heffernan to assault Michelle Kennedy, (4) an alleged incident that occurred on or about July 15, 1991, and (5) alleged incidents that occurred on or about November 7, 1991;

242. Craig Pickering, witness, 195 Central Hill Road, Wells, Maine. Mr. Pickering may have information regarding: (1) Brian and Michelle Kennedy's alleged attempt to have Craig Pickering state that Officers MacKenzie and Elmore

allegedly wanted him to buy drugs off of Michelle Kennedy while they waited down the street for Mr. Pickering to bring them the drugs, and (2) Brian and Michelle Kennedy's alleged drug dealing;

243.   Joann Gordon, witness, 6 Port Sunlight, North Billerica, Massachusetts. Ms. Gordon may have information regarding Brian and Michelle Kennedy's alleged attempt to have Craig Pickering state that Officers MacKenzie and Elmore allegedly wanted him to buy drugs off of Michelle Kennedy while they waited down the street for Craig Pickering to bring them the drugs;

244.   Charles Nickonchuk, witness, unknown address.  Mr. Nickonchuk may have information regarding Brian and Michelle Kennedy's alleged attempt to have Craig Pickering state that Officers MacKenzie and Elmore allegedly wanted him to buy drugs off of Michelle Kennedy while they waited down the street for Craig Pickering to bring them the drugs;

245.   Thomas (Teddy) Galinaro, witness, unknown address. Mr. Galinaro may have information regarding: (1) an alleged altercation between Brian Kennedy and Paul Parent at Concord Shores Lounge, and (2) alleged drug activity in Billerica, Massachusetts;

246.   Steve Galinaro, witness, unknown address. Mr. Galinaro may have information regarding: (1) an alleged altercation between Brian Kennedy and Paul Parent at Concord Shores Lounge, and (2) alleged drug activity in Billerica, Massachusetts;

247.   John Galinaro, witness, unknown address.  Mr. Galinaro may have information regarding alleged drug activity in Billerica, Massachusetts;

248.   Bob Sheehan, witness, unknown address, Massachusetts.  Mr. Sheehan may have information regarding alleged drug activity in Billerica, Massachusetts;

249.   Gary Hoffman, witness, 4 Wilson Street, Billerica, Massachusetts. Mr. Hoffman may have information regarding alleged drug activity in Billerica, Massachusetts;

250.   Laura Hall, witness, 2 Old Elm Street, Billerica, Massachusetts. Ms. Hall may have information regarding alleged drug activity in Billerica, Massachusetts;

251.   Frank Kinney, witness, 2 Old Elm Street, Billerica, Massachusetts.  Mr. Kinney may have information regarding alleged drug activity in Billerica, Massachusetts;

252.   Michael Addair, witness, unknown address, Massachusetts.  Mr. Addair may have information regarding alleged drug activity in Billerica, Massachusetts;

253.   An individual identified as Stitch, witness, unknown address, Chelmsford, Massachusetts. Stitch may have information regarding alleged drug activity in Chelmsford and Billerica, Massachusetts;

254.    Ronnie Hannon, witness, unknown address.  Mr. Hannon may have information regarding alleged drug activity in Billerica, Massachusetts;

255.    Linda Napolitano, witness, 810 Boston Road, Billerica, Massachusetts. Ms. Napolitano may have information regarding alleged drug activity in Billerica, Massachusetts;

256.    Dana Roy, witness, 47 Cook Street, Billerica, Massachusetts.  Mr. Roy may have information regarding alleged drug activity in Billerica, Massachusetts;

257.    Albert Napolitano, witness, 53 Ellingwood Avenue, Billerica, Massachusetts. Mr. Napolitano may have information regarding alleged drug activity in Billerica, Massachusetts;

258.    Robert Keefe, witness, McDougal Street, Billerica, Massachusetts.  Mr. Keefe may have information regarding alleged drug activity in Billerica, Massachusetts;

259.    Marsha Napolitano, witness, 5 Aberdeen Street, Billerica, Massachusetts.  Ms. Napolitano may have information regarding alleged drug activity in Billerica, Massachusetts;

260.    Erin L. Egan, witness, 42 Charme Road, Billerica, Massachusetts.  Ms. Egan may have information regarding alleged drug activity in Billerica, Massachusetts;

261.    Joe Sargent, witness, unknown address.  Mr. Sargent may have information regarding alleged drug activity in Billerica, Massachusetts;

262.    An individual identified as Joe Sargent's wife, witness, unknown address. Mr. Sargent's wife may have information regarding alleged drug activity in Billerica, Massachusetts;

263.    Helena Valdez, witness, unknown address.  Ms. Valdez may have information regarding alleged drug activity in Billerica, Massachusetts;

264.    An individual identified as Debbie, unknown address. Debbie may have information regarding alleged drug activity in Billerica, Massachusetts;

265.    An individual identified as "Bulkie", witness, unknown address, Burlington, Massachusetts.  "Bulkie" may have information regarding alleged drug activity in Billerica, Massachusetts;

266.    Ed Larson, unknown address. Mr. Larson may have information regarding alleged drug activity in Billerica, Massachusetts;

267. Eugene Butchie Caterino, witness, unknown address, Billerica, Massachusetts. Mr. Caterino may have information regarding alleged drug activity in Billerica, Massachusetts;

268. Patti LeBeau, witness, unknown address, Massachusetts. Ms. LeBeau may have information regarding alleged drug activity in Billerica, Massachusetts;

269. Bill Burrows, witness, unknown address, Massachusetts. Mr. Burrows may have information regarding alleged drug activity in Billerica, Massachusetts;

270. Bob Lewis, witness, unknown address, Massachusetts. Mr. Lewis may have information regarding alleged drug activity in Billerica, Massachusetts;

271. Susan (Murphy) Wilson, witness, Rogers Street, Billerica, Massachusetts. Ms. Wilson may have information regarding alleged drug activity in Billerica, Massachusetts;

272. Donald Wilson, witness, 1350 Andover Street, Tewksbury, Massachusetts. Mr. Wilson may have information regarding: (1) alleged drug activity in Billerica, Massachusetts, and (2) an alleged incident that occurred at a fundraiser for the family of Michelle Kennedy's deceased brother at the Billerica Rod and Gun Club;

273. Timmy Trainor, witness, unknown address, Massachusetts. Mr. Trainor may have information regarding alleged drug activity in Billerica, Massachusetts;

274. Ray Trainor, witness, unknown address, Massachusetts. Mr. Trainor may have information regarding alleged drug activity in Billerica, Massachusetts;

275. Shawn Sullivan, witness, unknown address, Massachusetts. Mr. Sullivan may have information regarding alleged drug activity in Billerica, Massachusetts;

276. Timmy Sullivan, witness, Concord Falls Apartments, Massachusetts. Mr. Sullivan may have information regarding alleged drug activity in Billerica, Massachusetts;

277. Anthony Gozzo, witness, unknown address, Massachusetts. Mr. Gozzo may have information regarding alleged drug activity in Billerica, Massachusetts;

278. William McKay, witness, unknown address, Massachusetts. Mr. McKay may have information regarding alleged drug activity in Billerica, Massachusetts;

279. Lisa Smith, witness, unknown address, Lowell, Massachusetts. Ms. Smith may have information regarding alleged drug activity in Billerica, Massachusetts;

280. Paul Peterson, witness, unknown address, Lowell, Massachusetts. Mr. Peterson may have information regarding alleged drug activity in Billerica, Massachusetts;

281. John Murray, witness, Concord Falls Apartments, Massachusetts. Mr. Murray may have information regarding alleged drug activity in Billerica, Massachusetts;

282. An individual identified as Gary, witness, Wilson Street, Billerica, Massachusetts. Gary may have information regarding alleged drug activity in Billerica, Massachusetts;

283. An individual identified as Duckey, witness, Wilson Street, Billerica, Massachusetts. Duckey may have information regarding alleged drug activity in Billerica, Massachusetts;

284. An individual identified as "Fuji", witness, unknown address, Massachusetts. "Fuji" may have information regarding alleged drug activity in Billerica, Massachusetts;

285. Gleora Atkinson, witness, Health Street, Tewksbury, Massachusetts. Ms. Atkinson may have information regarding alleged drug activity in Billerica, Massachusetts;

286. Stephen Atkinson, witness, 7A Warren Street, Nashua, New Hampshire. Mr. Atkinson may have information regarding alleged drug activity in Billerica, Massachusetts;

287. An individual identified as "Bird", witness, unknown address, Massachusetts. "Bird" may have information regarding alleged drug activity in Billerica, Massachusetts;

288. Mark Ross, witness, unknown address, Massachusetts. Mr. Ross may have information regarding alleged drug activity in Billerica, Massachusetts;

289. Mark Raboin, witness, unknown address, Massachusetts. Mr. Raboin may have information regarding alleged drug activity in Billerica, Massachusetts;

290. Tim Hinckley, witness, unknown address, Massachusetts. Mr. Hinckley may have information regarding alleged drug activity in Billerica, Massachusetts;

291. Andy Reardon, witness, unknown address, Massachusetts. Mr. Reardon may have information regarding alleged drug activity in Billerica, Massachusetts;

292. Frederick Kling, witness, unknown address, Massachusetts. Mr. Kling may have information regarding alleged drug activity in Billerica, Massachusetts;

293.   Kelly Nadeau, witness, unknown address, Massachusetts. Ms. Nadeau may have information regarding alleged drug activity in Billerica, Massachusetts;

294.   An individual identified as Doreen, witness, unknown address, Massachusetts. Doreen may have information regarding alleged drug activity in Billerica, Massachusetts;

295.   William Kelly, witness, unknown address, Massachusetts. Mr. Kelly may have information regarding alleged drug activity in Billerica, Massachusetts;

296.   An individual identified as Steven ?urnane, witness, unknown address, Massachusetts. Mr. ?urnane may have information regarding alleged drug activity in Billerica, Massachusetts;

297.   Robert Macintyre, witness, unknown address, Massachusetts. Mr. Macintyre may have information regarding alleged drug activity in Billerica, Massachusetts;

298.   Patrick McHugh, witness, unknown address, Massachusetts. Mr. McHugh may have information regarding alleged drug activity in Billerica, Massachusetts;

299.   Paula McHugh, witness, unknown address, Massachusetts. Ms. McHugh may have information regarding alleged drug activity in Billerica, Massachusetts;

300.   Timmy Turner, witness, unknown address, Waltham, Massachusetts. Mr. Turner may have information regarding alleged drug activity in Billerica, Massachusetts;

