# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
               Plaintiffs )
 )
VS. )
 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
               Defendants

## DEFENDANTS' SUPPLEMENTAL DISCLOSURE IN ACCORDANCE WITH FED.R.CIV.P. 26

The defendants provide the following additional information pursuant to the initial disclosure provisions of Local Rule 26.2 and Fed. R. Civ. P. 26(a).

26(a)(1)(A). <u>Additional Individuals likely to have discoverable information relevant to the plaintiff's allegations:</u>

    1.    Officer Joseph Smith, witness, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Officer Smith may have information regarding the arrest of Brain Kennedy on an outstanding warrant on November 9, 2001;

    2.    Sergeant Keith Weston, witness, retired, Billerica Police Department, 6 Good Street, Billerica, Massachusetts. Sergeant Weston may have information regarding the allegations contained in plaintiff's Complaint;

3. Monique Hines, witness, 113 Leicester Street, North Billerica, Massachusetts. Ms. Hines may have information regarding an alleged altercation that occurred on or about July 21, 1997;

4. Roger Ledoux, witness, 113 Leicester Street, North Billerica, Massachusetts. Mr. Ledoux may have information regarding an alleged altercation that occurred on or about July 21, 1997;

5. Elaine Cloutier, witness, 113 Leicester Street, North Billerica, Massachusetts. Ms. Cloutier may have information regarding an alleged altercation that occurred on or about July 21, 1997.

The defendants reserve the right to supplement this list as more information becomes available to them.

26(a)(1)(B). <u>Description by category and location of all documents that are relevant to disputed facts alleged with particularity in the pleadings:</u>

Subject to objection to production of documents based on work-product or attorney-client privilege, the following categories of documents will be provided with this additional disclosure or are at the offices of Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116:

1. Billerica Police Department Officer's Formal Report dated July 30, 2003 (2 pages) (Bates: 2110-2111);

2. Documents responsive to a subpoena sent to the Richard Montuori, Town Manager on January 10, 2005 (Bates: 2112-2828).

The defendants reserve the right to supplement this list as more information becomes available to them.

Respectfully submitted
The Defendants,
By their attorneys,
BRODY, HARDOON, PERKINS & KESTEN, LLP

Jeremy I. Silverfine, BBO # 542779
Leonard E. Kesten, BBO # 542042
Karen W. Peters, BBO # 658903
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 6/19/06

2

## CERTIFICATE OF SERVICE

I, Jeremy I. Silverfine, do hereby certify that I have this date served a copy of the accompanying document(s), by being sent via in-hand delivery to:

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street, 4th Floor
Boston, MA 02108


Dated: 6/19/06

_____
Jeremy I. Silverfine