# EXHIBIT 6

# Brody, Hardoon, Perkins & Kesten, LLP
### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

June 16, 2006

*Via Hand Delivery*
Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re: <u>Kennedy v. Billerica</u>

Dear Attorney Fischer:

Pursuant to your request, enclosed please find copies of the personnel files (Bate Stamped #2829-#3396)(minus personal information such as medical information, social security numbers, home telephone numbers, relatives' names and addresses, attorney letters, friends' addresses and telephone numbers) of the following individuals relative to the above-captioned matter:

(1) Chief Daniel Rosa;
(2) Sgt. Steve Elmore;
(3) Michael Casey;
(4) Martin Conway;
(5) Mark D. Tsoukalas;
(6) Thomas J. Conners; and
(7) Lt. Frank MacKenzie.

Please be advised that we will be supplementing these documents next week.

Also, as previously requested, please forward some available dates for the depositions of Brian and Michelle Kennedy (continuation).

If you have any questions please contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: hjo
Enclosure
cc: Fred Gilgun, Esq. (without enclosures)