# EXHIBIT 8

**JASON AND FISCHER**

ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617)423-7904
FAX. (617)451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

<u>**BY U.S. MAIL AND FACSIMILE**</u>

June 21, 2006

Jeremy Silverfine, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Re:   <u>Brian Kennedy, et al v. Town of Billerica, et al</u>

Dear Mr. Silverfine:

  I was somewhat astounded to receive a third package containing hundreds of what, as best I can tell, are random documents. This new stack starts with the 2002 Massachusetts Department of Public Safety law enforcement guidelines on domestic violence, then some 14 pages of unidentified handwritten notes, 3 pages of complaints from attorney Gilgun, a phone message, handwritten notes, a police report from 1999 that may be related to the 3 pages of complaints, another police report from 1993, then documents that I am guessing comprise the Billerica police Department polices and procedures manual.

  It appears that you are merely adding more hay to the haystack, rather than providing any clue to where the needles in the haystack may be found.

  Notwithstanding the fact that these random documents are Bates stamped in numerical sequence, they remain, to the best I can tell, random documents. These random documents now number 4,541 pages, with no table of contents, index, outline or other evident roadmap as to what is where in these 4,541 pages of documents.

  Mr. Gilgun and I have repeatedly requested (most recently in open Court on June 12, 2006) that you or your co-counsel identify by Bates stamp number any and all documents relating to internal affairs investigations or procedures or complaints of the Kennedys about their treatment and any response thereto. I now add to that request that you provide a table of contents or index identifying all the Bates stamped documents, individually and by category.

Yours truly,

Andrew M. Fischer

AMF:ms

cc:   Frederick V. Gilgun, Jr., Esquire

kennedy\ltsilverfine16