# EXHIBIT 9

# Brody, Hardoon, Perkins & Kesten, LLP

### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

June 21, 2006

Via Facsimile

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA 02108

Re:   <u>Kennedy v. Billerica</u>

Dear Andrew:

      Jeremy is at depositions out of town today so I am responding to your overly accusatory letter of earlier today. I will respond point by point:

      1.    You complain that the package of documents that you received today are "random". You claim that, for example, the handwritten notes are "unidentified". I ask you, did you read the cover letter? Paragraph numbered 2 of the cover letter tells you that the notes are from retired Captain West and even tells you the Bates numbers involved.

      I respond to you by telling you that the cover letter sent with the documents on June 20 clearly identifies the documents with the appropriate Bates numbers. I enclose another copy of the letter to assist you.

      2.    You complain that we have provided you with thousands of pages of "random documents" and you want a "road map". I respond by pointing out that it was you that brought a complaint within which you sued 29 individuals as well as the Town. The complaint described multiple events occurring between "the summer of 1991" and apparently continuing into the present. In response to the complaint and preceding claim letter, the Town of Billerica was forced to expend time and effort to pull out the documents regarding the multiple incidents which you describe in the complaint. It does not take any real work to recognize that the files provided to you are in fact organized according to incident.

Andrew M. Fischer, Esq.
June 21, 2006
Page Two

While it is true that there are "thousands" of pieces of paper, you should try looking at them before you claim that they are random. I actually have looked at most of them and they contain transcripts, BOP records, and many police reports and witness statements, all organized by incident. Thus, your claim that we have inundated you with "random" documents is simply false.

3.      Finally, you did ask "in open court" that we identify by Bates stamp documents relating to internal affairs investigations regarding your clients' complaints.  I told you then, and later told Fred, that we did not know of any document so specifically identified.  However, rather than childish bickering with you, here is what I propose. You identify to us, in writing, the complaints made by your clients, supplying the date, the issue of complaints, and the person your client complained to, and we will then try to help you look through the documents that we both have to see if there were documents showing what the department did in response to those complaints.  Of course, it is puzzling why you cannot do this on your own, but since neither of you seems to want to read the file, we will assist you if you give us this guidance.  Seems fair, don't you think?

I look forward to hearing from you.

Very truly yours,

BRODY, HARDOON, PERKINS & KESTEN, LLP

S/ Leonard N Kesten

Leonard H. Kesten
Jeremy I. Silverfine

LHK:me
Enclosure
cc:    Fred Gilgun, Esquire

June 20, 2006

*In-hand delivery*

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re:    <u>Kennedy v. Billerica</u>

Dear Attorney Fischer:

Relative to the above-referenced matter, the defendants are supplementing their prior disclosures by forwarding copies of the following:

1. The Domestic Violence Law Enforcement Guidelines 2002.  (Bates stamped 3397-3422)
2. Notes, complaints, reports relative to the plaintiffs from file of Billerica Police Capt. West.  (Bates stamped 3423-3483)
3. Billerica Police Report dated July 1, 1993 (3 pages) filed by Officer J. Glavin.  (Bates stamped 3484-3486).
4. Billerica Police Department Rules and Regulations (Foreword).  (Bates stamped 3487-3506)
5. Billerica Police Department complaint form.  (Bates stamped 3507-3508)
6. Billerica Police Department policies and procedures (new policies).  (Bates stamped 3509-3538).
7. Billerica Police Department police manual, policies and procedures.  (Bates stamped 3539-4511).

If you have any questions please contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: jj
Enclosure
cc: Fred Gilgun, Esq.