# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-CV-12357-PBS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRIAN KENNEDY, AND MICHELLE
KENNEDY, Individually and as mother and
next friend of BRIAN KENNEDY, JR.,
MITCHELL KENNEDY and DYLAN KENNEDY
                        Plaintiffs
VS.
TOWN OF BILLERICA, DANIEL C. ROSA, JR.,
Individually and as Chief of the Billerica Police
Department, JOHN BARRETTO, Individually and
as former Chief of the Billerica Police Department,
PAUL W. MATTHEWS, Individually and as
former Chief of the Billerica Police Department,
ROBERT LEE, Individually and as former Deputy
Chief of the Billerica Police Department, THOMAS
CONNORS, FRANK A. MACKENZIE,
RICHARD RHONSTOCK, ROBERT BAILEY,
JOHN ZARRO, MARK TSOUKALAS, TARA
CONNORS, MARTIN E. CONWAY, ANDREW
DEVITO, RICHARD HOWE, STEVEN ELMORE,
WILLIAM MCNULTY, DONALD
MACEACHERN, MICHAEL A. CASEY,
RICHARD NESTOR, ROBERT BROWN,
WILLIAM G. WEST, GREGORY KATZ,
GERALD B. ROCHE, BRIAN MICCICHE,
WILLIAM MACDONALD, SCOTT PARKER,
ALAN MUNN, TIMOTHY F. MCKENNA and
JOHN DOE
                        Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


**PLAINTIFFS, BRIAN KENNEDY, MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., MITCHELL KENNEDY and DYLAN KENNEDY AUTOMATIC DISCLOSURE PURSUANT TO LOCAL RULES 26.2 (A) AND FED.R.CIV.P. 26(a)**

Pursuant to Local Rule 26.2(A) and Fed .R. Civ. P. 26(a) Plaintiffs, Brian
Kennedy and Michelle Kennedy, Individually and as mother and next friend of Brian

Kennedy, Jr., Mitchell Kennedy and Dylan Kennedy make the following automatic disclosure:

(1)    The names and, if known, the address and telephone number of each individual likely to have discoverable information relevant to the disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

**Disclosure:**

1.    David Algier, 35 Call Street, Billerica, Ma 01862. Mr. Algier was assaulted by members of the Billerica Police Department for associating with the Kennedys and informing Officer MacKenzie's wife about Officer McKenzie's obsession with Ms. Kennedy. Mr. Algier has information relating to several incidents during the period of 1991-1993 where Officer MacKenzie threatened Brian Kennedy.

2.    Dianne Ashton, 44 Upton Street, Billerica, MA 01862. Ms. Ashton has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy and Michelle Kennedy on February 20, 1998. Ms. Ashton also has information relating to statements made by members of the Billerica Police Department regarding Brian and Michelle Kennedy.

3.    Scott Ashton, 44 Upton Street, Billerica, MA 01862. Mr. Ashton has information regarding the events leading to the criminal charges brought by the Billerica Police Department against Brian and Michelle Kennedy on February 20, 1998. Mr. Ashton has information relating to an incident in which he was involved with Michelle Kennedy that occurred on January 15, 1998 at 129 Leicester Street, Billerica in the presence of several members of the Billerica Police Department. Mr. Ashton also has information relating to a complaint he made to the Billerica Police Department about Michelle Kennedy on or about September 2, 1999.

4.    William Ashton, 1248 Gorham Street, Lowell, MA 01852. Mr. Ashton has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian and Michelle Kennedy on February 20, 1998. Mr. Ashton also has information regarding the events relating to criminal charges brought against Brian and Michelle Kennedy as a result of an incident that allegedly occurred at 185 Woburn Street, Lowell on August 5, 1999. Mr. Ashton also has information relating to a complaint made by Scott Ashton to the Billerica Police Department about Michelle Kennedy on or about September 2, 1999. Mr. Ashton also has information relating to an investigation by the Billerica Police Department of Brian and Michelle Kennedy of an incident that allegedly took place on August 6, 2001. Mr. Ashton also has information regarding the events relating to criminal charges brought by

the Billerica Police Department against Brian, Michelle and Mitchell Kennedy as a result of an incident that allegedly occurred on November 9, 2001. Mr. Ashton also has information relating to an incident involving Michelle Kennedy and Officer Parker that occurred on March 31, 2002 Billerica Boys Club. Mr. Ashton also has information relating to an incident involving Michelle Kennedy and Officer Alan Munn that occurred on April 16, 2002.

5.     Gleora Atkinson, Heath Street, Tewksbury, MA. Ms. Atkinson has information relating to efforts made by Officer Frank McKenzie to obtain information from her about Michelle and Brian Kennedy.

