# EXHIBIT 2A

Case 1:04-cv-12357-PBS    Document 43-3    Filed 07/27/2006    Page 2 of 36
Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.
Michelle Kennedy - Day 1 - Volume I                    January 6, 2006

Volume: I
Pages: 1-183

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-CV-12357-PBS

BRIAN KENNEDY and MICHELLE KENNEDY,
Individually and as mother and next friend of
BRIAN KENNEDY, Individually and as mother and
next friend of BRIAN KENNEDY, JR.,

        Plaintiffs

vs.

TOWN OF BILLERICA, DANIEL C. ROSA, JR.,
Individually and as Chief of the Billerica
Police Department, JOHN BARRETTO, Individually
and as former Chief of the Billerica Police
Department, PAUL W. MATTHEWS, Individually and
as former Chief of the Billerica Police
Department, ROBERT LEE, Individually and as
former Deputy Chief of the Billerica Police
Department, THOMAS CONNORS, FRANK A. MacKENZIE,
RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO,
MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,
WILLIAM McNULTY, DONALD MacEACHERN, MICHAEL A.
CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G.
WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN
MICCICHE, WILLIAM McNULTY, SCOTT PARKER, ALAN
MUNN, TIMOTHY F. McKENNA and JOHN DOE,

        Defendants

DAY 1 - VOLUME I

DEPOSITION OF: MICHELLE KENNEDY

BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza
12th Floor
Boston, MA 02116
January 6, 2006
Virginia Dodge
Registered Professional Reporter

DUNN & GOUDREAU

Date: 7/12/06   A.F.Penn, RPR
DEPOSITION
EXHIBIT NO. /
Witness: *Michelle Kennedy*

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                    January 6, 2006

---

**Page 2**

APPEARANCES:

Representing the Plaintiffs:
JASON & FISCHER
47 Winter Street
4th Floor
Boston, MA 02108
BY: ANDREW M. FISCHER, ESQ.
(617) 423-7904

Representing the Defendants:

BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza
12th Floor
Boston, MA 02116
BY: JEREMY I. SILVERFINE, ESQ.
(617) 880-7117

In Attendance:
Daniel C. Rosa, Jr.

DUNN & GOUDREAU

---

**Page 3**

INDEX

WITNESS:    MICHELLE KENNEDY

DIRECT   CROSS   REDIRECT   RECROSS
By Mr. Silverfine   5

(No exhibits were marked.)

DUNN & GOUDREAU

---

**Page 4**

1     (Deposition commenced at 10:26 a.m.)
2
3     MR. SILVERFINE:  The usual stipulations,
4  Mr. Fischer?
5     MR. FISCHER:  Let's put them on the record.
6     MR. SILVERFINE:  Fine.  We're agreeing that
7  all objections will be held until the time of
8  trial except as to form.
9     My understanding with Mr. Fischer and his
10  co-counsel, Mr. Gilgun, is that we have agreed
11  to suspend this first series of depositions for
12  all witnesses based upon the court's
13  instructions when we were in court last time.
14  So the agreement was that we'd be taking
15  initial deposition of a series of key
16  witnesses, and then depending on what happened
17  afterward, we would either continue from there.
18     Is that --
19     MR. FISCHER:  That's correct.
20     MR. SILVERFINE:  You want to waive notary?
21  Sign under --
22     MR. FISCHER:  Waive the notary, but we'd
23  like the witness to read and sign.  And we'd
24  waive objections except as to form until time

---

**Page 5**

1     of trial.  Same with motions to strike.
2     MR. SILVERFINE:  Okay.
3
4     MICHELLE KENNEDY, Deponent, having first been duly
5  sworn, deposes and states as follows:
6
7     DIRECT EXAMINATION BY MR. SILVERFINE:
8
9  Q.   Good morning.  My name is Jeremy Silverfine, as you
10  know, and we're here to take your deposition on a case
11  that you have filed in the name of Brian and Michelle
12  Kennedy against the Town of Billerica et al. and a number
13  of police officers today.
14     And as your counsel and I have just discussed, we'll
15  be here with the understanding that we'll be continuing on
16  another day.  So this is the initial day of deposition,
17  and then we'll suspend today, and we'll be coming back.
18  You understand?
19  A.   Yes.
20  Q.   And also we didn't mention this, but you probably
21  have seen this from other depositions.  You have to allow
22  me to finish my question.  Hopefully I'll allow you to
23  finish your answer so the stenographer can take down one
24  of us, and the record is clear.  Do you understand that?

---

Virginia Dodge, RPR - Dunn & Goudreau Court Reporting

Case 1:04-cv-12357-PBS    Document 43-3    Filed 07/27/2006    Page 4 of 36
Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.
Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

Page 6

1  A.  Yes.
2  Q.  If at any time you need to talk to Mr. Fischer,
3  please let me know so we can have you step out of the room
4  and confer with him.  Otherwise, you'll need to answer the
5  question, and we'll proceed from there.  Do you understand
6  that?
7  A.  Yes.
8  Q.  I'm sure Mr. Fischer's explained to you, but also
9  for the record, you need to actually put an affirmative
10  response.  A nod of the head, an "mm-hmm" is not
11  sufficient.  You need to actually answer the question.
12  You understand that?
13  A.  Yes.
14  Q.  All right.  Why don't you start off by giving us
15  your full name?
16  A.  Michelle Kennedy.
17  Q.  Okay.  And are you known by any other names?
18  A.  Mickey.
19  Q.  Mickey?
20  A.  Yes.
21  Q.  M-I-C-K-E-Y?
22  A.  E-Y.
23  Q.  E-Y.
24     Any other names you go by?

Page 7

1  A.  No.
2  Q.  Where do you currently live?
3     MR. FISCHER:  She's asked that she not be
4  obliged to provide her address for the same
5  reason the police officers do not want to give
6  their address in this case, given the pattern
7  of harassment that's at least alleged.
8     For purposes of notice, you can use my
9  office.
10     MR. SILVERFINE:  I'm going to note my
11  objection for the record, and we'll take that
12  up probably at a later time, but we'll see
13  where it goes.
14  Q.  (By Mr. Silverfine)  Whom do you live with?
15  A.  My three children.
16  Q.  What are their names?
17  A.  Brian, Jr.; Mitchell and Dylan.
18  Q.  How old is Brian, Jr.?
19  A.  Seventeen.
20  Q.  How old is Mitchell?
21  A.  Fifteen.
22  Q.  Dylan?
23  A.  Thirteen.
24  Q.  And are they all in school?

Page 8

1  A.  Yes.
2  Q.  What school does Brian, Jr. attend?
3  A.  The Billerica High School.
4  Q.  And what year is he in?
5  A.  Eleventh.
6  Q.  And Mitchell?
7  A.  He's in the Billerica High School.
8  Q.  What grade is he in?
9  A.  Ninth.
10  Q.  And Dylan.
11  A.  He's in the Marshall Middle.  Seventh.
12  Q.  And besides your three children, who else do you
13  live with?
14  A.  My husband, Brian, lives with me sometimes.  He has
15  two addresses.
16  Q.  When you say your husband, Brian, sometimes lives
17  with you, what does that mean?
18  A.  He stays there a few nights a week.
19  Q.  And where else does he live?
20  A.  In Billerica.
21  Q.  What is the address he lives at in Billerica?
22     MR. FISCHER:  The same objection.
23     MR. SILVERFINE:  And I'll note my objection
24  for the record, to be addressed later.

Page 9

1  Q.  (By Mr. Silverfine)  You say you're married.  Are
2  you currently living together as husband and wife?
3  A.  Yes.
4  Q.  And have you been -- how long have you been married
5  for?
6  A.  1988.
7  Q.  What is your date of birth, by the way?
8  A.  10/20/67.
9  Q.  Your Social Security number?
10     MR. FISCHER:  Federal law says she's not
11  obliged to divulge that.
12  Q.  (By Mr. Silverfine)  Are you refusing to provide
13  that?
14  A.  Yes.
15     MR. SILVERFINE:  I'll note my objection as
16  well for the record.
17  Q.  (By Mr. Silverfine)  Have you been separated from
18  Mr. Kennedy for a period of time?
19  A.  No.  We were not separated.
20  Q.  You've never been separated?
21  A.  For four months in 17 years -- or 21 years, rather.
22  Q.  I'm sorry.  For --
23  A.  I have been with him for over 21 years, and we've
24  separated for four months.

Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

| Page 10 |
|---|

1  Q.   Okay. Have you told other people that you've been
2  separated from him?
3  A.   Yes.
4  Q.   And on different occasions, you've told other people
5  that you and Mr. Kennedy have been separated, correct?
6  A.   Correct.
7  Q.   What period of time have you two been separated?
8  A.   Approximately maybe three years ago.
9  Q.   For what period of time?
10 A.   Four months.
11 Q.   When was that?
12 A.   February till summer maybe.
13 Q.   That would be 2002? Is that fair to say?
14 A.   I believe so.
15 Q.   Besides that four-month period, any other times
16 you've been separated from him?
17 A.   No.
18 Q.   Have you been involved with other people during the
19 course of your marriage?
20 A.   When we were separated?
21 Q.   At any point in time.
22 A.   Yes.
23 Q.   And whom else have you been involved with during
24 that period of time?

| Page 11 |
|---|

1  A.   Who else was I involved with?
2  Q.   Yeah.
3  A.   Nigel.
4  Q.   What's Nigel's last name?
5  A.   Griffith.
6  Q.   And what period were you involved with Nigel
7  Griffin?
8  A.   The four months me and my husband were separated.
9  Q.   Okay. Who else besides Nigel Griffin?
10 A.   That's it.
11 Q.   That's the only person?
12 A.   Yeah.
13 Q.   Now, Nigel Griffin, is he a gentleman who has had
14 problems with the law?
15 A.   Problems with the law?
16 Q.   Yeah.
17 A.   I'm —
18      MR. FISCHER: Objection.
19 A.   I'm not sure about that.
20 Q.   (By Mr. Silverfine) You're not aware of any of
21 that —
22 A.   No.
23 Q.   — problems with the law at all?
24 A.   No.

| Page 12 |
|---|

1  Q.   Where does Mr. Griffin live, by the way?
2  A.   I don't know his address right now.
3  Q.   What town does he live in?
4  A.   Lowell.
5  Q.   What kind of work does he do?
6  A.   I don't know. It's been a couple years.
7  Q.   What was he doing when you were dating him?
8  A.   Construction. Foundations.
9  Q.   And did he work with your husband?
10 A.   No.
11 Q.   Anyone else you live with besides your husband and
12 the three kids?
13 A.   No.
14 Q.   No?
15 A.   My mom comes up from Florida and stays with me a few
16 months in the summertime. And that's it.
17 Q.   So there's no one else who lives with you or has
18 lived with you —
19 A.   Has or lives with me now?
20 Q.   Okay. Let's start with lives with you now.
21 A.   No.
22 Q.   Who else has lived with you?
23 A.   In the past?
24 Q.   Yeah.

| Page 13 |
|---|

1  A.   William Ashton.
2  Q.   William Ashton? That's Billy Ashton?
3  A.   Yes.
4  Q.   When did Billy Ashton live with you?
5  A.   He's been living with me on and off for about seven
6  years maybe.
7  Q.   When you say "on and off," what do you mean by that?
8  A.   Sometimes he's with me. Sometimes he goes to jail.
9  Sometimes he gets his own apartment or house, so on and
10 off.
11 Q.   Well, where is he living now?
12 A.   In Billerica with Brian.
13 Q.   And that's the same address — he's living with
14 Brian?
15 A.   Yes.
16 Q.   In the same address in Billerica?
17 A.   Correct.
18 Q.   And when did he move in with Brian into Billerica?
19 A.   Just a couple months ago.
20 Q.   A couple of months ago?
21 A.   Yeah.
22 Q.   When did you say he moved in?
23      MR. FISCHER: Objection.
24 Q.   (By Mr. Silverfine) You could answer.

4 (Pages 10 to 13)

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

**Page 14**

1  A.  About maybe November.
2  Q.  November 2005?
3  A.  Yeah.
4  Q.  And he's been living with Brian at this address
5  which you refuse to give us since November 2005?
6  A.  Correct.
7  Q.  And beside -- who else lives with Brian Kennedy and
8  Billy Ashton at the Billerica address?
9  A.  Three of their friends.
10  Q.  And who are they?
11  A.  The owner of the house.
12  Q.  What's his name?
13  A.  Raymond.
14  Q.  Raymond what?
15  A.  Trainor.
16  Q.  Spell it.
17  A.  T-R-A-I-N-O-R.
18  Q.  Who else?
19  A.  His brother Kevin.
20  Q.  Kevin Trainor.
21  A.  Yes.
22  Q.  Who else?
23  A.  Actually, that's it.
24  Q.  You said three.

**Page 15**

1  A.  Well, two.  The other one moved out.  The other
2  brother moved to Arizona.
3  Q.  So Raymond Trainor, Kevin Trainor, Billy Ashton and
4  Brian Kennedy all live in the same house?
5  A.  Correct.
6  Q.  And you say Raymond Trainor owns the house?
7  A.  Yes.
8  Q.  Do these gentlemen all work together?
9  A.  No.
10  Q.  What kind of work does Raymond Trainor do?
11  A.  He doesn't work.
12  Q.  How about Kevin Trainor?
13  A.  I don't know what he does.
14  Q.  Are you friends with these people?
15  A.  I'm friends with Raymond.
16  Q.  And you don't know what kind of work he does?
17  A.  He doesn't work.
18  Q.  He doesn't work.  How young a gentleman is he?
19  A.  About 42.
20  Q.  How does he support himself?
21  A.  He just had back operation.  That's why --
22  Q.  A back operation?
23  A.  Yes.  Two weeks ago.  That's why he's out of work.
24  Q.  So before he had his back operation, what kind of

**Page 16**

1  work was he doing?
2  A.  Mechanic.
3  Q.  And where was he working?
4  A.  Billerica.
5  Q.  Where in Billerica?
6  A.  I don't know.
7  Q.  How long have you known Raymond Trainor?
8  A.  Since I was born.
9  Q.  You've known him since you were born, your husband
10  living with him, and you don't know where he works?
11  A.  He's not working right now.
12  Q.  Okay.  I understand that, but I asked you where he
13  was working before his back operation.
14  A.  I don't know the name of the place.
15  Q.  And what kind of work was it?  Mechanic?
16  A.  Yes.
17  Q.  Is it a gas station?
18  A.  No.
19  Q.  What kind of shop is it?
20  A.  They fix cars.
21  Q.  When you say they fix cars, it's not a gas station?
22  A.  No.
23  Q.  It's a car repair place?
24  A.  Yes.  Exactly.  That's what it is.

**Page 17**

1  Q.  And you've been there before?
2  A.  No.
3  Q.  You've never been there?
4  A.  No.
5  Q.  And Kevin Trainor, you say you don't know what he
6  does for work?
7  A.  No.
8  Q.  What kind of work does Billy Ashton do?
9  A.  He builds houses.
10  Q.  And who does he work for?
11  A.  Danny.
12  Q.  Who's Danny?
13  A.  His boss.
14  Q.  What's Danny's last name?
15  A.  I don't know it.
16  Q.  Where is the office located?
17  A.  Tewksbury.
18  Q.  What kind of work does your husband do?
19  A.  Build houses.
20  Q.  And who does he work for?
21  A.  The same.
22  Q.  Danny?
23  A.  Yes.
24  Q.  And you don't know Danny's last name?

5 (Pages 14 to 17)

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                   January 6, 2006

---

**Page 18**

1  A.  I don't.
2  Q.  How long has your husband worked for Danny?
3  A.  Not long. Probably just a few months or so.
4  Q.  Since when?
5  A.  Maybe October.
6  Q.  2005?
7  A.  Correct.
8  Q.  What did he do before then?
9  A.  He wasn't working for about two years almost.
10 Q.  He wasn't working for two years?
11 A.  Correct.
12 Q.  How was he supporting himself?
13 A.  We were on welfare.
14 Q.  Are you currently on welfare?
15 A.  No.
16 Q.  Do you work?
17 A.  I do.
18 Q.  What kind of work do you do?
19 A.  I take care of a elderly woman.
20 Q.  And where is that?
21     Do you need to speak to your lawyer? Because
22 otherwise you're obligated to answer the question.
23     MR. FISCHER: Yes. She wants to speak to
24 me for a second. We'll step outside.

