# EXHIBIT 3A

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO. 04-CV-12357-PBS
- - - - - - - - - - - - - - - - - -
BRIAN KENNEDY AND MICHELLE Y. KENNEDY,
Individually and as Mother and Next Friend
of BRIAN KENNEDY, Individually and as
Mother and Next Friend of BRIAN KENNEDY JR.,
        Plaintiffs

    -vs-

TOWN OF BILLERICA, DANIEL C. ROSA, JR.,
Individually and as Chief of the Billerica
Police Department, JOHN BARRETTO,
Individually and as former Chief of the
Billerica Police Department, PAUL W.
MATTHEWS, Individually and as former Chief
of the Billerica Police Department, ROBERT
LEE, Individually and as former Deputy Chief
of the Billerica Police Department, THOMAS
CONNORS, FRANK A. MACKENZIE, RICHARD
RHONSTOCK, ROBERT BAILEY, JOHN ZARRO,
MARK TSOUKALAS, TARA CONNORS, MARTIN E.
CONWAY, ANDREW DEVITO, RICHRD HOWE, STEVEN
ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN,
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT
BROWN, WILLIAM G. WEST, GREGORY KATZ,
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F.
MCKENNA AND JOHN DOE,
        Defendants
- - - - - - - - - - - - - - - - - -

DEPOSITION OF MICHELLE Y. KENNEDY
VOLUME II

Deposition taken at the law offices of
Brody, Hardoon, Perkins & Kesten, One Exeter
Plaza, 12th Floor, Boston, Massachusetts, on
Wednesday, July 12, 2006, commencing at 11 a.m.

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
ONE STATE STREET, BOSTON, MASSACHUSETTS 02109

Page 2

APPEARANCES:

For the Plaintiff:

    Jason & Fischer
    By ANDREW M. FISCHER, ESQ.
    47 Winter Street, 4th Floor
    Boston, Massachusetts 02108


For the Defendant:

    Brody, Hardoon, Perkins & Kesten
    By JEREMY SILVERFINE, ESQ.
    And KAREN PETERS, ESQ.
    One Exeter Plaza, 12th Floor
    Boston, Massachusetts 02116


Also Present: Daniel C. Rosa, Jr.

Court Reporter: Anne F. Penn, C.S.R., R.P.R.

    - - - -

Page 3

        I N D E X

 1 WITNESS                    PAGE
 2 MICHELLE Y. KENNEDY
 3
 4
 5 Examination by MR. SILVERFINE        4
 6
 7      E X H I B I T S
 8 NO.      DESCRIPTION        PAGE
 9 1 Deposition Transcript        5

Page 4

 1              P-R-O-C-E-E-D-I-N-G-S
 2              S-T-I-P-U-L-A-T-I-O-N
 3      It is hereby stipulated and agreed by
 4  and between counsel for the respective parties
 5  that the deposition may be signed under the pains
 6  and penalty of perjury and that the filing of said
 7  deposition in court is waived.
 8      It is further stipulated that all objections,
 9  except as to the form of the question, and all
10  motions to strike are reserved until the time of
11  trial.
12              - - - -
13          MICHELLE Y. KENNEDY
14   having been duly sworn, after producing
15  acceptable identification, was deposed and
16  testified as follows:
17          E-X-A-M-I-N-A-T-I-O-N
18  BY MR. SILVERFINE:
19  Q   Good morning, Ms. Kennedy.  We're here to continue
20      your deposition today, and the same ground rules
21      apply that we spoke about last time you appeared
22      in this office on January 6, 2006.  Okay?
23  A   (Nods head.)
24  Q   If at any point in time you don't understand

Page 5

1  something, let me know. I'll try to rephrase the
2  question. If you need to take a break, you have
3  to let me know. If you need to speak to counsel,
4  you have to let me know. Okay?
5  A  Yes.
6  Q  And the same thing, an affirmative response so the
7  stenographer can take something down for the
8  record. Okay?
9  A  Yes.
10  Q  Okay. Let's begin. If I jump around, it's not
11  meant the confuse you; so if there's anything I
12  say please let me know, and I'll try to direct
13  you to a specific question that I have. I'll be
14  asking a series of questions, and then we'll come
15  back to your complaint that we had finished up on
16  or began to as of the last deposition.
17  You were here on January 6, 2006, remember
18  that deposition?
19  A  Yes.
20  MR. SILVERFINE: All right. We're going to
21  mark a copy of your deposition as Exhibit 1 for
22  this. I'll give you a copy when that's done.
23  (Exhibit No. 1, Deposition Transcript, was
24  marked for identification.)

Page 6

1  MR. FISCHER: Do you have a card?
2  COURT REPORTER: Yes.
3  Q  I'm showing you what's now been marked as Exhibit
4  1, and this is the deposition transcript that was
5  taken of you from January 6, 2006. Is there
6  anything in there that's inaccurate?
7  A  Do you want me to read through it now?
8  Q  If you haven't read it, and you want to take the
9  time, by all means. We received your errata
10  sheet, is there anything else not listed on that
11  errata sheet from that deposition?
12  MR. FISCHER: Objection.
13  A  There was a couple -- I really didn't read through
14  it; but at the last deposition there was a couple
15  of things that I might have maybe gotten mixed up,
16  you know, dates.
17  Q  Why don't tell me which ones those are so the
18  record is clear.
19  A  There was a couple of other places I lived at I
20  didn't mention.
21  Q  Okay. Why don't you tell us what other places you
22  lived.
23  A  Tewksbury.
24  Q  When did you live in Tewksbury?

Page 7

1  A  '88.
2  Q  Okay. 1988 until when?
3  A  It was just a few months maybe.
4  Q  Okay. What was the address you lived at in
5  Tewksbury?
6  A  I don't even remember the street name.
7  Q  Okay. Who did you live in Tewksbury with?
8  A  Just my husband Brian.
9  Q  Okay. And how long did you live in Tewksbury with
10  your husband Brian in 1988?
11  A  Just a few months.
12  Q  Okay. Where else did you live?
13  A  Tyngsboro.
14  Q  Tyngsboro?
15  A  Yes.
16  Q  Okay. When did you live in Tyngsboro?
17  A  I believe I was pregnant with my son Mitchell, so
18  maybe in '91 sometime.
19  Q  Okay. How long a period of time did you live in
20  Tyngsboro?
21  A  I don't even remember.
22  Q  And besides your husband and you're -- you said
23  you were pregnant with your son, who else did you
24  live with in Tyngsboro?

Page 8

1  A  My husband Brian and my son and my mother.
2  Q  Joyce?
3  A  Yes.
4  Q  How long did you live in Tyngsboro for?
5  A  I don't remember.
6  Q  Where else did you live that you haven't told us?
7  A  Lived in Florida for a few months.
8  Q  Okay. When was that?
9  A  Before I was married and with kids, and that's
10  about it.
11  Q  Okay. What time did you live in Florida?
12  A  When I was 14 about.
13  Q  Okay. What town did you live in?
14  A  Orlando.
15  Q  Okay. Anyplace else?
16  A  No.
17  Q  Okay. Anything else you want to correct?
18  A  No.
19  Q  Or make note?
20  A  (Shakes head.)
21  Q  Okay. And in reference to today's deposition,
22  what have you done to prepare?
23  A  I read maybe two pages of papers, and that's it.
24  Q  Okay. What papers did you read?

2 (Pages 5 to 8)

Page 9

1  A  My notes.

2  Q  Okay. These are the notes that you refer to in

3    your last deposition, part of the 17 volume

4    notebook?

5  A  Yes.

6  Q  And those notes have not been produced to counsel

7    presently, correct?

8  A  It's just my notes I went over today.

9  Q  I understand that. You haven't produced those

10    notes to us?

11  A  No.

12  Q  Okay. And what do those notes say that you

13    reviewed?

14  A  Just a couple of different incidents that

15    happened.

16  Q  Okay. And what incidents happened that you

17    reviewed notes for?

18  A  I was going over the night that my husband's truck

19    got fire bombed.

20  Q  I'm sorry, your husband what?

21  A  His truck got fire bombed.

22  Q  Okay.

23  A  And —

24  Q  This is back in 1990 —

Page 10

1  A  One maybe. And when Officer Tsoukalas swerved at

2    my son and my husband.

3  Q  When was that?

4  A  I didn't have the date today.

5  Q  Okay. What else --

6  A  That's it really.

7  Q  Okay. In your last deposition on January 6th, I

8    asked you questions about Nigel Griffith which you

9    had responded to, do you remember that?

10  A  Yes.

11  Q  Were you aware of his problems with the law or

12    not?

13    MR. FISCHER: Objection.

14  A  When I was dating him?

15  Q  Yes.

16  A  No.

17  Q  All right. You were unaware of his problems, or

18    you never discussed with him his run-ins with the

19    law, is that what you're saying?

20  A  No, not really.

21  Q  At a certain point in time you complained to the

22    police about being beaten up by him?

23  A  Yes.

24  Q  And did you then discover about problems he had

Page 11

1    with the law?

2  A  That was when I wasn't dating him any more.

3  Q  And how long a period of time did you date him

4    for?

5  A  Maybe February to June.

6  Q  February to June of what year?

7  A  Or July rather, the first week in July, maybe

8    around the 4th.

9  Q  I'm sorry, what?

10  A  Around the 4th of July, shortly after that.

11  Q  Of what year?

12  A  Uhm, like three or four years ago.

13  Q  Do you remember what year that was?

14  A  Maybe 2004.

15  Q  Now, you -- did you have problems, domestic

16    relations problems with your husband Brian?

17  A  Yes.

18  Q  And when did they first begin?

19  A  Oh, we were young.

20  Q  Okay. What year do you say they began?

21  A  Maybe approximately like '88.

22  Q  All right. And how many years did they last?

23  A  Until I had my son Dylan.

24  Q  Son who?

Page 12

1  A  Dylan.

2  Q  And what year is that?

3  A  '92.

4  Q  All right. Did you have further domestic

5    relations difficulty with your husband after you

6    had Dylan?

7  A  Just maybe a shoving match once I would say.

8  Q  Did you file complaints against your husband for

9    domestic abuse over the years?

10  A  Yes.

11  Q  How many times did you file complaints against

12    your husband?

13  A  Approximately three maybe.

14  Q  Three, could it have been more?

15  A  Could have been.

16  Q  Could have been more?

17  A  (Nods head.)

18  Q  And what police departments did you report them

19    to?

20  A  Tewksbury.

21  Q  Tewksbury. Okay. Was that because you lived in

22    Tewksbury at the time?

23  A  Yes.

24  Q  Okay. And did you call Tewksbury to come to your

<table>
<tr><td>

Page 13

1  aid because your husband had hit you or done
2  something to you?
3  A  Yes.
4  Q  Okay. And how many times did you call Tewksbury?
5  A  I don't recall.
6  Q  Okay. Did some of the complaints involve you
7  being beaten up by Brian Kennedy?
8  A  Maybe once or twice.
9  Q  Okay. And what years did that occur?
10 A  I don't recall.
11 Q  And did your husband hit you?
12 A  Yes.
13 Q  Okay. And you reported that to the police?
14 A  Uh-hum, yes.
15 Q  And was your husband prosecuted for that?
16 A  Yes.
17 Q  All right. What happened when he was prosecuted?
18 A  He admitted to his wrongdoing, you know, and never
19 denied it and maybe got put on probation.
20 Q  Did he ever go to jail for this?
21 A  No.
22 Q  Did you go to court and testify?
23 A  I did.
24 Q  And did you ask the court to impose a sentence?

</td><td>

Page 15

1  Q  Do you know what a Restraining Order is?
2  A  Yah, you go in front of a judge. Yah, I honestly
3  don't ever remember that.
4  Q  You don't recall ever requesting a 209 A against
5  Brian Kennedy?
6  A  I don't, no.
7  Q  Okay. Would it surprise you if you did?
8  A  Yes, it would.
9  Q  Okay. So just so I understand your testimony
10 today is that it would surprise you if you ever
11 requested a 209 A order against your husband?
12 A  Yes.
13 Q  Okay. And you're saying that never happened?
14 A  That I can recall.
15 Q  Okay. How long a period of time from the
16 beginning of time that you've been involved with
17 Mr. Brian Kennedy until the present, what stretch
18 of time has Mr. Kennedy done any type of violence
19 against you?
20    MR. FISCHER: Objection.
21 A  It's been 14 years, maybe once in 14 years.
22 Q  Once in 14 years?
23 A  Yah, approximately.
24 Q  All right. And when is the last time you recall

</td></tr>
<tr><td>

Page 14

1  In other words, did you say he hit me, words to
2  that effect?
3  A  Yes. Well, I didn't have to, he admitted to it.
4  Q  Okay. And were there occasions when you wanted
5  Brian Kennedy out of the home?
6  A  Just for the night until things calmed down.
7  Q  Okay. And did you in fact report that to the
8  police as well?
9  A  Yes.
10 Q  All right. How many times did you ask him to get
11 out of the house with the assistance of the
12 police?
13 A  Again, approximately three maybe.
14 Q  Okay. And this is all with Tewksbury?
15 A  (No response.)
16 Q  Anyplace else?
17 A  Billerica.
18 Q  Okay. How many times did you call Billerica for
19 assistance with a domestic relations incident?
20 A  Well, I think I always, they both always came
21 because I lived right on the line.
22 Q  Okay. And did you ever request a Restraining
23 Order against your husband?
24 A  I don't recall.

