# EXHIBIT 4

Page 1

1                                           Volume I
                                            Pages 1-208
2
              UNITED STATES DISTRCT COURT
3         FOR THE DISTRICT OF MASSACHUSETTS
                        C.A. NO. 04-CV-12357-PBS
4
5    BRIAN KENNEDY, AND MICHELLE KENNEDY,    :
     Individually and as mother and          :
6    next friend of BRIAN KENNEDY, JR.,      :
     MITCHELL KENNEDY and DYLAN KENNEDY      :
7              Plaintiffs,                   :
                                             :
8    vs.                                     :
                                             :
9    TOWN OF BILLERICA, et al.,              :
               Defendants.                   :
10
11
12
13
             DEPOSITION of WILLIAM ASHTON, taken on behalf of
14   the Defendants, pursuant to the applicable provisions
     of the Massachusetts Rules of Federal Procedure,
15   before Barbara M. Montijo, a Registered Professional
     Reporter and Notary Public within and for the
16   Commonwealth of Massachusetts, at the offices of
     Brody, Hardoon, Perkins & Kesten, One Exeter Plaza,
17   Boston, Massachusetts, on December 2, 2005,
     commencing at 10:00 a.m.
18
19
20
21
                     DUNN & GOUDREAU
22            COURT REPORTING SERVICE, INC.
                    One State Street
23                  Boston, MA  02109
                    (617) 742-6900
24

**Page 2**

```
 1  APPEARANCES:
 2  ANDREW J. BRODIE, III, ESQUIRE
    JASON & FISCHER
 3  47 WINTER STREET
    BOSTON, MA 02108
 4  TELEPHONE NO. (617) 423-7904
    FOR:  BRIAN KENNEDY and MICHELLE KENNEDY, Individually and
 5       as mother and next friend of BRIAN KENNEDY, JR.,
         MITCHELL KENNEDY and DYLAN KENNEDY, WILLIAM ASHTON
 6
    JEREMY I. SILVERFINE, ESQUIRE
 7  BRODY, HARDOON, PERKINS & KESTEN, LLP
    ONE EXETER PLAZA
 8  BOSTON, MA 02116
    TELEPHONE NO. (617) 880-7100
 9  FOR:  TOWN OF BILLERICA, et al.
10  ALSO PRESENT:
11  MICHELLE KENNEDY
    DANIEL ROSA
```

**Page 3**

```
         INDEX

WITNESS                              PAGE

WILLIAM ASHTON

    Examination by Mr. Silverfine .......  4

         EXHIBITS
NO.  DESCRIPTION                     PAGE
(Defendants)

  1  Subpoena ................  30

  2  Disclosure ...............  34

  3  Complaint & Demand for Jury Trial ...  97

  4  Voluntary Statement Form ........  174


*Reporter's Note:

(Exhibits were retained by Attorney Silverfine)

Instructions to the Witness, See Page: 6.
```

**Page 4**

```
 1       (DEPOSITION COMMENCED AT 10:15 A.M.)
 2       IT IS HEREBY STIPULATED AND AGREED by and
 3  between counsel for the respective parties that the
 4  Witness will read and sign the deposition transcript
 5  under the pains and penalties of perjury; that the
 6  reading and signing is deemed waived if not
 7  accomplished within 60 days of transcript delivery;
 8  and that the sealing, filing, and certification of
 9  the deposition transcript are waived.
10       It is further stipulated and agreed that all
11  objections, except objections to the form of the
12  questions, and motions to strike will be reserved
13  until the time of trial or pretrial hearing.
14            ************************
15                WILLIAM ASHTON
16  Being duly sworn, deposes and testifies as follows:
17            EXAMINATION BY MR. SILVERFINE
18       MR. SILVERFINE:  Do you want to put on the
19  record, counsel, representation about Mr. Ashton?
20       MR. BRODIE:  Sure.  My name is Andrew
21  Brodie.  I represent Mr. Ashton in regards to this
22  case here and this is Mr. Ashton appearing today for
23  the deposition.
24  Q. Mr. Ashton, good morning.  My name is Jeremy
```

