# EXHIBIT 5

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

October 31, 2005

**By Fax and U.S. Mail**
**(617) 451-3413**

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street, 4th Floor
Boston, MA 02108

Re:  Kennedy v. Billerica

Dear Attorney Fischer:

I am in receipt of your October 27th letter relative to the above-referenced matter.

First, I would note that per order of the Court we forwarded initial discovery of police reports and other documents relating to this case (some 2028 pages) to you. To date, I have not received *anything* from the plaintiffs. Despite my raising this issue in our recent telephone conversation, there is no mention of when the plaintiffs will produce their initial disclosure in your letter.

Second, as this case involves allegations relating to personal disputes between the plaintiffs and the defendant officers, I assume that you will not asking the officers to provide home and other personal information at their depositions as it is irrelevant and dangerous for them to provide same given the context of this suit. If need be, the officers can be reached through their department or through counsel.

Third, while there may be complaints that the plaintiffs are entitled to I would reject the notion you put forth that you are entitled to the officers' entire personnel files. If appropriate, I would agree to a continuation of officers' depositions based upon certain complaints, and/or discipline relating to the plaintiffs' *Monell* claims.

Fourth, Officer Michelle Farren indicates that she is unable to attend the deposition she is presently scheduled for on November 21.

If you have any questions please do not hesitate to contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: jj

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

December 12, 2005

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA 02108

Re: <u>Kennedy v. Billerica</u>

Dear Attorney Fischer:

This letter will serve as a request for production of any and all video and audio recordings referenced in the plaintiff's initial disclosure as well as at the deposition of Billy Ashton (ie. that video recordings pertaining to this case are stored at the plaintiffs' home).

If you have any questions please contact us.

Thank you for your courtesy in this matter.

Very truly yours,

Jeremy I. Silverfine

JIS: jj

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

May 25, 2006

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re:   Kennedy v. Billerica

Dear Attorney Fischer:

   Pursuant to the Court's verbal order relative to your request on Monday, May 22, 2006, enclosed please find the Billerica Police Departments table of contents for its policies and procedures.

   Kindly forward some available dates for the depositions of Brian and Michelle Kennedy (continuation).

   This letter will serve as a further request for production of any and all video and audio recordings referenced in the plaintiff's initial disclosure as well as at the depositions of Billy Ashton and Michelle Kennedy. To date, despite several written requests, we have received none of the video or audio tape recordings identified by your clients.

   If you have any questions please contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: jj
Enclosure

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

June 7, 2006

*By Fax and U.S. Mail*
*(781) 861-7875*
Attorney Fred Gilgun
Nicholson, Sreter & Gilgun
33 Bedford Street, Suite 4
Lexington, MA 02420

Re:   Kennedy v. Billerica, et al.

Dear Attorney Gilgun:

Please be advised that I am in receipt of your letter dated June 7, 2006 relative to the above-referenced matter. Your letter states that you have previously produced videotapes to us. This is not so. Additionally, your clients have stated under oath that they had boxes full of videotapes. I have received just 5 videotapes and one audiocassette with your letter today. I request that you produce all the videotapes and audiocassettes relative to this case that your clients have.

If you have any questions please do not hesitate to contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: jj

cc: Andrew M. Fischer, Esq.

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

June 19, 2006

*By Fax and U.S. Mail*
*(781) 861-7875*
Attorney Fred Gilgun
Nicholson, Sreter & Gilgun
33 Bedford Street, Suite 4
Lexington, MA 02420

Re:   Kennedy v. Billerica, et al.

Dear Attorney Gilgun:

     Please be advised that I am in receipt of your letter dated June 8, 2006 relative to the above-referenced matter. Your letter states that you have produced all the video and audiotapes that the plaintiffs have in their "possession, custody or control." I note that the plaintiff testified that there were three audiotapes she recalled (Deposition of Michelle Kennedy, page 104). Further, your client referenced notes that she kept on this case (Deposition of Michelle Kennedy, pages 101, 119), which have not been provided. Your client, Billy Ashton, identified a "good sized stack" of photographs (Billy Ashton deposition, page 96) that have not been produced. In addition, there have been no medical bills or records, referenced in you initial disclosures, produced by you.

     I would also note that the one audiocassette produced by you, along with the 5 videotapes, speed is off. I would ask that you produce a clear copy of same.

     If you have any questions please do not hesitate to contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: jj
cc: Andrew M. Fischer, Esq.