# EXHIBIT 6

```
                              Volume 1
                              Pages 1-124
                              Exhibits per index


              UNITED STATES DISTRICT COURT

                DISTRICT OF MASSACHUSETTS


           Civil Action No. 04-CV-12357-PBS


   -------------------------------:
                                  :
   Brian Kennedy, et al,          :
              Plaintiffs,         :
                                  :
   V.                             :
                                  :
   Town of Billerica, et al,      :
              Defendants.         :
                                  :
   -------------------------------:


         DEPOSITION OF RAYMOND F. TRAINOR,
   JR., a witness called on behalf of the Plaintiff,
   taken pursuant to the Federal Rules of Civil
   Procedure, before Patricia M. Haynes, a Certified
   Shorthand Reporter and Notary Public in and for
   the Commonwealth of Massachusetts, CSR No.:
   14620F, at the Offices of Jason & Fischer, 47
   Winter Street, Boston, Massachusetts, on
   Wednesday, June 27, 2006, commencing at 10:30 a.m.




                   Copley Court Reporting
                     101 Tremont Street
                Boston, Massachusetts  02108
                       (617) 423-5841
```

Q. Can I ask when you'll get back to me?

A. I'll let you know.

Q. And can we put a time frame on this?

A. You can get it yourself.

Q. I have to prepare a motion and go to the court. It's a considerable effort on my part.

A. It's a considerable effort on my part to be here today. I suggest you go do it your way seeing as your client makes up lies about me. Let's make you work a little. I had to work to come here sitting in this chair for three hours. You work a little and thank your client.

MR. FISCHER: We'll suspend at this point.

MR. SILVERFINE: Note my objection.

MR. FISCHER: Will you agree to produce the tape of the conversation at Mr. Trainer's house?

MR. SILVERFINE: That's fine. I have received no documentation from your client as to any notes or any other documents that have been referenced in her deposition. The only thing I received to date is five video cassettes and one audio cassette. Pursuant to the 7.1 rule, I'm

following up on a letter I sent to you guys last week and I haven't received anything.

        MR. FISCHER:  I thought the videotapes and audiotapes were the documentations in response.  I understand that one, that the audiotape was at a bad speed.  It's in the mail to you.

        MR. SILVERFINE:  I'm noting that your client indicated there were 17 notebooks and I have received nothing.

        MR. FISCHER:  I'm not aware of any notebooks that are not privileged.

        MR. SILVERFINE:  I disagree.  She indicated she took notes from time the time of your complaint and that can't be privileged.  For the purposes of 7.1, I'm having this conversation.

        (Whereupon the deposition was concluded, over the objection of Mr. Silverfine, at 1:10 p.m.)