UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Brian Kennedy, et al
        Plaintiffs,           CIVIL ACTION
                                              NO.   04-12357-PBS
    v.

Town of Billerica, et al
        Defendants.


## NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                          July 27, 2006

      The Final Pretrial Conference previously scheduled for October 4, 2006, has been **rescheduled** to **October 10, 2006, at 2:00 p.m.**

                                                       By the Court,

                                                        /s/ Robert C. Alba
                                                      Deputy Clerk

Copies to:  All Counsel

resched.ntc