UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BRIAN KENNEDY, et al              \*
                                  \*
        Plaintiffs                \*
                                  \*
v.                                \*   C. A. No. 04-CV-12357-PBS
                                  \*
TOWN OF BILLERICA, et al          \*
                                  \*
        Defendants                \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiffs and certify that he and co-counsel have conferred with defense counsel, pursuant to Rule 7.1, regarding plaintiffs' motion to compel further answers to interrogatories. Specifically, undersigned counsel spoke with defense counsel Jeremy Silverfine on Monday afternoon, July 24, by telephone and Mr. Silverfine said "Do what you have to do."

                                        Respectfully submitted,
                                        Brian Kennedy, et al
                                        by their counsel


Date: July 27, 2006                     /s/ Andrew M. Fischer
                                        Andrew M. Fischer
                                        BB0# 167040
                                        JASON & FISCHER
                                        47 Winter Street
                                        Boston, MA 02108
                                        (617) 423-7904


kennedy\7.1cert\mocompelfurtheransints