UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                    Plaintiffs )
 )
VS. )
 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                    Defendants

**DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES REGARDING IAD COMPLAINTS**

The defendants hereby move this honorable Court to strike the plaintiffs' motion to compel answers to interrogatories regarding IAD complaints. In support thereof, the defendants state that the plaintiffs have not followed the appropriate procedure for filing any motion as mandated by Local Rule 7.1. Local Rule 7.1 states, in relevant part that," no motion shall be filed unless counsel certify that they have conferred and have attempted in good faith to resolve or narrow the issue." In this case, no such Rule 7.1 conference was conducted. (See copy of letter to plaintiffs' counsel dated July 28 2006,

attached hereto as "Exhibit 1").

    If necessary, the defendants will file a more complete response to the plaintiffs' motion to compel answers to interrogatories regarding IAD complaints within the time frame provided for by the rules (14 days).

                                          Respectfully submitted,
                                          DEFENDANTS,
                                          By their attorneys,

                                          /s/ Jeremy Silverfine
                                        Jeremy Silverfine, BBO No. 542779
                                        BRODY, HARDOON, PERKINS & KESTEN, LLP
                                        One Exeter Plaza
                                        Boston, MA 02116
                                        (617) 880-7100

Dated: July 28, 2006