## JASON AND FISCHER
ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
tel. (617) 423-7904
fax (617) 451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER

July 26, 2006

**BY EMAIL, FACSIMILE AND U.S. MAIL**

Jeremy Silverfine, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Re:   Brian Kennedy, et al v. Town of Billerica, et al

Dear Mr. Silverfine:

As I explained to you in our telephone conversation on Monday afternoon, July 24, 2006, our expert, Reginald Allard, is unable to complete his evaluation and report without additional documentation which should have been provided in response to plaintiff's discovery requests, formal and informal, and under the defendants' duty of automatic disclosure.

Mr. Allard specifically identifies several items in his July 24, 2006 correspondence to me, which I enclose herewith, that the defendants have failed to produce. These include four specific items:

(1) An FBI Clearance letter concerning the 1999 investigation triggered by the plaintiffs' complaints,

(2) The performance evaluation system required by M.G.L., c. 31, regarding discipline for just cause,

(3) Specific training and training handouts given to the defendant officers as to the laws of arrest, and

(4) Written documentation of investigations performed at the Sergeant/OIC level for alleged misconduct and/or in response to civilian complaints.

In addition to Mr. Allard's July 24, 2006 letter, I also enclose his curriculum vitae for you.

I consider our telephone conversation (in which you indicated that the defendants were not producing any further materials) as compliance with Local Rule 7.1 and the plaintiffs will proceed with another motion to compel.

Yours truly,

Andrew M. Fischer

AMF:ms