UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al       * | |
| *  | |
| Plaintiffs       * | |
| * | |
| v.                                  * | C. A. No. 04-CV-12357-PBS |
| * | |
| TOWN OF BILLERICA, et al    * | |
| * | |
| Defendants       * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiffs and certify that he and co-counsel have conferred with defense counsel, pursuant to Rule 7.1, regarding plaintiffs' motion to compel and/or extend time, both by letter and by telephone, on July 28, 2006

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: July 31, 2006

/s/Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

kennedy\7.1cert\mocompel or extend