UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al * | |
| * | |
| Plaintiffs * | |
| * | |
| v. * | C. A. No. 04-CV-12357-PBS |
| * | |
| TOWN OF BILLERICA, et al * | |
| * | |
| Defendants * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ORDER PRODUCING ORIGINAL SIGNATURES OF TRACY HEFFERNAN AND CRAIG PICKERING

Now come the plaintiffs and move this Honorable Court issue an order that the defendant Town of Billerica Police Department produce all original documents bearing the signature of Tracy Heffernan and of Craig Pickering.

As reason plaintiffs state that Ms. Heffernan signed a witness statement on November 29, 1991, which the defendants produced, first, as Bates stamp number 286-288.[1]  The next document, Bates stamped number 289, appears to be a retraction of the witness statement and also bears what purports to be Ms. Heffernan's signature.  However, Ms. Heffernan denies ever retracting her witness statement and, when shown the retraction, asserted that the signature was not hers.

Plaintiffs have consulted a handwriting expert, but the expert states that she is unable to render an opinion without additional exemplars, especially exemplars made near the date of the alleged forgery.  The prospective expert also suggests that a sample made for the purpose of a

---

[1] This document also appears several other times among the first 2000 pages of randomly organized Bates stamped documents, and may be part of an internal affairs investigation of the first incident involving harassment of the plaintiffs.

handwriting analysis is not as valid as those made in the course of daily affairs. Finally, the expert notes that the more exemplars there are, the more reliable the analysis.

Ms. Heffernan is in the process of moving, and has discarded much of her old records. Her other records are in boxes stored with friends. Thus she is unable to provide plaintiffs with exemplars of her signature from among her records.

However, plaintiffs understand that Ms. Heffernan has a history with the defendant Police Department in the course of which she would have signed booking sheets, acknowledgments of Miranda warnings and similar forms. In order that they may retain their prospective handwriting expert, plaintiffs seek all copies of Ms. Heffernan's signature that the defendant police department has.

Likewise, Carl Pickering has made a witness and then a retraction, in similar circumstances. Plaintiffs seek to determine whether the signature on his retraction is also forged, but do not know his present whereabouts, in order to obtain the exemplars. Plaintiffs therefore seek copies of his signature that the defendant police department has, as well.

                                                Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: August 1, 2006                        /s/Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

kennedy\moexemplars