UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al * | |
| * | |
| Plaintiffs * | |
| * | |
| v. * | C. A. No. 04-CV-12357-PBS |
| * | |
| TOWN OF BILLERICA, et al * | |
| * | |
| Defendants * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiffs and certify that he and co-counsel have conferred with defense counsel, pursuant to Rule 7.1, regarding plaintiffs' motion for order producing original signatures of Tracy Heffernen and Craig Pickering. Specifically, undersigned counsel has requested copies of Ms. Heffernan's signature in telephone conversations and the defendants have not responded.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: August 1, 2006                    /s/ Andrew M. Fischer

Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

kennedy\7.1cert\mtnctorder