UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al      * | |
| * | |
| Plaintiffs      * | |
| * | |
| v.      * | C. A. No. 04-CV-12357-PBS |
| * | |
| TOWN OF BILLERICA, et al      * | |
| * | |
| Defendants      * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR APPROVAL TO UTILIZE THE GENERAL GRANT OF ACCESS TO C.O.R.I. TO ATTORNEYS OF RECORD

Now comes the plaintiffs in the above-entitled case and, acting pursuant to Mass. General Laws, Chapter 6 § 172(c), requests the approval of this Honorable Court to utilize the general grant of access to C.O.R.I., as provided by the Criminal History System's Board, to attorneys of records for all criminal record information for the following potential witnesses in this case:

1. Tracy Heffernan of Billerica, Massachusetts
2. Craig Pickering of Billerica, Massachusetts

The C.O.R.I. sought regarding the witnesses listed, is needed for the plaintiff to obtain handwriting examples from court documents and/or trial strategy purposes related to this cause of action.

Plaintiffs attach an affidavit if counsel in support of this motion.

As reason, plaintiffs seek handwriting examples from these two witnesses, to determine whether signatures to recantations of their witness statements to the Billerica Police have been forged.

Respectfully submitted,<br>
Brian Kennedy, et al<br>
by their counsel

Date: August 7, 2006                              /s/ Andrew M. Fischer
                                                  Andrew M. Fischer
                                                  BB0# 167040
                                                  JASON & FISCHER
                                                  47 Winter Street
                                                  Boston, MA 02108
                                                  (617) 423-7904
                                                  afischer@jasonandfischer.com

kennedy\mtnaccesscori