UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al * | |
| * | |
| Plaintiffs * | |
| * | |
| v. * | C. A. No. 04-CV-12357-PBS |
| * | |
| TOWN OF BILLERICA, et al * | |
| * | |
| Defendants * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF ANDREW M. FISCHER

I, Andrew M. Fischer, do hereby affirm and attest as follows:

1. The C.O.R.I. sought regarding the witnesses listed; Tracy Heffernan and Craig Pickering, will be used exclusively for obtaining handwriting examples from court documents and/or trial strategy purposes related to this cause of action.

2. The C.O.R.I. accessed through this grant will not be disclosed to unauthorized persons and/or in violation of Mass. General Laws, Chapter 6 § 167 et. Seq. Or 803 CMR 1.00 et seq.

Signed under the pains and penalties of perjury this 7 day of August, 2006.

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy\affamfcori