UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BRIAN KENNEDY, et al                        \*
                                            \*
             Plaintiffs                     \*
                                            \*
v.                                          \*       C. A. No. 04-CV-12357-PBS
                                            \*
TOWN OF BILLERICA, et al                    \*
                                            \*
             Defendants                     \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiffs and certify that he and co-counsel have conferred with defense counsel, pursuant to Rule 7.1, regarding plaintiffs' Motion for Approval to Utilize the General Grant of Access to C.O.R.I. to Attorneys of Record.

Specifically, undersigned counsel has requested copies of exemplars and the defendants' assent to the motion in telephone conversations and has note received an affirmative response to either request.

                                                                       Respectfully submitted,
                                                                       Brian Kennedy, et al
                                                                       by their counsel

Date: <u>August 7, 2006</u>                                               /s/ <u>Andrew M. Fischer</u>
                                                                         Andrew M. Fischer
                                                                         BB0# 167040
                                                                         JASON & FISCHER
                                                                         47 Winter Street
                                                                         Boston, MA 02108
                                                                         (617) 423-7904

kennedy\7.1cert\mtnctorder