# Brody, Hardoon, Perkins & Kesten, LLP
### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

June 22, 2006

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re:    <u>Kennedy v. Billerica</u>

Dear Attorney Fischer:

    Enclosed please find the following Notices of Taking Depositions of the following Keeper of Records:

1.  Saints Memorial Hospital for William Robert Ashton;
2.  Saints Memorial Hospital for Brian Kennedy; and
3.  Saints Memorial Hospital for Michelle Kennedy.

    Please note that we will forward all records we receive in response to the deposition subpoenas. If you should have any questions, please do not hesitate to contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: ld
Enclosure
cc: Fred Gilgun, Esq.

RECEIVED BY:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                      Plaintiffs )
  )
VS. )
  )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                      Defendants

## NOTICE OF TAKING DEPOSITION

TO:   Andrew M. Fischer, Esq.
        JASON & FISCHER
        47 Winter Street, 4th Floor
        Boston, MA 02108

**PLEASE TAKE NOTICE** that at 10:30 a.m. on July 5, 2006, at the offices of BRODY, HARDOON, PERKINS & KESTEN, LLP, One Exeter Plaza, Boston, Massachusetts 02116, the defendants, in this action, by their attorney, will take the deposition upon oral examination of the **Keeper of the Records of Saints Memorial Hospital**, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination

will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

You are invited to attend and cross-examine.

> Respectfully submitted,
> Defendants,
> By their attorneys,
>
> _____
> Jeremy Silverfine, BBO #542779
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

Dated: 6/22/06

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/22/06

## SCHEDULE "A"

1. Any and all hospital and/or office notes, medical records, including but not limited to anesthesia records, blood transfusion records, consent forms, release certificate forms, forms to authorize release of information, consultation sheets, discharge summary sheets, doctor's order sheets, electrocardiograph records, emergency records, graphic records, incident reports, intake and output records sheets, intravenous fluid record sheets, medication record sheets, nuclear medicine reports, nurses' notes sheets, operation records, medical reports, pathology reports, progress record sheets, radiology reports, vital signs sheets, x-rays, and x-ray reports, and special records for each admission and discharge of **Michelle Kennedy; date of birth: 10/20/67; SS# 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**;

2. X-ray films and MRI sheets; and

3. All documents reflecting medical charges for services provided to **Michelle Kennedy; date of birth: 10/20/67; SS# 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**; and

4. All medical records, mental health records, therapy records, therapy notes, and evaluation records of **Michelle Kennedy; date of birth: 10/20/67; SS# 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**.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
      Plaintiffs )
)
VS. )
)
)
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
      Defendants

**M.R.C.P. RULE 30(A) & RULE 45**

TO: Keeper of Records
   Saints Memorial Medical Center
   One Hospital Drive
   Lowell, MA  01852

GREETINGS:

  YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Massachusetts Rules of Civil Procedure to appear and testify on behalf of the defendants, before a Notary Public of the Commonwealth of Massachusetts, at the offices of Jeremy I. Silverfine,

Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116, on the 5th day of July, 2006, at 10:30 a.m., and to testify as to your knowledge, at the taking of the deposition in the above-entitled action. You are requested to bring with you the documents on the attached Schedule "A."

The requested records are to be used for purposes of litigation. Attorneys for the defendants certify that, pursuant to 160 C.F.R. 164.512 (e), they have given notice this date of the within Notice of Taking Deposition and Deposition Subpoena to counsel for the plaintiff: Andrew M. Fischer, Esq., JASON & FISCHER, 47 Winter Street, 4th Floor, Boston, MA 02108.

  Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

_____  
Jeremy I. Silverfine, BBO#542779  
Brody, Hardoon, Perkins & Kesten  
One Exeter Plaza  
Boston, MA 02116

DATED: _____, 2006

_____  
Notary Public  
My Commission Expires:

\* In lieu of appearing, we will accept certified copies of all documents requested in Schedule A. If you have an objection to the documents requested or cannot provide this office with a complete copy of the documents, the deposition may be necessary.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                         Plaintiffs )
 )
VS. )
 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                         Defendants

## NOTICE OF TAKING DEPOSITION

TO:   Andrew M. Fischer, Esq.
        JASON & FISCHER
        47 Winter Street, 4th Floor
        Boston, MA 02108

**PLEASE TAKE NOTICE** that at 10:00 a.m. on July 5, 2006, at the offices of BRODY, HARDOON, PERKINS & KESTEN, LLP, One Exeter Plaza, Boston, Massachusetts 02116, the defendants, in this action, by their attorney, will take the deposition upon oral examination of the **Keeper of the Records of Saints Memorial Hospital**, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination

will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

You are invited to attend and cross-examine.

