# Brody, Hardoon, Perkins & Kesten, LLP
### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

———————

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

August 3, 2006

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street, 4th Floor
Boston, MA  02108

Fred Gilgun, Esq.
Nicholson, Sreter & Gilgun
33 Bedford Street, Suite 4
Lexington, MA 02420

   Re: <u>Kennedy v. Billerica, et al.</u>

Dear Mr. Fischer and Mr. Gilgun:

  Enclosed please find Notices of Taking Deposition for the Keeper of the Records of Lowell General Hospital and Lahey Clinic Medical Center (for both Brian and Michelle Kennedy) and for the Keeper of the Records of Dr. Bryan P. Lyons (for Brian Kennedy only) on **August 24, 2006**.

  Please note that we will forward all records that we receive in response to the deposition subpoenas.

  If you should have any questions, please feel free to contact me.

   Very truly yours,

   BRODY, HARDOON, PERKINS & KESTEN, LLP

   *Jeremy Silverfine*

   Jeremy I. Silverfine

JIS: lyb
Enclosures

RECEIVED

BY: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,            )
Individually and as mother and next friend of            )
BRIAN KENNEDY, Individually and as mother and            )
next friend of BRIAN KENNEDY, JR.,            )
                                Plaintiffs            )
                                                  )

VS.            )
                                                  )

TOWN OF BILLERICA, DANIEL C. ROSA, JR.            )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,            )
Individually and as former Chief of the Billerica Police            )
Department, ROBERT LEE, Individually and as former            )
Deputy Chief of the Billerica Police Department, THOMAS            )
CONNORS, FRANK A. MACKENZIE, RICHARD            )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK            )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,            )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT            )
BROWN, WILLIAM G. WEST, GREGORY KATZ,            )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM            )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY            )
F. MCKENNA AND JOHN DOE,            )
                            Defendants

## NOTICE OF TAKING DEPOSITION

TO:    **Andrew M. Fischer, Esq.**
         **JASON & FISCHER**
         **47 Winter Street**
         **Boston, MA  02108**

         **Frederick V. Gilgun, Jr.**
         **Law Offices of Nicholson, Sreter & Gilgun, P.C.**
         **33 Bedford Street, Suite 4**
         **Lexington, MA  02420**

     **PLEASE TAKE NOTICE** that at **10:00 A.M. on August 24, 2006** at the offices of
Jeremy Silverfine, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston,
Massachusetts 02116, the defendants in this action, by their attorney, will take the
deposition upon oral examination of the **Keeper of the Records of Lowell General**

**Hospital** pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure before a Notary Public in and for the Commonwealth of Massachusetts, or before some other duly authorized officer. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Respectfully Submitted,
The Defendants,
By their attorneys,

Leonard H. Kesten, BBO No. 542042
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: August 3, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _8/3/06_

2

Keeper of the Records
Lowell General Hospital

SCHEDULE "A"

1.      All medical records evidencing, describing, pertaining or relating to

**Brian Kennedy**; Date of birth: ████████████ 6; SSN: ████████ including, <u>but</u>

<u>not limited to</u>, the following:

   a.  Any and all hospital and/or office notes, medical records, including but not
       limited to anesthesia records, blood transfusion records, consent forms,
       release certificate forms, forms to authorize release of information,
       consultation sheets, discharge summary sheets, doctor's order sheets,
       electrocardiograph records, emergency records, graphic records, incident
       reports, intake and output records sheets, intravenous fluid record sheets,
       medication record sheets, nuclear medicine reports, nurses' notes sheets,
       operation records, medical reports, pathology reports, progress record sheets,
       radiology reports, vital signs sheets, x-rays, and x-ray reports, and special
       records for each admission and discharge.

   b.  X-ray films and MRI sheets;

   c.  All documents reflecting medical charges for services;

   d.  All medical records, mental health records, therapy records, therapy notes,
       and evaluation records.

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,                     )
Individually and as mother and next friend of          )
BRIAN KENNEDY, Individually and as mother and          )
next friend of BRIAN KENNEDY, JR.,                     )
                 Plaintiffs   )
                                                     )
                                                     )
VS.                                                    )
                                                     )
                                                     )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.                  )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,         )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former     )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD                   )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK             )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,            )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,                    )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT               )
BROWN, WILLIAM G. WEST, GREGORY KATZ,                  )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM               )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY              )
F. MCKENNA AND JOHN DOE,                               )
                Defendants

## DEPOSITION SUBPOENA DUCES TECUM

TO:   **Keeper of Records**
       **Lowell General Hospital**
       **295 Varnum Ave.**
       **Lowell, MA 01854**

**GREETINGS:**

     YOU ARE HEREBY COMMANDED in the name of the Commonwealth of
Massachusetts in accordance with the provisions of Rule 30 of the Federal Rules of Civil
Procedure to appear and testify on behalf of defendants before a Notary Public of the
Commonwealth, at the office of Attorney Jeremy Silverfine, Brody, Hardoon, Perkins &
Kesten, LLP, One Exeter Plaza, 12th Floor, Boston, MA  02116, at **10:00 A.M. on August
24, 2006**  and to testify as to your knowledge, at the taking of the deposition in the
above-entitled action.  You are requested to bring with you the documents on the
attached Schedule "A."

