UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
        Plaintiffs )
 )
VS. )
 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
        Defendants

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ORDER PRODUCING ORIGINAL SIGNATURES OF TRACY HEFFERNAN AND CRAIG PICKERING**

Now come the Defendants in the above-referenced matter and hereby respond to the Plaintiffs' Motion For Order Producing Original signatures of Tracey Heffernan and Craig Pickering.

As part of the discovery produced to the plaintiffs, the November 1991 statements of Tracey Heffernan and Craig Pickering were produced (identified respectively as Bates stamp numbers: 0286-0289, and 0290-0292). When asked by counsel, the defendants offered the plaintiffs the opportunity to have their expert review and inspect the original statements. The plaintiffs now want all statements and

documents of Pickering and Heffernan. The plaintiffs clearly have access to Ms. Heffernan (see plaintiffs' motion) and simply can inquire of her directly to ascertain if she signed any of the previously produced statements.

                                          Respectfully submitted,
                                          DEFENDANTS,
                                          By their attorneys,


                                          /s/ Jeremy Silverfine
                                          Jeremy I. Silverfine, BBO No. 542779
                                          Leonard H. Kesten, BBO No. 542042
                                          BRODY, HARDOON, PERKINS & KESTEN, LLP
                                          One Exeter Plaza
                                          Boston, MA 02116
                                          (617) 880-7100

Dated: August 10, 2006