UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
       Plaintiffs )
)
VS. )
)
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
       Defendants

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

  The parties hereby ask that this Court extend the time within which the parties must complete discovery for 30 days (up to and including September 15, 2006).

  As reasons for this motion, counsel for the parties state that at the May 22, 2006 Pre-trial Conference, discovery was extended to August 15, 2006. The parties have worked diligently to reschedule other matters in order to schedule the depositions of the numerous parties and witnesses in this case. However, due to conflicting schedules of counsel and witnesses all the noticed depositions have not been completed. Both parties seek additional time to complete these depositions and request any appropriate records that are gleaned from said depositions.

The discovery period, per the Court's pre-trial order, currently ends on August 15, 2006. The parties will be prejudiced without the completion of the previously noticed depositions.

Therefore, the parties respectfully request additional time to complete appropriate depositions and discovery.

<div style="margin-left: 40%;">
Respectfully submitted,
DEFENDANTS,
By their attorneys,

/s/ Jeremy Silverfine
Jeremy Silverfine, BBO No. 542779
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100
</div>

PLAINTIFFS,
By their attorneys,

/s/ Andrew M. Fischer
Andrew M. Fischer, BBO #167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

/s/ Frederick V. Gilgun
Frederick V. Gilgun, Jr., BBO #551477
NICHOLSON, SRETER & GILGUN, PC
33 Bedford Street, Suite 4
Lexington, MA 02420
(781) 861-9160

Date: August 10, 2006