UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,                          )
Individually and as mother and next friend of                )
BRIAN KENNEDY, Individually and as mother and                )
next friend of BRIAN KENNEDY, JR.,                           )
                                        Plaintiffs            )
                                                             )
                                                             )
VS.                                                          )
                                                             )
                                                             )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.                       )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the       )
Billerica Police Department, PAUL W. MATTHEWS,               )
Individually and as former Chief of the Billerica Police     )
Department, ROBERT LEE, Individually and as former           )
Deputy Chief of the Billerica Police Department, THOMAS      )
CONNORS, FRANK A. MACKENZIE, RICHARD                         )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK                   )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,                  )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,                          )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT                     )
BROWN, WILLIAM G. WEST, GREGORY KATZ,                        )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM                     )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY                    )
F. MCKENNA AND JOHN DOE,                                     )
                                        Defendants

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTIONS**

The defendants hereby respectfully request that this Court extend the time

within which the defendants must file dispositive motions for 30 days (up to and

including October 11, 2006).

As reasons for this motion, counsel for the defendants state that the parties have

filed a Joint Motion For Extension Of Time To Complete Discovery until September 15,

2006.  As reasons for that joint motion, the parties submitted that they have diligently

worked to complete the taking of the noticed depositions.  However, due to conflicting

schedules of counsel and witnesses all the noticed depositions have not been completed.

Most importantly, the deposition of plaintiff Brian Kennedy has been noticed five times from September 2005 through the present. Just recently, the defendants noticed the deposition of Brian Kennedy for August 7, 2006, however the plaintiffs' attorney requested that the deposition be moved to August 8, 2006. On August 8, 2006 at 9:15 a.m., the plaintiffs' attorney's office called to inform us that Brian Kennedy had gone to the hospital due to a migraine headache and would not be appearing at his deposition. Further, the depositions of the plaintiffs' three children, who are also parties to this lawsuit, have yet to be completed. It is the plaintiffs' position that the taking of depositions is not necessary for the filing of dispositive motions. The defendants will be greatly prejudiced if they are ordered to go forward with dispositive motions without the deposition testimony of plaintiff Brian Kennedy and his three children who have filed this lawsuit against the defendants.

The discovery period, per the Court's pre-trial order, currently ends on August 15, 2006. The parties have requested that the discovery period be extended to September 15, 2006. Currently the deadline for filing dispositive motions is September 11, 2006. The defendants respectfully request this Court to extend the time to October 11, 2006 for the filing of dispositive motions.

Respectfully submitted,
DEFENDANTS,
By their attorneys,


/s/ Jeremy Silverfine
Jeremy Silverfine, BBO No. 542779
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Date:  August 11, 2006