UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY,<br>Individually and as mother and next friend of<br>BRIAN KENNEDY, Individually and as mother and<br>next friend of BRIAN KENNEDY, JR.,<br>                   Plaintiffs<br><br>VS.<br><br>TOWN OF BILLERICA, DANIEL C. ROSA, JR.<br>Individually and as Chief of the Billerica Police Department,<br>JOHN BARRETTO, Individually and as former Chief of the<br>Billerica Police Department, PAUL W. MATTHEWS,<br>Individually and as former Chief of the Billerica Police<br>Department, ROBERT LEE, Individually and as former<br>Deputy Chief of the Billerica Police Department, THOMAS<br>CONNORS, FRANK A. MACKENZIE, RICHARD<br>RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK<br>TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,<br>ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,<br>WILLIAM MCNULTY, DONALD MACEACHERN,<br>MICHAEL A. CASEY, RICHARD NESTOR, ROBERT<br>BROWN, WILLIAM G. WEST, GREGORY KATZ,<br>GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM<br>MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY<br>F. MCKENNA AND JOHN DOE,<br>                   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

NOW COMES counsel for the defendants in the above-captioned matter and

certifies that they have conferred with Andrew Fischer, counsel for the plaintiff, by

phone on August 10, 2006, regarding *Defendants' Motion For Extension Of Time To File*

*Dispositive Motions.*

Respectfully submitted,


____/s/ Jeremy I.Silverfine_____
Jeremy Silverfine, BBO# 542779
Leonard H. Kesten, BBO #542042
**BRODY, HARDOON, PERKINS & KESTEN, LLP**
One Exeter Plaza, 12th Floor
Boston, MA  02116
(617) 880-7100

Date: August 11, 2006