# EXHIBIT 1

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

August 11, 2006

*VIA FACSIMILE: (617) 451-3413*
Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re:   Kennedy v. Town of Billerica
      C.A. 04-CV-12357-PBS

Dear Attorney Fischer:

   This letter will serve as a response to your letter dated July 26, 2006 relative to the above-referenced matter. With regards to the four specific items you referenced, please be advised as follows: 1) The Billerica Police Department did not receive an "FBI clearance letter" concerning a 1999 investigation relative to your clients' complaints; 2) The Defendants do not understand what is referenced and requested as "the performance evaluation system required by Mass. General Laws, Chapter 31" and therefore cannot respond; 3) Any specific training and training handouts given to the Defendants' officers would have been provided by the Criminal Justice Training Council and not the Defendants; and, 4) Written documentation of investigations performed at the Sergeant/OIC level for alleged misconduct and/or response to civilian complaints is not limited as to time nor named (defendant or otherwise) officers. Further, if there was any written documentation of investigations performed at such a level related to your clients, it already has been produced.

   This letter will also confirm our conversation from last week in which I indicated that the Billerica Police Department would make available the original statements of Tracey Heffernan and Craig Pickering (identified in Bates Stamp No. 0286-0292). Said original statements by Heffernan and Pickering will be made available for inspection by the Police Department to your expert at a mutually convenient time and place.

Very truly yours,

Jeremy I. Silverfine

JIS: hjo
cc: Fred Gilgun, Esq.
    (Via facsimile: *(781-861-7875)*