UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al * | |
| * | |
| Plaintiffs * | |
| * | |
| v. * | C. A. No. 04-CV-12357-PBS |
| * | |
| TOWN OF BILLERICA, et al * | |
| * | |
| Defendants * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION FOR APPROVAL TO UTILIZE THE GENERAL GRANT
OF ACCESS TO C.O.R.I. TO ATTORNEYS OF RECORD

Now comes the plaintiffs in the above-entitled case and, acting pursuant to Mass. General Laws, Chapter 6 § 172(c), requests the approval of this Honorable Court to utilize the general grant of access to C.O.R.I., as provided by the Criminal History System's Board, to attorneys of records for all criminal record information for the following potential witnesses in this case:

1. Raymond Trainor, Billerica, Massachusetts
2. Scott Evan Ashton
3. Craig Pickering
4. Amy Baum
5. John Gallinaro, D.O.B. 10/19/62
6. Thomas Gallinaro
7. Paul Parent
8. David Lumbert
9. Eugene "Butchie" Caterino
10. Tracy Heffernan

11.  Diane Ashton

Plaintiffs attach an affidavit if counsel in support of this motion.

                                                Respectfully submitted,
                                                Brian Kennedy, et al
                                                by their counsel

Date: August 16, 2006                               /s/ Andrew M. Fischer
                                                          Andrew M. Fischer
                                                          BB0# 167040
                                                          JASON & FISCHER
                                                          47 Winter Street
                                                          Boston, MA 02108
                                                          (617) 423-7904
                                                          afischer@jasonandfischer.com

kennedy\mtnaccesscori2