UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************
BRIAN KENNEDY, et al                       *
                                           *
    Plaintiffs                         *
                                           *
v.                                         *    C. A. No. 04-CV-12357-PBS
                                           *
TOWN OF BILLERICA, et al                   *
                                           *
    Defendants                         *
*********************************************

### AFFIDAVIT OF ANDREW M. FISCHER

I, Andrew M. Fischer, do hereby affirm and attest as follows:

1. The C.O.R.I. sought regarding the witnesses listed; Raynond Trainor, Scott Evan, Craig Pickering, Amy Baum, John Gallinaro, Thomas Gallinaro, Paul Parent, David Lumbert, Eugene "Butchie" Caterino, will be used exclusively for witness impeachment and/or Trial strategy purposes related to this cause of action.

2. The C.O.R.I. accessed through this grant will not be disclosed to unauthorized persons and/or in violation of Mass. General Laws, Chapter 6 § 167 et. Seq. Or 803 CMR 1.00 et seq.

Signed under the pains and penalties of perjury this 16th day of August, 2006.

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy\affamfcori2