UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                Plaintiffs )
 )
VS. )
 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                Defendants

**MOTION FOR ORDER FOR RECORDS FROM THE MIDDLESEX DISTRICT ATTORNEY'S OFFICE**

Now come the Defendants in the above-referenced matter and move this Court to issue an Order to the Middlesex District Attorney's Office to produce any and all records including police reports, supplemental police reports, Complaints, indictments, Grand Jury Minutes, 911 tapes, witness statements, booking sheets, arrest reports, pleadings, Court Orders, victim impact statements and taped conversations relating to three cases, i.e. *Commonwealth v. Brian Kennedy*, Indictment No. MICR2002-00150, *Commonwealth v. Michelle Kennedy*, Indictment No. MICR2002-00151 and *Commonwealth v. William Ashton*, Indictment No. MICR2002-00152.

In support thereof, the Defendants state that the Plaintiffs have filed a lengthy Complaint dating back to 1991. In their Complaint, the Plaintiffs have alleged, *inter alia*, that the Billerica Police Department and numerous officers have acted inappropriately towards themselves and their extended family, including a non-family member living in their household, to wit, William Ashton. Specifically, with regards to a November 9, 2001 incident in which Brian Kennedy, Michelle Kennedy and William Ashton were arrested, the Plaintiffs alleged that they were arrested without probable cause. (See paragraph 90-98 of Plaintiffs' Complaint attached hereto and marked as "Exhibit 1"). As part of its duties and obligations, the Billerica Police Department turned over all evidence that relates to the events as alleged in the Plaintiffs' Complaint (Exhibit 1) to the Middlesex District Attorney's Office for prosecution. Said prosecution resulted in trials against the three above-referenced individuals (Brian Kennedy, Michelle Kennedy and William Ashton). As part of its defense in this civil action, the Defendants now seek the requested materials and documents from the Middlesex District Attorney in order to properly prepare a defense in this case. The Middlesex District Attorney's office has objected to the defendants' request. (See letter from Middlesex District Attorney's office, attached hereto and marked "Exhibit 2").

The Defendants further assert that there is no prejudice to the Plaintiffs nor the Middlesex District Attorney's Office as this case has already been litigated in the criminal courts. Further, as part of the prosecution that the Middlesex District Attorney's Office initiated in this case, the Plaintiffs (then criminal defendants) would have been provided with copies of all the requested documents (as part of the Middlesex District Attorney's Office's discovery production obligations).

The Defendants state that without these documents, they will be greatly prejudiced in defending themselves against the allegations as set forth in the Plaintiffs' Complaint.

Wherefore, the Defendants respectfully request an Order from this Court

requiring the Middlesex District Attorney provide the above-referenced requested documents.

                                       Respectfully submitted,
                                       DEFENDANTS,
                                       By their attorneys,

                                       /s/ Jeremy Silverfine
                                       Jeremy Silverfine, BBO No. 542779
                                       Leonard H. Kesten, BBO No. 542042
                                       BRODY, HARDOON, PERKINS & KESTEN, LLP
                                       One Exeter Plaza
                                       Boston, MA 02116
                                       (617) 880-7100

Date: August 16, 2006