UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| Plaintiffs | \* |
| v. | \* C. A. No. 04-CV-12357-PBS |
| TOWN OF BILLERICA, et al | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR ORDER FOR RECORDS FROM THE MIDDLESEX DISTRICT ATTORNEY'S OFFICE

Defense counsel asked plaintiffs' counsel to assent to a motion for an order compelling production of files of the district attorney regarding several of the cases in which the plaintiffs were prosecuted upon complaints of the defendants. Defense counsel did not provide a copy of the proposed motion.

Plaintiffs' counsel assented, with the caveat that the order compel production of all files of the district attorney regarding prosecution of the plaintiffs in cases involving the defendants, rather than just the three cases selected by the defendants. This is not reflected either in the Rule 7.1 (A)(2) certificate of consultation or the underlying motion, which were not shown to plaintiffs' counsel before it was filed.

Plaintiffs' assent to the defendants' motion is contingent upon the order not being limited to three selected files.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: August 17, 2006

/s/Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy\oppmoADA