UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**********************************************

BRIAN KENNEDY, et al                          *
                                              *
            Plaintiffs                        *
                                              *
v.                                            *     C. A. No. 04-CV-12357-PBS
                                              *
TOWN OF BILLERICA, et al                      *
                                              *
            Defendants                        *

**********************************************

**PLAINTIFFS' OPPOSITION
TO DEFENDANTS MOTION FOR EXTENSION OF TI ME
TO FILE DISPOSITIVE MOTIONS**

Defendants cite the fact that plaintiff Brian Kennedy's deposition "has been noticed five times" and the fact that the deposition of the three Kennedy children "have yet to be completed" as justification for an extension of time to file dispositive motions. Defendants do not note that the first four times they scheduled Brian Kennedy's deposition, defendants canceled the date. Nor do defendants disclose that they made no effort to depose the minor plaintiffs until days before the extended discovery deadline and that, despite this tardiness, plaintiffs have agreed to produce the minor plaintiffs for depositions, which are now scheduled for September 5, 2006.

Indeed, defendants, in their motion, do not identify any basis for a dispositive motion.

In response to inquiry from plaintiffs' counsel, defense counsel have said they have no basis for summary judgment or any other dispositive motion other than the same claim that the statute of limitations applies to some of the events in the fifteen (15) year still ongoing pattern of harassment.

In fact, defense counsel correctly noted out that this defense was raised in the first conversation between counsel regarding this case. Thus defendants have had ample time to

assert any statute of limitations argument.  Moreover, the depositions of plaintiff Brian Kennedy and his three sons are not necessary to assert this defense.

Finally, where the essence of the plaintiffs' claim is a pattern of conduct, even if the earlier acts that began the pattern occurred before the applicable limitations period, they would still be included properly in plaintiffs' claim as part of the defendants pattern of conduct.  Thus any dispositive motion

Where the defendants have had ample time to assert any statute of limitation defense, and elected not to do so until the eve of trial, and where the defendants do not have any reasonable basis upon which to bring any dispositive motion, their motion for more time should be denied nor should the Court permit the filing of any "dispositive" motion at this time.

                                                    Respectfully submitted,
                                                    Brian Kennedy, et al
                                                    by their counsel


Date: _____          _/s/Andrew M. Fischer_____
                                                    Andrew M. Fischer
                                                    BB0# 167040
                                                    JASON & FISCHER
                                                    47 Winter Street
                                                    Boston, MA 02108
                                                    (617) 423-7904
                                                    afischer@jasonandfischer.com

kennedy\oppmomoretime