UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, JR., MITCHELL KENNEDY and )
DYLAN KENNEDY )
                Plaintiffs )
 )
VS. )
 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                Defendants

## MOTION OF DEFENDANTS TO COMPEL DISCOVERY BY PLAINTIFFS PURSUANT TO RULE 37

The defendants hereby move pursuant to Rule 37 of the Federal Rules of Civil Procedure, that this Court enter an Order compelling the plaintiffs to respond to the defendants' first request for production of documents and to answer the first set of interrogatories served upon them. Further, the defendants request an entry of Order in this regard.

In support thereof, it will be noted that such discovery was served on the following days:

| | |
|---|---|
| First Request for Production of Documents addressed to Michelle Kennedy | July 26, 2006 |
| First Request for Production of Documents addressed to Brian Kennedy | July 26, 2006 |
| First Set of Interrogatories Propounded upon Michelle Kennedy | August 14, 2006 |
| First Set of Interrogatories Propounded upon Brian Kennedy | August 14, 2006 |

Additionally, defendants' counsel conferred with opposing counsel on September 15, 2006, pursuant to the local rules of this Court.

It is hereby certified that the movant has, in good faith, conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure, without Court action.

                                          Defendants
                                          By their attorneys,

                                          /s/ Jeremy I. Silverfine
                                          Jeremy I. Silverfine, BBO#542779
                                          Leonard Kesten, BBO #542042
                                          **Brody, Hardoon, Perkins & Kesten, LLP**
                                          One Exeter Plaza, 12th Floor
                                          Boston, MA  02116
                                          (617) 880-7100

Date: September 18, 2006