UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
MITCHELL KENNEDY AND DYLAN KENNEDY )
                                Plaintiffs )
      )
VS. )
      )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                                Defendants

## DEFENDANTS' MOTION FOR APPROVAL TO UTILIZE THE GENERAL GRANT OF ACCESS TO C.O.R.I. TO ATTORNEYS OF RECORD

Now comes the Defendants in the above-entitled case and, acting pursuant to Mass. General Laws, Chapter 6 § 172 (c), requests the approval of this Honorable Court to utilize the general grant of access to C.O.R.I., as provided by the Criminal History System's Board, to attorneys of records for all criminal record information for the following potential witnesses in this case:

    1.    Michelle Kennedy, Lowell, Massachusetts;

    2.    Brian Kennedy, Lowell, Massachusetts;

    3.    Brian Kennedy, Jr., Lowell, Massachusetts;

4.  Mitchell Kennedy, Lowell, Massachusetts;

5.  Dylan Kennedy, Lowell, Massachusetts;

6.  Dean Royston, Lowell, Massachusetts;

7.  Joanne Suprenant, Lowell, Massachusetts;

8.  Herb Vacca, Billerica, Massachusetts;

9.  Joyce Tibbets, Englewood, Florida;

10. Krystina R. Smith, Arlington, Massachusetts;

11. Francis St. John, Billerica, Massachusetts;

12. Karen St. John, Billerica, Massachusetts;

13. Nicole St. John, Tyngsboro, Massachusetts;

14. Donald St. John, Billerica, Massachusetts;

15. Jamey D. McLean, Tewksbury, Massachusetts;

16. Michael Kennedy, Lowell, Massachusetts;

17. Dennis Allgaier, Billerica, Massachusetts;

18. Leo Allgaier, Lowell, Massachusetts;

19. Tracey Heffernan, Billerica, Massachusetts;

20. Casey Heffernan, Billerica, Massachusetts;

21. Stacey Heffernan, unknown address, Massachusetts;

22. Angie Heffernan, unknown address, Massachusetts;

23. Paul Parent, Lowell, Massachusetts;

24. David Lumbert, Boynton Beach, Florida;

25. Debra Granger, Lowell, Massachusetts;

26. Dale Crandall, unknown address, Massachusetts;

27. Daniel Dufault, Billerica, Massachusetts;

28. Tina Huber, Billerica, Massachusetts;

29. William Huber, Billerica, Massachusetts;

30. Donna Oblenis, Billerica, Massachusetts;

31. John Oblenis, III, Billerica, Massachusetts;

32. John Oblenis, Billerica, Massachusetts;

33. Nicole Vacca, Billerica, Massachusetts;

34. Patsy Vacca, Roswell, New Mexico;

35. Kenneth Lewis, Billerica, Massachusetts;

36. Fred Kendall, Billerica, Massachusetts;

37. Eugene DeFrancisco, North Billerica, Massachusetts;

38. Donna Atkinson, Billerica, Massachusetts;

39. Ruth Atkinson, Billerica, Massachusetts;

40. Karen Atkinson, Billerica Massachusetts;

41. Patricia Stickney, Billerica, Massachusetts;

42. Amy Baum, Lowell, Massachusetts;

43. Christine Kaizer, Billerica, Massachusetts;

44. Russ Kaizer, Billerica, Massachusetts;

45. Laura Bye, Lowell, Massachusetts;

46. Scott Ashton, Billerica, Massachusetts;

47. William Ashton, Lowell, Massachusetts;

48. Dianne Ashton, Billerica, Massachusetts;

49. Arthur Ashton, Billerica, Massachusetts;

50. Craig Ashton, Billerica, Massachusetts;

51. Jared Corner, Malden, Massachusetts;

52. Brooke Burns, Billerica, Massachusetts;

53. James McCreary, Billerica, Massachusetts;

54. Annette Brooks, Lowell, Massachusetts;

