UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
MITCHELL KENNEDY AND DYLAN KENNEDY )
                       Plaintiffs )
 )
VS. )
 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                       Defendants

**AFFIDAVIT OF JEREMY SILVERFINE**

I, Jeremy I. Silverfine, make the following statement under oath:

(1) The C.O.R.I. sought regarding the plaintiffs, Michelle Kennedy, Brian Kennedy, Brian Kennedy, Jr., Mitchell Kennedy and Dylan Kennedy and the witnesses listed; Dean Royston, Joanne Suprenant, Herb Vacca, Joyce Tibbets, Krystina R. Smith, Francis St. John, Karen St. John, Nicole St. John, Donald St. John, Jamey D. McLean, Michael Kennedy, Dennis Allgaier, Leo Allgaier, Tracey Heffernan, Casey Heffernan, Stacey Heffernan, Angie Heffernan, Paul Parent, David Lumbert, Debra Granger, Dale Crandall, Daniel Dufault, Tina Huber, William Huber, Donna Oblenis, John Oblenis, III, John Oblenis, Nicole Vacca, Patsy Vacca, Kenneth Lewis, Fred Kendall, Eugene DeFrancisco, Donna Atkinson, Ruth Atkinson, Karen Atkinson, Patricia Stickney, Amy Baum, Christine Kaizer, Russ Kaizer, Laura Bye, Scott Ashton, William Ashton, Dianne Ashton, Arthur Ashton, Craig Ashton, Jared Corner, Brooke Burns, James McCreary, Annette Brooks, George Brooks, III, George Brooks, Roland G. Boucher, Gayle McClean, Carolyn Woods, Mark Pagliuca, Larry Cantrell, Michael Dodge, Deann Masone, John Cimmino, Louis Cimmino, Vanessa Minervini, Christie Gilpatrick, Robin Benshimol, Robin Benchmore, Danny Delisola, Randy Delisola, Robert Spencer,

Mark D'Agostino, Robert Giordano, Chris Bland, Joe Rouke, Robert Reslow, Robyne Reslow, Eleanor Reslow, Richard Reslow, Craig Pickering, Joann Gordon, Charles Nickonchuk, Thomas (Teddy) Gallinaro, Steve Gallinaro, John Gallinaro, Bob Sheehan, Gary Hoffman, Laura Hall, Frank Kinney, Michael Addair, Ronnie Hannon, Linda Napolitano, Dana Roy, Albert Napolitano, Robert Keefe, Marsha Napolitano, Erin L. Egan, Joe Sargent, Helena Valdez, Ed Larson, Eugene "Butchie" Caterino, Patti LeBeau, Bill Burrows, Bob Lewis, Susan (Murphy) Wilson, Donald Wilson, Timmy Trainor, Ray Trainor, Shawn Sullivan, Timmy Sullivan, Anthony Gozzo, William McKay, Lisa Smith, Paul Peterson, John Murray, Gleora Atkinson, Stephen Atkinson, Mark Ross, Mark Raboin, Tim Hinckley, Andy Reardon, Frederick Kling, Kelly Nadeau, William Kelly, Robert Macintyre, Patrick McHugh, Paula McHugh, Timmy Turner, Gordon Menear, Jackie Danis, Sandy Brennan, Gary Howe, Jeff Howe, Rick Soley, Cody Gallinaro, Robert Anderson, Janine Gallinaro, Nicholas A. Gallinaro, William Paskiewicz, Kenneth Carron, Lynn Tierney, John Tierney, Sr., Alice Tierney, Helio Teixeira, Danielle Honnors, Christine McNulty, Donna Gauvreau, Sean Gauvreau, Michael Wallace, Cheryl Dimambro, Domenic Dimambro, Melissa Swanson, Scott Hutchinson, David Mendonca, Susan Danehy, Rita Bellows, Kim MacKenzie, Dave Lavita, Christopher Kelchner, Joseph Lyerly, Jr., Tony Seretta, Kevin Guptill, Dennis O'Brien, Brian Sheppard, Michelle Horn, Pauline Lorette, Lawrence Burns, Donna Hawkes, David Hawkes, Tara Hawkes, Gregory Peters, Joseph Foley, Ryan Donovan, Shane Oravec, Kyle Fisher, Toni J. Risso, Cindy Hutton, Brian Hutton, Jay Parker, Justine Lefebvre, Rachel Lefebvre, Monique Ledoux, Anne Williams, Richard Williams, Steven Petrovski, John Ortega, Wilfredo Ortega, Karen Balchunas, Marisa Conte, Richard Antonellis, Jr., Robert Mitza, Jr., Shane Roy, Nancy Fleury, Michael Stokes, Thomas Stokes, Robert Spencer, Michelle Spencer, Gregory K. Strunk, Barry Buckley, Craig Brown, David Fialkosky, Ashley Bucci, Stephen Kennedy, Mary Keough, John P. Holt, Marjorie Holt, David Kinsella, Claudia Kinsella, Mary Cormier, Mark Surette, Timothy Taker, Janet Miller, Kimberly Forbes, Josh Clark, Shannon (Antle) Mansfield, Laurie Daley, David Allgaier, Marcia Tedford, Patricia O'Boyle, John F. Brogna, Jr., Scott Lothrop, Jr., Brian R. Paquette, Brian Mansfield, Jesse Delgreco, Adam J. Shibles, Glenn R. Plum, Thomas S. Dickerson, Jr., Julie Gizzi, Marie E. Ellard, Tiffany Decker, Mark Harrington, William Gavin, Cindy Arsenault, Robin Russell, Bobby Fitzmaurice, Sean Sullivan, Joseph Mulchern, Chad Stanley, Jeffrey Hern, Elaine Schepici, Judy Binnette, Joseph Binnette, Jonathan Binnette, Nigeal A. Griffith-Brooks, Monique Hines, Roger Ledoux, and Elaine Cloutier, will be used exclusively for witness impeachment and/or Trial strategy purposes related to this cause of action.

(2) The C.O.R.I. accessed through this grant will not be disclosed to unauthorized persons and/or in violation of Mass. General Laws, Chapter 6 § 167 et. seq. or 803 CMR 1.00 et. seq.

Signed Under the Pains and Penalties of Perjury this 20th day of September 2006.

_/s/ Jeremy I. Silverfine_
Jeremy I. Silverfine