UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, JR., MITCHELL KENNEDY and )
DYLAN KENNEDY )
               Plaintiffs )
)
VS. )
)
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
               Defendants

**JOINT MOTION FOR CONTINUANCE OF TRIAL
AND REQUEST FOR HEARING ON DISPUTE BETWEEN COUNSEL**

The parties hereby respectfully request that this Court grant a continuance of trial presently scheduled for October 16, 2006, to a date certain and convenient for the Court and the parties in January, 2007, and request a Hearing on this Motion.

As reasons for this motion, counsel for the parties state that despite their best efforts, completion of discovery has been impossible so that this matter can be tried on the scheduled date of October 16, 2006. As the court knows, the plaintiffs' complaints

against the defendants span over fifteen years, involve multiple incidents, and the parties each have identified hundreds of witnesses. Furthermore, the parties each have provided thousands of pages of documents and video and audiotapes some of which have only been provided within the past two weeks. The massive amount of discovery necessary in this case has proven impossible to complete.

Furthermore, defendants' trial counsel has been engaged in cases that have gone to trial in September or are currently on trial, including <u>Kennedy v Danvers</u>, United States District Court, Civil Action No. 05-10191-RCL and <u>Jones v Walker</u>, United States District Court, Civil Action No. 05-10102RWZ which commenced on September 25, 2006. Further, trial counsel is scheduled to begin the trial of <u>Fitzgibbons v Lawrence</u>, Essex Superior Court, ESCV2003-01987B on October 3, 2006. Finally, defendants' counsel has been informed that he will have to conduct the trial of <u>Walker v Boxford</u>, Essex Superior Court, Civil Action No. 01-1687A scheduled for October 10, 2006. This last trial will last approximately two weeks, thus defendants' counsel will be on trial October 16, 2006, the scheduled commencement date of the instant case. Accordingly, pursuant to LR 40.2(D), this court should continue the instant trial.

Additionally, there is dispute between counsel regarding restrictions on witness contact during the period of the continuance. The plaintiffs wish to require restrictions on such contact, the defendants disagree. The parties request a hearing to decide the issue. Counsel will file memoranda regarding the dispute prior to the hearing.

WHEREFORE, the parties respectfully request a Continuance of trial presently scheduled for October 16, 2006, to a date certain and convenient for the Court and the parties in January, 2007, and request a Hearing on the dispute between counsel regarding restrictions on witness contact during the continuance.

Respectfully submitted,

| PLAINTIFFS, | DEFENDANTS, |
| --- | --- |
| By their attorneys, | By their attorneys, |

/s/ Andrew M. Fischer    /s/ Leonard H. Kesten
Andrew M. Fischer, BBO#    Leonard H. Kesten, BBO No. 542042
JASON & FISCHER    Jeremy Silverfine, BBO No. 542779
47 Winter Street    BRODY, HARDOON, PERKINS & KESTEN, LLP
Boston, MA 02108    One Exeter Plaza
617 423 7904    Boston, MA 02116
                  617-880-7100

   /s/ Frederick V. Gilgun
Frederick V. Gilgun, Jr., BB0#
Law Offices of Nicholson, Sreter & Gilgun, P.C.
33 Bedford Street
Suite 4
Lexington, MA 02420
(781) 861-9160


Dated: September 27, 2006