UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,  )
Individually and as mother and next friend of      )
BRIAN KENNEDY, JR., MITCHELL KENNEDY and  )
DYLAN KENNEDY                                                      )
                        Plaintiffs                            )
                                                   )

VS.                                                                                          )
                                                     )

TOWN OF BILLERICA, DANIEL C. ROSA, JR.      )
Individually and as Chief of the Billerica Police Department,  )
JOHN BARRETTO, Individually and as former Chief of the  )
Billerica Police Department, PAUL W. MATTHEWS,  )
Individually and as former Chief of the Billerica Police  )
Department, ROBERT LEE, Individually and as former  )
Deputy Chief of the Billerica Police Department, THOMAS  )
CONNORS, FRANK A. MACKENZIE, RICHARD  )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK  )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,  )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,  )
WILLIAM MCNULTY, DONALD MACEACHERN,  )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT  )
BROWN, WILLIAM G. WEST, GREGORY KATZ,  )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM  )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY  )
F. MCKENNA AND JOHN DOE,                                          )
                        Defendants

**DEFENDANTS' MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO PLAINTIFFS' INTERROGATORY #3**

      The defendants hereby request that this Court extend the time within which the defendants must file a response to the Plaintiffs' Interrogatory #3.

      As reasons for this motion, counsel for the defendants state that they require the additional time to prepare a response due to the fact that defendants' counsel was on Trial last week in the Brockton Superior Court (*Rose v. Mastera*, Civil Action No.: 04-464) Counsel therefore requires the additional time to review the interrogatory and prepare

an appropriate response. The Defendants request an additional 11 days until October 9, 2006 to respond to the plaintiffs' Interrogatory #3.

                Respectfully submitted,

                DEFENDANTS,
                By their attorneys,

                /s/ Jeremy Silverfine
                Jeremy I. Silverfine, BBO No. 542779
                Leonard H. Kesten, BBO #542042
                BRODY, HARDOON, PERKINS & KESTEN, LLP
                One Exeter Plaza
                Boston, MA 02116
                (617) 880-7100

Dated: September 28, 2006