UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, JR., MITCHELL KENNEDY and )
DYLAN KENNEDY )
                  Plaintiffs )
)
)
VS. )
)
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                  Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

NOW COMES counsel for the defendants in the above-captioned matter and certifies that they have conferred with Andrew Fischer, counsel for the plaintiff, regarding *Defendants' Motion for Additional Time To File Response to Plaintiffs' Interrogatory #3.*

                    Respectfully submitted,

                    __/s/ Jeremy I.Silverfine__
                    Jeremy Silverfine, BBO# 542779
                    Leonard H. Kesten, BBO #542042
                    **BRODY, HARDOON, PERKINS & KESTEN, LLP**
                    One Exeter Plaza, 12th Floor
                    Boston, MA  02116
                    (617) 880-7100

Date: September 28, 2006