UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, *<br>Individually and as father and next friend of   *<br>BRIAN KENNEDY, JR., Individually and as mother *<br>next friend of BRIAN KENNEDY, JR..   *<br>  *<br>      Plaintiffs    *<br>  *<br>v.   * | C. A. No. 04-CV-12357-PBS |
| * | |
| TOWN OF BILLERICA, et al   *<br>  *<br>      Defendants   * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO COMPEL
## THE DEPOSITION ATTENDANCE OF
## THOMAS GALLINARO AND JOHN GALLINARO

Now come the plaintiffs and move this Honorable Court issue an order compelling the attendance at deposition of Thomas "Teddy" Gallinaro and John Gallinaro..

As reason, plaintiffs state that their depositions were duly noticed for Thursday, September 7, 2006, but that each of them failed to appear.

Accordingly, plaintiffs now seek an order compelling the attendance of each of these witnesses to a deposition to be conducted before trial. Defendants do not oppose this motion.

                                                                                Respectfully submitted,
                                                                                Brian Kennedy, et al
                                                                                by their counsel


Date: September 29, 2006                                _/s/Andrew M. Fischer_____
                                                                                Andrew M. Fischer
                                                                                BB0# 167040
                                                                                JASON & FISCHER
                                                                                47 Winter Street
                                                                                Boston, MA 02108
                                                                                (617) 423-7904
                                                                                afischer@jasonandfischer.com