UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as father and next friend of BRIAN KENNEDY, JR., Individually and as mother next friend of BRIAN KENNEDY, JR.. <br><br> Plaintiffs <br><br> v. <br><br> TOWN OF BILLERICA, et al <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * C. A. No. 04-CV-12357-PBS <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiffs and certifies that he has conferred with Attorney Jeremy Silverfine, pursuant to Rule 7.1, regarding plaintiffs' Motion to Compel the Deposition Attendance of Thomas Gallinaro and John Gallinaro.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: September 29, 2006

_/s/Andrew M. Fischer_____
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy\rule7cert