Ex A

```
\SE #:              DATE OF CONTACT: 91/10/91      TIME OF CONTACT: 20:00
 #: 011             IN PERSON: X    PHONE:         MAIL:
)CATION: WHITE HEN PANTRY BURLINGTO RT 62          PO YES:         PO NO: X
ENCY:                               CIV YES: X     CIV NO:         PHONE:
)ROB Y:    COROB N:
IFO:
```

ATED THAT JOE SARGEANT HAS NOT BEEN SELLING MUCH. THINKS IT MAYBE DUE TO
)WELL SELLING 10'S AND 20'S. ALSO MAY MEET WITH FRANKIE OR THURSDAY NIGHT WILL
IEN KNOW IF THERE IS ANY PROBLEM. FELT THAT BOB KEEFE BLEW HER OFF. WAS
JPPOSED TO MET WITH C.I. BUT NEVER DID. IF C.I. CAN SET UP A FUTURE BUY FROM
RANKIE C.I. WILL

                                                        LT STEPHEN WEST

```
\SE #:              DATE OF CONTACT:               TIME OF CONTACT:
 #: 009             IN PERSON: X    PHONE:         MAIL:
)CATION: LOWELL NARCOTICS                          PO YES:         PO NO: X
ENCY:                               CIV YES: X     CIV NO:         PHONE:
)ROB Y:    COROB N:
IFO:
```

Y TRAINOR IS DONNIES RIGHT HAND MAN  BRIAN KENNEDY'S OLDER BROTHER IS HIS
GHT HAND MAN. CHECK SHAWN SULLIVAN DRIVES A LT BLUE FORD ESCORT.

MMY AND SHAWN RIPPED OF A DRUG DEALER IN PELHAM LAS TWINTER AND BEAT HIM UP.
IEY WERE DRESSED UP AS COPS WHEN THEY DID IT.

MMY HAS A GUN AND SUPPOSEDLY SHOT SOME ONE IN THE LEG ABOUT 2 -4 WEEKS AGO.

                                                        LT STEPHEN WEST

1612