BILLERICA POLICE DEPARTMENT
6 GOOD STREET
BILERICA, MASS
01821


WITNESS STATEMENT


DATE: 11-29-91
TIME: 4:16PM


STATEMENT TAKEN FROM: TRACEY L HEFFERNAN
45 OAK ST
BILLLERICA, MASS


  I TRACEY HEFFERNAN WISH TO MAKE THE FOLLOWING STATEMENT CONCERNING, A COMPLAINT I MADE AGAINST OFFICER FRANK MCKENZIE OF THE BILLERICA POLICE DEPARTMENT.
  ON 11-20-91 AT APPROXIMATELY 7:00PM I WAS HOME, AT 45 OAK ST, BILLERICA MASS, AND I RECEIVED A PHONE CALL, FROM A MALE CALLER WHO NEVER IDENTIFIED HIMSELF, WHEN I ANSWERED THE PHONE, THE MALE CALLER ASKED IF TRACEY WAS THERE, AND I STATED THAT, I WAS SPEAKING. THIS MALE CALLER THEN STATED " I HERD THAT YOUR IN THE MARKET FOR KICKING ASS FOR CASH" AND I SAID "WELL I DON'T KNOW ABOUT THAT" AND THE MALE CALLER STATED "I UNDERSTAND THAT YOU DON'T GET ALONG WITH MICKEY ST JOHN" AND I STATED " WELL THATS PUBLIC KNOWLEDGE"
  THE MALE CALLER THEN STATED " THERES FIVE HUNDRED DOLLARS COLD CASH TO PUT HER IN THE HOSPITAL" HE THEN STATED " I DON'T WANT A STREET BEATING, I WANT HER IN THE HOSPITAL" I THEN STATED " I'LL PUT MY KIDS TO BED AND CALL ME BACK IN A LITTLE WHILE" THE MALE CALLER THEN STATED " WHAT A GOOD TIME" AND I STATED "ABOUT NINEISH", AND THE MALE CALLER HUNG UP, AND I HUNG UP AND I CALLED MICKEY STJOHN.
  I TOLD MICKEY "YOU AREN'T GOING TO BELIEVE THIS BUT SOME GUY JUST CALLED HERE AND OFFERED ME FIVE HUNDRED DOLLARS TO PUT YOU IN THE HOSPITAL" AND MICKEY LAUGHED AND ASKED "WHO WAS IT" AND I STATED THAT "I DID NOT KNOW WHO IT WAS". I TOLD MICKEY THAT HE WAS GOING TO CALL ME BACK AROUND NINE (9)PM AND SHE MICKEY SAID "OH MY GOD ITS GOT TO BE FRANK MCKENZIE" AND I ASKED HER WHO FRANK MCKENZIE WAS, AND SHE (MICKEY) STATED A BILLERICA COP.
  I THEN ASKED MICKEY " WHY WOULD A BILLERICA COP BE CALLING ME TO DO THIS" AND MICKEY SAID "ITS A LONG STORY". MICKEY THEN ASKED "DO YOU HAVE A TAPE RECORDER TO TAPE THE NEXT CALL" AND I STATED " I'LL DO BETTER THAT I'LL HOOK UP MY ANSWERING MACHINE", AND MICKEY THEN STATED "GOOD I WANT THIS FUCKER, I WANT HIM BAD" I THEN SAID "I HAVE TO GO THE KID WERE SCREAMING" AND WE BOTH HUNG UP.

0286

THE AT APPROXIMATELY 9:05 PM THE PHONE RANG AGAIN AND I ANSWERED, A MALE SAID " HELLO DID YOU FIGURE OUT WHAT YOUR GOING TO DO, DID YOU DECIDE YET OR WHAT" AND I SAID "NO NOT YET, NOT REALLY" AND THE MALE VOICE THEN STATED " ILL TELL YOU WHAT I'LL GET OUT OF WORK EARLY FRIDAY NIGHT, MEET ME AT THE BILLERICA FLICK AT 11:30PM ALRIGHT" AND I SAID "YEAH" AND WE BOTH HUNG UP.

I THEN CALLED MICKEY STJOHN AS SOON AS I HUNG UP, AND TOLD HER WHAT THE MALE CALLER HAS STATED AND MICKEY SAID " DID YOU GET IT ON TAPE" AND I SAID "NO" AND MICKEY STARTED TO YELL AND SCREAM AT ME. AND STATED " WHY DIDN'T YOU GET IT ON TAPE WE NEED THAT TAPE" AND I SAID " I DIDN'T HAVE ENOUGH TIME" AND MICKEY THEN ASKED "WAS IT THE SAME VOICE" AND I SAID "YEAH THIS GUY IS PHYCOTIC". MICKEY THE LAUGHED AND STATED " THAT YOU HAVEN'T BEEN DEALING WITH WHAT I HAVE BEEN DEALING WITH FOR THE PAST THREE MONTHS". I THEN TOLD HER THAT " WE WILL SEE WHAT HAPPENS FRIDAY" AND SHE SAID TO CALL HER TOMORROW MEANING THURSDAY 11-21-91.

