Ex D

I TRACEY HEFFERNAN WHICH TO CHANGE THE ABOVE STATEMENT. I DID RECIEVE A PHONE CALL ON WESDAY 11-20-91 AND THE CALLER DID ASK ME TO BEAT UP MICHELLE STJOHN FOR $500.00, AT THE TIME OF THE CALL I BELEIVED THE CALLER TO BE MR RESLOW, I TOLD MICKEY STJOHN ABOUT THE CALL, AND SHE TOLD ME TO SAY IT WAS FRANK MCKENZIE THAT MADE THE CALL. ON SUNDAY 11-24-91 MICKEY OFFERED ME COCAINE IF I WOULD COME UP AND MAKE A STATEMENT TO THE BILLERICA POLICE CHIEF THAT IT WAS FRANK MCKENZIE. I TOLD HER I DIDN'T WANT THE COKE, BUT I WOULD TAKE MONEY, $200.00 AND SHE GAVE IT TO ME. MICKEY WANTED ME TO SAY IT WAS FRANK MCKENZIE, I HAD ALREADY TOLD MICKEY THAT IT WAS NOT THE SAME VOICE AS ON THE TAPE, AND SHE TOLD ME TO SAY IT WAS THE SAM,E VOICE, THE VOICE THAT OFFERED ME THE MONEY TO BEAT UP MICKEY WAS AN OLDER VOICE. MICKEYTOLD ME THAT SHE WANTED FRANK MCKENZIE OUT OF NORTH BILLERICA BECAUSE HE WAS INTERFERING WITH HER AND BRIANS OPERATION, WHICH I TOOK TO MENT THEIR DRUG DEALING. I AGREED TO COME TO THE POLICE STATION, AND LIE TO THE POLICE CHIEF BECAUSE I NEEDED THE CASH

*Tracey Heffernan* [signature]

11/29/91  6:35 P.M.

0289