UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BRIAN KENNEDY, et al                       \*
                                           \*
           Plaintiffs                      \*
                                           \*
v.                                         \*   C. A. No. 04-CV-12357-PBS
                                           \*
TOWN OF BILLERICA, et al                   \*
                                           \*
           Defendants                      \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiffs and certify that he has conferred with defense counsel, pursuant to Rule 7.1, regarding plaintiffs' motion for a protective order regarding inappropriate contact with witnesses by defendant police officers and for sanctions. Specifically, defense counsel Kesten stated that the parties would "let the Judge decide".

                                           Respectfully submitted,
                                           Brian Kennedy, et al
                                           by their counsel


Date: October 3, 2006                      /s/ Andrew M. Fischer
                                           Andrew M. Fischer
                                           BB0# 167040
                                           JASON & FISCHER
                                           47 Winter Street
                                           Boston, MA 02108
                                           (617) 423-7904


kennedy\7.1cert.mtnforprotectiveorder.wpd