UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
*********************************************
BRIAN KENNEDY AND MICHELLE KENNEDY,  *
Individually and as father and next friend of  *
BRIAN KENNEDY, JR., Individually and as mother  *
next friend of BRIAN KENNEDY, JR..  *
                                  *
           Plaintiffs  *
                                  *
v.  *    C. A. No. 04-CV-12357-PBS
                                  *
TOWN OF BILLERICA, et al  *
                                  *
           Defendants  *
*********************************************

## MOTION TO CHANGE TRIAL DATE

_____Now come the plaintiffs and move this Honorable Court change the trial date, rescheduled to January 29, either to January 22 or to March 19, 2007.

As reason, undersigned plaintiffs counsel is scheduled to be in Miami on February 9, 2007, as part of the Civil Rights Executive Board of the Association of Trial Lawyers of America.  As trial in this case is likely to take at least two full weeks, this creates a conflict.

Defense counsel is amenable to moving the trial until after the Trial Lawyers' conference, but is unavailable the following week, as he will be visiting his mother. The next trial date available to all trial counsel is March 19, 2007.  Defense counsel assents to such a change in the trial date to March 19, 2007.

Alternatively, plaintiffs would suggest moving the trial date back one week, to start January 22, 2007, rather than January 29, 2007.  However, defense counsel (who is not available earlier in January) opposes a change in the trial date to January 22, 2007.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: October 11, 2006

_/s/Andrew M. Fischer_____
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy\mochangetrialdate