UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as father and next friend of BRIAN KENNEDY, JR., Individually and as mother next friend of BRIAN KENNEDY, JR.. <br><br> Plaintiffs <br><br> v. <br><br> TOWN OF BILLERICA, et al <br><br> Defendants | C. A. No. 04-CV-12357-PBS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S LIST OF WITNESSES
FOR WHOM THEY WISH THE PROTECTIVE ORDER TO ISSUE**

Pursuant to the Order of this Court of October 6, 2006, that the plaintiffs designate a list of witnesses for whom they wish a protective order to issue pursuant to their <u>Motion for Protective Order Regarding Inappropriate Contact With Witnesses By Defendant Police Officers And For Sanctions</u>, below is plaintiffs' list of 31 witnesses so designated from the 127 possible witnesses originally listed on plaintiffs' automatic disclosure:

| | | |
|---|---|---|
| David Algier | Donna Gauvro | David Lumbert |
| Amy Baum | Christie Gilpatrick | Shannon Mansfield |
| Kenny Carron | Debra Granger | Brian McKennon |
| John Cimmino | Casey Heffernan | Joe Mulkern |
| Eugene "Geno" DeFrancisco | Tracy Heffernan | Donna O'Toole |
| Daniel Donlon | Christine Kaizer | John Perry |
| Daniel Dufault | Robert Keefe | Craig Pickering |
| Dick Elssie | David Lavita | Michelle Spaulding |
| Thomas Fiolkowski | Monique Ledoux | Thomas Stokes |
| Thomas "Teddy" Gallinaro | Kenny Lewis | Herb Vacca |
| | | Vincent Vacca |

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: October 13, 2006

\_/s/Andrew M. Fischer_____
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com