UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,          )
Individually and as mother and next friend of )
BRIAN KENNEDY, Jr. Individually and as mother and )
next friend of MITCHELL KENNEDY and Individually and as )
mother and next friend of DYLAN KENNEDY,     )
          Plaintiffs                         )
                                              )
VS.                                           )
                                              )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.        )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD        )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK  )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,  )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,          )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT    )
BROWN, WILLIAM G. WEST, GREGORY KATZ,        )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM    )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY   )
F. MCKENNA AND JOHN DOE,                    )
          Defendants

**DEFENDANTS' RESPONSE TO COURT'S REQUEST FOR LIST OF OUTSTANDING MOTIONS**

(1) Defendants' Motion To Compel And For Sanctions (filed July 27, 2006, Docket Entry 43);

(2) Defendants' Motion to Strike the Plaintiffs' Motion to Compel Answers to Interrogatories Regarding IAD Complaints (filed July 28, 2006, Docket Entry 49) (Moot);

(3) Motion of Defendants To Compel Discovery By Plaintiffs Pursuant To Rule 37 (filed September 18, 2006, Docket Entry 75) (Moot). (Plaintiffs did recently produce Answers to Interrogatories to which the Defendants will likely file a Motion to Compel Further Answers. In addition, the Plaintiffs produced unsigned responses to the Defendants' Requests for Production of Documents. Therefore, pursuant to the Federal Rules of Civil Procedure the Plaintiffs' responses are not authentic. Further the defendants will likely file a motion to compel further responses).

        Respectfully submitted,
        DEFENDANTS,
        By their attorneys,

        /s/ Jeremy Silverfine
        Jeremy I. Silverfine, BBO No. 542779
        Leonard H. Kesten, BBO No. 542042
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: October 13, 2006