1       A.    Heating and plumbing.

2       Q.    Are you currently on probation?

3       A.    Yes, sir.

4       Q.    How long have you been on probation?

5       A.    Since the conviction for the drunk

6    driving.

7       Q.    When was that?

8       A.    November, some part of November.

9       Q.    Of '05?

10      A.    '05, yes.

11      Q.    Have you had any contact with any

12   Billerica police officers since November of '05 up

13   until the last week?

14      A.    None.

15      Q.    None whatsoever?

16      A.    Oh, yes, one time.

17      Q.    What was the one time?

18      A.    I had a problem with a pharmacy, and a

19   police officer came to my house and asked me about

20   it.

21      Q.    What was the problem with the pharmacy?

22      A.    I got a little excited they wouldn't fill

23   my prescription.  I was two days early and I got a

24   little voicetrest, which I shouldn't have.

1       Q.    What happened?

2       A.    Nothing.

3       Q.    Who was the police officer that came to

4    your door?

5       A.    T.J. Conners.

6       Q.    The same gentleman sitting here?

7       A.    No, his son.  That I found out

8    afterwards.

9       Q.    You didn't know it was his son?

10      A.    No.

11      Q.    Do you have any children?

12      A.    No.

13      Q.    When did this problem with the pharmacy

14   occur?

15      A.    I forget.  February?  Within the last

16   year.

17      Q.    Since November?

18      A.    Within the last year.  That will cover

19   me.

20      Q.    Have you ever had any other encounters or

21   conversations --

22      A.    None.

23      Q.    You haven't seen this Officer Conners at

24   all until --

1        A.    Until the courthouse the other day.  I

2   have no reason to see police officers unless they

3   come in and get me while I'm lying in my bed.

4        Q.    Why do you say that?

5        A.    For what reason would I need to see a

6   Billerica police officer?  Do they come to your

7   house, do you see them daily?  You don't have to

8   answer a question if I ask you something?

9        Q.    No, I don't.

10        A.    I have to answer your questions.  I would

11   like a little response here, too.

12        Q.    Now, you claim that Michelle Kennedy made

13   a false statement about you?

14        A.    Yes, I do.

15        Q.    That false statement was that you were

16   threatened by Officer Conners who is sitting

17   across the table from us now?

18        A.    To my right, yeah.

19        Q.    How did you find out about this?

20        A.    Through two detectives who approached me.

21        Q.    So you didn't know about this until two

22   detectives approached you and told you?

23        A.    That's true.  I was made aware of it by

24   the detectives.

1      Q.    Michelle Kennedy has been your friend

2    since you were a little kid in diapers?

3      A.    That's right.

4      Q.    And she would stand by you?

5      A.    As far as I thought.

6            MR. SILVERFINE:  Objection to form.

7    BY MR. FISCHER:

8      Q.    And you would stand by her?

9      A.    As far as I thought.

10     Q.    And when two police officers come to your

11   door and say your life-long friend has made a

12   false statement about you --

13     A.    That's right.

14     Q.    -- you believe them?

15     A.    Yes.  Why would a police officer have a

16   tendency to lie to me?

17     Q.    You don't think a police officer is

18   capable of telling a lie anymore or less than --

19     A.    Not at all.

20     Q.    Anymore or less than any other human

21   being?

22     A.    Not at all.  I have full faith in them.

23     Q.    Do you have full faith in your life-long

24   friend, Michelle Kennedy?

39

```
 1        A.   I did until this.
 2        Q.   Did you ask her whether it was true?
 3        A.   I have no contact with her.
 4        Q.   Then maybe it wasn't true.
 5        A.   I guess the judicial system will handle
 6   that part to see if it was true or false.
 7        Q.   So you have a life-long friend?
 8        A.   That's right.
 9        Q.   Who is accused by some strangers?
10        A.   That's right.
11        Q.   And --
12        A.   Not a stranger to me.
13        Q.   Mr. Frost and Mr. Nester were not
14   strangers to you?
15        A.   I know them from the town.  I don't know
16   Mr. Frost, I know Mr. Nester.
17        Q.   How do you know Mr. Nester?
18        A.   I've lived there 48 years.  Same house
19   for 48 years.
20        Q.   Did you ever have any encounters with Mr.
21   Nester?
22        A.   "Hi, how you doing, what's up?"
23        Q.   Was he ever involved in any police action
24   involving you?
```

1      A.    No.

2      Q.    Do you know him by any nickname?

3      A.    No.

4      Q.    Have you ever heard him to be known as

5    "Nasty Nester?"

6      A.    Never.

7      Q.    Do you know him by any other nickname?

8      A.    No.

9      Q.    Do you know of any involvement he had

10   with the Kennedys?

11     A.    No.

12     Q.    Do you know of any involvement Officer

13   Conners had with the Kennedys?

14     A.    No.

15     Q.    You say Michelle Kennedy has been your

16   life-long friend?

17     A.    Yes.

18     Q.    She had been a friend of yours for 20, 30

19   years since you were kids?

20     A.    I don't know exactly how old she is.  I

21   remember her in diapers.

22     Q.    Did you talk to her about things that

23   were important to you and her?

