

# Town of Billerica
## Police Department
6 Good Street
Billerica, Ma 01821
978-667-1212 – 978-671-0900
FAX-978-670-2762

June 10, 2006

To: Chief Dan Rosa
From: Detective Sgt Roy Frost
Re: Kennedy Lawsuit

## Statement of Witness

On Saturday, June 10, 2006, at approximately 1945 hours, Detective Rick Nestor and I, Detective Sgt Frost, went to the residence of:

John Gallinaro, 10-12-1962
27 Sprague Street
Billerica MA 01821

The purpose of the visit was to discuss allegations made by GALLINARO that Michelle Kennedy had come to his home approximately two months ago to threaten him and his family into assisting her with a law suit she had brought against the Billerica Police Department. Knowledge of this threat was brought to my attention through a third party who wished to remain anonymous for fear of retaliation from the Kennedy family.

Upon arriving at #27 Sprague Street, Detective Nestor and I met with GALLINARO who was outside of his home preparing to leave to do some errands. I explained to GALLINARO that I was there to discuss the alleged threats made to him and his family by Michelle Kennedy. He immediately invited us into his home and we all sat at his dinner table. Once there, GALLINARO explained that approximately six weeks ago, a day that was very rainy, Michelle Kennedy suddenly showed up at his home knocking on his door. GALLINARO stated that he has known Michelle Kennedy for a long time and he invited her into his home. Once inside, Michelle Kennedy explained to GALLINARO that his brother "Teddy", also know as Thomas Gallinaro, 05-21-1965, had been involved in something that was related to a law suit she and her family had brought against Frank Mackenzie, a Billerica Police Lieutenant. GALLINARO explained that Michelle told him that "Teddy" better do the "right thing" or their would be a problem. GALLINARO asked Michelle if she was threatening his family, to which she replied "You're a smart guy…you know the drill", or words to that effect. GALLINARO stated that he knows Michelle and Brian Kennedy very well and he knew that she and Brian, who was located in a car outside his home at the time of this threat, were attempting to directly threaten both his brother and his family with harm if they did not cooperate with the Kennedy's wishes. GALLINARO stated that he told Michelle Kennedy that she is not allowed on his property ever again and that if she ever made threats against him or his family in the future she would be sorry. GALLINARO stated that he immediately walked out of his home with Michelle and advised her husband Brian of the same. The two then left and have not returned or contacted him since.

*Billerica Police Criminal Bureau*

After taking the above statement, I asked GALLINARO if he would be willing to provide an audio taped statement of the above facts. GALLINARO agreed and provided a full audio taped statement. GALLINARO was provided with my business card and asked to call if he had any further threats against him or his family as he did not wish to pursue charges at this time.

A copy of the audio taped statement of John GALLINARO can be obtained through Detective Sgt Roy Frost at the Billerica Police Criminal Bureau.

Respectfully submitted,

Detective Sgt Roy Frost