UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as father and next friend of BRIAN KENNEDY, JR., Individually and as mother next friend of BRIAN KENNEDY, JR.. | \*<br>\*<br>\*<br>\*<br>\* |
| Plaintiffs | \*<br>\* |
| v. | \*   C. A. No. 04-CV-12357-PBS<br>\* |
| TOWN OF BILLERICA, et al | \*<br>\* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S LIST OF PENDING MOTIONS BEFORE THE COURT AS TO WHICH THE COURT NEEDS TO TAKE ACTION

Pursuant to the Order of this Court of October 6, 2006, that counsel for the parties file and serve a list of pending motions before the Court as to which the Court needs to take action, the plaintiffs hereby identify the following motions:

1. Docket Number 91, Plaintiffs' assented to (in part) Motion to Continue Trial to March 19, filed on October 11, in response to the Court's order granting the joint motion to continue trial but setting a date that created a conflict for counsel. Plaintiffs seek to move the trial date a week earlier than the January 29, 2006 date set by the Court or to March 19, 2006, the first date after January 29, 2006 when all trial counsel are available. Defendants assent to the March 19 date but not the January trial date.

2. Docket Number 46, Plaintiffs' Motion to Compel, was allowed, in part by this Court, which, on October 6, 2006, ordered that the defendants "provide a full and complete answer to Interrogatory #3 as to the twenty-eight named defendant- police officers for the period January 1, 1987 to December 31, 2004 on or before the close of business on September 28, 2006".

The defendants have failed to comply with this order, providing no answer whatsoever.

In light of the defendants' failure to comply with the Court's order, plaintiffs seek sanction in the form of a default judgment on the *Monell* claim to which this interrogatory is directed, or, in the alternative, an order that there be a presumption that defendants failed to maintain or produce records of prior civilian complaints and that this presumption be read and placed before the jury, as requested at pp. 4-5 of the plaintiffs' motion to compel.

Plaintiffs also seek an order that they be paid reasonable attorneys fees, as appropriate under Rule 37.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: October 13, 2006

_/s/Andrew M. Fischer_____
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

Kennedy/listpendingmotions