UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRIAN KENNEDY AND MICHELLE KENNEDY, *
Individually and as father and next friend of *
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR.. *
                                             *
            Plaintiffs                       *
                                             *
v.                                           *   C. A. No. 04-CV-12357-PBS
                                             *
TOWN OF BILLERICA, et al                     *
                                             *
            Defendants                       *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER COMPELLING
## THE DEPOSITION ATTENDANCE OF
## THOMAS GALLINARO AND JOHN GALLINARO

It is hereby ordered that Thomas "Teddy" Gallinaro and John Gallinaro each appear for deposition on Monday, October 30, 2006, at 10:00 AM at the office of Jason & Fischer, 47 Winter Street. Boston, Massachusetts.

Both Thomas "Teddy" Gallinaro and John Gallinaro are ordered to appear at 10:00 AM, with the depositions to be conducted sequentially, the second one beginning upon the completion of the first and the deponents to be sequestered, waiting outside and not to be present during each other's deposition

OCT 1 3 2006

_____
Date

So ordered

_____
Robert B. Collings,
Magistrate Judge

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210