UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| | \* |
| Plaintiffs | \* |
| | \* |
| v. | \*   Civil Action no. 04-12357 - PBS |
| | \* |
| TOWN OF BILLERICA, et al | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPONSE TO COURT'S
REQUEST FOR LIST OF OUTSTANDING MOTIONS**

Trying to comprehend the Defendants' list of outstanding motions it would appear that the only motion the Defendants claim as outstanding is their Motion to Compel and for Sanctions, filed July 27, 2006. (Docket Entry 43).   The Defendants correctly acknowledge that the other two motions they list as outstanding (Docket Entries 49 and 75 ) are now moot.

Defendants' Motion to Compel and for Sanctions is, however, also moot, at least as it pertains to the production of documents and other items.  In response to said motion, the Plaintiffs filed an Opposition asserting among other grounds that the Motion was premature in that the parties needed to agree on a confidentiality agreement/protective order pertaining the documents and items to be produced prior to said production.  Once the parties were able to come to agreement on the protective order the Plaintiffs produced all of the responsive documents and items that are within their possession, custody and control.

Wherefore, although the Defendants' filing concerning outstanding motions is not a bastion of clarity, none of the motions identified appear to be outstanding at this time.

Respectfully submitted,

/s/  Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

Dated:  October 17, 2006