UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,  )
Individually and as mother and  )
next friend of BRIAN KENNEDY, JR.,  )
MITCHELL KENNEDY AND DYLAN KENNEDY  )
             Plaintiffs  )
  )
  )
VS.  )
  )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.  )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the  )
Billerica Police Department, PAUL W. MATTHEWS,  )
Individually and as former Chief of the Billerica Police  )
Department, ROBERT LEE, Individually and as former  )
Deputy Chief of the Billerica Police Department, THOMAS  )
CONNORS, FRANK A. MACKENZIE, RICHARD  )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK  )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,  )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,  )
WILLIAM MCNULTY, DONALD MACEACHERN,  )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT  )
BROWN, WILLIAM G. WEST, GREGORY KATZ,  )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM  )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY  )
F. MCKENNA AND JOHN DOE,  )
             Defendants

**DEFENDANTS' RESPONSE TO PLAINTIFFS' SUBMISSIONS REGARDING
OUTSTANDING MOTIONS BEFORE THE COURT**

Now come the Defendants in the above-referenced matter and state that the Plaintiffs' recent description of the outstanding motions on behalf of the defendants is incorrect. (Document 102). The defendants listed their Motion to Compel and for Sanctions (Document 43) filed July 27, 2006 as outstanding and it still remains as such. In particular, the issue of the plaintiff Michelle Kennedy's refusal to answer questions put to her at depositions is still outstanding.

Respectfully submitted,

DEFENDANTS,
By their attorneys,


/s/ Jeremy Silverfine
Jeremy I. Silverfine, BBO No. 542779
Leonard H. Kesten, BBO #542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: October 24, 2006