UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., MITCHELL KENNEDY AND DYLAN KENNEDY<br>Plaintiffs<br><br>VS.<br><br>TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN, TIMOTHY F. MCKENNA AND JOHN DOE,<br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' MOTION TO COMPEL WITNESS LIST FROM PLAINTIFFS

Now comes the Defendants in the above-entitled case and hereby move to compel the Plaintiffs to provide them with a list of witnesses they are likely to call at trial.

In support thereof, the defendants state they filed a request to this court for access to CORI for the 248 named witnesses provided to them by the plaintiffs. (Document 78). Said request was denied on October 12, 2006, with the order that "counsel shall confer to determine which witnesses will likely be called." The defendants have requested that the plaintiffs provide them with a list of witnesses they

are likely to call at trial. (See copies of letters to plaintiffs' counsel dated October 12 and October 23, 2006, attached hereto as "Exhibits 1 and 2", respectively). To date the plaintiffs have not provided this list.

                                      Respectfully submitted
                                      The Defendants,
                                      By their attorneys,

                                      BRODY, HARDOON, PERKINS & KESTEN, LLP

                                      /s/ Jeremy Silverfine
                                      Leonard E. Kesten, BBO No. 542042
                                      Jeremy I. Silverfine, BBO No. 542779
                                      One Exeter Plaza
                                      Boston, MA 02116
                                      (617) 880-7100

Dated: 10-31-06