# EXHIBIT 1

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

October 12, 2006

**VIA FACSIMILE: *(617) 451-3413***

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re:  <u>Kennedy v. Billerica</u>

Dear Attorney Fischer:

    Pursuant to the court's order today would you kindly provide us with a list of witnesses you are likely to call at trial.

Very truly yours,

Jeremy I. Silverfine

JIS: jj
cc: Fred Gilgun, Esq.
    (Via facsimile: *(781-861-7875)*