# EXHIBIT 2

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

October 23, 2006

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA 02108

Re: Kennedy v. Billerica

Dear Attorney Fischer:

This letter will serve as a follow-up to my letter dated October 12, 2006 requesting you provide us with a list of witnesses you are likely to call at trial (pursuant to the court's order of October 12, 2006). Additionally, we have not received any of the medical/psychiatric records you stated you would subpoena for Michelle and Brian Kennedy (which we discussed as part of your request for confidentiality).

Please consider this a communication made pursuant to local Rule 7.1 relative to prior discovery requests.

Very truly yours,

Jeremy I. Silverfine

JIS: jj
cc: Fred Gilgun, Esq.