UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,           )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR.,            )
                  Plaintiffs                )
                                            )
VS.                                           )
                                            )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.        )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD          )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK    )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,    )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,   )
WILLIAM MCNULTY, DONALD MACEACHERN,           )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT      )
BROWN, WILLIAM G. WEST, GREGORY KATZ,         )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM      )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY     )
F. MCKENNA AND JOHN DOE,                      )
                  Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

NOW COMES counsel for the defendants in the above-captioned matter and certifies that they have conferred with Andrew Fischer, counsel for the plaintiff, regarding *Defendants' Motion To Compel Witness List From Plaintiffs*.

Respectfully submitted,


  /s/ Jeremy I.Silverfine
Jeremy Silverfine, BBO# 542779
Leonard H. Kesten, BBO #542042
**BRODY, HARDOON, PERKINS & KESTEN, LLP**
One Exeter Plaza, 12th Floor
Boston, MA  02116
(617) 880-7100

Date: October 31, 2006