UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************████
BRIAN KENNEDY, et al                *
                                    *
        Plaintiffs                  *
                                    *
v.                                  *   Civil Action no. 04-12357 - PBS
                                    *
TOWN OF BILLERICA, et al            *
                                    *
        Defendants                  *
*********************************████
```

## ASSENTED TO MOTION BY PLAINTIFFS TO EXTEND THE TIME FOR EXPERT DISCLOSURES

The plaintiffs hereby move this Honorable Court to extend the time for expert disclosures from November 3, 2006 to January 17, 2007.

As reason, plaintiffs state that pursuant to the revised Scheduling Order issued by the Court on October 6, 2006, the parties have until December 1, 2006 to complete the outstanding discovery, which was noticed prior to September 15, 2006. Prior to September 15, 2006 the plaintiffs noticed the depositions of defendants, Richard Howe and Martin Conway, and had continued the deposition of defendant, Daniel Rosa, pending the receipt of defendants' answers to interrogatories. It is necessary for plaintiffs' expert to review the discovery obtained through these depositions and interrogatories before finalizing his report. Despite diligent efforts by the plaintiffs to complete these discovery matters in time to make their expert disclosures, they have been unable to do so due to circumstances beyond their control, including the lengthy hospitalization of defendant Howe.

1

Moreover, since the Court has already extended the trial date to March 19, 2007, the defendants will have received the expert disclosures well in advance of trial and will not be prejudiced by the requested extension.

Wherefore, plaintiffs respectfully request that the time for expert disclosures be extended from November 3, 2006 to January 17, 2007

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: November 3, 2006

/s/_Andrew M. Fischer_____
Andrew M. Fischer, BB0 No. 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
 (617) 423-7904

Assented To:

Defendants
By their counsel

/s/ Jeremy I. Silverfine_____
Jeremy I. Silverfine, BBO No. 542779
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100