UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
BRIAN KENNEDY AND MICHELLE KENNEDY,   *
Individually and as father and next friend of         *
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR..                    *
                                                      *
            Plaintiffs                                *
                                                      *
v.                                                    *    C. A. No. 04-CV-12357-PBS
                                                      *
TOWN OF BILLERICA, et al                              *
                                                      *
            Defendants                                *
*********************************************
```

## MOTION FOR CAPIAS AND OTHER SANCTIONS

Now come the plaintiffs and move this Honorable Court issue a capias for the arrest of John Gallinaro and a capias for the arrest of Thomas "Teddy" Gallinaro and have United States Marshalls serve such capias upon John Gallinaro and Thomas "Teddy" Gallinaro, bringing both Mssrs Gallinaro before the court to explain why they failed to appear for deposition as duly noticed and pursuant to deposition subpoenae served upon them [see Exhibits 1 and 2] and thereafter failed to comply with the order of this court compelling the deposition attendance of Thomas Gallinaro and John Gallinaro, which order was also properly served upon Mssrs Gallinaro [see Exhibit 3, also attached hereto].

Plaintiffs further request that the court conduct the inquiry of John Gallinaro and of Thomas "Teddy" Gallinaro, asking specifically why each of them failed to comply with the subpoena and subsequent order compelling their attendance at deposition.

Plaintiffs further request that John Gallinaro and Thomas "Teddy" Gallinaro be ordered to pay costs and attorney's fees incurred in obtaining the deposition attendance of said witnesses. Said costs, including the stenographer's bills, total $1546.25 and are set forth in the affidavit of Andrew Fischer, filed herewith.

                                                  Respectfully submitted,
                                                  Brian Kennedy, et al
                                                  by their counsel

Date: November 14, 2006                      _/s/Andrew M. Fischer_____
                                                  Andrew M. Fischer
                                                  BB0# 167040
                                                  JASON & FISCHER
                                                  47 Winter Street
                                                  Boston, MA 02108
                                                  (617) 423-7904
                                                  afischer@jasonandfischer.com

kennedy\mtncapias