# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

Ex 1

Brian Kennedy, et al

V.

Town of Billerica, et al

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 04-CV-12357-PBS[1]

TO: Thomas Gallinaro
204 Andover Road
Billerica, MA 01821

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Jason & Fischer<br>47 Winter St., #4<br>Boston, MA 02108 | 9/7/06<br>10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]    attorney for plaintiffs | August 9, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Andrew M. Fischer, Jason & Fischer, 47 Winter Street, #4, Boston, MA 02108 (617) 423-7904

[1] (See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)
If action is pending in district other than district of issuance, state district under case number.

Issued by the
UNITED STATES DISTRICT COURT

Ex 2

DISTRICT OF __Massachusetts__

Brian Kennedy, et al

V.

Town of Billerica, et al

SUBPOENA IN A CIVIL CASE

CASE NUMBER: 04-CV-12357-PBS[1]

TO: John Gallinaro
27 Sprague Street
Billerica, MA 01821

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Jason & Fischer<br>47 Winter St., #4<br>Boston, MA 02108 | 9/7/06<br>2:00 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]    attorney for plaintiffs | August 9, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Andrew M. Fischer, Jason & Fischer, 47 Winter Street, #4, Boston, MA 02108 (617) 423-7904

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

Case 1:04-cv-12357-PBS   Document 108-2   Filed 11/14/2006   Page 3 of 4
Case 1:04-cv-12357-PBS   Document 100   Filed 10/16/2006   Page 1 of 1
Case 1:04-cv-12357-PBS   Document 93   Filed 10/11/2006   Page 1 of 1

Ex 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRIAN KENNEDY AND MICHELLE KENNEDY, \*
Individually and as father and next friend of  \*
BRIAN KENNEDY, JR., Individually and as mother \*
next friend of BRIAN KENNEDY, JR.,   \*
                                     \*
         Plaintiffs                  \*
                                     \*
v.                                   \*   C. A. No. 04-CV-12357-PBS
                                     \*
TOWN OF BILLERICA, et al             \*
                                     \*
         Defendants                  \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER COMPELLING
THE DEPOSITION ATTENDANCE OF
THOMAS GALLINARO AND JOHN GALLINARO

It is hereby ordered that Thomas "Teddy" Gallinaro and John Gallinaro each appear for deposition on Monday, October 30, 2006, at 10:00 AM at the office of Jason & Fischer, 47 Winter Street, Boston, Massachusetts.

Both Thomas "Teddy" Gallinaro and John Gallinaro are ordered to appear at 10:00 AM, with the depositions to be conducted sequentially, the second one beginning upon the completion of the first and the deponents to be sequestered, waiting outside and not to be present during each other's deposition

OCT 1 3 2006

_____
Date

So ordered

/s/ Robert B. Collings
Robert B. Collings,
Magistrate Judge

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

October 24, 2006

I hereby certify and return that on 10/23/2006 at 1:20PM I served a true and attested copy of the Order COMPELLING THE DEPOSITION ATTENDANCE in this action in the following manner: To wit, by leaving at the last and usual place of abode of THOMAS GALLINARO, , 204 ANDOVER Road  Billerica, MA and by mailing 1st class to the above address on 10/24/2006.  Attest ($10.00), Basic Service Fee ($20.00), Postage and Handling ($3.00), Travel ($12.16) Total Charges $45.16

_____
*Deputy Sheriff*