UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRIAN KENNEDY AND MICHELLE KENNEDY,  \*
Individually and as father and next friend of         \*
BRIAN KENNEDY, JR., Individually and as mother  \*
next friend of BRIAN KENNEDY, JR..                     \*
                                                                            \*
               Plaintiffs                                              \*
                                                                            \*
v.                                                                          \*     C. A. No. 04-CV-12357-PBS
                                                                            \*
TOWN OF BILLERICA, et al                                  \*
                                                                            \*
               Defendants                                            \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF ANDREW M. FISCHER IN SUPPORT OF MOTION FOR CAPIAS AND OTHER SANCTIONS

I, Andrew M. Fischer, do hereby affirm and attest as follows:

1. Attorney's fees incurred in obtaining the deposition attendance John Gallinaro and Thomas Gallinaro are as follows:

| | |
|---|---|
| -Preparing the motion to compel - | 1.2 hours |
| -Preparing this motion for capias | 1.0 hours |
| -Deposition preparation and waiting for witness at No show deposition on September 7, 2006 | .75 hours |
| -Deposition preparation and waiting for witness No show deposition on October 30, 2006 | 1.4 hours |
| | 4.35 hours @ $275/hr. = $1196.25 |

2. Two stenographer bills for $175 each, for each of the no show depositions for a total of $350.00 in charges for the appearance of stenographers at the two no show depositions.

   3.  The total expenses are $1,546.25, representing attorney's fees of $1196.25 and out of pocket expenses of $350.00.

   Signed under the pains and penalties of perjury this _____ day of _____, 2006.


                    _____

                    Andrew M. Fischer

kennedy\affamfcapias