AUGUST 11, 2006

## QUICKSERV
### ALLSTATE PROCESS SERVERS



### RETURN OF SERVICE

I this day summoned the within named THOMAS GALLINARO

to appear as within directed by delivering to   (2) ATTEMPTS. SERVER SPOKE WITH ANN MURPHY WHO SAID THAT THERE IS NO ONE NAMED THOMAS GALLINARO AT THIS ADDRESS. PLEASE ADVISE.

in hand, or
leaving at last and usual place of abode, to wit:

No.   204 ANDOVER ROAD
in the  BILLERICA        District of said  MIDDLESEX        County an attested
copy of the subpoena together with  $            fees for attendance and travel

Service and travel       28

Paid Witness

it being necessary I actually used a
motor vehicle in the distance of
30    miles in the service of
this process

_Michael R. Steele_
Process Server

AUGUST 11, 2006

## QUICKSERV
### ALLSTATE PROCESS SERVERS



## RETURN OF SERVICE

I this day summoned the within named JOHN GALLINARO

to appear as within directed by delivering to    (2) ATTEMPTS. COPY LEFT TAPED TO DOOR, SECOND COPY MAILED.

    in hand, or
X  leaving at last and usual place of abode, to wit:

No.  27 SPRAGUE STREET
in the  BILLERICA  District of said  MIDDLESEX  County an attested
copy of the subpoena together with $ 52  fees for attendance and travel

Service and travel    28

Paid Witness    52

it being necessary I actually used a motor vehicle in the distance of 30 miles in the service of this process

_____
Process Server