UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Jr. Individually and as mother and )
next friend of MITCHELL KENNEDY and Individually and as )
mother and next friend of DYLAN KENNEDY, )
                        Plaintiffs )
                         )
VS. )
                         )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                        Defendants )

**COUNSEL'S CERTIFICATION OF SERVICE OF DOCUMENTS TO DEFENDANTS PER COURT'S ORDER OF OCTOBER 23, 2006**

I, Jeremy Silverfine, counsel of record for the defendants do hereby certify and state as follows:

(1) That, per court order, I have personally served copies of the plaintiffs' list of witnesses (document #95) and the federal statutes denoted as 18 USC sec. 1512(b)(1)(2), (d)(1)(k) and 18 USC sec. 1515(a)(1)(A) to all the named defendants but for those listed below.

(2) As to defendants Brian Micciche (who has left the police department), Alan Munn (who has retired) and Robert Lee (who has retired and lives outside the state of Massachusetts) I have been unable to serve them personally. I have forwarded certified mail to each of these named defendants at their last known address.

        Respectfully submitted,
        DEFENDANTS,
        By their attorneys,

        /s/ Jeremy Silverfine
        Jeremy I. Silverfine, BBO No. 542779
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: November 22, 2006