UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************
BRIAN KENNEDY AND MICHELLE KENNEDY,  *
Individually and as father and next friend of  *
BRIAN KENNEDY, JR., Individually and as mother  *
next friend of BRIAN KENNEDY, JR..  *
　*
　　　　Plaintiffs  *
　*
v.  *　C. A. No. 04-CV-12357-PBS
　*
TOWN OF BILLERICA, et al  *
　*
　　　　Defendants  *
*********************************************

## CERTIFICATION OF PLAINTIFFS' COUNSEL

     I, Frederick V. Gilgun, Jr., hereby certify that I delivered a copy of 18 U.S.C. Sec. 1512(b)(1)(2), (d)(1),(k) and 18 U.S.C. Sec. 1515 (a)(1)(A) to Brian Kennedy and Michelle Kennedy, in her capacity as an individual plaintiff and as the mother and next friend of the plaintiffs, Brian Kennedy, Jr., Mitchell Kennedy and Dylan Kennedy and personally confirmed that each has reviewed said statutes.

/s/ Frederick V. Gilgun, Jr.
Frederick V. Gilgun, Jr.
BBO No. 551477
Nicholson, Sreter & Gilgun, P.C.
33 Bedford Street, Suite 4
Lexington, MA 02420
(781) 861-9160
fred.nsgpc@rcn.com

Date: November 22, 2006


kennedy\certcounsel.gilgun