UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRIAN KENNEDY AND MICHELLE KENNEDY,   \*
Individually and as father and next friend of   \*
BRIAN KENNEDY, JR., Individually and as mother   \*
next friend of BRIAN KENNEDY, JR..   \*
                                              \*
            Plaintiffs                         \*
                                                \*
v.                                                 \*     C. A. No. 04-CV-12357-PBS
                                                \*
TOWN OF BILLERICA, et al                 \*
                                                \*
            Defendants                       \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR PROTECTIVE ORDER**
**BARRING FURTHER DEPOSITION OF PLAINTIFF, MICHELLE KENNEDY**

Now come the plaintiffs and move this Honorable Court issue a protective order barring further deposition testimony of plaintiff, Michelle Kennedy.

As reason, plaintiffs state that defendants have deposed Ms. Kennedy a total of seven (7) hours over two (2) separate days, the total number of hours permitted under the Federal Rules of Civil Procedure, Rule 30 (d) (2).[1]

As further reason, plaintiffs assert that defendants have spent much of the second day of deposition on a fishing expedition asking questions about drug addiction and drug rehabilitation for which they have no basis. [See Exhibit A, deposition of Michelle Kennedy, day 2, page 16, line 17, where, after the plaintiff answered she was not on any medication and had not taken any drugs or alcohol, defense counsel asks, without any basis "Are you presently in a methadone clinic?". See page 20, line 3 et seq, where plaintiff's counsel requests the basis for this question.

---

[1] Rule 26 (d) (2) reads "Unless otherwise authorized by the Court or otherwise stipulated by the parties, a deposition is limited to one day of seven hours."

See also pp. 20-24, where defense counsel asks repeatedly if plaintiff or her husband was involved in "sale and/or distribution of narcotics".]

The first day of deposition began at 10:26 am and adjourned at 2:54 pm, a total of 4 ½ hours, less an hour for lunch.  The second day, deposition commenced at 11 am and adjourned at 4:40 pm, 5 hours 40 minutes, less an hour for lunch.  Thus, even deducting two hours for the lunch breaks, the defendants have enjoyed more than the seven hours they are entitled to under the rules and their inappropriate and unfounded questions regarding "methadone clinics" and harassing questions about drug dealing make clear that the defendants have no need for a third day of deposition.

On this basis plaintiff Michelle Kennedy seeks a protective order barring her further deposition in this case.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Brian Kennedy, et al<br>by their counsel |
| Date: November 22, 2006 | /s/Andrew M. Fischer<br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904<br>afischer@jasonandfischer.com |

kennedy\mtnprotord