UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| | \* |
| Plaintiffs | \* |
| | \* |
| v. | \*   C. A. No. 04-CV-12357-PBS |
| | \* |
| TOWN OF BILLERICA, et al | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiffs and certify that he has conferred with defense counsel, pursuant to Rule 7.1, regarding plaintiffs' Motion for a Protective Order Barring Further Deposition of Plaintiff, Michelle Kennedy. Specifically, I conferred with defense counsel on November 20, 2006 and he indicated an intent to re-depose plaintiff Michelle Kennedy.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: November 22, 2006

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy\7.1certfication.mtnforprotectiveorder.wpd