UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,  )
Individually and as mother and                             )
next friend of BRIAN KENNEDY, JR.,                    )
MITCHELL KENNEDY AND DYLAN KENNEDY   )
                                     Plaintiffs                )
                                                                        )
VS.                                                                     )
                                                                        )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.             )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,      )
Individually and as former Chief of the Billerica Police  )
Department, ROBERT LEE, Individually and as former  )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD            )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,  )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,          )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT     )
BROWN, WILLIAM G. WEST, GREGORY KATZ,          )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM      )
MCNULTY, SCOTT PARKER, ALAN, TIMOTHY           )
F. MCKENNA AND JOHN DOE,                                )
                                     Defendants

## DEFENDANTS' RENEWED MOTION FOR APPROVAL TO UTILIZE THE GENERAL GRANT OF ACCESS TO C.O.R.I. TO ATTORNEYS OF RECORD

Now comes the Defendants in the above-entitled case and, acting pursuant to

Mass. General Laws, Chapter 6 § 172 (c), renew their request for the approval of this

Honorable Court to utilize the general grant of access to C.O.R.I., as provided by the

Criminal History System's Board, to attorneys of records for all criminal record

information for the plaintiffs' potential witnesses in this case.

In support thereof, the defendants state that they previously filed a motion for

approval to utilize the general grant of access to CORI (document 78), which was

denied by this court with the order that counsel shall confer to determine which

witnesses will likely be called. (See copy of Court's order, attached hereto as Exhibit 1). On November 27, 2006 plaintiffs' filed their list of witnesses (document 115) (copy attached hereto as Exhibit 2) likely to be called at trial. The defendants now seek access to CORI for these witnesses (Exhibit 2) and the plaintiffs in this case as listed below.

1.    Michelle Kennedy, Lowell, Massachusetts;

2.    Brian Kennedy, Lowell, Massachusetts;

3.    Brian Kennedy, Jr., Lowell, Massachusetts;

4.    Mitchell Kennedy, Lowell, Massachusetts;

5.    Dylan Kennedy, Lowell, Massachusetts;

Defendants attach an affidavit of counsel in support of this Motion.

Respectfully submitted
The Defendants,
By their attorneys,

BRODY, HARDOON, PERKINS & KESTEN, LLP


/s/ Jeremy Silverfine
Leonard E. Kesten, BBO No. 542042
Jeremy I. Silverfine, BBO No. 542779
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 11.28.06