# EXHIBIT 1

Case 1:04-cv-12357-PBS    Document 116-2    Filed 11/28/2006    Page 1 of 2

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Patch, Christine entered on 10/12/2006 at 12:21 PM EDT and filed on 10/11/2006

**Case Name:** Kennedy et al v. Town of Billerica et al
**Case Number:** 1:04-cv-12357
**Filer:**
**Document Number:**

**Docket Text:**
Judge Patti B. Saris : Electronic ORDER entered denying [78] Motion for Approval to Utilize the General Grant of Access to C.O.R.I. to Attorneys of Record. "A request for C.O.R.I. information on 248 witnesses seems premature. Counsel shall confer to determine which witnesses will likely be called." (Patch, Christine)

The following document(s) are associated with this transaction:

**1:04-cv-12357 Notice will be electronically mailed to:**

Andrew M. Fischer    afischer@jasonandfischer.com

Frederick V. Gilgun, Jr    fred.nsgpc@rcn.com

Leonard H. Kesten    lkesten@bhpklaw.com, dcorbett@bhpklaw.com

Samuel Perkins    sperkins@bhpklaw.com, ldigiovanni@bhpklaw.com

Jeremy I. Silverfine    jsilverfine@bhpklaw.com, howril@bhpklaw.com

**1:04-cv-12357 Notice will not be electronically mailed to:**