# EXHIBIT 2

Case 1:04-cv-12357-PBS   Document 116-3   Filed 11/28/2006   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
BRIAN KENNEDY AND MICHELLE KENNEDY,    *
Individually and as father and next friend of    *
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR..    *
                                        *
            Plaintiffs                  *
                                        *
v.                                      *    C. A. No. 04-CV-12357-PBS
                                        *
TOWN OF BILLERICA, et al                *
                                        *
            Defendants                  *
*********************************************
```

### PLAINTIFFS' CURRENT LIST OF WITNESSES

Pursuant to the Order of the Court, Collings, Magistrate Justice, issued upon defendants' Motion to Compel, the plaintiffs identify, in addition to the plaintiffs, the defendants and agents of the defendants, the following as witnesses the plaintiffs may call at trial. This is a preliminary list and plaintiffs reserve the right to add, substitute or change witnesses.

David Algier
Amy Baum
Kenny Carron
John Cimmino
Eugene DeFrancisco
Daniel Donlon
Daniel Dufault
Dick Elssie
Thomas Fiolkowski
Thomas "Teddy" Gallinaro
Donna Gauvro
Christie Gilpatrick
Debra Granger
Casey Heffernan
Tracey Heffernan
Christine Kaizer
Robert Keefe
David Lavita
Monique Ledoux
Kenny Lewis

David Lumbert
Shannon Mansfield
Brian McKennon
Joe Mulkern
Donna O'Toole
John Perry
Craig Pickering
Michelle Spaulding
Thomas Stokes
Herb Vacca
Vincent Vacca
George Brooks
Janine Gallinaro
Katelynn Gallinaro
Nigel Griffith
Michelle nee Horne
Mark Kaizer
Roger Ledoux
Kim MacKenzie
Mack McDowell
Charles Mulkern
John Noonan
Helio Texeira
Sang Vongsadath

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: November 27, 2006

_/s/Andrew M. Fischer_____
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com