UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
MITCHELL KENNEDY AND DYLAN KENNEDY )
                Plaintiffs )
)
VS. )
)
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                Defendants

### AFFIDAVIT OF JEREMY SILVERFINE

I, Jeremy I. Silverfine, make the following statement under oath:

(1) The C.O.R.I. sought regarding the plaintiffs, Michelle Kennedy, Brian Kennedy, Brian Kennedy, Jr., Mitchell Kennedy and Dylan Kennedy and the plaintiffs' witnesses listed in Exhibit 2; will be used exclusively for witness impeachment and/or Trial strategy purposes related to this cause of action.

(2) The C.O.R.I. accessed through this grant will not be disclosed to unauthorized persons and/or in violation of Mass. General Laws, Chapter 6 § 167 et. seq. or 803 CMR 1.00 et. seq.

Signed Under the Pains and Penalties of Perjury this 28th day of November 2006.

                                            /s/ Jeremy I. Silverfine
                                            Jeremy I. Silverfine