UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KENNEDY ET AL.**, ) | |
| Plaintiffs, ) | |
| ) | Civil Action |
| v. ) | No. 04-12357-PBS |
| ) | |
| **TOWN OF BILLERICA ET AL.**, ) | |
| DefendantS. ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as counsel for the Office of the Middlesex County District Attorney's Office in connection with the above-captioned case.

    Respectfully submitted,

    **THOMAS F. REILLY**
    **ATTORNEY GENERAL**
    **/s/ Annette C. Benedetto**
    **Annette C. Benedetto**
    **Assistant Attorney General**
    **Criminal Bureau**
    **One Ashburton Place**
    **Boston, Massachusetts 02108**
    **(617) 727-2200**
    **BBO No. 037060**

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

**Dated: November 28, 2006**    **/s/ Annette C. Benedetto**
    **Annette C. Benedetto**