UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KENNEDY ET AL., )<br> Plaintiffs, )<br> )<br>v. )<br> )<br>TOWN OF BILLERICA ET AL., )<br> Defendants. )<br> ) | Civil Action<br>No. 04-12357-PBS |

## MOTION FOR RECONSIDERATION

Now comes the Office of the District Attorney for Middlesex County and, through counsel, respectfully moves this Court to reconsider its order of August 28, 2006, allowing the defendants' Motion for Order for Records from the Middlesex County District Attorney's Office. (See Docket Entries Paper No. 68).

As reasons therefor, the undersigned counsel for the Office of the Middlesex County District Attorney states that neither she nor the DA's office was served with the motion and, consequently, was never afforded an opportunity to file an opposition to the motion. Defendant's counsel was aware that the Office of the Middlesex County District Attorney was represented by undersigned counsel.

The unlimited disclosure of privileged and investigatory material in the possession of prosecutorial personnel is an area of critical importance to the Middlesex County District Attorney's Office as well as other DA's offices and undersigned counsel wishes to address the Court regarding these matters. It is vital that these concerns be considered by the Court in the context of the instant case.

2

WHEREFOR, for the above-stated reasons, the Office of the Middlesex County District Attorney respectfully moves this Court to reconsider its decision granting the Motion for Order for Records from the Middlesex District Attorney's Office, to order the defendant to formally serve undersigned counsel with the motion and any supporting material, and to allow undersigned counsel thirty (30) days to respond to the motion after it is served.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200,
BBO No. 037060

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1 (A) (2), the attorney for the Office of the Middlesex District Attorney's Office certifies that she conferred with the defendant's counsel who stated that he did not oppose the above Motion for Reconsideration but will contest the merits of the DA's efforts to shield disclosure of the material at the appropriate time.

/s/ Annette C. Benedetto
Annette C. Benedetto

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

Dated: November 28, 2006                    /s/ Annette C. Benedetto
                                            Annette C. Benedetto