# United States District Court
# District of Massachusetts

BRIAN KENNEDY,
MICHELLE KENNEDY, ETC.,
    Plaintiffs,

    V.                    CIVIL ACTION NO. 2004-12357-PBS

TOWN OF BILLERICA, ET AL.,
    Defendants.

## *ORDER OF ARREST*

COLLINGS, U.S.M.J.

To any authorized officer:

    You are hereby directed to arrest THOMAS "TEDDY" GALLINARO, 204 Andover Road, Billerica, Massachusetts and bring him before the undersigned United States Magistrate Judge for him to show cause, if any there be, why he should not be held in criminal contempt of Court for failing to comply with the Court's Order entered on October 13, 2006 requiring him to appear for his deposition on October 30, 2006 at the Office of Jason & Fischer, 47 Winter

Street, Boston, Massachusetts.

/s/ Robert B. Collings
_____
ROBERT B. COLLINGS
United States Magistrate Judge

November 30, 2006.

# *RETURN*

This Order was received and executed with the arrest of the above-named defendant at _____ .

Date received: _____

Date of arrest: _____

Name and Title of Arresting Officer: _____

Signature of Arresting Officer: _____