# EXHIBIT 1

<div style="text-align:center">

**JASON AND FISCHER**

ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617) 423-7904
FAX. (617) 451-3413

</div>

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

September 29, 2006

Jeremy Silverfine, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Re:   <u>Brian Kennedy, et al v. Town of Billerica, et al</u>

Dear Mr. Silverfine:

    Please find enclosed, Plaintiffs Brian and Michelle Kennedy's Response to Production of Documents.

    I thank you and remain.

<div style="margin-left:50%">

Yours truly,

*Andrew M. Fischer (jbc)*

Andrew M. Fischer

</div>

AMF:jbc

cc:   Frederick V. Gilgun, Jr., Esquire

kennedy\ltsilverfine41



RECEIVED
OCT 02 2006
By_____