# EXHIBIT 2

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

October 31, 2005

**By Fax and U.S. Mail**
**(617) 451-3413**

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street, 4th Floor
Boston, MA 02108

Re:  Kennedy v. Billerica

Dear Attorney Fischer:

I am in receipt of your October 27th letter relative to the above-referenced matter.

First, I would note that per order of the Court we forwarded initial discovery of police reports and other documents relating to this case (some 2028 pages) to you. To date, I have not received *anything* from the plaintiffs. Despite my raising this issue in our recent telephone conversation, there is no mention of when the plaintiffs will produce their initial disclosure in your letter.

Second, as this case involves allegations relating to personal disputes between the plaintiffs and the defendant officers, I assume that you will not asking the officers to provide home and other personal information at their depositions as it is irrelevant and dangerous for them to provide same given the context of this suit. If need be, the officers can be reached through their department or through counsel.

Third, while there may be complaints that the plaintiffs are entitled to I would reject the notion you put forth that you are entitled to the officers' entire personnel files. If appropriate, I would agree to a continuation of officers' depositions based upon certain complaints, and/or discipline relating to the plaintiffs' *Monell* claims.

Fourth, Officer Michelle Farren indicates that she is unable to attend the deposition she is presently scheduled for on November 21.

If you have any questions please do not hesitate to contact me.

Very truly yours,

Jeremy I. Silverfine

JIS:jj