# EXHIBIT 3

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

November 9, 2006

***Via Facsimile and U.S. Mail***
*(617) 451-3413*
Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA 02108

*(781)-861-7875*
Attorney Fred Gilgun
Nicholson, Sreter & Gilgun
33 Bedford Street, Suite 4
Lexington, MA 02420

Re: <u>Kennedy v. Billerica</u>

Dear Messrs. Fischer and Gilgun:

  This letter should be considered a Rule 7.1 communication relative to the discovery responses produced by your clients, Michelle and Brian Kennedy, in the above-referenced matter.

  With respect to the documents produced recently as part of the Plaintiffs' discovery production (the box of documents) we have noticed that the following Bates Stamped pages are either missing or are incomplete. The following is a list of Bates number and corresponding information related to the Plaintiffs' production:

| | |
|---|---|
| Your Bates Number 262 | Missing July 1999 monthly calendar. |
| Your Bates Number 291 | Bottom page appears to be missing a section. |
| Your Bates Number 305 | Middle part of the page is blank. |
| Your Bates Number 496 | We did not receive any audiotape of Robin Reslow. |
| Your Bates Number 497 | We did not receive any videotape relative to Mitchell Kennedy's fight with George Brooks. |

November 9, 2006
Page Two

| | |
|---|---|
| Your Bates Number 505 | Page missing. |
| Your Bates Number 507 | Page missing. |
| Your Bates Number 509 | Page missing. |
| Your Bates Number 528-530 | Pages missing. |
| Your Bates Number 575 | Page missing. |
| Your Bates Number 585 | Page missing. |
| Your Bates Number 638 | Page missing. |
| Your Bates Number 640 | Page missing. |
| Your Bates Number 675 | Page missing. |
| Your Bates Number 702 | Page missing. |
| Your Bates Number 705-706 | Pages are cut off at the bottom. |
| Your Bates Number 710-711 | Pages are cut off at the bottom. |
| Your Bates Number 716 | Pages are cut off at the bottom. |
| Your Bates Number 739 | Page missing. |
| Your Bates Number 759 | Page missing. |
| Your Bates Number 951 | Only half the page appears. |
| Your Bates Number 952 | Only half the page appears. (We also did not receive January, February, or March 2005. In addition, only half of April, May, June, July, August, September, October, November, December 2005 appear). |
| Your Bates Number 1061 | Page missing. |
| Your Bates Number 1103 | It is a partially ripped page (5/13/93-5/14/93). |
| Your Bates Number 1111-1112 | Partially ripped pages (6/3/93-6/4/93). |
| Your Bates Number 1120 | Information appears to be incomplete. |
| Your Bates Number 1152 | Page is ripped. |
| Your Bates Number 1155 | Page is ripped (2/28/91-3/1/91 are missing). |
| Your Bates Number 1201-1222 | Pages missing. |
| Your Bates Number 1235 | Page is ripped - two different pages with same Bates Stamp number. |
| Your Bates Number 1241 | Page missing. |
| Your Bates Number 1267 | Page missing. |
| Your Bates Number 1280-1281 | Missing October 4, 1991 through October 5, 1991. |
| Your Bates Number 1282 | Page missing. |
| Your Bates Number 1331 | Page missing. |
| Your Bates Number 1453-1454 | Pages missing-Calendar ends on November 27, 2002 and the next page is 12/19/02. |
| Your Bates Number 1441-1460 | Appears to be two sets of pages numbered 1441-1460. |

With regards to Michelle Kennedy's answers to interrogatories, the Plaintiff has not identified which medical records she has requested, but not yet received.

November 9, 2006
Page Three

With reference to Michelle Kennedy's answer to Interrogatory No. 2, this answer identifies several medical providers and doctors. However, there is no indication that these medical records have been requested. Medical records have not been produced to the defendants to date for Dr. Picket, Therapist Vuth Pich, Saints Memorial Medical Center, Lowell Community Health Center, Community Mental Health of Greater Lowell, Dr. Wendy Wheeler, Mandera Biscornet, Seven Hills Behavioral Health, Dr. Loena Dean and Joyce Herman.

With regard to Michelle Kennedy's answer to Interrogatory No. 5, we have received no records for Habit Management Institute, Lowell, MA.

With regards to Plaintiff Brian Kennedy's answer to Interrogatory No. 1, we have not received records for Dr. Goldfarb and Dr. Lyons. We also have not received records from Lowell Hospital (from the alleged December 19, 1991 injuries relative to Concord Shores). Nor have we received records from Saints Memorial Hospital for injuries alleged to have occurred on November 17, 2001. In addition, we have not received any records from Saints Memorial Hospital and "Dr. Tomany".

With regards to Brian Kennedy's answer to Interrogatory No. 3, we have not received any records from Habit Management Institute, Lowell, MA.

With regards to the production of documents for the Plaintiffs, specifically Michelle Kennedy's responses to the Defendants' Request for Production of Documents Request No. 1, we are still awaiting records identified by the plaintiff relative to Solomon Mental Health Center, Saints Memorial Health Center, Dr. John Lu, Lowell General Hospital, New England Neurological Associates, Lahey Medical Center, Network Health, Mass Health, Office of Medicaid, Neighborhood Health Plan and Dr. Michael Bralower.

Further, in the plaintiffs' recent production ie. Bates Number 954 (from the box of documents), there is mention that Michelle Kennedy saw her friend's physician in Stoneham for blood work. There is no mention of this doctor's name in any other response.

Relative to Michelle Kennedy's responses to Requests No. 18, 21, and 27, it is not clear whether the plaintiff is relying on documents that are available in the Lowell District Court or solely on documents previously produced by the plaintiffs.

With regards to Brian Kennedy's responses to Requests for Documents, Request No. 1, there have been no records produced by Brian Kennedy from the following medical providers: Saints Memorial Hospital, Dr. Farnaz Marvast (the produced report is just from Networth Health and not from Dr. Marvast), Billerica Family Physician, Lahey Clinic, Arlington, Lowell General Hospital,

November 9, 2006
Page Four

Networth Health, Mass Health, Office of Medicaid, Seven Hills Behavioral Health, Dr. Michael Bralower and Dr. Bryan Lyons.

    With regards to response to Request No. 21, it is not clear whether Brian Kennedy is responding to documents produced or is referring to records kept at the Lowell District Court. This is also true for responses to Requests No. 24 and 27.

    Kindly advise.

                           Very truly yours,

                           Jeremy I. Silverfine

JIS: hjo