# EXHIBIT 4

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

November 1, 2006

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA 02108

Attorney Fred Gilgun
Nicholson, Sreter & Gilgun
33 Bedford Street
Lexington, MA 02420

Re:    <u>Kennedy v. Billerica</u>

Gentlemen:

     We all met in this office on August 14, 2006 to discuss outstanding discovery issues relative to the above-referenced matter. One issue that was discussed in great detail was that of obtaining your clients' medical and psychological records. At that time you indicated that you would request all the medical and psychological records of your clients. Further, you stated you would then screen those records and make an initial determination to see if there were any privacy concerns. If there were such concerns, you stated you would inform us and we would then determine if we needed to have any court intervention. We also agreed, per your request, to enter into a protective order concerning any of these records. Ultimately, this protective order was endorsed by the court on September 26, 2006.

     As you know, discovery is to be completed at the end of this month. In order to conclude a meaningful deposition of your clients we need these medical and psychological records produced. Kindly advise.

Very truly yours,

Jeremy Silverfine
Jeremy I. Silverfine

JIS: jj