# EXHIBIT 6

Case 1:04-cv-12357-PBS   Document 122-7   Filed 12/04/2006   Page 1 of 2

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

November 7, 2006

**VIA FACSIMILE: (617) 451-3413**
Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA 02108

Re: <u>Kennedy v. Billerica</u>

Dear Attorney Fischer:

I am responding to the call from your office with suggested dates for rescheduling the depositions of Richard Howe, Martin Conway and Chief Rosa relative to the above-captioned matter. Of the dates you provided I am writing to confirm that both Richard Howe and Martin Conway are available for their depositions on November 27th, 2006. Furthermore, Chief Rosa is available for his deposition on November 29, 2006. Please note that I have an appointment at 3:30 p.m. in Boston and must leave your office by 3:15 p.m.

Kindly contact me upon receipt of this letter to reconfirm these dates so that we may advise our clients.

Please also advise immediately on the issue surrounding your representation that you would acquire all the medical/psychological records of your clients. As you know, we have not completed the depositions of the plaintiffs. We cannot do so without the aforementioned records. In addition, discovery is slated to end this month. I would prefer not to have to file a motion with the court. Kindly advise.

Very truly yours,

Jeremy I. Silverfine

JIS: hjo
cc: Fred Gilgun, Esq.
   (Via facsimile: (781) 861-7875)