# EXHIBIT 7

Case 1:04-cv-12357-PBS   Document 122-8   Filed 12/04/2006   Page 1 of 2

**JASON AND FISCHER**

ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617) 423-7904
FAX. (617) 451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

November 17, 2006

Jeremy Silverfine, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Re:   Brian Kennedy, et al v. Town of Billerica, et al

Dear Mr. Silverfine:

Enclosed please find the following medical records for Michelle and Brian Kennedy which we have received to date:

1. Medical records from Executive Office of Health and Human Services, Department of Mental Health, Solomon Mental Health Center of Michelle Kennedy;

2. Records from Neighborhood Health plan of Michelle Kennedy;

3. Records from Solomon Health Center of Michelle Kennedy;

4. Medical records from Lahey Medical Clinic of Michelle Kennedy;

5. Medical Records from Saint Memorial Medical Center of Michelle Kennedy; and

6. Medical Records from Saint Memorial Medical Center of Brian Kennedy;

These are all the medical records we have received. We have requested further records and will provide any further records as we receive them.

When will the Defendants provide the answer to Interrogatory #3, which they have been under court order to provide for several months now, pursuant to the ruling on Plaintiff's Motion to Compel.

Yours truly,

Andrew M. Fischer

AMF:jbc

Enclosures

kennedy\ltsilverfine47