# EXHIBIT 8

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria L. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

November 27, 2006

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re:   Kennedy v. Billerica

Dear Attorney Fischer:

    This letter will confirm our telephone conversation of November 22, 2006 relative to the above-referenced matter. At your request we have agree to reschedule Brian Kennedy's noticed continued deposition from November 28 until December 18, 2006. Additionally, you have stated that you intend to file a protective order on the continued deposition of Michelle Kennedy noticed for November 30, 2006 and therefore we will not be proceeding with the plaintiff's deposition on that date. We intend to oppose any motion particularly in light of the recent allegations brought forth by you clients against the defendants, and the recent discovery production by your clients, including medical and psychological records of the plaintiffs (sent on November 17, 2006).

    If you have any questions please contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: jj

cc: Fred Gilgun, Esq.