# EXHIBIT 9

**Page 1**

Volume: 1
Pages: 1 - 192
Exhibits: See Index

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-CV-12357-PBS

BRIAN KENNEDY and MICHELLE KENNEDY,
Individually and as mother and next
friend of BRIAN KENNEDY, JR.,
MITCHELL KENNEDY and DYLAN KENNEDY,
  Plaintiffs,

v.

TOWN OF BILLERICA, et al.,
  Defendants.

DEPOSITION OF AMY L. BAUM, a Witness called on behalf of the Plaintiffs, taken pursuant to the applicable provisions of the Rules of Civil Procedure, before Maureen Nashawaty, a Notary Public within and for the Commonwealth of Massachusetts, held at the offices of Jason & Fischer, 47 Winter Street, Boston, MA, on Thursday, October 12, 2006, commencing at 10:45 a.m.

COPLEY COURT REPORTING, Inc.
58 Batterymarch Street
Boston, Massachusetts 02110
(617) 423-5841

**Page 2**

APPEARANCES:

JASON & FISCHER
  BY: Andrew M. Fischer, Esq.
  47 Winter Street
  Boston, Massachusetts 02108
  On behalf of the Plaintiffs.

BRODY, HARDOON, PERKINS & KESTEN, LLP
  BY: Leonard H. Kesten, Esq.
  One Exeter Plaza
  Boston, Massachusetts 02116
  On behalf of the Defendants.

ALSO PRESENT: Daniel Rosa, Police Chief,
              Town of Billerica

              Michelle Kennedy, Plaintiff

              Brian Verolini

**Page 3**

INDEX

| Witness: | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| AMY L. BAUM | | | | |
| By Mr. Fischer: | 9 | | | |
| By Mr. Kesten: | | 189 | | |

EXHIBITS

| No. | Description | Page |
|---|---|---|
| 1 | Copy of Amy Baum's Driver's License | Premarked |
| 2 | Amy Baum Criminal History Report | 24 |

**Page 4**

STIPULATIONS

It is agreed and stipulated by and between counsel for the respective parties, that the deponent will read and sign the deposition.

It is further agreed and stipulated that the deponent shall have 30 days from the receipt of the transcript in which to sign the deposition. If it is not signed within that time frame, then it will be deemed to have been signed.

It is further agreed and stipulated that the signing before a Notary Public is hereby waived.

It is further agreed and stipulated that all objections, except as to the form of the questions and motions to strike, are reserved until the time of trial.

*******************

AMY L. BAUM, a Witness called by and on behalf of the Plaintiffs, of lawful age, having first been properly identified and duly sworn, testified before me in answer to direct interrogatories by Mr. Fischer.

**Page 5**

MR. FISCHER: My name is Andrew Fischer and I represent Michelle Kennedy. I am her lawyer in a claim she has against a number of Billerica police officers with her husband and her sons, and I believe you know something -- you know about that she has a case. I will ask you later in a few minutes what you know about this.

THE WITNESS: Yes.

MR. FISCHER: Before we start, let me explain to you that you are obliged to answer whatever questions I ask under oath, and in order to create a proper record, I am going to ask Mr. Kesten who represents Chief Rosa and other police officers about procedures that we are going to go forward with and then I will ask you a question about that.

As for stipulations, shall we reserve objections except as to form and motions to strike until the time of trial.

MR. KESTEN: I agree.

MR. FISCHER: Okay. The other thing is that there is going to be a transcript prepared of your testimony today.

**Page 6**

THE WITNESS: Yes.

MR. FISCHER: You are entitled to read the transcript for any errors. You don't have to do that. You can't change what you say but you can change a mistake that the Stenographer may make. You understand that?

THE WITNESS: Yes.

MR. FISCHER: And one of the things that the lawyers usually do at the beginning of the deposition is agree that you are going to -- that the witness will read and sign or will waive and say I don't care about reading and signing.

What is your pleasure?

THE WITNESS: Can you repeat that, sorry.

MR. FISCHER: Okay, there will be a transcript prepared of the deposition. I can get a transcript and show you what it looks like. Let me do that.

