# EXHIBIT 10

```
                              Volume 1
                              Pages 1-124
                              Exhibits per index


              UNITED STATES DISTRICT COURT

              DISTRICT OF MASSACHUSETTS


          Civil Action No. 04-CV-12357-PBS


    ---------------------------------:
                                     :
    Brian Kennedy, et al,            :
              Plaintiffs,            :
                                     :
    V.                               :
                                     :
    Town of Billerica, et al,        :
              Defendants.            :
                                     :
    ---------------------------------:


             DEPOSITION OF RAYMOND F. TRAINOR,
    JR., a witness called on behalf of the Plaintiff,
    taken pursuant to the Federal Rules of Civil
    Procedure, before Patricia M. Haynes, a Certified
    Shorthand Reporter and Notary Public in and for
    the Commonwealth of Massachusetts, CSR No.:
    14620F, at the Offices of Jason & Fischer, 47
    Winter Street, Boston, Massachusetts, on
    Wednesday, June 27, 2006, commencing at 10:30 a.m.




                   Copley Court Reporting
                     101 Tremont Street
               Boston, Massachusetts  02108
                       (617) 423-5841
```

1   Billerica.  Bumping into him and knowing his name.
2   And once he started dating and married Michelle,
3   we became acquaintances.
4        Q.   Were you ever more than acquaintances?
5        A.   As far as what?
6        Q.   With Brian Kennedy?
7        A.   As far as what?
8        Q.   You're using the wording acquaintance
9   rather than the word friend.
10       A.   Exactly.  We'll keep it at that.
11       Q.   I'm asking you --
12       A.   We'll keep it as acquaintance.
13       Q.   What is the distinction between
14  acquaintance and friend?
15       A.   I didn't think he was that close to me to
16  say he was a friend.
17       Q.   But Michelle Kennedy was a close friend
18  of yours?
19       A.   Grew up with her for many years, lived at
20  their house with them for years.
21       Q.   Which house was that?
22       A.   Bedford, Massachusetts.  Davis Road,
23  Bedford, Massachusetts.  Lived there for about
24  four, five years with them.

1   A.   No.

2   Q.   And you were never witness to any
3   altercation between Brian Kennedy and police
4   officers?

5   A.   No.

6   Q.   Were you aware of any injuries Brian
7   Kennedy has suffered?

8   A.   Any injuries?

9   Q.   Yes.

10  A.   Something to do with his foot.  He fell
11  down and broke his leg or something.  That's all I
12  know about.

13  Q.   How do you know that?

14  A.   Because he had a cast on.

15  Q.   Did you ask him why he had the cast?

16  A.   I went to more than third grade.  I can
17  figure out if you have a cast, you broke your
18  foot.  You don't have to inquire about anything.

19  Q.   Do you know how he broke his foot?

20  A.   Yes, I do.

21  Q.   How did he break his foot?

22  A.   He was at a drug dealer's house and they
23  got in a fight.  The kid fell on his leg and broke
24  his foot.

Q. Who was the drug dealer?

A. I'm not going to answer that.

Q. You're refusing to release that?

A. I'm not going to release the information until I feel it's proper.

Q. And I could go to court and ask the judge to compel you to answer the question.

A. You can do that.

Q. When was he in the drug dealer's house?

A. Whenever he broke his foot. Ask him.

Q. When did you see him in his cast?

A. He was in a cast for quite some time, sir.

Q. Was it in the last year or two, five years ago, was it 20 years ago?

A. Within the last two-and-a-half years.

Q. How do you know he was at a drug dealer's house?

A. Because I know the gentleman.

Q. Do you know what Mr. Kennedy was doing at a drug dealer's house?

A. No, I do not.

Q. You say he got into a fight with someone?

A. Something to that effect. I do not know