# EXHIBIT 11

Case 1:04-cv-12357-PBS   Document 122-12   Filed 12/04/2006   Page 1 of 3

```
                                                            1
                              VOLUME:  I
                              PAGES:   1 through 157
                              EXHIBITS: See Index


              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


*******************************
BRIAN KENNEDY and MICHELLE      )
KENNEDY, Individually and as    )
Mother and Next Friend of       )
BRIAN KENNEDY, JR., MITCHELL    )
KENNEDY, and DYLAN KENNEDY,     )       C.A. NO.
                 Plaintiffs,    )   04-CV-12357-PBS
                                )
     vs.                        )
                                )
TOWN OF BILLERICA, et al.,      )
                 Defendants.    )
*******************************
```

**DEPOSITION OF FRANK MacKENZIE**, a witness called on behalf of the Plaintiffs, taken pursuant to the Provisions of the Federal Rules of Civil Procedure, before Julie A. Healey, a Certified Shorthand Reporter, Registered Professional Reporter, and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Jason & Fischer, 47 Winter Street, Boston, Massachusetts, on November 7, 2005, commencing at 10:05 a.m.


COPLEY COURT REPORTING
101 Tremont Street
Boston, Massachusetts 02108

COPLEY COURT REPORTING, INC.
(617) 423-5841

under which you became aware of Michelle Kennedy at that time?

A.   I was friendly, cordial with her, it was a situation where we had conversation many times, the substance of the conversation, I don't recall any of it.  It was a cordial, cordial relationship.

During that time frame, I found out that her and her husband, Brian Kennedy, were involved in the sale of narcotics, and I was cultivating informants in regards to that information, and that's when things went awry per se.

Q.   Do you know where you were when you first met Michelle Kennedy in 1990, 1991?

A.   No.

Q.   Okay.  Prior to establishing a friendship with Michelle Kennedy, were you just aware of her in town as just, without having been formally introduced to her or met her, were you aware of her prior to meeting her?

         MR. SILVERFINE:  Objection as to form.  You can answer.
BY MR. GILGUN:

A.   Is there any chance you could rephrase