# EXHIBIT 12

COPY

VOLUME: 1
PAGES: 1 - 90
EXHIBITS: See Index

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
*******************************************
BRIAN KENNEDY and MICHELLE KENNEDY,      )
Individually and as Mother and Next      )
Friend of BRIAN KENNEDY, JR., MITCHELL   )
KENNEDY and DYLAN KENNEDY,               )
                                         )    Case Number:
                          Plaintiffs,    )    04-CV-012357-PBS
                                         )
           vs.                           )
                                         )
TOWN OF BILLERICA, et al.,               )
                                         )
                          Defendants.    )
*******************************************
```

DEPOSITION OF THOMAS CONNERS, a Witness called by and on behalf of the Plaintiffs, taken pursuant to the applicable Massachusetts Rules of Civil Procedure, before Vincent Martino, a Notary Public within and for the Comm. Of Massachusetts, held at the Offices of Jason & Fischer, 47 Winter Street, Boston, MA, 02109, on Tuesday, November 1st, 2005, commencing at 2:00 p.m.

COPLEY COURT REPORTING
101 Tremont Street
Boston, Massachusetts 02108
(617) 423-5841

compromise any, because that is a very, I think there might be -- I want to make sure the record is clear. I don't want to put the Officer in a difficult position. I don't know this, I'm raising it.

Q. Let's set that aside for now and say without regard to any pending investigations that might be ongoing, are you aware of any investigations that have taken place in the past and now completed relative to an investigation of the Kennedys' for the sale or the use of narcotics?

A. Yes.

Q. How many investigations are you aware of?

A. Just one that I know of.

Q. Do you know when that investigation took place?

A. I was not privy to it. I heard about it. I didn't get into it. I was not in the Criminal Bureau so it was outside my concerns.

Q. How did you hear about it?

A. Again, probably just talk through the department.

Q. What information did you or what did you hear from the talk through the department about this investigation?

A. I heard really nothing. Just that there was an investigation and it had culminated and I don't know what the results of it were.

Q. Do you know whether Brian and Michelle or Brian or Michelle was the subject of that investigation?