UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,               )
Individually and as mother and                    )
next friend of BRIAN KENNEDY, JR.,                 )
MITCHELL KENNEDY AND DYLAN KENNEDY                 )
                      Plaintiffs                )
VS.                                                )
                                                   )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.             )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,     )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD               )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK         )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,        )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,        )
WILLIAM MCNULTY, DONALD MACEACHERN,                )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT           )
BROWN, WILLIAM G. WEST, GREGORY KATZ,              )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM           )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY          )
F. MCKENNA AND JOHN DOE,                           )
                      Defendants

## DEFENDANTS' RENEWED MOTION FOR ORDER FOR RECORDS FROM THE MIDDLESEX DISTRICT ATTORNEY'S OFFICE

Now come the Defendants in the above-referenced matter and hereby renew

their motion to this Court for an Order to the Middlesex District Attorney's Office to

produce any and all records including police reports, supplemental police reports,

Complaints, indictments, 911 tapes, witness statements, booking sheets, arrest reports,

pleadings, Court Orders, victim impact statements and taped conversations relating to

three cases, i.e. *Commonwealth v. Brian Kennedy*, Indictment No. MICR2002-00150,

*Commonwealth v. Michelle Kennedy*, Indictment No. MICR2002-00151 and *Commonwealth*

*v. William Ashton*, Indictment No. MICR2002-00152.

**Background**

The Defendants served a deposition subpoena upon the Middlesex District

Attorney's Office in early August 2006 requesting copies of records as outlined

hereinabove. (See copy of said deposition subpoena, attached hereto and marked as

"Exhibit 1"). The Middlesex District Attorney's Office objected to production of the

requested records. (See copy of letter from Massachusetts Attorney General's Office,

attached hereto and marked as "Exhibit 2"). The Defendants then moved for an order

from this court to obtain these records. (Document 68). An order issued on August 25,

2006. However, apparently the Defendants inadvertently did not provide notice to the

Middlesex District Attorney's Office of the motion for such an order (although a copy of

their opposition, in the form of Exhibit 2, was included in the submissions to the court)

and the court subsequently vacated the order.

The Defendants now renew their motion.

**Argument**

In support of this motion, the Defendants state that the Plaintiffs have filed a

lengthy

Complaint, which dates back to 1991. (See Document 1). In their Complaint, the

Plaintiffs have alleged, *inter alia*, that the Billerica Police Department and numerous

officers have acted inappropriately towards themselves and their extended family,

including a non-family member living in their household, to wit, William Ashton.

(Document 1).

Specifically, with regards to a November 9, 2001 incident in which Brian

Kennedy, Michelle Kennedy and William Ashton were arrested, the Plaintiffs alleged

that they were arrested without probable cause. (See Document 1, paragraphs 90-98).

As part of its duties and obligations, the Billerica Police Department turned over all

evidence that relates to the events as alleged in the Plaintiffs' Complaint (Document 1)

to the Middlesex District Attorney's Office for prosecution. Said prosecution resulted in

criminal proceedings against the three above-referenced individuals (Brian Kennedy, Michelle Kennedy and William Ashton). As part of its defense in this civil action, the Defendants now seek the requested materials and documents from the Middlesex District Attorney in order to properly prepare a defense in this case.

The Defendants further assert that there is no prejudice to the Plaintiffs nor the Middlesex District Attorney's Office as this case has already been fully litigated in the criminal courts. Further, as part of the prosecution that the Middlesex District Attorney's Office initiated in this case, the Plaintiffs (then criminal defendants) would have been provided with copies of all the requested documents (as part of the Middlesex District Attorney's Office's discovery production obligations), including grand jury minutes.

The Defendants state that without these documents, they will be greatly prejudiced in defending themselves against the allegations as set forth in the Plaintiffs' Complaint.

**Conclusion**

Wherefore, the Defendants respectfully request an Order from this Court requiring the Middlesex District Attorney's Office provide the above-referenced requested documents.

Respectfully submitted,
DEFENDANTS,
By their attorneys,

/s/ Jeremy Silverfine
Jeremy Silverfine, BBO No. 542779
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Date: December 13, 2006