# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                Plaintiffs )
                 )
VS. )
                 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )

### DEPOSITION SUBPOENA DUCES TECUM
### F.R.C.P. RULE 30 & RULE 45

TO:    Middlesex County District Attorney
         Attn: John W. McEvoy, Jr., First Assistant District Attorney
         40 Thorndike Street
         East Cambridge, MA 02141

GREETINGS:

YOU ARE HEREBY COMMANDED in the name of the Commonwealth of

Massachusetts in accordance with the provisions of Rule 45 of the Federal Rules of Civil

Procedure to appear and testify on behalf of the Defendants before a Notary Public of

the Commonwealth of Massachusetts, at the offices of Leonard H. Kesten and Jeremy

Silverfine, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116, on the **18th day of August, 2006 at 10:00 a.m.** and to testify as to your knowledge, at the taking of the deposition in the above-entitled action. You are requested to bring with you the documents on the attached Schedule "A."

The requested records are to be used for purposes of litigation. Attorneys for the Defendants certify that, pursuant to 160 C.F.R. 164.512 (e), they have given notice this date of the within Notice of Taking Deposition and Deposition Subpoena to counsel for the Plaintiffs, Andrew M. Fischer, Esq., Jason & Fischer, 47 Winter Street, Boston, MA 02108 and Fred Gilgun, Esq., Nicholson, Sreter & Gilgun, 33 Bedford Street, Suite 4, Lexington, MA 02420.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

_____          DATED: August 4, 2006
Leonard H. Kesten, BBO# 542042
Jeremy I. Silverfine, BBO No. 542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

_____
Notary Public:
My Commission Expires:

JANET E. CARUSI
Notary Public
Commonwealth of Massachusetts
My Comm. Expires May 4, 2012

***IN LIEU OF APPEARING, WE WILL ACCEPT CERTIFIED COPIES OF ALL DOCUMENTS REQUESTED IN SCHEDULE "A". IF YOU HAVE AN OBJECTION TO THE DOCUMENTS REQUESTED OR CANNOT PROVIDE THIS OFFICE WITH A COMPLETE COPY OF THE DOCUMENTS, THE DEPOSITION MAY BE NECESSARY.***

## SCHEDULE "A"

All records, including police reports, supplemental police reports, complaints, indictments, grand jury minutes, 911 tapes, witness statements, booking sheets, arrest reports, pleadings, court orders, victim impact statements, and taped conversations related to the following cases:

1. Commonwealth v. Brian Kennedy, MICR2002-00150 (disposed 2002);
2. Commonwealth v. Michelle Kennedy, MICR2002-00151 (disposed 2002); and
3. Commonwealth v. William Ashton, MICR2002-00152 (disposed 2002).

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                      Plaintiffs )
                       )
VS. )
                       )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )

### NOTICE OF TAKING DEPOSITION

TO:    Andrew M. Fischer, Esq.
        Jason & Fischer
        47 Winter Street
        Boston, MA 02108

        Fred Gilgun, Esq.
        Nicholson, Sreter & Gilgun
        33 Bedford Street, Suite 4
        Lexington, MA 02420

Please take notice that, at **10:00 a.m.** on **Friday, August 18, 2006**, at the offices of Leonard H. Kesten and Jeremy Silverfine, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116, the Defendants in this action by their attorneys, will

1

take the deposition upon oral examination of the Keeper of the Records of the Middlesex County District Attorney, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public, in and for the Commonwealth of Massachusetts, or before some other office authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deponent is required to bring all documents responsive to the attached Schedule "A."

You are invited to attend and cross-examine.

Respectfully submitted,
DEFENDANTS,
By their attorneys,

Leonard H. Kesten/BBO No. 542042
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: August 4, 2006

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 8/4/06

2

## SCHEDULE "A"

All records, including police reports, supplemental police reports, complaints, indictments, grand jury minutes, 911 tapes, witness statements, booking sheets, arrest reports, pleadings, court orders, victim impact statements, and taped conversations related to the following cases:

1. Commonwealth v. Brian Kennedy, MICR2002-00150 (disposed 2002);
2. Commonwealth v. Michelle Kennedy, MICR2002-00151 (disposed 2002); and
3. Commonwealth v. William Ashton, MICR2002-00152 (disposed 2002).

Date of Service: **08/08/2006**

## RETURN OF SERVICE

**KEEPER OF RECORDS**
I this day summoned the within named **MIDDLESEX CTY D.A./ATTN: JOHN MCEVOY, JR.** to appear as within directed by delivering to **JEN TEIXEIRA, SECRETARY** in hand, to wit; No. **40 THORNDIKE STREET** in the **MIDDLESEX** District of said **CAMBRIDGE** an attested copy of the subpoena together with the **$0.00** fees for attendance and travel.

Service and Travel    $27.00

Pd Witness    $0.00
-----------------------------------------
Total    $27.00

NOTES/COMMENTS:

*Harold E. Peters* (signature)

Harold E. Peters
Process Server & Disinterested Person

DB31924-HP    0000214399