# EXHIBIT 2



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

**August 10, 2006**

Jeremy I. Silverfine
Brody, Hardoon, Perkins & Kesten
LLP
One Exeter Place
Boston, MA 02116

Re:   Kennedy v. Town of Billerica
      Civil Action No. 04-12357-PBS

Dear Jeremy:

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, the Office of the District Attorney for Middlesex County (the "Middlesex D.A.'s Office") objects to the subpoena the plaintiff recently served on the D.A.'s Office in the above-captioned matter. The subpoena seeks "all records, including police reports, supplemental police reports, complaints, indictments, grand jury minutes, 911 tapes, witness statements, booking sheets, arrest reports, pleadings, court orders, victim impact statements and taped conversations" related to three cases: Commonwealth v. Brian Kennedy, Commonwealth v. Michelle Kennedy and Commonwealth v. William Ashton."

The Middlesex D.A.'s Office objects to providing this information on several grounds. The subpoena seeks confidential and privileged information, including information that is protected by the work-product doctrine, the investigatory privilege, the deliberative process privilege and the communication privilege. In addition, the subpoena seeks information that the Middlesex D.A.'s Office's is statutorily prohibited from releasing under the Criminal Offender Record Information (CORI) statute and relevant regulations. See G. L. c. 6, §§ 167-168, 172. Such information includes records "which concern an identifiable individual and relate to the nature of disposition of a criminal charge, an arrest, a pre-trial proceedings, other judicial proceedings, sentencing, incarceration, rehabilitation or release." G. L. c. 6, § 167. Also, grand jury proceedings are protected from disclosure and remain secret under a deeply rooted principle of the common law of the Commonwealth. *WBZ-TV4 v. District Atty. for Suffolk Dist.*, 408 Mass. 595, 599 (1990).

2

Please call me if you have any questions regarding this matter.

Yours truly,

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General

cc. Jessica Langsam, Middlesex District Attorney's Office (by first-class mail)