UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KENNEDY ET AL.,     )<br> Plaintiffs,          )<br>                    )<br>v.                  )<br>                    )<br>TOWN OF BILLERICA ET AL., )<br> Defendants.         )<br>                    ) | Civil Action<br>No. 04-12357-PBS |

DISTRICT ATTORNEY'S MOTION TO ENLARGE THE TIME
FOR FILING A RESPONSE TO THE DEFENDANTS' MOTION FOR ORDER FOR
RECORDS FROM THE MIDDLESEX DISTRICT ATTORNEY'S OFFICE

The District Attorney's Office (DAO) of Middlesex County, through counsel, respectfully moves this Court to enlarge the time for filing a response to the defendants' Motion for Order for Records from the Middlesex DAO to January 17, 2007.

As grounds therefor, counsel for the District Attorney's Office states:

1. On December 13, 2006, the defendants renewed their Motion for Order for Records from the Middlesex District Attorney's Office, seeking "[a]ll records, including police reports, supplemental police reports, complaints, indictments, grand jury minutes, 911 tapes, witness statements, booking sheets, arrest reports, pleadings, court orders, victim impact statements, and taped conversation related to the following cases: Commonwealth v. Brian Kennedy, MICR2002-00150; Commonwealth v. Michelle Kennedy, MICR2002-0051; and Commonwealth v. William Ashton, MICR2002-00152. (Paper No. 123).

(2) The Middlesex DAO has objected to the subpoena in a letter to defendants' counsel citing several grounds including that the order seeks confidential and privileged

2

information, i.e., information that is protected by the work-product doctrine, the investigatory privilege, the deliberative process privilege and the communication privilege. Also, it was noted that grand jury proceedings are protected from disclosure and remain secret under a deeply rooted principle of the common law of the Commonwealth. *WBZ-TV4 v. District Atty. for Suffolk Dist.*, 408 Mass. 595, 599 (1990).

(3) Undersigned counsel and defendants' counsel have been in discussions for the purpose of narrowing the scope of the documents sought. We have achieved agreement in several areas but more discussions are necessary.

(4) Additional time is needed because the Middlesex District Attorney's Office wishes to continue discussions with defendants' counsel in the hopes of reaching agreement while at the same time preserving its right to oppose aspects of the subpoena on the grounds of privilege should that course become necessary.

(5) Also, undersigned counsel carries a heavy caseload of post-conviction cases and is currently working on several pressing matters. She will also be on a long planned family vacation from Dec. 25, 2006 to January 2, 2007, all of which precludes an earlier filing.

WHEREFOR, for the above-stated reasons, the District Attorney of Middlesex County, through counsel, respectfully moves this Court to enlarge the time for filing a response to the defendants' Motion for Order for Records from the Middlesex DAO to January 17, 2007.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

3

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200,
BBO No. 037060

**CERTIFICATE OF CONSULTATION**

Pursuant to Local Rule 7.1 (A) (2), the attorney for the Office of the Middlesex District Attorney's Office certifies that she conferred with the defendant's counsel who stated that he did not oppose the above Motion.

/s/ Annette C. Benedetto
Annette C. Benedetto

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

Dated: December 21, 2006.    /s/ Annette C. Benedetto
Annette C. Benedetto