UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
MITCHELL KENNEDY AND DYLAN KENNEDY )
                              Plaintiffs )
VS. )
   )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                              Defendants

**DEFENDANTS' SUPPLEMENT TO THEIR MOTION FOR ADDITIONAL TIME TO COMPLETE DEPOSITION OF MICHELLE KENNEDY AND TO THE OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

Now come the defendants in the above-referenced matter and hereby supplement their prior submissions to the court relative to their outstanding Motion to Compel and For Sanctions (document 43) and Opposition to Plaintiffs' Motion for Protective Order and Defendants' Motion for Additional Time to Complete the Deposition of Michelle Kennedy (document 122).

Specifically, the defendants just recently received a copy of the plaintiff Michelle Kennedy's records from The Mental Health Association of Greater Lowell from the plaintiffs. (See copy of records from The Mental Health Association of Greater Lowell, attached hereto as "Exhibit 1"). Said mental health records were produced by the plaintiffs on December 18, 2006. Said records reference visits by the plaintiff Michelle Kennedy from on or about June 16, 2005 through August 18, 2005. (Exhibit 1). These

records contain information, *inter alia*, pertaining to Michelle Kennedy's developing addiction to percocets, attendance at a methadone clinic, and her description to medical staff about the plaintiff's allegations concerning the complaint in this case. (Exhibit 1).

The plaintiffs have not provided disclosure to the defendants relative to Michelle Kennedy's mental health medical history, addiction to percocets, or attendance at a methadone clinic (either at their initial disclosure or in any supplement to their initial disclosure).

Further, the plaintiff Michelle Kennedy has refused to answer questions at her deposition relative to attendance at any methadone clinic. (See Volume II of the deposition of Michelle Kennedy taken on July 12, 2006, attached hereto as "Exhibit 2", pages 16-21). The witness did not assert any proper privilege to decline answering the question at her deposition. (Exhibit 2, pages 16-22).

Based upon the dates of Michelle Kennedy's visits to the mental health facility (June-August 2005) which reference *prior* attendance at a methadone clinic (Exhibit 1), the plaintiffs have not fully disclosed Michelle Kennedy's attendance at a methadone clinic or a mental health facility even though they were aware of them during Ms. Kennedy prior depositions (of January 6, 2006 and July 12, 2006).

Further, as part of the deposition, the plaintiff Michelle Kennedy was asked questions about suffering from depression and claimed that she did not know who, where or when she had been treated by. (Exhibit 2, pages 139-141). Clearly if defendants' counsel had the opportunity to examine her on these recently produced records, critical discoverable information would have been obtained much earlier. The defendants now seek additional to inquire of Michelle Kennedy as to these disclosures and records.

Respectfully submitted,
Defendants,
By their attorneys,

/s/ Jeremy Silverfine
Jeremy I. Silverfine, BBO No. 542779
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: December 28, 2006