301.   An individual identified as Jose, witness, unknown address, Lowell, Massachusetts. Jose may have information regarding alleged drug activity in Billerica, Massachusetts;

302.   Gordon Menear, witness, unknown address. Mr. Menear may have information regarding alleged drug activity in Billerica, Massachusetts;

303.   Jackie Danis, witness, unknown address. Ms. Danis may have information regarding alleged drug activity in Billerica, Massachusetts;

304.   Sandy Brennan, witness, unknown address. Ms. Brennan may have information regarding alleged drug activity in Billerica, Massachusetts;

305.   Gary Howe, witness, unknown address. Mr. Howe may have information regarding alleged drug activity in Billerica, Massachusetts;

306.   Jeff Howe, witness, unknown address. Mr. Howe may have information regarding alleged drug activity in Billerica, Massachusetts;

307. Rick Soley, witness, unknown address. Mr. Soley may have information regarding alleged drug activity in Billerica, Massachusetts;

308. Unnamed individuals who attended a fundraiser for the family of Michelle Kennedy's deceased brother at the Billerica Rod and Gun Club, witnesses, unknown addresses. The unnamed witnesses may have information regarding Michelle Kennedy's allegations that Sergeant Munn insisted that she leave the event and that he physically pushed her out the door;

309. Unnamed individual who was in the motor vehicle with Brian and Michelle Kennedy when Officer Touchakis allegedly fractured Michelle Kennedy's finger, witness, unknown address, Massachusetts;

310. Cody Gallinaro, witness, 37 Upton Street, Billerica, Massachusetts. Mr. Gallinaro may have information regarding an alleged altercation between George Brooks and Mitchell Kennedy on or about September 7, 2002;

311. An individual identified as Ricky, witness, unknown address, Massachusetts. Ricky may have information regarding an alleged altercation between George Brooks and Mitchell Kennedy on or about September 7, 2002;

312. An individual identified as Sang, witness, unknown address, Massachusetts. Sang may have information regarding an alleged altercation between George Brooks and Mitchell Kennedy on or about September 7, 2002;

313. An individual identified as Matt, witness, unknown address, Massachusetts. Matt may have information regarding an alleged altercation between George Brooks and Mitchell Kennedy on or about September 7, 2002;

314. Robert Anderson, witness, unknown address, Massachusetts. Mr. Anderson may have information regarding an alleged altercation between George Brooks and Mitchell Kennedy on or about September 7, 2002;

315. Janine Gallinaro, witness, 37 Upton Street, Billerica, Massachusetts. Ms. Gallinaro may have information regarding threats allegedly made against her by Michelle Kennedy;

316. Nicholas A. Gallinaro, witness, 37 Upton Street, Billerica, Massachusetts. Mr. Gallinaro may have information regarding threats allegedly made against Janine Gallinaro by Michelle Kennedy;

317. Thomas Gallinaro, 46 Hawthorne Street, Lowell, Massachusetts. Mr. Gallinaro may have information regarding an alleged altercation between Brian Kennedy and Paul Parent at Concord Shores Lounge;

318. Janice Carroll, witness, Bail Commissioner, Lowell District Court, 41 Hurd Street, Lowell, Massachusetts. Ms. Carroll may have information regarding bail for Brian and Michelle Kennedy;

319. Joseph Donahue witness, Bail Commissioner, Lowell District Court, 41 Hurd Street, Lowell, Massachusetts. Mr. Donahue may have information regarding bail for Brian and Michelle Kennedy;

320. Kevin Finnegan, witness, Bail Commissioner, Lowell District Court, 41 Hurd Street, Lowell, Massachusetts. Mr. Finnegan may have information regarding bail for Brian and Michelle Kennedy;

321. William Paskiewicz, witness, Stan's Towing, unknown address, Massachusetts. Mr. Paskiewicz may have information regarding the arrest of Michelle Kennedy on an outstanding warrant on or about July 20, 2001;

322. Kenneth Carron, witness, 81 Salem Road, Billerica, Massachusetts. Mr. Carron may have information regarding Michelle and Brian Kennedy's alleged attempt to have him file a criminal complaint against Officer MacKenzie alleging that MacKenzie had assaulted Mr. Carron when he had been arrested;

323. Lynn Tierney, witness, 73 Treble Cove Road, Billerica, Massachusetts. Ms. Tierney may have information regarding: (1) several alleged incidents that took place at Mr. Tipps in Billerica, Massachusetts, (2) Brian and Michelle Kennedy's alleged attempt to have her fill out a police report for an incident at Mr. Tipps that she did not witness, and (3) alleged threats made against her by Brian Kennedy;

324. John Tierney, Sr., witness, 73 Treble Cove Road, Billerica, Massachusetts. Mr. Tierney may have information regarding alleged incidents that occurred during May, June and July 2003;

325. Alice Tierney, witness, 73 Treble Cove Road, Billerica, Massachusetts. Mrs. Tierney may have information regarding alleged incidents that occurred during May, June and July 2003;

326. Helio Teixeira, witness, 48 Wilson Street, Billerica, Massachusetts. Mr. Teixeira may have information regarding an alleged altercation that took place on or about July 21, 1997;

327. Danielle Honnors, witness, 121 High Street, Billerica, Massachusetts. Ms. Honnors may have information regarding: (1) an alleged altercation that occurred in July 1997, and (2) alleged damage to Danielle Honnors motor vehicle;

328. Christine McNulty, witness, 7 Lowell Street, Billerica, Massachusetts. Ms. McNulty may have information regarding an alleged incident that occurred on or about July 22, 1997;

329. Donna Gauvreau, witness, 116 Leicester Street, Tewksbury, Massachusetts. Ms. Gauvreau may have information regarding; (1) stolen property from

Lieutenant Connor's cruiser, and (2) an alleged incident that occurred on or about September 27, 1999;

330. Sean Gauvreau, witness, 116 Leicester Street, Tewksbury, Massachusetts. Mr. Gauvreau may have information regarding: (1) alleged drug activity in Billerica, Massachusetts, and (2) an alleged incident that occurred on or about May 8, 1993;

331. Michael Wallace, witness, 23 Old Elm Street, Billerica, Massachusetts. Mr. Wallace may have information regarding: (1) an alleged incident that occurred on or about May 8, 2000, and (2) an alleged incident that occurred on or about June 30, 2001;

332. Cheryl Dimambro, witness 23 Old Elm Street, Billerica, Massachusetts. Ms. Dimambro may have information regarding an alleged incident that occurred on or about June 30, 2001;

333. Domenic Dimambro, witness, 23 Old Elm Street, Billerica, Massachusetts. Mr. Dimambro may have information regarding an alleged incident that occurred on or about June 30, 2001;

334. Melissa Swanson, witness, 32 Old Elm Street, Billerica, Massachusetts. Ms. Swanson may have information regarding an alleged incident that occurred on or about June 30, 2001;

335. Scott Hutchinson, witness, 51 Wilson Street, Billerica, Massachusetts. Mr. Hutchinson may have information regarding: (1) an alleged altercation that occurred on or about October 8, 1997, and (2) an alleged incident that occurred on or about October 17, 2000;

336. David Mendonca, witness, 8 Post Street, Billerica, Massachusetts. Mr. Mendonca may have information regarding an alleged incident that occurred on or about October 17, 2000;

337. Susan Danehy, witness, 41 Upton Street, Billerica, Massachusetts. Ms. Danehy may have information regarding an alleged incident that occurred on or about January 18, 2000;

338. Rita Bellows, witness, 53 Upton Street, Billerica, Massachusetts. Ms. Bellows may have information regarding an alleged incident that occurred on or about January 18, 2000;

339. Kim MacKenzie, witness, 43 Clover Hill Circle, Tyngsboro, Massachusetts. Ms. MacKenzie may have information regarding: (1) harassing phone calls allegedly made to Michelle Kennedy, and (2) harassing phone calls allegedly made to Kim MacKenzie;

340. Dave Lavita, witness, unknown address, Tewksbury, Massachusetts. Mr. Lavita may have information regarding: (1) an alleged incident that occurred

on or about November 8, 2001, and (2) an alleged incident that occurred on or about November 9, 2001;

341. Peter Maguire, witness, Principal. Marshall Middle School, 15 Floyd Street, Billerica, Massachusetts. Mr. Maguire may have information regarding Michelle Kennedy's allegations that Tara Connors singled out her son Brian Kennedy in class;

342. Pamela Lakin, witness, Assistant Principal, Marshall Middle School, 15 Floyd Street, Billerica, Massachusetts. Ms. Lakin may have information regarding Michelle Kennedy's allegations that Tara Connors singled out her son Brian Kennedy in class;

343. Philip Gibson, witness, Assistant Principal, Marshall Middle School, 15 Floyd Street, Billerica, Massachusetts. Mr. Gibson may have information regarding Michelle Kennedy's allegations that Tara Connors singled out her son Brian Kennedy in class;

344. Robert J. Calabrese, witness, Superintendent of Schools, Billerica Public Schools, Billerica, Massachusetts. Mr. Calabrese may have information regarding Michelle Kennedy's allegations that Tara Connors singled out her son Brian Kennedy in class;

345. Joseph LoDuca, witness, Science Department Chairperson, Billerica Public Schools, Billerica, Massachusetts. Mr. LoDuca may have information regarding Michelle Kennedy's allegations that Tara Connors singled out her son Brian Kennedy in class;

346. Mary Hintz, witness, Marshall Middle School, 15 Floyd Street, Billerica, Massachusetts. Ms. Hintz may have information regarding Michelle Kennedy's allegations that Tara Connors singled out her son Brian Kennedy in class;

347. Michael Ashe, witness, Union President, Billerica Public Schools, Billerica, Massachusetts. Mr. Ashe may have information regarding Michelle Kennedy's allegations that Tara Connors singled out her son Brian Kennedy in class;

348. Christopher Kelchner, witness, 180 2nd Street, Apartment 2, Manchester, New Hampshire. Mr. Kelchner may have information regarding an alleged incident that occurred on or about July 29, 2001;

349. Joseph Lyerly, Jr., witness, 103 Leicester Street, Billerica, Massachusetts. Mr. Lyerly may have information regarding an alleged incident that occurred on or about July 29, 2001;

350. Tony Seretta, witness, 101 Leicester Street, Billerica, Massachusetts. Mr. Seretta may have information regarding an alleged incident that occurred on or about July 29, 2001;

351. Kevin Guptill, witness, 78 Berkeley Street, Billerica, Massachusetts. Mr. Guptill may have information regarding (1) an alleged break-in at his trailer, and (2) an alleged incident that occurred on or about September 15, 2004 at or near 20 Oak Street in Billerica, Massachusetts;