6.     Karen Atkinson. Ms. Atkinson has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy as a result of an incident that allegedly occurred in the Summer/Fall of 1991.

7.     Stephen Atkinson, 7A Warren Street, Nashua, NH 03060. Mr. Atkinson has information relating to comments made by members of the Billerica Police Department about Brian and Michelle Kennedy.

8.     Amy Baum, 49 North Street, Lowell, MA 01854. Ms. Baum has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy as a result of an incident that allegedly occurred on July 21, 1997. Ms. Baum also has information relating to an incident in which she was involved with Michelle Kennedy and John Oblenis that occurred on October 8, 1997. Ms. Baum also has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian and Michelle Kennedy on February 20, 1998. Ms. Baum also has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian, Michelle and Mitchell Kennedy as a result of an incident that allegedly occurred on November 9, 2001.

9.     Joseph Binnette, Shoreline Drive, Tewksbury, MA. Master Binnette has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy, Jr. as a result of an incident that allegedly occurred on August 1, 1997.

10.     Jonathan Binnette, Shoreline Drive, Tewksbury, MA. Master Binnette has information relating to an incident involving Mitchell Kennedy and George Brooks that allegedly occurred on September 7, 2002.

11.     Judy Binnette, Shoreline Drive, Tewksbury, MA. Ms. Binnette has information regarding the events relating to the criminal charges brought

3

by the Billerica Police Department against Brian Kennedy, Jr. as a result of an incident that allegedly occurred on August 1, 1997.

12.    George Brooks, 48 Upton Street, Billerica, MA 01862. Mr. Brooks has information regarding an incident in which he as involved with Mitchell Kennedy on August 9, 2001 and on September 7, 2002.

13.    Ashley Bucci, 107 Merrimack Meadows, N. Tewksbury, MA. Ms. Bucci has information regarding the events relating to criminal charges brought by the Billerica Police Department against Michelle Kennedy as a result of an incident that allegedly occurred on April 24, 2004.

14.    Gill Bucknam, 96 Rogers Street, Billerica, MA 01862. Mr. Buckham has information regarding efforts by members of the Billerica Police Department to follow the Brian and Michelle Kennedy.

15.    Brooke Burns, 231 Pond Street, Billerica, MA 01821. Ms. Burns has information about an incident in which she was involved with Brian Kennedy and Jared Corner on December 22, 2000 at the Market Basket in Billerica.

16.    Kenny Carron, Billerica, MA 01862. Mr. Carron has information regarding comments made by members of the Billerica Police Department about Brian Kennedy.

17.    Joseph Carvel, 65 Windham Road, Tewksbury, MA. Mr. Carvel has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy as a result of an incident that allegedly occurred on October 28, 2004.

18.    Gloria Cimmino, 128 South Street, Tewksbury, MA. Ms. Cimmino has information regarding the events relating to the criminal charges brought against Brian and Michelle Kennedy as a result of an incident that allegedly occurred at 185 Woburn Street, Lowell on August 5, 1999.

19.    John Cimmino, 128 South Street, Tewksbury, MA. Mr. Cimmino has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian, Michelle and Mitchell Kennedy for allegedly committing an assault and battery with a dangerous weapon on November 9, 2001. Mr. Cimino also has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Mitchell Kennedy as a result of an incident that allegedly occurred February 20, 2004. Mr. Cimino also has information regarding the events relating to the criminal charges brought against Brian and Michelle Kennedy as a result of an incident that allegedly occurred at 185 Woburn Street, Lowell on August 5, 1999.

4

20.     Louis Cimmino, 128 South Street, Tewksbury, MA. Mr. Cimmino has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian, Michelle and Mitchell Kennedy for allegedly committing an assault and battery with a dangerous weapon on November 9, 2001.

21.     Josh Clark, 21 Duren Ave., Lowell, MA. Mr. Clark has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy as a result of an incident that allegedly occurred on July 21, 1997.

22.     Jared Corner, 51 Pierce Street, Malden, MA. Mr. Corner has information about an incident in which he was involved with Brian Kennedy and Brooke Burns on December 22, 2000 at the Market Basket in Billerica.

23.     Mark Dagostino, 72 Old Elm Street, Billerica, MA 01862. Mr. Dagostino has information relating to an incident involving Brian Kennedy and Officer Frank MacKenzie, Officer Stephen Elmore, Officer Donald MacEachern that occurred on May 21, 1993 at Mr. Tipps in Billerica.

24.     Sue Danehey, 41 Upton Street, Billerica, MA 01862. Ms Danehey has information relating to an incident involving Michelle Kennedy and Scott Ashton that occurred on January 15, 1998 at 129 Leicester Street, Tewksbury.