---

**Page 19**

1
2        (A recess was taken.)
3
4     MR. SILVERFINE: Back on the record.
5  Q.  (By Mr. Silverfine) Ms. Kennedy, you've talked to
6  counsel. Could you give me the answer to my last
7  question?
8  A.  Sure.
9     MR. FISCHER: Could you repeat the
10    question?
11 Q.  (By Mr. Silverfine) I think I asked you where you
12 worked.
13 A.  Winchester.
14 Q.  What's the name of the place you work at?
15 A.  It's not a place. I take care of a woman.
16 Q.  What's her name?
17 A.  Flossie.
18 Q.  What's her last name?
19     MR. FISCHER: The witness is concerned
20    about giving the identity of the person she
21    cares for and the name of the agency for whom
22    she works. She's afraid that the defendants
23    will interfere with her employment.
24 Q.  (By Mr. Silverfine) Are you refusing to answer the

---

**Page 20**

1  question?
2  A.  Yes.
3     MR. SILVERFINE: Okay. And please note my
4     objection, and I guess we'll keep a running
5     tab, and we'll take this up to the court after
6     we finish the deposition.
7  Q.  (By Mr. Silverfine) How long have you cared for
8  Flossie?
9  A.  I just got this job about two weeks ago.
10 Q.  Two weeks ago?
11 A.  Yes.
12 Q.  So sometime in -- fair to say mid-December of 2005?
13 A.  Yes.
14 Q.  And you're refusing to give me the name of the
15 agency you work for?
16 A.  Yes.
17 Q.  And you got this job through an agency?
18 A.  No. My friend got it for me.
19 Q.  So you don't work for an agency?
20 A.  I wouldn't call it a agency.
21 Q.  Maybe -- you used the term; not me.
22     MR. FISCHER: No. I used the term.
23 Q.  (By Mr. Silverfine) How did you get this job
24 working for Flossie?

---

**Page 21**

1  A.  My friend got it for me, and I took over -- this
2  lady Claudia, she used to tend to her, Flossie. And now I
3  do.
4  Q.  Flossie lives in Winchester?
5  A.  Correct.
6  Q.  How old is she?
7  A.  Ninety-two.
8  Q.  And is this a full-time job?
9  A.  No.
10 Q.  How --
11 A.  Three days a week.
12 Q.  How many hours?
13 A.  It varies. It's three days a week. Sometimes it's
14 7 to 7, and -- you know, 7 a.m. to 7 p.m. one day. And
15 another day, it's maybe four hours.
16 Q.  And how much do you make in this job?
17 A.  $22 an hour.
18 Q.  You're paid in cash?
19 A.  No.
20 Q.  Who pays you?
21 A.  Her son.
22 Q.  He pays you by check?
23 A.  Correct.
24 Q.  What's the name of the friend who referred you to

---

Virginia Dodge, RPR - Dunn & Goudreau Court Reporting

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

---

**Page 22**

1  the person Flossie?
2  A.   Susan.
3  Q.   Susan what?
4  A.   Wilson.
5  Q.   Where does Ms. Wilson live?
6  A.   Billerica.
7  Q.   What's her address?
8  A.   I don't know her address.
9  Q.   How long have you known Ms. Wilson?
10  A.   Since we were kids.  About 10 years old.
11  Q.   So this is a friend of yours you've known your
12  entire life?
13  A.   Correct.
14  Q.   And you're telling us you don't know where she
15  lives?
16  A.   She just moved there a few weeks ago.
17  Q.   I see.  Where did she live before?
18  A.   Off of Rogers Street in North Billerica.
19  Q.   Okay.  What's the street address?
20  A.   I don't know the street.  I just know where it is.
21  It's a street right off of Rogers Street in North
22  Billerica.
23  Q.   So I'm clear, this lifelong friend, you don't know
24  where she lives, what street she lives on.  Is that your

**Page 23**

1  testimony?
2       MR. FISCHER:  Objection.
3  A.   Actually, she just moved there a few weeks ago, and
4  they just changed the street name not too long ago.  So
5  no, I don't know.
6  Q.   (By Mr. Silverfine)  What's the street that you knew
7  that she lived on before then?
8  A.   I never knew it.  It was off of Rogers Street.
9  Q.   So your testimony is you don't know the name of the
10  street that Susan Wilson has lived on or is living on; is
11  that correct?
12  A.   Correct.
13  Q.   And who does Susan live there with?
14  A.   Her sister.
15  Q.   What's her sister's name?
16  A.   Patty.
17  Q.   And what's Patty's last name?
18  A.   I don't know it.
19  Q.   Who else besides Patty lives there?
20  A.   Just Patty.
21  Q.   You've known Patty your entire life as well?
22  A.   Yes.
23       MR. FISCHER:  Objection.
24  Q.   (By Mr. Silverfine)  Prior to working, taking care

**Page 24**

1  of Flossie, you say you began about two weeks ago, what
2  kind of work were you doing?
3  A.   A few years back, I was cleaning houses, brand new
4  ones.
5  Q.   You say a few years back.  Well, that's -- I guess
6  let's make it easier for you.  Let's go through your
7  education first, and then we'll go to your work history.
8  A.   Okay.
9  Q.   And we'll do it chronologically.  You can tell me or
10  tell us where you worked, up to the present time.
11       So let's talk about, first of all, where were you
12  born?
13  A.   Lowell.
14  Q.   And where did you go to high school?
15  A.   Billerica.
16  Q.   And did you graduate from Billerica High School?
17  A.   No.
18  Q.   Did you attend Billerica High School?
19  A.   I did.
20  Q.   What year did you leave Billerica High School?
21  A.   Tenth.
22  Q.   Tenth grade?
23  A.   Yes.
24  Q.   And what year was that?

**Page 25**

1  A.   I don't remember.
2  Q.   Do you remember when you were scheduled to graduate?
3  A.   No.
4  Q.   When you left Billerica High School in tenth grade,
5  how old were you?
6  A.   Seventeen.
7  Q.   And did you finish the tenth grade?
8  A.   No.
9  Q.   What part of your tenth grade -- when did you drop
10  out of school?
11  A.   Like halfway through it.
12  Q.   And did you -- since that time, have you got any
13  further education, any school?
14  A.   I had a tutor for a short period after that.  The
15  school had got me a tutor.
16  Q.   Was that a tutor at home?
17  A.   Yes.
18  Q.   And how long did you have a tutor for?
19  A.   Just a couple months.  Not even to the end of the
20  year.
21  Q.   What happened in regards to that?
22  A.   I was pregnant in high school, and I was just -- you
23  know, morning sickness every day.
24  Q.   So you got pregnant in tenth grade at the time you

7 (Pages 22 to 25)

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

|  | Page 26 |
|---|---|
| 1 | had the tutor? |
| 2 | A.  Correct. |
| 3 | Q.  Were you married at the time? |
| 4 | A.  No.  I was with Brian, but we weren't married. |
| 5 | Q.  I'll get to Brian in a second.  I want to focus for |
| 6 | the moment on your education, and then we'll progress from |
| 7 | there. |
| 8 |      Besides the tutor you said you got after you dropped |
| 9 | out of school, any further education that you've ever had |
| 10 | since that time? |
| 11 | A.  No. |
| 12 | Q.  You're currently how old again?  I'm sorry. |
| 13 | A.  Thirty-eight. |
| 14 | Q.  Thirty-eight.  So since you were 17, you haven't had |
| 15 | any -- besides what you've told us, you haven't had any |
| 16 | other education, correct? |
| 17 | A.  Correct. |
| 18 | Q.  You said you were pregnant with child from Brian |
| 19 | Kennedy.  How did you first meet Brian Kennedy? |
| 20 | A.  Through friends. |
| 21 | Q.  Okay.  And was he attending Billerica High School at |
| 22 | the time you met him? |
| 23 | A.  I met him before we went to high school. |
| 24 | Q.  Okay.  How old is Brian? |

|  | Page 27 |
|---|---|
| 1 | A.  A year older than me. |
| 2 | Q.  Was he still in school while you were in tenth |
| 3 | grade? |
| 4 | A.  Yes. |
| 5 | Q.  Did he finish high school? |
| 6 | A.  He did. |
| 7 | Q.  And -- |
| 8 | A.  Actually, no.  He was out of school.  I'm sorry. |
| 9 | Q.  He was out of school? |
| 10 | A.  Yeah.  I was in tenth. |
| 11 | Q.  Was he working while you were in tenth grade? |
| 12 | A.  Yes. |
| 13 | Q.  What kind of work was he doing at that point? |
| 14 | A.  Framing houses, building houses. |
| 15 | Q.  And as a result of you being pregnant, did you move |
| 16 | out of the house, your house? |
| 17 | A.  Yes. |
| 18 | Q.  Were you living with your mother and father at the |
| 19 | time? |
| 20 | A.  My grandmother. |
| 21 | Q.  Your grandmother.  All right. |
| 22 |      Were your mother and father alive at the time? |
| 23 | A.  Yes. |
| 24 | Q.  What kind of work did your father do? |

|  | Page 28 |
|---|---|
| 1 | A.  He's a singer. |
| 2 | Q.  A singer? |
| 3 | A.  Yeah. |
| 4 | Q.  Is he still alive presently? |
| 5 | A.  Yes. |
| 6 | Q.  And has he been a singer his entire career as far as |
| 7 | you know? |
| 8 | A.  That and sheetrock. |
| 9 | A.  I'm sorry. |
| 10 | A.  Hanging sheetrock. |
| 11 | Q.  Sheetrock.  Okay. |
| 12 |      Did your father and mother live in Billerica? |
| 13 | A.  Yes.  They grew up in Billerica. |
| 14 | Q.  And why is it you were living with your grandmother |
| 15 | in tenth grade? |
| 16 | A.  I just like the area she lived at.  And you know, I |
| 17 | grew up there all my life, and that's where I wanted to |
| 18 | stay. |
| 19 | Q.  Do you have any brothers and sisters? |
| 20 | A.  I do. |
| 21 | Q.  Okay.  Could you tell me their names? |
| 22 | A.  Donald. |
| 23 | Q.  What's his last name? |
| 24 | A.  St. John. |

|  | Page 29 |
|---|---|
| 1 | Q.  St. John.  Okay.  Who else? |
| 2 | A.  I had a brother Frankie, but he passed away a couple |
| 3 | years ago. |
| 4 | Q.  Frankie St. John? |
| 5 | A.  Correct. |
| 6 | Q.  Okay.  Who else? |
| 7 | A.  Lisa St. John, my sister. |
| 8 | Q.  Okay. |
| 9 | A.  And Michael and Justine. |
| 10 | Q.  Those are all brothers and sisters? |
| 11 | A.  Correct. |
| 12 | Q.  And in terms of ages, where do you fit in? |
| 13 | A.  After my two -- well, two of them are my stepsister |
| 14 | and stepbrother.  Like they're -- you know, I don't know |
| 15 | if you want me to tell you about them or not, but I did. |
| 16 | Q.  How old is Donald in relation -- |
| 17 | A.  Seven years older than me. |
| 18 | Q.  Seven years older? |
| 19 | A.  Mm-hmm. |
| 20 | Q.  Frankie's deceased? |
| 21 | A.  He was nine years older. |
| 22 | Q.  When did he pass? |
| 23 | A.  Two years ago about.  Or three. |
| 24 | Q.  Two years ago. |

8 (Pages 26 to 29)

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                      January 6, 2006

## Page 30

1    Lisa?
2    A.   She's a few years younger than me.
3    Q.   Okay. Do you know how many years younger?
4    A.   Five.
5    Q.   Okay. Michael?
6    A.   He's my stepbrother. He's two years younger than
7    me.
8    Q.   Is he a St. John as well?
9    A.   No.
10   Q.   What's his last name?
11   A.   Decotis.
12   Q.   Spell it.
13   A.   D-E-C-O-T-I-S.
14   Q.   And Justin?
15   A.   Justine. She's a Decotis.
16   Q.   And what's her age?
17   A.   Two years older than me.
18   Q.   Did you all live in the same house growing up?
19   A.   For a short period.
20   Q.   And when did you move in with your grandmother?
21   A.   I lived with her on and off. I lived with her when
22   I was a kid, just for a few months, and then when I was a
23   teenager, I lived with her.
24   Q.   All right. So when you were a teenager attending

## Page 31

1    Billerica High School, you were living with your
2    grandmother?
3    A.   Yes.
4    Q.   I guess I'm not clear. Why were you living with
5    your grandmother and not your parents?
6    A.   Because I was brought up in North Billerica, and you
7    know, she lived there and had a house there and plenty of
8    room, so I stayed there.
9    Q.   And this was okay with your parents?
10   A.   Yes.
11   Q.   Any other siblings live with you and your
12   grandmother?
13   A.   Yes. My brothers lived there for a short period.
14   Q.   When you say your brothers, you're referring to
15   Donald and Frankie?
16   A.   Yes.
17   Q.   Okay. You're in tenth grade. You say you got
18   pregnant with Brian Kennedy. Where did you guys live
19   then -- I should say did you live together with Brian at
20   that point?
21   A.   Yes. At my grandmother's.
22   Q.   And how long a period of time did you live with your
23   grandmother and Brian Kennedy?
24   A.   For a few months, and then we moved out, and we got

## Page 32

1    our own house.
2    Q.   Okay. And where was that?
3    A.   It was in Tewksbury.
4    Q.   And you were living in Tewksbury -- you're 17 years
5    old at that point?
6    A.   Yeah.
7    Q.   And you had a child?
8    A.   No. I didn't have my son then.
9    Q.   You didn't have your son then?
10   A.   I didn't have him at that point.
11   Q.   What happened?
12   A.   Actually I moved out when my son was a day old. And
13   we moved in with my family.
14   Q.   I'm sorry. You moved in with your family?
15   A.   Yes.
16   Q.   Meaning who?
17   A.   My mom and my brother Donny. Mother Joyce.
18   Q.   What's Joyce's last name?
19   A.   Tibbetts. T-I-B-B-E-T-T-S.
20   Q.   You moved in with Joyce Tibbetts?
21   A.   Yes.
22   Q.   That's -- I'm sorry -- your mother?
23   A.   My mother.
24   Q.   What's your father's last name?

## Page 33

1    A.   St. John.
2    Q.   What's his first name?
3    A.   Frank.
4    Q.   So where was Frank St. John when you moved in with
5    your mother?
6    A.   New Hampshire. He lived in New Hampshire.
7    Q.   So you moved in with your mother?
8    A.   And my brother Don.
9    Q.   And your brother Donald and Brian Kennedy?
10   A.   Yes.
11   Q.   All living together?
12   A.   Yeah.
13   Q.   And you had the child?
14   A.   Yes.
15   Q.   And were you living in Billerica or --
16   A.   Yes. North Billerica.
17   Q.   And this is your mother's home?
18   A.   Correct.
19   Q.   Where does she live? What's her address?
20   A.   She don't live there no more.
21   Q.   Do you remember the address?
22   A.   Wilson Ave.
23   Q.   How long did you stay there?
24   A.   We lived there for years.

Virginia Dodge, RPR - Dunn & Goudreau Court Reporting

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                          January 6, 2006

## Page 34

1  Q.  How many years?
2  A.  Maybe three, four.
3  Q.  And during that period of time, were you working?
4  A.  No.
5  Q.  You had your child. Was Brian Kennedy working?
6  A.  Yes.
7  Q.  And what kind of work was he doing at that point?
8  A.  Framing houses.
9  Q.  How long after you had your child in relation -- in
10 time relation did you get married?
11 A.  My son was six months when I married Brian.
12 Q.  So that was 1988?
13 A.  Correct.
14 Q.  And that's your oldest son obviously?
15 A.  Yes.
16 Q.  That's Brian, Jr.?
17 A.  Yes.
18 Q.  You continued to live with Joyce, Brian and your
19 children?
20 A.  Yes.
21 Q.  And how long -- strike that.
22     Did you eventually move out?
23 A.  Yes.
24 Q.  Where did you move to after you were at Wilson

## Page 35

1  Avenue?
2  A.  The Billerica trailer park.
3  Q.  And do you recall when you went to Billerica trailer
4  park what year it was?
5  A.  Let me think about this.
6      My son Mitchell was about two maybe, so -- or maybe
7  younger.
8  Q.  And do you remember roughly what year this was when
9  you moved in?
10 A.  About 14, 15 years ago.
11 Q.  Okay. So roughly 1991-ish, somewhere in there?
12 A.  Yes.
13 Q.  Is that fair to say?
14 A.  Yes.
15 Q.  When you moved to the Billerica trailer park, do you
16 remember the address you first moved into?
17 A.  129 Leicester.
18 Q.  Could you spell that for us?
19 A.  L-E-I-C-E-S-T-E-R Street.
20 Q.  That's a trailer in the trailer park?
21 A.  Correct.
22 Q.  And who did you live there with when you first moved
23 in?
24 A.  My husband and my two children.