</td><td>

Page 16

1  having to report him to police authorities?
2  A  It was in the '90's.
3  Q  In the '90's?
4  A  I believe so.
5  Q  What year was that?
6  A  I don't remember.
7  Q  Okay. Do you recall ever having to report that
8  Brian Kennedy violated a Restraining Order to the
9  police?
10 A  Maybe, there's — I don't remember at this time.
11 Q  Is there anything affecting your memory today?
12 A  No, nothing.
13 Q  Are you on any medication?
14 A  No.
15 Q  Have you taken any drugs or alcohol?
16 A  No.
17 Q  Are you presently in a Methadone clinic?
18    MR. FISCHER: Objection. Do you want to talk
19 to me about this?
20    THE WITNESS: Yes.
21    MR. SILVERFINE: There is a standing question
22 before the witness, and you know the rules.
23    MR. FISCHER: Well, if there is a Fifth
24 Amendment issue, she's entitled to talk to

</td></tr>
</table>

4  (Pages 13 to 16)

Page 17

1    counsel.
2        MR. SILVERFINE: She hasn't -- I think she has
3    to answer the question first before. I think
4    that's the rules. There is a standing question
5    before the witness.
6        THE WITNESS: Can I talk to you?
7        MR. FISCHER: She would like to talk to me
8    first.
9  Q   Do you understand my question?
10 A   Yes.
11 Q   Okay. Are you pleading the Fifth on my question?
12 A   I don't understand what pleading the Fifth means.
13       MR. SILVERFINE: Okay. Why don't you go speak
14   to Mr. Fischer. There is a standing question for
15   the record before you. Go speak to your counsel,
16   and then come back in.
17       (Discussion was held off the record.)
18 Q   Mrs. Kennedy, could you answer the last question I
19   asked you.
20       MR. FISCHER: She's been advised, not by me,
21   that she's not obligated to answer that question
22   without a court order. And I suggest you get a
23   court order.
24       MR. SILVERFINE: I'm going to have to get a

Page 18

1    court order.
2  Q   So you understand what this means is we will not
3    be finishing this deposition today, we'll be
4    suspending again because I believe there is
5    information pertinent to this case which has
6    direct relevance that I'll be seeking a court
7    order from your --
8  A   Okay.
9  Q   -- opposition as put forth by Mr. Fischer today to
10   compel an answer.
11 A   Okay.
12 Q   You understand?
13 A   Yes.
14 Q   Okay.
15       MR. FISCHER: As I've indicated, the advice is
16   not from me.
17       MR. SILVERFINE: Well, she is -- she has to
18   answer the question.
19 Q   Are you refusing to answer the question so the
20   record is clear?
21 A   Yes.
22 Q   Okay. And based upon advice of at least
23   Mr. Fischer or counsel today, you're not answering
24   my question?

Page 19

1  A   No.
2        MR. FISCHER: No, that's not correct.
3  A   I knew when I came here --
4        MR. FISCHER: Don't answer anything else.
5    She's not answering the question.
6        THE WITNESS: It has nothing to do with him.
7  Q   You're obligated to answer -- I'm going to quote
8    Mr. Fischer on this. You're obligated to answer
9    my questions unless there is a specific privilege
10   you're asserting, so that's the problem here.
11       MR. FISCHER: She's claiming such a privilege.
12 Q   Okay. What privilege so the record is clear are
13   you asserting?
14       MR. FISCHER: To answer the question would
15   waive the privilege.
16 Q   All right. You need to assert -- what are you
17   asserting that you're refusing to answer the
18   question so the record is clear when I go before
19   the court?
20 A   I don't know what you're saying.
21       MR. FISCHER: As I said on the record, I think
22   it's adequately clear, she's been advised that the
23   question is an improper question short of a court
24   order.

Page 20

1        MR. SILVERFINE: Okay. I respectfully
2    disagree with that.
3        MR. FISCHER: Can I ask, do you have any
4    reason -- any basis for thinking that she's in a
5    Methadone clinic?
6        MR. SILVERFINE: You can't ask me a question;
7    but I think the answer is self-evident by that
8    your client is not responding to my question.
9        MR. FISCHER: If there is a basis for thinking
10   so, then that should have been disclosed in
11   discovery.
12       MR. SILVERFINE: I respectfully disagree. And
13   I think you know as well as I do that I am
14   entitled to ask this question. And I'm going to
15   object to your statement on the record and your
16   inferences thereof. We'll take this up with the
17   court.
18 Q   For the record, is your husband Brian Kennedy in a
19   Methadone clinic as well?
20       MR. FISCHER: Same answer, same objection.
21 Q   So I'm clear on the record, are you refusing to
22   answer that question as well, Mrs. Kennedy?
23 A   Yes.
24 Q   Okay. Have you been involved in the sale or

Page 21

1    distribution of any narcotics during the past 15
2    years to encompass your complaint?
3        MR. FISCHER: I'm going to instruct the
4    witness not to answer that question on the grounds
5    that it may incriminate -- may violate her Fifth
6    Amendment right not to incriminate.
7  Q   Are you taking the Fifth Amendment privilege on
8    that question?
9  A   Yes.
10       MR. SILVERFINE: Okay.
11       MR. FISCHER: Let me have a moment with the
12   witness.
13       MR. SILVERFINE: You're again coaching the
14   witness. This is the second time you're coaching
15   the witness.
16       THE WITNESS: I don't know what Fifth
17   Amendment means.
18       MR. FISCHER: I'm not coaching the witness. I
19   may waive the privilege. I'm entitled to confer
20   with the witness.
21       MR. SILVERFINE: I haven't said you can't
22   confer. I just want to get a response from the
23   witness, and you won't let the witness respond as
24   to my inquiry. You certainly can put on the

Page 22

1    record what you want. You certainly can confer
2    with her, by all means, go ahead. You keep
3    interrupting me, and you did this last time as
4    well. Go ahead and confer.
5        (Discussion was held off the record.)
6        (The last question was read.)
7        (The last answer was read.)
8        MR. FISCHER: I'll withdraw the instructions
9    to the witness not to answer the question. I
10   object to the question as neither relevant or
11   probative nor likely to lead to relevant
12   information and inappropriate.
13 Q   Do you understand the question?
14 A   Can you say it again, please.
15 Q   Sure. I asked you if you were involved in the
16   sale and/or distribution of any narcotic
17   substances over the last 15 years to encompass
18   your complaint that's the subject matter of this
19   deposition.
20 A   Never.
21 Q   Okay. How about your husband Brian Kennedy?
22 A   Not to my knowledge.
23 Q   How about Billy Ashton?
24 A   Same, not to my knowledge.

Page 23

1        MR. SILVERFINE: Okay. For the purposes of
2    the record, I'm going to ask the Court Reporter
3    just take the Exhibit 1 and transfer it to the
4    full transcript with pages on both sides.
5  Q   I put a copy in front of you. Okay.
6        Mrs. Kennedy, I may have asked this earlier, but
7    has your husband besides what you've referenced
8    before, has he been violent to you over the past
9    15 years?
10 A   Within the last 15 years?
11 Q   Yes.
12 A   Uhm --
13       MR. FISCHER: Objection, asked and answered.
14 Q   You can answer.
15 A   Just maybe a push like once, maybe twice at the
16   most.
17 Q   Okay. Did he ever hit you on the head with a
18   bottle?
19 A   Yes.
20 Q   Has he ever hit you or struck you with anything
21   else besides a bottle?
22 A   No, but that was before 15 years ago.
23 Q   Okay. When was that?
24 A   That was I believe the summer that I met

Page 24

1    Frank MacKenzie, which is '91 maybe.
2  Q   Okay. And have you ever been hospitalized as a
3    result of the actions by your husband Brian
4    Kennedy against you?
5  A   Just that one time.
6  Q   What happened that one time?
7  A   He hit me with a bottle.
8  Q   Did you go to the hospital?
9  A   I did.
10 Q   What kind of injuries did you suffer?
11 A   Stitches.
12 Q   What hospital did you go to?
13 A   I don't remember.
14 Q   You don't remember?
15 A   (Shakes head.)
16 Q   Who is your primary care physician?
17 A   I don't have one right now.
18 Q   You don't have one right now?
19 A   No.
20 Q   What happens if you get hurt?
21 A   I go to the hospital.
22 Q   Which hospital is that?
23 A   There's three in Lowell.
24 Q   Which one would you go to?

6 (Pages 21 to 24)

Page 25

```
 1   A   I go to either or.
 2   Q   Tell me the names of the hospitals.
 3   A   Saints Memorial and Lowell General.
 4   Q   Does your husband have a primary care physician?
 5   A   He does.
 6   Q   What's the name of his primary care physician?
 7   A   I'm not sure of the name.
 8   Q   You don't know the name?
 9   A   I don't.
10   Q   You've been married how long, ma'am?
11   A   1988.
12   Q   And who is your children's primary care physician?
13   A   Dr. Goldfarb.
14   Q   Where are his offices?
15   A   Burlington, Mass.
16   Q   How many Restraining Orders do you recall getting
17       against Brian Kennedy?
18   A   I don't recall ever getting a Restraining Order
19       against him.
20   Q   Are you saying that didn't happen?
21       MR. FISCHER: Objection, asked and answered.
22   Q   You can answer.
23   A   What did you say?
24   Q   Are you saying that didn't happen?
```

Page 26

```
 1   A   I don't remember it happening.
 2   Q   When are you saying to the best of your memory
 3       today that you had a violent interaction with
 4       Brian Kennedy that required you to call the
 5       police?
 6       MR. FISCHER: Objection, asked and answered.
 7   A   It was around the year that Lieutenant Connors'
 8       badge got stolen, around that time.
 9   Q   Well, what year is that, ma'am?
10   A   I don't recall off the top of my head right now.
11   Q   You don't recall off the top of your head?
12   A   No.
13   Q   You just suffer from bad memory or —
14   A   So many incidents.
15       MR. FISCHER: Objection, argumentative.
16   Q   So many incidents?
17   A   So many.
18   Q   But those notes you've kept outlined this, right?
19   A   Not all of them.
20   Q   Not all of them. So how do you remember all of
21       these things?
22   A   I remember a lot of them.
23   Q   You do, okay. By the way, the last time you were
24       here, you were talking about all these videos that
```

Page 27

```
 1       you've taken.
 2       MR. FISCHER: Objection.
 3   A   Yes.
 4   Q   Have you produced all the videos to us?
 5   A   I produced not all of them.
 6   Q   Not all of them. Why is it you haven't produced
 7       all of them?
 8   A   Haven't had time.
 9   Q   You haven't had time?
10   A   (Shakes head.)
11   Q   Okay. How many videos are out there that you
12       haven't produced to the Defendants?
13   A   Just a couple more maybe.
14   Q   A couple more. What's the dates of those videos,
15       ma'am?
16   A   I don't remember.
17   Q   You don't remember. Where are those videos kept,
18       ma'am?
19   A   They're at my house.
20   Q   Okay. And are they in a box?
21   A   They're in the safe I believe.
22   Q   And is there any reason why you haven't produced
23       that to us, ma'am?
24       MR. FISCHER: Can I —
```

Page 28

```
 1   Q   Is there any reason you haven't produced those,
 2       ma'am?
 3   A   William Ashton has them.
 4   Q   William Ashton has lived with you for how long,
 5       ma'am?
 6   A   On and off for a lot of years.
 7   Q   And you also mentioned last time you were here you
 8       had three audio tapes, remember that, the last
 9       time you were here for your deposition?
10   A   Audio as in sound?
11   Q   Yes.
12   A   Yes.
13   Q   Any reason why you haven't produced two of those
14       audio tapes to us, ma'am?
15   A   I did.
16   Q   Well, you've only produced one audio tape.
17   A   I actually produced a couple. I don't know.
18   Q   So you're saying that your counsel hasn't produced
19       to us all of the audio tapes, is that right?
20   A   I just produced them.
21   Q   When did you just produce them?
22   A   Right before 4th of July.
23   Q   Right before 4th of July.
24   A   Maybe right after.
```

Page 29

1  Q  Maybe right after, I see. And today is July the
2     12th, do you agree with me?
3  A  Yes.
4  Q  And you're saying how many audio tapes did you
5     produce?
6  A  Two.
7  Q  Two more additional audio tapes?
8  A  Just two.
9  Q  The audio tape that you produced to us, do you
10    recall which one that was?
11 A  The last two I did, yes.
12 Q  Which ones are the last two? Which ones are they?
13 A  Frank MacKenzie and I talking on the phone.
14 Q  Okay. That's one. And how did you get that one?
15 A  William Ashton gave it to me.
16 Q  And where did that originally come from? Like who
17    made the recording?
18 A  His friend -- MacKenkie's wife taped it.
19 Q  When did you obtain a copy of it?
20 A  The night Frank MacKenzie's wife taped it. He
21    called me and met me at McDonald's and played it
22    to me.
23 Q  All right. And allegedly when was that date to
24    the best of your memory?