**Page 5**

```
 1  Silverfine.  I introduced myself a few minutes ago.
 2  I'm going to put on the record what we just discussed
 3  off the record, which is essentially that this a
 4  deposition.  I'll be asking you questions and you're
 5  obligated to answer them.
 6       If at any time you don't understand something,
 7  you have to let me know.  If there's anything I say
 8  and you need to speak with your attorney, you have to
 9  let me know and I'll allow you to speak to him;
10  otherwise, you're obliged to answer the question.  If
11  at any point in time you need to take a break, you
12  need to let me know.
13       At the end of the deposition, the stenographer
14  will make a transcript.  You'll have an opportunity
15  through your attorney to review and make any
16  corrections that you believe are appropriate on that
17  errata sheet and return it for the record.  Do you
18  understand everything so far?
19  A. Yes.
20  Q. Why don't you give us -- Mr. Ashton, for the record,
21      give us your full name?
22  A. William Robert Ashton.
23  Q. Where do you currently live?
24       MR. BRODIE:  I'm going to object to that
```

Page 6

1  question and instruct him not to answer.
2       (SO NOTED)
3  Q. You're refusing to answer the question on where you
4     live?
5  A. Correct.
6       MR. SILVERFINE: I'm going to reserve my
7  rights. I'm not going to go to court at the moment,
8  but I'm reserving my rights to go in to court to
9  obtain his address. I think it is directly relevant
10 to this case for many reasons, including the
11 information I have relative to Mr. Ashton and his
12 relationship with the plaintiff, Ms. Kennedy.
13      So you understand, at the end of the day I'm
14 suspending and reserving my rights to proceed and
15 continue not only the deposition, but to go in to
16 court to obtain that information and we'll see what
17 else comes up. So, I just want that clear.
18      MR. BRODIE: I'll object to that
19 suspension at this time. I will note for the record
20 that I only object to his address.
21      (SO NOTED)
22      MR. SILVERFINE: Well, we're not finished
23 yet, so I don't know if you're going to object to
24 anything else.

Page 7

1       MR. BRODIE: I'm going to object regarding
2  that question only as to his address.
3       MR. SILVERFINE: I want to reserve on that
4  specifically and I'm not agreeing not to suspend
5  because I think that information's relevant.
6  Q. Mr. Ashton, what is your date of birth?
7  A. 6/4/80.
8  Q. And whom do you currently live with?
9  A. Michelle Kennedy.
10 Q. And who else do you live there with?
11 A. Brian Kennedy and their three kids.
12 Q. What are their three kids' names?
13 A. Brian Kennedy, Jr., Mitchell Kennedy, and Dylan
14    Kennedy.
15 Q. What are Brian, Mitchell, and Dylan Kennedy's ages?
16 A. Brian is 17, Mitchell is 15, and Dylan is 13.
17 Q. How long have you lived with the Kennedys?
18 A. On and off for about, I'd say, eight years.
19 Q. You're 25 years of age right now?
20 A. Correct.
21 Q. So, since you were approximately how old, when did
22    you move in with the Kennedys?
23 A. I first moved in when I was 16.
24 Q. Where were you living at the time when you moved in

Page 8

1  with the Kennedys?
2  A. I was living in a trailer park.
3  Q. And with whom were you living in the trailer park
4     with?
5  A. My mother.
6  Q. What is her name?
7  A. Dianne.
8  Q. Last name?
9  A. Ashton.
10 Q. Did you live with your mother Dianne Ashton up until
11    the age of 16?
12 A. No.
13 Q. Who else did you live with?
14 A. I lived with friends.
15 Q. When you say "friends," who else did you live with?
16 A. I lived with a friend, Shawn.
17 Q. What's Shawn's last name?
18 A. Sullivan.
19 Q. Where does Shawn live?
20 A. In the trailer park.
21 Q. When you say "the trailer park," are you referring to
22    the trailer park in Billerica?
23 A. Right. Correct.
24 Q. At what address did you live with Shawn Sullivan in