Respectfully submitted,
Defendants,
By their attorneys,

_____
Jeremy Silverfine, BBO #542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 6/22/06

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/22/06

## SCHEDULE "A"

1. Any and all hospital and/or office notes, medical records, including but not limited to anesthesia records, blood transfusion records, consent forms, release certificate forms, forms to authorize release of information, consultation sheets, discharge summary sheets, doctor's order sheets, electrocardiograph records, emergency records, graphic records, incident reports, intake and output records sheets, intravenous fluid record sheets, medication record sheets, nuclear medicine reports, nurses' notes sheets, operation records, medical reports, pathology reports, progress record sheets, radiology reports, vital signs sheets, x-rays, and x-ray reports, and special records for each admission and discharge of **William Robert Ashton; date of birth: 6/4/80; SS #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;**

2. X-ray films and MRI sheets; and

3. All documents reflecting medical charges for services provided to **William Robert Ashton; date of birth: 6/4/80; SS #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;** and

4. All medical records, mental health records, therapy records, therapy notes, and evaluation records of **William Robert Ashton; date of birth: 6/4/80; SS #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.**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                Plaintiffs )
)
VS. )
)
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                Defendants

**M.R.C.P. RULE 30(A) & RULE 45**

TO:    Keeper of Records
         Saints Memorial Medical Center
         One Hospital Drive
         Lowell, MA 01852

GREETINGS:

      YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Massachusetts Rules of Civil Procedure to appear and testify on behalf of the defendants, before a Notary Public of the Commonwealth of Massachusetts, at the offices of Jeremy I. Silverfine,

Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116, on the 5th day of July, 2006, at 10:00 a.m., and to testify as to your knowledge, at the taking of the deposition in the above-entitled action. You are requested to bring with you the documents on the attached Schedule "A."

The requested records are to be used for purposes of litigation. Attorneys for the defendants certify that, pursuant to 160 C.F.R. 164.512 (e), they have given notice this date of the within Notice of Taking Deposition and Deposition Subpoena to counsel for the plaintiff: Andrew M. Fischer, Esq., JASON & FISCHER, 47 Winter Street, 4th Floor, Boston, MA 02108.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

_____
Jeremy I. Silverfine, BBO#542779
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
Boston, MA 02116

DATED:              , 2006

_____
Notary Public
My Commission Expires:

\*   In lieu of appearing, we will accept certified copies of all documents requested in Schedule A. If you have an objection to the documents requested or cannot provide this office with a complete copy of the documents, the deposition may be necessary.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                Plaintiffs )
)
VS. )
)
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                Defendants

### NOTICE OF TAKING DEPOSITION

TO:  Andrew M. Fischer, Esq.
       JASON & FISCHER
       47 Winter Street, 4th Floor
       Boston, MA 02108

     **PLEASE TAKE NOTICE** that at 10:15 a.m. on July 5, 2006, at the offices of BRODY, HARDOON, PERKINS & KESTEN, LLP, One Exeter Plaza, Boston, Massachusetts 02116, the defendants, in this action, by their attorney, will take the deposition upon oral examination of the **Keeper of the Records of Saints Memorial Hospital**, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination

will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

You are invited to attend and cross-examine.

Respectfully submitted,
Defendants,
By their attorneys,

_____
Jeremy Silverfine, BBO #542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 6/22/06

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/22/06

## SCHEDULE "A"

1. Any and all hospital and/or office notes, medical records, including but not limited to anesthesia records, blood transfusion records, consent forms, release certificate forms, forms to authorize release of information, consultation sheets, discharge summary sheets, doctor's order sheets, electrocardiograph records, emergency records, graphic records, incident reports, intake and output records sheets, intravenous fluid record sheets, medication record sheets, nuclear medicine reports, nurses' notes sheets, operation records, medical reports, pathology reports, progress record sheets, radiology reports, vital signs sheets, x-rays, and x-ray reports, and special records for each admission and discharge of **Brian Kennedy; date of birth: 9/20/66; SS# 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**;

2. X-ray films and MRI sheets; and

3. All documents reflecting medical charges for services provided to **Brian Kennedy; date of birth: 9/20/66; SS# 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**; and

4. All medical records, mental health records, therapy records, therapy notes, and evaluation records of **Brian Kennedy; date of birth: 9/20/66; SS# 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**.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                       Plaintiffs )
  )
VS. )
  )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                       Defendants

**M.R.C.P. RULE 30(A) & RULE 45**

TO:    Keeper of Records
         Saints Memorial Medical Center
         One Hospital Drive
         Lowell, MA 01852

GREETINGS:

    YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Massachusetts Rules of Civil Procedure to appear and testify on behalf of the defendants, before a Notary Public of the Commonwealth of Massachusetts, at the offices of Jeremy I. Silverfine,

Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116, on the 5th day of July, 2006, at 10:15 a.m., and to testify as to your knowledge, at the taking of the deposition in the above-entitled action. You are requested to bring with you the documents on the attached Schedule "A."

The requested records are to be used for purposes of litigation. Attorneys for the defendants certify that, pursuant to 160 C.F.R. 164.512 (e), they have given notice this date of the within Notice of Taking Deposition and Deposition Subpoena to counsel for the plaintiff: Andrew M. Fischer, Esq., JASON & FISCHER, 47 Winter Street, 4th Floor, Boston, MA 02108.

    Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

_____  
Jeremy I. Silverfine, BBO#542779  
Brody, Hardoon, Perkins & Kesten  
One Exeter Plaza  
Boston, MA 02116

DATED: _____, 2006

_____  
Notary Public  
My Commission Expires:

\*   In lieu of appearing, we will accept certified copies of all documents requested in Schedule A. If you have an objection to the documents requested or cannot provide this office with a complete copy of the documents, the deposition may be necessary.