4

The requested records are to be used for the purposes of litigation. The foregoing counsel hereby certifies that the attached notice has been mailed this day to plaintiffs' counsel.

\*        **In lieu of appearing, we will accept certified copies of all documents requested in Schedule "A". If you have an objection to the documents requested or cannot provide this office with a complete copy of the documents, the deposition may be necessary.**

\*        **If you have any questions, please contact Attorney Jeremy Silverfine upon receipt of this subpoena (617) 880-7100.**

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Respectfully Submitted,
The Defendants,
By their attorneys,

Leonard H. Kesten, BBO #542042
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: August 3, 2006

Notary Public:
My Commission Expires

5

Keeper of the Records
Lowell General Hospital

## SCHEDULE "A"

1.      All medical records evidencing, describing, pertaining or relating to

**Brian Kennedy;** Date of birth: ███████████ SSN: ███████ including, but

not limited to, the following:

    a.    Any and all hospital and/or office notes, medical records, including but not limited to anesthesia records, blood transfusion records, consent forms, release certificate forms, forms to authorize release of information, consultation sheets, discharge summary sheets, doctor's order sheets, electrocardiograph records, emergency records, graphic records, incident reports, intake and output records sheets, intravenous fluid record sheets, medication record sheets, nuclear medicine reports, nurses' notes sheets, operation records, medical reports, pathology reports, progress record sheets, radiology reports, vital signs sheets, x-rays, and x-ray reports, and special records for each admission and discharge.

    b.    X-ray films and MRI sheets;

    c.    All documents reflecting medical charges for services;

    d.    All medical records, mental health records, therapy records, therapy notes, and evaluation records.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY,<br>Individually and as mother and next friend of<br>BRIAN KENNEDY, Individually and as mother and<br>next friend of BRIAN KENNEDY, JR.,<br>        Plaintiffs | )<br>)<br>)<br>)<br>)<br>) |
| VS. | )<br>) |
| TOWN OF BILLERICA, DANIEL C. ROSA, JR.<br>Individually and as Chief of the Billerica Police Department,<br>JOHN BARRETTO, Individually and as former Chief of the<br>Billerica Police Department, PAUL W. MATTHEWS,<br>Individually and as former Chief of the Billerica Police<br>Department, ROBERT LEE, Individually and as former<br>Deputy Chief of the Billerica Police Department, THOMAS<br>CONNORS, FRANK A. MACKENZIE, RICHARD<br>RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK<br>TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,<br>ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,<br>WILLIAM MCNULTY, DONALD MACEACHERN,<br>MICHAEL A. CASEY, RICHARD NESTOR, ROBERT<br>BROWN, WILLIAM G. WEST, GREGORY KATZ,<br>GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM<br>MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY<br>F. MCKENNA AND JOHN DOE,<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF AUTHENTICITY PURSUANT TO MASSACHUSETTS GENERAL LAWS CHAPTER 233, §79G

I, _____, hereby certify that I am a

Keeper of the Records of <u>Lowell General Hospital</u>, duly licensed under the laws of the

Commonwealth of Massachusetts.

I further certify that the attached are true and accurate copies of records and

office notes pertaining to **Brian Kennedy;** Date of birth: <u>September 26, 1966;</u>

SSN: <u>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.</u>

Subscribed and Sworn to Under the Pains and Penalties of Perjury

this _____day of_____, 2006.

Keeper of Records


By:_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY,<br>Individually and as mother and next friend of<br>BRIAN KENNEDY, Individually and as mother and<br>next friend of BRIAN KENNEDY, JR.,<br>                            Plaintiffs<br><br>VS.<br><br>TOWN OF BILLERICA, DANIEL C. ROSA, JR.<br>Individually and as Chief of the Billerica Police Department,<br>JOHN BARRETTO, Individually and as former Chief of the<br>Billerica Police Department, PAUL W. MATTHEWS,<br>Individually and as former Chief of the Billerica Police<br>Department, ROBERT LEE, Individually and as former<br>Deputy Chief of the Billerica Police Department, THOMAS<br>CONNORS, FRANK A. MACKENZIE, RICHARD<br>RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK<br>TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,<br>ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,<br>WILLIAM MCNULTY, DONALD MACEACHERN,<br>MICHAEL A. CASEY, RICHARD NESTOR, ROBERT<br>BROWN, WILLIAM G. WEST, GREGORY KATZ,<br>GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM<br>MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY<br>F. MCKENNA AND JOHN DOE,<br>                           Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF TAKING DEPOSITION