55. George Brooks, III, Billerica, Massachusetts;

56. George Brooks, Billerica, Massachusetts;

57. Roland G. Boucher, Lowell, Massachusetts;

58. Gayle McClean, Westford, Massachusetts;

59. Carolyn Woods, Hudson, Massachusetts;

60. Mark Pagliuca, unknown address, Massachusetts;

61. Larry Cantrell, unknown address, Massachusetts;

62. Michael Dodge, North Billerica, Massachusetts;

63. Deann Masone, Tewksbury, Massachusetts;

64. John Cimmino, Tewksbury, Massachusetts;

65. Louis Cimmino, Tewksbury, Massachusetts;

66. Vanessa Minervini, Tewksbury, Massachusetts;

67. Christie Gilpatrick, Lowell, Massachusetts;

68. Robin Benshimol, unknown address;

69. Robin Benchmore, unknown address;

70. Danny Delisola, unknown address;

71. Randy Delisola, unknown address;

72. Robert Spencer, Billerica, Massachusetts;

73. Mark D'Agostino, Billerica, Massachusetts;

74. Robert Giordano, Billerica, Massachusetts;

75. Chris Bland, unknown address, Massachusetts;

76. Joe Rouke, Billerica, Massachusetts;

77. Robert Reslow, Billerica, Massachusetts;

78. Robyne Reslow, Billerica, Massachusetts;

79. Eleanor Reslow, Billerica, Massachusetts;

80. Richard Reslow, Billerica, Massachusetts;

81. Craig Pickering, Wells, Maine;

82. Joann Gordon, North Billerica, Massachusetts;

83. Charles Nickonchuk, unknown address;

84. Thomas (Teddy) Gallinaro, unknown address;

85. Steve Gallinaro, unknown address;

86. John Gallinaro, Billerica, Massachusetts;

87. Bob Sheehan, unknown address, Massachusetts;

88. Gary Hoffman, Billerica, Massachusetts;

89. Laura Hall, Billerica, Massachusetts;

90. Frank Kinney, Billerica, Massachusetts;

91. Michael Addair, unknown address;

92. Ronnie Hannon, unknown address;

93. Linda Napolitano, Billerica, Massachusetts;

94. Dana Roy, Billerica, Massachusetts;

95. Albert Napolitano, Billerica, Massachusetts;

96. Robert Keefe, Billerica, Massachusetts;

97. Marsha Napolitano, Billerica, Massachusetts;

98. Erin L. Egan, Billerica, Massachusetts;

99. Joe Sargent, unknown address, Massachusetts;

100. Helena Valdez, unknown address, Massachusetts;

101. Ed Larson, unknown address, Massachusetts;

102. Eugene "Butchie" Caterino, unknown address;

103. Patti LeBeau, unknown address, Massachusetts;

104. Bill Burrows, unknown address, Massachusetts;

105. Bob Lewis, unknown address, Massachusetts;

106. Susan (Murphy) Wilson, Billerica, Massachusetts;

107. Donald Wilson, Tewksbury, Massachusetts;

108. Timmy Trainor, unknown address, Massachusetts;

109. Ray Trainor, Billerica, Massachusetts;

110. Shawn Sullivan, unknown address, Massachusetts;

111. Timmy Sullivan, Concord, Massachusetts;

112. Anthony Gozzo, unknown address, Massachusetts;

113. William McKay, unknown address, Massachusetts;

114. Lisa Smith, Lowell, Massachusetts;

115. Paul Peterson, Lowell, Massachusetts;

116. John Murray, Concord, Massachusetts;

117. Gleora Atkinson, Tewksbury, Massachusetts;

118. Stephen Atkinson, Nashua, New Hampshire;

119. Mark Ross, unknown address, Massachusetts;

120. Mark Raboin, unknown address, Massachusetts;

121. Tim Hinckley, unknown address, Massachusetts;

122. Andy Reardon, unknown address, Massachusetts;

123. Frederick Kling, unknown address, Massachusetts;