I DID NOT SEE OR TALK TO MICKEY ON THURSDAY 11-21-91 AND DINT SPEAK TO MICKEY AGAIN UNTIL FRIDAY MORNING WHICH WAS 11-22-91. MICKEY CALLED ME AT APPROXIMATELY 10:30AM, I WAS STILL IN BED AND SHE ASKED " ARE YOU GOING TONIGHT OR WHAT" AND I SAID " YEAH I GUESS SO IF IT MEANS THAT MUCH TO YOU" I COULD HERE BRIAN KENNEDY IN THE BACK GROUND SAYING THAT WE HAD TO GET ME WIRED WITH A TAPE RECORDER AND I LAUGHED AND TOLD THEM THAT THE HAD BEEN WATCHING TO MUCH MIAMI VICE. MICKEY THEN SAID "TRACEY WE HAVE TO TAKE THIS REAL SERIOUS BECAUSE HE IS SICK" "HE JUST BLEW UP BRIANS TRUCK TWO WEEKS AGO, BUT I CAN'T PROVE IT MAYBE WE CAN PROVE THIS" MICKEY THEN STATED THAT SHE WAS GOING TO GET A TAPE RECORDER AT THE BILLERICA MALL AND I TOLD HER " CALL ME WHEN YOU GET BACK SO I CAN SEE IT" AND SHE SAID SHE WOULD CALL ME IN A COUPLE OF HOURS. MICKEY NEVER CALLED ME AGAIN.

AT APPROXIMATELY 11:00 TO 11:30AM I CALLED RADIO SHACK AT THE BILLERICA MALL AND SPOKE TO A WOMEN ABOUT DIFFERENT TAPE RECORDERS AND THERE COSTS.

AT APPROXIMATELY 11:15PM ON 11-22-91 MICKEY CALLED ME AT HOME AND STATED "WHAT ARE YOU DOING AT HOME" WHY AREN'T YOU AT THE MALL" AND I SAID "I DON'T HAVE A RIDE AND THERE IS NO ONE TO WATCH THE KIDS" AND MICKEY STATED THAT "BRIAN IS ON THE WAY TO YOUR HOUSE" AND I SAID "TELL HIM NOT TO COME TO MY HOUSE" AND SHE SAID " HE IS ALREADY GONE" I SAID "ALRIGHT" AND HUNG UP AND RAN OUT SIDE TO CATCH HIM BEFORE HE PULLED IN. BUT IT WAS TO LATE, HE HAD ALREADY PULLED IN AND GOT OUT OF THE TRUCK AND SAID " COME ON, COME ON " HE HANDED ME THE TAPE RECORDER AND HE WAS TELLING ME HOW TO WORK IT WHILE I WAS GETTING IN THE TRUCK.

DANNY AND RANDY DELISOLA WERE WITH BRIAN WHEN HE PULLED IN THE DRIVE WAY, DANNY WAS DRIVING. WE THEN WENT TO MY SISTER STACEY HOUSE IN THE TRAILER PARK WERE I MET BOB SPENCER, I GOT IN BOB SPENCERS VAN AND WE LEFT FOR THE MALL.

0287

AND SAT ON THE WALL IN FRONT OF THE STONE HAM BANK, AND WALKED AROUND.

THEN AT 11:45PM THE PHONE RANG OUTSIDE THE BILLERICA FLICK, I ANSWERED IT AND IT WAS THE SAME MALE VOICE AND HE STATED " YOU SHOWED" AND I SAID "WHERE THE FUCK ARE YOU I'M FREEZING AND HE STATED " ILL BE IN TOUCH" AND HE HUNG UP. I WENT BACK TO THE VAN AND WE DROVE OUT OF THE MALL AND WE WERE FOLLOWED BY DARK BLUE FOUR DOOR CAR, TILL WE HIT OAK ST, AT POND ST AND OAK ST THE BLUE VEHICLE WENT LEFT AND WE TURNED RIGHT, AND THEN IT TURNED AROUND AND CAME UP BEHIND US ON THE DIRT ROAD LEADING TO THE TRAILER PARK.

ON THURSDAY MORNING 11-21-91 AT ABOUT 12:30AM MICKEY CALLED ME AND WANTED TO KNOW IF "I HAD ANY FRIEND OUT OF THIS AREA WHO COULD TAKE CARE PROBLEMS IF SHE NEEDED HELP" I KNEW WHAT SHE MEANT, WHICH WAS SHE WANTED SOMEONE WHO SHE COULD HIRE TO BEAT UP SOME ONE IF NESACERY. I TOLD HER THAT I WOULD MAKE A PHONE CALL. I THE CALLED DANNY'S HOUSE AND HIS GIRL FRIEND BECK ANSWERED THE PHONE AND I TOLD HER THAT SOME COP WANTED ME TO BEAT A FRIEND UP FOR MONEY. AND SHE ASKED WHEN IT WAS AND I TOLD HER THAT I WAS GOING TO MEET HIM FRIDAY NIGHT AND THAT I WAS SCARED AND I GAVE HER MICKEYS PHONE NUMBER. I TOLD HER TO TELL DANNY TO ASK FOR BRIAN AND SET IT UP.

SIGNED: *Tracey Haffreuer*
DATE: 11/29/91

0288