24     A.    She lives her life, I live my life.  It's

```
1     not like I make a point to go over and say, What
2     did you do today?  We weren't that close.  We grew
3     up together, knew each other very well, yeah.
4         Q.   You made a point of saying she was a
5     friend whereas her husband was only an
6     acquaintance?
7         A.   Yeah.
8         Q.   And did she ever talk to you about the
9     problems she was having with the Billerica police?
10        A.   I knew there was a lawsuit pending.
11    Against who, who was involved or anything like
12    that, it had nothing to do with me.
13        Q.   So you had no idea what this lawsuit was
14    about?
15        A.   Something about harassment.  I didn't now
16    who was involved, how many people.  The next thing
17    she drags me into it.  She's not doing that to me
18    and making up allegations about me.  I'll stand
19    right there and tell the truth whether it involves
20    me or not.
21        Q.   Tell me, do you know if she has ever been
22    arrested?
23        A.   If she's ever been arrested?  Evidently.
24    I don't like follow her every day and get a report
```

```
 1    to see what happened to Michelle Kennedy.  She is

 2    not the first thing on my mind when I wake up in

 3    the morning, go check on Michelle.

 4        Q.   I'm asking, do you know if she has ever

 5    been arrested?

 6        A.   Evidently.  If there's a lawsuit, I'll

 7    say probably, yeah.

 8        Q.   I'm not asking what you're guessing based

 9    on the lawsuit.

10        A.   Then I'm guessing.  Never seen her

11    physically in handcuffs, no.

12        Q.   Has she ever talked to you about being

13    arrested?

14        A.   I don't discuss things like that with

15    people.

16        Q.   Has anyone ever talked to you about

17    Michelle Kennedy being arrested?

18        A.   She is not the highlight of my day.  I

19    wouldn't listen to it.  It's not like we are

20    talking about the queen.

21        Q.   Did her children stay at your house ever?

22        A.   No.

23        Q.   Never?

24        A.   No.
```

1     Q.    Never?

2     A.    Never.

3     Q.    Did Brian Kennedy stay at your house

4   ever?

5     A.    No.

6     Q.    Never?

7     A.    Never.

8     Q.    Did he have a lease with you?

9     A.    No, he did not.  He tried to get me to

10  make one up.  They were using my address so the

11  kids could go to the Billerica schools.  And then

12  they got started on this bullshit.  He tried to

13  get me to sign a lease.

14        Whether he signed one or not, I did not

15  sign one.  Whether he made one up, I would like to

16  see you produce one.  I'll have him for forgery

17  because I never signed one.  I would love to see

18  you produce one.

19    Q.    So you're saying he never stayed at your

20  house?

21    A.    No.  They used my address so their

22  children could continue to go to Billerica

23  schools.

24    Q.    And they never stayed at your house?

1           A.    No.    They would sneak in at five in the

2      morning and go stand out front for the bus in case

3      someone was coming by.

4           Q.    And they never slept at your house, ever?

5           A.    No.

6           Q.    And you never agreed to that?

7           A.    Agreed to what?

8           Q.    To have any of the Kennedy children --

9           A.    They could use any address, whatever they

10     had to do so her kids could continue to go to the

11     Billerica schools.

12          Q.    How many bedrooms are in your house?

13          A.    Three.

14          Q.    When did your brother Dennis move in?

15          A.    Three years ago.

16          Q.    And you never accepted any money from

17     Brian Kennedy or Michelle Kennedy for rent?

18          A.    No.

19          Q.    Did you return the phone message that we

20     have on record from Officer Conners?

21          A.    Did I return the call?  Yes, I did.

22          Q.    What conversation did you have?

23          A.    He asked me, he said, "You have this

24     deposition on Wednesday.  We know you need a ride.

```
 1      Would you like me to pick you up?  Of course.

 2      Otherwise I can't go.  "We are going to leave at

 3      7:30 in the morning," and then it changed and then

 4      you changed it back.

 5           Q.    I didn't change it.

 6           A.    Well, some attorney changed it.

 7           Q.    So no one explained to you who changed

 8      it?

 9           A.    No.

10           Q.    Do you know an Officer Glavin?

11           A.    Yes, I do.

12           Q.    And did you expect to come with him

13      today?

14           A.    No.  Never spoke to Mr. Glavin until that

15      one day in the court.  I haven't seen him in

16      years.

17           Q.    You say you haven't seen him in years.

18      Did you know him?

19           A.    Yes.

20           Q.    How do you know him?

21           A.    Just being a working police officer and

22      him being in the concrete foundation business.

23           Q.    Tell me about him being in the concrete

24      foundation business.
```

46

1       A.    They owned a company in Billerica, Glavin

2    Concrete Foundations.  You see them everywhere.

3    You knew he was a Glavin.  That's as far as that

4    went.

5       Q.    The only Glavin I know pitches for the

6    Mets.  He's related to the Officer Glavin --

7       A.    I don't know how they are related.

8       Q.    But they are related somehow?

9       A.    I don't know.  You might now.  You're up

10    on baseball.  You know nothing about golf, but you

11    seem to know about baseball.

12       Q.    Do you know Officer Glavin from any

13    encounters you had with him as a police officer?

14       A.    None.

15       Q.    And you can't recall any Billerica police

16    officers that you encountered in the course of

17    your life?