MR. KESTEN: I have one here if you want. That is what a transcript looks like.

MR. FISCHER: So it will say deposition of Amy Baum, the witness called and then everything that I ask you or Mr. Kesten

**Page 13**

1  A. Billerica High School.
2  Q. Then where did you go?
3  A. I went to Marshall Middle and then I
4  went to Billerica High.
5  Q. You left Billerica High in the 8th
6  grade?
7  A. No, I left Marshall Middle. I went to
8  9th grade in Billerica High but I stayed back
9  numerous times.
10  Q. When was that?
11  A. What do you mean? What year?
12  Q. Roughly, yes.
13     How old were you -- maybe is a better
14  way?
15  A. 16.
16  Q. And you dropped out of school?
17  A. Yes.
18  Q. What did you do then?
19  A. Worked.
20  Q. Where did you work?
21  A. Nautilus Plus and then I painted for a
22  private company.
23  Q. House painting?
24  A. Yes.

**Page 14**

1  Q. What was Nautilus Plus?
2  A. It was a gym.
3  Q. And where and when did you work there?
4  A. I worked there when I was 16 until I
5  was 18. It is in Billerica on the turnpike.
6  Q. What did you do there?
7  A. I worked in the day care.
8  Q. Taking care of little kids?
9  A. Yes.
10  Q. You like doing that?
11  A. Yes.
12  Q. Where were you living at that time?
13  A. At Michelle Kennedy's.
14  Q. How did you end up living at Michelle
15  Kennedy's?
16  A. I had a boyfriend that I lived with for
17  a while and then I had my son and things weren't
18  working out with him so I lived there.
19     Well, actually, no -- I don't know. I
20  just kind of bounced around. I couldn't really
21  tell you.
22     I lived everywhere and I did live at
23  her house for a point.
24  Q. You didn't get along with your parents

**Page 15**

1  at that point?
2  A. I did, but they moved to Winchendon and
3  their house got broken into twice and they didn't
4  want to stay down here any more and I did.
5  Q. And this was -- let me try to do the
6  math here.
7  A. Okay.
8  Q. You were born in 1979 and this is when
9  you were 16?
10  A. Yes.
11  Q. So around 1995?
12  A. Are you asking when I have lived with
13  Michelle?
14  Q. Well, I am adding from 1979, 16 years
15  makes 1995?
16  A. Well, I didn't live in Billerica
17  from -- I moved there when I was 10.
18  Q. Okay, but you are saying you left
19  school when you were 16?
20  A. Yes.
21  Q. When you left school, is that when you
22  left your parents?
23  A. Not right away.
24  Q. When did you leave your parents?

**Page 16**

1  A. I left after I dropped out and I moved
2  into an apartment.
3     So you are asking -- I'm sorry -- I am
4  nervous. What is your question?
5  Q. When you dropped out of school, where
6  were you living?
7  A. With my parents.
8  Q. And how long did you continue to live
9  with your parents?
10  A. Not too much longer because they moved.
11  Q. Where did you move?
12  A. I moved in with my boyfriend Ronnie. I
13  can't remember the apartments down by Sweeney's
14  Funeral Home.
15  Q. How long did you live with your
16  boyfriend?
17  A. Probably about two years.
18  Q. And then where did you go?
19  A. Then I went to my son's day care lady's
20  house in Tewksbury.
21  Q. Now your son is 6 and-a-half?
22  A. Yes.
23  Q. So he was born in 1989 or 1990?
24  A. 1999.

**Page 17**

1  Q. I'm sorry, 1999?
2  A. Yes.
3  Q. So when you left school, you were 16 --
4  it would have been 1995?
5  A. Yes.
6  Q. So we have about four or five years in
7  the late '90s?
8  A. Actually I lived in Lowell with my
9  son's father.
10  Q. Before your son was born?
11  A. Yes.
12  Q. At some point did you live with
13  Michelle Kennedy?
14  A. Yes.
15  Q. And when was that?
16  A. Probably around the time I worked at
17  Nautilus. I know that. So when I was 17. So I
18  lived with her before my son.
19  Q. Okay. So that would have been -- how
20  long did you live with Michelle Kennedy?
21  A. Like seven months or so.
22  Q. Okay. Were you friends?
23  A. Yes, I have been friends with her since
24  I was 10.