352. Dennis O'Brien, witness, Bradlee's Department Store Security Guard, Chelmsford Mall, Chelmsford, Massachusetts. Mr. O'Brien may have information regarding an alleged incident on or about June 6, 1994;

353. Brian Sheppard, witness, Bradlee's Department Store Security Guard, Chelmsford Mall, Chelmsford, Massachusetts. Mr. Sheppard may have information regarding an alleged incident on or about June 6, 1994;

354. Michelle Horn, witness, unknown address, Massachusetts. Ms. Horn may have information regarding the alleged fire bombing of Brian Kennedy's truck;

355. An individual identified as Josephine, witness, North Billerica, Massachusetts. Josephine may have information regarding threatening phone calls allegedly made to Michelle Kennedy;

356. Pauline Lorette, witness, 84 Berkeley Street, Billerica, Massachusetts. Ms Lorette may have information regarding an alleged incident that occurred on or about August 2, 1993;

357. Lawrence Burns, witness, 7 Ipswich Street, North Billerica, Massachusetts. Mr. Burns may have information regarding an alleged incident that occurred on or about April 26, 1996;

358. Donna Hawkes, witness, 153 Ipswich Street, Tewksbury, Massachusetts. Ms. Hawkes may have information regarding: (1) an alleged incident that occurred on or about April 26, 1996, (2) an alleged incident that occurred on or about April 27, 1996, and (3) alleged harassment by William Ashton, Kevin Guptill, and Brian, Dylan and Mitchell Kennedy;

359. David Hawkes, witness, 153 Ipswich Street, Tewksbury, Massachusetts. Mr. Hawkes may have information regarding: (1) an alleged incident that occurred on or about April 26, 1996, and (2) an alleged incident that occurred on or about April 27, 1996;

360. Tara Hawkes, witness, 153 Ipswich Street, Tewksbury, Massachusetts. Ms. Hawkes may have information regarding: (1) an alleged incident that occurred on or about April 27, 1996, and (2) alleged harassment by William Ashton, Kevin Guptill, and Brian, Dylan and Mitchell Kennedy;

361. Gregory Peters, witness, 115 Leicester Street, Tewksbury, Massachusetts. Mr. Peters may have information regarding: (1) an alleged incident that

occurred on or about June 22, 1997, and (2) an alleged incident that occurred on or about November 27, 1999;

362.  Joseph Foley, witness, 18 Claire Street, Tewksbury, Massachusetts. Mr. Foley may have information regarding an alleged incident that occurred on or about June 27, 1998;

363.  Ryan Donovan, witness, 17 Chester Street, Tewksbury, Massachusetts. Mr. Donovan may have information regarding an alleged incident that occurred on or about June 27, 1998;

364.  Shane Oravec, witness 93 Pheasant Road, Billerica, Massachusetts. Mr. Oravec may have information regarding an alleged incident that occurred on or about June 27, 1998;

365.  Kyle Fisher, witness, 18 Keyes Road, Billerica, Massachusetts. Mr. Fisher may have information regarding an alleged incident that occurred on or about June 27, 1998;

366.  Toni J. Risso, witness, 143 Leicester Street, Tewksbury, Massachusetts. Ms. Risso may have information regarding an alleged incident that occurred on or about May 30, 1999;

367.  Cindy Hutton, witness, 119 Leicester Street, Tewksbury, Massachusetts. Ms Hutton may have information regarding: (1) an alleged incident that occurred on or about September 27, 1999, (2) an alleged incident that occurred on or about October 31, 1999, and (3) an alleged incident that occurred on or about November 24, 2001;

368.  Brian Hutton, witness, 119 Leicester Street, Tewksbury, Massachusetts. Mr. Hutton may have information regarding: (1) an alleged incident that occurred on or about September 27, 1999, and (2) an alleged incident that occurred on or about November 24, 2001;

369.  Jay Parker, witness, unknown address, Massachusetts. Mr. Parker may have information regarding an alleged incident that occurred on or about September 27, 1999;

370.  Justine Lefebvre, witness, 135 Leicester Street, Tewksbury, Massachusetts. Ms. Lefebvre may have information regarding: (1) an alleged incident that occurred on October 31, 1999, (2) an alleged incident that occurred on or about November 27, 1999, and (3) an alleged incident that occurred on or about June 15, 2001;

371.  Rachel Lefebvre, witness, 135 Leicester Street, Tewksbury, Massachusetts. Ms. Lefebvre may have information regarding: (1) an alleged incident that occurred on October 31, 1999, (2) an alleged incident that occurred on or about November 24, 1999, and (3) an alleged incident that occurred on or about November 27, 1999;

372.   Monique Ledoux, witness, 113 Leicester Street, Billerica, Massachusetts. Ms. Ledoux may have information regarding: (1) an alleged incident that occurred on October 31, 1999, (2) an alleged incident that occurred on or about November 24, 1999, (3) an alleged incident that occurred on or about November 27, 1999, and (4) an alleged incident that occurred on or about December 8, 1999;

373.   Anne Williams, witness, 470 Main Street, Tewksbury, Massachusetts. Ms. Williams may have information regarding an alleged incident that occurred on or about October 1, 2001;

374.   Richard Williams, witness, 470 Main Street, Tewksbury, Massachusetts. Mr. Williams may have information regarding an alleged incident that occurred on or about October 1, 2001

375.   Steven Petrovski, witness, 470 Main Street, Tewksbury, Massachusetts. Mr. Petrovski may have information regarding an alleged incident that occurred on or about October 1, 2001;

376.   John Ortega, witness, 253 Quincy Street, Dorchester, Massachusetts. Mr. Ortega may have information regarding an alleged incident that occurred on or about October 1, 2001;

377.   Wilfredo Ortega, witness, 253 Quincy Street, Dorchester, Massachusetts. Mr. Ortega may have information regarding an alleged incident that occurred on or about October 1, 2001;

378.   Karen Balchunas, witness, 578 North Street, Tewksbury, Massachusetts. Ms. Balchunas may have information regarding Brian Kennedy's alleged phone calls to her 14 year old daughter, Marisa Conte;

379.   Marisa Conte, witness, 578 North Street, Tewksbury, Massachusetts. Ms Conte may have information regarding her alleged contact with Brian Kennedy;

380.   Richard Antonellis, Jr., witness, 10 Wilson Avenue, Watertown, Massachusetts. Mr. Antonellis may have information regarding an alleged fight at the Gun Club on June 24, 2000;

381.   Robert Mitza, Jr., witness, 10 Wilson Avenue, Watertown, Massachusetts. Mr. Mitza may have information regarding an alleged fight at the Gun Club on June 24, 2000;

382.   Shane Roy, witness, 10 Wilson Avenue, Watertown, Massachusetts. Mr. Roy may have information regarding an alleged fight at the Gun Club on June 24, 2000;

383.	Nancy Fleury, witness, 34 Upton Street, Billerica, Massachusetts. Ms. Fleury may have information regarding Mitchell Kenney's alleged involvement in throwing rocks at motor vehicles and trailers;

384.	Michael Stokes, witness, 113 Salem Road, Billerica, Massachusetts. Mr. Stokes may have information regarding the theft of his bicycle;

385.	Thomas Stokes, witness, 136 Commonwealth Avenue, Lowell, Massachusetts. Mr. Stokes may have information regarding: (1) the theft of Michael Stokes' bicycle, and (2) a motor vehicle citation issued to Krystina Smith on January 2, 2005;

386.	Robert Spencer, witness, 28 Wilson Street, Billerica, Massachusetts. Mr. Spencer may have information regarding threats allegedly made against him by Brian Kennedy;

387.	Michelle Spencer, witness, 28 Wilson Street, Billerica, Massachusetts. Ms. Spencer may have information regarding threats allegedly made against her son by Brian Kennedy;

388.	Gregory K. Strunk, witness, 25 Fox Hill Road, Billerica, Massachusetts. Mr. Strunk may have information regarding alleged problems with Brian Kennedy's dogs;

389.	Barry Buckley, witness, 128 Leicester Street, Tewksbury, Massachusetts. Mr. Buckley may have information regarding a package that Brian Kennedy allegedly signed for in a fraudulent manner;

390.	Craig Brown, witness, 80 Brick Kiln Road, Chelmsford, Massachusetts. Mr. Brown may have information regarding a package that Brian Kennedy allegedly signed for in a fraudulent manner;

391.	David Fialkosky, witness, Bridge Street, Billerica, Massachusetts. Mr. Fialkosky may have information regarding alleged harassment by William Ashton, Kevin Guptill and Brian, Dylan and Mitchell Kennedy;

392.	Ashley Bucci, witness, 107 Merrimack Meadows Lane, Tewksbury, Massachusetts. Ms. Bucci may have information regarding alleged harassment by William Ashton, Kevin Guptill and Brian, Dylan and Mitchell Kennedy;

393.	Stephen Kennedy, witness, 12 Michael Road, Billerica, Massachusetts. Mr. Kennedy may have information regarding harassing phone calls allegedly made by Michelle Kennedy;

394.	Mary Keough, witness, 5 Mahogany Drive, Nashua, New Hampshire. Ms. Keough may have information regarding a response to a 911 call at 7 Bridge Street, Unit #9 on January 5, 2005;

395.  John P. Holt, witness, 13 Sheldon Street, Billerica, Massachusetts. Mr. Holt may have information regarding a response to a 911 call at 7 Bridge Street, Unit #9 on January 5, 2005;

396.  Marjorie Holt, witness, 13 Sheldon Street, Billerica, Massachusetts. Ms. Holt may have information regarding a response to a 911 call at 7 Bridge Street, Unit #9 on January 5, 2005;

397.  David Kinsella, witness, 28 Andover Road, Billerica, Massachusetts. Mr. Kinsella may have information regarding a response to a 911 call at 7 Bridge Street, Unit #9 on January 5, 2005;

398.  Claudia Kinsella, witness, 28 Andover Road, Billerica, Massachusetts. Ms. Kinsella may have information regarding a response to a 911 call at 7 Bridge Street, Unit #9 on January 5, 2005;

399.  Mary Cormier, witness, 7 Bridge Street, Billerica, Massachusetts. Ms. Cormier may have information regarding a response to a 911 call at 7 Bridge Street, Unit #9 on January 5, 2005;

400.  Mark Surette, witness 477 Lebanon Street, Malden, Massachusetts. Mr. Surette may have information regarding the arrest of William Ashton on March 7, 2003;