25.     Richard Danielson, 11 Seven Oaks Road, N. Billerica, MA 01862. Mr. has information regarding comments made by members of the Billerica Police Department about Brian Kennedy.

26.     Gene DeFrancisco, Shoreline Drive, Tewksbury, MA. Mr. DeFrancisco has information regarding an incident in which he received a traffic citation while driving Brian Kennedy's truck. The Billerica Police Department fabricated charges against Mr. DeFransisco.

27.     Mike Dodge, Manager of the Lakeside Mobil Home Park, Oak Street, North Billerica, MA 01862. Mr. Dodge has information relating to an incident involving Officer Munn and Brian Kennedy which occurred on May 6, 2002 at the Lakeside Mobil Home Park office.

28.     Daniel Donlon. Hudson, New Hampshire. Mr. Donlon has information relating to an incident in which he was involved with Michael Mullins and Brian Kennedy that occurred in June, 2003 in New Hampshire.

29.     Daniel Dufault. Mr. Dufault has information regarding the events relating to the criminal charges brought by the Billerica Police Department against

Brian and Michelle Kennedy on February 20, 1998. Mr. Dufault also has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy as a result of an incident that allegedly occurred on July 21, 1997. Mr. Dufault also has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy as a result of an incident that allegedly occurred on July 22, 1997. Mr. Dufault also has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy as an incident that allegedly occurred on January 23, 2000.

30. Dick Elssie, Bridge Street, Billerica, MA 01862. Mr. Elssie is a former employer of Brian Kennedy. Mr. Else has information regarding comments made by members of the Billerica Police Department that resulted in him firing Brian Kennedy.

31. David Fiolkowski, 67 Berkley Street, Billerica, MA 01862. Mr. Fiolkowski was warned by members of the Billerica Police Department to stay away from the Kennedy children because they were trouble.

32. Thomas F. Fiolkowski, 67 Berkeley Street, Billerica, MA 01862. Mr. Fiolkowski has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy as a result of an incident that allegedly occurred on November 9, 2001.

33. Rick Fotpiano, Boston Road, Billerica, MA. In or about October, 2004 Mr. Fotpiano was asked by the Billerica police to fill out statements accusing Brian and Michelle Kennedy of breaking and entering.

34. Owner - Gagnon's Auto Body, 6 Hadley Street, Billerica, MA 01862. The owner of Gagnon's Auto Body has information relating to the vandalism to Michelle Kennedy's car while parked at Gagnon's Auto Body on April 8, 1993.

35. Janine Gallinaro, 37 Upton Street, Billerica, MA 01862. Ms. Gallinaro has information relating to an incident involving Mitchell Kennedy and George Brooks on August 9, 2001, which was investigated by the Billerica Police Department.

36. Katelynn Gallinaro, 37 Upton Street, Billerica, MA 01862. Ms. Gallinaro has information relating to an incident involving Mitchell Kennedy and George Brooks on August 9, 2001, which was investigated by the Billerica Police Department.

37.    Thomas Gallinaro, 46 Hawthorn Street, Lowell, MA. Mr. Gallinaro has information relating to an incident involving Brian Kennedy and Paul Parent at the Concord Shores, Billerica on December 19, 1991.

38.    Sean Gauvro, 112 Leicester Street, Billerica, MA 01862. Mr. Gauvro has information concerning the events relating to the fire bombing of Brian Kennedy's truck on September 23, 1991.

39.    Donna Gauvro, 112 Leicester Street, Billerica, MA 01862. Ms. Gauvro has information concerning the events relating to the fire bombing of Brian Kennedy's truck on September 23, 1991.

40.    Christie Gilpatrick, 37 Short Street, Apt. B, Lowell, MA. Ms. Gilpatrick has information regarding the events relating to criminal charges brought by the Billerica Police Department against Brian Kennedy, Michelle and Mitchell Kennedy as a result of an incident that allegedly occurred on November 9, 2001.

41.    Robert Giordano, 7 Jon Mur Road, Billerica, MA 01862. Mr. Giordano has information relating to an incident involving Brian Kennedy and Frank MacKenzie, Officer Stephen Elmore, Officer Donald MacEachern at Mr. Tipps in Billerica on May 21, 1993.

42.    Debra Granger, 37 Robin Street, Lowell, MA. Ms. Granger has information relating to an incident involving Brian Kennedy and Paul Parent at the Concord Shores on December 19, 1991.

43.    Nigeal Griffith, 22 Smith Street, Lowell, MA. Mr. Griffith was pulled over by a Billerica police officer and told to stay away from the Kennedys or he would lose his license.

44.    Kevin Guptill, 78 Berkeley Street, Billerica, MA 01862. Mr. Guptill has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Mitchell Kennedy as a result of an incident that allegedly occurred on February 20, 2004.