## Page 36

1  Q.  All right. By that time, you had a second child?
2  A.  Yes.
3  Q.  And that was Mitchell?
4  A.  Yes.
5  Q.  And did Brian continue to work?
6  A.  Yes.
7  Q.  And did you work at all?
8  A.  No.
9  Q.  You were home with the children?
10 A.  Correct.
11 Q.  How long did you stay at 129 Leicester Street?
12 A.  A few years or so. Maybe five years or seven.
13 Approximately seven years.
14 Q.  Seven years at that address?
15 A.  Yes.
16 Q.  And where did you move from there?
17 A.  162 Leicester.
18 Q.  Is that right directly across from 129?
19 A.  No. It's directly next door.
20 Q.  Directly next door?
21 A.  Yes.
22 Q.  So they're adjacent to one another?
23 A.  Yes.
24 Q.  Any reason you moved across the yard --

## Page 37

1  A.  Next door?
2  Q.  Yeah.
3  A.  Yes. I sold my house. I sold 129.
4  Q.  Okay. But I guess my question is: Is there any
5  particular reason 129 is different from 162?
6  A.  What do you mean by is it --
7  Q.  Is it bigger? Is it --
8  A.  Oh. Well, 129 is in Tewksbury, and 162 is in
9  Billerica.
10 Q.  129 is in Tewksbury --
11 A.  Tewksbury.
12 Q.  -- and 162 is in Billerica?
13 A.  Billerica. Yes.
14 Q.  And why did that make a difference to you?
15 A.  Oh, a big difference. My kids, with school.
16 Q.  You wanted them to go to the Billerica school
17 system?
18 A.  Correct.
19 Q.  Is the Billerica school system considered better
20 than the Tewksbury school system?
21 A.  I don't know. You know, my whole family went to
22 Billerica. My mother, my father, my grandparents.
23 Q.  How long did you live at 162 Leicester Road --
24 Street?

10 (Pages 34 to 37)

Virginia Dodge, RPR - Dunn & Goudreau Court Reporting

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I

January 6, 2006

## Page 38

1  A.  I moved out about a year ago maybe.  A little longer
2  than that.
3  Q.  That's when you moved to Lowell?
4  A.  No.  I moved to Bridge Street.
5  Q.  Bridge Street?
6  A.  Yes.
7  Q.  And how long did you stay at Bridge Street for?
8  A.  About seven months.
9  Q.  Seven months.
10     And then you moved to Lowell?
11  A.  Correct.
12  Q.  Now, while you were at 129 Leicester -- is it Street
13  you said?
14  A.  Yes.
15  Q.  Who else did you live there with besides Brian and
16  your children?
17  A.  My mother -- well, no.  Brian, my children, and my
18  brother lived with us for a little bit.  My brother
19  Donald.
20  Q.  Donald St. John?
21  A.  Yes.
22  Q.  Anyone else?
23  A.  William Ashton for a short period lived there.
24  Q.  You say "a short period."  What do you consider a

## Page 39

1  short period?
2  A.  A couple months.
3  Q.  So you're telling us Billy Ashton -- is that what
4  you call him, Billy?
5  A.  Yes.
6  Q.  Billy only lived there a couple months during that
7  time period you lived at 129 Leicester Street?
8  A.  Yes.
9  Q.  How about at 162?  Who else did you live with there?
10  A.  My mother, my husband, my children and Billy.
11  Q.  And how long did Billy live with you?
12  A.  On and off, a couple years all together.  Sometimes
13  for a few months, and then he'd move out and then come
14  back.  So I would say all together, maybe two years, if.
15  Q.  All right.  So your testimony is Billy Ashton lived
16  with you for -- all together, including 129 and
17  162 Leicester Street, for two years?
18  A.  About that.
19  Q.  Did Billy Ashton move with you to Bridge Street?
20  A.  Yes.
21  Q.  And did he also move with you to Lowell?
22  A.  He just stayed at Lowell for a couple weeks.
23  Q.  Now, how did you come to meet Billy Ashton?
24  A.  He was a kid in the neighborhood.

## Page 40

1  Q.  And how old was he when you first met him?
2  A.  About 10.
3  Q.  And how is it that Mr. Ashton came to live with you
4  on Leicester Street?
5  A.  He lived with my mom first.
6  Q.  Meaning Joyce Tibbetts?
7  A.  Yes.
8  Q.  And what was her address at that time?
9  A.  162 Leicester Street.
10  Q.  Okay.  So your mom lived at 162 before you moved
11  into 162?
12  A.  Yes.
13  Q.  You were living at -- I think you said 129, right?
14  A.  Correct.
15  Q.  So your mother, Joyce, was at 162, and Billy was
16  living with your mother?
17  A.  Yes.
18  Q.  Why was Billy living with your mother?
19  Q.  Why was he living with her?
20  Q.  Right.
21  A.  She's like family to him.
22  Q.  How come?
23  A.  He got abused as a kid.
24  Q.  Uh-huh.  And who did you hear this from?

## Page 41

1  A.  All the neighborhood kids have seen him with bruises
2  on him when he was a kid.
3  Q.  And was there any action taken against -- do you
4  know -- his parents relative to this abuse?
5  A.  I really never even spoke to his mother, maybe three
6  times in my life.
7  Q.  You say you've only spoken to his mother -- that's
8  Diane?
9  A.  Yes.
10  Q.  Three times in your life?
11  A.  Mm-hmm.
12  Q.  You have to answer for the record.
13  A.  Yes.
14  Q.  And on what occasions -- on three times did you
15  speak to Diane Ashton?
16  A.  One time, I seen her at a laundromat in Tewksbury.
17  Q.  Okay.  When was that?
18  A.  Years ago.  Maybe five years ago.
19  Q.  Tell us about that interaction.
20  A.  Tell you about it?  I was there doing my laundry,
21  and she came in.
22  Q.  Okay.  What happened?
23  A.  We had words.
24  Q.  What was the conversation you had?

11 (Pages 38 to 41)

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

## Page 42

1  A.  She called me a name. I don't recall what that name
2  was at this point.
3  Q.  What did you do?
4  A.  I just ignored her.
5  Q.  What else happened?
6  A.  The owner of the laundromat kicked her out.
7  Q.  Did you know the owner of the laundromat?
8  A.  I did.
9  Q.  Is that a friend of yours?
10  A.  No. Just from going there.
11  Q.  What's the name of the owner of the laundromat?
12  A.  What's the name of it? She was Cambodian. I don't
13  even know how to say her name.
14  Q.  What's her first name?
15  A.  I don't know.
16  Q.  What do you call her?
17  A.  I don't call her nothing. I just say hi to her.
18  Q.  What's the name of the laundromat?
19  A.  I don't know. It's not there no more.
20  Q.  Where was it?
21  A.  Main Street, across from Gold's Gym.
22  Q.  Anything else you recall about that first
23  interaction with Diane Ashton you say happened roughly
24  five years ago at the laundromat?

## Page 43

1  A.  I don't know if that was the first, but that was one
2  of them.
3  Q.  Okay. Any other --
4  A.  Yes.
5  Q.  -- recollection you have about the conversation you
6  had?
7  A.  Yes.
8  Q.  Tell us.
9  A.  Another time, at my friend's house, which is also
10  the bus stop where my children used to catch the bus, her
11  son Billy had a car there.
12  Q.  Had a what there?
13  A.  A car. He was actually living at that address at
14  the time.
15  Q.  He was living at what address?
16  A.  It's Oak Street. I'm not sure of the address.
17      And I had his keys. And he asked me to move his car
18  for him. And when I went there to get his car, his mom
19  was there, and we had words that day.
20  Q.  Describe the conversation you had with Mrs. Ashton.
21  A.  She was just trying to get the keys off me and told
22  me I couldn't take the car. It was her son's car.
23  Q.  Okay. What was the conversation you had with her?
24  A.  I don't remember exactly, but I was with one of my

## Page 44

1  children at the time. And she just was, you know,
2  bullying me, trying to get the keys. And that's about it.
3  Q.  That's all you remember?
4  A.  Yep. Yes.
5  Q.  When was this?
6  A.  I don't know. That was probably around the same
7  time. Maybe a couple months apart. I don't know.
8  Q.  You say "the same time." The same time as the even
9  you described at a laundromat some five years ago?
10  A.  Correct.
11  Q.  What was the third event?
12  A.  She came to my house.
13  Q.  What address are you talking about?
14  A.  129 Leicester Street.
15  Q.  And when was this?
16  A.  When?
17  Q.  When?
18  A.  Well, I don't remember the year. It was about --
19  oh, a week or two after Lieutenant Connors' badge got
20  stolen.
21  Q.  Okay. Tell us what happened.
22  A.  She was yelling and screaming on my porch.
23  Q.  What was she yelling?
24  A.  She was calling me names.

## Page 45

1  Q.  What was she calling you?
2  A.  The C word. C-U-N-T.
3  Q.  Okay. What else?
4  A.  She was calling me a slut. And she was screaming I
5  took her son away from her.
6  Q.  What happened?
7  A.  The police were all there. There was probably about
8  at least 12 police officers.
9  Q.  Okay. Did you call the police?
10  A.  I didn't.
11  Q.  Who called the police?
12  A.  I don't know.
13  Q.  How did they arrive?
14  A.  Actually, I -- I don't know who called.
15  Q.  So you say she came to your house. Was she living
16  in the trailer park at that time?
17  A.  Yes.
18  Q.  Where was she living?
19  A.  Upton Street.
20  Q.  How far away is Upton from Leicester Street where
21  you were living at the time?
22  A.  Two streets away.
23  Q.  And besides what you've just described, anything
24  else you can recall about that incident?

Virginia Dodge, RPR - Dunn & Goudreau Court Reporting

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                              January 6, 2006

---

**Page 46**

1  A.  I used to just -- before, you know, her son moved
2  out, she used to walk, and I would see her. Other than
3  that --
4      Oh, yes. There was another time at the bus stop.
5  My kids were playing kickball. Actually, there was
6  22 children playing kickball at the bus stop.
7  Q.  Twenty-two?
8  A.  Yes.
9  Q.  You remember that?
10  A.  I do.
11  Q.  How do you remember 22?
12  A.  I was probably one of the only mothers that went
13  there. And between Tewksbury and Billerica, I used to
14  divide the teams up. So that's how I knew how many kids
15  were at my son's bus stop. It was 22 at the time.
16  There'd be 11 on one side, and you know, sometimes a
17  couple kids wouldn't be at the bus stop, but when they
18  were all there, there was 22 of them.
19  Q.  And when did this second bus stop incident happen?
20  A.  I don't remember. Give or take a few months to the
21  other incidents maybe.
22  Q.  When you say "give or take," which incidents are you
23  referring to? You mentioned three of them. Which one are
24  you referring to?

**Page 47**

1  A.  All of them maybe. I don't know the date.
2  Q.  Again, this is sometime five years ago?
3  A.  Yes.
4  Q.  And what else do you recall about -- where is the
5  bus stop you're referring to located?
6  A.  Oak Street.
7  Q.  So the same bus stop as the second incident --
8  A.  Yes.
9  Q.  -- you referenced a short minute or two ago?
10  A.  Yes.
11  Q.  And the second bus stop incident, what time of year
12  did this happen?
13  A.  It was probably in the summer. You know, spring or
14  summer, because that's when they would play the sports in
15  the field.
16  Q.  And what time of day was this?
17  A.  Morning.
18  Q.  And describe what happened.
19  A.  One of the children kicked the ball, and it went
20  into her yard. Her yard abutted the field next to the bus
21  stop.
22  Q.  Okay. So what happened?
23  A.  She came out in her pajamas and took the ball and
24  called the police.

**Page 48**

1  Q.  Okay. What happened next?
2  A.  I went to the fence, and I think it was Officer
3  Nestor maybe came to that call. And I asked if I could
4  have my ball back because it was my ball, and she told the
5  police that the children were kicking the ball in her yard
6  purposely to break her flowers. And the officer made her
7  give my ball back.
8  Q.  Okay. What else happened?
9  A.  That was it.
10  Q.  Any other conversation you had with Mrs. Ashton that
11  day?
12  A.  Not that I remember at this time.
13  Q.  Okay. So you've described four occasions when
14  you've had conversations with Diane Ashton, and anything
15  else that you recall?
16  A.  No.
17  Q.  So that's it?
18  A.  That I can recall at this time.
19  Q.  Now, you've told us about Billy Ashton. You said
20  you met him when he was ten. When did he move in with
21  you?
22  A.  Maybe when he was about 16.
23  Q.  What year did he move in with you?
24  A.  I don't know what year it was.

**Page 49**

1  Q.  And what address were you living at the time?
2  A.  129 Leicester.
3  Q.  And how long did he live with you at 129 Leicester
4  Road -- Street?
5  A.  Just a couple months, on and off.
6  Q.  Was he attending school?
7  A.  No.
8  Q.  What was he doing at the time?
9  A.  He was working.
10  Q.  Where was he working?
11  A.  I think he was doing -- at that time, he was doing
12  steelwork for a short period before he started framing.
13  Q.  For whom was he working for?
14  A.  I don't know the company.
15  Q.  And was he paying you rent?
16  A.  No.
17  Q.  And during the course of that entire time that he
18  has lived with you, has he ever paid you rent?
19  A.  Yes.
20  Q.  When did he start to pay you rent?
21  A.  Bridge Street.
22  Q.  Have you ever had a relationship with Billy Ashton?
23  A.  He's my best friend.
24  Q.  Besides being your best friend, have you had a

Virginia Dodge, RPR - Dunn & Goudreau Court Reporting

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                  January 6, 2006

| Page 50 | Page 52 |
|---|---|

**Page 50**

1  relationship of a sexual nature with him?

2  A.  Never.

3  Q.  Before coming here today, what did you do to prepare

4  for your deposition?

5  A.  I talked with my attorney.

6  Q.  Besides talking to your attorney, what else did you

7  do?

8  A.  I didn't.

9  Q.  You didn't what?

10  A.  I didn't prepare for it.

11  Q.  Did you review any materials?

12  A.  I didn't.

13  Q.  Okay.  Did you look at any videotapes?

14  A.  No.

15  Q.  Did you listen to any audiotapes?

16  A.  No.

17  Q.  Look at any reports you had?

18  A.  Nope.

19  Q.  Notes?

20  A.  No.

21  Q.  Have you ever been involved in any other civil

22  lawsuits before?

23       MR. FISCHER:  Do you understand the

24       question?

**Page 51**

1  A.  What's a civil lawsuit?  I mean, I know this is, but

2  what else is?

3  Q.  (By Mr. Silverfine)  When you sue somebody, that's a

4  civil suit.  Criminal court is when you're charged by --

5  generally charged by the police, or you're a witness in a

6  criminal investigation or a complaint.  A civil suit is

7  when you're --

8  A.  Sue somebody, no.

9  Q.  Have you ever been deposed before?

10  A.  No.

11  Q.  Is this your first deposition?

12  A.  Yes.

13  Q.  Do you have a criminal record?

14  A.  I do.

15  Q.  Could you tell us what your criminal record is?

16  A.  It has a lot of assaults and batteries on it, a lot

17  of threats, assaults and batteries, dangerous weapon

18  maybe.  Maybe one shoplifting.

19     I think that's it.

20  Q.  Have you been convicted of crimes?

21  A.  Yes.

22  Q.  And in what jurisdictions or states have you been

23  convicted of a crime?

24  A.  "Convicted" meaning found guilty?

**Page 52**

1  Q.  Or pled guilty.  Right.

2  A.  Or pled?

3  Q.  Right.  Conviction is either a plea --

4  A.  Once in -- oh, actually -- let's see.  One --

5       MR. FISCHER:  Can we talk?  Can I confer

6  with my client for a second?

7       MR. SILVERFINE:  She seems to be answering

8  the question.

9       MR. FISCHER:  I also need a bathroom break

10  when you get to a break.

11       MR. SILVERFINE:  As soon as we finish,

12  sure.  She seems to be answering the question.

13  She hasn't looked to your suggestion.

14       THE WITNESS:  Can I talk to him for a

15  minute?

16       MR. SILVERFINE:  Sure.  After being

17  coached, why not?

18       THE WITNESS:  Thank you.

19       MR. SILVERFINE:  Just for the record, I'm

20  going to object to the coaching of the witness

21  in answering these questions.  She was

22  answering the question quite fine, didn't seek

23  your help.  Certainly she is entitled to ask

24  you, but it looks like you're coaching the

**Page 53**

1  witness.  Thank you.

2       MR. FISCHER:  For the record --

3       MR. SILVERFINE:  Might as well take a

4  break.

5       MR. FISCHER:  Just for the record, I want

6  to make sure the client understands what a

7  conviction means.

8       MR. SILVERFINE:  She was answering the

9  question.

10

11       (A recess was taken.)

12

13       MR. SILVERFINE:  We're back on the record.

14  Q.  (By Mr. Silverfine)  And you had a chance to talk to

15  your attorney?

16  A.  I did.

17  Q.  Do you understand the question I had asked?

18  A.  Yes.

19  Q.  Could you tell me what convictions you've had?

20  A.  Threat on a police officer.

21  Q.  Threat on a police officer.  Okay.  What police

22  officer was that?