Page 30

1  A  At McDonald's when he played it?
2  Q  When you got a copy of the audio tape.
3  A  It was in '91.
4  Q  Okay. And that's the incident where you're having
5     a conversation you say with Mr. MacKenzie, and he
6     says something to the effect of Kim is here,
7     something like that, is that right?
8     MR. FISCHER: Objection.
9  A  No.
10 Q  No, tell me what you remember this audio tape is.
11 A  He said he went to the park looking for me and I
12    wasn't there. Why. What did I do that day.
13    I told him I got my eye-brows waxed. There is
14    a couple of other things on there, just small
15    talk.
16 Q  Okay. The other two audio tapes, what do they --
17 A  The other one.
18 Q  You said there were two more, ma'am.
19 A  I said I produced two.
20 Q  You said you produced two?
21 A  Yes.
22 Q  What's the second one you produced?
23 A  Robin Reslo.
24 Q  What does that contain in there?

Page 31

1  A  She calls a friend of mine's house, and she
2     thought we were fighting. And she called and
3     pretended she was me, and said this is Mickey,
4     stay away from my Brian, and I'm not kidding.
5     That's what it says.
6  Q  When was this audio tape allegedly taken?
7  A  Same time, summer of '91.
8  Q  And how did you get a copy of this audio tape?
9  A  My friend Shannon.
10 Q  And when was it given to you?
11 A  Days later maybe.
12 Q  This is 1991?
13 A  I believe so.
14 Q  And are there any other audio recording cassettes
15    that you haven't given to us?
16 A  I don't have them. They're at my house in the
17    safe, maybe one or two more.
18 Q  And what do these one or two more contain, what do
19    they contain?
20 A  William Ashton recorded them or video.
21 Q  Okay. Well, let's start with the audio. What
22    other audio cassette recordings do you have that
23    you haven't turned over?
24 A  I don't know what's on them.

Page 32

1  Q  Well, when were they taken?
2  A  I think when I lived on Bridge Street.
3  Q  How long ago was this?
4  A  Like a year or two ago.
5  Q  And what do they contain in there?
6  A  I don't recall.
7  Q  Okay. And the other video recordings you haven't
8     given up, what do they contain?
9  A  I'm not exactly sure, I think a couple of them
10    incidents with the police.
11 Q  Pertaining to what incidents, ma'am?
12 A  Maybe when I lived at the trailer park.
13 Q  And when was this?
14 A  About two years ago.
15 Q  And what do the videotapes depict?
16 A  I'm not exactly sure. I honestly can't say.
17 Q  And how many are there, ma'am?
18 A  There's just a couple of more I believe.
19 Q  Two, three, four?
20 A  I don't know.
21 Q  You don't know?
22 A  (Shakes head.)
23 Q  You have to answer for the record.
24 A  I'm not sure how many there is left.

8 (Pages 29 to 32)

Page 33

1    MR. FISCHER: If you would like to suspend
2  until she produces them, I'm happy do that and
3  come back tomorrow or Monday.
4    MR. SILVERFINE: You and I are both on a very
5  tight schedule --
6    MR. FISCHER: Let me finish. I want to say
7  for the record I understood that everything was
8  produced.
9    MR. SILVERFINE: That's your representation.
10  Your client's representation is different I want
11  it noted for the record.
12    I want to continue -- we're definitely
13  suspending. I want to continue because we're on a
14  tight budget, days are few. I would like to get
15  as much done today, and I'll asterisk those
16  sections and I'll file a motion.
17    MR. FISCHER: You needn't file a motion.
18  You'll get these tapes. You'll get them quickly.
19    MR. SILVERFINE: When I receive them --
20    MR. FISCHER: As I said, I wasn't aware they
21  had not been produced.
22 Q   Is there any other documents or video, audio
23  cassettes you haven't produced to us, ma'am, that
24  pertain to this case?

Page 34

1 A   What I have access to, I produced to my attorney.
2 Q   When you say you have access to, it's your home
3  these things are stored, correct?
4 A   Right, but --
5 Q   You're the owner of the home?
6 A   It's William Ashton's safe, and I won't go into
7  his personal things.
8 Q   The last time you were here, William Ashton said
9  they were in your safe. Do you remember that
10  ma'am?
11 A   (Nods head.)
12 Q   When you were in that chair next to where
13  Mr. Fischer is?
14 A   Yes.
15 Q   Okay. So let me ask you the question again. Are
16  there any other documents or audio cassettes or
17  video cassettes that you haven't produced that you
18  haven't identified here today?
19 A   No.
20 Q   Besides Brian Kennedy and Nigel Griffith, has
21  anyone else physically beaten you during the time
22  period of your complaint?
23    MR. FISCHER: Objection.
24 A   Yes.

Page 35

1 Q   Who else?
2 A   Officer Tsoukalas.
3 Q   When did Officer Tsoukalas physically beat you?
4 A   On Billerica Ave. slash Woburn Street in
5  Billerica.
6    MR. FISCHER: Listen to the question. The
7  question is when.
8 Q   When, your attorney is actually correct on that.
9 A   I don't remember the date at this point.
10 Q   Is it in your complaint?
11 A   Yes.
12 Q   Well, take your time. We'll show you what's been
13  previously marked. Just ignore the blue tab.
14  This has been marked Exhibit 3 from Billy Ashton's
15  deposition which you were present. It's a copy of
16  your complaint I represent to you.
17    Tell me where in your complaint you're
18  referring to where Officer Tsoukalas struck you.
19 A   I'm sorry?
20 Q   Take your time, ma'am. That's exactly what I want
21  you to do. Just review your complaint and tell me
22  the section you're referring to.
23 A   June 9, 2002.
24 Q   And this is the incident where you allege -- I

Page 36

1  think it's your paragraph No. 105, is that right?
2  Is that correct?
3 A   Yes.
4 Q   And this is where you say he bent your finger
5  back?
6 A   Correct.
7 Q   What hospital did you go to, ma'am?
8 A   Saints Memorial.
9 Q   Okay. What doctor did you see?
10 A   I don't recall.
11 Q   All right. And did you go directly to the
12  hospital after this incident?
13 A   If I didn't go directly, I went shortly after.
14 Q   On the same date you went, June 9th?
15 A   I don't recall. It was, you know, within hours.
16 Q   Okay. So either June 9th or June 10th you went to
17  the hospital?
18 A   Yes.
19 Q   And who went with you to the hospital?
20 A   I think myself.
21 Q   You drove yourself?
22 A   I think so.
23 Q   No one went with you?
24 A   Usually somebody does come with me, but --

DUNN & GOUDREAU

Page 37

1  Q   What's your memory on that day?
2  A   Well, I remember one time I was at the hospital by
3      myself, and it might have been that incident. I
4      don't know.
5  Q   Okay. And what did they do for your finger on or
6      about June 9, 2002?
7  A   They taped it up and put a splint and whatnot and
8      gave me medicine.
9  Q   And do you remember what kind of medicine they
10     gave you?
11 A   Probably some type of a pain medication.
12 Q   Okay. Had you injured that finger prior to that
13     date?
14 A   No.
15 Q   And did you go to the emergency room that day?
16 A   Yes, I did.
17 Q   Okay. And did you see the physician?
18 A   A doctor, yes.
19 Q   Okay. And did you return to that same hospital
20     for care after that date?
21 A   Oh, I've been to that hospital many a times.
22 Q   All right. Specifically with regard to follow-up
23     care for your --
24 A   Finger.

Page 38

1  Q   -- finger, did you go back to that same Hospital
2      for care of that finger?
3  A   I don't believe so.
4  Q   You didn't have any further medical treatment on
5      that finger?
6  A   I don't think so, not that I can recall.
7  Q   Okay. Let me have that back for a second.
8  A   (Complies.)
9  Q   Thank you. When we were talking about your
10     husband Brian and the history of violence, is it
11     fair to say you've called the police, at least the
12     Tewksbury police some 20 times to report an
13     assault by your husband on you?
14 A   No, I don't think I've called that much.
15 Q   No?
16 A   (Nods head.)
17 Q   How many times do you say you've called?
18 A   I would say maybe five over the years.
19 Q   Okay. Is it --
20 A   For my husband assaulting me.
21 Q   Just talking about your husband Brian,
22     Brian Kennedy, during the period of time which
23     encompasses this complaint, is it fair to say that
24     you have actually called the Tewksbury police

Page 39

1      approximately 20 times to report violence done
2      upon you from Brian Kennedy?
3          MR. FISCHER: Objection, just asked and
4      answered.
5  Q   You can answer, ma'am.
6  A   I don't know how many times.
7  Q   Okay. Fair to say it's more than ten?
8  A   No.
9          MR. FISCHER: Objection, asked and answered.
10 Q   Okay. How many times do you say?
11 A   I don't know, maybe five, six, something, I don't
12     know.
13 Q   Okay. And you made also separate calls to the
14     Billerica PD relative to your husband Brian. How
15     many times do you say you called the Billerica PD
16     to report acts of violence by your husband
17     Brian Kennedy on you?
18 A   I don't recall.
19 Q   Approximately how many times?
20 A   I would be guessing, I don't know.
21 Q   And each time the police responded to the report
22     of domestic abuse you called in, right?
23 A   Oh, yes.
24 Q   They showed up?

Page 40

1  A   Yes, they did.
2  Q   And certain instances you said you wanted to
3      cooperate and push forward, right?
4  A   Yes.
5  Q   And certain instances you didn't want to
6      cooperate, right?
7          MR. FISCHER: Objection.
8  A   As in what?
9  Q   After you called, did you want to push for his
10     arrest or a complaint to issue against him on each
11     and every one of those calls that you say you made
12     to the police?
13 A   Sometimes I would just want him to leave for
14     awhile while he cooled down.
15 Q   Sometimes you didn't want him at the house, right?
16 A   Right.
17 Q   Sometimes you asked for a Restraining Order?
18 A   No.
19 Q   Never asked for a Restraining Order?
20 A   I don't ever recall --
21 Q   Never?
22 A   I might have, but I would be shocked like you
23     said.
24 Q   I want your words not my words.

Page 41

1  A    I would be shocked if I did because I don't ever
2       remember asking for a Restraining Order.
3  Q    All right. Were you ever assaulted by -- is your
4       mother Joyce Tibbets?
5  A    Yes.
6  Q    Were your assaulted by your mother?
7  A    Yes.
8  Q    Okay. And when were you assaulted by your mother?
9  A    I don't remember.
10 Q    Some time in 1993?
11 A    I don't remember. I mean it was probably only
12      once in my life, so I don't remember the date.
13 Q    You don't remember the year that your mother
14      assaulted you?
15 A    No, no.
16 Q    Your own mother, you have no recollection of when
17      your mother assaulted you?
18      MR. FISCHER: Objection.
19 A    No.
20 Q    What did she do to you?
21 A    I don't even remember.
22 Q    Do you remember calling the police?
23 A    On my mother, no.
24 Q    You never called the police?

Page 42

1  A    On my mother, no. I could have, but I don't
2       remember.
3  Q    You don't remember that?
4  A    No.
5  Q    Do you remember calling the police to your home
6       for a disturbance between William Ashton and
7       Scott Ashton?
8  A    Yes.
9  Q    When was that?
10 A    That was when I actually filed the complaint on my
11      husband.
12 Q    Tell me about that episode.
13 A    Well, there was two. I mean --
14 Q    When was the first one?
15 A    It was Brian, Scott and I were there. We were all
16      friends. And then after Lieutenant Connors' badge
17      got stolen is when the two Ashton brothers started
18      fighting. And they had a fight; and, yes, the
19      police were called.
20 Q    Did you call the police?
21 A    No, they were on the phone with Scott Ashton
22      actually, and Billy overheard them. And Billy
23      confronted Scott, and they took it to my house and
24      fought there.

Page 43

1  Q    Okay. So you say you didn't report a disturbance
2       at your home between Billy and Scott Ashton back
3       in 1988 that you were describing to us?
4  A    I did too eventually when they came there too,
5       yes.
6  Q    When you say they eventually came there, did you
7       report it to the police?
8  A    There was about 15, 17 officers there that
9       watched.
10 Q    Before they got there, did you report the
11      disturbance to the police?
12 A    I don't remember.
13 Q    You don't remember that?
14 A    I don't remember.
15 Q    You had just mentioned a little while ago about
16      the fire bombing of your husband's truck.
17 A    Yes.
18 Q    That took place in 1991?
19 A    I don't remember.
20 Q    You have your complaint in front of you. I don't
21      want to misquote you. Tell me when it was.
22 A    Okay.
23 Q    All right. You've read the complaint, does that
24      refresh your memory?