Page 9

1     Billerica?
2  A. I'm not sure of his address.
3  Q. How long did you live with Shawn for?
4  A. A few months.
5  Q. When did you live with Shawn?
6  A. Probably the age of 13.
7  Q. Is that the first friend or family you moved in with
8     out of your own home?
9  A. Yes.
10 Q. So, at age 13 you moved in with friends?
11 A. Right.
12 Q. Why did you move in with friends?
13 A. Problems at home.
14 Q. Problems at home?
15 A. My mother and father.
16 Q. What is your father's name?
17 A. Arthur.
18 Q. Last name?
19 A. Ashton.
20 Q. Where does he live?
21 A. 44 Upton Street.
22 Q. 44 Upland?
23 A. Upton.
24 Q. Where is that?

Page 78

1  Q. Is it 50, is it 100?
2  A. Like I said, I don't know exactly how many there are.
3  Q. These are all relating to the police?
4  A. Yes.
5  Q. And they're relating to the Billerica police?
6  A. Right.
7  Q. And your allegations and the Kennedys' allegations
8     that you were being harassed by the police?
9  A. Right.
10 Q. And these are kept at the place you now live with the
11    Kennedys?
12 A. Yes.
13 Q. And approximately how many videotapes are there?
14 A. I couldn't even give you a number.
15 Q. How far back do they date, from when to when?
16 A. I'd say they date back to about, I'd say, '97 or '98
17    maybe.
18 Q. 1997 to the present?
19 A. '98, yeah, to the present.
20 Q. Are they kept in any kind of box or --
21 A. Yeah.
22 Q. Are they labeled at all?
23 A. Yes, all of them are labeled.
24 Q. And what do they say on the labels?

Page 79

1  A. It just gives the date and the time.
2  Q. Does it say officer so-and-so?
3  A. Some do.
4  Q. Does it list who else was there, Brian or Michelle
5     Kennedy and yourself?
6  A. Some do, some don't.
7  Q. Is there an audio component to the video?
8  A. Some there is, some there is not.
9  Q. Were these all taken outdoors, the videos?
10 A. Everything that's been outside, yeah.
11 Q. Were there videos that you did inside?
12 A. I videoed from the inside of the house to the
13    outside.
14 Q. You videoed from the inside of the house to the
15    outside?
16 A. Right.
17 Q. Do you also take that video camera in the car
18    sometimes?
19 A. Yes.
20 Q. I should ask you, what do you videotape?
21 A. I videotape the police following us through town. On
22    a few occasions I've videoed the police pulling us
23    over. Different incidents like that.
24 Q. Besides the videotapes, are there separate audio

Page 80

1     cassettes of recordings?
2  A. None that I've taken, no.
3  Q. Have any telephone conversation been taped?
4  A. None that I've taken.
5  Q. Have you been aware of any that have been taken?
6  A. No. I'm not aware of any at this time.
7  Q. Have Brian or Michelle Kennedy told you that they've
8     taped conversations?
9  A. I don't believe so.
10 Q. How about, has anyone else videotaped beside
11    yourself?
12 A. Yeah.
13 Q. Who else has videotaped?
14 A. Brian Kennedy has videotaped himself.
15 Q. The tapes that Brian has videotaped, are they kept in
16    the same area that your videotapes are kept?
17 A. Right. They're all kept together.
18 Q. What room is that in?
19 A. I leave them in the basement.
20 Q. In a box, or?
21 A. A safe.
22 Q. And approximately how many are we talking about?
23 A. I couldn't even give you a number.
24 Q. Is it 20, is it 30, is it 40?