TO:   **Andrew M. Fischer, Esq.**
        **JASON & FISCHER**
        **47 Winter Street**
        **Boston, MA  02108**

        **Frederick V. Gilgun, Jr.**
        **Law Offices of Nicholson, Sreter & Gilgun, P.C.**
        **33 Bedford Street**
        **Suite 4**
        **Lexington, MA  02420**

     **PLEASE TAKE NOTICE** that at <u>**10:00 A.M. on August 24, 2006**</u> at the offices of
Jeremy Silverfine, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston,
Massachusetts 02116, the defendants in this action, by their attorney, will take the

1

deposition upon oral examination of the **Keeper of the Records of Lowell General Hospital** pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure before a Notary Public in and for the Commonwealth of Massachusetts, or before some other duly authorized officer.  The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Respectfully submitted,
The Defendants,
By their attorneys,


Leonard H. Kesten, BBO No. 542042
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: August 3, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _8/3/06_

2

Keeper of the Records
Lowell General Hospital

## SCHEDULE "A"

1.      All medical records evidencing, describing, pertaining or relating to

**Michelle Kennedy;** Date of birth: ████████ S████████ cluding, but

not limited to, the following:

a.  Any and all hospital and/or office notes, medical records, including but not limited to anesthesia records, blood transfusion records, consent forms, release certificate forms, forms to authorize release of information, consultation sheets, discharge summary sheets, doctor's order sheets, electrocardiograph records, emergency records, graphic records, incident reports, intake and output records sheets, intravenous fluid record sheets, medication record sheets, nuclear medicine reports, nurses' notes sheets, operation records, medical reports, pathology reports, progress record sheets, radiology reports, vital signs sheets, x-rays, and x-ray reports, and special records for each admission and discharge.

b.  X-ray films and MRI sheets;

c.  All documents reflecting medical charges for services;

d.  All medical records, mental health records, therapy records, therapy notes, and evaluation records.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,          )
Individually and as mother and next friend of          )
BRIAN KENNEDY, Individually and as mother and          )
next friend of BRIAN KENNEDY, JR.,          )
                              Plaintiffs          )
                                                 )
VS.                                              )
                                                 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.          )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,          )
Individually and as former Chief of the Billerica Police          )
Department, ROBERT LEE, Individually and as former          )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD          )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK          )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,          )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,          )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT          )
BROWN, WILLIAM G. WEST, GREGORY KATZ,          )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM          )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY          )
F. MCKENNA AND JOHN DOE,          )
                              Defendants          )

## DEPOSITION SUBPOENA DUCES TECUM

TO:     **Keeper of Records**
        **Lowell General Hospital**
        **295 Varnum Ave.**
        **Lowell, MA 01854**

**GREETINGS:**

        YOU ARE HEREBY COMMANDED in the name of the Commonwealth of
Massachusetts in accordance with the provisions of Rule 30 of the Federal Rules of Civil
Procedure to appear and testify on behalf of defendants before a Notary Public of the
Commonwealth, at the office of Attorney Jeremy Silverfine, Brody, Hardoon, Perkins &
Kesten, LLP, One Exeter Plaza, 12th Floor, Boston, MA  02116, at **10:00 A.M. on August
24, 2006** and to testify as to your knowledge, at the taking of the deposition in the
above-entitled action.  You are requested to bring with you the documents on the
attached Schedule "A."

4

The requested records are to be used for the purposes of litigation.  The foregoing counsel hereby certifies that the attached notice has been mailed this day to plaintiffs' counsel.

\*        **In lieu of appearing, we will accept certified copies of all documents requested in Schedule "A".  If you have an objection to the documents requested or cannot provide this office with a complete copy of the documents, the deposition may be necessary.**

\*        **If you have any questions, please contact Attorney Jeremy Silverfine upon receipt of this subpoena (617) 880-7100.**

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Respectfully submitted,
The Defendants,
By their attorneys,

Leonard H. Kesten, BBO #542042
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: August 3, 2006

Notary Public:
My Commission Expires

5

Keeper of the Records
Lowell General Hospital

## SCHEDULE "A"

1.    All medical records evidencing, describing, pertaining or relating to

**Michelle Kennedy;** Date of birth: ███████████ ███████████ including, <u>but</u>

<u>not limited to</u>, the following:

a.    Any and all hospital and/or office notes, medical records, including but
not limited to anesthesia records, blood transfusion records, consent
forms, release certificate forms, forms to authorize release of information,
consultation sheets, discharge summary sheets, doctor's order sheets,
electrocardiograph records, emergency records, graphic records, incident
reports, intake and output records sheets, intravenous fluid record sheets,
medication record sheets, nuclear medicine reports, nurses' notes sheets,
operation records, medical reports, pathology reports, progress record
sheets, radiology reports, vital signs sheets, x-rays, and x-ray reports, and
special records for each admission and discharge.