124. Kelly Nadeau, unknown address, Massachusetts;

125. William Kelly, unknown address, Massachusetts;

126. Robert Macintyre, unknown address, Massachusetts;

127. Patrick McHugh, unknown address, Massachusetts;

128. Paula McHugh, unknown address, Massachusetts;

129. Timmy Turner, unknown address, Waltham, Massachusetts;

130. Gordon Menear, unknown address;

131. Jackie Danis, unknown address;

132. Sandy Brennan, unknown address;

133. Gary Howe, unknown address;

134. Jeff Howe, unknown address;

135. Rick Soley, unknown address;

136. Cody Gallinaro, Billerica, Massachusetts;

137. Robert Anderson, unknown address, Massachusetts;

138. Janine Gallinaro, Billerica, Massachusetts;

139. Nicholas A. Gallinaro, Billerica, Massachusetts;

140. William Paskiewicz, unknown address, Massachusetts;

141. Kenneth Carron, Billerica, Massachusetts;

142. Lynn Tierney, Billerica, Massachusetts;

143. John Tierney, Sr., Billerica, Massachusetts;

144. Alice Tierney, Billerica, Massachusetts;

145. Helio Teixeira, Billerica, Massachusetts;

146. Danielle Honnors, Billerica, Massachusetts;

147. Christine McNulty, Billerica, Massachusetts;

148. Donna Gauvreau, Tewksbury, Massachusetts;

149. Sean Gauvreau, Tewksbury, Massachusetts;

150. Michael Wallace, Billerica, Massachusetts;

151. Cheryl Dimambro, Billerica, Massachusetts;

152. Domenic Dimambro, Billerica, Massachusetts;

153. Melissa Swanson, Billerica, Massachusetts;

154. Scott Hutchinson, Billerica, Massachusetts;

155. David Mendonca, Billerica, Massachusetts;

156. Susan Danehy, Billerica, Massachusetts;

157. Rita Bellows, Billerica, Massachusetts;

158. Kim MacKenzie, Tyngsboro, Massachusetts;

159. Dave Lavita, Tewksbury, Massachusetts;

160. Christopher Kelchner, Manchester, New Hampshire;

161. Joseph Lyerly, Jr., Billerica, Massachusetts;

162. Tony Seretta, Billerica, Massachusetts;

163. Kevin Guptill, Billerica, Massachusetts;

164. Dennis O'Brien, unknown address, Massachusetts;

165. Brian Sheppard, unknown address, Massachusetts;

166. Michelle Horn, unknown address, Massachusetts;

167. Pauline Lorette, Billerica, Massachusetts;

168. Lawrence Burns, North Billerica, Massachusetts;

169. Donna Hawkes, Tewksbury, Massachusetts;

170. David Hawkes, Tewksbury, Massachusetts;

171. Tara Hawkes, Tewksbury, Massachusetts;

172. Gregory Peters, Tewksbury, Massachusetts;

173. Joseph Foley, Tewksbury, Massachusetts;

174. Ryan Donovan, Tewksbury, Massachusetts;

175. Shane Oravec, Billerica, Massachusetts;

176. Kyle Fisher, Billerica, Massachusetts;

177. Toni J. Risso, Tewksbury, Massachusetts;

178. Cindy Hutton, Tewksbury, Massachusetts;

179. Brian Hutton, Tewksbury, Massachusetts;

180. Jay Parker, unknown address, Massachusetts;

181. Justine Lefebvre, Tewksbury, Massachusetts;

182. Rachel Lefebvre, Tewksbury, Massachusetts;

183. Monique Ledoux, Billerica, Massachusetts;

184. Anne Williams, Tewksbury, Massachusetts;

185. Richard Williams, Tewksbury, Massachusetts;

186. Steven Petrovski, Tewksbury, Massachusetts;

187. John Ortega, Dorchester, Massachusetts;

188. Wilfredo Ortega, Dorchester, Massachusetts;

189. Karen Balchunas, Tewksbury, Massachusetts;

190. Marisa Conte, Tewksbury, Massachusetts;

191. Richard Antonellis, Jr., Watertown, Massachusetts;