18       A.    Yes, I can, one.  My grandfather was the

19    chief of police of Billerica.  That's one police

20    officer that I can say I encountered in my life.

21       Q.    But in the course of more than two dozen

22    arrests, you can't remember any Billerica police

23    officer who was involved in any arrest or stop

24    involving you?

1              MR. SILVERFINE:   Objection as to

2      form.

3      BY MR. FISCHER:

4         A.   No, not one that sticks out in my mind.

5      Do you remember every defendant you've had

6      throughout your life?   Throughout life?

7         Q.   I remember more than one.   I remember

8      some.

9         A.   So you have represented more than one

10     person, not just the Kennedys?  I thought this was

11     the only case you ever had.   That's the way you're

12     talking about everyone should know about Michelle

13     Kennedy on every question.

14        Q.   So just for your information, the reason

15     that your deposition was juggled was because

16     Officer Glavin was scheduled for the morning and

17     he wanted to switch and then he wanted to switch

18     again.   Each of these changes were made to

19     accommodate Officer Glavin.

20        A.   Okay.   I have nothing better to do but

21     sit at home anyway.   I'll come in at midnight.   No

22     one is going to --

23        Q.   I can see from Mr. Silverfine's facial

24     gestures that he wouldn't approve of that.

```
 1        A.    I got a tent.

 2        Q.    Officer Conners can buy the rest of us

 3   lunch, too.

 4        A.    Nobody buys me nothing.

 5        Q.    Did you have any other conversations

 6   regarding coming here today?

 7        A.    None.

 8        Q.    Did you speak with Mr. Silverfine at all?

 9        A.    I met him this morning right in front of

10   the building.

11        Q.    That's the first time you've ever met Mr.

12   Silverfine?

13        A.    First time I ever met him.

14        Q.    You were in the courthouse a week or two

15   ago?

16        A.    Yeah.

17        Q.    And who did you speak with in the hallway

18   of the courthouse?

19        A.    You and some other attorney.  I think it

20   was you in the corner.  Did we step over to the

21   corner outside the courtroom?

22        Q.    Not that I can recollect.

23        A.    That wasn't you?  Was it you?

24        Q.    Not that I remember.  Tell me what you
```

49

```
1    remember.
2         A.    Two people took me aside and asked me
3    what I was going to testify to.  I said that I'm
4    going to testify that Mr. Conners never threatened
5    to kill me.
6         Q.    Did you speak to anyone else in the
7    courthouse that day?
8         A.    No.
9         Q.    Did you listen to any --
10        A.    Sat in the courtroom and listened to
11   everything, yes.
12        Q.    Before we were in the courtroom, you were
13   in the hallway?
14        A.    Yes.
15        Q.    And who were you with?
16        A.    Roy Frost, the detective that brought me
17   in.
18        Q.    Were there any other police officers
19   there?
20        A.    Once we got up the elevator to go outside
21   the courthouse, there were four or five of them.
22        Q.    Who were the other ones there?
23        A.    I don't know them by name.  Officer
24   Glavin.  I never knew the chief until that day.  I
```

1      didn't know that guy's name was Tsoukalis.

2          Q.    Do you know why Officer Tsoukalis was

3      there?

4          A.    After listening to some testimony, yes.

5          Q.    What do you understand is the reason he

6      was there?

7          A.    He was told to stay away from her.

8          Q.    Do you know why he was told to stay away

9      from her?

10         A.    No.

11         Q.    Were you at all curious?

12         A.    No.  I just wanted to get to the stand

13     and state my truth and to which they didn't allow

14     me.  But I will get my chance, and I will state

15     the truth and the facts.

16         Q.    Michelle Kennedy has been someone you've

17     known all your life?

18         A.    That's right.

19         Q.    Have you ever heard of a time where a

20     judge has ordered a police officer to stay away

21     from someone?

22         A.    Never really paid attention.

23         Q.    You don't find that unusual?

24         A.    No.  They tell people to stay away from

1      people every day.  With a police officer it's

2      different?  I don't see any difference.

3          Q.   And you absolutely had no interest in the

4      fact that this police officer was being ordered by

5      a federal judge to stay away from someone who was

6      a life-long friend of yours?

7          A.   No.

8          Q.   Just didn't concern you at all?

9          A.   Not whatsoever.

10         Q.   Didn't think it was unusual?

11         A.   No.  Just knew she was interrupting my

12     day by making false statements and getting me

13     involved in this.  I'm adamant to the fact that I

14     will be there to state my truth now.

15         Q.   You never heard her make a false

16     statement, did you?

17         A.   No.  It's on paper though.

18         Q.   Have you seen the paper?

19         A.   Not to this point, no.  But I will leave

20     here today with a piece of paper.

21         Q.   You only know she made a statement

22     because Officer Conners told you that?