**Page 18**

1  Q. Are you still friends with her?
2  A. I haven't talked to her lately.
3  Q. Why haven't you talked to her lately?
4  A. Because I was kind of upset over some
5  friend things.
6  Q. What were you upset over?
7  A. Because she kind of made some insults
8  to my boyfriend.
9  Q. And when was that?
10  A. It was after October of last year.
11  Q. What insults did she make to your
12  boyfriend?
13  A. She just didn't like him.
14  Q. Is that the only reason you haven't
15  been speaking with Michelle Kennedy?
16  A. We have just had some ups and downs
17  throughout the years.
18  Q. Is there any other reason you are upset
19  with Michelle Kennedy?
20  A. Well, I am kind of upset that I have to
21  be involved with this because I don't like
22  getting involved with things like this.
23  Q. With things like what?
24  A. With court and having to talk to people

Page 121

that got in trouble for something but he was
going to get helped out or something.
Q. He was going to get helped out by who?
A. The cops.
Q. Who was that?
A. I don't know if he even did -- I can't
remember -- I know it wasn't him though. She
said something about if he would cooperate or
something with them, he would get not put in jail
or something to do with his license.
Q. You don't know who this was?
A. Ray Trainer, she said if he would help
them out or something.
Q. Did you ever speak to Ray Trainer?
A. No.
Q. Do you know if -- did you ever speak to
Officer Connors around this time?
A. No, I never talked to him when I was
talking to her. It was after.
Q. Now, you felt comfortable calling
Officer Connors to ask him about a ride here?
A. You have it all wrong. I called him
after I wasn't talking to her any more when she
asked me to go -- but my last conversation with

Page 122

any of them was with Brian and he was being a
little sketchy to me -- he was saying you know
what they have done to me -- you know, are you
going to talk to my lawyer -- and I hadn't really
talked -- I hadn't talked to anybody before then,
and then when I decided to call, I just told him
that she was calling me and I got in an argument
with her and I didn't want to deal with the crap
any more and that is when I told him that she
wanted me to fill out a statement and I hadn't
yet.
Q. Now you could have called me and said
you didn't want to talk to me?
A. What?
Q. You said Brian gave you the lawyer's
phone number or Michelle gave you the lawyer's
phone number -- my phone number?
A. You called a couple of times. I didn't
get a phone number from them. I could have
called you and I didn't.
Q. You could have said I don't want to
talk about it?
A. To who?
Q. To me or Brian or Michelle?

Page 123

A. I didn't know what you were going to
ask me.
   I figured that if I talked to you, I
would have to tell you everything and I didn't
want to say everything because you are her lawyer
and I didn't want you to go back and tell her
everything -- so I wasn't comfortable with this
whole deal.
Q. But you were comfortable talking to
Officer Connors?
A. It is easier to talk to him because he
is not people -- yes, it is easier if you were to
in my shoes.
Q. Wouldn't it be easier not to talk to
anybody?
A. Yes, but I was pissed off and I wanted
to talk about it because I am my own person and I
can talk about it if I want.
Q. When did you get pissed off?
A. Because I didn't talk to her for a long
time and then all of a sudden she calls me out of
the thin air and all of this is going on and she
was just being nice to me because she wanted me
to fill out a statement.

Page 124

Q. Is there anything wrong with that?
A. Kind of when you have been through a
lot of crap and she didn't call me any other
times to be friends and she just calls out of the
blue because this was going on.
Q. So it is wrong to call an old friend to
ask them to be a witness in a case?
A. That is not wrong.
Q. And that got you angry enough to call
Sergeant Connors?
A. It didn't make me angry. I could have
called him at any time.
   But do you want to really know the
truth -- I had some Ecstasy and that is a drug and
I told her that I had some because I was going to
take it but I didn't and then she was going to
some concert and she asked me if she could buy it
off of me and then I asked my boyfriend if I
should sell it and he said he didn't want to sell
it and so I told her that he was going to keep it
and she pulled a fit and she started insulting my
boyfriend and I didn't like it.
   And every time I have a boyfriend, she
doesn't like them and I was sick of her games and