401.  Timothy Taker, witness, 16 Lowell Street, Billerica, Massachusetts. Mr. Taker may have information regarding alleged incidents that occurred in June 1991;

402.  Janet Miller, witness, 217 R Salem Street, Lowell, Massachusetts. Ms. Miller may have information regarding alleged incidents that occurred in June 1991;

403.  Kimberly Forbes, witness, 55 Wilson Street, Billerica, Massachusetts. Ms. Forbes may have information regarding alleged incidents that occurred in June 1991;

404.  Josh Clark, witness, 21 Duren Avenue, Lowell, Massachusetts. Mr. Clark may have information regarding: (1) alleged incidents that occurred in June 1991, and (2) an alleged altercation that took place on or about July 21, 1997;

405.  Shannon (Antle) Mansfield, witness, 6 Sunrise Avenue, Billerica, Massachusetts. Ms. Mansfield may have information regarding: (1) alleged incidents that occurred in June 1991, and (2) alleged drug activity in Billerica, Massachusetts;

406.  Mrs. Daniels, witness, New England Telephone, unknown address. Mrs. Daniels may have information regarding harassing phone calls allegedly made by Donna Oblenis to Michelle Kennedy;

407. Laurie Daley, witness, unknown address. Ms. Daley may have information regarding an alleged altercation that took place between Michelle Kennedy, Robyne Reslow and Laurie Daley;

408. David Allgaier, witness, 35 Call Street, Billerica, Massachusetts. Mr. Allgaier may have information regarding an alleged altercation between Brian Kennedy and Paul Parent at the Concord Shores Lounge;

409. Dale Crandel, witness, unknown address. Mr. Crandel may have information regarding an alleged altercation between Brian Kennedy and Paul Parent at the Concord Shores Lounge;

410. Marcia Tedford, witness, Leicester Street, Billerica, Massachusetts. Ms. Tedford may have information regarding threats allegedly made by Brian Kennedy against Lynne Tierney;

411. Patricia O'Boyle, witness, unknown address. Ms. O'Boyle may have information regarding threats allegedly made by Brian Kennedy against Lynne Tierney;

412. John F. Brogna, Jr., witness, 2 Sunset Drive, Derry, New Hampshire. Mr. Brogna may have information regarding an alleged incident that occurred on or about September 30, 1998 at Christy's;

413. Scott Lothrop, Jr., witness, 2 Sunset Drive, Derry, New Hampshire. Mr. Lothrop may have information regarding an alleged incident that occurred on or about September 30, 1998 at Christy's;

414. Brian R. Paquette, 77 W. Sixth Street, Lowell, Massachusetts. Mr. Paquette may have information regarding an alleged incident that occurred on or about August 8, 1997;

415. Brian Mansfield, witness, 7 Wilson Street, Billerica, Massachusetts. Mr. Mansfield may have information regarding an alleged incident that occurred on or about August 8, 1997;

416. Jesse Delgreco, witness, 10 Wilson Street, Billerica, Massachusetts. Mr. Delgreco may have information regarding an alleged incident that occurred on or about August 8, 1997;

417. Adam J. Shibles, witness, 4 Olde Hillside Avenue, Billerica, Massachusetts. Mr. Shibles may have information regarding an alleged incident that occurred on or about July 24, 1997;

418. Glenn R. Plum, witness, 104 Belmont Avenue, Apartment #20, Lowell, Massachusetts. Mr. Plum may have information regarding an alleged incident that occurred on or about July 24, 1997;

419.  Thomas S. Dickerson, Jr., witness, 15 Rosewood Avenue, Billerica, Massachusetts. Mr. Dickerson may have information regarding an alleged incident that occurred on or about July 24, 1997;

420.  Julie Gizzi, witness, 96 Mount Washington Street, Lowell, Massachusetts. Ms. Gizzi may have information regarding an alleged incident that occurred on or about July 24, 1997;

421.  Marie E. Ellard, witness, 4 Arlington Street, Lowell, Massachusetts. Ms. Ellard may have information regarding an alleged incident that occurred on or about July 24, 1997;

422.  Tiffany Decker, witness, 130 Leicester Street, Tewksbury, Massachusetts. Ms. Decker may have information regarding an alleged incident that occurred on or about July 24, 1997;

423.  Mark Harrington, witness, unknown address, Billerica, Massachusetts. Mr. Harrington may have information regarding an incident that occurred on or about August 15, 1995;

424.  William Gavin, witness, unknown address, Billerica, Massachusetts. Mr. Gavin may have information regarding an incident that occurred on or about August 15, 1995;

425.  Cindy Arsenault, witness, 24 Sunnyslope Avenue, Tewksbury, Massachusetts. Ms. Arsenault may have information regarding an alleged incident that occurred on or about January 9, 1999;

426.  Robin Russell, witness, 162 Leicester Street, Billerica, Massachusetts. Ms. Russell may have information regarding an alleged incident that occurred on or about September 9, 2001;

427.  Bobby Fitzmaurice, witness, unknown address, Billerica, Massachusetts. Mr. Fitzmaurice may have information regarding an alleged incident that occurred on or about September 9, 2001;

428.  Mr. Via Gimir, witness, unknown address, owner of a laundromat in Billerica, Billerica, Massachusetts. Mr. Via Gimir may have information regarding an alleged incident that occurred on or about September 9, 2001;

429.  Sean Sullivan, witness, unknown address, Billerica, Massachusetts. Mr. Sullivan may have information regarding the alleged physical and sexual abuse suffered by William Ashton as a result of Arthur and Dianne Ashton's actions;

430.  Joseph Mulchern, witness, unknown address, Billerica, Massachusetts. Mr. Mulchern may have information regarding the alleged physical and sexual abuse suffered by William Ashton as a result of Arthur and Dianne Ashton's actions;

431.    Chad Stanley, witness, unknown address, Billerica, Massachusetts. Mr. Stanley may have information regarding the alleged physical and sexual abuse suffered by William Ashton as a result of Arthur and Dianne Ashton's actions;

432.    Jeffrey Hern, witness, unknown address, Billerica, Massachusetts. Mr. Hern may have information regarding the alleged physical and sexual abuse suffered by William Ashton as a result of Arthur and Dianne Ashton's actions;

433.    Carol Porter, witness, Solomon Mental Health Facility, 391 Varnum Avenue Lowell, Massachusetts. Ms. Porter may have information regarding: (1) an alleged incident that occurred on or about January 18, 2000, and (2) an alleged incident that occurred on or about January 19, 2000;

434.    Rick Sousa, witness, Billerica Ambulance, EMT, Billerica, Massachusetts. Mr. Sousa may have information regarding an alleged incident that occurred on or about January 18, 2000;

435.    Gary Rich, witness, Billerica Ambulance, EMT, Billerica, Massachusetts. Mr. Rich may have information regarding an alleged incident that occurred on or about January 18, 2000;

436.    Unnamed passenger in Michelle Kennedy's motor vehicle on June 8, 2002, witness, unknown address. The unnamed passenger may have information regarding an alleged incident that occurred on or about June 8, 2002;

437.    Elaine Schepici, witness, 17 Burnham Road, North Billerica, Massachusetts. Ms. Schepici may have information regarding items allegedly stolen from Lieutenant Connor's cruiser;

438.    Judy Binnette, witness, Shoreline Drive, Tewksbury, Massachusetts. Mrs. Binnette may have information regarding an alleged incident that occurred on or about August 1, 1997;

439.    Joseph Binnette, witness, Shoreline Drive, Tewksbury, Massachusetts. Mr. Binnette may have information regarding an alleged incident that occurred on or about August 1, 1997;

440.    Jonathan Binnette, witness, Shoreline Drive, Tewksbury, Massachusetts. Mr. Binnette may have information regarding an alleged incident that occurred on or about September 7, 2002;

441.    Nigeal A. Griffith-Brooks, witness, 220 Smith Street, Apartment #12, Lowell, Massachusetts. Mr. Griffith-Brooks may have information regarding an alleged incident that occurred on or about August 3, 2003;

The defendants reserve the right to supplement this list as more information becomes available to them.

26(a)(1)(B).    <u>Description by category and location of all documents that are relevant to disputed facts alleged with particularity in the pleadings:</u>

Subject to objection to production of documents based on work-product or attorney-client privilege, the following categories of documents will be provided with this initial disclosure or are at the offices of Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116:

1.    Drug Investigation/Billerica/Tewksbury/Kennedys/ 1991-1992 (42 pages) (Bates: 1599-1640);

2.    Billerica Police Department Investigative Action Report dated February 8, 1991 (3 pages) (Bates: 1956-1958);

3.    Billerica Police Department Officer's Formal Report dated June 8, 1991 (15 pages) (Bates: 902-904, 950-952, 976-978, 1237-1239, 1272-1274);

4.    Billerica Police Department Officer's Formal Report dated June 9, 1991 (5 pages) (Bates: 910, 958, 983, 1245, 1280);

5.    Billerica Police Department Officer's Formal Report dated June 13, 1991 (5 pages) (Bates: 911, 959, 984, 1246, 1281);

6.    Billerica Police Department Officer's Formal Report dated September 11, 1991 (15 pages) (Bates: 912-914, 960-962, 985-987, 1247-1249, 1282-1284);

7.    Billerica Police Department Incident Report/Roster Shift Assignments dated September 23, 1991 (3 pages) (Bates: 897, 944, 970);

8.    Massachusetts Fire Incident Report dated September 23, 1991 (3 pages) (Bates: 896, 943, 969);

9.    Handwritten Notes (5 pages) (Bates: 898, 945-946, 971-972);

10.    Billerica Police Department Internal Daily Log – All Shifts dated September 30, 1991 (11 pages) (Bates: 917-927);

11.    Billerica Police Department Internal Daily Log – All Shifts dated October 2, 1991 (13 pages) (Bates: 928-940);

12.    Billerica Police Department Incident Report dated October 2, 1991 (1 page) (Bates: 941);

13.    Billerica Police Department Citation Report – Herbert Vacca (1 page) (Bates: 942);

14.   Billerica Police Department Officer's Formal Report dated November 7, 1991 (10 pages) (Bates: 915-916, 963-964, 988-989, 1250-1251, 1285-1286);

15.   Billerica Police Department Police Report dated December 2001 (24 pages) (Bates: 905-909, 953-957, 979-982, 1240-1244, 1275-1279);

16.   Billerica Police Department Officer's Formal Report dated December 19, 1991 (4 pages) (Bates: 1008-1011);

17.   Billerica Police Department Officer's Formal Report dated August 3, 1992 (3 pages) (Bates 901, 949, 975);

18.   Billerica Police Department Police Report – Statement by Kenneth Carron dated March 8, 1993 (7 pages) (Bates: 895, 1007, 1046, 1124, 1192, 1215, 1380);