45.    Lisa Hague, 2 West Tenth Street, Lowell, MA. Ms. Hague was told by the members of the Billerica Police Department that she and her children should stay away from the Kennedys.

46.    Evelyn Haines, 190 Baldwin Road, Billerica. Ms. Haines has information regarding complaints made during the period from the late 1990s to 2004 by the Kennedys to the Town Manager for the Town of Billerica regarding harassment by members of the Billerica Police Department.

47.   David Hawkes, 153 Ipswich Street, Billerica, MA 01862. Mr. Hawkes has information regarding the events relating to the criminal charges brought against Michelle Kennedy as a result of an incident that allegedly occurred on July 23, 2003. Mr. Hawkes also has information regarding the events relating to the arrest of Brian Kennedy by members of the Billerica Police Department on November 9, 2001.

48.   Donna Hawkes , 153 Ipswich Street, Billerica, MA 01862. Ms. Hawkes has information relating to an incident in which she was involved with Michelle Kennedy on July 23, 2003.

49.   Tara Hawkes, 153 Ipswich Street, Billerica, MA 01862. Mr. Hawkes has information regarding the events relating to the criminal charges brought against Michelle Kennedy as a result of an incident that allegedly occurred on July 23, 2003. Ms. Hawkes also has information regarding the events relating to criminal charges brought by the Billerica Police Department as a result of an incident that allegedly occurred on April 24, 2004.

50.   Casey Heffernan, 42 Upton Street, Billerica, MA 01862. Mr. Heffernan has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian and Michelle Kennedy on February 20, 1998. Mr. Heffernan also has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Michelle Kennedy on September 6, 1993.

51.   Tracy Heffernan, 54 Oak Street, Billerica, MA 01862. Ms. Heffernan has information relating to an offer made to her by Officer Frank MacKenzie on November 20, 1991 to pay her money if she would injure Michelle Kennedy.

52.   Jeff Hernan, Middlesex Turnpike, Billerica, MA 01862. Mr. Hernan was pulled over by a Billerica police officer and told to stay away from the Kennedys.

53.   Danielle Honnors, 121 High Street, Billerica, MA 01862. Ms. Honnors has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy for an incident that allegedly occurred on July 21, 1997.

54.   Michelle Horne, 37 Friendship Street, Billerica, MA 01862. Ms. Horne has information relating to an incident involving Brian Kennedy and Officer McKenzie, Officer Stephen Elmore, Officer Donald MacEachern that occurred at Mr. Tipps in Billerica on May 21, 1993. Ms. Horne also has information relating to an incident involving Brian Kennedy and Paul Parent at the Concord Shores on December 19, 1991.

8

55.    Tina Huber, 32 Allen Road, Billerica, MA 01821. Ms. Huber has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian and Michelle Kennedy for an incident that allegedly occurred on January 23, 2000.

56.    William Huber, 32 Allen Road, Billerica, MA 01821. Mr. Huber has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy for an incident that allegedly occurred on January 23, 2000.

57.    Scott Hutchinson, 51 Wilson Street, Billerica, MA 01862. Mr. Hutchinson has information relating to an incident involving Michelle Kennedy and John Oblenis on Wilson Street in Billerica on October 8, 1997.

58.    Brian Hutton, 119 Leicester Street, Billerica, MA 01862. Mr. Hutton has information relating to an investigation of Brian Kennedy by the Billerica Police Department in regards to an incident that took place on or about November 24, 2001.

59.    Christine Kaizer, Tewksbury, MA. Ms. Kaiser has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy, Jr. as a result of an incident that allegedly occurred on August 1, 1997.

60.    Mark Kaizer, Tewksbury, MA. Mr. Kaiser has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy, Jr. as a result of an incident that allegedly occurred on August 1, 1997.

61.    Robert Keefe, 27 Montrose Street Billerica, MA 01862. Mr. Keefe has information relating to an incident involving Officer Frank MacKenzie, Officer Stephen Elmore, Officer Donald MacEachern and Brian Kennedy that occurred at Mr. Tipps in Billerica on May 21, 1993.

62.    Brian Kennedy, Lowell, Massachusetts. Mr. Kennedy has information relating to fourteen years of harassment by members of the Billerica Police Department against him and his family and the damages he and his family have suffered as a result of said harassment.

63.    Brian Kennedy, Jr., Lowell, Massachusetts. Master Kennedy has information regarding numerous incidents of harassment by members of the Billerica Police Department against him and his family and the damages that he and his family have suffered as a result of said

harassment.

64.    Dylan Kennedy, Lowell, Massachusetts.  Master Kennedy has information regarding numerous incidents of harassment by members of the Billerica Police Department against him and his family and the damages that he and his family have suffered as a result of said harassment.