23  A.  Officer Tsoukalas.

24  Q.  Okay.  What was the sentence you received?

14 (Pages 50 to 53)

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

| Page 54 |
|---|
| 1  A.  Ten days. |
| 2  Q.  Committed? |
| 3  A.  Yes. |
| 4  Q.  Where did you serve that time? |
| 5  A.  Framingham. |
| 6  Q.  When was that? |
| 7  A.  Last year. |
| 8  Q.  2005? |
| 9  A.  Yes. |
| 10  Q.  Okay. And when were you convicted on it? |
| 11  A.  Oh, maybe it was 2004. |
| 12  Q.  Out of what court? |
| 13  A.  Lowell. |
| 14  Q.  Lowell Superior or Lowell -- |
| 15  A.  District. |
| 16  Q.  And could you tell us what that case involved? |
| 17  A.  What do you mean? |
| 18  Q.  In other words, what was the -- what were you |
| 19  convicted of? You say threats. What kind of threats? |
| 20  A.  I don't know. I -- whatever he said. I'm not sure |
| 21  Q.  You don't know? |
| 22  A.  No. Because I never threatened him. |
| 23  Q.  You said you served ten days committed? |
| 24  A.  Correct. |

| Page 55 |
|---|
| 1  Q.  What did you hear Mr. Tsoukalas or other witnesses |
| 2  describe for the court that you did? |
| 3  A.  He said that I said I was going to kill him and his |
| 4  wife. |
| 5  Q.  Okay. Was this a jury trial? |
| 6  A.  Yes. |
| 7  Q.  And you were found guilty? |
| 8  A.  Yes. |
| 9  Q.  And you did 10 days committed in Framingham, you |
| 10  said. Have you done any other committed times before |
| 11  that? |
| 12  A.  Never. |
| 13  Q.  Did you have any other convictions besides the one |
| 14  you've described for us just now? |
| 15  A.  I don't believe so. |
| 16  Q.  So just so I'm clear, the assault and battery, |
| 17  dangerous weapons, assaults, threats, shoplifting, were |
| 18  those other matters convictions or complaints against you? |
| 19  What do they involve? |
| 20  A.  They were all not guilty in front of a jury. |
| 21  Actually, I pleaded out to a shoplifting case. |
| 22  Q.  And where was that? |
| 23  A.  In New Hampshire. |
| 24  Q.  Okay. When was that? |

| Page 56 |
|---|
| 1  A.  It was -- I don't know. I would have to say maybe |
| 2  four years ago. |
| 3  Q.  What court was that? |
| 4  A.  I don't even know. It was in New Hampshire. |
| 5  Maybe -- I don't know. |
| 6  Q.  Well, what town were you in that you were |
| 7  shoplifting? |
| 8  A.  Rockingham Mall. |
| 9  Q.  Rockingham Mall? |
| 10  A.  Yes. |
| 11  Q.  And who were you there with? |
| 12  A.  William Ashton. |
| 13  Q.  That's Billy Ashton? |
| 14  A.  Yes. |
| 15  Q.  And was he charged with shoplifting as well? |
| 16  A.  He was, but it got dismissed. |
| 17  Q.  But you pled out, you said? |
| 18  A.  I pleaded out. Yes. |
| 19  Q.  What did you receive as a sentence? |
| 20  A.  Just to stay out of the mall. Not the mall. The |
| 21  store. |
| 22  Q.  Did you go to court on this? |
| 23  A.  I did. |
| 24  Q.  And do you -- |

| Page 57 |
|---|
| 1  A.  And a fine. I had to pay a fine. |
| 2  Q.  What was the fine you received? |
| 3  A.  I don't remember. |
| 4  Q.  Besides the shoplifting in New Hampshire, the |
| 5  conviction in Lowell District Court, any other matters |
| 6  that you recall that you were convicted on? |
| 7  A.  No. I don't recall any others. |
| 8  Q.  Did you admit to sufficient facts on any other |
| 9  matters that you recall? |
| 10  A.  Yes, I did. |
| 11  Q.  Tell us about those. |
| 12  A.  Maybe back in '90 or '91 -- '90, I think it was. I |
| 13  admitted to or pleaded out -- I think you would call it -- |
| 14  to assault and battery. Two different girls. |
| 15  Q.  What girls were those? |
| 16  A.  One was Stacy Heffernan. And one was Robin Rezlow |
| 17  Q.  And Stacy and Robin, are they known to you? |
| 18  A.  Yes. |
| 19  Q.  And how did you know them? |
| 20  A.  I was friends with Stacy when we were younger. We |
| 21  grew up in the same neighborhood. And Robin, I knew her |
| 22  from another neighborhood I grew up in. |
| 23  Q.  And there was a charge of assault and battery/ |
| 24  dangerous weapon against these two women? |

15 (Pages 54 to 57)

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

## Page 58

1          MR. FISCHER: Objection.
2   A.   With -- on Stacy.
3   Q.   (By Mr. Silverfine)  And you admitted to sufficient
4   facts as it related to Stacy?
5   A.   Yes.
6   Q.   How about to Robin Rezlow?
7   A.   Robin, we both admitted to.
8   Q.   I'm sorry.
9   A.   We both admitted to having a fight.
10  Q.   What was the dangerous weapon about?
11  A.   Oh, I don't know. I'm just thinking that was on my
12  record.
13  Q.   And I'm just asking if you remember what the
14  dangerous weapon involved in the incident --
15  A.   With any of my incidents?
16  Q.   No. I'm just --
17  A.   With that?
18  Q.   I'm trying to direct your attention just to this.
19  A.   There was no dangerous weapon with those, I don't
20  believe.
21  Q.   Just so I'm clear, you told us just a minute ago, in
22  1990, you admitted to an A&B/DW.
23  A.   Oh, I didn't hear you say "DW."
24          MR. FISCHER: That was my objection.  I

## Page 59

1   don't believe that's what the witness said.
2   Q.   (By Mr. Silverfine)  You tell us, what did you admit
3   to?
4   A.   Having a fight.
5   Q.   And what did you -- in other words, you admit to
6   something, to sufficient facts. Do you recall what the
7   charge was?
8   A.   With Robin now or Stacy?
9   Q.   Let's try Stacy first.
10  A.   With Stacy, hitting. It was a punch, I believe.
11  Q.   And what kind of sentence did you receive relative
12  to Stacy Heffernan?
13  A.   Probation.
14  Q.   How long was the probation?
15  A.   I don't remember. It was my first time in court.
16  Q.   Out of what court?
17  A.   Lowell.
18  Q.   And how about with Robin?
19  A.   We both admitted to the judge that we had a pushing
20  fight.
21  Q.   And what did you receive relative to that case?
22  A.   We both received maybe a fine and probation.
23  Q.   And was this after the initial probation with Stacy
24  Heffernan?

## Page 60

1   A.   Yes.
2   Q.   How long a period of time was that probation?
3   A.   That was around '90 or '91, with Robin.
4   Q.   And how much was the fine, if you recall?
5   A.   I don't remember.
6   Q.   Anything else you recall in terms of convictions
7   or --
8   A.   No.
9   Q.   -- admi -- just let me finish -- admitting to
10  sufficient facts? Anything else?
11  A.   Maybe like driving with no license. I'm not even
12  sure. Maybe that.
13  Q.   Besides New Hampshire and Massachusetts, do you have
14  any allegations of criminal conduct in any other states?
15  A.   No.
16  Q.   Are you currently on probation?
17  A.   No.
18  Q.   Was there an outstanding -- recently an outstanding
19  warrant for you for something?
20  A.   Yes.
21  Q.   What was that for?
22  A.   It was just a mixup in the court papers.
23  Q.   What was the -- what happened?
24  A.   I was supposed to be in court at 9, and one told me

## Page 61

1   to come in in the afternoon and one told me 9. So they
2   issued a warrant, but it got cleared up. I actually went
3   there that day, and then one sent me home.
4   Q.   This is Lowell District Court?
5   A.   Yes.
6   Q.   And what were you due in court for?
7   A.   A fine.
8   Q.   A fine relative to what?
9   A.   Maybe Officer Tsoukalas's case. I don't know. I
10  really don't know.
11  Q.   You don't know what you were due in court last --
12  A.   For that fine, I don't know.
13  Q.   And this took place last month, a couple weeks ago?
14  A.   Yes.
15  Q.   And you have no memory of what it was for?
16  A.   I don't.
17  Q.   You ever identify yourself as Shelly Ashton?
18  A.   No.
19  Q.   No?
20       Do you recall a process server coming to your house
21  to make a service on Billy Ashton back in December?
22  A.   Which house?
23  Q.   The one in -- actually, late -- in early November in
24  Lowell.

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

### Page 62

1   A.   No.

2   Q.   And do you recall receiving a deposition subpoena

3   for Billy Ashton?

4   A.   No.

5   Q.   Did you identify yourself as Shelly Ashton to them?

6   A.   No.

7   Q.   Do you know a Shelly Ashton?

8   A.   No. I know a Michelle Ashton.

9   Q.   Who's Michelle Ashton?

10  A.   A relative of Billy's.

11  Q.   Does Michelle Ashton live in 1248 Gorham Street?

12  A.   No.

13  Q.   Did you accept service, identifying yourself as

14  Shelly Ashton when a process server came for Billy Ashton

15  back on November 3, 2005?

16  A.   No.

17  Q.   That's your testimony today?

18  A.   Yes.

19       MR. SILVERFINE:  Just for purposes of the

20  record, let's just mark this.

21       MR. FISCHER:  If it's been identified in

22  Mr. Ashton's deposition --

23       MR. SILVERFINE:  I was trying to give you a

24  copy, but you have them, but I was trying to be

### Page 63

1   courteous.

2        MR. FISCHER:  I was just going to suggest

3   if we identify it by the number --

4        MR. SILVERFINE:  That's fine.

5        MR. FISCHER:  -- from that deposition, we

6   don't need to mark it again.

7        MR. SILVERFINE:  That's absolutely fine.  I

8   was going to give you a copy of it.

9        Just for purposes of the record, the

10  deposition subpoena has been marked as

11  Exhibit 1 at the Billy Ashton deposition dated

12  12/2/05.

13  Q.   (By Mr. Silverfine) And for purposes of the record,

14  I'm just going to ask you if you've ever seen that before.

15  A.   Yes.

16  Q.   You have seen that before?

17  A.   Yes.

18  Q.   Where have you seen that?

19  A.   Well, let's see.  Let me look at it.  Oh, this -- I

20  thought it was the complaint.  Sorry.  I thought this was

21  the complaint that we filed on them.  Well, the front is,

22  right?  The front is.

23       MR. FISCHER:  That's just a heading.  You

24  need to look at the document before you answer

### Page 64

1        and make sure you're --

2   Q.   (By Mr. Silverfine) Why don't you look at the first

3   two pages, and I'll just ask you, have you seen that

4   document before?

5   A.   I've seen this front page before.

6   Q.   Okay.  I understand.  See the bottom, the bottom

7   section of what Mr. Fischer's pointing to you --

8   A.   Oh, yes.

9        MR. FISCHER:  What does it say?

10       THE WITNESS:  Deposition subpoena.

11  Q.   (By Mr. Silverfine) Okay.  So have you seen that

12  before?

13  A.   No.

14  Q.   Let me have that back.

15       So you've never seen the deposition subpoena that

16  we've marked as Exhibit 1 at the Billy Ashton deposition;

17  is that right?

18  A.   I don't believe so.

19  Q.   Okay.  Now, is there currently a restraining order

20  against you?

21  A.   Yes.

22  Q.   And who was that filed by?

23  A.   Diane Ashton.

24  Q.   Okay.  And is that still in effect?

### Page 65

1   A.   Yes.

2   Q.   When was that issued, if you know?

3   A.   Years ago.

4   Q.   And that was issued out of what court?

5   A.   Lowell Superior.

6   Q.   Is it fair to say that's a permanent injunction?

7   A.   Correct.

8   Q.   And that's been marked before as Exhibit 4 at the

9   Diane Ashton deposition on December 9, 2005.  And just for

10  purposes of the record today, I'm just going to give

11  you -- I know counsel has copies, but I'm going to ask

12  you.  Have you seen this document before?

13       MR. FISCHER:  Can I see the other one also?

14       MR. SILVERFINE:  Sure.

15  A.   Yes.  I seen this.

16  Q.   (By Mr. Silverfine) And that's still in effect,

17  even as we're sitting here today?

18  A.   Correct.

19  Q.   And it was in effect when we were here back in

20  December 2005 when Diane Ashton was scheduled for

21  deposition as well?

22  A.   Correct.

23  Q.   Subsequent to that time that we were here in

24  December 9, 2005, did you contact Diane Ashton?

17 (Pages 62 to 65)

Case 1:04-cv-12357-PBS    Document 43-3    Filed 07/27/2006    Page 19 of 36
Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.
Michelle Kennedy - Day 1 - Volume I                    January 6, 2006

## Page 66

1   A.   No.

2   Q.   Did you have someone else contact Diane Ashton?

3   A.   No.

4   Q.   Did you have conversation with Billy Ashton about

5   contacting Diane Ashton?

6   A.   I've had conversation with Billy Ashton about his

7   mother trying to contact him.

8   Q.   All right. Tell us about that conversation.

9   A.   When he was getting released from Billerica House of

10  Correction the last time, the officers that were releasing

11  him asked him if he wanted to talk to his mom, that she

12  had called there and was willing to lift the restraining

13  order. And he denied it. He said no, he didn't want to

14  talk with her.

15  Q.   By the way, when you're relating this to us, who

16  told you this?

17  A.   Billy.

18  Q.   So just so we're clear, last time Billy Ashton was

19  released from the Billerica House of Correction, when was

20  that?

21  A.   In the summer of --

22  Q.   Summer of --

23  A.   -- '05, I believe.

24  Q.   Summer of 2005?

## Page 67

1   A.   Yes.

2   Q.   And when did you talk to him --

3   A.   About it?

4   Q.   About this. Right.

5   A.   When he, you know, came home that day.

6   Q.   All right. When he came home to --

7   A.   When we picked him up.

8   Q.   You say "we." You and Brian?

9   A.   Correct.

10  Q.   You and Brian Kennedy went to pick him up at the

11  Billerica House?

12  A.   Yes.

13  Q.   And he had served two and a half years?

14  A.   I believe more than that.

15  Q.   More than that. Okay.

16  A.   Maybe.

17  Q.   And that was for beating up his mother?

18  A.   Yes.

19  Q.   Okay. You picked him up, and is this -- you're

20  saying to us at that time or subsequent to that, he had

21  this conversation relating what you're telling us today

22  about --

23  A.   No. He told us when he got in the car.

24  Q.   That --

## Page 68

1   A.   That when he was just getting released, you know,

2   hours before or a hour before that, they asked him -- they

3   told him his mom called and wanted to know if he would

4   like to talk to her if she lifted the restraining order.

5   Q.   And you're telling us he related to you he did not

6   want to?

7   A.   Correct.

8   Q.   Now, subsequent to Diane Ashton being in this same

9   room with us back on December 9, did you have

10  conversations with Billy Ashton relative to his mother?

11  A.   Can you please repeat that?

12  Q.   Sure. I'd be happy to.

13       Back on December 9, you, myself, Mrs. Ashton were

14  all in this building -- I can't say "room" -- building.

15  Afterward, we left because counsel and I had some matter

16  to take up with court. Did you have some conversations

17  with Billy Ashton relative to his mother?

18  A.   Yes.

19  Q.   Tell us about that conversation.

20  A.   Just recently, the police came to one of my

21  addresses and asked if Billy Ashton was there, and it was

22  the Lowell Police and the Billerica Police.

23  Q.   Okay. Tell us about that.

24  A.   And I told them no. And you want me --

## Page 69

1        MR. FISCHER: I think the question was

2   whether you had -- whether there was any

3   conversation with Billy Ashton?

4   Q.   (By Mr. Silverfine) That was the question.

5   A.   Yes. Yes.

6   Q.   Okay. So tell us about that conversation.

7   A.   I just told him that the police were there looking

8   for him. And eventually, he approached a Lowell cop in

9   Lowell when he was at the plaza that he knew. And the cop

10  told him there was a warrant for him, and he mentioned it

11  to me.

12  Q.   Were you present when Billy Ashton called his

13  mother, Diane Ashton, sometime after -- on or after

14  December 9, 2005?

15       MR. FISCHER: Objection.

16  A.   Billy didn't call his mother that I know of.

17  Q.   (By Mr. Silverfine) Okay. So is the answer no, you

18  weren't with him?

19  A.   No.

20       MR. FISCHER: Objection.

21  Q.   (By Mr. Silverfine) Do you understand my question?

22  A.   Well, you're saying Billy called his mom.

23  Q.   Well, my question is -- well, have you been with

24  Billy Ashton the entire time since December --

18 (Pages 66 to 69)

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I

January 6, 2006

## Page 70

1  A.  No.

2  Q.  -- 9, 2005 until today?  Since you --

3  A.  No.

4  Q.  So my question is:  Have you been with Billy Ashton

5  when he called his mother --

6      MR. FISCHER:  Objection.

7  Q.  (By Mr. Silverfine)  -- if he called his mother?

8  A.  If, no.

9  Q.  Have you been present?  That's my question.

10  A.  No.

11  Q.  All right.  Did you tell him to call his mother --

12  A.  No.

13  Q.  -- sometime after?  I'm sorry.

14  A.  No.

15  Q.  So your testimony is you didn't direct or tell him

16  to call his mother relative to her testimony relative to

17  this case sometime on or after December 9, 2005?