Page 44

1  A    I read some of it.
2  Q    Well, read as much as you need so I don't want to
3       misquote you.
4  A    Yes, it was 1991.
5  Q    You tell me what year that was.
6  A    '91.
7  Q    Okay. Before the fire bombing of your husband's
8       truck, did you report to the police you saw
9       Richie Reslo running from your property sometime
10      around 3 a.m.?
11 A    Never.
12 Q    Never?
13 A    Never that I can recall.
14 Q    I'm asking your memory. Did you report at 9 a.m.
15      some point on July 15, 1991 prior to the fire
16      bombing that you then discovered damage to one of
17      your vehicles to the police?
18 A    After the fire bombing?
19 Q    No, I'm talking about before the fire bombing, did
20      you report to the police that you saw Richie Reslo
21      running from your property at 3, and then in the
22      morning around 9 a.m. discovered damage to your
23      vehicle?
24 A    I might have reported that, but not anything about

11  (Pages 41 to 44)

Page 45

```
1       running at 3 a.m., absolutely not.
2   Q   Never said that?
3   A   That I can remember.
4   Q   Did you report to the Tewksbury police that you
5       were receiving threatening phone calls from a
6       Robin Reslo?
7   A   Yes, I remember that.
8   Q   That was some time in 1991, is that correct?
9   A   It was -- yah, '91, yes.
10  Q   Okay.  And what kind of threats did you receive
11      from Robin Reslo?
12  A   She would just call and just say I was going to
13      get my ass beat.
14  Q   Okay.  And what did this -- where did these
15      threats emanate from?  Did you have a beef with
16      her?
17  A   Yes, we did have a fight.
18  Q   What was the beef about?
19  A   Frank MacKenzie, I was friends with him at the
20      time; and he called me and showed up at my
21      friend's down Wilson Street and told me
22      Robin Reslo had just called the Billerica police
23      station saying I was out front of her house acting
24      up.  Those were my words.  And we were, because we
```

Page 46

```
1       were have a Silly String fight and a water fight.
2   Q   A what?
3   A   Silly String fight.
4   Q   I'm not familiar with what Silly String is.
5   A   Kids use it, Silly String.
6   Q   You were having a Silly String fight?
7   A   And a water fight.
8   Q   And then what happened?
9   A   She called the police and said we were disturbing
10      the neighborhood.  And Frank MacKenzie and Steven
11      Elmore came down and told me she had just called
12      there, and that's when our fighting began.  I
13      asked her why she called the police.
14  Q   And you were angry at her because she called the
15      police because you were having this Silly String
16      fight and water fight?
17  A   Yah.
18  Q   What did you say to her?
19  A   I said why did you call the police and say we were
20      having a fight?  We're not bothering you.  And she
21      asked me how I found out about her calling the
22      police.  And I didn't tell her, but --
23  Q   So did you report the threatening phone calls from
24      Robin Reslo to the police?
```

Page 47

```
1   A   I know they put a phone tap on my phone.
2   Q   When you say they, who is they?
3   A   The phone company.
4   Q   How come the phone company put a phone tap on your
5       phone?
6   A   Because I was getting hang up calls.
7   Q   Did you request it?
8   A   Yes.
9   Q   You requested --
10  A   I did.
11  Q   And that was because you were getting calls from a
12      person who you knew to be Robin Reslo?
13  A   Exactly.
14  Q   Robin Reslo was threatening you with what?
15  A   Just to fight me.
16  Q   Just to fight you?
17  A   Yah, something like that.
18  Q   And what did you do as a result of that?
19  A   I just laughed at her every time I seen her.
20  Q   So they weren't even threatening to you?
21  A   Robin, never, not really.
22  Q   So why did you report it as threatening phone
23      calls?
24  A   Because it was a threat; but I was, you know,
```

Page 48

```
1       didn't think she'd actually follow out with her
2       threats; but she was threatening me, so that's why
3       I reported it.
4   Q   In those threatening phone calls, did someone or
5       did Robin make reference to your truck being blown
6       up?
7   A   Not that I can recall, no.
8   Q   You didn't tell the police that?
9   A   I never told the police that.
10  Q   Never told the police that?
11  A   Never.
12  Q   And during the time period that you lived in the
13      trailer park, did people complain that you had
14      slashed their tires?
15  A   Yes.
16  Q   Who made a complaint against you for slashing
17      their tires?
18  A   I don't know, a few people.
19  Q   Name them.
20  A   I don't know.  I just told you I don't know.
21  Q   The trailer park is not that big.  Who made a
22      complaint against you that you slashed their
23      tires?
24  A   I don't know.
```

Page 49

1  Q  You have no idea?
2  A  Not at this time. I know that I heard about it
3     though.
4  Q  You heard about it?
5  A  Oh, Tara Hawks maybe.
6  Q  Tara Hawks, anyone else?
7  A  She said William Ashton -- I don't know, I don't
8     remember.
9  Q  How about Tony Risso?
10 A  I never heard of Tony Risso.
11 Q  No?
12 A  (Shakes head.)
13 Q  Did you complain to the Tewksbury police back in
14    '99 that you heard some kind of noise outside your
15    trailer and went outside to see -- I'm going to
16    mispronounce it -- Mr. Micciche --
17 A  Brian Micciche, yah.
18 Q  -- throwing a rock at your vehicle?
19 A  Yah, I remember that.
20 Q  What?
21 A  He was friends with Scott Ashton, so after the
22    badge incident when the cops started following us
23    and stalking our house, he pulled up in a Corvette
24    I believe and threw something at my Lexus.

Page 50

1  Q  Okay. And did he strike your Lexus?
2  A  Yes, he did.
3  Q  And you reported that to the police?
4  A  Yes, I did.
5  Q  And the police came to your house?
6  A  I think so. I don't remember what happened. I
7     mean nothing ever came about it, but --
8  Q  What's your relationship with Micciche, do you
9     have one?
10 A  What's my relationship with him?
11 Q  Right, in other words --
12 A  Well, he was a Billerica cop. I mean at the time
13    we were fighting.
14 Q  You were fighting?
15 A  Yah.
16 Q  What were you fighting about?
17 A  I just told you, he was best friends with
18    Scott Ashton, and it was the first time I met him
19    after the badge incident. He started harassing us
20    along with other Billerica officers.
21 Q  How was Micciche besides than this incident
22    harassing you?
23 A  I ran into him at the Lowell Exxon, and the clerk
24    called the police. And he took charges out on us,

Page 51

1     and we went to court over it.
2  Q  And what happened with that case?
3  A  Not guilty.
4  Q  Not guilty against you?
5  A  All of us.
6  Q  Were you also -- did you report that you were
7     threatened by a Cindy Hutton back in 1999?
8  A  I fought Cindy Hutton back in 1999.
9  Q  You fought her?
10 A  I did.
11 Q  You mean physically?
12 A  Yes.
13 Q  You had a fist fight?
14 A  She attacked me, and the Tewksbury cop came. He
15    recorded the conversation, and Cindy admitted to
16    attacking me.
17 Q  So what happened with that?
18 A  Nothing, just stay away from each other.
19 Q  She was a former friend of yours?
20 A  She was, yes, she was a friend.
21 Q  And what were you fighting about on that occasion?
22 A  The Billerica police.
23 Q  You were fighting about the Billerica police?
24 A  Well, we weren't friends no more because of the

Page 52

1     Billerica police.
2  Q  Explain that to me. I don't understand. Why
3     weren't you friends with her.
4  A  Anybody I'm associated with or are friends
5     with --
6        MR. FISCHER: The question is about
7     Cindy Hutton.
8  A  -- they told them to stay away from me.
9  Q  How do you know they told Cindy Hutton to stay
10    away from you?
11 A  She told me in the past.
12 Q  Why would that cause you to fight her physically?
13 A  She just came after me on my porch.
14 Q  She just came up to you and started fighting?
15 A  She delivers the newspaper, the Lowell Sun.
16 Q  Okay. And how did that lead to a fist fight?
17 A  She just said something to me and came at me.
18 Q  She said something, what did she say to you?
19 A  I don't remember the words.
20 Q  She's delivering the newspaper, and she says
21    something to you, and you started a fist fight
22    with her?
23 A  She came at me, yes, she admitted to the police
24    too.

13 (Pages 49 to 52)

Page 53

```
 1  Q   I see. What did you do?
 2  A   I was just trying to keep her off me as best as I
 3      could.
 4  Q   Back in that same period of time, September '99,
 5      did you confront a Tewksbury officer while they
 6      were doing an investigation for a missing child in
 7      your area?
 8  A   A missing child?
 9  Q   A missing person.
10  A   I don't know what you're talking about.
11  Q   You don't remember that?
12  A   No.
13  Q   An officer was investigating a missing person in
14      your area, and you and Brian Kennedy confronted
15      the officer, do you remember that?
16  A   No.
17  Q   Did your husband Brian Kennedy take action against
18      Cindy Hutton after your fist fight with her?
19  A   No.
20  Q   Are you aware she reported being assaulted by your
21      husband Brian Kennedy after your fist fight with
22      her?
23  A   No.
24  Q   Not aware of that?
```

Page 54

```
 1  A   (Shakes head.)
 2  Q   Did you tell him to go after Ms. Hutton?
 3  A   No.
 4  Q   Did you tell him about the fight you had with
 5      Ms. Hutton back in September of 1999?
 6  A   Yes.
 7          MR. FISCHER: The witness answered before I
 8      could assert the marital privilege. I'm not
 9      waiving the privilege, but I have no objection to
10      letting the answer stand.
11  Q   In December of 1999, did you report to the
12      Tewksbury police you were being threatened?
13          MR. FISCHER: I'm sorry, in?
14  Q   December of '99.
15  A   I don't -- maybe over -- I don't remember the
16      incident, but I could have, yes.
17  Q   What were you being threatened back in December of
18      '99?
19  A   It was -- it had to have been either the Billerica
20      police or the Hawkses I would have to say.
21  Q   What was the nature of the complaint back in
22      December of 1999?
23  A   I don't know at this time.
24  Q   Has your home ever been searched by police for
```

Page 55

```
 1      drugs?
 2  A   Yes.
 3  Q   When was that?
 4  A   Shortly after the MacKenzie incident, maybe in
 5      '91.
 6  Q   Which police department?
 7  A   Billerica.
 8  Q   Any other police departments searched your home?
 9  A   Yes.
10  Q   What other police departments have searched your
11      home?
12  A   Billerica --
13  Q   You already --
14  A   -- and there was a Tewksbury officer there.
15  Q   Both Billerica and Tewksbury?
16  A   Yes.
17  Q   Okay. Any other departments?
18  A   No.
19  Q   Okay. And when did the second one take place?
20  A   I don't remember the year. '88 maybe.
21  Q   Okay. And what happened as a result of those
22      searches that you've mentioned?
23  A   I think it was in '91 or something they -- they
24      searched for drugs, but they didn't find anything.
```

Page 56

```
 1  Q   Okay. Were any charges brought against you, your
 2      husband, or Billy Ashton for any of those two
 3      searches you've mentioned to us?
 4  A   No.
 5  Q   And besides those two, any other further searches
 6      of your home since 1991 that you are aware of?
 7  A   The police have come in my house, yah.
 8  Q   For search --
 9  A   With a search warrant, no.
10  Q   How about any kind of search?
11  A   Yah, they've come.
12  Q   Okay. When was that?
13  A   After the badge incident, Scott Ashton and his
14      brother Billy were fighting. And he said
15      something to the effect of a black buck knife, and
16      the police searched my mom's house and my house.
17  Q   Has your mom's house ever been searched for drugs?
18          MR. FISCHER: Objection.
19  A   No.
20  Q   Does your mom have any criminal record?
21  A   No. Actually, she got pulled over once by
22      Billerica I believe and her car towed.
23  Q   Okay. What was that for if you know?
24  A   Right after like the day after I reported
```

14 (Pages 53 to 56)

Page 57

```
1     Frank MacKenzie to the Chief of Police.
2  Q  This is 1991?
3  A  Yes, that's it.
4  Q  Anything else you can recall?
5  A  Not that I recall.
6  Q  Are you aware of an incident back in November of
7     '99 where Brian Kennedy and William Ashton
8     threatened to kill Rachel LeFevre?
9  A  Yes, I am aware of that.
10 Q  Tell us about that.
11 A  She again was friends with us. And her best
12    friend was a witness for us. And we ended up
13    fighting and not getting along any more.
14       And I had gone out, and she took a coat of
15    mine off my fence at the trailer park. And
16    Billy Ashton watched her do it, video'd it. And
17    she went and put my coat in her car.
18       And he called the Tewksbury police. And when
19    they came, he described to the Tewksbury police
20    what she was wearing and where exactly she put my
21    coat.
22       With that, they went and got my coat back that
23    she urinated on. And then they I think took out a
24    charge maybe on her or a hearing. And with that,
```

Page 58

```
1     she was angry and said that Brian or Billy, I'm
2     not even sure which one, had threatened her.
3  Q  Were you present for all this?
4  A  No.
5  Q  So how do you know all this?
6  A  Because Billy video'd her taking my coat. And
7     when the police came down, he said -- he told, you
8     know, this is what she did, she put it in a car
9     out front. And he described my coat. And she
10    gave -- the girl Rachel gave my coat to the
11    police.
12 Q  Did you ever produce that video to anyone?
13 A  No. I ended up dropping the charges I think.
14 Q  Why is that?
15 A  Because we were neighbors, our kids hung out, I
16    got my coat back.
17 Q  And who is the friend who was a witness for them?
18 A  Monique.
19 Q  Who?
20 A  Monique. Who was her friend?
21 Q  Yes.
22 A  Monique Ladeau.
23 Q  Where does she live?
24 A  She lives in the trailer park.
```