Page 81

1  A. I couldn't even give you a number, how many there
2     are. I'm not sure.
3  Q. But at least from 1997 to the present?
4  A. Right.
5  Q. And the most recent one is what, this past month?
6  A. Yeah.
7  Q. How long are the videos themselves?
8  A. Some are just seconds, others are 15, 20, 30 minutes.
9  Q. And who decides what to video?
10 A. I usually keep the video camera with me.
11 Q. So, you decide, I'm going to start videotaping?
12 A. Yes.
13 Q. Is there some discussion with anyone before you go
14    out videotaping?
15 A. No, I just do it.
16 Q. When you're in the car with Brian and Michelle with
17    the video camera, is there a discussion about when
18    you're going to start videotaping --
19 A. No.
20 Q. -- on each and every incident?
21 A. No.
22 Q. How do you know when to start videotaping?
23 A. Driving down the street and they pull up behind us.
24    different incidents, whatever I feel like. Sometimes

Page 94

1  police don't want you here," why didn't the police
2  want you there?
3  A. I have no idea.
4  Q. Were you causing any problems with anybody else?
5  A. No.
6  Q. Did anyone complain about you that you know of?
7  A. It was all family.
8  Q. I understand, but did --
9  A. No.
10 Q. Did anybody to your knowledge make a complaint about
11    you, Brian, or Michelle?
12 A. No.
13 Q. Did you leave as a result of that?
14 A. After we were threatened, yes.
15 Q. How long had you been there up until that point?
16 A. I'd say about an hour. I'm not sure of the exact
17    amount of time we was there.
18 Q. Had you or the Kennedys -- by "the Kennedys," I mean
19    Brian and Michelle -- been drinking alcohol at that
20    point?
21 A. No. None of us drank.
22 Q. Was anyone acting in a raucous fashion --
23 A. No.
24 Q. -- or making comments?

Page 95

1  A. We were actually just playing badminton right before
2     it happened.
3  Q. Did anybody say something to this guy that you don't
4     remember his name or the cop?
5  A. No.
6  Q. Did anybody later on tell you what had happened, why
7     you were asked to leave?
8  A. No, I never got an explanation.
9  Q. And no one has ever told you -- has Brian or Michelle
10    ever told you what happened after that?
11 A. No, none of us heard anything about it.
12 Q. Anything else you can remember about that incident?
13 A. Well, on the way home, you know, we drove from the
14    Rod & Gun Club home and Michelle's mother, you know,
15    had like a nervous breakdown, because it was her
16    son's benefit party. She left with us and she had a
17    nervous breakdown. She was crying. And then that
18    the day or the day after, she had to go into the --
19    go to the doctor's. She suffered a stroke.
20 Q. This is the mother?
21 A. Right, and she's legally blind now from the incident.
22 Q. Anything else that you remember about this incident?
23 A. Not at this time, no.
24 Q. We were talking a little a while ago about videotapes

Page 96

1     that you had kept of various police encounters?
2  A. Right.
3  Q. Are there any photographs that you've taken or that
4     you're aware of that were taken by --
5  A. I've taken photographs.
6  Q. Where are they kept?
7  A. In the safe.
8  Q. Do those also date back to '97, or do they date back
9     earlier?
10 A. Some are earlier. Not from me, obviously.
11 Q. How many photographs are we talking about?
12 A. I couldn't even tell you. There's a good-sized
13    stack.
14 Q. When you're saying videos and photographs, these are
15    ones that you and Brian Kennedy both keep together in
16    the basement?
17 A. Right.
18 Q. So, they're together?
19 A. Right.
20 Q. If you know, has that been produced to Michelle and
21    Brian Kennedy's attorneys, if you know?
22 A. I'm not sure if they have or not.
23 Q. We're going to -- again, I'm going to jump around a
24    little bit. I'm going to ask you some questions,

Page 97

1  other questions, and what I'm going to do to make it
2  easier for you, I'm going to show you a copy of the
3  complaint filed in this case and we're going to mark
4  this as Exhibit 3. I'm just going to ask you about
5  certain names listed, if you know the person, how you
6  know them, what your relationship is. It will make
7  it easier if we go down the list. Okay?
8  A. Okay.
9     MR. SILVERFINE: We'll mark the complaint
10    as Exhibit 3.
11    (EXHIBIT 3 MARKED FOR IDENTIFICATION)
12 Q. Mr. Ashton, I'm showing you what's been marked as
13    Exhibit 3 and I'll represent to you that's the
14    complaint that's been filed in this case by the
15    plaintiffs' counsel, which has been sent to us. I'm
16    just going to walk you through, as I mentioned, the
17    names and just ask you, as I mentioned, how you know
18    the person and what your relationship is, if any. If
19    you don't have any, you let us know. Okay?
20 A. Okay.
21 Q. Starting with page 3, you'll see it says "parties."
22 A. Right.
23 Q. I'm going to walk you down. I think we've already
24    talked about Brian and Michelle Kennedy?