b.    X-ray films and MRI sheets;

c.    All documents reflecting medical charges for services;

d.    All medical records, mental health records, therapy records, therapy
notes, and evaluation records.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,       )
Individually and as mother and next friend of    )
BRIAN KENNEDY, Individually and as mother and    )
next friend of BRIAN KENNEDY, JR.,    )
                              Plaintiffs    )
                                     )
VS.    )
                                     )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.    )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the    )
Billerica Police Department, PAUL W. MATTHEWS,    )
Individually and as former Chief of the Billerica Police    )
Department, ROBERT LEE, Individually and as former    )
Deputy Chief of the Billerica Police Department, THOMAS    )
CONNORS, FRANK A. MACKENZIE, RICHARD    )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK    )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,    )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,    )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT    )
BROWN, WILLIAM G. WEST, GREGORY KATZ,    )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM    )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY    )
F. MCKENNA AND JOHN DOE,    )
                          Defendants

## AFFIDAVIT OF AUTHENTICITY PURSUANT TO
## MASSACHUSETTS GENERAL LAWS CHAPTER 233, §79G

     I, _____, hereby certify that I am a

Keeper of the Records of <u>Lowell General Hospital</u>, duly licensed under the laws of the

Commonwealth of Massachusetts.

     I further certify that the attached are true and accurate copies of records and

office notes pertaining to **Michelle Kennedy;** Date of birth: **October 20, 1967;**

SSN: **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.**

Subscribed and Sworn to Under the Pains and Penalties of Perjury

this _____day of_____, 2006.


Keeper of Records


By:_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,            )
Individually and as mother and next friend of   )
BRIAN KENNEDY, Individually and as mother and   )
next friend of BRIAN KENNEDY, JR.,              )
                          Plaintiffs                     )
                                                )
VS.                                             )
                                                )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.          )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,  )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD            )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK      )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,     )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,     )
WILLIAM MCNULTY, DONALD MACEACHERN,             )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT        )
BROWN, WILLIAM G. WEST, GREGORY KATZ,           )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM        )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY       )
F. MCKENNA AND JOHN DOE,                        )
                      Defendants

## NOTICE OF TAKING DEPOSITION

TO:    **Andrew M. Fischer, Esq.**
       **JASON & FISCHER**
       **47 Winter Street**
       **Boston, MA  02108**

       **Frederick V. Gilgun, Jr.**
       **Law Offices of Nicholson, Sreter & Gilgun, P.C.**
       **33 Bedford Street**
       **Suite 4**
       **Lexington, MA  02420**

     **PLEASE TAKE NOTICE** that at <u>**10:30 A.M. on August 24, 2006**</u> at the offices of
Jeremy Silverfine, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston,
Massachusetts 02116, the defendants in this action, by their attorney, will take the

1

deposition upon oral examination of the **Keeper of the Records of Lahey Clinic Medical Center** pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure before a Notary Public in and for the Commonwealth of Massachusetts, or before some other duly authorized officer. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Respectfully submitted,
The Defendants,
By their attorneys,

Leonard H. Kesten, BBO No. 542042
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: August 3, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _8/3/06_

Keeper of the Records
Lahey Clinic Medical Center

### SCHEDULE "A"

1.    All medical records evidencing, describing, pertaining or relating to

**Michelle Kennedy**; Date of birth: ███████████ █ ██

including, but not limited to, the following:

    a.  Any and all hospital and/or office notes, medical records, including but not limited to anesthesia records, blood transfusion records, consent forms, release certificate forms, forms to authorize release of information, consultation sheets, discharge summary sheets, doctor's order sheets, electrocardiograph records, emergency records, graphic records, incident reports, intake and output records sheets, intravenous fluid record sheets, medication record sheets, nuclear medicine reports, nurses' notes sheets, operation records, medical reports, pathology reports, progress record sheets, radiology reports, vital signs sheets, x-rays, and x-ray reports, and special records for each admission and discharge.