192. Robert Mitza, Jr., Watertown, Massachusetts;

193. Shane Roy, Watertown, Massachusetts;

194. Nancy Fleury, Billerica, Massachusetts;

195. Michael Stokes, Billerica, Massachusetts;

196. Thomas Stokes, Lowell, Massachusetts;

197. Robert Spencer, Billerica, Massachusetts;

198. Michelle Spencer, Billerica, Massachusetts;

199. Gregory K. Strunk, Billerica, Massachusetts;

200. Barry Buckley, Tewksbury, Massachusetts;

201. Craig Brown, Chelmsford, Massachusetts;

202. David Fialkosky, Billerica, Massachusetts;

203. Ashley Bucci, Tewksbury, Massachusetts;

204. Stephen Kennedy, Billerica, Massachusetts;

205. Mary Keough, Nashua, New Hampshire;

206. John P. Holt, Billerica, Massachusetts;

207. Marjorie Holt, Billerica, Massachusetts;

208. David Kinsella, Billerica, Massachusetts;

209. Claudia Kinsella, Billerica, Massachusetts;

210. Mary Cormier, Billerica, Massachusetts;

211. Mark Surette, Malden, Massachusetts;

212. Timothy Taker, Billerica, Massachusetts;

213. Janet Miller, Lowell, Massachusetts;

214. Kimberly Forbes, Billerica, Massachusetts;

215. Josh Clark, Lowell, Massachusetts;

216. Shannon (Antle) Mansfield, Billerica, Massachusetts;

217. Laurie Daley, unknown address;

218. David Allgaier, Billerica, Massachusetts;

219. Marcia Tedford, Billerica, Massachusetts;

220. Patricia O'Boyle, unknown address;

221. John F. Brogna, Jr., Derry, New Hampshire;

222. Scott Lothrop, Jr., Derry, New Hampshire;

223. Brian R. Paquette, Lowell, Massachusetts;

224. Brian Mansfield, Billerica, Massachusetts;

225. Jesse Delgreco, Billerica, Massachusetts;

226. Adam J. Shibles, Billerica, Massachusetts;

227. Glenn R. Plum, Lowell, Massachusetts;

228. Thomas S. Dickerson, Jr., Billerica, Massachusetts;

229. Julie Gizzi, Lowell, Massachusetts;

230. Marie E. Ellard, Lowell, Massachusetts;

231. Tiffany Decker, Tewksbury, Massachusetts;

232. Mark Harrington, Billerica, Massachusetts;

233. William Gavin, Billerica, Massachusetts;

234. Cindy Arsenault, Tewksbury, Massachusetts;

235. Robin Russell, Billerica, Massachusetts;

236. Bobby Fitzmaurice, Billerica, Massachusetts;

237. Sean Sullivan, Billerica, Massachusetts;

238. Joseph Mulchern, unknown address, Billerica, Massachusetts;

239. Chad Stanley, Billerica, Massachusetts;

240. Jeffrey Hern, Billerica, Massachusetts;

241. Elaine Schepici, North Billerica, Massachusetts;

242. Judy Binnette, Tewksbury, Massachusetts;

243. Joseph Binnette, Tewksbury, Massachusetts;

244. Jonathan Binnette, Tewksbury, Massachusetts;

245. Nigeal A. Griffith-Brooks, Lowell, Massachusetts;

246. Monique Hines, North Billerica, Massachusetts;

247. Roger Ledoux, North Billerica, Massachusetts;

248. Elaine Cloutier, North Billerica, Massachusetts.

The Defendants further state that the above-referenced individuals are all listed, by the plaintiffs, as potential witnesses in this case.

Defendants attach an affidavit of counsel in support of this Motion.

> Respectfully submitted
> The Defendants,
> By their attorneys,
>
> BRODY, HARDOON, PERKINS & KESTEN, LLP
>
> /s/ Jeremy Silverfine
> Leonard E. Kesten, BBO No. 542042
> Jeremy I. Silverfine, BBO No. 542779
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

Dated: 9.20.06