23         A.   Officer Conners didn't tell me that.

24         Q.   Who told you that?

```
 1          A.    I was told by the detectives.

 2          Q.    Officer Tsoukalis?

 3          A.    Tsoukalis had nothing to do with it.

 4    Nester and Frost.

 5          Q.    Officer Nester is one of the

 6    co-defendants in this case with Officer Conners

 7    and Officer Tsoukalis.

 8          A.    Really?  So they are going to come and

 9    lie to me, is that what you're stating?  I was

10    brought up to believe in police officers.  Even

11    though I might have strayed to the other side of

12    the fence, I was brought up to believe in them.

13          I don't see them coming to you and

14    tape-recording a conversation where it's on tape

15    and lie, because they are on tape lying.  What

16    would be the --

17          Q.    They walked into your house and taped a

18    conversation with you?

19          A.    That's right.  Stating the facts to me on

20    tape.  That would be kind of ludicrous to say this

21    statement was on paper and it wasn't if their

22    voices are on tape?  That would be like putting a

23    noose around your neck, wouldn't it?

24          Q.    I'm confused.
```

1          A.    If they tell me they have her on paper

2    stating he threatened to murder me, have me killed

3    or whatever the statement is, and if they say that

4    to me on tape-recorder, "We have this on paper,

5    Ray," how can they say that to me on a

6    tape-recording and it not be true?

7          You know there's a tape-recording.  They

8    have the tape-recording.  You'll get to hear it.

9    That would be like hanging themselves.  Let me ask

10   you a question.  Do you know that that exists,

11   true or false?  Do you know that the statement

12   exists?

13         Q.    I'm not obliged to answer your questions.

14         A.    Oh, really.  You need an attorney to

15   represent you?  But you do know it exists.  Off

16   the record, you know it does exist, or else we

17   wouldn't be going through this.  You can continue

18   now.

19         Q.    Let me ask another question.  If Officer

20   Conners had threatened to kill you --

21         A.    If my mother had a pair of balls, she

22   would be my father.  Let's not play with ifs.

23   Let's go with the facts and only the facts.

24         Q.    If --

54

```
1        A.    I won't go with ifs.  I will not answer

2    it.

3        Q.    If officer --

4        A.    I will not answer with if.  State the

5    facts.  No ifs.  Don't make up stuff.  You're not

6    here to do that.  You're here to tell the truth,

7    not make things up.  Don't ask me things that are

8    made up.  Do not do it.

9        Q.    I'm going to put the question on the

10   record and you can --

11       A.    I won't answer it.

12       Q.    If Officer Conners had threatened to do

13   you bodily harm, would the fact that he's sitting

14   5 feet away from you affect the answers you give

15   today?

16                 MR. SILVERFINE:  Objection as to

17   form.

18   BY MR. FISCHER:

19       A.    I'm not answering.  It's a made up

20   question.  Not answering.

21       Q.    Let me ask a different question.  Does

22   the fact that Officer Conners is in the room

23   affect your willingness to answer any questions

24   today?
```

1       A.    None whatsoever.

2       Q.    What's the status of your probation?

3       A.    Fine.

4       Q.    Who is your probation officer?

5       A.    Trepaneau, something like that.

6       Q.    How often do you see him?

7       A.    Once a month.

8       Q.    He's out of the Lowell District Court?

9       A.    That's true.

10      Q.    Have you been on probation before?

11      A.    Yes.

12      Q.    Would it adversely affect your probation

13  if any Billerica police officer were to speak to

14  Mr. Trepaneau regarding your relations with him?

15      A.    I don't understand the question.

16      Q.    Would it be a good thing or a bad thing

17  to have a Billerica police officer call your

18  probation officer?

19      A.    For what reason?

20      Q.    To complain about you?

21      A.    What do you mean to complain about me?

22  Why would a Billerica police officer call my

23  probation officer to complain about me?  What

24  complaint would they have about me?

56

1          Q.    That you would testify against them and

2     tell the truth about threats on your life?

3                    MR. SILVERFINE:   Objection to form.

4     BY MR. FISCHER:

5          A.    You're making up stories.  I don't have

6     time to waste.  Here we go with the ifs again.  If

7     you have someone on tape, we'll address the

8     situation.  Let's not start making stuff up.

9                You show facts like you have there.

10    Supposedly those are all facts too.  Let's hear

11    facts here.  I don't know about you, but I have

12    other things to do other than sit here and wish

13    upon and wish upon, fairy tales, if, if, if.

14                    (Brief Recess.)