Page 125

her crap.
Q. When did this happen?
A. A couple of months ago -- the last time
I talked to her.
Q. Now you have talked a lot today about
how you wanted to change your life?
A. Yes.
Q. And raise your kids?
A. And guess what, I had them drugs for
two years or three years -- what does that have
to do with anything? She wanted them. She
wanted to do them. I didn't do them. So what
are you getting at?
Q. Are you nervous that you might get in
trouble for having drugs?
A. No, because I don't have them any more.
Are you going to call D.S.S. on me?
   MR. KESTEN: He might.
   MR. FISCHER: I won't.
A. Yes, I am sure. You can if you want
because I don't care. I have dealt with them
before.
Q. Why don't you care?
A. Because you are just going to go and

Page 126

call them. You are going to go and call them
because I am not cooperating with you.
Q. You are cooperating. You are answering
my questions and I wouldn't do something like
that.
A. Well, whatever -- I don't want to talk
about it. Call them if you want.
Q. What don't you want to talk about?
A. I will talk about anything. Obviously
I wouldn't have told you that if I was scared.
Q. If you are scared about anything I ask,
please tell me.
A. I am not scared. I have nothing to
hide. I am a good mother. I can take a drug
test right now.
   So what is your next question?
Q. Now you had these drugs a couple of
months ago?
A. Yes, I didn't have them in my house.
Q. And you told Officer Connors about the
drugs?
A. No, I didn't tell him about that --
actually I might have -- I am not even sure.
   Because that is past tense, just like

**Page 151**

using you because of the case and all of that, well, I guess you could say I did kind of call you because it was all coming about and stuff, but, you know, you are a very nice person and you are generous and I did want to be friends with you again -- so it was both things and I didn't care either way until she pissed me off.
Q. How did she do that?
A. She was insulting my boyfriend.
Q. When did that happen?
A. When she tried to buy the drugs off of me.
Q. When was that?
A. A couple of months ago.
Q. Now, the time when you lived with Michelle Kennedy, it is true that you never saw her do drugs, isn't that true?
A. She has done Ectasy.
Q. Didn't you say on the videotape that you did with the police that you never saw her do drugs?
A. I can tell you exactly -- she used to deal coke and all of that and I went on drug deals with them when I was a kid and didn't know

**Page 152**

it.
I didn't see her do coke, but I have popped pills with her, like Vicodin and stuff like that. And she was on Ectasy before. I have never exactly seen her on it but I know she has told me she got into it pretty bad.
Q. You have seen her take Ectasy?
A. I didn't see her take the Ectasy. I have seen her take the Vicodins. She told me when she went out to the clubs she was taking Ectasy. That is why she wanted to buy it off of me because she said it made her feel beautiful.
Q. Isn't it true that on that videotape you said you never saw her do drugs?
A. I meant like -- I have never seen her deal coke and do coke -- I have been on the deals when Brian has been behind the dumpster, but I have never seen her sniff a line because I have never done that before -- I might have said I never seen her do it but I guess I was saying that because Vicodins and all of that are painkillers and you can take them when you are not supposed to.
Q. So when you said on the police

**Page 153**

videotape that she -- that you never saw her do drugs?
A. I meant I have never seen her sniff a line but she has done Vicodins and Oxycontin.
Q. What you said on the videotape was that she never did drugs?
MR. KESTEN: Are you sure she said that?
MR. FISCHER: Did you see that on the videotape?
MR. KESTEN: Are you sure, Andrew?
A. Well, what I meant, maybe I said it wrong.
Q. I am not asking what you meant. I am asking what you said.
A. I guess maybe I don't remember. You are the one that knows because you watched it. I only said it. I didn't get to watch it. Can we watch it?
I just don't know what you are getting at. Are you trying to decipher if she is a drug addict or not? I don't know.
But she wanted to buy E's. I know she does them. Maybe she is not a crack head, but