19.   Billerica Police Department Police Investigative Action Report dated April 10, 1993 (1 page) (Bates: 1993);

20.   Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated May 20, 1993 (8 pages) (Bates: 1125-1132);

21.   Billerica Police Department Internal Daily Log/Roster-Shift Assignments 00:00 – 08:00 dated May 21, 1993 (3 pages) (Bates: 1133-1136);

22.   Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated May 21, 1993 (9 pages) (Bates: 1136-1144);

23.   Billerica Police Department Internal Daily Log/Roster-Shift Assignments 00:00 – 08:00 dated May 22, 1993 (3 pages) (Bates: 1145-1147);

24.   Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated May 22, 1993 (7 pages) (Bates: 1148-1154);

25.   Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated June 5, 1993 (4 pages) (Bates: 1174-1177);

26.   Billerica Police Department Police Officer's Formal Report dated June 5, 1993 (1 page) (Bates: 1178);

27.   Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated June 19, 1993 (10 pages) (Bates: 1183-1187, 1197-1201);

28.   Billerica Police Department Police Officer's Formal Report dated June 19, 1993 (4 pages) (Bates: 1188-1189, 1202-1203);

29.   Billerica Police Department Police Officer's Formal Report dated June 23, 1993 (4 pages) (Bates: 1190-1191. 1204-1205);

30. Billerica Police Department Police Officer's Formal Report dated July 1, 1993 (3 pages) (Bates: 1156-1158);

31. Billerica Police Department Rap Sheet – Lynne A. Tierney (1 page) (Bates: 1155);

32. Billerica Police Department Police Officer's Formal Report dated July 17, 1993 (3 pages) (Bates: 1954-1955, 1992);

33. Billerica Police Department Officer's Formal Report dated September 5, 1993 (4 pages) (Bates: 1216-1217, 1218-1219);

34. Billerica Police Department Booking Report, Michelle Kennedy dated September 5, 1993 (2 pages) (Bates: 1220-1221);

35. Billerica Police Department Officer's Formal Report dated September 6, 1993 (2 pages) (Bates: 1222-1223);

36. Billerica Police Department Officer's Formal Report dated July 21, 1997 (8 pages) (Bates: 1230-1233, 1442-1445);

37. Billerica Police Department Officer's Formal Report dated July 22, 1997 (2 pages) (Bates: 1264-1265);

38. Billerica Police Department Internal Daily Log/Roster-Shift Assignments 08:00 – 16:00 dated July 22, 1997 (5 pages) (Bates: 1266-1270);

39. Billerica Police Department Witness Statement Kenneth Lewis dated July 23, 1997 (2 pages) (Bates: 1235-1236);

40. Billerica Police Department Police Officer's Formal Report dated July 24, 1997 (3 pages) (Bates: 1377-1379);

41. Billerica Police Department Police Officer's Formal Report dated August 1, 1997 (6 pages) (Bates: 1417-1418, 1420-1421, 1571-1572);

42. Billerica Police Department Police Officer's Formal Report dated August 2, 1997 (3 pages) (Bates: 1419, 1422, 1573);

43. Billerica Police Department Police Officer's Formal Report dated August 8, 1997 (3 pages) (Bates: 1374-1376);

44. Application for Criminal Complaint – Brian Kennedy dated September 1, 1997 (3 pages) (Bates: 1423, 1424, 1503);

45. Billerica Police Department Police Officer's Formal Report dated September 18, 1997 (1 page) (Bates: 1976);

46. Billerica Police Department Rap Sheet – Patricia Stickney (1 page) (Bates: 1977);

47. Billerica Police Department Police Officer's Formal Report dated October 8, 1997 (3 pages) (Bates: 1361-1363);

48. Application for Criminal Complaint against John P. Oblenis, III dated October 8, 1997 (1 page) (Bates: 1364)

49. Billerica Police Department Rap Sheet – John P. Oblenis III (2 pages) (Bates: 1365-1366);

50. Billerica Police Department Police Officer's Formal Report dated October 15, 1997 (4 pages) (Bates: 19-20, 1410-1411);

51. Billerica Police Department Police Officer's Formal Report dated November 12, 1997 (21 pages) (Bates: 1425-1431, 1451-1457, 1504-1510);

52. Cellular One phone bill for Hutchins, Wheeler and Dittmar, Elaine Schepici dated November 21, 1997 (3 pages) (Bates: 1432, 1458, 1511);

53. Cellular One phone bill for Tomas Connors dated November 21, 1997 (3 pages) (Bates: 1433, 1459, 1512);

54. Polaroid of Billerica Police Lieutenant's Badge (6 pages) (Bates: 1434-1435, 1460-1461, 1513-1514);

55. Billerica Police Department Police Officer's Formal Report dated December 1, 1997 (2 pages) (Bates: 1372-1373);

56. Billerica Police Department Police Officer's Formal Report dated February 20, 1998 (2 pages) (Bates: 57-58);

57. Billerica Police Department Booking Report, William Ashton, dated February 20, 1998 (4 pages) (Bates: 96-97, 1833-1834);

58. Booking Photo – William Ashton (4 pages) (Bates: 100, 105, 1589, 1832);

59. Application for Criminal Complaint dated February 20, 1998 – William Ashton (3 pages) (Bates: 110, 1592, 1831);

60. Middlesex Sheriff's Office – Cambridge Jail Active Card – William Ashton (6 pages) (Bates: 101-102, 108-109, 1590-1591);

61. Middlesex Sheriff's Office – Cambridge Jail Photo Library – William Ashton (6 pages) (Bates: 103-104, 106-107, 1587-1588);

62. Memo To Whom It May Concern from Sergeant Alan Munn dated February 20, 1998 (2 pages) (Bates: 98-99);

63. Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 - 00:00 dated February 20, 1998 (7 pages) (Bates: 2059-2065);

64. Billerica Police Department Internal Daily Log/Roster-Shift Assignments All Shifts dated February 21, 1998 (13 pages) (Bates: 2066-2078);

65. Billerica Police Department Internal Daily Log/Roster-Shift Assignments All Shifts dated February 22, 1998 (14 pages) (Bates: 2079-2092);

66. Billerica Police Department Internal Daily Log/Roster-Shift Assignments 00:00 – 08:00 dated February 23, 1998 (3 pages) (Bates: 2093-2095);

67. Billerica Police Department Police Officer's Formal Report dated September 30, 1998 (2 pages) (Bates: 1370-1371);

68. Billerica Police Department Police Investigative Action Report dated December 30, 1998 (2 pages) (Bates: 1994-1995);

69. Billerica Police Department Police Officer's Formal Report dated August 6, 1999 (2 pages) (Bates: 213-214);

70. Billerica Police Department Police Officer's Formal Report dated October 7, 1999 (3 pages) (Bates: 1367-1369);

71. Billerica Police Department Police Officer's Formal Report dated January 12, 2000 (4 pages) (Bates: 1963-1964, 2002-2003);

72. Billerica Police Department Police Officer's Formal Report dated January 18, 2000 (9 pages) (Bates: 1987-1991, 2004-2007);

73. Billerica Police Department Police Officer's Formal Report dated January 19, 2000 (1 page) (Bates 1985);

74. Billerica Police Department Police Officer's Formal Report dated January 19, 2000 (1 page) (Bates 1986);

75. Billerica Police Department Officer's Formal Report dated January 23, 2000 (2 pages) (Bates: 2096-2097);

76. Application for Criminal Complaint – Brian Kennedy dated January 23, 2000 (1 page) (Bates: 259);

77. Application for Criminal Complaint – Michelle Kennedy dated January 23, 2000 (1 page) (Bates: 260);

78. Application for Criminal Complaint – Daniel Dufault dated January 23, 2000 (1 page) (Bates: 261);

79.    Billerica Police Department Police Officer's Formal Report dated January 19, 2000 (2 pages) (Bates: 239-240);

80.    Billerica Police Department Interrogation Detail Report, Brian Kennedy dated February 29, 2000 (1 page) (Bates: 840);

81.    State Narcotics Index & Pointer System, Field Interrogation and/or Observation Report – Brian Kennedy, dated February 29, 2000 (2 pages) (Bates: 2008, 2011);

82.    State Narcotics Index & Pointer System, Field Interrogation and/or Observation Report – Michelle Kennedy, dated February 29, 2000 (2 pages) (Bates: 2009, 2010);

83.    State Narcotics Index & Pointer System, Field Interrogation and/or Observation Report – Michelle Kennedy, dated March 30, 2000 (1 page) (Bates: 2012);

84.    Billerica Police Department Police Officer's Formal Report dated May 8, 2000 (1 page) (Bates: 1961);

85.    Billerica Police Department Police Officer's Formal Report dated June 24, 2000 (2 pages) (Bates: 616-617);

86.    Billerica Police Department Police Officer's Formal Report dated August 5, 2000 (3 pages) (Bates: 1983-1984, 2013);

87.    Billerica Police Department Police Officer's Formal Report dated August 30, 2000 (1 page) (Bates: 1962);

88.    Billerica Police Department Police Investigative Action Report dated September 22, 2000 (7 pages) (Bates: 1965-1971);

89.    Billerica Police Department Police Officer's Formal Report dated October 17, 2000 (2 pages) (Bates: 1981-1982);

90.    Billerica Police Department Police Officer's Formal Report dated December 22, 2000 (2 pages) (Bates: 316-317);

91.    Billerica Police Department Police Officer's Formal Report dated June 30, 2001 (5 pages) (Bates: 1978-1980, 2016-2017);

92.    CJIS Warrant for Michelle Kennedy dated July 2, 2001 (4 pages) (Bates: 387, 388, 1781, 1782);

93.    Billerica Police Department Police Officer's Formal Report dated July 20, 2001 (6 pages) (Bates: 237-238, 358-359, 360-361);

94.    Commonwealth of Massachusetts Michelle Kennedy's Promise to Appear dated July 20, 2001 (4 pages) (Bates: 389, 390, 1783, 1784);

95.    Billerica Police Department Internal Daily Log/Roster Shift Assignments All Shifts dated July 20, 2001 (17 pages) (Bates: 341-357);

96.    Billerica Police Department Internal Daily Log/Roster Shift Assignments 00:00 - 08:00 dated July 22, 2001 (4 pages) (Bates: 377-380);