65.    Michelle Kennedy, Lowell, Massachusetts.  Mr. Kennedy has information relating to fourteen years of harassment by members of the Billerica Police Department against him and his family and the damages he and his family have suffered as a result of said harassment.

66.    Mitchell Kennedy, Lowell, Massachusetts. Master Kennedy has information regarding numerous incidents of harassment by members of the Billerica Police Department against him and his family and the damages that he and his family have suffered as a result of said harassment.

67.    Michael Kennedy, Colburn Street, Lowell, MA.  Mr. Kennedy has information regarding the events relating to his arrest by Officer McKenzie for allegedly committing an assault and battery against Office McKenzie on June 19, 1993.

68.    Sharon Ann Kennedy, 12 Myrtle Street, No. Billerica, MA.  Ms. Kennedy has information relating to and incident involving Brian Kennedy and Michelle Kennedy that occurred on or about February 19, 1998 at the Billerica Police Station.

69.    Dave Lavita, Tewksbury, MA.  Mr. Lavita has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy, Michelle Kennedy and Mitchell Kennedy as a result of an incident that allegedly occurred on November 9, 2001.

70.    Monique Ledoux, 113 Leicester Street, Billerica, MA 01862.  Ms. Ledoux has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy as a result of an incident that allegedly occurred on July 21, 1997.  Ms. Ledoux also has information regarding the events relating to the criminal charges brought against Brian Kennedy, Jr. as a result of an incident that allegedly occurred on August 1, 1997.

71.    Roger Ledoux, 113 Leicester Street, Billerica, MA 01862.  Mr. Ledoux has information regarding the events relating to the criminal charges brought against Brian Kennedy, Jr. as a result of an incident that allegedly

occurred on August 1, 1997.

72.    Justine Lefebure, 135 Leicester Street, Billerica, MA 01862. Ms. Lefebure has information relating to comments made members of the Billerica Police Department about the Kennedys.

73.    Rachel Lefebure, 135 Leicester Street, Billerica, MA 01862. Ms. Lefebure has information regarding the events relating to criminal charges brought by the Billerica Police Department against Brian Kennedy as a result of an incident that allegedly occurred on October 31, 1999 at 135 Leicester Street, Billerica.

74.    Kenny Lewis, 12 Boston Road, Billerica, MA 01862. Mr. Lewis has information regarding the events that relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy as a result of an incident that allegedly occurred on July 21, 1997.

75.    David Lumbert, Boca Raton, Florida. Mr. Lumbert has information relating to an incident involving Brian Kennedy and Paul Parent at the Concord Shores in Billerica on December 19, 1991.

76.    Kim MacKenzie, 43 Clover Hill Circle, Tyngsboro, MA. Ms. MacKenzie is the wife of Officer Frank McKenzie and has information relative to the relationship between Officer McKenzie and Michelle Kennedy.

77.    Shannon (Antle) Mansfield, 6 Sunrise Avenue, Billerica, MA 01865. Ms. Mansfield was told by Officer Frank MacKenzie in the summer of 1991 to stop associating with the Kennedys.

78.    Deann Masone, 181 Vale Street, Tewksbury, MA 01876. Ms. Masone has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy, Michelle and Mitchell Kennedy as a result of an incident that allegedly occurred on November 9, 2001.

79.    Mack McDowell, Noonan, McDowell & Elssie, Bridge Street, Billerica, MA 01862. Mr. McDowell is a former employer of Brian Kennedy. Mr. McDowell has information regarding comments made by members of the Billerica Police Department that resulted in him firing Brian Kennedy.

80.    James McCreary, 43 Bricknell Road, Billerica, MA 01821. Mr. McCreary has information relating to an incident involving Brian Kennedy, Jared Corner and Brooke Burns at Market Basket in Billerica on December 20, 2000.

11

81.    Susan McElhiney, Town Manager's Office, Town of Billerica. Ms.
       McElhiney has information regarding complaints made to the Town
       Manager's office by the Kennedys of harassment by members of the
       Billerica Police Department.

82.    Brian McKennon, Billerica, MA 01862. Mr. McKennon has information
       regarding the events relating to a traffic citation issued to Brian Kennedy
       by a member of the Billerica Police Department when Mr. McKinnon was
       operating Mr. Kennedy's vehicle in the early 1990's.

83.    Jamey McLean, 152 Ipswich Street, Tewksbury, MA. Ms. McLean has
       information relating to an incident involving Michelle Kennedy and Patty
       Stickney that occurred on July 22, 1997.