18  A.  No.

19  Q.  And you never did that, right?

20  A.  Correct.

21  Q.  And you yourself -- just so I'm clear, did you have

22  any contact with Diane Ashton after December 9, 2005?

23  A.  No.

24  Q.  Okay.  Either by phone or personal contact?

## Page 71

1  A.  No.

2  Q.  Or through someone else?

3  A.  No.

4  Q.  And just so I'm clear, you never tried to go into

5  court to get this civil restraining order removed from

6  you?

7      MR. FISCHER:  For the record, as counsel, I

8      filed a motion to vacate in whole or in part

9      the restraining order, specifically saying --

10      and I believe you have a copy of that.  I don't

11      think I have it with me --

12      MR. SILVERFINE:  I think the question is

13      she moving, and she can answer.  It's her

14      motion.  She can answer the question.

15      MR. FISCHER:  Well, she may not know the

16      extent of the details to which I've gone on

17      that behalf.  That's why --

18      MR. SILVERFINE:  The question is:  Are you

19      moving --

20      MR. FISCHER:  I was just trying to be

21      helpful.

22  Q.  (By Mr. Silverfine)  Are you moving to have this

23  restraining removed in whole or in part?

24  A.  I don't know what's going on with the restraining

## Page 72

1  order.

2  Q.  Okay.  So you have no idea.  Is that right?

3  A.  Correct.

4  Q.  Let's go back for a second, if we can.  I think we

5  started, but let's go back chronologically, if we can, to

6  your work history.  And if you could, I think you

7  described for us how you had several children.  Tell us

8  when you first began to work and where you worked after

9  you left high school.

10  A.  Well, I went years without working, and then I went

11  to modeling school for Barbizon.

12  Q.  Okay.  Let's stop you right there.  Modeling school?

13  A.  Yes.

14  Q.  When was that?

15  A.  I don't remember the year right now.

16  Q.  Could you give me your best estimate?

17  A.  It was -- let's see.  '99, I believe, about.

18  Q.  1999, you went to --

19  A.  Yeah.

20  Q.  -- Barbizon Modeling School.  Where is that located?

21  A.  Boston.

22  Q.  All right.  Do you remember the street?

23  A.  No.

24  Q.  For how long did you attend that particular school?

## Page 73

1  A.  Several months.

2  Q.  I'm sorry?

3  A.  Several months.

4  Q.  How many months when you say "several"?

5  A.  Maybe seven.

6  Q.  Seven months?

7  A.  Yes.

8  Q.  Did you have to attend classes?

9  A.  I did.  Yes.

10  Q.  And did you have to enroll?

11  A.  What do you mean by that?

12  Q.  In other words, you fill out an application, pay

13  tuition?

14  A.  Yes.  Yes.

15  Q.  How much was tuition?

16  A.  I don't remember.

17  Q.  And is there a degree you get from there?

18  A.  You graduate.

19  Q.  Did you graduate?

20  A.  Yes.

21  Q.  When did you graduate?

22  A.  About, you know, eight months later maybe, nine

23  months.

24  Q.  Do you remember what year that was?

Virginia Dodge, RPR - Dunn & Goudreau Court Reporting

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                January 6, 2006

|  | Page 74 |
|---|---|
| 1 | A.  Around 2000. |
| 2 | Q.  Did you get a certificate or anything from them? |
| 3 | A.  Yes. |
| 4 | Q.  And what does the certificate say? |
| 5 | A.  I don't know.  I don't even remember. |
| 6 | Q.  And when you say modeling school, what are you being |
| 7 | trained to do in modeling school? |
| 8 | A.  How to walk and talk to people.  Just makeup, nails. |
| 9 | Things like that. |
| 10 | Q.  And besides the modeling school -- so in 1999 -- are |
| 11 | you saying from 1988 when you got married to Brian until |
| 12 | 1999, you hadn't worked at all? |
| 13 | A.  I worked for Barbizon.  I worked for Pepsi. |
| 14 | Q.  Slow down here.  You told us 1999 -- I'm just -- |
| 15 | what you said -- you went to modeling school, Barbizon |
| 16 | Modeling School? |
| 17 | A.  Correct. |
| 18 | Q.  So my first question is:  From 1988, roughly |
| 19 | thereabouts, when you got married to Brian Kennedy, until |
| 20 | 1999 when you attended the Barbizon school, was there any |
| 21 | other work -- |
| 22 | A.  No. |
| 23 | Q.  -- between that time? |
| 24 | A.  No. |

|  | Page 76 |
|---|---|
| 1 | A.  In Billerica. |
| 2 | Q.  What was the address? |
| 3 | A.  Pollard Street. |
| 4 | Q.  Pollett? |
| 5 | A.  Pollard, yes. |
| 6 | Q.  Spell it, please. |
| 7 | A.  P-O-L-L-A-R-D. |
| 8 | Q.  And for how long did he have an address on Pollard |
| 9 | Street? |
| 10 | A.  Maybe two years. |
| 11 | Q.  What years were those? |
| 12 | A.  Around '99, '97.  I don't know about that. |
| 13 | Q.  In 1999, you say you attended Barbizon Modeling |
| 14 | School.  Did you work after you went to the school? |
| 15 | A.  They had me working while I was in school. |
| 16 | Q.  Was that part of your schooling? |
| 17 | A.  No.  It was just jobs they got me for. |
| 18 | Q.  And what jobs did you work while you were at school? |
| 19 | A.  I worked for Pepsi. |
| 20 | Q.  What did you do? |
| 21 | A.  I represented them for a while, for Pepsi ONE when |
| 22 | it first came out. |
| 23 | Q.  Describe what you did for us. |
| 24 | A.  I would go to different locations and let them try |

|  | Page 75 |
|---|---|
| 1 | Q.  And what was the income coming into the family? |
| 2 | A.  My husband, Brian. |
| 3 | Q.  Were you on welfare during that period of time? |
| 4 | A.  Oh, no, no. |
| 5 | Q.  Brian was -- |
| 6 | A.  Working. |
| 7 | Q.  -- working?  Where was he working during that period |
| 8 | of time? |
| 9 | A.  Andover. |
| 10 | Q.  Doing what? |
| 11 | A.  Building houses. |
| 12 | Q.  For whom? |
| 13 | A.  Different builders. |
| 14 | Q.  So he would work for other builders? |
| 15 | A.  Correct. |
| 16 | Q.  He had no business for himself? |
| 17 | A.  He had.  It was his business. |
| 18 | Q.  It was his business? |
| 19 | A.  Yes. |
| 20 | Q.  What was the name of the business? |
| 21 | A.  Kennedy Framing.  Brian Kennedy Framing. |
| 22 | Q.  And did they have offices somewhere? |
| 23 | A.  Yes, he did. |
| 24 | Q.  Where was it? |

|  | Page 77 |
|---|---|
| 1 | Pepsi ONE, like give them free cans of soda. |
| 2 | Q.  How often did you do this? |
| 3 | A.  A couple times a week.  They had different jobs for |
| 4 | me. |
| 5 | Q.  For how long, period of time, did you do this? |
| 6 | A.  Just a couple months. |
| 7 | Q.  A couple months, okay. |
| 8 | A.  Mm-hmm. |
| 9 | Q.  You have to answer for the -- |
| 10 | A.  Yes. |
| 11 | Q.  And did you get paid for this? |
| 12 | A.  I did. |
| 13 | Q.  How much did you get paid? |
| 14 | A.  175 an hour. |
| 15 | Q.  175 an hour? |
| 16 | A.  Yes.  Approximately.  Different jobs were different |
| 17 | money, but that one for Pepsi ONE was that pay. |
| 18 | Q.  Okay.  And how many jobs did you have that paid you |
| 19 | $175 an hour? |
| 20 | A.  That one. |
| 21 | Q.  One? |
| 22 | A.  Yeah.  That one was that price. |
| 23 | Q.  When you say one, you did it once? |
| 24 | A.  For Pepsi ONE, I worked twice.  Two different days. |

20 (Pages 74 to 77)

Virginia Dodge, RPR - Dunn & Goudreau Court Reporting

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

## Page 78

1  And that's what I got for an hour.
2  Q.  Two different days you worked, was it $175 for the
3  day?
4  A.  Per hour.
5  Q.  Per hour.  So how much money did you earn on each of
6  those occasions you worked for Pepsi ONE?
7  A.  I don't remember.  I mean, one of the days, it was
8  like a Saturday.  I was there all day.  And actually, I
9  think maybe they were both on Saturdays.  And the other
10  one wasn't as long, as many hours.
11  Q.  And you were introducing this Pepsi ONE by giving
12  free cans of soda out?
13  A.  Correct.
14  Q.  At what locations were you working?
15  A.  In the Boston area.
16  Q.  Doing -- where?
17  A.  Doing what?
18  Q.  Was it a trade show?  Was it just on the corner?
19  A.  No.  It was -- one of them was in the mall.
20  Q.  Okay.  And you set up in a mall --
21  A.  Yes.
22  Q.  -- handing out free cans of soda?
23  A.  Correct.
24  Q.  And how many hours did you work that first Saturday?

## Page 79

1  A.  I don't remember.  It was, you know, a long day.  I
2  don't recall.  It was a long --
3  Q.  You spent -- so however many hours, they paid you
4  $175 an hour?
5  A.  Yes.
6  Q.  That's your testimony?
7  A.  Yes.
8  Q.  If you worked eight hours, it would be eight times
9  $175?
10  A.  Correct.
11  Q.  You did that on two occasions?
12  A.  Correct.
13  Q.  The second time -- besides you said the mall, what
14  is the second time you worked at?
15  A.  It was another mall.
16  Q.  So you worked two malls handing out Pepsis?
17  A.  Yes.  They had two different malls.
18  Q.  What else did you do in terms of -- let's take Pepsi
19  ONE.
20  A.  A modeling show.  A couple of different shows for
21  clothes.  Like stores.
22  Q.  For who?
23  A.  I don't even remember the stores.
24  Q.  How many modeling shows did you do?

## Page 80

1  A.  Maybe three.
2  Q.  Okay.  This is all during the same period of time,
3  right?
4  A.  Correct.
5  Q.  And this was a part of school, the Barbizon Modeling
6  School?  They got you these jobs?
7  A.  Correct.
8  Q.  And what stores did you rep for the modeling shows?
9  A.  I don't remember them.
10  Q.  Where did you go for the modeling shows?
11  A.  They would set up a runway in the mall.
12  Q.  Okay.  So similar mall jobs?
13  A.  Yes.
14  Q.  And how much did you get paid for modeling those
15  clothes?
16  A.  It wasn't as much as the Pepsi.  I don't remember.
17  One of them was 75 an hour.  And I don't recall what the
18  other two were.
19  Q.  What else did you do during that school year?
20  A.  That's it.
21  Q.  So those five occasions --
22  A.  Yes.
23  Q.  -- the two times in a mall for the distribution of
24  the cans of soda and the three times for the modeling in

## Page 81

1  the mall?
2  A.  Correct.
3  Q.  And that would be it?
4  A.  Yes.
5  Q.  After you finished school, where did you work once
6  you finished school?
7  A.  I didn't finish school.  I dropped out.
8  Q.  I'm sorry.  I thought you said you had -- when I
9  asked you a couple seconds ago, I thought you said you had
10  graduated in 2000.
11  A.  They let me go to the graduation, and I got my
12  certificate, but I did not complete it.
13  Q.  So you did not --
14  A.  I was shy -- no.  I was shy a couple of classes.
15  Q.  So you did not complete the Barbizon Modeling
16  School.  And you haven't completed that to date; is that
17  right?
18  A.  Correct.
19  Q.  Once you finished, dropped out, whatever, with the
20  Barbizon Modeling School, where did you work after that
21  A.  I worked at two clubs waitressing.
22  Q.  Okay.  What's the first one?
23  A.  Max Two.
24  Q.  Say again?

21 (Pages 78 to 81)

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                January 6, 2006

## Page 82

1  A.  Max Two in Billerica.
2  Q.  Spell that for us.
3  A.  M-A-X. Two, T-W-O.
4  Q.  And what did you do for Max Two in Billerica?
5  A.  I waitressed.
6  Q.  How long a period of time?
7  A.  A month maybe.
8  Q.  One month?
9  A.  Yeah.
10 Q.  And how much did you earn during that month, if you
11 remember?
12 A.  Two to three hundred a night.
13 Q.  And what kind of club was that?
14 A.  Strip club.
15 Q.  Did you strip at all?
16 A.  Never.
17 Q.  Okay. You served drinks?
18 A.  Yes.
19 Q.  Why did you leave as a waitress after one month at
20 Max Two?
21 A.  My husband got out of jail.
22 Q.  What was your husband in jail for?
23 A.  The police filed a false report on him, and he got
24 sentenced to two and a half years in jail, but he got out

## Page 83

1  90 days later.
2  Q.  All right. I guess I'm not understanding. You left
3  Max Two because your husband got out of jail?
4  A.  Correct.
5  Q.  Why did you leave Max Two because your husband got
6  out of jail?
7  A.  Because he could support us again, his family.
8  Q.  So you went to work because your husband was in
9  jail?
10 A.  Exactly.
11 Q.  The second club -- by the way, what year was that?
12 The Max Two?
13 A.  It was around '99.
14 Q.  Okay. In 1999?
15 A.  To 2000 maybe.
16 Q.  What was the next -- how long after Max Two did you
17 work?
18 A.  I only worked at Max Two like a month.
19 Q.  Okay. And what was the next job?
20 A.  The Blue Moon.
21 Q.  Blue Moon.
22 A.  Yeah.
23 Q.  And when was that?
24 A.  The same time.

## Page 84

1  Q.  1999-2000?
2  A.  Yes.
3  Q.  How long did you work at Blue Moon?
4  A.  The same. Like a month.
5  Q.  What did you do for them?
6  A.  Waitressed.
7  Q.  Where are they located?
8  A.  Tyngsboro.
9  Q.  I'm sorry?
10 A.  Tyngsboro.
11 Q.  How much did you earn at Blue Moon?
12 A.  About four hundred, three to four hundred a night.
13 Q.  Okay. And why did you leave there after one month?
14 A.  I didn't. My husband was out, so -- I had both them
15 jobs at the same time.
16 Q.  All right. I'm not following. Are you saying you
17 worked Max Two and Blue Moon at the same time?
18 A.  Yes.
19 Q.  So for that one month, you worked two jobs?
20 A.  Yes.
21 Q.  And did you work different nights at Max Two and
22 Blue Moon?
23 A.  Yes.
24 Q.  So these overlap, but you had enough time to work

## Page 85

1  two jobs?
2  A.  Yes.
3  Q.  And you say you were earning 3 to $400 a night at
4  Blue Moon and 2 to $300 a night at Max Two?
5  A.  Yes.
6  Q.  And then you quit because your husband got out of
7  jail?
8  A.  Yes.
9  Q.  And after that, where did you work?
10 A.  I didn't work for years after that.
11 Q.  Okay. Tell me what you remember was the next job
12 you worked at.
13 A.  Cleaning houses.
14 Q.  When did you start cleaning houses?
15 A.  A couple years ago.
16 Q.  When did you start?
17 A.  Maybe like three years ago. About that. About
18 three years ago.
19 Q.  And did you work for yourself?
20 A.  I did.
21 Q.  You work through an agency?
22 A.  No. Myself.
23 Q.  And how do you get these jobs?
24 A.  Different builders I know.