Page 59

```
1  Q  She still lives there?
2  A  I don't know.
3  Q  Let me ask you, and again I'm not trying to trick
4     you, but just we had discussed a few minutes ago
5     your receipt of what you said were threatening
6     calls from Robin Reslo. Do you remember that a
7     few minutes ago we talked about it?
8  A  Yes.
9  Q  And we talked about it I think we said some time
10    in November 1991. Do you remember saying or
11    reporting to the police that Robin Reslo said she
12    was dealing bombs and had connections to the mob,
13    that's what you told the police Robin said, do you
14    remember that?
15 A  No, I don't remember those exact words.
16 Q  Well, tell me the words you remember.
17 A  I don't.
18    MR. FISCHER: Are you asking about the prior
19    deposition?
20 Q  No, just a few minutes ago today.
21 A  I don't remember at this time.
22 Q  Okay. Do you remember you telling the police that
23    Robin Reslo said you were going to end up in the
24    river with bricks tied to your feet?
```

Page 60

```
1  A  Yes, I remember that.
2  Q  And you reported that to the police?
3  A  I did, yes.
4  Q  And you told the police you had an ongoing problem
5     with Robin Reslo, do you remember that?
6  A  Yes, it was a lady officer that came.
7     MR. FISCHER: Wait for the question, and just
8     answer the question.
9  Q  And you told the police you had a friend named
10    Michelle Horn, do you remember that?
11 A  I have a friend Michelle Horn.
12 Q  And your friend overheard this Josephine talking
13    about your truck being blown up, do you remember
14    that? That's what you told the police back in
15    1991?
16 A  Well, maybe after it happened everybody knew about
17    it, so the whole town was talking about it, so I
18    could have said that.
19 Q  But that's what you told the police back in
20    September of 1991 about the truck, right?
21 A  Probably.
22 Q  You told us at the deposition back on
23    January 6, 2006 that Brian Kennedy lived with
24    Raymond Trainor, right?
```

Page 61

1   A   Yes.
2   Q   That's not true, is it, ma'am?
3   A   Yes, it was true.
4   Q   Did you or Brian Kennedy pay any rent to
5       Mr. Trainor?
6   A   Yes, we did.
7   Q   How much rent did you pay to Mr. Trainor?
8   A   $100.
9   Q   And how did you pay it?
10  A   Cash.
11  Q   How long a period of time did you pay that?
12  A   Not long, it didn't last long.
13  Q   Starting when to when?
14  A   Well, right after my deposition ended, shortly
15      after my deposition, so --
16  Q   Shortly after your deposition on January 6, 2006
17      you began to pay Raymond Trainor?
18  A   No, it ended, we moved out.
19  Q   Isn't it fair to say, ma'am, you never lived with
20      Raymond Trainor?
21      MR. FISCHER: Objection.
22  A   I never did.
23  Q   And your husband Brian Kennedy lived with you?
24  A   I said he had two places, Ray Trainor's and my

Page 62

1       house.
2   Q   Is it fair to say you were only keeping that
3       address so your kids could attend school?
4       MR. FISCHER: Objection.
5   A   I did pay him rent and stay there so my kids could
6       go to school.
7   Q   You were paying him rent so your kids could have
8       an address to go to school in the Billerica --
9   A   I have family in Billerica --
10      MR. FISCHER: Just listen to the question.
11  Q   My question is you were just paying him rent so
12      your kids could attend Billerica public schools,
13      is that correct, ma'am?
14  A   That's false.
15  Q   Who lived at that address do you say?
16  A   Brian, Billy, Ray and Ray's brother.
17  Q   All right. So it's your testimony under oath
18      today that Brian Kennedy, Billy Ashton, and who
19      else lived at the address that Ray Trainor has in
20      Billerica?
21      MR. FISCHER: Objection.
22  A   Ray and his brother was there sometimes.
23  Q   And which children of yours lived under that
24      address?

Page 63

1   A   They slept there two to three nights a week only.
2   Q   They slept there?
3   A   Yes.
4   Q   They didn't sleep at your house?
5   A   Yes, they did.
6   Q   So you're saying the kids were sleeping in
7       Billerica and not with you?
8   A   Sometimes they'd sleep with their father and --
9   Q   And what room were they sleeping in in Ray
10      Trainor's house?
11  A   The whole downstairs my husband remodeled.
12  Q   And isn't it fair to say, ma'am, that was just a
13      farce so the authorities would think that your
14      children would be living there, ma'am?
15      MR. FISCHER: Objection.
16  A   No, James O'Donnell seen it.
17  Q   Who is James O'Donnell?
18      MR. FISCHER: Objection. Would you just
19      listen to the question and answer the question.
20  A   No.
21      MR. FISCHER: Can we take a break for a
22      second?
23      MR. SILVERFINE: Go ahead.
24      (Recess taken.)

Page 64

1   Q   All right. Let's focus if I can on what you for
2       the moment have filed through your counsel as part
3       of your motion for Restraining Order and what you
4       say certain things happened.
5       You, through counsel, stated that the
6       Defendant Officer Mark Tsoukalas approached and
7       threatened you and, in fact, drove past your home
8       in Lowell on November 1, 2005.
9   A   Correct.
10  Q   And this was right after the depositions were
11      taken that day in your attorney's office, right?
12  A   Yes.
13  Q   Okay. And what kind of car was Mr. Tsoukalas in?
14  A   They were in the Billerica unmarked detective car.
15  Q   What kind of car is that, ma'am?
16  A   I don't know.
17  Q   What do you mean you don't know?
18  A   I don't know what kind of car it is.
19  Q   How do you know it's an unmarked detective car?
20  A   I know what it looks like, I just don't know --
21  Q   What's the make and model of it?
22  A   I don't know.
23  Q   What color is it?
24  A   Blue.

Page 65

1  Q    And what distinguishes this car from any other
2       car?
3  A    I don't know.
4  Q    And where do you say you saw this car?
5  A    Drove by my house, 1248 Gorham Street. Pulled
6       into --
7        MR. FISCHER: Just listen to the question and
8  answer the question.
9        MR. SILVERFINE: I would ask counsel not to
10 interrupt the answer to my questions as well.
11 Q    You say they drove by, who is they?
12 A    Three officers.
13 Q    What's their names?
14 A    Officer Tsoukalas, I believe Mike Casey and
15      Lieutenant Connors maybe.
16 Q    Who else?
17 A    There was just three of them.
18 Q    And who was driving the car?
19 A    Lieutenant Connors.
20 Q    And who was -- where were the other two gentlemen
21      seated?
22 A    Mike Casey was in the passenger seat, and
23      Mark Tsoukalas was in the back seat.
24 Q    And what time was this?

Page 66

1  A    I don't remember.
2  Q    Give me your best estimate.
3  A    It was the night of the deposition.
4  Q    Was it eight o'clock, nine o'clock, ten o'clock?
5       What time was it?
6  A    I don't recall.
7  Q    You don't remember?
8  A    No.
9  Q    And where were you when you saw this vehicle?
10 A    On my porch.
11 Q    And who else was there with you?
12 A    Brian Kennedy and Billy.
13 Q    For the record, that's Brian Kennedy and
14      Billy Ashton?
15 A    Yes.
16 Q    And what did this car do when you saw it?
17 A    Just drove by the first time.
18 Q    Just drove by?
19 A    Uh-hum, yes.
20 Q    And what else did you observe?
21 A    They just drove by slow looking and caught my
22      attention.
23 Q    Okay. And what happened next? What did you see?
24 A    I watched where it went.

Page 67

1  Q    Okay. What else did you see?
2  A    They turned around at the school.
3  Q    What school?
4  A    I don't know the name of it.
5  Q    This is a school you live down the block from?
6  A    Yes.
7  Q    You don't know the name of the school?
8  A    No.
9  Q    Okay. What did you see next?
10 A    They drove by, back by heading towards Billerica.
11 Q    And what happened next?
12 A    Mike Casey gave us the finger out the window.
13 Q    Mike Casey who is seated in the --
14 A    Passenger seat.
15 Q    Gave you the finger?
16 A    Correct.
17 Q    When they drove by, what side of the road was the
18      vehicle when he gave you the finger?
19 A    He was on the far right side to me.
20 Q    Okay. Which direction was he headed when he gave
21      you the finger?
22 A    To Billerica.
23 Q    Your house faces the road on Gorham Street, is
24      that right?

Page 68

1  A    Yes.
2  Q    And if you're facing the road, is it on the east
3       or west side of the road?
4  A    I don't know.
5  Q    So which way is Billerica as you're facing the
6       street, is it to the left or to the right?
7  A    Billerica is to the left.
8  Q    To the left, so that would be south of Lowell, is
9       that right?
10 A    I don't know.
11 Q    You don't know?
12 A    I don't.
13 Q    Okay. And what were the three gentlemen wearing
14      that night?
15 A    I know Mark Tsoukalas in the back had a white
16      shirt on, I believe the same clothes he wore from
17      that day to the deposition.
18 Q    Okay. He's wearing a white shirt, what else?
19 A    Some type of a coat, a dark coat.
20 Q    How do you know he was wearing a white shirt?
21 A    I seen it.
22 Q    You seen it that night?
23 A    Yes, I did.
24 Q    Okay. What was Lieutenant Connors wearing?

17 (Pages 65 to 68)

DUNN & GOUDREAU

Page 69

1  A   I don't know what he was wearing.
2  Q   What was Officer Tsoukalas wearing?
3  A   I just explained to you.
4  Q   I'm sorry, Mike Casey was wearing?
5  A   I don't know what Mike Casey was wearing either.
6  Q   And how long a time period were they in front of
7      your house?
8  A   They continued on driving slow. They never
9      stopped, they just drove.
10 Q   And who do you say gave you the finger?
11 A   Mike Casey.
12 Q   Okay. And what did you do?
13 A   Just asked my husband and Brian Kennedy if they
14     seen it.
15 Q   Okay. And what did they respond?
16 A   Yah, they seen it.
17 Q   Both of them?
18 A   Yes, they did.
19 Q   Okay. And this is -- is this the same night that
20     you traveled to the Billerica Police Department
21     parking lot?
22 A   Yes.
23 Q   At midnight?
24 A   It wasn't at midnight I don't think.

Page 70

1  Q   What time do you say it was, ma'am?
2  A   It was earlier than that.
3  Q   What time do you say it was, ma'am?
4  A   I don't know.
5  Q   Give me your best estimate.
6  A   I can't.
7  Q   You can't?
8  A   I don't know.
9  Q   You went to the Billerica Police Department
10     parking lot for what reason?
11 A   Just to make sure the license plate numbers
12     matched and it was the right car.
13 Q   Did you write down the license plate number,
14     ma'am?
15 A   Yes.
16 Q   Can you give it to us?
17 A   No.
18 Q   Why not?
19 A   I don't have it.
20 Q   Where is it?
21 A   It's in the car or --
22 Q   You wrote down the license plate number for an
23     incident?
24 A   Yes.

Page 71

1  Q   And you haven't produced it to us as well?
2  A   Correct.
3      MR. FISCHER: If you could back up a little,
4      you're leaning over the table and your voice is
5      raised.
6      MR. SILVERFINE: I am just for the record
7      leaning on my pages and writing on my note pad in
8      a position which allows me to write on a piece of
9      paper. If your client is uncomfortable, there is
10     ample room in this room for her to move back. I
11     have not in any way impinged on her space.
12 Q   Is this the same license number that you say was
13     the vehicle that drove by?
14 A   Yes.
15 Q   And you wrote it down that night?
16 A   Yes.
17 Q   And you still have it?
18 A   I don't know if I still have it, but I did.
19 Q   Okay. And you haven't produced that to us, have
20     you, ma'am?
21 A   No.
22 Q   And when you went to the Billerica Police
23     Department parking lot that night, that was with
24     Billy Ashton?

Page 72

1  A   Yes.
2  Q   And you took a video?
3  A   I don't remember if we took a video.
4  Q   Well, didn't you take a video everywhere you went,
5      ma'am?
6  A   Not everywhere.
7  Q   Almost everywhere?
8  A   Sometimes.
9  Q   Most of the time any time you had a dealing with
10     the Billerica police you took a video?
11     MR. FISCHER: Objection.
12 Q   Is that right, ma'am?
13 A   Sometimes.
14 Q   You took a video that night as well, didn't you,
15     ma'am?
16 A   I don't know.
17 Q   Have you produced that video?
18 A   No.
19     MR. FISCHER: Objection.
20 Q   Is there anything else that you haven't told us
21     about that occurred on the night of November 5,
22     2005 that relates to this incident where you say
23     you saw this unmarked cruiser?
24     MR. FISCHER: Objection.