Page 134

1  Q. For 30 to 45 minutes?
2  A. I'd say yes.
3  Q. Anything else you can remember?
4  A. Well, Officer Casey had pulled up at that time.
5     That's what I was getting at. He had pulled up and
6     there was a video camera going when the police showed
7     up. Officer Casey was shining his flashlight. Like
8     I said, it was daytime.
9  Q. I was going to ask you that. Did you say it was
10    daytime?
11 A. Right.
12 Q. Where is Officer Casey shining his flashlight?
13 A. In the camcorder.
14 Q. The camcorder is set up on the outside porch?
15 A. No, somebody was videoing. Somebody was videoing
16    when the police showed up.
17 Q. Let's back up for a second. Where was the video
18    camera during this entire period?
19 A. I'm not sure if the camera was going at the time or
20    if it -- it might have been going at the time, but I
21    don't think through the whole incident.
22 Q. This is something you had, you said, in your
23    basement, right?
24 A. Right.

Page 135

1  Q. So, there's a videotape of this episode?
2  A. Right.
3  Q. So, you turn that over to the police and said, look,
4     here's the three guys?
5  A. No.
6  Q. A copy, nothing?
7  A. No.
8  Q. And that's one of the videos you have in your
9     basement?
10 A. I believe so.
11 Q. Who was running the video during this period of
12    time?
13 A. I'm not sure who was videoing.
14 Q. Were you running the video?
15 A. No.
16 Q. So, who else would have been running the video if it
17    wasn't you at this particular point?
18 A. It might have been one of the kids from the inside.
19 Q. When you say "kids," you're referring to Brian and
20    Michelle's kids?
21 A. Right, or it could have been one of their friends.
22 Q. And the kids are running around still during the --
23 A. No, they're all in the house.
24 Q. So, the video's being taken from inside the house or

Page 136

1     was it on the porch?
2  A. Some was from inside the house and from the porch and
3     in the yard.
4  Q. What else do you remember about this incident,
5     anything else you can tell us?
6  A. Well, it was daytime and Officer Casey got out of his
7     police cruiser and for some reason he had his
8     flashlight, it was broad daylight. He was shining
9     his light into the camcorder so the camcorder
10    couldn't see anymore, and then went after the
11    camcorder, whoever was videoing.
12 Q. What happened?
13 A. The video camera ended up being broken. I have a
14    friend that does video recording and I was able to
15    salvage the tape from the camcorder.
16 Q. And that's the one that's in the basement?
17 A. Right.
18 Q. Anything else you can tell us about that incident
19    itself that you remember?
20 A. Just that nothing was done.
21 Q. How about relative to Officer Casey, any other
22    interactions with Officer Casey?
23 A. A lot of giving the finger, you know, driving by,
24    incidents like that.

Page 137

1  Q. Now, during the time -- by the way, during this
2     incident you just talked about with the three guys
3     and the gun, where was Michelle Kennedy during this
4     time?
5  A. She was outside for, you know, a portion of it, but
6     -- she was inside with the kids.
7  Q. What was she doing as far as you know?
8  A. Nothing. I mean, when she was outside, she was
9     telling me and her husband Brian, you know, stand
10    back, stay away.
11 Q. Anything else you remember her saying?
12 A. Telling the kids to get in the house.
13 Q. How about Brian Kennedy, what was he doing?
14 A. The same thing, just telling them what are you guys
15    doing here, beat it.
16 Q. When they said do you want to fight, did you say,
17    sure, bring it on, let's fight?
18 A. No.
19 Q. Anything else you can tell us about that?
20 A. Not that I remember at this time.
21 Q. You said Officer Casey saw you, gave you the finger.
22    Anything else you remember with Officer Casey?
23 A. The same thing, just hazing.
24 Q. When you say "hazing," you're talking about these