    b.  X-ray films and MRI sheets;

    c.  All documents reflecting medical charges for services;

    d.  All medical records, mental health records, therapy records, therapy notes, and evaluation records.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,      )
Individually and as mother and next friend of      )
BRIAN KENNEDY, Individually and as mother and      )
next friend of BRIAN KENNEDY, JR.,      )
                           Plaintiffs      )
                                 )
VS.      )
                                 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.      )
Individually and as Chief of the Billerica Police Department,      )
JOHN BARRETTO, Individually and as former Chief of the      )
Billerica Police Department, PAUL W. MATTHEWS,      )
Individually and as former Chief of the Billerica Police      )
Department, ROBERT LEE, Individually and as former      )
Deputy Chief of the Billerica Police Department, THOMAS      )
CONNORS, FRANK A. MACKENZIE, RICHARD      )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK      )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,      )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,      )
WILLIAM MCNULTY, DONALD MACEACHERN,      )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT      )
BROWN, WILLIAM G. WEST, GREGORY KATZ,      )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM      )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY      )
F. MCKENNA AND JOHN DOE,      )
                      Defendants

## DEPOSITION SUBPOENA DUCES TECUM

TO:   **Keeper of the Records**
       **Lahey Clinic Medical Center**
       **41 Mall Road**
       **Burlington, MA 01805**

**GREETINGS:**

     YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 30 of the Federal Rules of Civil Procedure to appear and testify on behalf of defendants before a Notary Public of the Commonwealth, at the office of  Attorney Jeremy Silverfine, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, 12th Floor, Boston, MA  02116, at **10:30 A.M. on August 24, 2006** and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.  You are requested to bring with you the documents on the attached Schedule "A."

The requested records are to be used for the purposes of litigation. The foregoing counsel hereby certifies that the attached notice has been mailed this day to plaintiffs' counsel.

\*   **In lieu of appearing, we will accept certified copies of all documents requested in Schedule "A".  If you have an objection to the documents requested or cannot provide this office with a complete copy of the documents, the deposition may be necessary.**

\*   **If you have any questions, please contact Attorney Jeremy Silverfine upon receipt of this subpoena (617) 880-7100.**

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

                    Respectfully submitted,
                    The Defendants,
                    By their attorneys,


                    _____
                    Leonard H. Kesten, BBO #542042
                    Jeremy I. Silverfine, BBO No. 542779
                    BRODY, HARDOON, PERKINS & KESTEN, LLP
                    One Exeter Plaza
                    Boston, MA 02116
                    (617) 880-7100

Dated: August 3, 2006



_____
Notary Public:
My Commission Expires

5

Keeper of the Records
Lahey Clinic Medical Center

## SCHEDULE "A"

1.         All medical records evidencing, describing, pertaining or relating to

**Michelle Kennedy;** Date of birth: ████████ ████████████ cluding, but

not limited to, the following:

    a.    Any and all hospital and/or office notes, medical records, including but not limited to anesthesia records, blood transfusion records, consent forms, release certificate forms, forms to authorize release of information, consultation sheets, discharge summary sheets, doctor's order sheets, electrocardiograph records, emergency records, graphic records, incident reports, intake and output records sheets, intravenous fluid record sheets, medication record sheets, nuclear medicine reports, nurses' notes sheets, operation records, medical reports, pathology reports, progress record sheets, radiology reports, vital signs sheets, x-rays, and x-ray reports, and special records for each admission and discharge.

    b.    X-ray films and MRI sheets;

    c.    All documents reflecting medical charges for services;

    d.    All medical records, mental health records, therapy records, therapy notes, and evaluation records.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,       )
Individually and as mother and next friend of    )
BRIAN KENNEDY, Individually and as mother and   )
next friend of BRIAN KENNEDY, JR.,      )
                        Plaintiffs       )
                                               )
VS.       )
                                               )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.       )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the   )
Billerica Police Department, PAUL W. MATTHEWS,      )
Individually and as former Chief of the Billerica Police    )
Department, ROBERT LEE, Individually and as former     )
Deputy Chief of the Billerica Police Department, THOMAS   )
CONNORS, FRANK A. MACKENZIE, RICHARD      )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK   )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,   )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,      )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT     )
BROWN, WILLIAM G. WEST, GREGORY KATZ,      )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM    )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY   )
F. MCKENNA AND JOHN DOE,      )
                        Defendants

## AFFIDAVIT OF AUTHENTICITY PURSUANT TO
## MASSACHUSETTS GENERAL LAWS CHAPTER 233, §79G

       I, _____, hereby certify that I am a

Keeper of the Records of <u>Lahey Clinic Medical Center,</u> duly licensed under the laws of

the Commonwealth of Massachusetts.

       I further certify that the attached are true and accurate copies of records and

office notes pertaining to **Michelle Kennedy;** Date of birth: **October 20, 1967;**

SSN: **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.**

7

Subscribed and Sworn to Under the Pains and Penalties of Perjury

this _____day of_____, 2006.