15    BY MR. FISCHER:

16         Q.    When you were arrested in November of

17    2005 --

18         A.    July of 2005.

19         Q.    I'm sorry.

20         A.    Convicted November.

21         Q.    Where were you arrested?

22         A.    Chelmsford, Massachusetts.

23         Q.    Do you know who the police officers were

24    that arrested you?

```
 1        A.    No, I don't.

 2        Q.    What court --

 3        A.    Lowell District.

 4        Q.    And you had a lawyer?

 5        A.    Yes.

 6        Q.    Who was your lawyer?

 7        A.    Richard Ahern.

 8        Q.    And he's represented you in other

 9   criminal matters?

10        A.    Other criminal?  No.

11        Q.    You asked him to represent you because he

12   was already representing you in the car accident?

13        A.    Exactly.

14        Q.    How do you know Mr. Ahern?

15        A.    From being in the Lowell District Court.

16        Q.    When was the last time you were arrested

17   before 2005 operating under the influence?

18        A.    I can't recall.

19        Q.    Can you give us any sense of how long ago

20   it was?

21        A.    Years.

22        Q.    Can you recall what department or where

23   the arrest took place?

24        A.    No.
```

```
 1          Q.    You said you can recall at least one

 2    arrest by Billerica police officers?

 3          A.    Yes.

 4          Q.    Can you describe that arrest?

 5          A.    I don't recall.  It was years ago.  I

 6    don't know what the arrest was for.

 7          Q.    You don't recall what the arrest was for?

 8          A.    No.

 9          Q.    Do you recall any arrest by any Billerica

10    police officer?

11          A.    No.

12          Q.    Do you know if Brian Kennedy has ever

13    been arrested?

14          A.    Not to my knowledge.

15          Q.    Has any Billerica police officer spoken

16    to you about Brian or Michelle Kennedy, ever?

17          A.    Up to today?

18          Q.    Yes.

19          A.    The other day when we were in court.

20          Q.    Other than the other day in court?

21          A.    No.

22          Q.    Do you know if either Brian or Michelle

23    Kennedy have ever used illegal drugs?

24          A.    Do I?
```

59

1          Q.    Yes.

2          A.    No.

3          Q.    Do you know if either of them have been

4     investigated for any reason by the Billerica

5     police department for using illegal drugs?

6          A.    No.

7          Q.    Or were investigated by the Billerica

8     police department for any other reason?

9          A.    No.

10         Q.    And it's your testimony today under oath

11    that no Billerica police officer has ever spoken

12    to you, ever, about Brian Kennedy using illegal

13    drugs?

14         A.    No.

15         Q.    Or about Brian Kennedy selling illegal

16    drugs?

17         A.    No.

18         Q.    Or about Michelle Kennedy using illegal

19    drugs?

20         A.    No.

21         Q.    Or about Michelle Kennedy selling illegal

22    drugs?

23         A.    No.

24         Q.    Do you know if any of Michelle Kennedy's

1    brothers have been involved in illegal drugs?

2        A.    No.

3        Q.    Have you had any conversations with any

4    Billerica police officer about suspicion that

5    anyone in Michelle Kennedy's family may have been

6    using or selling illegal drugs?

7        A.    No.

8        Q.    If a police officer asked you to help

9    investigate any of the people you grew up with in

10   north Billerica, would you cooperate?

11       A.    I'm not going to answer the question when

12   you start with if again.

13       Q.    Has any police officer ever asked you to

14   cooperate?

15       A.    No.

16       Q.    In any investigation?

17       A.    No.

18       Q.    So we are clear for the record, until the

19   Friday before we went to court, which would have

20   been early in June this year, you never had any

21   conversation with any Billerica police officer at

22   all for any reason regarding Michelle Kennedy or

23   Brian Kennedy?

24                MR. SILVERFINE:    Objection as to

```
 1   form.
 2   BY MR. FISCHER:
 3       A.    No.
 4       Q.    Or their children?
 5       A.    No.
 6       Q.    Do you know their children?
 7       A.    Yes.
 8       Q.    Do you get along well with them?
 9       A.    How you doing?  If that's well, that's
10   well.  Good kids as far as I'm concerned.
11       Q.    Do you know if any of the kids play any
12   high school sports?
13       A.    No.  I don't know their activities.
14       Q.    Do you know if that was one of the
15   reasons that they wanted to stay in the Billerica
16   schools?
17                  MR. SILVERFINE:  Objection as to
18   form.
19   BY MR. FISCHER:
20       A.    No.  I don't know the reason.  It was
21   just to stay with their friends as far as I was
22   concerned.
23       Q.    So you never talked to them about it?
24       A.    Not the children, no.
```

1        Q.   Ever talk to Michelle about it?

2        A.   Michelle just asked me if she could use

3    the address so the kids could finish the school in

4    Billerica.  Being a life-long friend, I said yes.

5        Q.   And you never asked why?

6        A.   So they could finish school in Billerica.

7    That's the reason why.

8        Q.   Was there any other conversation?

9        A.   No.

10       Q.   When you met Mr. Silverfine this morning,

11   what conversation did you have?

12       A.   "Hi.  We are going upstairs for a

13   deposition.  Just tell truth."  I said, "That's

14   why I'm here."

15       Q.   Where did you meet him?

16       A.   Out front of the building.  He was having

17   a coffee.  Me and Mr. Conners walked up.  We

18   walked up here.

19       Q.   Any other conversation?

20       A.   No.

21       Q.   Did he tell you anything about who he

22   represents?

23       A.   No.

24       Q.   You've been without a driver's license

1    for about eight months now?

2        A.    Since July.  Two weeks after the July 3

3    incident, they take your license.

4        Q.    So it's been almost a year now?

5        A.    Almost a year, yes.

6        Q.    How many times have you driven an

7    automobile in that year?

8        A.    I don't know.  Can't answer truthfully.

9        Q.    More than a dozen?

10        A.    I can't answer truthfully.

11        Q.    Best estimate?

12        A.    I can't answer truthfully.  And I don't

13    estimate.

14        Q.    But you have driven a car when you needed

15    to?

16        A.    I've already admitted to that.

17        Q.    You told me you golf at various places.

18    Is there anyplace that you golf more regularly

19    that maybe is your home course?