**Page 154**

actually, I can tell you my son's father saw her at a clubhouse smoking crack.
Q. Your son's father, Mr. Tranni?
A. Yes, he saw her and she admitted it to me and said -- so what, I don't do it all of the time.
Q. When did she admit that to you?
A. On the phone.
Q. When was that?
A. One of my conversations with her. I said oh, by the way, there are two things I don't like about her -- she ended up breaking up with Brian and going to sleep with somebody else but I didn't like it because she used to write me letters calling me a whore, that I did this and that and I didn't think that was right and here she is married and when I heard she did that, being at some clubhouse doing crack -- I thought that that was disgusting and I told her so.
Q. When did she break up with Brian?
A. I don't know. She told me she broke up with him and went out with some Puerto Rican guy that beat her head in and that is why he is in jail.

**Page 155**

Q. Do you know when this was?
A. I wasn't talking to her. They broke up for a while.
Q. You don't remember what the -- when you say you paid her $520.00 bail when she was in Framingham State?
A. I did and the bail slip was in my name and then I didn't want it in my name any more so I put it into this boy's name that I was dating, Joe. So when he got -- I called him before the case was done and kept asking him, I want that bail slip. Give it to me. It was my $520.00 because the whole thing was like 2 grand and he got pressured by them in making him give it to them because I never saw it. And I kept trying to find out when their case was done with and when I found out it was done, I knew that my money was out the window and when we came friends I mentioned to her, I said to Brian, her or Brian, I said remember that bail money that I put $520.00 of my whole entire pay check in from work to get her out, and she said oh, yes, and Brian said, I didn't really remember and they played like they didn't remember.

**Page 156**

Q. When were they saying that they didn't remember?
A. After we started talking again, I wanted to mention to her that the reason why I hadn't talked to her in three years was that she owed me that money. They tried to get a hold of me a couple of times but my father actually kept the messages because he doesn't want me associated with them.
Q. Let me back up on something. You said that the bail was originally in your name?
A. Yes.
Q. So you were entitled to get the bail money back?
A. Yes.
Q. And you voluntarily put the bail in somebody else's name?
A. Yes.
Q. You didn't put it in Kennedys' name?
A. No.
Q. You put it in your boyfriend's name?
A. Yes.
Q. What was his name?
A. Joe.

Page 163

```
 1  have something to get back to and you are really
 2  not being fair to them by arguing with her
 3  constantly about this stuff or trying to persuade
 4  her about the civil rights.
 5       It is wholly irrelevant to anything.
 6       MR. FISCHER:  I am not trying to
 7  persuade anyone.  And it is inappropriate for you
 8  to make a comment like that or suggest that I
 9  would sit and waste time after your going beyond
10  the rules and taking the third day of Mrs.
11  Kennedy's deposition asking her all kinds of
12  things that have nothing to do with this case and
13  so let's not go there and let's not suggest to
14  this witness that would be doing anything
15  inappropriate.
16       MR. KESTEN:  You are absolutely
17  wasting time.
18    A.  Well, I just want to tell you one thing
19  that is upsetting me is that you are like --
20  obviously you don't know me and you don't know
21  her but you have to defend her -- that is fine.
22       But you are getting like -- being wise
23  to me like you don't believe my questions and my
24  answers here.  So now when all of this is being
```

Page 164

```
 1  put down on paper, she is going to be able to
 2  take that home and show them and you are putting
 3  me in danger and my kids.  I am just letting you
 4  know that so if anything happens to me --
 5    Q.  How am I putting you in danger?
 6    A.  You are asking all of these things that
 7  have nothing to do with this.  They are going to
 8  see all of this.  This is like personal stuff.
 9       MR. FISCHER:  Can you go back to the
10  question that I asked before Mr. Kesten
11  interrupted.
12       MR. KESTEN:  Doesn't she have a right
13  to have a camera?  Don't they have a right to
14  give her the finger.
15       MR. FISCHER:  Let me have the
16  question.
17       (Short Pause.)
18       MR. FISCHER:  Could we put on the
19  record that Mr. Kesten is making mockery with the
20  witness' -- who I have allowed the courtesy to
21  sit here -- the witness' boyfriend who really has
22  no right to be here and Mr. Kesten and Chief Rosa
23  are -- Mr. Kesten just gave the finger to --
24       MR. BRIAN VEROLINI:  Brian Verolini.
```