97.    Billerica Police Department Booking Report, Michelle Kennedy dated July 22, 2001 (2 pages) (Bates: 385-386);

98.    Billerica Police Department Police Officer's Formal Report dated July 22, 2001 (4 pages) (Bates: 381-384);

99.    Billerica Police Department Police Officer's Formal Report dated July 29, 2001 (2 pages) (Bates: 2014-2015);

100.    Billerica Police Department Police Officer's Formal Report dated August 6, 2001 (3 pages) (Bates: 1974-1975, 2020);

101.    Billerica Police Department Police Officer's Formal Report dated August 9, 2001 (4 pages) (Bates: 619-620, 2018-2019);

102.    Billerica Police Department Police Officer's Formal Report dated September 9, 2001 (2 pages) (Bates: 1959-1960);

103.    Billerica Police Department Citation Report – Francis St. John (1 page) (Bates: 990);

104.    Massachusetts Registry of Motor Vehicles Driver History – Francis St. John (2 pages) (Bates: 991-992);

105.    CJIS Warrant for Brian Kennedy dated November 9, 2001 (3 pages) (Bates: 584, 1538, 1720);

106.    Billerica Police Department Booking Report, Brian Kennedy, dated November 9, 2001 (9 pages) (Bates: 479-481, 583, 1537, 1567, 1570, 1721-1722);

107.    Billerica Police Department Booking Report, Michelle Kennedy, dated November 9, 2001 (14 pages) (Bates: 484-485, 547-548, 1807-1808, 1809-1810, 1811-1812, 1813-1814, 1815-1816);

108.    Billerica Police Department Booking Report, Amy Baum, dated November 9, 2001 (3 pages) (Bates 486-488);

109.    Billerica Police Department Booking Report, John Cimmino, dated November 9, 2001 (2 pages) (Bates: 489-490);

110. Billerica Police Department Booking Report, William Ashton, dated November 9, 2001 (2 pages) (Bates: 482-483);

111. Billerica Police Department Officer's Formal Report dated November 9, 2001 (28 pages) (Bates: 435-440, 461-467, 533-539, 585-591);

112. Billerica Police Department Incident Report/Roster Shift Assignments dated November 9, 2001 (3 pages) (Bates: 468, 540, 582);

113. Billerica Police Department Internal Daily Log/Roster Shift Assignments dated November 9, 2001, 16:00 – 00:00 (9 pages) (Bates: 592-600);

114. Billerica Police Department Incident Report/Roster Shift Assignments 00:00 – 08:00 dated November 9, 2001 (5 pages) (Bates: 528-532);

115. Billerica Police Department Internal Daily Log/All Shifts dated November 9, 2001 (20 pages) (Bates: 441-460);

116. Billerica Police Department Statement by Deann Masone dated November 9, 2001 (6 pages) (Bates: 469-470, 471-472, 541-542);

117. Billerica Police Department Statement by Christie Gilpatrick undated (4 pages) (Bates: 473-474, 543-544);

118. Billerica Police Department Statement by Vanessa Minervini dated November 9, 2001 (6 pages) (Bates 475-476, 477-478, 545-546);

119. Receipt signed by Amy Baum and Brian Kennedy dated November 10, 2001 (3 pages) (Bates: 1569, 1723, 1724);

120. Receipt signed by Thomas F. Mixon dated November 11, 2001 (3 pages) (Bates: 1568, 1725, 1726);

121. Billerica Police Department Witness Statement, Tracey Heffernan dated November 29, 2001 (42 pages) (Bates: 196-198, 286-288, 415-417, 549-551, 868-870, 965-967, 995-997, 1016-1018, 1094-1096, 1160-1162, 1179-1181, 1206-1208, 1530-1532, 1824-1826);

122. Billerica Police Department (Amended) Witness Statement, Tracey Heffernan dated November 29, 2001 (13 pages) (Bates: 199, 289, 418, 552, 968, 998, 1019, 1097, 1159, 1182, 1209, 1533, 1827);

123. Billerica Police Department Witness Statement, Craig Pickering dated November 30, 2001 (24 pages) (Bates: 200-201, 290-291, 412-413, 561-562, 563-564, 878-879, 1028-1029, 1105-1106, 1210-1211, 1212-1213, 1534-1535, 1828-1829);

124.  Billerica Police Department (Amended) Witness Statement, Craig Pickering dated November 30, 2001 (11 pages) (Bates: 202, 292-293, 414, 565, 880, 1020, 1107, 1214, 1536, 1830);

125.  Billerica Police Department Police Officer's Formal Report dated December 24, 2001 (1 page) (Bates: 1972);

126.  Commonwealth's Statement of the Case re: Commonwealth v. William Ashton, Michelle Kennedy, Brian Kennedy (8 pages) (Bates: 491-494, 495-498);

127.  Billerica Police Department Rap Sheet – Brian Kennedy (6 pages) (Bates: 158-163);

128.  Billerica Police Department Rap Sheet – Brian Kennedy (14 pages) (Bates: 766-772, 773-779);

129.  Billerica Police Department Rap Sheet – Brian Kennedy (2 pages) (Bates: 763-764);

130.  CORI – Brian Kennedy (100 pages) (Bates: 164-173, 249-258, 270-279, 419-428, 515-524, 1254-1263, 1467-1476, 1539-1548, 1641-1650, 1651-1660);

131.  Massachusetts Registry of Motor Vehicles Driver History – Brian Kennedy (30 pages) (Bates: 25-27, 174-176, 1072-1074, 1303-1305, 1306-1308, 1412-1414, 1661-1663, 1664-1666, 1685-1687, 1688-1690);

132.  Massachusetts Registry of Motor Vehicles Drivers History – Brian Kennedy (4 pages) (Bates: 177, 1093, 1327, 1416);

133.  Massachusetts Registry of Motor Vehicles Driver History – Brian Kennedy (8 pages) (Bates: 799-806);

134.  Billerica Police Department Citation Report – Brian Kennedy (126 pages) (Bates 1-18, 178-195, 1075-1092, 1309-1326, 1392-1409, 1549-1566, 1667-1684);

135.  Billerica Police Department Citation Report – Brian Kennedy (1 page) (Bates: 1415);

136.  CJIS Web RMV License Details for Brian Kennedy (1 page) (Bates: 780);

137.  Massachusetts Registry of Motor Vehicles Driver History – Michelle Kennedy (32 pages) (Bates: 21-24, 122-125, 373-376, 1047-1050, 1298-1301, 1691-1694, 1695-1698, 1777-1780);

138.  Massachusetts Registry of Motor Vehicles Driver History – Michelle Kennedy (7 pages) (Bates: 781-787);

139.    Massachusetts Registry of Motor Vehicles Drivers History – Michelle
        Kennedy (5 pages) (Bates: 157, 1071, 1302, 1733, 1734);

140.    CJIS Web RMV License Details for Michelle Kennedy (1 page) (Bates: 765);

141.    Billerica Police Department Rap Sheet – Michelle Kennedy (5 pages) (Bates:
        111-115);

142.    Billerica Police Department Rap Sheet – Michelle Kennedy (14 pages) (Bates:
        749-755, 756-762);

143.    CORI – Michelle St. John (48 pages) (Bates: 116-121, 243-248, 280-285, 391-396,
        429-434, 509-514, 1381-1386, 1477-1482);

144.    Billerica Police Department Citation Report – Michelle Kennedy (55 pages)
        (Bates: 28-38, 126-136, 362-372, 1051-1061, 1287-1297);

145.    Billerica Police Department Citation Report – Michelle Kennedy (1 page)
        (Bates: 612);

146.    Billerica Police Department Citation Report – Michelle Kennedy (2 pages)
        (Bates: 820-821);

147.    CORI – John Oblenis (2 pages) (Bates: 1387-1388);

148.    CORI – Amy Baum (9 pages) (Bates: 525-527, 1389-1391, 1574-1576);

149.    CORI – William Ashton (42 pages) (Bates: 47-53, 499-505, 1483-1489, 1493-
        1499, 1520-1526, 1577-1583);

150.    Civil Restraining Order Scott Ashton v. William Ashton (6 pages) (Bates: 54,
        506, 1490, 1500, 1527, 1584);

151.    Civil Restraining Orders Dianne Ashton v. William Ashton (12 pages) (Bates:
        55-56, 507-508, 1491-1492, 1501-1502, 1528-1529, 1585-1586);

152.    CORI – Paul Parent (1 page) (Bates: 1012);

153.    Billerica Police Department Rap Sheet – Paul Parent (1 page) (Bates: 1015);

154.    Billerica Police Department Rap Sheet – William Ashton (4 pages) (Bates: 43-
        46);

155.    Billerica Police Department Rap Sheet – William Ashton (5 pages) (Bates: 788-
        792, 794-798);

156.    CJIS Web RMV License Details for William Ashton (1 page) (Bates: 793);

157. Billerica Police Department Rap Sheet – Tracey Heffernan (6 pages) (Bates: 553-554, 871-872, 999-1000);

158. Billerica Police Department Rap Sheet – Tracey Heffernan (4 pages) (Bates: 1021-1022, 1103-1104);

159. CORI – Tracey Heffernan (26 pages) (Bates: 555-560, 873-877, 1023-1027, 1098-1102, 1819-1823);

160. CORI – Tracey Heffernan (3 pages) (Bates: 1001-1003);

161. Civil Restraining Order Donna Toussaint v. Tracey Heffernan (3 pages) (Bates: 1004-1006);

162. CORI – Craig Pickering (10 pages) (Bates: 885-894);

163. CORI – Craig Pickering (36 pages) (Bates: 570-581, 1034-1045, 1112-1123);

164. Billerica Police Department Rap Sheet – Craig Pickering (16 pages) (Bates: 566-569, 881-884, 1030-1033, 1108-1111);

165. Billerica Police Department Rap Sheet – Eugene DeFrancisco (4 pages) (Bates: 1449-1450, 1817-1818);

166. CORI – Eugene DeFrancisco (4 pages) (Bates: 1252-1253, 1447-1448);

167. CORI – Daniel Dufault (6 pages) (Bates: 2029-2034);

168. Billerica Police Department Rap Sheet – Daniel Dufault (4 pages) (Bates: 2035-2038);

169. Civil Restraining Order Tina Huber v. Daniel Dufault (1 page) (Bates: 2039);

170. Civil Restraining Order Danielle Honnors v. Daniel Dufault (1 page) (Bates: 2040);

171. Civil Restraining Orders Dennis William Pelland v. Daniel Dufault (2 pages) (Bates: 2041, 2044);

172. Civil Restraining Order Sarah Green v. Daniel Dufault (1 page) (Bates: 2042);

173. Civil Restraining Orders Lauren Hurley v. Daniel Dufault (2 pages) (Bates: 2043, 2045);

174. Civil Restraining Order Lauren Hurley/Janet Stevenson v. Daniel Dufault (1 page) (Bates: 2046);

175. CORI – Jared Corner (5 pages) (Bates: 262-266);

176.    Civil Restraining Orders Tara Elnaket v. Jared Corner (3 pages) (Bates: 267-269);

177.    CORI – Michael Brian Kennedy (4 pages) (Bates: 1193-1196)

178.    Billerica Police Department Rap Sheet – George Brooks (1 page) (Bates: 618);

179.    Billerica Police Department Rap Sheet – Mitchell Kennedy (1 page) (Bates: 621);

180.    Billerica Police Department Internal Daily Log/Roster-Shift Assignments 08:00 – 16:00 dated January 28, 2002 (6 pages) (Bates: 1593-1598);