84.    Christine McNulty, 7 Lowell Street, Billerica, MA 01862. Ms. McNulty
       has information relating to an incident involving Michelle Kennedy and
       Patty Stickney that occurred on July 22, 1997.

85.    Todd Micciche. Mr. Micciche has information relating to incident
       investigated by the Tewksbury Police Department that took place at 129
       Leicester Street, Billerica in the early morning hours of August 5, 1999.

86.    Vanessa Minervini, 560 South Street, Tewksbury, MA. Ms. Minervini has
       information regarding the events relating to the criminal charges brought
       by the Billerica Police Department against Brian Kennedy, Michelle
       Kennedy and Mitchell Kennedy as a result of an incident that allegedly
       occurred on November 9, 2001.

87.    Cynthia Minkle, Billerica, MA. Ms. Minkle has information relating to an
       incident involving Officer McKenzie and Michelle Kennedy that took
       place on Boston Road, Billerica in the Summer of 1991.

88.    Joe Mulkern, 15 Saville Street, Billerica, MA 01862. Mr. Mulkern has
       information relating to an investigation conducted by the Billerica Police
       Department of an incident that took place on Leicester Street on or about
       November 24, 2001 involving Brian Kennedy and Brian Hutton.

89.    Charles Mulkern, 15 Saville Street, Billerica, MA 01862. Mr. Mulkern
       was told by members of the Billerica Police Department that the Kennedys
       were trouble.

90.    Michael Mullins. Mr. Mullins has information relating to an incident in
       which he was involved with Daniel Donlon and Brian Kennedy that
       occurred in June, 2003 in New Hampshire.

91.    John Noonan, Noonan, McDowell & Elssie, Bridge Street, Billerica, MA
       01862. Mr. Noonan is a former employer of Brian Kennedy. Mr. Noonan
       has information regarding comments made by members of the Billerica
       Police Department that resulted in him firing Brian Kennedy.

92.    Donna Oblenis, 40 Treble Cove Road, Billerica, MA 01862. Ms. Oblenis
       has information relating to her involvement with Michelle and Brian
       Kennedy during the summer and fall of 1991, much of which was the
       subject of investigations by the Billerica Police Department.

93.    John Oblenis, III, 40 Treble Cove Road, Billerica, MA 01862. Mr.
       Oblenis has information regarding the events that relating to the criminal
       charges brought by the Billerica Police Department against Brian Kennedy
       as a result of an incident that allegedly occurred on July 21, 1997. Mr.
       Oblenis also has information regarding an incident in which he was
       involved with Michelle Kennedy on October 8, 1997.

94.    Maria O'Rourke, Veterans Department, Town of Billerica. Ms. O'Rourke
       has information relating to an incident involving Officer Tsoukalis and
       Michelle Kennedy that occurred on February 6, 2002 at the Town of
       Billerica Food Pantry.

95.    Donna O'Toole, Chelmsford, MA, 2 Millstone Way, N. Billerica, MA.
       Ms. O'Toole has information regarding an incident involving Michelle
       Kennedy and Robyne Reslow that took place on Wilson Street, Billerica
       on June 13, 1991.

96.    Paul Parent, 10 Angle Street, Lowell, MA. Mr. Parent has information
       regarding an incident in which he was involved with Brian Kennedy at the
       Concord Shores on December 19, 1991.

97.    John Perry, Boston Road, Billerica. Mr. Perry was also told by members
       of the Billerica Police Department to stay away from the Kennedys.

98.    Craig Pickering, 195 Central Hill Road, Wells, ME. Mr. Pickering has
       information relating to efforts by members of the Billerica Police
       Department during the fall of 1991 to entrap the Kennedys.

99.    Henry Pineau, 2 West Tenth Street, Lowell, MA. Mr. Pineau has
       information relating to warnings he received from members of the
       Billerica Police Department during 2002 not to associate with the
       Kennedys.

100.   Sharon Proctor, Shoreline Drive, Billerica, MA 01862. Ms. Proctor has
       information relating to warnings she received from members of the

Billerica Police Department during the period from 2001 to March, 2004 not to have her children associate with the Kennedys.

101.  Dean Royston, 28 Bay Street, Lowell, MA 01854. Officer Royston has information relating to harassment of the Kennedys by members of the Billerica Police Department dating back to the early 1990s. Officer Royston has information regarding an incident involving Officer Parker and Michelle Kennedy's that took place at the Billerica Boys Club on March 31, 2002.

102.  Michelle Spaulding, 19 Woodland Drive, Littleton, MA. Ms. Spaulding has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy on November 9, 2001.

103.  Robert Spencer, 37 Oak Street, Billerica, MA 01862. Mr. Spencer has information relating to an incident involving Officer Frank MacKenzie, Officer Stephen Elmore, Officer Donald MacEachern and Brian Kennedy at Mr. Tipps on May 21, 1993.