22 (Pages 82 to 85)

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                              January 6, 2006

| Page 86 | Page 88 |
|---|---|
| 1  Q.  And where do you clean houses? | 1  A.  Yes. |
| 2  A.  In Billerica. | 2  Q.  And he owns his own construction company? |
| 3  Q.  All in Billerica? | 3  A.  Correct. |
| 4  A.  I did about 70 of them in Billerica in one | 4  Q.  And he doesn't file any income taxes? |
| 5  development. | 5  A.  No. |
| 6  Q.  Do you still do that? | 6  Q.  And you don't keep track of how much money you bring |
| 7  A.  No. | 7  in? |
| 8  Q.  When did you stop? | 8  A.  No.  I mean, I never really kept track of it. |
| 9  A.  A couple years ago. | 9  Q.  All right.  So when you're giving us these numbers, |
| 10  Q.  Well, you said you started three years ago.  You | 10  you're guessing as to what the numbers are? |
| 11  stopped two years ago -- | 11  A.  Well, I know what I used to make on, you know, like |
| 12  A.  Yeah. | 12  certain jobs that stuck out in my head.  I mean, my |
| 13  Q.  So is it fair to say you only did it for about a | 13  husband used to make like $3,000 a week, you know, on an |
| 14  year? | 14  average take-home.  Two to 35 a week. |
| 15  A.  Yes. | 15  Q.  And for how long a period of time did he make 3,000 |
| 16  Q.  You did it for one year? | 16  a week? |
| 17  A.  Yes. | 17  A.  Years. |
| 18  Q.  And you said you're presently not working?  I'm | 18  Q.  Years? |
| 19  sorry. | 19  A.  Years. |
| 20  A.  I'm working right now. | 20  Q.  So he's making $150,000 a year for years? |
| 21  Q.  You're working for the elderly person.  You said you | 21  A.  At least. |
| 22  started a couple weeks? | 22  Q.  At least? |
| 23  A.  Two weeks ago. | 23  A.  At least. |
| 24  Q.  Between the time you started working with Flossie | 24  A.  All right.  Forgive me.  I'm not understanding |

| Page 87 | Page 89 |
|---|---|
| 1  and when you left doing cleaning houses, did you do | 1  something.  You're telling me that your husband was making |
| 2  anything? | 2  $150,000 a year for years -- |
| 3  A.  No. | 3  A.  Correct. |
| 4  Q.  How long a period did you clean houses for? | 4  Q.  -- for himself?  Is that right? |
| 5  A.  Maybe a year. | 5  A.  For his fam -- |
| 6  Q.  Less than a year? | 6  Q.  Yeah.  For your guys? |
| 7  A.  No.  Probably about a year. | 7  A.  Yeah. |
| 8  Q.  And how much did you earn cleaning houses? | 8  Q.  Do you currently own your home? |
| 9  A.  It varies.  Different -- you know, different prices, | 9  A.  No. |
| 10  depending on how big and messy the job was. | 10  Q.  And prior to the Lowell address, you were living, |
| 11  Q.  Well, tell me for in a year, how much you earned. | 11  you said, at Bridge Street and the Leicester Street |
| 12  A.  I don't know how much I earned that year. | 12  address, right? |
| 13  Q.  Did you file income tax? | 13  A.  Yes. |
| 14  A.  I never file taxes.  No. | 14  Q.  And your husband was making $150,000 a year? |
| 15  Q.  You never file taxes? | 15  A.  Yes. |
| 16  A.  No. | 16  Q.  And this is through construction? |
| 17  Q.  Your entire life? | 17  A.  Yes. |
| 18  A.  Never. | 18  Q.  Framing.  Did he have any other sources of income? |
| 19  Q.  How about your husband? | 19  A.  No. |
| 20  A.  Never. | 20  Q.  Have you or your husband ever been involved in the |
| 21  Q.  Never?  Entire -- | 21  sale of narcotics? |
| 22  A.  Nope. | 22  A.  No. |
| 23  Q.  You've told us, just so I understand, that your | 23  MR. FISCHER:  Objection. |
| 24  husband has been working since you quit high school? | 24  If you hadn't answered so quickly, I would |

Virginia Dodge, RPR - Dunn & Goudreau Court Reporting

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I          January 6, 2006

### Page 90

1   have told you that you don't have to answer
2   that question.
3   Q.   (By Mr. Silverfine) How many times has your husband
4   been incarcerated?
5   A.   Once.
6   Q.   The time period you said you went to work at the
7   Blue Moon and Max Two?
8   A.   Yes.
9   Q.   And for that month, were you working seven days a
10   week?
11   A.   He was there for three months.
12   Q.   Okay. How often were you working during the time
13   period he was away in jail?
14   A.   Probably maybe one night in Billerica and two in
15   Tyngsboro.
16   Q.   So for that one month -- you said you only worked
17   one month at Max Two and Blue Moon, correct?
18   A.   Yes.
19   Q.   So you worked one or two --
20   A.   Approximately a month.
21   Q.   Okay. Approximately. It could have been less?
22   A.   No. Maybe a little bit more.
23   Q.   Okay. And you worked a couple nights, one night a
24   week at Max Two and one or two nights a week at Blue Moon?

### Page 91

1   A.   Yes.
2   Q.   And you were earning cash?
3   A.   Yes.
4   Q.   And you were earning a pretty good amount of cash
5   for your waitressing, right?
6        MR. FISCHER: Objection.
7   Q.   (By Mr. Silverfine) You made three or four hundred
8   dollars a night, right?
9   A.   Yes.
10   Q.   And you left that work when you say he got out?
11   A.   Yes.
12   Q.   And you never returned?
13   A.   No.
14   Q.   And to this day, he's still earning $150,000 a year?
15   A.   No.
16   Q.   How much is he earning now?
17   A.   He just went back to work recently. He was out of
18   work for a couple years.
19   Q.   But prior to going out of work, he was making $3,000
20   a week steadily?
21   A.   It varied. Like I told you, some days, you know --
22   on a good week, he would make that.
23   Q.   Have you ever been on welfare?
24   A.   Yes.

### Page 92

1   Q.   When did you start to receive welfare?
2   A.   Recently?
3   Q.   Start from the beginning. When's the first time you
4   got welfare?
5   A.   When my husband went to jail.
6   Q.   That's the first time?
7   A.   Yes.
8   Q.   What year? When was that?
9   A.   I don't remember. Maybe '99, 2000.
10   Q.   Okay. But up until that point, he had been earning
11   $3,000 a week?
12   A.   Approximately. Not every week, it was like that.
13   Q.   And you were working at the two clubs, right?
14   A.   When he was in jail.
15   Q.   Right. How long did you receive welfare for?
16   A.   I don't remember. It was a long time ago, I
17   remember.
18   Q.   Well, you said 1999, 2000. Is that the first time
19   you received welfare?
20   A.   Yes.
21   Q.   And how long a period of time were you on it for?
22   A.   Maybe a few months.
23   Q.   And have you been on it since then?
24   A.   Yes.

### Page 93

1   Q.   And when was the next time you got on it?
2   A.   We went on it when the police had my husband's leg
3   broke two years ago maybe.
4   Q.   When was that?
5   A.   About two years ago.
6   Q.   Give me your best estimate in terms of time.
7   A.   It was in the summer.
8   Q.   The summer of?
9   A.   2002 or '3.
10   Q.   And how long a period of time did you receive
11   welfare at that period?
12   A.   About a year. And then we went off for a couple
13   months, and they suggested that we went back on it.
14   Q.   And did you go back on it?
15   A.   We did.
16   Q.   When was that?
17   A.   Just a couple months after that.
18   Q.   Give me your best estimate in terms of time.
19   A.   Well, it seem --
20      Well, let's see. When his leg was broke, we went on
21   it. And then we went off for a couple months. And then
22   we went back on it until a couple months ago, but they
23   kept us on food stamps.
24   Q.   Okay. You receive food stamps, and up until a

Virginia Dodge, RPR - Dunn & Goudreau Court Reporting

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

| Page 94 | Page 96 |
|---|---|
| 1  couple months ago -- | 1  Q.  Well, are you aware of somebody or some entity |
| 2  A.  I don't no more. I did. I called to get shut off | 2  filing an action against him, seeking that? |
| 3  because I wanted to get a job. And they suggested that I | 3  A.  No. |
| 4  at least keep my food stamps. | 4  Q.  Okay. How is it that you're aware that he owes over |
| 5  Q.  So you've received food stamps since 1999, | 5  $100,000 in payroll taxes? |
| 6  thereabouts? | 6  A.  We've called to see what the payoff is. My |
| 7  A.  About, yes. | 7  accountant has called to see what it was. |
| 8  Q.  Okay. And you said up until a couple of months ago, | 8  Q.  Who's your accountant? |
| 9  you were on welfare -- | 9  A.  His name's Dennis. |
| 10  A.  Yes. | 10  Q.  Dennis what? |
| 11  Q.  -- correct? | 11  A.  I don't know his last name. |
| 12    And that's because you and your husband weren't | 12  Q.  You don't know your accountant's last name? |
| 13  working? | 13  A.  I don't. |
| 14  A.  Correct. | 14  Q.  Really? Okay. |
| 15  Q.  Have you lived in public housing -- | 15  A.  My husband knows it, but I don't. |
| 16  A.  Never. | 16  Q.  I see. Okay. So you have no idea what your |
| 17  Q.  Never? How about presently? | 17  accountant's name is; is that right? |
| 18  A.  No. I -- never. | 18  A.  Correct. |
| 19  Q.  Any other sources of income that you're aware of | 19  Q.  Okay. And you've never seen him? |
| 20  besides what you've told us so far? | 20  A.  I've seen him. |
| 21  A.  Other than my family giving us money, no. | 21  Q.  Never been to his office? |
| 22  Q.  And who in your family gives you money? | 22  A.  I've been to his office several times. |
| 23  A.  My mother and my brother. | 23  Q.  Where's his office? |
| 24  Q.  And how much do they give -- | 24  A.  It's in Boston here. |

| Page 95 | Page 97 |
|---|---|
| 1  A.  It varies. | 1  Q.  Is it? Okay. What's the address? |
| 2  Q.  And when they give you money, how much money do they | 2  A.  I don't know the address. |
| 3  give you? | 3  Q.  No idea? |
| 4  A.  Sometimes thousands. Sometimes $5. It varies. | 4  A.  I don't know the address of this place. |
| 5  Q.  When's the last time someone gave you thousands? | 5  Q.  I see. |
| 6  A.  Probably about June, last June maybe. | 6    But you've been there several times with your |
| 7  Q.  June of '05? | 7  husband; is that right? |
| 8  A.  Yes. About that. | 8  A.  Correct. |
| 9  Q.  Who gave you thousands of dollars? | 9  Q.  Okay. As we've mentioned, you filed suit against a |
| 10  A.  My brother Donny. | 10  number of officers at the Billerica Police Department. |
| 11  Q.  And why did he give you thousands of dollars? | 11  And your lawyers have taken depositions of several of the |
| 12  A.  Things I needed. | 12  parties you've identified, including Deputy Chief Connors |
| 13  Q.  Was there a suit filed by the state against your | 13  and Officer Tsoukalas, for which you were present at their |
| 14  husband for back payroll taxes? | 14  deposition; is that right? |
| 15  A.  Was there something filed against him? No. | 15  A.  Correct. |
| 16  Q.  No? | 16  Q.  And back on November 1, 2005, for what reason that |
| 17  A.  No. I don't think so. | 17  night were you at the back of the police station and/or |
| 18  Q.  Your husband didn't owe over $100,000 in payroll | 18  high school? |
| 19  taxes? | 19  A.  I was sitting at my house in Lowell, and Officer |
| 20  A.  Oh, yeah. He does. | 20  Tsoukalas drove by with Mike Casey and -- I can't remember |
| 21  Q.  Well, who has been pursuing him on that? | 21  the third cop at this time. |
| 22  A.  He has an accountant, but I don't think anything's | 22  Q.  All right. For our purposes, who is Mike Casey? |
| 23  really -- like, he hasn't been taken to court for it, if | 23  A.  He's a Billerica detective, cop. |
| 24  that's what you mean. | 24  Q.  And when was this? |

Virginia Dodge, RPR - Dunn & Goudreau Court Reporting

Case 1:04-cv-12357-PBS    Document 43-3    Filed 07/27/2006    Page 27 of 36
Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.
Michelle Kennedy - Day 1 - Volume I                                January 6, 2006

| Page 98 |
|---|

1   A.   The day Officer Tsoukalas had his deposition.
2   Q.   What time was this?
3   A.   Maybe after suppertime.
4   Q.   What time?
5   A.   I don't know.
6   Q.   Okay. So what happened?
7   A.   We were sitting on my porch, me and a couple others.
8   And we seen the detective car drive by, and they were
9   staring at us. And they turned around at the pizza store
10  and drove back by my house and laid on the horn and gave
11  us the finger out the passenger side. And the one in the
12  back gave us a sign, his gun sign.
13      And so we were -- we only had, like, my husband's
14  truck there at the time. I had lent my car out. And we
15  were deciding what to do, whether to follow him and get
16  his license plate and -- you know, with the video camera,
17  or to just stay put because we didn't want them to, you
18  know, say we ran them off the road or whatever.
19      So we took about five minutes going back and forth
20  as to what to do. And then a vehicle -- my vehicle came
21  back. My son had it. We got in it, and we drove to the
22  Billerica police station, just to identify the car and the
23  license plate.
24      And that's why I did it.

| Page 99 |
|---|

1   Q.   When you say "we," who's "we"?
2   A.   Me, my husband, Brian, and Billy Ashton. That's who
3   drove in the car to the police station.
4   Q.   And you say -- what time was this?
5   A.   I don't remember the exact time.
6   Q.   Is it fair to say it was around midnight?
7   A.   I don't know. I don't know what time it was at.
8   Q.   What time do you say it was at?
9   A.   I didn't say a time.
10      MR. FISCHER: Objection.
11  Q.   (By Mr. Silverfine) That's what I'm asking you.
12  A.   I don't know.
13      MR. FISCHER: Objection. Asked and
14  answered.
15  A.   I don't know.
16  Q.   (By Mr. Silverfine) It hasn't been answered. You
17  can answer it.
18      MR. FISCHER: She answered she doesn't
19  know. That's her best memory.
20      MR. SILVERFINE: You're again coaching the
21  witness, Mr. Fischer.
22  Q.   (By Mr. Silverfine) I'd like you to -- if you can't
23  answer something, you can tell me. You do that quite
24  well.

| Page 100 |
|---|

1   A.   I did tell you, five times.
2   Q.   Actually, I don't think you did.
3       Who was the officer you say flashed you the gun
4   sign?
5   A.   The one in the back.
6   Q.   Yeah.
7   A.   And the one in the passenger's seat is the one that
8   gave us the middle finger out the passenger's side window
9   when they were coming back towards Billerica.
10  Q.   Who was that, though?
11  A.   I don't remember. I wrote it down on my notes. At
12  this time, I don't remember who was who.
13  Q.   Okay. So you have notes on all these incidents?
14  A.   I do.
15  Q.   Okay. And where are they kept?
16  A.   Some of them are at my house.
17  Q.   And you have notes for all the incidences that
18  occurred relative to your complaint in this case, right?
19  A.   Not all of them, but most.
20  Q.   Okay. And you've kept that at the same time that
21  the event happened or thereabouts? Shortly thereafter?
22  A.   Can you say that again, please?
23  Q.   Sure. You kept notes of each of these events, or
24  you say some of them, around the same time that the event

| Page 101 |
|---|

1   happened, right?
2   A.   Those notes, I have all notes on. Yes. That are in
3   the complaint.
4   Q.   And you've kept them since --
5   A.   Back in '91.
6   Q.   -- 1991, right?
7   A.   I do. I still have them.
8   Q.   Okay. All right. And how many pages are there?
9   A.   I have a book for each year.
10  Q.   Okay. Is it a notebook?
11  A.   No. It's a date book with the date, the times, the
12  year. The day.
13  Q.   How many books are there?
14  A.   Seventeen about, approximately.
15  Q.   And what's in these notebooks? You said the date,
16  the time, the year. What else?
17      MR. FISCHER: I'm going to instruct the
18  witness at this point that to the extent that
19  any communications were placed in the notebook
20  as communications to her attorney, they're
21  privileged communications, and she need not
22  answer the question.
23      MR. SILVERFINE: Right. I'm going to note
24  my objection to Mr. Fischer's once again

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                         January 6, 2006

---

**Page 102**

1  instructing the witness; that's 1.
2      No. 2 is I'm asking him not to further
3  instruct the witness.
4      No. 3 is clearly this is discoverable
5  information which hasn't been provided to
6  counsel which is directly relevant to this
7  case. And the witness has testified that she
8  took them on or about the time frame that she
9  took them, way before counsel was even involved
10 in this case.
11      And I object to the continuing
12 obstructionist instruction on answers followed
13 by counsel.
14 Q.  (By Mr. Silverfine)  What else did you keep in those
15 notebooks or have you kept in those notebooks?
16 A.  Appointments. Doctor's appointments.
17 Q.  Relative to this case, what else have you written in
18 those notebooks?
19 A.  To the lawsuit?
20 Q.  Yeah.
21 A.  Just if an incident would happen, if they would come
22 to my house and, you know, kick the door in or pull me
23 over. Pull one of my friends over, threatening them,
24 arresting us. Et cetera.