18  (Pages 69 to 72)

DUNN & GOUDREAU

Page 73

1   A   No. I'm sorry, yes, there is.
2   Q   I'm sorry?
3   A   There is.
4   Q   What else do you recall?
5   A   Officer Tsoukalas was in the back seat, and he
6       gave us the gun sign like with his hand.
7   Q   All right. When you say the gun sign, could you
8       describe that? What does that mean?
9   A   Was looking at Brian, and Billy seen him. And I
10      was looking at Mike Casey with his finger out the
11      window, his finger was like halfway up; so they
12      seen Officer Tsoukalas give the gun sign.
13  Q   I'm not following you. What do you mean by the
14      gun sign? What does that mean?
15  A   Like just pretending to shoot somebody with their
16      hand I would guess.
17  Q   You didn't see this yourself?
18  A   I seen him do something with his hand. I was
19      mostly focused on Mike Casey, and I did see
20      Officer Tsoukalas; but when I seen Mike Casey's
21      hand come out the window, my eyes were focused on
22      his hands.
23  Q   Tell me what you recall seeing when you say you
24      saw Tsoukalas' hands. What was Tsoukalas' hands

Page 74

1       doing? Tell me what you observed.
2   A   I don't believe -- Brian and Billy just said he
3       gave us the gun sign and showed me what he did.
4   Q   I don't know if you understand my question. I'm
5       not asking what Brian Kennedy and Billy Ashton
6       told you, I'm asking you to describe what you saw.
7   A   Movement with his hands.
8   Q   Movement in the car, outside the car?
9   A   In the car.
10  Q   What shape was the movement in the car?
11  A   Again, I was focused on Mike Casey.
12  Q   And Mike Casey is sitting in front with Tsoukalas?
13  A   Yes.
14  Q   Okay. And this is the time period where the
15      driver is closer to you as they're going toward
16      Billerica?
17  A   Yes.
18  Q   And you say Connors is driving, right?
19  A   I know -- I remember it was Mike Casey and
20      Mark Tsoukalas definitely in the car, the
21      third-party at this time I don't remember.
22  Q   All right. Again, I'm just going --
23  A   I have it written down.
24  Q   You told us Connors was driving.

Page 75

1   A   I said I think Connors.
2   Q   You're not sure it was Connors?
3   A   I know for a fact who it was, but sitting here
4       today, I don't remember who the third one was.
5   Q   I'm sorry, I'm a little confused. You say you
6       know for a fact who it was, who was it?
7   A   I know for a fact it was Mark Tsoukalas,
8       Mike Casey, and there was a third one that was
9       driving the vehicle. And sitting here today, I
10      don't remember a hundred percent. I think it was
11      Lieutenant Connors.
12  Q   Okay. But Connors as you say was closest to you
13      because he was in the driver's side closest to you
14      for your view?
15  A   Correct.
16          MR. FISCHER: Objection.
17  Q   I'm just trying to understand --
18          MR. FISCHER: Which way?
19          MR. SILVERFINE: She said going toward
20      Billerica.
21          MR. FISCHER: But he came by once and came
22      back in the other direction.
23  Q   Thank you. You're saying going towards Billerica
24      Connors is closer to you when Tsoukalas gave you

Page 76

1       the middle finger, right?
2           MR. FISCHER: Objection.
3   A   Right.
4   Q   And you said Casey did what with his hand?
5   A   Casey gave the middle finger.
6   Q   And Tsoukalas did what with his hands?
7   A   He gave the gun sign with his hands; and, again, I
8       was focused on the movement --
9           MR. FISCHER: Just answer the question.
10          MR. SILVERFINE: I ask counsel again not to
11      coach the witness and allow the witness to answer.
12  Q   Did you understand my question?
13  A   I do.
14  Q   I'm just trying to find out what you saw and who
15      was doing what and not what somebody said, what
16      you saw; so just tell me what you saw Tsoukalas
17      did, what Casey did.
18  A   Mike Casey --
19  Q   And what did Connors do?
20  A   I saw Mike Casey give the finger.
21  Q   Okay. How about the other gentleman, what did he
22      do?
23  A   I didn't see it.
24  Q   You're saying Brian Kennedy and Billy Ashton told

19 (Pages 73 to 76)

Page 77

```
 1    you he gave the gun sign, whatever that is, right?
 2  A  Yes.
 3  Q  What does that mean to you, this gun --
 4  A  I don't know. I don't know.
 5  Q  You don't know?
 6  A  That he wants to shoot his gun the way I would
 7     take it.
 8  Q  What's your understanding of what that means? In
 9     other words, he made the gun sign, what does that
10     mean?
11  A  Like he wants to shoot us.
12  Q  How would somebody do that?
13  A  I'm not sure. Do you know?
14  Q  These why I'm asking you, and it's your
15     deposition.
16  A  I'm not sure.
17  Q  Okay. So you don't know?
18  A  No.
19     MR. FISCHER: When you say do that, shoot us
20  or make the sign?
21     MR. SILVERFINE: I'm asking the witness what
22  she means by a gun sign.
23     THE WITNESS: I took it he wanted to shoot
24  us.
```

Page 78

```
 1  Q  What do you mean when you say they told us they
 2     made the gun sign? What does that mean to you?
 3  A  They demonstrated it.
 4  Q  Show it to us.
 5  A  Because they were actually laughing about it
 6     afterwards. He went like this with his hand.
 7     That's the way they said he did it. (Indicating.)
 8  Q  So --
 9  A  Like he was pulling a trigger.
10  Q  You're putting your fingers out as if it's gun and
11     pulling the trigger?
12  A  Right.
13  Q  And was this his left hand or right hand?
14  A  I don't know, they didn't tell me that.
15  Q  The officer that gave you the one finger salute --
16  A  It was his right hand, and it was backwards like
17     that. (Indicating.)
18  Q  Backwards?
19  A  Yah, his hand was facing this way, and the front
20     was facing the cemetery.
21  Q  Was he inside the car or out of the car?
22  A  Inside the car with the window rolled down a
23     little bit.
24  Q  And what time of night do you say this was?
```

Page 79

```
 1  A  I don't know. I don't remember.
 2  Q  What time were you sitting on your porch that
 3     night?
 4  A  I don't know.
 5  Q  How were you dressed?
 6  A  I don't know.
 7  Q  You don't know?
 8  A  (Shakes head.)
 9  Q  Okay. How long were you on the porch for?
10  A  Just a little while.
11  Q  Just a little while?
12  A  Yah.
13  Q  You just happened to be out there at this time?
14  A  No, I sit outside all the time.
15  Q  You sit out there all the time?
16  A  Uh-hum.
17  Q  And how long a period of time had you been out
18     there before the car came by?
19  A  Not long.
20  Q  Best guesstimate.
21  A  I don't know.
22  Q  And what did you do when you saw that? After the
23     cruiser left, what did you do?
24  A  After the cruiser left?
```

Page 80

```
 1  Q  Right, after you said the car went toward
 2     Billerica, what did you do?
 3  A  We -- I wrote down the license plate number and
 4     called my son and told him to bring one of the
 5     cars back. And Billy was grabbing one of the
 6     trucks in the driveway. And we all hopped in the
 7     truck and started to drive to follow the car.
 8  Q  Okay. So you actually went to follow the car?
 9  A  Yes.
10  Q  And that's when you ended up in the Billerica
11     Police Department parking lot eventually?
12  A  Eventually, but not at that point.
13  Q  Did you catch up with the cruiser?
14  A  Not at that point.
15  Q  Did you catch up with it later?
16  A  Yes.
17  Q  Where did you see the cruiser later?
18  A  At the Billerica parking lot.
19  Q  Okay. And when you saw it, what did you do?
20  A  Just matched the license plates and went back home
21     and I think I called my lawyer.
22  Q  Okay. Mr. Fischer?
23  A  No.
24  Q  Mr. Gilgun?
```

DUNN & GOUDREAU

Page 81

1  A   Yes.
2  Q   Okay. And this is information you say you wrote
3      down the license plate and it matched up with the
4      cruiser inside the parking lot?
5  A   Yes.
6  Q   Okay. I'll try to do it chronologically pursuant
7      to your motion for a Restraining Order. You say
8      in late January, early February 2006 Lieutenant
9      Connors confronted Ray Trainor. Do you remember
10     that?
11 A   Yes.
12 Q   All right. And threatened Mr. Trainor that
13     probation would be violated, do you remember?
14 A   Yes.
15 Q   Okay. How did you learn about this allegation of
16     him being threatened?
17 A   From him and his friend.
18 Q   When you say him and his friend, who is his
19     friend?
20 A   Butchy.
21 Q   Butchy who?
22 A   Catarino.
23 Q   Where does Mr. Catarino live?
24 A   I don't know.

Page 82

1  Q   How long have you known Mr. Catarino?
2  A   20 years.
3  Q   He's been a lifelong friend of yours?
4  A   No, he's an acquaintance.
5  Q   He's from Billerica?
6  A   Yes.
7  Q   You don't know where he lives?
8  A   I don't.
9  Q   You know where Mr. Trainor lives, right?
10 A   Yes.
11 Q   Did you have a conversation with Mr. Trainor or
12     Mr. Catarino relative to this alleged threat?
13 A   Yes.
14 Q   Who did you talk to?
15 A   Both of them.
16 Q   When did you talk to them?
17 A   When I was over there waiting for my kids to come
18     home.
19 Q   When was that?
20 A   I don't remember the date.
21 Q   Was it January, February, 2006?
22 A   Well, it was when Brian was staying there.
23 Q   When was it, ma'am?
24 A   I don't know.

Page 83

1  Q   Tell me what your conversation with Mr. Trainor
2      was relative to this allegation.
3  A   It started with Butchy.
4  Q   Okay. Well, let's start with Mr. Catarino, we'll
5      come back to Mr. Trainor. Tell me about what
6      Mr. Catarino told you.
7  A   Okay. He said -- I walked into Ray's house, and
8      he said, "Whoa, Billerica's most wanted."
9          And I said, "What do you mean?"
10         He said, "Them cops are out for you bad."
11         And I said, "Why, did something happen? Did
12     you hear something?"
13         And he said, "Ray didn't tell you?" And I was
14     sitting on the coach when Butchy walked through
15     the kitchen door. He's like, "Ray," he was
16     calling for Ray. He was sleeping in his bed. And
17     this is at approximately 2:30 because I was
18     waiting for my kids. And Ray got up, and Butchy
19     said, "Ray, you didn't tell Michelle about what
20     happened at the court?" And I didn't hear Ray
21     respond immediately, so I hopped up off the coach,
22     and I caught Ray doing one of these to Butchy,
23     shh, like that. (Indicating.)
24         And I said, "Ray, what?"

Page 84

1          He's like, "Butchy, forget about it. Don't
2      talk about it right now, the kids are here."
3          And I said, "No, Butchy, tell me."
4          And he said that they went to the court, and
5      Lieutenant Connors --
6  Q   You when you say they, who is talking now,
7      is Butchy Catarino or Ray Trainor talking now?
8  A   Well, Butchy said, "Ray, you didn't tell
9      Michelle?" And I caught him saying shh.
10 Q   I understand, but you're describing a
11     conversation, who is telling you this?
12 A   Butchy.
13 Q   And this conversation is taking place at
14     Ray Trainor's house?
15 A   Yes.
16 Q   What's the address there?
17 A   16 Lowell Street I think.
18 Q   It's just you, Butchy and Ray?
19 A   Yes.
20 Q   Okay. And what time of day was this?
21 A   2:30.
22 Q   2:30 in the afternoon?
23 A   School day, yah.
24 Q   What month?

Page 85

1  A   I don't know.
2  Q   January, February?
3  A   I don't know.
4  Q   What do you say happened in the conversation
5      next?
6  A   Butchy said to him you didn't tell Michelle, I
7      didn't hear a response, I hopped off the coach;
8      and I looked up at Ray standing at the top of the
9      stairs, and he was telling Butchy to be quiet.
10         And I said, "What, Ray, what happened?"
11         And he's like starting fighting with Butchy
12     saying, you know, Butchy she doesn't need to hear
13     much more of this, she's going through enough.
14     And then I said, "No, I want to hear it."
15         And he said -- Butchy said, "Well, I'll tell
16     you." And he said we went to the court for Ray to
17     check into -- I don't know, probation or he had
18     court, and Lieutenant Connors was downstairs at
19     the clerk's, or I thought that's where he said it
20     was. He said it was the clerk department.
21         And he reached over the counter and grabbed
22     Ray by the shirt and pulled him; and he said, "If
23     you do not do the right thing and get rid of them
24     Kennedys, I'm going to beat you to death with a

Page 86

1      golf club next time I see you at the golf club."
2  Q   Butchy Catarino said this in front of Ray Trainor?
3  A   Yah, and I said, "Ray, is that true?"
4      And he said, "Yah."
5      And I said, "When were you going to tell me?"
6      He said, "You know, Michelle, I'm scared."
7  Q   Anything else said during that conversation of
8      Butchy Catarino and Ray Trainor that you can
9      recall?
10 A   No. Them two -- I got my kids and left because
11     them two got in a really big fight at that time.
12     They were arguing really bad.
13 Q   What were they arguing about?
14 A   I don't know.
15 Q   Well, you're sitting there and your kids are
16     there?
17 A   Yah, I left.
18 Q   What were they arguing about?
19 A   I don't know.
20 Q   No idea?
21 A   No idea.
22 Q   And Ray Trainor is a lifelong friend of yours?
23 A   Was.
24 Q   He's not any more?