Page 138

```
 1     words, you're a punk, that kind of stuff?
 2  A. Telling me to stay away from Brian and Michelle and
 3     my life will get better.
 4  Q. Any other things that you remember?
 5  A. No.
 6  Q. How about Richard Nestor, N-E-S-T-O-R?
 7  A. Right. I know Richard Nestor.
 8  Q. Tell us what you know about Richard Nestor.
 9  A. The same thing. The same incident with Officer
10     Rhonstock with Michelle's son being assaulted. The
11     same incident with Officer Rhonstock, Nestor was
12     there.
13  Q. Did Nestor do anything differently or in addition to
14     what Rhonstock did?
15  A. No, just turned his ear and left.
16  Q. Anything else with Nestor?
17  A. Not that I remember at this time.
18  Q. Robert Brown?
19  A. Yeah, I know Robert Brown.
20  Q. Tell us about Robert Brown.
21  A. It's the same thing with him. Harassment, following.
22  Q. Well, tell us what you specifically recall about
23     Brown?
24  A. Following us around town.
```

Page 139

```
 1  Q. And he's been videotaped?
 2  A. I believe so, yes.
 3  Q. These are the videotapes that are located in the
 4     basement?
 5  A. I believe so.
 6  Q. What has Officer Brown done?
 7  A. The same thing, exchanging words with me. Hazing,
 8     telling me I'm no good.
 9  Q. Just so I understand, you indicated you never said
10     anything to any other officer at any time?
11  A. Basically, they didn't even know me. Don't believe
12     everything that they hear.
13  Q. Other than that, you haven't said anything?
14  A. No.
15  Q. By the way, you keep saying "at this time," is your
16     memory clear today? Anything impeding your memory?
17  A. Any what?
18  Q. Anything interfering with your memory today?
19  A. Just the fact that some things I don't remember.
20  Q. And that's fair. But I'm asking you are you on any
21     medication?
22  A. No.
23  Q. Have you taken any narcotics, drugs --
24  A. No.
```

Page 140

```
 1  Q. -- that impede your ability to remember things?
 2  A. No.
 3  Q. I understand you're giving your best memory, but I'm
 4     just asking is there anything that would interfere
 5     with your ability to recall something?
 6  A. No.
 7  Q. Robert Brown?
 8  A. That's the officer I was just referring to.
 9  Q. Anything else about Officer Brown?
10  A. Not that I remember at this time.
11  Q. William West?
12  A. I believe he was the officer that my brother had said
13     that I had stole the badge.
14  Q. And you base that on what? How do you know he was
15     talking to Officer West?
16  A. Well, I just know by him asking for him, can I speak
17     to Detective West.
18  Q. So, your testimony today is that you actually heard
19     him ask for Officer West?
20  A. Detective West.
21  Q. Detective West, okay. Besides the conversation,
22     which, again, I think you relayed to us earlier, is
23     there anything else about Detective West that you can
24     recall?
```

Page 141

```
 1  A. No, sir.
 2  Q. Gregory Katz, K-A-T-Z?
 3  A. I do know Officer Katz.
 4  Q. Tell us about Officer Katz.
 5  A. It's pretty much the same thing. Always being
 6     followed. Pulled over by him.
 7  Q. Has he cited you?
 8  A. I've been cited a few times. I honestly can't
 9     remember which officers it was, you know, that had
10     cited me. I mean, I've been pulled over countless
11     times and never got a citation.
12  Q. Officer Katz, is he one of the guys you videotaped?
13  A. I don't believe so. I might have. I'm not sure.
14     I'm not positive.
15  Q. If you would have, it would be in the basement with
16     the other guys' videos?
17  A. Yes.
18  Q. Anything else you can remember about Officer Katz in
19     relation to you?
20  A. No, not at this time.
21  Q. Gerald Roche, R-O-C-H-E?
22  A. I know Officer Roche.
23  Q. Tell us about Officer Roche.
24  A. The same thing. I really never had too much of a
```