Keeper of Records


By:_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,        )
Individually and as mother and next friend of        )
BRIAN KENNEDY, Individually and as mother and        )
next friend of BRIAN KENNEDY, JR.,        )
                               Plaintiffs        )
         )
VS.        )
         )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.        )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,        )
Individually and as former Chief of the Billerica Police        )
Department, ROBERT LEE, Individually and as former        )
Deputy Chief of the Billerica Police Department, THOMAS        )
CONNORS, FRANK A. MACKENZIE, RICHARD        )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK        )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,        )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,        )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT        )
BROWN, WILLIAM G. WEST, GREGORY KATZ,        )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM        )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY        )
F. MCKENNA AND JOHN DOE,        )
                          Defendants

## <u>NOTICE OF TAKING DEPOSITION</u>

TO:   **Andrew M. Fischer, Esq.**
        **JASON & FISCHER**
        **47 Winter Street**
        **Boston, MA  02108**

        **Frederick V. Gilgun, Jr.**
        **Law Offices of Nicholson, Sreter & Gilgun, P.C.**
        **33 Bedford Street**
        **Suite 4**
        **Lexington, MA  02420**

    **PLEASE TAKE NOTICE** that at <u>**10:30 A.M. on August 24, 2006**</u> at the offices of
Jeremy Silverfine, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston,
Massachusetts 02116, the defendants in this action, by their attorney, will take the

1

deposition upon oral examination of the **Keeper of the Records of Lahey Clinic Medical Center** pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure before a Notary Public in and for the Commonwealth of Massachusetts, or before some other duly authorized officer. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Respectfully submitted,
The Defendants,
By their attorneys,

Leonard H. Kesten, BBO No. 542042
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: August 3, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _8/3/06_

Keeper of the Records
Lahey Clinic Medical Center

SCHEDULE "A"

1.    All medical records evidencing, describing, pertaining or relating to

**Brian Kennedy;** Date of birth: ███████████ SN: ███████ including, but

not limited to, the following:

    a.  Any and all hospital and/or office notes, medical records, including but not limited to anesthesia records, blood transfusion records, consent forms, release certificate forms, forms to authorize release of information, consultation sheets, discharge summary sheets, doctor's order sheets, electrocardiograph records, emergency records, graphic records, incident reports, intake and output records sheets, intravenous fluid record sheets, medication record sheets, nuclear medicine reports, nurses' notes sheets, operation records, medical reports, pathology reports, progress record sheets, radiology reports, vital signs sheets, x-rays, and x-ray reports, and special records for each admission and discharge.

    b.  X-ray films and MRI sheets;

    c.  All documents reflecting medical charges for services;

    d.  All medical records, mental health records, therapy records, therapy notes, and evaluation records.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., <br> Plaintiffs <br><br> VS. <br><br> TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DEPOSITION SUBPOENA DUCES TECUM

TO:   **Keeper of the Records**
**Lahey Clinic Medical Center**
**41 Mall Road**
**Burlington, MA 01805**

**GREETINGS:**

YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 30 of the Federal Rules of Civil Procedure to appear and testify on behalf of defendants before a Notary Public of the Commonwealth, at the office of Attorney Jeremy Silverfine, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, 12th Floor, Boston, MA  02116, at **10:30 A.M. on August 24, 2006**  and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.  You are requested to bring with you the documents on the attached Schedule "A."

4

The requested records are to be used for the purposes of litigation. The foregoing counsel hereby certifies that the attached notice has been mailed this day to plaintiffs' counsel.

*    **In lieu of appearing, we will accept certified copies of all documents requested in Schedule "A". If you have an objection to the documents requested or cannot provide this office with a complete copy of the documents, the deposition may be necessary.**

*    **If you have any questions, please contact Attorney Jeremy Silverfine upon receipt of this subpoena (617) 880-7100.**

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Respectfully submitted,
The Defendants,
By their attorneys,

Leonard H. Kesten, BBO #542042
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: August 3, 2006

Notary Public:
My Commission Expires

Keeper of the Records
Lahey Clinic Medical Center

## SCHEDULE "A"

1.      All medical records evidencing, describing, pertaining or relating to

**Brian Kennedy;** Date of birth: ███████████ SSN: ███████ 3 including, but

not limited to, the following:

    a.      Any and all hospital and/or office notes, medical records, including but not limited to anesthesia records, blood transfusion records, consent forms, release certificate forms, forms to authorize release of information, consultation sheets, discharge summary sheets, doctor's order sheets, electrocardiograph records, emergency records, graphic records, incident reports, intake and output records sheets, intravenous fluid record sheets, medication record sheets, nuclear medicine reports, nurses' notes sheets, operation records, medical reports, pathology reports, progress record sheets, radiology reports, vital signs sheets, x-rays, and x-ray reports, and special records for each admission and discharge.