20        A.    No.

21        Q.    What are the golf courses near where you

22    golf?

23        A.    Near me?  I don't understand the

24    question.  There are golf courses everywhere.

1          Q.    What are the ones that are closest to

2     you?

3          A.    Billerica Country Club is in the same

4     town.

5          Q.    Is that a private club?

6          A.    No, it's not.

7          Q.    Anybody can come and pay 40 bucks?

8          A.    Whatever the greens fees are.  Anybody

9     can play.

10         Q.    Do you play there?

11         A.    I have.

12         Q.    What other golf courses are near you?

13         A.    Do you want me to name all the golf

14    courses that are near me?

15         Q.    The ones where you regularly play?

16         A.    And this has to do with?

17         Q.    I'm entitled to ask the question.

18         A.    Several golf courses are near me.

19         Q.    What are they?

20         A.    Golf courses.

21         Q.    What are the names?

22         A.    Swanson Meadow in Billerica, Tewksbury

23    Country Club, Vesper Country Club in Tyngsboro.

24    Green Meadow Country Club is in Hudson, New

1    Hampshire.  You can go to Merrimack Country Club,

2    Amherst Country Club.  You can go to, do you want

3    to go south to Myrtle Beach and everything like

4    that?

5         Q.   How often do you go to Myrtle Beach?

6         A.   I'm just naming all the golf courses

7    where I have been throughout my life.

8         Q.   I'm asking where you've played in the

9    last six months?

10        A.   Now it's the last six months?  Two.

11        Q.   What are they?

12        A.   Billerica Country Club, Green Meadow golf

13   course.  Excuse me, and Passaconoway the other

14   day.

15        Q.   Where is Green Meadow?

16        A.   Hudson, New Hampshire.

17        Q.   How often do you go to the Billerica

18   Country Club?

19        A.   I've been there once this year.

20        Q.   How many times last year?

21        A.   I don't recall.

22        Q.   Do you ever run into any Billerica police

23   officers there?

24        A.   No.

1      Q.   Did you ever run into Officer Conners

2  there?

3      A.   No.

4      Q.   Did you ever speak to me before last week

5  in the courthouse?

6      A.   Yeah.

7      Q.   When?

8      A.   If it was you that was on the phone.

9  Michelle Kennedy put me on the phone from my

10  house.

11      Q.   Tell me about that conversation.  What do

12  you remember about that conversation?

13      A.   How you would now represent me if I was

14  hassled by the Billerica police.

15      Q.   How did that conversation come to be?

16      A.   Because once Michelle used my address,

17  there might be problems that come along with it.

18  I said, "There would be no problems here."  And

19  she said, "My attorney wants you to state that

20  you're the landlord," and this and that.  So I

21  did.

22          And yeah, if it was you, I was on the

23  phone.  Who knows if it was you or not with the

24  allegations she makes?  It could have been Popeye

1    the sailor for all I know.

2        Q.    You remember speaking to someone that

3    Michelle told you was a lawyer?

4        A.    Yes.

5        Q.    But you don't know whether it was me or

6    not?

7        A.    No.  I just yessed her to death and said

8    whatever she wanted me to say.

9        Q.    How did that conversation with Michelle

10   start?

11       A.    I don't know.

12       Q.    Did she call you?

13       A.    She doesn't have a telephone.

14       Q.    So she was using your telephone?

15       A.    Right.

16       Q.    And she called a lawyer or someone she

17   said was a lawyer?

18       A.    Supposedly, yeah.

19       Q.    What made her call someone who she said

20   was a lawyer?

21           MR. SILVERFINE:  Objection to form.

22   BY MR. FISCHER:

23       A.    Who knows?

24       Q.    Tell me the conversation you had with her

1    before she called the lawyer.

2         A.    I don't know.  She asked to use my

3    telephone and then said, "This is my attorney.

4    Now that we are using this address, he would like

5    to speak to you."

6              And you said if I receive any threats,

7    this or that, you would then represent me.

8         Q.    The person who was speaking to you who

9    might have been me?

10        A.    Exactly, said that to me.  Okay, fine.

11        Q.    Was there any conversation between you

12   and Michelle about you might receive threats?

13        A.    Oh, yeah.

14        Q.    What was that conversation?

15        A.    Might start bothering you because we are

16   living here.

17        Q.    Do you recall when this conversation took

18   place?

19        A.    The day she approached me about using the

20   address.  I said, "I want no bullshit at my house.

21   I don't need this.  I live a nice quiet life now.

22   I don't bother anybody."  I didn't need all this.

23             And the reason she was thrown out of my

24   house is because she got chased out of my house by

1    five Billerica police officers.  "They're going to

2    arrest me."  She leaves the car in the middle of

3    the road because of a speeding ticket?  Cops

4    banging at my door, opening my door to chase her

5    in the house?

6            I said, "What do you think, they're going

7    to go away?  Get out of this house."  She's a

8    lunatic.  Put that down on paper.  She's a

9    lunatic.

10       Q.   The day of this conversation, she was

11   chased into your house by five Billerica police

12   officers?

13       A.   I don't know how many there was.  Over a

14   speeding ticket.  Ms. Drama queen.  The big

15   princess, drama queen.  Go out and face your

16   ticket.  Bringing police to my house and I'm in

17   bed with a broken back and they're pounding on my

18   door.  Okay.