Page 165

```
 1       MR. FISCHER:  Mr. Brian Verolini and
 2  the three of them are sitting and making fun of
 3  the deposition.
 4       MR. KESTEN:  Yes, I did.
 5       MR. FISCHER:  And now that that is on
 6  the record, can I have the question back?
 7       MR. DANIEL ROSA:  Mr. Fischer, I want
 8  to go on the record to say that I have not said
 9  one word in here yet.
10       MR. FISCHER:  You don't have a right
11  to say anything.
12       MR. DANIEL ROSA:  I have not said one
13  word, sir.  I have sat here and not said a word.
14       MR. KESTEN:  And you know it.
15       MR. FISCHER:  I also know the little
16  boy antics that the three of you were just
17  engaged in.  You were the one that put up the
18  finger, Lenny.
19       MR. KESTEN:  I did so don't accuse,
20  Chief Rosa.  Don't accuse Chief Rosa.
21       MR. FISCHER:  Can I have the question
22  back please?
23       (The preceding *question was read
24  back by Stenographer.)
```

Page 166

```
 1    A.  Yes, you have a right to speak your
 2  mind in this country and do things but when it
 3  goes over the line -- I am just saying
 4  normal citizens don't just pull out cameras to
 5  tape police officers.
 6       I am not trying to say it just to "be
 7  on their side".  I am just saying I wouldn't pull
 8  out a camera.  She is not Rodney King like
 9  getting beaten or anything so I don't see why she
10  like whips a camera out.  That is my opinion.
11    Q.  So if she is not Rodney King and
12  nothing bad is happening to her, what is the harm
13  in what she is doing?
14    A.  Then what she is saying is that if she
15  has a right to pull out that stuff on them, why
16  don't they have the right to give her the finger
17  or to tell a rookie, you know, these people are
18  pains in the asses and everyone knows about them.
19       They make their own misery and they are
20  outlaws.  That is what they call themselves.
21  That is what Mickey said and Billy has got "fuck
22  the cops" tattooed on his back.  That is their
23  idea of fun, but they want millions of dollars
24  for this lawsuit because they think that the cops
```

Page 167

```
 1  are the ones antagonizing them, but usually
 2  people get treated how they act.
 3       If a little kid acts like an ass, they
 4  are going to get treated like an ass.  If you act
 5  like a criminal, you are going to get treated
 6  like a criminal.
 7       Yes, she has a right to have a camera.
 8    Q.  And I am still trying to find out what
 9  else she has done to warrant the police -- you
10  just said that the police tell everyone that they
11  are troublemakers?
12    A.  I am assuming that people know that
13  because she is saying that everybody is against
14  her -- that she gets into trouble for no reason.
15    Q.  Do you know how many times she has been
16  arrested?
17    A.  No, a lot.
18    Q.  Do you know how many times she has been
19  arrested and found not guilty?
20    A.  Because she pays lawyers to get her off
21  the hook.  You know that is true when people are
22  drug dealers they got off things because money
23  talks.
24       If I felt like getting off and paying
```

Page 168

```
 1  out the ass for all of the trouble I have been
 2  into, I wouldn't have a record right now but I
 3  plead guilty because I was there, and A, was
 4  scared -- I had kids.  I was pregnant and I
 5  didn't want to go on the stand -- it was my
 6  choice.
 7       That is what I said to the judge.  I go
 8  why am I guilty for this when I wasn't the one
 9  that started it, blah, blah, blah.
10       He told me, "you stay away from them --
11  you were there -- so you are involved".
12    Q.  Did you ever see a police officer touch
13  Michelle Kennedy?
14    A.  No.
15    Q.  Never?
16    A.  Never.  Probably put cuffs on her, I
17  guess.  Touch her in what way?
18    Q.  You never saw a police officer assault
19  Michelle Kennedy?
20    A.  No.
21    Q.  You never saw a police officer hit
22  Michelle Kennedy?
23    A.  No.
24    Q.  You never saw a police officers give
```