181.    Billerica Police Department Officer's Formal Report dated February 12, 2002 (4 pages) (Bates: 823-824, 2023-2024);

182.    Billerica Police Department Internal Daily Log dated February 22, 2002 (14 pages) (Bates: 79-92);

183.    Billerica Police Department Internal Daily Log/Roster Shift Assignments dated February 23, 2002 (3 pages) (Bates: 93-95);

184.    Billerica Police Department Internal Daily Log dated February 28, 2002, 16:00 – 00:00 (7 pages) (Bates: 59-65)

185.    Billerica Police Department Internal Daily Log/Roster Shift Assignments dated February 28, 2002 (13 pages) (Bates: 66-78);

186.    Billerica Police Department Police Officer's Formal Report dated March 8, 2002 (1 page) (Bates: 1973);

187.    Billerica Police Department Officer's Formal Report dated March 18, 2002 (2 pages) (Bates: 862, 2022);

188.    Billerica Police Department Incident Report dated March 31, 2002 (1 page) (Bates: 604);

189.    Billerica Police Department Incident Report/Roster Shift Assignments dated March 31, 2002 (1 page) (Bates: 605);

190.    Billerica Police Department Officer's Formal Report dated April 3, 2002 (2 pages) (Bates: 606-607);

191.    Memo to Chief Daniel Rosa from Lieutenant Tom Greenhalgh dated April 3, 2002 (1 page) (Bates: 608);

192.    Statement of Detective Richard Howe, dated April 3, 2002 (2 pages) (Bates: 241-242);

193.  Statement of Frederick Kendall taken by Detective Richard Howe, dated April 3, 2002 (4 pages) (Bates: 409, 1234, 1271, 1446);

194.  Statement of David Lumbert taken by Detective Richard Howe, dated April 17, 2002 (4 pages) (Bates: 410-411, 1013-1014);

195.  Statement of Tina Huber taken by Detective Richard Howe, undated (2 pages) (Bates: 993, 994);

196.  Billerica Police Department Officer's Formal Report dated April 18, 2002 (3 pages) (Bates: 609-611);

197.  Billerica Police Department Investigative Action Report, Patrolmen John Zarro, dated April 18, 2002 (2 pages) (Bates: 2047-2048);

198.  Billerica Police Department Investigative Action Report, Detective Frost, dated April 18, 2002 (2 pages) (Bates: 2049-2050);

199.  Billerica Police Department Officer's Formal Report dated May 3, 2002 (3 pages) (Bates: 814-815, 822);

200.  Billerica Police Department Officer's Formal Report dated June 8, 2002 (1 page) (Bates: 613);

201.  Billerica Police Department Incident Report/Roster Shift Assignments dated June 8, 2002 (1 page) (Bates: 614);

202.  Billerica Police Department Incident Report/Roster Shift Assignments dated June 9, 2002 (1 page) (Bates: 615);

203.  Billerica Police Department Officer's Formal Report dated July 26, 2002 (2 pages) (Bates: 825-826);

204.  Billerica Police Department Officer's Formal Report dated August 21, 2002 (1 page) (Bates: 851);

205.  Billerica Police Department Officer's Formal Report dated August 22, 2002 (2 pages) (Bates: 827-828);

206.  Billerica Police Department Officer's Formal Report dated August 23, 2002 (2 pages) (Bates: 829-830);

207.  Billerica Police Department Officer's Formal Report dated September 2, 2002 (1 page) (Bates: 816);

208.  Billerica Police Department Officer's Formal Report dated September 7, 2002 (2 pages) (Bates: 622-623);

209. Billerica Police Department Incident Report/Roster Shift Assignments dated September 7, 2002 (1 page) (Bates: 624);

210. Billerica Police Department Incident Report/Medical dated September 7, 2002 (1 page) (Bates: 625);

211. Billerica Police Department Internal Daily Log/Roster-Shift Assignments All Shifts dated September 7, 2002 (18 pages) (Bates: 626-643);

212. Billerica Police Department Officer's Formal Report dated September 22, 2002 (3 pages) (Bates: 817, 818-819);

213. Billerica Police Department Officer's Formal Report dated March 6, 2003 (2 pages) (Bates: 644-645);

214. Billerica Police Department Officer's Formal Report dated March 6, 2003 (3 pages) (Bates: 646-648);

215. Billerica Police Department Booking Report – Michelle Kennedy dated March 6, 2003 (5 pages) (Bates: 649-653);

216. Billerica Police Department Officer's Formal Report dated March 6, 2003 (2 pages) (Bates: 860-861);

217. Billerica Police Department Officer's Formal Report dated March 7, 2003 (3 pages) (Bates: 857-859);

218. Billerica Police Department Officer's Formal Report dated April 12, 2003 (1 page) (Bates: 831);

219. Billerica Police Department Officer's Formal Report dated April 12, 2003 (2 pages) (Bates: 832-833);

220. Billerica Police Department Incident Report dated February 11, 2004 (1 page) (Bates: 842);

221. Billerica Police Department Officer's Formal Report dated February 20, 2004 (2 pages) (Bates: 654-655);

222. Billerica Police Department Booking Report Juvenile Arrest – Mitchell Kennedy dated February 20, 2004 (5 pages) (Bates: 656-660);

223. Billerica Police Department Officer's Formal Report dated April 8, 2004 (2 pages) (Bates: 855-856);

224. Billerica Police Department Officer's Formal Report dated May 13, 2004 (4 pages) (Bates: 843-844, 863-864);

225.    Billerica Police Department Officer's Formal Report dated May 17, 2004 (2 pages) (Bates: 663-664);

226.    Billerica Police Department Incident Report dated May 17, 2004 (1 page) (Bates: 665);

227.    Billerica Police Department Incident Report/Roster-Shift Assignments dated May 17, 2004 (1 page) (Bates: 666);

228.    Billerica Police Department Officer's Formal Report dated May 18, 2004 (3 pages) (Bates: 667-669);

229.    Billerica Police Department Incident Report/Roster-Shift Assignments dated May 18, 2004 (3 pages) (Bates: 670-672);

230.    Billerica Police Department Internal Daily Log All Shifts/Roster-Shift Assignments dated May 18, 2004 (21 pages) (Bates: 673-693);

231.    Billerica Police Department Officer's Formal Report dated May 18, 2004 (2 pages) (Bates: 661-662);

232.    Billerica Police Department Officer's Formal Report dated July 15, 2004 (2 pages) (Bates: 694-695);

233.    Billerica Police Department Officer's Formal Report dated July 26, 2004 (2 pages) (Bates: 845-846);

234.    Billerica Police Department Officer's Formal Report dated August 3, 2004 (4 pages) (Bates: 834-837);

235.    Billerica Police Department Officer's Formal Report dated September 15, 2004 (4 pages) (Bates: 838-839, 847-848);

236.    Billerica Police Department Internal Daily Log All Shifts/Roster-Shift Assignments dated October 2, 2004 (23 pages) (Bates: 697-719);

237.    Billerica Police Department Internal Daily Log All Shifts/Roster-Shift Assignments dated October 3, 2004 (22 pages) (Bates: 720-741);

238.    Billerica Police Department Officer's Formal Report dated October 8, 2004 (2 pages) (Bates: 807-808);

239.    Billerica Police Department Officer's Formal Report dated October 10, 2004 (3 pages) (Bates: 809-811);

240.    Billerica Police Department Officer's Formal Report dated October 28, 2004 (3 pages) (Bates: 742-744);

241.  Billerica Police Department Booking Report, Brian Kennedy, dated October 28, 2004 (3 pages) (Bates: 745-747);

242.  Billerica Police Department Incident Report dated October 28, 2004 (1 page) (Bates: 748);

243.  Billerica Police Department Officer's Formal Report dated November 7, 2004 (2 pages) (Bates: 812-813);

244.  Billerica Police Department Officer's Formal Report dated November 20, 2004 (2 pages) (Bates: 849-850);

245.  Billerica Police Department Incident Report dated November 27, 2004 (1 page) (Bates: 841);

246.  Billerica Police Department Officer's Formal Report dated January 2, 2005 (3 pages) (Bates: 865-867);

247.  Billerica Police Department Officer's Formal Report dated January 7, 2005 (3 pages) (Bates: 852-854);

248.  Billerica Police Department Officer's Formal Report dated May 18, 2005 (1 page) (Bates: 696);

249.  Lowell Police Department Incident Report dated August 5, 1999 (2 pages) (Bates: 206-207);

250.  Lowell Police Department Incident Report dated August 7, 1999 (3 pages) (Bates: 208-210);

251.  Lowell Police Department Incident Report dated August 11, 1999 (2 pages) (Bates: 211-212);

252.  Lowell Police Department Incident Report dated September 2, 1999 (2 pages) (Bates: 1998-1999);

253.  Lowell Police Department Incident Report dated September 11, 1999 (2 pages) (Bates: 2000-2001);

254.  Lowell Police Department Incident Report dated August 3, 2003 (8 pages) (Bates: 2051-2058);

255.  Ayer Police Department Police Incident Report dated August 12, 1999 (2 pages) (Bates: 1996-1997);

256.  Chelmsford Police Officer's Formal Report dated June 6, 1994 (4 pages) (Bates: 2025-2028);

257. New Hampshire State Police Arrest Report dated July 14, 1999 (81 pages) (Bates: 137-145, 226-234, 294-302, 332-340, 1062-1070, 1328-1336, 1711-1719, 1735-1743, 1744-1752);

258. Salem Police Department Investigation dated September 7, 1999 (138 pages) (Bates: 146-156, 215-225, 303-313, 318-329, 1163-1173, 1337-1347, 1348-1360, 1699-1710, 1753-1764, 1765-1776, 1785-1795, 1796-1806);