104.  Robert Spencer, 28 Wilson Street, Billerica, MA 01821. Master Spencer also has information regarding the events relating to the criminal charges being brought by the Billerica Police Department against Brian Kennedy as a result of an incident that allegedly took place on August 22, 2002.

105.  Stacy Stauded, Berkeley Street, Billerica, MA 01862. Ms. Stauded has information relating to numerous conversations she had with members of the Billerica Police Department about the Kennedys during the period from the late 1990s to the present.

106.  Patty Stickney, 5 Lowell Street, Billerica, MA 01862. Ms. Stickney has information relating to an incident in which she was involved with Michelle Kennedy on July 22, 1997, which was investigated by the Billerica Police Department. Ms. Stickney also has information relating to an incident in which she was involved with Michelle Kennedy on September 18, 1997 at the CVS in Billerica.

107.  Nicole St. John, 14 Baystate Road, Tyngsboro, MA. Ms. St. John has information relating to an incident involving Michelle Kennedy and Patty Stickney on July 22, 1997, which was investigated by the Billerica Police Department.

108.  Thomas Stokes, P.O. Box 253 North Billerica MA. Mr. Stokes has information relating to warnings he has received from members of the Billerica Police Department not to associate with Brian Kennedy, Jr.

14

109.   Joanne Suprenant, 185 Woburn Street, Lowell, MA.  Ms. Suprenant has information regarding the events relating to the criminal charges brought against Brian and Michelle Kennedy as a result of an incident that allegedly occurred at 185 Woburn Street, Lowell on August 5, 1999.

110.   Christopher Swimm, Shoreline Drive, Billerica, MA 01862.  Mr. Swimm has information relating to an the incident involving Michelle Kennedy and Brian Kennedy and Officer Scott Parker on March 31, 2002 at the Billerica Boys' Club.

111.   Timothy Taker, 16 Lowell Street, Billerica, MA 01862.  Mr. Taker has information relating to an incident in which he was involved with Brian Kennedy in the early 1990s at the Gibbs station on Boston Road, in Billerica, which was investigated by the Billerica Police Department.

112.   Marcia Tedford, Leicester Street, N. Billerica, MA.  Ms. Tedford has information relating to an incident involving Officer Frank McKenzie, Officer Stephen Elmore, Officer Donald MacEachern and Brian Kennedy at Mr. Tipps in Billerica on May 21, 1993.

113.   Helio Texeira, 48 Wilson Street, Billerica, MA 01862.  Mr. Texeira has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy as a result of an incident that allegedly took place on July 21, 1997.

114.   Joyce Tibbetts, 1475 Flamingo Drive, Englewood, Florida.  Ms. Tibbetts is the mother of Michelle Kennedy and has had communications with the various Chiefs of Police for the Town of Billerica over the past fourteen years concerning the harassment of her daughter's family by the Billerica Police Department.  In addition Ms. Tibbetts has information regarding the damages suffered by her daughter's family as a result of the harassment.

115.   Lynn Tierney, 73 Treble Cove Road, Billerica, MA 01821.  Ms. Tierney has information relating to an incident involving Officer Frank McKenzie, Officer Stephen Elmore, Officer Donald MacEachern and Brian Kennedy at Mr. Tipps in Billerica on May 21, 1993.

116.   Herb Vacca, 5 Wilson Street, Billerica, MA 01862.  Mr. Vacca has information relating to an incident involving Officer Frank MacKenzie and Brian Kennedy on October 2, 1991.

117.   Isabelle Vacca, 5 Wilson Street, Billerica, MA 01862.  Ms. Vacca has information relating to an incident involving John Oblenis and Michelle Kennedy on October 8, 1997.

118.    Nicole Vacca, 5 Wilson Street, Billerica, MA 01862. Ms. Vacca has information regarding the events relating to the criminal charges brought against Brian Kennedy by the Billerica Police Department as a result of an incident that allegedly occurred on July 21, 1997. Ms. Vacca has information relating to an incident involving John Oblenis and Michelle Kennedy on October 8, 1997.

119.    Valerie Vacca, 812 S. Lee Street, Roswell, NM. Ms. Vacca has information relating to an incident involving John Oblenis and Michelle Kennedy on October 8, 1997.

120.    Vincent Vacca, 5 Wilson Street, Billerica, MA 01862. Mr. Vacca has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy as a result of an incident that allegedly occurred on July 21, 1997.

121.    Sang Vongsadath, Shoreline Drive, Tewksbury, MA. Master Vongsadath has information relating to an incident involving George Brooks and Mitchell Kennedy that occurred on September 7, 2002 at 37 Upton Street, Billerica and was investigated by the Billerica Police Department.