---

**Page 103**

1  Q.  And you also mentioned a video, right?  When you
2  said, "We went over on November 1, 2005." How many videos
3  do you have in your house relative to this case?
4  A.  The videos, I don't have control over. I don't know
5  how many there are. There's a few.
6  Q.  Okay. You understood my question, right?
7  A.  How many videos?
8  Q.  Yeah.
9  A.  Yes.
10 Q.  And your testimony is you have no idea how many
11 videos there are?
12 A.  Correct.
13 Q.  Where are the videos kept?
14 A.  Most of them are at my house.
15 Q.  Your house?
16 A.  Yes.
17 Q.  Okay. And in your house, where are they kept?
18 A.  In a safe.
19 Q.  Okay. Approximately how many videos are there?
20 A.  I don't know.
21 Q.  And these videos pertain to the allegations that you
22 have filed in this complaint; is that correct?
23 A.  Correct.
24 Q.  And what do -- it's your understanding in general --

---

**Page 104**

1  the videos depict?
2  A.  Excuse me.
3  Q.  What in general do the videos depict?
4  A.  Do the videos what?
5  Q.  Show.
6  A.  Different -- different things. I mean, it shows
7  some officers following us, you know. It could be
8  10 minutes. Some of them are 45 minutes of them following
9  us.
10     It shows a few different videos that showed them at
11 our house, parked out there for hours. Confronting us on
12 different occasions maybe. I don't even know how many of
13 those there are.
14     That's really all I can remember right now.
15 Q.  Besides these videos, are there also audiotapes?
16 A.  What do you mean by "audio"?
17 Q.  Audiocassette or --
18 A.  Yes.
19 Q.  -- recording of voice --
20 A.  Yes.
21 Q.  -- voices?
22 A.  Yes.
23 Q.  How many audiocassettes are there or --
24 A.  Like three of them maybe. I know three.

---

**Page 105**

1  Q.  Okay. What do they involve?
2  A.  Well, one of them is me and Officer McKenzie
3  talking. Actually, his wife taped it. That's one of
4  them.
5  Q.  Okay. What's No. 2?
6  A.  I don't remember what the other two are right now.
7  Q.  Where are those audiocassettes?
8  A.  I think I might have gave one to my attorney, and
9  the other two are at my house.
10 Q.  And the other two audiocassettes, are they related
11 to this complaint?
12 A.  Yes.
13 Q.  And you haven't produced them yet?
14 A.  No. I don't -- Billy Ashton has them.
15 Q.  And Billy Ashton lives with you, correct?
16 A.  No. Not at the moment, he don't.
17 Q.  But the videos are all at your house?
18 A.  Most of them.
19 Q.  Yeah. And the audios are all at your house?
20 A.  Not all. One of them, my attorney has.
21 Q.  And besides the one your attorney has, the other two
22 are at your house?
23 A.  Yes.
24 Q.  What's your present telephone number?

---

27 (Pages 102 to 105)

Virginia Dodge, RPR - Dunn & Goudreau Court Reporting

Case 1:04-cv-12357-PBS   Document 43-3   Filed 07/27/2006   Page 29 of 36
Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.
Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

Page 106

1  A.  My phone number?
2  Q.  Yeah.
3        MR. FISCHER: How is that relevant or
4  likely to lead to discoverable information?
5        MR. SILVERFINE: It's very relevant.
6        MR. FISCHER: How?
7        MR. SILVERFINE: It's very relevant because
8  there are relationships described in here, in
9  her complaint, and there's communications. And
10  I want to know what her telephone number is to
11  see if there's a link here, and I think there
12  is, and I think it's discoverable.
13        Are you refusing to answer that?
14        MR. FISCHER: I know that Ms. Kennedy has a
15  concern about false accusations of her making
16  calls. I know that she has a concern about
17  receiving harassing calls that are either from
18  the defendants or caused by the defendants.
19        And I do have an obligation to protect a
20  client, and I don't -- and I don't see how
21  disclosing her telephone number to the
22  defendants helps the defendants obtain any
23  discoverable information.
24        MR. SILVERFINE: You know, it's amazing

Page 107

1  that you're citing this when I appeared before
2  you, and you read me the riot act about
3  discovery information, that I had an absolute
4  obligation to turn everything over, and now
5  you're refusing to give me anything.
6        So I think you have an obligation,
7  especially in the broad scope of Federal Rules
8  of discovery, if I can quote you, to turn over
9  this information. And I think --
10        MR. FISCHER: How is her telephone
11  number --
12        MR. SILVERFINE: We're going to have to go
13  into court because I think you have not only
14  instructed her improperly, directed her
15  improperly, but now are citing --
16        THE WITNESS: Excuse me.
17        MR. SILVERFINE: Excuse me. I'm talking to
18  your lawyer. You can answer the question
19  afterward.
20        And now are obstructing perfectly
21  legitimate discovery requests from this
22  witness, who happens to be the plaintiff in a
23  complaint against some 25 officers.
24        MR. FISCHER: Can we go off the record for

Page 108

1  a minute and you and I see if we can work this
2  out?
3        MR. SILVERFINE: I would -- what time is
4  it? We're going to be here all day.
5        MR. FISCHER: Let's you and I step outside
6  for a minute.
7        MR. SILVERFINE: I'll take it off the
8  record for a minute.
9
10        (A recess was taken.)
11
12        MR. SILVERFINE: On the record.
13        I think Mr. Fischer is erroneous in his
14  description of Rule 26. In fact, I would cite
15  him and his description to me that Rule 26 is
16  very broad under the Federal Rules and that
17  this is perfectly legitimate discovery,
18  especially in light of this case, the
19  allegations brought by this particular
20  plaintiff sitting here today, and in particular
21  in light of the fact of her communications with
22  various named defendants in this case through
23  the telephone and witnesses identified in the
24  initial disclosure document produced by the

Page 109

1  plaintiffs. I think I'm perfectly entitled to
2  it.
3        Whether or not it's admissible at trial is
4  a whole different issue. I think Mr. Fischer
5  knows that, and I'm going to have to seek a
6  court order and perhaps fees, costs and the
7  like because I think this is clearly within the
8  purview of discoverable information. I'm not
9  seeking anything that is outside the scope of
10  discovery.
11        So I'll continue with the deposition today,
12  but I'm alerting counsel that I believe he's
13  entirely inaccurate, and I have told him that
14  both on and off the record.
15        MR. FISCHER: If I can briefly respond by
16  saying that the reason I went off the record
17  was to try and determine, not in the witness's
18  presence, whether there was a -- what we're
19  trying to learn from you and ask of you,
20  Mr. Silverfine, what relevant or discoverable
21  information might we come by through the
22  witness's telephone number.
23        I think I've been on the record
24  sufficiently as to the risk she fears, and

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

Page 110

1  having received no response -- satisfactory
2  response to the first, the risk still remains,
3  and I have no alternative.
4      We'll allow a court to rule on it. Don't
5  take up more of your time today.
6      MR. SILVERFINE: I think you're absolutely
7  incorrect, and I think you know that from
8  previous discussions on the rules of discovery
9  that you and I have had on various cases and
10  you've cited to me. And I think this is
11  absolutely within the purview of the rules and
12  particularly in light of --
13      MR. FISCHER: I don't think I've ever asked
14  for a witness's phone number, home phone
15  number.
16  Q.   (By Mr. Silverfine) So I gather you're refusing to
17  answer the question on your phone number?
18  A.   Yes.
19  Q.   And you're refusing to answer the question on your
20  cell phone number?
21  A.   Yes.
22  Q.   And you're refusing to answer the question on where
23  you live?
24  A.   Yes.

Page 111

1  Q.   Okay.
2      MR. FISCHER: Although I would note that
3  the defendants know where she lives; have been
4  there.
5      MR. SILVERFINE: Right. And I would also
6  note that at the very least, in Exhibit 1 in
7  the Ashton deposition, the address is also
8  noted.
9      Let's go off the record for a second.
10
11          (A recess was taken.)
12
13      MR. SILVERFINE: Back on the record from
14  lunch.
15  Q.   (By Mr. Silverfine) Ms. Kennedy, right before we
16  broke for lunch, you were talking about and you referenced
17  an incident where I think you said the police broke your
18  husband's leg. Do you remember that?
19  A.   Yes.
20  Q.   Could you tell me what you're referring to?
21  A.   Yes. They didn't break it. A guy named Mike did.
22  Q.   Mike?
23  A.   Yes.
24  Q.   Who's Mike?

Page 112

1  A.   Some big guy.
2  Q.   Describe for us if you would -- I thought you said
3  the police broke his leg, and I misheard you, but tell us
4  what you're referring to.
5  A.   My husband went into a house, and some big guy was
6  there, and he approached my husband in reference to
7  Officer Tsoukalas and me calling the town manager on the
8  police. And they were having words about the Billerica
9  Police. And then he got jumped, and his leg got broke due
10  to it.
11  Q.   When was this?
12  A.   In the summer of -- I don't know if it was two years
13  ago or three.
14  Q.   And when you say he went into a house, whose house
15  did he go into?
16  A.   The owner is Danny.
17  Q.   Danny what?
18  A.   I don't know his last name.
19  Q.   You say your husband -- were you present?
20  A.   No.
21  Q.   So your husband came back and told you this story?
22  A.   Yes.
23  Q.   And who was there with your husband when he went
24  into this house?

Page 113

1  A.   There was maybe three or four people there.
2  Q.   Do you know who else was there?
3  A.   Mike, Danny, Brian and -- I don't remember.
4  Q.   What's Mike's full name?
5  A.   I don't know how to say his last name. It begins
6  with an M.
7  Q.   And who's Mike? Is he a police officer? Who is he?
8  A.   No.
9  Q.   Is he a friend of your husband?
10  A.   He's in Billerica.
11  Q.   How do you know him?
12  A.   I don't know him. I mean, I met him after the fact.
13  Q.   What kind of work does Mike do?
14  A.   I don't know.
15  Q.   And who's Danny?
16  A.   Just someone from Billerica, too.
17  Q.   And is Brian friends with Mike and Danny?
18  A.   He was friends with Danny.
19  Q.   Okay. So he went into a house owned by Mike for
20  what purpose?
21  A.   Owned by Danny.
22  Q.   Owned by Danny. For what purpose?
23  A.   He was returning keys because he did a limo run for
24  him that night.

29 (Pages 110 to 113)

Case 1:04-cv-12357-PBS    Document 43-3    Filed 07/27/2006    Page 31 of 36
Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.
Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

## Page 114

1 Q.   And what did your husband relate to you happened
2 when he went to return the keys to -- Danny?
3 A.   Correct.
4 Q.   What happened?
5 A.   Mike approached him. He was drinking, and he
6 confronted my husband about me calling the town manager on
7 Officer Tsoukalas, complaining about him, saying I was
8 trying to make him lose his job. They just had words back
9 and forth. I don't know exactly what was said.
10 Q.   And where does the broken leg come in?
11 A.   He just -- he was really big. He's like 350 pounds.
12 And he just jumped my husband and -- and you know, his leg
13 got broke in the fight.
14 Q.   What did --
15 A.   Or ankle actually.
16 Q.   What did Mike have to do with the town or the
17 Billerica PD?
18 A.   Well, because when he confronted my husband, he
19 mentioned the police, the Billerica Police.
20 Q.   Well, what's Mike's relation with the Billerica PD?
21 A.   I don't know.
22 Q.   Why was Mike mentioning the Billerica PD?
23 A.   I don't know. Friends with them, maybe.
24 Q.   What's that? I'm sorry.

## Page 115

1 A.   I heard he was friends with them or a couple of
2 them.
3 Q.   Okay. Mike doesn't work as a police officer? Is
4 that --
5 A.   I don't think so. Not Billerica anyways.
6 Q.   All right. And did you file a complaint relative to
7 this?
8 A.   No.
9 Q.   All right. Is this reference -- this episode
10 referenced in your complaint?
11 A.   I haven't read my complaint all but once --
12       MR. FISCHER: May I?
13       MR. SILVERFINE: Let me make sure I give
14   you the right copy. You certainly can have a
15   copy of your complaint. Absolutely. Just give
16   me a second.
17 Q.   (By Mr. Silverfine) Your counsel's asked for a copy
18 of his own complaint, which I'm happy to give him a copy
19 of. There you go.
20     Just so we're clear, and we'll get to -- I don't
21 know if we'll get to it today, but we'll get to the
22 details of this a little later. The complaint that's been
23 marked as Exhibit 3 in the Billy Ashton -- this is your
24 complaint, and it was signed under the pains and penalties

## Page 116

1 of perjury on November 5, 2004 by you and Brian Kennedy;
2 is that right?
3 A.   Correct.
4 Q.   On the last page?
5 A.   Yes.
6 Q.   And the last page, is that your signature, you
7 recognize?
8 A.   Yes.
9 Q.   And you recognize Brian Kennedy's signature?
10 A.   If it's his signature, yes.
11 Q.   You don't know your --
12 A.   Looks to be.
13 Q.   You don't know your husband's signature?
14 A.   Not really. It looks to be his. Yes.
15 Q.   All right. I'm not -- there's no trick question
16 here --
17 A.   It looks like his signature.
18 Q.   Just so I'm fair, because I don't want any tricks.
19 This is a copy of your complaint, right?
20 A.   Yes.
21 Q.   At the end of the complaint is your signature,
22 right?
23 A.   Yes. That's mine.
24 Q.   And your husband's signature, right?

## Page 117

1 A.   Yes.
2 Q.   There's no tricks, right? That's Brian --
3 A.   No tricks.
4 Q.   I just -- all right.
5     And this was filed on your behalf by Mr. Fischer and
6 Mr. Gilgun, correct?
7 A.   Correct.
8 Q.   Okay. Fair enough.
9     So I guess my original question was: Was this
10 episode that you mentioned with Brian Kennedy's broken
11 ankle referenced in your complaint?
12 A.   Is it in the complaint?
13 Q.   Yes.
14 A.   It should be. I haven't read the complaint since I
15 signed it. A couple of things were added and -- or were
16 going to be. Whether they were, I don't know.
17 Q.   Also right before lunch, we were talking about
18 November 1, 2005, and you had indicated that you were
19 sitting on the porch at some time after supper, around
20 6:00, and you were with several people. Who were you
21 with?
22 A.   Billy Ashton, Brian, my husband, and if I can
23 remember right, two of my girlfriends were over visiting.
24 Q.   Who was that?

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

**Page 118**

1  A.  Donna and Susan.
2  Q.  Give me their last names.
3  A.  O'Toole.
4  Q.  Susan O'Toole?
5  A.  Donna O'Toole.
6  Q.  And?
7  A.  Susan Wilson.
8  Q.  Okay.  Where do they live?
9  A.  One lives in Chelmsford, and one lives in Billerica.
10  Q.  Okay.  Give me both their addresses, please.
11  A.  I don't know Susan's address.  Donna's -- I don't
12  even know hers.  I know how to get there, but I don't know
13  the name of the street.
14  Q.  And how long have you known each of these friends of
15  yours?
16  A.  Since I was ten.
17  Q.  Okay.  And you don't know where they live?
18  A.  I know where they live.
19  Q.  Where do they live?
20  A.  I just told you.  One lives in Chelmsford --
21  Q.  Right.  What's the address --
22  A.  -- and one lives in Billerica.
23  Q.  All right.  Who lives in Chelmsford?
24  A.  Donna.

**Page 119**

1  Q.  Okay.  What's Donna's address?
2  A.  I don't know her address, her street.
3  Q.  Okay.  And the other friend, Susan, where does she
4  live?
5  A.  Billerica.
6  Q.  What's the address?
7  A.  I don't know her address.
8  Q.  And you also referenced a gun sign when you
9  described what you said was some Billerica cruiser, but
10  what do you mean by a "gun sign"?
11  A.  I didn't see the officer do that.  I seen the
12  officer in the front seat give the middle finger, which,
13  if I can remember right, was Mike Casey.  Again, I would
14  have to look at my notes to be sure about that.
15  Q.  Okay.  And those are the same notes you referenced
16  earlier?
17  A.  Correct.
18  Q.  The New Hampshire shoplifting incident you
19  referenced also right before lunch.  Do you remember that?
20  A.  Yes.
21  Q.  Okay.  In that case, did you make an allegation that
22  a certain New Hampshire police officer touched your
23  breast?
24  A.  I don't ever remember saying that.  No.

**Page 120**

1  Q.  Did you ever make an allegation that an officer
2  touched your breast?
3  A.  Yes.
4  Q.  Okay.  Which case do you --
5  A.  Billerica.
6  Q.  When did that happen?
7  A.  The arrest of Dan Massoni.
8  Q.  The arrest of Dan Massoni.  Could you spell that for
9  the stenographer?
10  A.  I don't know how to spell it.  Dan.
11  Q.  When did it take place?
12  A.  It was in November.  I don't remember the year.
13  Q.  You're saying besides that particular episode,
14  you're saying there was no other time you made an
15  allegation that an officer touched your breast?
16  A.  I don't recall.
17  Q.  Most recently when Billy Ashton was -- Billy Ashton
18  was arrested recently on this complaint; is that right?
19  A.  On what complaint?
20      MR. FISCHER:  Objection.
21  Q.  (By Mr. Silverfine)  The complaint relative to
22  phoning Diane Ashton?  Is that right?
23  A.  I just -- I'm not sure the details.  I just know he
24  was arrested for violation of a restraining order.