Page 87

1  A   No.
2  Q   Does it have anything to do with the deposition
3      testimony he gave last week?
4  A   I just found out about that today.
5  Q   He's no longer your friend?
6  A   He wasn't my friend when the police scared him to
7      death and he decided to side with them.
8  Q   Anybody who sides with the police is an enemy of
9      yours?
10 A   If it's false and they've been friends with me for
11     a long time, yah.
12 Q   And you're telling the truth, of course, right?
13 A   Absolutely.
14 Q   Now, any other further conversations relative
15     to -- did you have with Ray Trainor as to the
16     conversation you had with him and Butchy Catarino
17     that day?
18 A   I've had several conversations.
19 Q   Tell us about those conversations as they relate
20     to this event which you've described for us on a
21     date you can't remember about that event. Tell
22     us --
23 A   I don't understand what you're asking.
24 Q   I'm asking you to relate to us the conversations

Page 88

1      that you had with Ray Trainor and this alleged
2      threat that he received from Mr. Connors.
3  A   You mean tell you conversations that I've had with
4      him about the Billerica police?
5  Q   No. In other words, you're saying back in
6      January, February you had this conversation,
7      Catarino, Mr. Trainor; you saw Mr. Trainor after
8      that, right?
9  A   Yes.
10 Q   You said your kids were living there?
11 A   Yes.
12 Q   So you must have talked to him about it?
13 A   He was sleeping most of the time.
14 Q   Always sleeping when you came in?
15 A   Most of the time.
16 Q   So you never talked about it after that?
17     MR. FISCHER: Objection.
18 A   Yah, I did.
19 Q   Tell us the conversation.
20 A   I just asked him why, you know, he didn't tell me.
21     And he told me he was afraid to get involved
22     because he had to live in Billerica and he had
23     charges pending and didn't want to do 60 days in
24     jail for drinking and driving, and they promised

Page 89

1  that they would help him with his drinking and
2  driving cases, get rid of them if he turned on the
3  Kennedys, us.
4  Q  Okay. Any further conversations you had with him?
5  A  He told me he got a visit from Lieutenant Connors'
6  son, and he told him -- this is before Lieutenant
7  Connors grabbed him at the Lowell court, the son
8  went there. And I think Ray actually called my
9  lawyer and told my lawyer about it, told him the
10  details how it happened.
11  Q  Okay. Is this a phone call that you actually put
12  him on with the lawyer when you were there?
13  A  No, he called him.
14  Q  He called him on his own?
15  A  Yes.
16  Q  When did he call him?
17  A  I don't remember. It was before the Butchy and
18  Ray incident, before that happened, before
19  Lieutenant Connors pulled him.
20  Q  And you continued to see Mr. Trainor up until the
21  time you went to Federal Court on this, is that
22  right, ma'am?
23  A  No, I seen him one more time after that.
24  Q  Weren't you picking up your kids every day?

Page 90

1  A  No, I ended it.
2  Q  When do you say you ended?
3  A  When Marty Connolly chased me to his house, you
4  know, like a week later maybe or two weeks later.
5  Q  When do you say this happened?
6  A  I don't remember the date. It was after
7  Lieutenant Connors threatened him.
8  Q  Well, give me your best estimate in terms of date
9  when this happened.
10  A  I don't know.
11  Q  And his son came to see Mr. Trainor?
12  A  The son came to see him before Lieutenant Connors
13  seen him at the court.
14  Q  What date is the conversation the son had with
15  Mr. Trainor?
16  A  I don't know.
17  Q  How do you know this occurred?
18  A  He told me.
19  Q  Who is he?
20  A  Ray told me the police were there that day.
21  Q  Okay. And what did Ray Trainor say of his
22  conversation with Mr. Connors' son -- whose name
23  is?
24  A  Billy, I think it is.

Page 91

1  Q  What did he say about his conversation with
2  Billy Connors?
3  A  Billy asked if, you know, we stayed there and if
4  so who and why, just asked him questions about the
5  Kennedys.
6  Q  Okay. And what else did he say?
7  A  That's all I can remember right now. There was
8  more though because Ray told -- I don't know. I
9  don't remember.
10  Q  Okay. You then saw Mr. Trainor some time in June
11  of this year relative to this --
12  A  June?
13  Q  June.
14  A  Uhm --
15  Q  You were in court in June in Federal Court.
16  A  Yah, I saw him.
17  Q  You saw Mr. Trainor?
18  A  Yes.
19  Q  He was quite angry at you, wasn't he, ma'am?
20     MR. FISCHER: Objection.
21  A  I don't know.
22     MR. FISCHER: Is that your testimony?
23  A  It's a question. Do you understand the question?
24  A  I do.

Page 92

1  Q  Was he angry at you?
2  A  I don't know.
3  Q  Did you have a conversation with him?
4  A  No.
5  Q  Did you shout anything at you?
6  A  He did say something to me.
7  Q  What did he say to you?
8  A  I don't remember at this time, but he did say
9  something when he -- oh, he said, Michelle,
10  something about benefits, his benefits, you know,
11  you told him that you give me money, and that's
12  going to stop me from collecting, something to
13  that effect.
14  Q  What else did he say to you?
15  A  That's it. It was when he walked by, it was
16  something about his benefits.
17  Q  This is a friend you had for life?
18  A  For life.
19  Q  And you didn't have any further conversation with
20  him?
21  A  No.
22  Q  You also indicated in your motion for Restraining
23  Order that Mr. Tsoukalas drove by your home on
24  Friday evening, May 26, 2006, do you remember

DUNN & GOUDREAU

Page 93

```
 1      that?
 2  A   Yes.
 3  Q   Tell me about that incident.
 4  A   I was at the pizza place next door.  And I ordered
 5      a few pizzas, and I called up to my house to have
 6      them send someone down to help me carry them.  And
 7      as I was walking out, I seen a grey truck driving
 8      real slow by my house staring at it with another
 9      man.  And it caught my attention.
10  Q   So there's two people in this grey pick-up truck?
11  A   Yes.
12  Q   And who was in the grey pick-up truck?
13  A   I just seen Officer Tsoukalas, I don't know who
14      was in the passenger seat.
15  Q   You say Mr. Tsoukalas was driving?
16  A   Yes.
17  Q   And what street was this on?
18  A   Gorham.
19  Q   What time of day was this?
20  A   I don't remember sitting here today.
21  Q   You don't remember?
22  A   No.
23  Q   And who were you with?
24  A   I was with Billy Ashton.
```

Page 94

```
 1  Q   And what's the name of the pizza place?
 2  A   Giovanni's.
 3  Q   And what do you say that you saw Mr. Tsoukalas
 4      do?
 5  A   He was driving really slow, and he was pointing
 6      my house out like the window was down.  And I seen
 7      him like with his finger like, you know, looking
 8      at my house kind of pointing at it.
 9          And then he seen Billy and I at the pizza
10      place, and with that he put his hand way down low
11      and gave me the middle finger.
12  Q   You say he's inside the car?
13  A   Yes.
14  Q   So how did he give you the middle finger if he's
15      inside the car?
16  A   He put his arm way down the car like that and gave
17      me the finger.  (Indicating.)
18  Q   Inside or outside the car?
19  A   Outside the car.
20  Q   And who was driving the car?
21  A   Mark Tsoukalas.
22  Q   And who was the passenger?
23  A   I don't know.
24  Q   Was it a police officer?
```

Page 95

```
 1  A   I don't know.
 2  Q   When they drove by, who was closer to you, the
 3      driver or the passenger?
 4  A   They were heading towards Billerica way.
 5  Q   And what side of the street is the pizza place
 6      on?
 7  A   My side.
 8  Q   So the driver's side was closest to you?
 9  A   Yes.
10  Q   And who was the other gentleman in the car with
11      him?
12  A   For the fourth time, I don't remember.  I don't
13      know him.
14  Q   What was Tsoukalas wearing that night?
15  A   I don't know.
16  Q   What did you say he was wearing?
17  A   I didn't say what he was wearing.
18  Q   What were you wearing that night?
19  A   I don't know.
20  Q   So what did you do after you saw this?
21  A   Yelled up to my husband that was in the window
22      right there, I said, "Did you see that?"
23          And he said, "Yes, I did."
24  Q   So your husband was in the window, he just
```

Page 96

```
 1      happened to be looking out?
 2  A   He sits in that window every night.
 3  Q   Uh-hum.  And what did you and he do after that?
 4  A   We were just all asking each other if we seen it.
 5  Q   Okay.  You didn't do anything else?
 6  A   I don't remember.
 7  Q   Did you get in your car like you did the last time
 8      and try to follow the vehicle?
 9  A   I don't think so.
10  Q   Did you write down the license plate?
11  A   Actually, I did get in the car and start to follow
12      it.
13  Q   Okay.  And what did you do once you got in the car
14      and followed it?
15  A   It was kind of late, and I just went back home and
16      just decided not to follow him any more.
17  Q   And who did you get in the car with?
18  A   Billy.
19  Q   Billy Ashton?
20  A   Billy Ashton.
21  Q   And how far into Billerica did you go?
22  A   They didn't go into Billerica.
23  Q   When you say they?
24  A   Mark Tsoukalas and the other guy in the vehicle.
```

24 (Pages 93 to 96)

DUNN & GOUDREAU

Page 97

1  Q   Where did they go?
2  A   They turned left down off of Gorham street. I
3      don't know the name of the street.
4  Q   And where did they go from there?
5  A   I don't know.
6  Q   What did you do?
7  A   By the time I got in my car to follow them, I had
8      lost them.
9  Q   Have you seen this vehicle before?
10 A   All the time.
11 Q   And where did you see the vehicle?
12 A   Drive by my house.
13 Q   This grey pick-up?
14 A   Uh-hum, yes.
15 Q   Did you ever write down the license plate?
16 A   Yes, I did.
17 Q   And you still have that?
18 A   Somewhere.
19 Q   Okay. Have you produced that to the Defendants?
20 A   No.
21     MR. FISCHER: The witness wants to know when
22     we can take a break.
23     MR. SILVERFINE: We can take a break whenever
24     you want. What time is it right now?

Page 98

1      MR. FISCHER: Quarter of one.
2      (Discussion was held off the record.)
3      (Recess taken.)
4  Q   Back on the record after a break. Mrs. Kennedy,
5      I'm going to ask you some more questions before we
6      break for lunch on this motion your counsel filed
7      on your behalf. Okay?
8  A   Yes.
9  Q   That's what I'm going to be focusing on, and then
10     we'll take a break for lunch. Okay?
11 A   Yes.
12 Q   You mentioned this grey pick-up truck, had you
13     seen Mr. Tsoukalas drive that pick-up truck before
14     or after that incident?
15 A   Before.
16 Q   When had you seen him drive that pick-up truck
17     before?
18 A   Through town, Billerica.
19 Q   Okay. And when was this?
20 A   I don't know the dates.
21 Q   Okay. Last year, the year before?
22 A   Both.
23 Q   Okay. How many times did you see Mr. Tsoukalas
24     drive this grey pick-up truck that you described

Page 99

1      for us?
2  A   At least five maybe.
3  Q   Five times?
4  A   Approximately.
5  Q   Okay. Was he by himself on all of those other
6      occasions that you had seen him?
7  A   Yes.
8  Q   Okay. And do you remember if this is day or
9      night?
10 A   Different times.
11 Q   Okay. And your best memory is was he in uniform,
12     not in uniform?
13 A   Both.
14 Q   Okay. When I say by himself, he's also the canine
15     officer, right?
16 A   Yes.
17 Q   Did you see him with the dog?
18 A   When he was in the grey truck, no.
19 Q   You've seen Officer Tsoukalas in a canine unit
20     with a dog, correct?
21 A   Yes.
22 Q   That's separate from the pick-up truck, right?
23 A   Yes.
24 Q   I'm going to ask you, there are a couple of

Page 100

1      affidavits attached to your motion on the
2      Restraining Order, the first one being the one of
3      Deborah Grainger.
4  A   Okay.
5  Q   You know Deborah Grainger, right?
6  A   Yes.
7  Q   And who is she?
8  A   She used to work at the Concord Shores as a
9      waitress.
10 Q   And she's a friend of yours?
11 A   No, she is not a friend, she's an acquaintance.
12 Q   Did you used to work with her at the Concord
13     Shores?
14 A   No.
15 Q   You worked at the Concord Shores you told us
16     once?
17 A   For a couple of nights.
18 Q   Did she work there during the time period you
19     worked there?
20 A   I don't recall.
21 Q   Is Deborah Grainger a Billerica person?
22 A   I don't know.
23 Q   And how is it that this affidavit was obtained by
24     Ms. Grainger?