Page 182

1  Q. Who was it?
2  A. It was John Oblenis.
3  Q. The same John Oblenis you mentioned earlier?
4  A. Right.
5  Q. What happened as a result of that?
6  A. I was chasing him. I yelled his name. I yelled,
7     "John," and he turned around. He entered into a set
8     of woods that are behind Michelle and Brian's house.
9     I stopped chasing him at that point and then got in
10    my car and went onto Oak Street. I parked in a
11    friend of mine's driveway by the name of Bob Spencer,
12    because behind his house is train tracks, and two
13    Billerica police officers pulled up in their police
14    cars crisscrossing, like going each way, you know,
15    one facing one way and one facing the other way. I
16    shut my lights off in my car and I heard one of them
17    say, "We can go pick him up at the club now."
18        So, when they left, you know, behind me, I
19    started up my car and I drove down -- you know, drove
20    down the street. The only place I know is a club is
21    the Rod & Gun Club. And as I drove to the Rod & Gun
22    Club, there was a Billerica cruiser parked in the
23    parking lot. I don't know, a man, or a boy, or a kid
24    got in the car wearing the same clothes as the kid I

Page 183

1     just chased.
2  Q. Who was that?
3  A. John Oblenis.
4  Q. Did you file a complaint or file charges?
5  A. In Tewksbury I did.
6  Q. You advised Tewksbury because it was on Tewksbury
7     property?
8  A. I believe it is on Tewksbury property, yes.
9  Q. What happened as a result of that?
10 A. I tried to explain to them about how -- you know, the
11    whole scenario, what I seen. When I mentioned the
12    part about John Oblenis getting into the Billerica
13    police car, they informed me -- informed Brian and
14    Michelle the last time you filled out the statement
15    it was the police and nothing happened, just go with
16    who you seen in your yard and who you chased. They
17    pretty much informed us not to say that it was the
18    police or it would go nowhere like the truck
19    did.
20 Q. So, did any charges result from that, do you know?
21 A. I believe he was charged and it was dismissed.
22 Q. Did you testify?
23 A. I don't even think it got that far.
24 Q. By the way, do you have a nickname at all?

Page 184

1  A. Ut-ut.
2  Q. Just answer for her.
3  A. I'm sorry, no.
4  Q. How about Michelle Kennedy?
5  A. She goes by the name Mickey.
6  Q. How about Brian Kennedy?
7  A. No. Big Brian.
8  Q. When you first started videotaping, you said, back in
9     '97, roughly?
10 A. Roughly.
11 Q. For what purpose did you begin to videotape?
12 A. The harassment, you know. It was just getting so
13    much that there was a need to do it and the fear that
14    eventually it would get worse.
15 Q. So, the idea was to eventually file a suit using this
16    video as evidence?
17 A. No, not necessarily. The reason was, like I said,
18    things were getting pretty, you know, absurd with the
19    charges constantly. It was more so, you know, to
20    prove our innocence for future reference if anything
21    ever did happen.
22 Q. But you would tell other people that you were going
23    to sue them, when you videotaped them, when they came
24    up to you back in 1997 up until present?

Page 185

1        THE WITNESS: That I would?
2        MR. SILVERFINE: Right. You were going to
3  sue them; they were going to be sued.
4        THE WITNESS: That there was a lawsuit?
5        MR. SILVERFINE: No, that you you were
6  going to sue.
7        THE WITNESS: That I was going to? No.
8        MR. SILVERFINE: Not necessarily you, but
9  they were going to be sued. Not necessarily by you,
10 maybe by the Kennedys.
11 A. I don't believe I used them words, no.
12 Q. So, you never told other people that you, or we, or
13    words to the effect, you're going to be sued?
14 A. No. I don't remember anybody saying that.
15 Q. How about Brian or Michelle Kennedy ever using those
16    terms?
17       THE WITNESS: That they were going to be
18 sued?
19       MR. SILVERFINE: Not that they're going to
20 be sued, but in the sense they're going to sue others
21 using these videotapes.
22 A. No, not to my recollection.
23 Q. By the way, I don't think I asked you this, have you
24    ever been involved in a civil suit before?