    b.      X-ray films and MRI sheets;

    c.      All documents reflecting medical charges for services;

    d.      All medical records, mental health records, therapy records, therapy notes, and evaluation records.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,  )
Individually and as mother and next friend of  )
BRIAN KENNEDY, Individually and as mother and  )
next friend of BRIAN KENNEDY, JR.,  )
                                 Plaintiffs  )
                                             )
VS.  )
                                             )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.  )
Individually and as Chief of the Billerica Police Department,  )
JOHN BARRETTO, Individually and as former Chief of the  )
Billerica Police Department, PAUL W. MATTHEWS,  )
Individually and as former Chief of the Billerica Police  )
Department, ROBERT LEE, Individually and as former  )
Deputy Chief of the Billerica Police Department, THOMAS  )
CONNORS, FRANK A. MACKENZIE, RICHARD  )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK  )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,  )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,  )
WILLIAM MCNULTY, DONALD MACEACHERN,  )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT  )
BROWN, WILLIAM G. WEST, GREGORY KATZ,  )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM  )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY  )
F. MCKENNA AND JOHN DOE,  )
                            Defendants  )

## AFFIDAVIT OF AUTHENTICITY PURSUANT TO MASSACHUSETTS GENERAL LAWS CHAPTER 233, §79G

I, _____, hereby certify that I am a

Keeper of the Records of <u>Lahey Clinic Medical Center,</u> duly licensed under the laws of

the Commonwealth of Massachusetts.

      I further certify that the attached are true and accurate copies of records and

office notes pertaining to **Brian Kennedy**; Date of birth: **September 26, 1966;**

SSN:**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.**

7

Subscribed and Sworn to Under the Pains and Penalties of Perjury

this _____ day of _____, 2006.


Keeper of Records


By:_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,          )
Individually and as mother and next friend of          )
BRIAN KENNEDY, Individually and as mother and          )
next friend of BRIAN KENNEDY, JR.,          )
                    Plaintiffs          )
                                                )

VS.          )
                                                  )

TOWN OF BILLERICA, DANIEL C. ROSA, JR.          )
Individually and as Chief of the Billerica Police Department,          )
JOHN BARRETTO, Individually and as former Chief of the          )
Billerica Police Department, PAUL W. MATTHEWS,          )
Individually and as former Chief of the Billerica Police          )
Department, ROBERT LEE, Individually and as former          )
Deputy Chief of the Billerica Police Department, THOMAS          )
CONNORS, FRANK A. MACKENZIE, RICHARD          )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK          )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,          )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,          )
WILLIAM MCNULTY, DONALD MACEACHERN,          )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT          )
BROWN, WILLIAM G. WEST, GREGORY KATZ,          )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM          )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY          )
F. MCKENNA AND JOHN DOE,          )
                    Defendants

## NOTICE OF TAKING DEPOSITION

TO:   **Andrew M. Fischer, Esq.**
       **JASON & FISCHER**
       **47 Winter Street**
       **Boston, MA  02108**

       **Frederick V. Gilgun, Jr.**
       **Law Offices of Nicholson, Sreter & Gilgun, P.C.**
       **33 Bedford Street**
       **Suite 4**
       **Lexington, MA  02420**

     **PLEASE TAKE NOTICE** that at **11:00 A.M. on August 24, 2006** at the offices of
Jeremy Silverfine, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston,
Massachusetts 02116, the defendants in this action, by their attorney, will take the

deposition upon oral examination of the **Keeper of the Records of Dr. Bryan P. Lyons** pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure before a Notary Public in and for the Commonwealth of Massachusetts, or before some other duly authorized officer.  The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Respectfully submitted,
The Defendants,
By their attorneys,

Leonard H. Kesten, BBO No. 542042
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: August 3, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 8/3/06

2

Keeper of the Records
Dr. Bryan P. Lyons

## SCHEDULE "A"

1.      All medical/dental records evidencing, describing, pertaining or relating to

**Brian Kennedy;** Date of birth: ████████████ N: ████████ ; including, <u>but</u>

<u>not limited to</u>, the following:

   a. Any and all office notes, dental records, medical records, including but not
      limited to anesthesia records, blood transfusion records, consent forms,
      release certificate forms, forms to authorize release of information,
      consultation sheets, discharge summary sheets, doctor's order sheets,
      electrocardiograph records, emergency records, graphic records, incident
      reports, intake and output records sheets, intravenous fluid record sheets,
      medication record sheets, nuclear medicine reports, nurses' notes sheets,
      operation records, medical reports, pathology reports, progress record sheets,
      radiology reports, vital signs sheets, x-rays, and x-ray reports, and special
      records for each admission and discharge.

   b. X-ray films and MRI sheets;

   c. All documents reflecting dental, medical charges for services;

   d. All dental records, medical records, mental health records, therapy records,
      therapy notes, and evaluation records.