19       Q.   Did they arrest her?

20       A.   I don't know.  I threw her out of my

21   house, shut the door and went back to bed.  I

22   couldn't care anything about her.

23       Q.   Did you see any of the five police

24   officers?

1          A.    Yes, I did.

2          Q.    Did you recognize any of them?

3          A.    Yes.

4          Q.    Who did you recognize?

5          A.    Martin Conway.  He was pounding on my

6     door.  He said, "Send her down, Ray."  I said, "As

7     soon as I can get out of bed, I'll come down and

8     open the door for you.  Don't break the door

9     down."

10          She said, "You're a rat if you open that

11     door to let them in.  You're a rat."  I said,

12     "What do you think, they're going to go away?  Go

13     out there and get your speeding ticket and get out

14     of here."

15          She grabbed my phone to call you, and I

16     said, "Get out of my house."  Big drama queen.

17     Gets a speeding ticket and like it was an

18     attempted murder.  She's a lunatic.

19          Q.    If it was only a speeding ticket --

20          A.    That's right, why did she do it?  You

21     tell me.  It's your client.  You tell me why she

22     does this.

23          Q.    Let me ask the question first.  If it was

24     only a speeding ticket, why were there five

1        Billerica police officers chasing her?

2                    MR. SILVERFINE:  Objection.

3        BY MR. FISCHER:

4            A.    I said possibly five.  There were a

5        couple of cruisers out there.  I don't know how

6        many exactly.  Don't hold me to five.  That was a

7        misquote on my end.  I'm sure there's a public

8        record of it at the police station of when this

9        took place.

10                   Caused all that commotion and they give

11       her a ticket.  She was legal and licensed and they

12       give her a ticket.  To cause all that commotion at

13       my house?  See you later.

14           Q.    Why did they give her a ticket?

15           A.    Why did she run to my house and cause all

16       this if all she had to do was pull over and hand

17       over her license and registration like every other

18       normal human being would do at that time when a

19       siren goes off.

20                   You pull to the right and you give the

21       officer the information requested.  She gets out

22       and runs in my house and locks the doors, starts

23       screaming and yelling, "They're after me, after

24       me."  She's a lunatic.  I use that word very

1    precisely.   Lunatic.   Friend for life but she's a

2    lunatic.

3         Q.   Police officers chased her to the door of

4    your house?

5              MR. SILVERFINE:   Objection to form.

6    BY MR. FISCHER:

7         A.   Yes.

8         Q.   And there were several police officers --

9         A.   Couple, couple.   Don't hold me to

10   several.   You try to get me to say that.   There

11   wasn't a gang, no.

12        Q.   At first you said five.

13        A.   And I said I misquoted myself and I

14   retracted that statement.

15        Q.   More than onc chased her into your house?

16        A.   There was more than one.   There was one

17   on the porch and a couple out by her car.   She

18   left it in the middle of the road with the car

19   running.   Oh, yeah, they are going to go away,

20   Michelle, yeah.

21        Q.   So they stopped her in front of your

22   house?

23        A.   I don't know where they chased her from.

24   She ran in my house causing a big scene at my

1    residence for 48 years. I don't need that from a

2    lunatic.

3        Q.    And that's when she called the lawyer --

4        A.    Tried to call you. And I grabbed the

5    phone and threw her out of my house.

6        Q.    And that's when she had the conversation

7    about you being threatened?

8        A.    No, that was before that.

9        Q.    That was a different time?

10       A.    Yeah.

11       Q.    Were there any other times that you saw

12   Ms. Kennedy being chased by Billerica police

13   officers?

14       A.    I didn't see her being chased.

15               MR. SILVERFINE:  Objection.

16   BY MR. FISCHER:

17       A.    I didn't see her being chased. I was

18   asleep in my bed woken up by a screaming lunatic.

19   "The police are after me." I looked out. I

20   didn't see the chase. How do you see a chase from

21   your bedroom?

22       Q.    Where is your bedroom?

23       A.    In my house.

24       Q.    Where in your house?

```
 1          A.   Upstairs, top floor.

 2          Q.   Is it the front of your house or the back

 3     of your house?

 4          A.   Side of my house.

 5          Q.   Which way is the window facing?

 6          A.   Which way does any window look?  It looks

 7     to the outside.

 8          Q.   Does it look through the back of the

 9     house, the --

10          A.   The side of the house.  It's on the side.

11          Q.   Could I ask you to do a sketch of Lowell

12     Street and where your house is?

13          A.   (Witness complies.)

14          Q.   Does your room have a window?

15          A.   Yes.

16          Q.   And what side is the window?

17          A.   Towards Holt Street.

18          Q.   Did you draw the window?

19          A.   I just did.

20          Q.   The window is towards Holt Street?

21          A.   Yeah.

22          Q.   And where were the police cars?

23          A.   The day this happened, she woke me up.

24     Here the porch door.  Marty Conway was banging
```

1        here.  I stuck my head out the window and told him

2        I would be right down.  That was that.

3              Q.    Do you know where her car was?

4              A.    Right here in the middle of Holt Street.

5              Q.    Put her initials there so we know it's

6        her car.