259. Massachusetts State Police Record of Investigation dated July 20, 2001 (6 pages) (Bates: 235-236, 314-315, 330-331);

260. CORI – Casey Heffernan (4 pages) (Bates: 1224-1227);

261. Billerica Police Department Rap Sheet – Casey Heffernan (2 pages) (Bates: 1228-1229);

262. Statement by Michelle Kennedy dated January 2, 2002 (15 pages) (Bates: 203-205, 397-399, 400-402, 1727-1729, 1730-1732);

263. Memo to Peter Maguire, Pam Lakin and Mary Hintz from Tara Connors dated January 7, 2002 (4 pages) (Bates: 403-404, 405-406);

264. Letter to Mr. and Mrs. Brian Kennedy from Peter Maguire dated January 10, 2002 (2 pages) (Bates: 407, 408);

265. Tewksbury Police Department Master Card Detail Listing – Michelle Kennedy, Last Activity Date April 10, 2002 (2 pages) (Bates: 1835-1836);

266. Tewksbury Police Department Incident Report dated June 28, 1990 (2 pages) (Bates: 1837-1838);

267. Tewksbury Police Department Incident Report dated July 27, 1990 (2 pages) (Bates: 1930-1931);

268. Tewksbury Police Department Incident Report dated February 1, 1991 (1 page) (Bates: 1839);

269. Tewksbury Police Department Incident Report dated March 3, 1991 (1 page) (Bates: 1840);

270. Tewksbury Police Department Incident Report dated May 7, 1991 (2 pages) (Bates: 1841-1842);

271. Tewksbury Police Department Incident Report dated May 9, 1991 (2 pages) (Bates: 1843-1844);

272. Tewksbury Police Department Incident Report dated July 15, 1991 (1 page) (Bates: 1845);

273. Tewksbury Fire Department Run Report dated September 23, 1991 (6 pages) (Bates: 899-900, 947-948, 973-974);

274. Tewksbury Police Department Incident Report dated November 7, 1991 (2 pages) (Bates: 1846-1847);

275. Tewksbury Police Department Incident Report dated November 15, 1991 (2 pages) (Bates: 1848-1849);

276. Tewksbury Police Department Incident Report dated `, 1991 (2 pages) (Bates: 1850-1851);

277. Tewksbury Police Department Incident Report dated January 20, 1992 (2 pages) (Bates: 1852, 1932);

278. Tewksbury Police Department Incident Report dated May 25, 1992 (1 page) (Bates: 1933);

279. Tewksbury Police Department Incident Report dated August 2, 1992 (1 page) (Bates: 1853);

280. Tewksbury Police Department Incident Report dated April 22, 1993 (2 pages) (Bates: 1854-1855);

281. Tewksbury Police Department Incident Report dated May 8, 1993 (1 page) (Bates: 1934);

282. Tewksbury Police Department Incident Report dated May 29, 1993 (2 pages) (Bates: 1856-1857);

283. Tewksbury Police Department Incident Report dated August 2, 1993 (2 pages) (Bates: 1858-1859);

284. Tewksbury Police Department Incident Report dated August 7, 1993 (1 page) (Bates: 1935);

285. Tewksbury Police Department Incident Report dated August 12, 1993 (2 pages) (Bates: 1860-1861);

286. Tewksbury Police Department Incident Report dated November 27, 1993 (2 pages) (Bates: 1862-1863);

287. Tewksbury Police Department Incident Report dated July 27, 1994 (1 page) (Bates: 1936);

288. Tewksbury Police Department Incident Report dated August 30, 1994 (1 page) (Bates: 1937);

289.  Tewksbury Police Department Incident Report dated January 12, 1995 (1 page) (Bates: 1938);

290.  Tewksbury Police Department Incident Report dated August 15, 1995 (2 pages) (Bates: 1864-1865);

291.  Tewksbury Police Department Incident Report dated April 26, 1996 (3 pages) (Bates 1866-1868);

292.  Tewksbury Police Department Incident Report dated April 27, 1996 (2 pages) (Bates: 1869-1870);

293.  Tewksbury Police Department Incident Report dated January 4, 1997 (2 pages) (Bates: 1871-1872);

294.  Tewksbury Police Department Incident Report dated January 13, 1997 (1 page) (Bates: 1939);

295.  Tewksbury Police Department Incident Report dated April 13, 1997 (1 page) (Bates: 1873);

296.  Tewksbury Police Department Incident Report dated June 22, 1997 (2 pages) (Bates: 1874-1875);

297.  Tewksbury Police Department Incident Report dated October 6, 1997 (1 page) (Bates: 1876);

298.  Tewksbury Police Department Incident Report dated January 15, 1998 (4 pages) (Bates: 1877-1880);

299.  Tewksbury Police Department Incident Report dated February 7, 1998 (2 pages) (Bates: 1881-1882);

300.  Statement by Scott Ashton dated February 18, 1998 (4 pages) (Bates: 1436-1437, 1462, 1515);

301.  Tewksbury Police Department Incident Report dated February 20, 1998 (10 pages) (Bates: 39-40, 1439-1440, 1464-1465, 1517-1518, 1883-1884);

302.  Handwritten map of location of Lieutenant Connors' badge allegedly drawn by Daniel Dufault (4 pages) (Bates: 41, 1438, 1463, 1516);

303.  Consent to Search dated February 20, 1998 (4 pages) (Bates: 42, 1441, 1466, 1519);

304.  Tewksbury Police Department Incident Report dated June 27, 1998 (4 pages) (Bates: 1885-1888);

305. Tewksbury Police Department Incident Report dated November 19, 1998 (1 page) (Bates: 1889);

306. Tewksbury Police Department Incident Report dated December 3, 1998 (1 page) (Bates: 1890);

307. Tewksbury Police Department Incident Report dated January 9, 1999 (1 page) (Bates: 1891);

308. Tewksbury Police Department Incident Report dated February 2, 1999 (1 page) (Bates: 1940);

309. Tewksbury Police Department Incident Report dated April 9, 1999 (3 pages) (Bates: 1941-1943);

310. Tewksbury Police Department Incident Report dated May 30, 1999 (2 pages) (Bates: 1892-1893);

311. Tewksbury Police Department Incident Report dated August 15, 1999 (2 pages) (Bates: 1894-1895);

312. Tewksbury Police Department Incident Report dated September 21, 1999 (2 pages) (Bates: 1896-1897);

313. Tewksbury Police Department Incident Report dated September 27, 1999 (3 pages) (Bates: 1898-1900);

314. Tewksbury Police Department Incident Report dated September 30, 1999 (2 pages) (Bates: 1901-1902);

315. Tewksbury Police Department Incident Report dated October 31, 1999 (4 pages) (Bates: 1903-1904, 1944-1945);

316. Tewksbury Police Department Incident Report dated October 31, 1999 (3 pages) (Bates: 1905-1907);

317. Tewksbury Police Department Incident Report dated November 24, 1999 (3 pages) (Bates: 1908-1910);

318. Tewksbury Police Department Incident Report dated November 27, 1999 (6 pages) (Bates: 1946-1948, 1950-1952);

319. Tewksbury Police Department Incident Report dated December 8, 1999 (1 page) (Bates: 1949);

320. Tewksbury Police Department Incident Report dated December 23, 1999 (1 page) (Bates: 1911);

321.  Tewksbury Police Department Incident Report dated January 12, 2000 (1 page) (Bates: 1912);

322.  Tewksbury Police Department Incident Report dated January 26, 2000 (2 pages) (Bates: 1913-1914);

323.  Tewksbury Police Department Incident Report dated August 25, 2000 (2 pages) (Bates: 1915-1916);

324.  Tewksbury Police Department Incident Report dated October 21, 2000 (1 page) (Bates: 1917);

325.  Tewksbury Police Department Incident Report dated June 15, 2001 (1 page) (Bates: 1953);

326.  Tewksbury Police Department Incident Report dated September 22, 2001 (1 page) (Bates: 1918);

327.  Tewksbury Police Department Incident Report dated October 1, 2001 (3 pages) (Bates: 1919-1921);

328.  Tewksbury Police Department Incident Report dated November 24, 2001 (2 pages) (Bates: 1922-1923);

329.  Tewksbury Police Department Incident Report dated February 11, 2002 (2 pages) (Bates: 1924-1925);

330.  Tewksbury Police Department Incident Report dated April 10, 2002 (1 page) (Bates: 1926);

331.  Tewksbury Police Department Master Card Detail Listing – Brian Kennedy, Last Activity Date February 19, 2002 (3 pages) (Bates: 1927-1929);

332.  Statement by Sergeant John Voto undated (1 page) (Bates: 2021);

333.  Tewksbury Public Safety Incident Report dated December 15, 2003 (3 pages) (Bates: 601-603);

334.  Billerica Police Statement Form – Dianne Ashton dated December 16, 2005 (1 page) (Bates: 2098);

335.  Temporary Warrant for William R. Ashton dated December 17, 2002 (1 page) (Bates: 2099);

336.  Abuse Prevention Order – Dianne Ashton v. William Ashton (2 pages) (Bates: 2100-2101);

337.  CJIS Warrant for Michelle Kennedy dated March 6, 2003 (3 pages) (Bates: 2102-2104);

338.   Billerica Police Department Officer's Formal Report dated December 15, 2005
       (2 pages) (Bates: 2105-2106);

339.   Billerica Police Department Officer's Formal Report dated December 17, 2005
       (2 pages) (Bates: 2107-2108);

340.   Billerica Police Department Officer's Formal Report dated December 17, 2005
       (1 page) (Bates: 2109).

The defendants reserve the right to supplement this list as more information
becomes available to them

26(a)(1)(C).   <u>Computation of any category of damages claimed by the disclosing party:</u>

Not applicable

26(a)(1)(D).   <u>Insurance:</u>

Available upon request.


                              Respectfully submitted
                              The Defendants,
                              By their attorneys,

                              BRODY, HARDOON, PERKINS & KESTEN, LLP


                              Leonard E. Kesten, BBO No. 542042
                              Jeremy I. Silverfine, BBO No. 542779
                              Karen W. Peters, BBO No. 658903
                              One Exeter Plaza
                              Boston, MA 02116
                              (617) 880-7100

Dated: 12/30/05

## CERTIFICATE OF SERVICE

I, Jeremy I. Silverfine, do hereby certify that I have this date served a copy of the accompanying document(s), by being sent via U.S. Mail, first class, postage prepaid, to:

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street, 4th Floor
Boston, MA  02108

Dated:

12 . 30 . 05

Jeremy I. Silverfine