122.    Kristine Wareham, 129 Leicester Street, Billerica, MA 01862. Ms. Wareham has information regarding the events relating to the criminal charges brought against Michelle Kennedy by the Billerica Police Department as a result of an incident that allegedly occurred on July 20, 2001.

123.    Susan Wilson, Rogers Street, Billerica, MA 01862. Ms. Wilson has information regarding an incident involving Robyn Reslow and Michelle that took place on Wilson Street, Billerica on June 13, 1991.

124.    Daniel Ball, 28 Wilson Street, Billerica, MA. Mr. Ball has information relating to an incident involving John O'Blenis and Michelle Kennedy that occurred on October 8, 1997.

125.    Van Delee. Mr. Delee has information relating to the harassment of the Kennedy by members of the Billerica Police Department.

126.    Jay Miller. Mr. Miller has information regarding the events relating to the criminal charges brought by the Billerica Police Department against Brian Kennedy as a result of an incident that allegedly occurred on July 21, 1997

127.    Chirstina Smith, Lexington, Massachusetts. Ms .Smith has information relating to warnings she received from members of the Billerica Police Department not to associate with the Kennedys.

16

128.    Doris Schultz. .Town Manager's Office, Town of Billerica. Ms. Schultz has information regarding complaints made during the period from the late 1990s to 2004 by the Kennedys to the Town Manager for the Town of Billerica regarding harassment by members of the Billerica Police Department.

129.    Rocco Scippa, 35 Boston Street Middleton, MA 01949. Mr. Scippa is a former employer of Michelle Kennedy.

The Plaintiffs reserve the right to supplement this list as more information becomes available to them.

(2)    A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the Plaintiffs that are relevant to disputed facts alleged with particularity in the pleadings;

**Disclosure:**

The Plaintiffs are providing herewith copies of all documents within their possession, custody or control. In addition the Plaintiffs possess the following:

1.    Audiotape of telephone conversation between Michelle Kennedy and Frank McKenzie which occurred during the summer of 1991.

2.    Videotape of events involving the Plaintiffs and the Billerica Police Department on the following dates: November 9, 2001, March 22, 2002, April 18, 2002, May 6, 2002, September 7, 2003, April 24, 2004, May 18, 2004

The plaintiffs also identify as relevant medical records and bills from the injuries suffered at the hands of the defendants. Plaintiffs are in the process of obtaining and compiling these bills and will produce them.

(3)    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Disclosure:**

Plaintiffs incurred substantial attorneys fees, for which they presently do not have a precise total but which they estimate to be in excess of $100,000.

Plaintiffs have also incurred medical bills. Most recently, Brian Kennedy sustained a broken ankle as a result of an assault and battery initiated by the plaintiffs. Bills for this injury alone may exceed $30,000. In addition, Mr. Kennedy was out of

work for months as a result of this injury alone, losing income of possibly as much as $200,000 for general contracting contracts I lost.

Plaintiff Michelle Kennedy also lost a career opportunity to become a model. Ms. Kennedy was forced to drop a contract with Barbizon Modeling on Boylston Street in Boston in order to care for her children when her husband plaintiff Brian Kennedy was locked up and sent to jail for a ninety (90) day sentence. At the time, Ms. Kennedy was modeling at various jobsites, the last of which was for Pepsi One. It is difficult to estimate her lost income from the lost career opportunity.

In addition, plaintiffs Brian Kennedy and Michelle Kennedy were arrested numerous times, spending a significant time in jail and are entitled to compensation for the multiple seizures and loss of freedom and their children are entitled to the time they were without parents during the multiple incarcerations of both their parents and all the plaintiffs are entitled to compensation for the psychological terror they endured as a result of the extended pattern of conduct of the defendants.

Plaintiffs estimate that Brian Kennedy and Michelle Kennedy could recover jury awards in excess of $1,000,000 each and as much as $500,000 for each of their three sons.

(4)    Any insurance under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse of payments made to satisfy the judgment.

**Disclosure:**

Not applicable

(5)    The identity of an expert who may be called at trial.

**Disclosure:**

The Plaintiffs have not yet made a determination as to the expert witnesses they intend to call at trial, but recognize their obligation to supplement this response.

RESPECTFULLY SUBMITTED,

Brian Kennedy and Michelle Kennedy
By Their Attorneys,

Andrew M. Fischer, BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

18

Frederick V. Gilgun, Jr., Esquire
Nicholson, Sreter & Gilgun, P.C.
33 Bedford Street, Suite 4
Lexington, MA 02420
Tel No.: (617) 861-9160
Fax No.: (617) 861-7875
BBO #551477

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
in hand on November 1, 2005

19