**Page 121**

1  Q.  All right.  Do you know where he was arrested?
2  A.  Yes.
3  Q.  Where?  Where was that?
4  A.  Lowell.
5  Q.  And was that your house?
6  A.  No.
7  Q.  Where was it?
8  A.  He was at a shop plaza, and he approached the
9  officer.
10  Q.  Were you with him?
11  A.  No.
12  Q.  Before I dive into this complaint that you filed, do
13  you know Dean Royston?
14  A.  I do.
15  Q.  What is your relationship with Dean Royston?
16  A.  He's a good friend of mine.
17  Q.  How long have you been friendly with Dean Royston?
18  A.  Well, I've known him since '90 maybe.
19  Q.  Okay.  And how have you known him?
20  A.  He used to go to my mom's work, and being a police
21  officer in town.
22  Q.  And how did you first meet Mr. Royston?
23  A.  I don't remember.
24  Q.  Has he been to your home?

31 (Pages 118 to 121)

Case 1:04-cv-12357-PBS    Document 43-3    Filed 07/27/2006    Page 33 of 36
Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.
Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

**Page 122**

1  A.  Which home?
2  Q.  Any of your homes.
3  A.  Yes.
4  Q.  Okay. Which home has he been to?
5  A.  He's been to both my homes at the trailer park.
6  Q.  That's 129 and 162 Leicester Street?
7  A.  Correct.
8  Q.  Okay. Where else?
9  A.  Bridge Street.
10 Q.  And that's also in Billerica?
11 A.  Correct.
12 Q.  And he's been in your home in Lowell?
13 A.  No.
14 Q.  Okay. How often would he come to visit you at your
15 home in Billerica?
16 A.  Well, he was there on calls. A few calls due to,
17 you know, problems that had occurred at the trailer park,
18 and maybe to visit.
19 Q.  Okay. And when he went —
20 A.  A couple times.
21 Q.  — he came over to visit you?
22 A.  Yes.
23 Q.  And how often did he visit you while you lived at
24 129 and 162 Leicester?

**Page 123**

1  A.  He never came to visit when I lived at 129.
2  Q.  Okay —
3  A.  Just police calls.
4  Q.  162?
5  A.  Twice maybe.
6  Q.  And was he there at 129 while he was on the job, at
7  129 Leicester?
8  A.  He never came to 129 to visit me; only due to a
9  police call.
10 Q.  That's my — my question is: Did he come to 129
11 while he was on the job, meaning he was in uniform —
12 A.  In a police car, yes.
13 Q.  How many times did he respond to 129 Leicester while
14 you were there?
15 A.  I just remember once.
16 Q.  Do you remember when that was?
17 A.  I do.
18 Q.  You do?
19 A.  Yes.
20 Q.  Could you tell us about that?
21 A.  It was the same incident when I told you Mrs. Ashton
22 was calling me those names, approximately a week or so
23 after Lieutenant Connors' badge got stolen.
24 Q.  And for what purpose did he go to 129 Leicester

**Page 124**

1  about a week after the theft of Lieutenant Connors' badge?
2  A.  Well, remember I told you there was about
3  12 officers there? He was one of them.
4  Q.  All right. And when you say there were 12, why were
5  there 12?
6  A.  Approximately.
7  Q.  Approximately 12 officers there about a week later?
8  A.  Why were they there?
9  Q.  Right.
10 A.  Well, Scott Ashton was talking to Detective West on
11 the telephone and Mike Casey. William Ashton overheard
12 the conversation. They got into an argument, and Billy
13 ran down to 129 Leicester Street where I was living, and
14 Scott and his mom followed him there. And with the
15 officer being on the phone with Scott, they knew that there
16 was going to be a problem, so about a dozen of them showed
17 up at my house.
18 Q.  Were you present during this phone conversation
19 you've described between Billy Ashton and Scott Ashton?
20 A.  No.
21 Q.  You were at your house at the time?
22 A.  Correct.
23 Q.  And so when Billy Ashton returned from his
24 interaction with Scott, you say that's when the

**Page 125**

1  12 officers arrived?
2  A.  Correct.
3  Q.  And do you remember which officers arrived?
4  A.  I remember a few.
5  Q.  All right. Tell us who you remember.
6  A.  Mike Casey. Dean Royston. I think West eventually
7  showed up. Maybe Nestor, Officer Nestor, and there was
8  several others.
9        But what sticks out in my head is, like, Dean
10 Royston and Mike Casey, you know, and the ones I named.
11 Q.  And why does Dean Royston stick out in your mind?
12 A.  Because when Mrs. Ashton was kicking my door and
13 Scott was and she was calling me them names, I was, you
14 know, scared.
15       And Dean Royston, to me, always just was a straight
16 officer. And you know, all the other officers, two weeks
17 prior, was just going crazy in the neighborhood, pulling
18 over, wanting to know who stole the badge and who had had
19 it. And Dean Royston didn't play a part in that.
20       So when all them police officers sat there for
21 approximately 15 minutes, watching Scott and Diane boot my
22 door, I seen Dean Royston pull up. And that's when, you
23 know, I just screamed for him to help.
24 Q.  And that's because you knew him prior to that,

Michelle Kennedy - Day 1 - Volume I                                                January 6, 2006

| Page 126 | Page 128 |
|---|---|

**Page 126**

1  right?
2  A.  Correct.
3  Q.  Now, who else do you recall the officers that were
4  present besides the ones that you mentioned? Anybody
5  else. Mike Casey --
6  A.  No, no. You just asked me that.
7  Q.  I understand. Who else besides the ones you
8  mentioned do you recall being there?
9  A.  I don't remember anyone.
10  Q.  And you say you were afraid of Diane Ashton?
11  A.  I was.
12  Q.  Mrs. Ashton, the same Mrs. Ashton who came in here a
13  few weeks ago to have her deposition taken?
14  A.  Yes.
15  Q.  So your testimony is you were afraid of her?
16  A.  I was.
17        MR. FISCHER: Objection.
18  Q.  (By Mr. Silverfine) Now, besides -- you said the --
19  how many -- strike that.
20        Did you have telephone contact with Dean Royston?
21  A.  At that time?
22  A.  During the period of time that he worked as an
23  officer with --
24  A.  Yes.

**Page 127**

1  Q.  -- Billerica?
2        How often would you call him?
3  A.  Not much at all.
4  Q.  And he would call you?
5  A.  Correct.
6  Q.  And he would call you both at home and on your cell
7  phone?
8  A.  Yes.
9  Q.  And you would call him at home, or you'd use his
10  cell phone?
11  A.  Both.
12  Q.  How often would you call him while Mr. Royston was
13  on the job, working as a police officer?
14  A.  I just called his cell phone within the last few
15  years, you know. Back when all that happened with the
16  badge, I really didn't talk to him like that. I didn't
17  call his cell phone really, that I remember.
18  Q.  And you had a social relationship with Mr. Royston,
19  correct?
20  A.  Correct.
21  Q.  Did you have a sexual relationship with him?
22  A.  Never.
23  Q.  You rode in his cruiser how many times?
24  A.  Once.

**Page 128**

1  Q.  Your testimony, you rode with him once?
2  A.  Yes.
3  Q.  And that's it?
4  A.  Yes.
5  Q.  Okay. All right.
6        And it's fair to say that there were occasions when
7  Mr. Royston was on bike patrol in the trailer park that he
8  would come visit with you?
9  A.  I don't ever remember him being on bike patrol and
10  him visiting ever.
11  Q.  So you never saw him on bike patrol?
12  A.  I seen him on bike patrol twice in the park, but not
13  to visit me. I really didn't talk to him at the time.
14  Q.  And when Royston called you, was it for social
15  purposes?
16  A.  To say hi.
17  Q.  And would you talk every day or every other day?
18  How often would you talk?
19  A.  Like I said, I talked to him only a few times on his
20  cell phone. Not a lot.
21  Q.  Did you, between January and March 2003, have a cell
22  phone number of (978) 375-2880?
23  A.  Me?
24  Q.  You.

**Page 129**

1  A.  I don't remember that number. I don't know.
2  Q.  You don't know?
3  A.  I had so many cell phone numbers.
4  Q.  How about (978) 815-9255?
5  A.  I don't remember.
6  Q.  Did you have a Nextel phone?
7  A.  I've had at least 12 Nextels.
8  Q.  What was your relationship with Lieutenant Dick
9  Strunk?
10  A.  Again, he was just, like, an officer, like, for many
11  years, and I knew him as a police officer. And Dean and
12  him lived together.
13  Q.  Dean and Lieutenant Strunk lived together?
14  A.  Correct. My mom was good friends with Strunk,
15  Richard.
16  Q.  So when you would call Dean Royston, would you call
17  him at home?
18  A.  A couple times, yeah.
19  Q.  And for what purpose would you call him at his home?
20  A.  To say hello.
21  Q.  Just to say hello?
22  A.  "What's up? How you been? What you up to?"
23  Q.  And did you go out with him at all?
24        MR. FISCHER: Objection.

Virginia Dodge, RPR - Dunn & Goudreau Court Reporting

Case 1:04-cv-12357-PBS    Document 43-3    Filed 07/27/2006    Page 35 of 36
Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.
Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

| Page 130 | Page 132 |
|---|---|

**Page 130**

1   A.  I had -- I went to Dunkin' Donuts maybe once and had
2   a coffee, met him there. That's all I can really
3   remember.
4   Q.  (By Mr. Silverfine) Were you aware that Dean
5   Royston was a drug user?
6   A.  No.
7   Q.  You weren't aware of that?
8   A.  No.
9   Q.  Were you ever present when he took any drugs?
10   A.  No.
11   Q.  Have you yourself participated in any drug use with
12   him?
13   A.  No --
14      MR. FISCHER: I'm going to -- once again,
15   wait for me to say you don't need to answer the
16   question and you can take the Fifth as to a
17   question before you answer it.
18   Q.  (By Mr. Silverfine) Do you know who Kim Silva is?
19   A.  No.
20   Q.  How about Ronald Daluce?
21   A.  Nope.
22   Q.  I'm sorry. Ronald Dale. I can't read my own notes.
23   D-A-L-E?
24   A.  I know of him.

**Page 131**

1   Q.  Who is he?
2   A.  I heard of him through town years ago. I mean, I'm
3   not friends with him.
4   Q.  And how do you know him?
5   A.  I don't know him. I know of him.
6   Q.  What do you know of him?
7   A.  I think maybe years ago, I went to the beach with my
8   mom, like 20 years ago, and to a big beach party, and he
9   might have been there. Maybe.
10   Q.  Is that it?
11   A.  Yes.
12   Q.  So how do you know it was him that was at a big
13   beach party?
14   A.  I remember the name.
15   Q.  I'm going to direct your attention to what's
16   actually in front of you now, marked as Exhibit 3 in the
17   Billy Ashton deposition, as the complaint that you filed.
18   And again, you've already identified that you recognize
19   it. Do you see it in front of you?
20   A.  This is Billy's?
21      MR. FISCHER: No. It was marked at Billy's
22   deposition.
23      THE WITNESS: Oh, okay.
24      MR. FISCHER: But it's the complaint --

**Page 132**

1      THE WITNESS: Okay.
2      MR. FISCHER: -- that we filed, that
3   Mr. Gilgun and I filed to begin your lawsuit.
4      THE WITNESS: Okay.
5   Q.  (By Mr. Silverfine) We're going to go through a
6   number of these paragraphs, and I'm going to ask you some
7   information relative to what you know about this, okay?
8   A.  Yes.
9   Q.  On this exhibit -- again, it's Exhibit No. 3 from
10   the Ashton deposition, but your complaint, why don't you
11   turn to Page 8, Paragraph -- your paragraph numbered 37.
12   And why don't you read paragraph numbered 37 to
13   yourself, and then I'm going to ask you some questions off
14   that, okay?
15   A.  Okay.
16   Q.  All right. Having read Paragraph 37, tell me what
17   your memory is and what do you mean when you say that
18   "Mrs. Kennedy" -- I assume that's you?
19   A.  Yeah.
20   Q.  -- "rejected the romantic advances made by Officer
21   McKenzie in the summer of 1991."
22   A.  What do I mean by it?
23   Q.  That's the question.
24   A.  Well, I was friends with him. And I have a lot of

**Page 133**

1   guy friends, and I didn't think any different of it,
2   talking to him on the phone. I'd be running,
3   Rollerblading, biking. He'd pull up to me, give me a
4   water. I accepted it, thinking nothing of it.
5   And then he -- it turned into more of a crush with
6   him. Like, he just, you know, started telling me that he
7   has feelings for me.
8   Q.  And when he told you he had feelings for you, what
9   did you tell him?
10   A.  I was, like, shocked.
11   Q.  You were what?
12   A.  Just a little shocked.
13   Q.  Shocked. This is a friend of yours at the time,
14   right?
15   A.  Yep.
16   Q.  And he says he has feelings for you, and you were
17   shocked; is that right?
18   A.  Correct.
19   Q.  Okay. So what did you do?
20   A.  I just continued being his friend.
21   Q.  Okay. So when you say you rejected his romantic
22   advances, what do you mean by that?
23   A.  He started saying, like, he loved me.
24   Q.  Okay. And where did he tell you he loved you?

34 (Pages 130 to 133)

Brian Kennedy and Michelle Kennedy, et al. vs. Town of Billerica, et al.

Michelle Kennedy - Day 1 - Volume I                                    January 6, 2006

---

**Page 134**

1  A.   Everywhere.
2        MR. FISCHER:  Do you need a tissue?
3  A.   At my mom's work.  He would be in the cars.  And I
4  told my husband.  And my husband knew that he liked me,
5  but then when he started buying me presents, I told my
6  husband, and I showed him all the presents.
7  Q.   (By Mr. Silverfine)  Okay.  What presents do you say
8  Officer McKenzie gave to you?
9  A.   A TV, a handheld TV.
10 Q.   What else?
11 A.   Sneakers, new sneakers that just came out, pumps.
12 Q.   Okay.  What else?
13 A.   Headphones, perfume and flowers.  I don't know if I
14 said that.
15 Q.   No.
16 A.   And there was a couple other things I don't remember
17 right now.
18 Q.   And how did you tell him that you weren't
19 interested?
20 A.   Well, I didn't tell him right away.
21 Q.   Okay.  When did you tell him?
22 A.   His wife taped a conversation of us on the phone.
23 Q.   Okay.  And I think you said earlier you have a copy
24 of that?

---

**Page 135**

1  A.   I do.
2  Q.   Okay.  And is this the copy of the conversation that
3  you turned over to counsel or that you still have at home?
4  A.   I turned over to him.
5  Q.   And what does it say on the in --
6  A.   The tape?
7  Q.   Yeah.  What does it say?
8  A.   "Oh, I went to Ellington Park today."
9  Q.   You went to where?
10 A.   The park.
11       "And you weren't there."
12 Q.   This is a conversation with you?
13 A.   Correct.
14 Q.   Okay.  What else?
15 A.   "What did you do?"  Just a regular conversation,
16 like that.  Short.
17       And I just told him why I didn't go to the park,
18 because I stopped going to the park there, because he
19 would show up there when I would be with my kids.
20 Q.   Anything else on the tape?
21 A.   No.
22 Q.   All right.  So when is it that you rejected -- I
23 think the question is when is it you rejected his, as you
24 term it, romantic advances?

---

**Page 136**

1  A.   It was at a hotel in Burlington, the Marriott, I
2  think it was and still is.
3  Q.   What happened?
4  A.   His wife kicked him out -- well, actually, a mutual
5  friend of his wife, Kim, and Brian's best friend at the
6  time set up a place for us to meet to talk because she
7  wanted to meet me and know about this.
8  Q.   Who's this friend?
9  A.   David Algier.
10 Q.   David?
11 A.   Algier.
12 Q.   Spell it for us.
13 A.   A-L-G-I-E-R.
14 Q.   So Mr. Algier set up this meeting between you and
15 Mr. McKenzie or --
16 A.   Mrs.
17 Q.   -- Mrs. McKenzie?
18 A.   Correct.
19 Q.   So you met her at the hotel?
20 A.   No.  I met her at the Hajjar School in Billerica.
21 Q.   Spell that for us.
22 A.   H-A-J-J-A-R.
23 Q.   And what is that?
24 A.   It's a elementary school.

---

**Page 137**

1  Q.   And did you meet outside?
2  A.   Yes.
3  Q.   And when did you meet?
4  A.   It was -- I don't know.  Say late afternoon, maybe.
5  Q.   What time of year?
6  A.   I think it was in the summer of '91.
7  Q.   Okay.  Summer of '91.  And you're meeting with
8  Mrs. McKenzie?
9  A.   Correct.
10 Q.   And what was the conversation?
11 A.   It was a long conversation.  She told me that she
12 knew her husband was very obsessed with me, that he was
13 now changing his underwear and he used to go days without
14 doing that.  He wears cologne now.  He's never home.
15       "And I know it's not your fault.  I know he chases
16 you around.  I've been following him.  He has a pager now
17 and never had a pager.  He told me he got a pager due to
18 work, but I know he got it for you so you could call him."
19       And then I admitted to her everything.  I told her
20 everything he bought me and -- you know.
21 Q.   But you write here you rejected his romantic
22 advances, right?
23 A.   Right, right.
24 Q.   So how do you reject his roman --

---

Virginia Dodge, RPR - Dunn & Goudreau Court Reporting