25 (Pages 97 to 100)

Page 101

```
 1  A   Well, years ago when the Billerica police had
 2      Brian jumped, she witnessed it.
 3  Q   And how is it you got in touch with Deborah
 4      Grainger back in June of 2006?
 5  A   I seen her at --
 6  Q   I'm sorry?
 7  A   I seen her at one of the schools.
 8  Q   What school did you see her at?
 9  A   I think the Marshal Middle.
10  Q   All right. And you had a conversation with her?
11  A   Yes.
12  Q   Tell us about that conversation.
13  A   I told her that I had a court case coming up with
14      the police, and she just said, "Is that still
15      going on?"
16          And I said, "Yes."
17  Q   Okay. And what happened next?
18  A   I said, "Do you remember testifying for Brian
19      years ago?"
20          And she said, "Yes."
21          And I said, "Well, if we need you to do it
22      again and tell what happened back then, would
23      you?"
24          And she said, "Yes."
```

Page 102

```
 1  Q   Okay. When you said testifying for Brian years
 2      ago, what kind of case was that?
 3  A   Paul Parent assaulted him.
 4  Q   Paul Parent?
 5  A   Yes.
 6  Q   And was that the underlying event she describes in
 7      her affidavit?
 8  A   I don't know.
 9  Q   You don't know?
10  A   (Shakes head)
11          MR. FISCHER: Perhaps the witness is confused
12      by what you mean by underlying event.
13  Q   I'm going to show you what your counsel has
14      produced in court. It's a three-page affidavit.
15      I'm going to show it to you here. Take your time
16      and read it to yourself, and I'll ask you a
17      question once you read it to yourself.
18  A   Okay. All right.
19  Q   Have you had a chance to review the affidavit that
20      you submitted --
21  A   Yes.
22  Q   -- with your motion for Ms. Grainger?
23  A   Yes.
24  Q   Okay. And so my question, I'll try to rephrase
```

Page 103

```
 1      it correctly. Was that the underlying event
 2      that you described that she testified in behalf
 3      of Brian Kennedy that's referenced in her
 4      affidavit?
 5          MR. FISCHER: Objection.
 6  A   I still don't understand what you mean.
 7  Q   Okay. In this affidavit, there's discussion about
 8      an event that took place sometime in the early
 9      '90's.
10  A   Right.
11  Q   Involving I think what you described as your
12      husband being beaten up by Paul Parent.
13  A   Right.
14  Q   And is that what you are saying she previously
15      testified to at an underlying case?
16  A   Yes.
17  Q   So it was a criminal case against your husband
18      Brian Kennedy in which she came to testify?
19  A   No, it was a criminal case against Paul Parent for
20      assaulting my husband.
21  Q   What happened to that case?
22  A   He pleaded out.
23  Q   Paul Parent did?
24  A   Yes.
```

Page 104

```
 1  Q   You also told us that the Billerica police put him
 2      up to it, words to that effect, just a minute ago;
 3      do you remember that?
 4          MR. FISCHER: Objection.
 5  A   Excuse me, what do you --
 6  Q   You said a minute ago that she told you the
 7      Billerica police put him up to it, Paul Parent.
 8  A   I don't know what you mean.
 9  Q   I'm just -- didn't a few minutes ago you say to us
10      that the Billerica police put him up to beating up
11      your husband?
12  A   Yes.
13  Q   Okay. What's your basis of knowledge for that
14      statement?
15  A   Just from what everybody told me happened.
16  Q   Okay. When you say everybody, who are you
17      referring to?
18  A   Debbie Grainger, Teddy Gallinaro, Steven
19      Gallinaro, Lumbert -- David Lumbert.
20  Q   Anyone else?
21  A   There was a few more people too I can't remember
22      right now.
23  Q   Okay. What did they tell you when you say that
24      statement, what did they tell you?
```

DUNN & GOUDREAU

Page 105

1  A   They haven't told me anything lately.
2  Q   What did they tell you back in the early '90's?
3  A   Well, Teddy said he was in the bathroom, and Brian
4      was, you know, using the bathroom outside the
5      stall because there was at that time two stalls,
6      whatever, one stall and two places to urine.  And
7      Brian was in there, and Paul Parent came in there
8      and threatened him.
9          With that, Paul Parent didn't see Teddy in the
10     bathroom, and Brian walked out, and Paul Parent
11     walked out.  And Teddy went right to the main bar
12     and told my mother that they're plotting to jump
13     Brian.
14  Q   And how do you get the Billerica police involved
15     in that?
16  A   Because Paul Parent said, "You went up to the
17     Chief of Police and complained about Frank
18     MacKenzie.  Well, I'm friends with him, and if you
19     have a problem and you want to complain about him,
20     you're going to have a problem with me."
21  Q   That's what Paul Parent said to who?
22  A   Brian.
23  Q   Brian Kennedy?
24  A   Yes.

Page 106

1  Q   In the bathroom?
2  A   (Nods head.)
3  Q   Is that a yes?
4  A   Yes.
5  Q   Did anyone else make reference to the Billerica
6      Police Department as to that incident?
7  A   Teddy Gallinaro.
8  Q   What did Ted Gallinaro say allegedly?
9  A   Same thing.
10  Q   He was in the bathroom?
11  A   Yes, when he told Brian, you know, he was yelling
12     at him for complaining to the Chief of Police
13     about Frank MacKenzie.
14  Q   What's Gallinaro's relationship with
15     Frank MacKenzie?
16  A   They don't have one.
17  Q   So why would Teddy Gallinaro say that then?
18  A   That's the conversation he heard when he was in
19     the bathroom.
20  Q   What's Paul Parent's relationship with
21     Mr. MacKenzie?
22  A   They were really good friends.
23  Q   And did you make any promises or inducements to
24     Ms. Grainger for this affidavit she filled out?

Page 107

1  A   No.
2  Q   Did you have any conversation about something she
3      would get if she filled this out?
4  A   No.
5  Q   How about for testifying on your behalf?
6  A   No.
7  Q   Have you made any promises to any witness in this
8      case?
9  A   No.
10  Q   Any inducements to any witness?
11  A   No.
12  Q   Have you told anyone I'm going to win three and a
13     half million dollars in this case?
14  A   No.
15  Q   Never said that to anyone?
16  A   No.
17  Q   Ever tell anyone you were going to take them on a
18     trip?
19  A   No.
20  Q   You never made any promises to anyone that if they
21     do right by you, you'd do right by them, words to
22     that effect?
23  A   No.
24  Q   And who drafted this affidavit itself?

Page 108

1  A   I don't know.
2  Q   What's that?
3  A   I don't know.
4  Q   Did your attorney draft this?
5  A   I don't know.
6  Q   Did Ms. Grainger draft it?
7  A   I don't know.
8  Q   Did you set up Ms. Grainger to meet with your
9      lawyers?
10  A   No.
11  Q   Now, you wrote also an affidavit in support of the
12     Restraining Order, right?
13  A   Yes, I believe so.
14  Q   You filled that out?  You believe so.  Let's show
15     you the four-page affidavit that you filed with
16     the court, just so there's no mistake, with the
17     Restraining Order.
18  A   Okay.  I seen this.
19  Q   Why don't you look at the last page.  Does your
20     signature appear there?
21  A   Yes.
22  Q   Okay.  You signed that, right?
23  A   Yes.
24  Q   Okay.  You signed it under oath?

27 (Pages 105 to 108)

Page 109

1   A   (No response.)
2   Q   Correct?
3   A   Correct.
4   Q   Okay.  Did you write this?
5   A   Write what?
6   Q   The affidavit.
7   A   I didn't type it, no.
8   Q   Your lawyer typed this up for you, correct?
9   A   I don't know who typed it.  I read it though and
10      signed it.
11  Q   You didn't write this, ma'am, did you?  This is
12      not something you wrote, you drafted?
13  A   No.
14  Q   You signed it on looks like June 1, 2006, is that
15      correct?
16  A   Right, yes.
17  Q   You also wrote on paragraph No. 9:  My husband has
18      had his pick-up truck fire bombed and has been
19      beaten by thugs who we know were sent to beat him
20      by the Defendant Billerica police officers.
21  A   Yes.
22  Q   Well, how do you know that?
23  A   Because when they would confront us or my husband,
24      they would make it clear that's why they were

Page 110

1       there.
2   Q   Were you present during this period of time?
3   A   On some.
4   Q   Well, let's talk about you said has been beaten by
5       thugs, on what day were you present when your
6       husband was beaten?
7   A   I wasn't on what that's talking about when they
8       broke his ankle.
9   Q   Well, I don't know if you're referring to several
10      events or one event.
11      MR. FISCHER:  Listen to his question.
12  Q   Were you present on this?
13  A   No.
14      MR. FISCHER:  On which?
15  Q   Okay.  When you say beaten by thugs, was that one
16      occasion or more than one occasion?
17  A   One.
18  Q   Were you present at any time when he was beaten by
19      what you call thugs?
20  A   Yes.
21  Q   Okay.  Tell me the times you were present.
22  A   When they sent the Woodses down to my house with
23      the gun.
24  Q   The Woodses?

Page 111

1   A   Yes.
2   Q   What's the Woodses?
3   A   I don't know, it's just it's one of the videos I
4       presented to you.
5   Q   Which video do you say depicts the Woodses with
6       guns that's been produced to us?
7   A   That came down and went at my husband.  And they
8       pulled out a gun, and my son started videotaping
9       it.
10      And Mike Casey pulled up, it was during the
11      day, and he took out his flashlight, and he put it
12      right on my son's video camera so he couldn't
13      video it no more and told him if he don't put it
14      away he's getting arrested, and then he slapped it
15      out of his hand. (Indicating.)
16  Q   Were you stating that the video has a depiction of
17      the Woodses with guns on it?
18  A   No, but you can see them --
19      MR. FISCHER:  Just answer the question.
20  A   No.
21  Q   You can see them in the video?
22  A   Yes.
23  Q   The Woodses?
24  A   Yes.

Page 112

1   Q   What are the Woodses' first name?
2   A   I don't know.
3   Q   How do you know they're the Woodses?
4   A   I just do.
5   Q   Where are they from?
6   A   I don't know.
7   Q   How do you know they have anything to do with the
8       Billerica Police Department?
9   A   Because they mentioned it, and the police watched.
10  Q   Who mentioned it?
11  A   The guy that -- the guy Woods.
12  Q   A guy who you just know as Woods shows up, and
13      what did he say?
14  A   He owned the mobile home next to me.
15  Q   So you do know him?
16  A   I don't know him, no.
17  Q   What's his first name?
18  A   I don't know.
19  Q   He owns a mobile home next to you?
20  A   Yes.
21  Q   He lives next to you?
22  A   No, he don't live there.
23  Q   He owns it?
24  A   Yah.

28  (Pages 109 to 112)

DUNN & GOUDREAU

## Page 113

1  Q   He shows up, and what?

2  A   Tried to come out.  My husband, we shut the gates.

3  Q   This is all depicted on the video?

4  A   Not the whole thing, no.  By the time my son got

5      the video camera and started video'ing it, it

6      doesn't show it all.

7  Q   He has a gun on him?

8  A   Yes.

9  Q   What did he do with the gun?

10 A   He told the police -- you can see me telling the

11     Billerica police officer about his gun and

12     whatnot, but you can see him quite outraged in the

13     video.

14 Q   What did this have to do with the Billerica Police

15     Department?

16 A   Because they told us you have a problem with

17     Billerica, you've got a problem with us.

18 Q   You say they, you just identified one gentleman

19     who is the guy who owns the home, who is the

20     second one?

21 A   I don't know who they were.

22 Q   Was there a third guy?

23 A   Three, yah.

24 Q   And who are these people?

## Page 114

1  A   I don't know.

2  Q   And they showed up with guns?

3  A   One of them had a gun.

4  Q   And who is talking when you say if you have a

5      problem with the Billerica Police Department --

6  A   I don't know who he was.

7  Q   When was this?

8  A   I don't remember the date.

9  Q   And what happened to your husband when these

10     people showed up with guns?

11 A   My son called the police, and a neighbor called

12     the police, and it just ended.

13 Q   All right.  But I specifically began this by

14     asking you, you said you wrote in this:  Has been

15     beaten by thugs.  Was your husband beaten that

16     day?

17 A   Not that day.

18 Q   Okay.  I asked you if you witnessed any of those

19     events where you claim your husband has been

20     beaten by thugs.

21 A   No.

22 Q   Okay.  Then it says the last time this happened

23     they broke his ankle?

24 A   Correct.

## Page 115

1  Q   When was this?

2  A   2004 I believe.

3  Q   Where was this?

4  A   In New Hampshire.

5  Q   In New Hampshire.  Whose house?

6  A   Danny's.

7  Q   Danny who?

8  A   Donelan.

9  Q   Is Danny Donelan a Billerica person?

10 A   No.

11 Q   How do you know Danny Donelan?

12 A   He used to be a Billerica person.

13 Q   And what part of New Hampshire did this occur

14     in?

15 A   Pelham or Hudson.

16 Q   Okay.  Describe what happened for me.

17 A   I wasn't there.

18 Q   You weren't there?

19 A   (Shakes head.)

20 Q   You have to answer --

21 A   No.

22 Q   How do you know about this event?

23 A   The people that were there.

24 Q   Who was there?

## Page 116

1  A   Brian.

2  Q   Brian Kennedy?

3  A   Vinny Vacca.

4  Q   Spell it.

5  A   I don't know how to spell it.

6  Q   Is he a Billerica person?

7  A   Yes.

8  Q   Vinny Vacca, who else?

9  A   Danny Donelan.

10 Q   Okay.  Who else?

11 A   Mike Mullins, the one who did it.

12 Q   Mike?

13 A   Mullins.

14 Q   Is he a Billerica person?

15 A   No.

16 Q   He's not, where is he from?

17 A   I don't know.

18 Q   These are all people you know?

19 A   Yes.

20 Q   And who else was there?

21 A   Brian Kennedy.

22 Q   And what does this have to do with the Billerica

23     Police Department?

24 A   Because the guy Mike confronted Brian about

DUNN  &  GOUDREAU