Page 190

1  Q. What did Michelle say to her?
2  A. That the incident was on video and that she couldn't
3     go and lie and say I threatened her.
4  Q. Did Michelle curse at her?
5  A. I don't remember if Michelle did. I don't believe
6     so.
7  Q. Was Brian Kennedy there that day?
8  A. No.
9  Q. Was there a separate event that occurred on
10    April 24, 2004 involving Tara Hawkes?
11 A. I don't know what incident you're talking about.
12 Q. This location, 54 Oak in Billerica?
13 A. I think that is the bus stop incident, the park
14    manager's office.
15 Q. This looks to have happened, to have occurred after
16    the probation surrender of January 7, 2004. Was
17    there a second incident involving your second cousin?
18 A. At 54 Oak?
19 Q. On April 24, 2004, a Saturday?
20 A. The only one that I know of at 54 Oak Street would be
21    the one that you just discussed in front of the park
22    manager's office.
23 Q. This is at the intersection of Oak and Berkeley
24    Street?

Page 191

1        THE WITNESS: Oh, Oak and Berkeley?
2        MR. SILVERFINE: Yes.
3  A. Yes. That's the park manager's office, that's that
4     incident.
5  Q. You're saying this is the incident that she testified
6     to in January 2004?
7  A. Right.
8  Q. So, you're saying there's only one incident. There
9     wasn't a second one?
10 A. The only incident I know of at 54 Oak Street is at
11    the park manager's building; that's on the corner of
12    Berkeley and Oak. There was never two incidents that
13    happened there, no.
14 Q. When you say you were videotaping the incident,
15    right, where were you when you were videotaping
16    this?
17 A. In the car.
18 Q. What seat were you in?
19 A. The front seat, passenger.
20 Q. You were in the front seat videotaping what happened
21    between you and Tara?
22 A. Correct.
23 Q. And that videotape is also in the basement?
24 A. Yes.

Page 192

1  Q. Was there a second incident where you were
2     videotaping from the back seat? Do you remember
3     that?
4  A. No. I don't remember.
5  Q. Was there also an incident that you were involved
6     with on February 20th, 2004 with Officer Tsoukalas
7     and some kids on a roof? Do you remember that?
8  A. No.
9  Q. What type of work does Michelle Kennedy do?
10 A. I don't believe she works now.
11 Q. When was the last time she did work?
12 A. I couldn't even give you a time frame.
13 Q. When's the last time you remember she worked?
14 A. The last time I could -- I couldn't even give a
15    date.
16 Q. Was it five years ago, six years ago?
17 A. No, not that long ago.
18 Q. When was the last time you remember?
19 A. I couldn't even tell you.
20 Q. Do the best you can. You've lived with them for the
21    last nine years, you said?
22 A. Right.
23 Q. So, when was the last time you remember?
24 A. She gets odd-and-end jobs handed to her.

Page 193

1  Q. What kind of jobs?
2  A. She cleans houses or was cleaning houses.
3  Q. When was the last time she did that?
4  A. It was a while ago.
5  Q. How do the Kennedys support themselves in terms of
6     income?
7  A. I help out. Brian helps out. Friends of mine.
8  Q. To your understanding, does Michelle Kennedy suffer
9     from depression at all?
10 A. Yes.
11 Q. How do you see that manifested?
12 A. She has anxiety attacks.
13 Q. When you say "anxiety attacks," what does that
14    mean?
15 A. Shortness of breath.
16 Q. What else?
17 A. Like stressful, you know, stressful.
18 Q. When you say "stressful," what do you mean by
19    "stressful"?
20 A. Constantly rushing, you know, trying to -- just her
21    mind races. Her mind's racing.
22 Q. Are you aware that the Kennedys have been
23    investigated for child neglect?
24 A. I believe there was -- not recently. In the past