   e. All dental appointments.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,            )
Individually and as mother and next friend of   )
BRIAN KENNEDY, Individually and as mother and   )
next friend of BRIAN KENNEDY, JR.,              )
      Plaintiffs              )
               )
VS.               )
               )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.          )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,  )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD           )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK     )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,    )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,    )
WILLIAM MCNULTY, DONALD MACEACHERN,            )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT       )
BROWN, WILLIAM G. WEST, GREGORY KATZ,          )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM       )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY      )
F. MCKENNA AND JOHN DOE,                        )
      Defendants

## DEPOSITION SUBPOENA DUCES TECUM

TO: **Keeper of the Records**
  **Dr. Bryan P. Lyons**
  **572 Boston Road**
  **Billerica, MA 01821**

**GREETINGS:**

   YOU ARE HEREBY COMMANDED in the name of the Commonwealth of
Massachusetts in accordance with the provisions of Rule 30 of the Federal Rules of Civil
Procedure to appear and testify on behalf of defendants before a Notary Public of the
Commonwealth, at the office of Attorney Jeremy Silverfine, Brody, Hardoon, Perkins &
Kesten, LLP, One Exeter Plaza, 12th Floor, Boston, MA  02116, at **11:00 A.M. on August
24, 2006**  and to testify as to your knowledge, at the taking of the deposition in the
above-entitled action.  You are requested to bring with you the documents on the
attached Schedule "A."

4

The requested records are to be used for the purposes of litigation.  The foregoing counsel hereby certifies that the attached notice has been mailed this day to plaintiffs' counsel.

*    **In lieu of appearing, we will accept certified copies of all documents requested in Schedule "A".  If you have an objection to the documents requested or cannot provide this office with a complete copy of the documents, the deposition may be necessary.**

*    **If you have any questions, please contact Attorney Jeremy Silverfine upon receipt of this subpoena (617) 880-7100.**

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Respectfully submitted,
The Defendants,
By their attorneys,

Leonard H. Kesten, BBO #542042
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: August 3, 2006

Notary Public:
My Commission Expires

5

Keeper of the Records
Dr. Bryan P. Lyons

## SCHEDULE "A"

1.  All medical/dental records evidencing, describing, pertaining or relating to

**Brian Kennedy;** Date of birth: ███████████ SSN: ████████ including, <u>but</u>

<u>not limited to</u>, the following:

    b.  Any and all office notes, dental records, medical records, including but not limited to anesthesia records, blood transfusion records, consent forms, release certificate forms, forms to authorize release of information, consultation sheets, discharge summary sheets, doctor's order sheets, electrocardiograph records, emergency records, graphic records, incident reports, intake and output records sheets, intravenous fluid record sheets, medication record sheets, nuclear medicine reports, nurses' notes sheets, operation records, medical reports, pathology reports, progress record sheets, radiology reports, vital signs sheets, x-rays, and x-ray reports, and special records for each admission and discharge.

    b.  X-ray films and MRI sheets;

    c.  All documents reflecting dental, medical charges for services;

    d.  All dental records, medical records, mental health records, therapy records, therapy notes, and evaluation records.

    e.  All dental appointments.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,　　　　)
Individually and as mother and next friend of　　　　　)
BRIAN KENNEDY, Individually and as mother and　　　)
next friend of BRIAN KENNEDY, JR.,　　　　　　　　　)
　　　　　　　　　　　　　　　　Plaintiffs　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　)
VS.　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　)
TOWN OF BILLERICA, DANIEL C. ROSA, JR.　　　　　　)
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the　)
Billerica Police Department, PAUL W. MATTHEWS,　　　　)
Individually and as former Chief of the Billerica Police　　　)
Department, ROBERT LEE, Individually and as former　　　)
Deputy Chief of the Billerica Police Department, THOMAS　)
CONNORS, FRANK A. MACKENZIE, RICHARD　　　　　　)
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK　　)
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,　　)
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,　　　　　　)
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT　　　　)
BROWN, WILLIAM G. WEST, GREGORY KATZ,　　　　　　)
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM　　　　)
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY　　)
F. MCKENNA AND JOHN DOE,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　Defendants

## AFFIDAVIT OF AUTHENTICITY PURSUANT TO MASSACHUSETTS GENERAL LAWS CHAPTER 233, §79G

I, _____, hereby certify that I am a

Keeper of the Records of Dr. Bryan P. Lyons, duly licensed under the laws of the

Commonwealth of Massachusetts.

I further certify that the attached are true and accurate copies of records and

office notes pertaining to **Brian Kennedy**; Date of birth: **September 26, 1966;**

SSN:**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.**

7

Subscribed and Sworn to Under the Pains and Penalties of Perjury

this _____day of_____, 2006.

Keeper of Records

By:_____