7              A.    What does she go under now?

8              Q.    You said one, maybe more police cruisers?

9              A.    I don't know.  But I imagine right there.

10             Q.    And you don't remember how many police

11       cruisers?

12             A.    No.

13             Q.    More than one?

14             A.    There was more than one, yes.

15             Q.    You don't --

16             A.    At the end of it all, there was more than

17       one.

18             Q.    Was there any other time that you saw

19       Michelle Kennedy involved with the Billerica

20       police officers?

21             A.    No.

22             Q.    Did you speak to Michelle Kennedy after

23       this incident?

24             A.    After I threw her out of the house, no.

1      Q.    Did you ever speak to her again after?

2      A.    Never, never.

3      Q.    You weren't curious as to what was going

4    on?

5      A.    What would I be curious about?  I don't

6    wake up thinking of Michelle Kennedy.  I can see

7    you're consumed with it.  Go ahead.

8      Q.    How did you know she was stopped for a

9    speeding ticket?

10     A.    Because they told me that.  It's my

11   house.  I have a right to ask a question.

12     Q.    Who told you that?

13     A.    The chipmunk running up the side of the

14   porch told me he pulled her out.  Who do you think

15   told me?  The Billerica police officers.

16     Q.    Do you know which Billerica police

17   officer told you?

18     A.    No, I don't

19     Q.    So you have had other conversations with

20   the Billerica police officers about Michelle

21   Kennedy?

22             MR. SILVERFINE:  Objection as to

23   form.

24   BY MR. FISCHER:

1          A.    When they chased her to my house that

2     time, yes.  They wanted her outside.  I didn't

3     talk to them about it or about this case.  It's

4     being chased for speeding.

5          Q.    I think I asked you earlier whether you

6     had ever witnessed an arrest or --

7          A.    You didn't ask me that before.  She

8     wasn't arrested.  I didn't witness an arrest.  She

9     was presented a ticket like any normal human being

10    for speeding.

11         Q.    I think I also asked if you had any other

12    conversations with any other Billerica police

13    officers about Michelle Kennedy or Brian Kennedy.

14    And you said you hadn't other than the last week

15    or two.

16         A.    Really?

17         Q.    Isn't that what you said?

18         A.    I possibly did, yeah.

19         Q.    Do you remember any other conversations,

20    ever?

21         A.    No.

22         Q.    Do you remember any other times when you

23    witnessed any incident at all involving Michelle

24    Kennedy with any Billerica police officers?

 1          A.    No.

 2          Q.    And you were never witness to any

 3     altercation between Brian Kennedy and police

 4     officers?

 5          A.    No.

 6          Q.    Were you aware of any injuries Brian

 7     Kennedy has suffered?

 8          A.    Any injuries?

 9          Q.    Yes.

10          A.    Something to do with his foot.  He fell

11     down and broke his leg or something.  That's all I

12     know about.

13          Q.    How do you know that?

14          A.    Because he had a cast on.

15          Q.    Did you ask him why he had the cast?

16          A.    I went to more than third grade.  I can

17     figure out if you have a cast, you broke your

18     foot.  You don't have to inquire about anything.

19          Q.    Do you know how he broke his foot?

20          A.    Yes, I do.

21          Q.    How did he break his foot?

22          A.    He was at a drug dealer's house and they

23     got in a fight.  The kid fell on his leg and broke

24     his foot.

1          Q.    Who was the drug dealer?

2          A.    I'm not going to answer that.

3          Q.    You're refusing to release that?

4          A.    I'm not going to release the information

5     until I feel it's proper.

6          Q.    And I could go to court and ask the judge

7     to compel you to answer the question.

8          A.    You can do that.

9          Q.    When was he in the drug dealer's house?

10         A.    Whenever he broke his foot.  Ask him.

11         Q.    When did you see him in his cast?

12         A.    He was in a cast for quite some time,

13    sir.

14         Q.    Was it in the last year or two, five

15    years ago, was it 20 years ago?

16         A.    Within the last two-and-a-half years.

17         Q.    How do you know he was at a drug dealer's

18    house?

19         A.    Because I know the gentleman.

20         Q.    Do you know what Mr. Kennedy was doing at

21    a drug dealer's house?

22         A.    No, I do not.

23         Q.    You say he got into a fight with someone?

24         A.    Something to that effect.  I do not know

```
1        the whole details or the situation.

2             Q.    What other details do you know?

3             A.    He broke his foot.

4             Q.    You don't know how this fight

5        precipitated?

6             A.    He broke his foot is all I know about it.

7             Q.    Do you know whether he was attacked or

8        jumped?

9             A.    Broke his foot is all I know about it.

10            Q.    It was the drug dealer who jumped him?

11            A.    Broke his foot.  I don't know any other

12       details.  I'm not an inquiring mind.  I don't ask

13       for specific details.

14            Q.    How do you know that this happened?

15            A.    Word gets around.

16            Q.    Did you ever talk to Brian Kennedy about

17       this?

18            A.    No.

19            Q.    Did you ever talk to Michelle Kennedy

20       about this?

21            A.    No.

22            Q.    Did you ever talk to any Billerica police

23       officer about this?

24            A.    No.
```