## MENTAL HEALTH ASSOCIATION OF GREATER LOWELL, INC.
### COMMUNITY & FAMILY COUNSELING SERVICES

99 Church Street
Lowell, MA 01852
Telephone: 978-458-6282  Fax: 978-441-9826
E-mail: mhagl@mhalowell.org

COPY

COPY

December 14, 2006

Jason & Fischer
Attn: Andrew Fischer
47 Winter Street, 4th Floor
Boston, MA 02108

To Whom It May Concern:

Enclosed you will find the records you requested on <u>Michelle Kennedy</u>, DOB <u>10-20-1967</u>.  If we can be of any further service, please call or write us at the above address and number.

Thank you

*Brenda Bettencourt*

Brenda Bettencourt
Office Assistant



# AUTHORIZATION TO USE AND DISCLOSE INFORMATION

## MENTAL HEALTH ASSOCIATION OF GREATER LOWELL, INC.

Community & Family Counseling Services
99 Church St.
Lowell, MA 01852
Ph: (978) 458-6282
Fax: (978) 441-9826

DEC 14 2006

## AUTHORIZATION TO USE AND DISCLOSE HEALTH INFORMATION

### SECTION A:  USE OR DISCLOSURE OF HEALTH INFORMATION

I,_____MICHELLE KENNEDY_____ hereby authorize the Mental Health Association of Greater Lowell:
        (Client Name)

**To:** ☒ Release To    ☒ Obtain From

The Person/Organization that is Providing/Receiving the Information:

**Print Name**____JASON & FISHER, ATTORNEYS AT LAW / ATTN: ANDREW FISCHER_____

**Print Address** ____47 WINTER STREET, 4TH FLOOR; BOSTON, MA 02108_____

Health information includes information collected from me or created by the Provider, or information received by the Provider from another health care provider, a health plan, my employer or a health care clearinghouse. Health information may relate to my past, present or future physical or mental health or condition, the provision of my health care, or payment for my health care services.

**I understand that the Provider is prohibited from disclosing information about treatment for alcohol or drug abuse or HIV status without my specific written authorization unless, with regard to information about treatment for alcohol or drug abuse, a disclosure is otherwise authorized by federal regulations governing Confidentiality of Alcohol and Drug Abuse Patient Records (42 CFR, Part 2).**

### SECTION B:   SCOPE OF USE OR DISCLOSURE
*Check One:*

Health information that may be used or disclosed through this Authorization is as follows:

☒    **All health information about me, including my clinical records, created or received by the Provider.** This information may include, if applicable:

- Information pertaining to the identity, diagnosis, prognosis or treatment for alcohol or drug abuse maintained by a federally-assisted alcohol or drug abuse program; or;

- Information regarding AIDS, ARC or HIV including, for example, a test for the presence of HIV antibodies or antigens, regardless of whether (i) this test is ordered, performed, or reported and (ii) the test results are positive or negative.

☐    All health information about me as described in the preceding checkbox, *excluding* the following:

_____

☐    Specific health information *including only*:

_____

_____

*Note:* *Describe the health information to be excluded or included in a specific and meaningful fashion.*

_____

## JASON AND FISCHER
ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617) 423-7904
FAX. (617) 451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

October 6, 2006

Medical Records and Bills Department
Community Mental Health of Greater Lowell
99 Church Street
Lowell, MA 01852

Re:   Michelle Kennedy
      D.O.B.: 10/20/1967

Dear Sir/Madam:

Please forward **certified** copies of **medical records** and **bills** of the above named Michelle Kennedy for treatment rendered from May 2005 to the present to this office as soon as possible.

A medical authorization signed by our client, Mrs. Kennedy is enclosed.

Thank you for our time and attention.

Yours truly,

Jacqueline B. Chiu
Paralegal

JBC:ms

Enclosure

kennedy\ltcommenhlthMK

**1099**

Medical Records & Bills Department
Community Mental Health
of Greater Lowell          Hospital

99 Church Street

Lowell, Ma 01852                                    October 6th          20 06

To whom it may concern:

    Kindly furnish my attorney, **Andrew M. Fischer**, of Jason & Fischer, 47 Winter Street, 4th Floor, Boston, Massachusetts 02108, with: (CROSS OUT THOSE NOT APPLICABLE). I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

    (1) certified copies of your medical records (a certified copy is one that bears a stamp or a signed statement "under penalties of perjury" by the custodian of the records that the records are true and accurate copies of the originals of my hospital record)

    (2) certified copies of your medical bills (a certified copy is one that bears a stamp or a signed statement "under penalties of perjury" that the bills are true and accurate and that the charges reflected therein are fair and reasonable for the services rendered.)

    (3) a medical report "signed under penalties of perjury" covering your diagnosis, treatment, and prognosis

relative to the injuries for which you treated me on or about: **January 1991 to Present.**

The above information is enclosed for Legal and Insurance purposes.

I understand I may revoke this authorization at any time by requesting such of the above referenced hospital/physician practice in writing, unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

This authorization expires three (3) years after the signing of this authorization.

Name: **Michelle Kennedy**

Date of Birth: **10/20/1967**

Date of Accident: **January 1991**

    I also request that you do not release my medical records to any other parties other than my attorney, even if you are served with a subpoena. Unless I advise you otherwise, a court order is necessary, and a subpoena is not a Court order. Thank you very much.

(Name) Michelle Kennedy

(Address) **1240 Gorham Street**

forms\medrelea

(City or Town) Lowell, **MA 01852**

1100

Circle:  TRANSFER/ TERMINATION SUMMARY

Client Name: _Michelle Kennedy_    I.D.# _10351_

Primary Clinician: _Mandia R Bisconet LCSW_    Date of Birth: _10/20/67_

Date of First Visit: _6/16/05_    Date of Last Visit: _8/18/05_
_300.0 Anxiety DO NOS_

Axis I: _311.0 Depressive DO NOS_    L.O.F.: _____
_r/o 309.8 PTSD    Percocett dependent (at termination)_

Axis II: _defer_    _full sustained remission ē methadone ℞_

Axis III: _Anemia, headaches_

Recapitulation of Treatment: _Tx focused on ventilating feelings re_
_alleged harrassment by Billerica Police Dept, decreasing_
_anxiety ē normalizing sleep._

_____

_____

_____

_____

Reason for Transfer/Termination: _(M) unhappy ē medication services_
_ē frustrated when disability paperwork could not_
_be completed in one day (M) stated she may leave_
_tx altogether if paperwork was not done. Clinician_
_stated it was her choice to do so. Clinician followed-up_
_ē phone calls + letter._

Follow up Recommendations Disposition: _____

_____

_____

Name of New Clinician: _____

_Mandia R Bisconet LCSW_    _10/25/05_
Clinician's Signature and Credentials    Date of Transfer/Termination

Multidisciplinary Team Signatures Review:

Psychiatrist: _L. Munikanth Jerin MD_    Date: _11-7-05_

Other Discipline: _Lynda Kaylor APRN_    Date: _11/7/05_

Other Discipline: _Bri McJill LICSW_    Date: _10/25/05_
REV 2/04

Mental Health Association of Greater Lowell, Inc.
# Treatment Plan & Quarterly Review

Client Name: _Michelle Kennedy_

Clinician's Signature _Marsha L Bennet LCSW_   Client's # _10357_   Date: _6/30/05_

Client's Signature _Michelle Kennedy_   Date: _6-30-05_

Treatment plan discussed w/parent /guardian

| Date | # | Problem | Behavioral Measure | Treatment Goals | Expected Comp. Date |
|------|---|---------|-------------------|-----------------|---------|
| | 1 | Cust related issues prior adjustment/ Stress | CC self-report clinical obs | (1) meds manageme __ no mtgs (2) visit dad | |
| | | | | physical therapy Both chunk (3) take 1 hr in am (4) take walks? (5) relaxation strategies "get healthy" | |
| | 2 | Health | CC self-report | (1) stop smoking (2) off methadone | |
| | 3 | family | CC self report- | (1) spend ½ time c kids | |

## QUARTERLY RISK ASSESSMENT

| | | | | | |
|--|--|--|--|--|--|
| | | | | Client not seen since 9/05 | 9/05 |

**Outcome Scale**
A — Achieved
+2 — Significant Progress
+1 — Some Progress
0 — No Apparent Change
−1 — Some Setback
−2 — Significant Setback
D — Deleted

**RISK ASSESS:**
N — None
L — Low
M — Moderate
H — High

| Quarterly | Outcome | Scores |
|-----------|---------|--------|

1102

## MHA Intake Evaluation

**Client's Name:** Michelle Kennedy     **I.D.#:** 10351     **Date of Birth:** 10/20/67
**Date of Intake:** 6/16/05

| Formulation Outline | Narrative |
|---|---|
| 1. Demographics<br>Age<br>Ethnicity<br>Language Ability<br>Current Living Situation | 38 yo caucasian female. Lives in Lowell w/ husband & 3 sons (17yrs, 15yrs, 12yrs). Recently moved here from Billerica. |
| 2. Presenting Problem<br>Prescriptions<br>Psychiatric History | (M) presents w/ sx of anxiety & depression. She reports racing thoughts, hx of panic attacks, difficulty sleeping & nightmares. (M) identifies reports problems began about 10 yrs ago when Billerica PD began severely harassing his family. (M) reports calling police b/c husband hit her following an argument. Police officer who responded to call reportedly began stalking her giving gifts, showing up places she was. (M) reports returning all gifts to officer's home, following this & the police officer + other officers began |
| 3. Developmental Hx | harassing her + her husband. She reports being stopped & ticketed numerous times w/o cause, accused of "A+B", resisting arrest, reports police but also DSS family track & children's state ward jambs. (M) reports enormous financial burden due to court & legal fees, loss of work, loss of friendships. (M) has a lawyer + able building |
| 4. Trauma Hx | case against Billerica PD, has also relocated to Lowell. |
| 5. Family Hx | Witnessed du b/wn parents. Parents divorced. (M) did little to support (M) + sibling. |
| 6. Educational/Work/Legal Hx | numerous legal problems reportedly as a result of police harassment. |
| 7. Social Supports/Strengths | (M) id her children + husband as major system. |

**Client's Name:** _Michelle Kennedy_       **I.D.#:** _10351_

## MENTAL STATUS

**Appearance/Posture:** older/younger/stated age □ bizarre ☑ clean □ disheveled □ relaxed
□ rigid/tense □ slumped □ unkempt □ well groomed  Other: _____

**Motor:** □ agitated □ fidgety □ hyperactive ☑ normal □ retarded □ tics □ tremors  Other: _____

**Eye Contact:** □ darting □ minimal ☑ normal □ staring  Other: _____

**Attitude:** □ aggressive □ apathetic □ combative □ cooperative □ defensive ☑ evasive ☑ friendly □ entitled
□ gestures □ guarded □ provocative □ submissive □ uncooperative □ withdrawn  Other: _____

**Speech:** □ hesitant □ loud □ monotonous □ mumbled □ normal ☑ pressured □ rapid □ slow □ slurred □ soft
□ stutter  Other: _____

**Mood:** □ angry ☑ anxious □ depressed □ despairing □ empty □ euphoric □ euthymic □ expansive □ futile
□ guilty □ irritable □ self-contemptuous □ terrified □ overwhelmed  Other: _____

**Affect:** □ blunted □ broad □ constricted □ dysphoric □ euphoric □ flat □ inappropriate □ labile
□ modulated ☑ normal range □ sad □ tearful  Other: _____

**Perceptions:** Content: _____ Depersonalization: _____
Illusions: _____ Derealization: _____
Hallucinations □ Y ☑ N

**Thought Process:** □ blocking □ circumstantial □ clear /logical □ concrete □ confabulation □ confused
□ distractibility □ flight of ideas □ goal directed □ impulsive □ loose associations □ pressured ☑ rapid □ slow
□ tangential  Other: _ct describes having racing thoughts_

**Thought Content:** Delusions _____ Paranoia: _____
Preoccupations, obsessions _____
HI _denies_ _____ SI _denies_ _____ Other _____

**Cognition:** □ abstraction ☑ concentration _poor_ □ immediate recall □ insight □ recent memory ☑ remote memory _poor_
Intelligence: _low-average_ Judgement: _good_
Oriented: _X 3_ Other: _____

---

**Substance Abuse Hx:** List ETOH/drug use, amounts, and frequency: _denies ETOH + illegal drug use._
_However reports developing addiction to percosets initially_
_prescribed for headaches. Reports tx @ HMI currently / on_
_methadone_

□ age of first regular use: _____ □ blackouts □ tolerance □ withdrawal □ seizures □ self admitted problem?
□ currently using   length of recovery: _____ self help involvement _____
family hx _____

---

**History of Psychiatric/Substance Abuse Treatment/Hospitalizations:**
_ct memory poor re: past tx_
_reports methadone tx @ HMI_
_Some counseling @ Soloman / Holt_

---

**Were release of information for records requested?** _✓_ yes   ___ no _for LGH + HMI_
                    **If so, client:** ___ Accepted   ___ Declined

Client's Name: _Michelle Kennedy_    I.D.#: _10357_

| Medical: |
| --- |
| **Current Health, Medical Problems/Hx/Concerns:** _Anemia_ |

**Allergies:** _NKA_

**Current Medications:**

**Primary Care Physician:** _Burlington OB/GYN_

**Has client had medical exam in the past six months?:** _✓_ yes __ no

   **If not, has one been requested by interviewing clinician?:** __ yes __ no

**Date release for medical records sent:** _6/16/05_

## DIAGNOSES:

| Client's diagnosis | DSM IV Code | DSM IV Name |
| --- | --- | --- |
| **Axis I:** | 300.0 | Anxiety DO NOS |
|  | 311.0 | Depressive DO NOS |
|  | 309.81 | R/O PTSD |
| **Axis II:** | defer |  |
| **Axis III:** |  | anemia |

**Axis IV: Psychosocial and Environmental Problems** (Check all that apply. Describe stressor(s). Indicate if they are acute or chronic.)

   _ No significant stressors

   _ Mild: _____

   _ Moderate: _____

   _✓ Severe: _reported police harassment_

   _ Extreme/Catastrophic: _____

**Axis V: Client's Current GAF:** _____

**Client's Name:** Michelle Kennely       **I.D.#:** 10351

**Risk Assessment of Danger to Self or Others:**

__No evidence of risk    __ Low    __ Moderate    __ Severe    __ Extreme

**Elaboration of Assessment:** (Ideation, plan, intent, history, supports, restraints, ability to contract, etc.)

No hx of thoughts or attempts

**Diagnostic Formulation and Treatment Recommendations:** 38 yo caucasian female presents c̄ sx of anxiety + depression. Reports severe harassment by police dept. for last 10yrs. Harassment has impacted her + her family financially + emotionally. Possible (PTSD) as she has nightmares involving police + harm to her family.

Michelle could benefit from indiv counseling to address experience (MRB) + process police harassment & learn relaxation techniques. Recommend med eval to normalize sleep + ↓ anxiety.

Mandra A Biscornet LCSW

**Signature of Clinician**

**Interdisciplinary Team Review:**      **Date:** 8 2/05
Signatures:

Mary Bewe LCSW  Lynda Kaylor RNCSR

___ M ___ LICSW  Ruth Mark MSEd

A Daniels LICSW

Client.....1041 KENNEDY
Clinician.....6034 WHEELER RN WENDY
Supervisor....
Program.......1000 COUNSELING
    Cost Center... 1 COMM COUNSELING CTR
    Service Type... 1 Mental Health(O/P)
Location...... 100 MHA
DX...........300.00 ANXIETY DISORDER NOS
D.O.S........08/31/05   Time...5:30 pm

Scheduled 08/31/05
Prepared.. 08/30/05

D.O.B........10/20/67
S.S.N........018565992
Home Phone #..(978)455-1941
Other Phone #.(  )  -
P.O.Box.
Street..1248 GORHAM ST
City...LOWELL
State...MA   Zip..01852

DX-1..300.00 DX-2..    DX-3..
Primary Clin:
    25 BISCORNET, MANDRA        Last Seen
Primary Psych:                   08/25/05

Med.Inc.Clin:

ZDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDD?ZDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDD?

| 3  Service Codes: | Min/ | Cnt | 3 | Pay Sources | | Date Active | Year Ded | Ded Met | Last Payment3 |
|---|---|---|---|---|---|---|---|---|---|
| 3  # Description | B Unit | Units | Time33 | Cobill | | Date Thru | Year Cap | Paid | Balance3 |

@DDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDY@DDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDY

| 1016 MEDICAL RECORDS | Y | 30 | ___ | N | 1)2161 NETWORK HEALTH CLAIMS | 01/26/05 | 0.00 | 0.00 | 08/16/05 |
|---|---|---|---|---|---|---|---|---|---|
| 1223 INTELLIGENCE TEST. | Y | 60 | ___ | Y | | / / | 0.00 | -214.05 | 454.20 |
| 1227 NEUROPSYCH TESTING | Y | 60 | ___ | Y | Policy #: 018565992 | Group #: | | | |
| 4008 I/O BRIDGE CONSULT | Y | 60 | ___ | Y | Sponsor:  10351 KENNEDY | | | | |
| 4010 INDIVIDUAL THERAPY | Y | 30 | ___ | Y | MICHELLE | | | | |
| 4011 INDIVIDUAL,30 MIN. | Y | 30 | ___ | Y | PA#    START    THRU | | LIMIT | USED | PEND | BAL |
| #4012 PSYCHOTHERAPY MED 30 | Y | 30 | ___ | Y | CONTROL  07/01/05 12/31/06 | SESS..... | 12 | 1 | 6 | 5 |
| 4013 PSYCHOTHERAPY MED 60 | Y | 60 | ___ | Y | | | | | |
| 4014 FAMILY W/O PT PRESEN | Y | 30 | ___ | Y | 2)4161 NETWORK HEALTH/MASSHEALTH | 01/26/05 | 0.00 | 0.00 | / / |
| 4020 COUPLE OR FAMILY | Y | 30 | ___ | Y | | / / | 0.00 | 0.00 | 0.00 |
| 4030 CASE CONSULTATION | Y | 30 | ___ | Y/N | Card #: 4705040019 | ID #: 0185659925 Seq #: 01 L.W.O.: 163 Cat: ST |
| 4040 GROUP THERAPY | Y | 90 | ___ | Y/N | | | | | |
| 4041 DIALECTICAL BEHAVIOR | Y | 60 | ___ | Y/N | | | | | |
| 4042 MEDICATION GROUP 60M | Y | 60 | ___ | Y/N | | | | | |
| 4043 DBT PHONE | Y | 30 | ___ | Y/N | | | | | |
| 4050 DIAGNOSTIC SERVICE | Y | 30 | ___ | Y | | | | | |
| 4051 MEDICARE INIT.DX | Y | 30 | ___ | Y | | | | | |
| 4052 MEDICATION DIAGNOSTI | Y | 30 | ___ | Y | | | | | |
| 4053 DX EVAL 2ND -22 | Y | 60 | ___ | Y | | | | | |
| 4060 FAMILY CONSULTATION | Y | 30 | ___ | Y | | | | | |
| 4064 MEDICATION VISIT | Y | 15 | 2 | Y | | | | | |
| 4067 EXTEND.MEDS | Y | 30 | ___ | Y | | | | | |
| 4071 <19 COLLATERAL CONTA | Y | 15 | ___ | Y | | | | | |
| 9000 CANCELLATION | N | 60 | ___ | | | | | | |
| 9001 CANCEL BY CLINICIAN | N | 60 | ___ | | | | | | |
| 9998 NO SHOW,NO BILL | N | 60 | ___ | Y | | | | | |

F/U medication evaluation

S- I did not know that methadone was a medication. I thought you knew about it because I had told Mandra about it.

O- pt reports above when questioned about methadone use and hx of percocett dependence, became defensive and sarcastic towards writer. Pt was informed that she would not be prescribed klonopin which has potential for abuse. She reports that she had no panic attacks over the past week but continues to have difficulty sleeping.
over →

Next Appointment Date: _____    Time: _____   Service Code: _____ Units: _____

Client Signature: _____    Clinician: [signature] APRN    Date: 8/31/05

Today's Fee: _____    Payment: _____

She was offered a trial c̄ Celexa, an SSRI which is a first-line tx for anxiety and panic but she refused. She also refused the offer for Vistaril, an antihistamine c̄ anxiolytic and hypnotic properties, for sleep and anxiety. She terminated the interview, said she would call her therapist. No S.I, no risk issues.

P - Unable to complete medication evaluation

   D/c case, inform therapist of disposition


Dx   Percocett dependence in full sustained remission
     with methadone tx.

       Anxiety Disorder NOS

Axis II   Deferred

Axis III   none, dx migraines

Axis IV   moderate, chronic insomnia 2° anxiety

Axis V   63

Transaction #.. 672633
MENTAL HLTH ASSOC OF GR LOWELL 603
Scheduled.. 08/24/05
Prepared.. 08/23/05

Client....... 10351 KENNEDY MICHELLE
Clinician.....6034 WHEELER RN WENDY
Supervisor....
Program.......1000 COUNSELING
   Cost Center... 1 COMM COUNSELING CTR
   Service Type.. 1 Mental Health(O/P)
Location...... 100 MHA
DX...........300.00 ANXIETY DISORDER NOS
D.O.S.........08/24/05   Time...7:00 pm

D.O.B........10/20/67
S.S.N........018565992
Home Phone #..(978)455-1941
Other Phone #.(   )  -
P.O.Box.
Street..1248 GORHAM ST
City...LOWELL
State...MA  Zip..01852

DX-1..300.00 DX-2..      DX-3..
Primary Clin:                Last Seen
  25 BISCORNET, MANDRA      08/18/05
Primary Psych:

Med.Inc.Clin:

| 3 Service Codes: | Min/ | Cnt | Pay Sources | Date Active | Year Ded | Ded Met | Last Payment |
|---|---|---|---|---|---|---|---|
| # Description | B Unit Units Time | | Cobill | Date Thru | Year Cap | Paid | Balance |

1016 MEDICAL RECORDS      Y  30 ____ N
1223 INTELLIGENCE TEST.   Y  60 ____ Y
1227 NEUROPSYCH TESTING   Y  60 ____ Y
4008 I/O BRIDGE CONSULT   Y  60 ____ Y
4010 INDIVIDUAL THERAPY   Y  30 ____ Y
4011 INDIVIDUAL,30 MIN.   Y  30 ____ Y
4012 PSYCHOTHERAPY MED 30 Y  30 ____ Y
4013 PSYCHOTHERAPY MED 60 Y  60 ____ Y
4014 FAMILY W/O PT PRESEN Y  30 ____ Y
4020 COUPLE OR FAMILY     Y  30 ____ Y
4030 CASE CONSULTATION    Y  30 ____ Y/N
4040 GROUP THERAPY        Y  90 ____ Y/N
4041 DIALECTICAL BEHAVIOR Y  60  ____ Y/N
4042 MEDICATION GROUP 60M Y  60 ____ Y/N
4043 DBT PHONE            Y  30 ____ Y/N
4050 DIAGNOSTIC SERVICE   Y  30 ____ Y
4051 MEDICARE INIT.DX     Y  30 ____ Y
4052 MEDICATION DIAGNOSTI Y  30  2  Y
4053 DX EVAL 2ND -22      Y  60 ____ Y
4060 FAMILY CONSULTATION  Y  30 ____ Y
4064 MEDICATION VISIT     Y  15 ____ Y
4067 EXTEND.MEDS          Y  30 ____ Y
4071 <19 COLLATERAL CONTA Y  15 ____ Y
9000 CANCELLATION         N  60 ____ Y
9001 CANCEL BY CLINICIAN  N  60 ____ Y
9998 NO SHOW,NO BILL      N  60 ____ Y

1)2161 NETWORK HEALTH CLAIMS   01/26/05      0.00      0.00      08/02/05
                              /  /      0.00   -142.70         525.55
Policy #: 018565992        Group #:
Sponsor:   10351 KENNEDY    MICHELLE
PA#         START     THRU          LIMIT      USED     PEND      BAL
CONTROL   07/01/05 12/31/06   SESS.....  12        0        7        5

2)4161 NETWORK HEALTH/MASSHEALTH 01/26/05    0.00      0.00      /  /
                             /  /      0.00      0.00         0.00
Card #: 4705040019     ID #: 0185659925  Seq #: 01  L.W.O.: 163  Cat: ST

*Medication evaluation - see form in record.* (handwritten)

Next Appointment Date: _____   Time: _____   Service Code: _____   Units: _____

Client Signature: _____   Clinician: _____ APRN   Date: 8/24/05

Today's Fee: _____   Payment: _____

1109

# Medication Evaluation

Name: _Michelle Kennedy_    DOB: _10 /20 /67_    ID# _10351_

Evaluator: _Wheeler APRN_    Therapist _M. Biscack_  Date _8 /24 /05_

**Identifying Data:** _38 y.o. caucasian female married c̄ children ages 16, 15 & 12, pt lives c̄ children & husband. All children are boys_

**Chief Complaint:** _Insomnia, anxiety attacks, feels like heart attack_

**Hx of Present Illness:** _Sx present x2 years (anxious mood) Insomnia x5 years. Did not have insurance so has been getting medication from E.R. when having panic attacks - 4 visits to E.R. At Klonopin, and also Xanax. Klonopin most helpful - I could breath within 10 minutes. 5 years ago traumatic incident - started crying as she described this, started to depersonalize so intervened or stopped questions) Denies speech 1x prior to this Problems began 10 years ago - police harassment - see MHA intake form_

**Current Symptoms:**

Mood:
Depressed ☒  Anxious ☒  Irritable ☒  _Cries when thinks about trauma, otherwise O.K._
Sleep___  Insomnia ✓  Hrs/night _11-3 AM_ Initial ✓ _1-2h_ Middle _3AM_ Terminal ___  _over→_
Appetite ✓  Change in weight _↑ ↓-15- lb 2nd 5-10 PM, (can't return to sleep, restless, racing thoughts_
Energy _tired, chronic fatigue 20 lbs over past year. Stopped exercising regularly after trauma_
Memory/Concentration _Conc poor over past few years_
Motivation
Anhedonia [ ]  Hopeless [ ]  Helpless [ ]  Worthless [ ]  _respiratory Sx - can't breath._
Panic Attacks ✓  How often? _q 1-2 weeks_ Duration: _hours - hyperventilates prior, no cardiac_
Panic Sx _→ 1-2 wks but anxious every day. Some urotlal Sx_  _over→_
PTSD Symptoms _no trauma Hx_  _no panic_
Hypervigilence [ ]  Flashbacks [ ]  Nightmares [ ] How often? ___
OCD Sx ___
Psychotic Symptoms ___
AH [ ]  VH [ ]  Delusions [☒] _{ paranoid_
Mania/Hypomania
Pressured speech [ ]  Hypersexual [ ]  Overspending [ ]  Irritability/anger [ ]
SI___ Plan _No_
HI___ Plan _No_
Current Stressors/Precipitant _Family, girlfriends_
Supports ___

Sleep - 1-2x week no sleep,

Panic - feels like she is going to die, would take benzodiazepine, would
work within 10 minutes. Last time in ER - Saints memorial about
2 mos ago. No more benzodiazepines at home. ADL- stays home
to avoid police, won't go out to J mail. Just moved to
Lowell 1 month. Precipitants of PTSD. Sx - when she hears
about the Billerica police.

- Billerica police drove past her house in Lowell last
Saturday night, 7³⁰ pm, laying on horn. They are
harrassing her due to a stalking p.o. who would follow
her while she was running, would send her cards, leave
flowers on her windshield when she would go to the
gym. She reported him to police dept, they burnt house,
threw molotov cocktail through her windows,
- The policeman has taken ~~Current Harassment~~ pt + husband to court 32 times for threatening
him, accused her of driving s̄ her license, mailed 48 tickets
to her house. "It's a conspiracy."

    Currently - accused to g.o. son of Auburn police officer
last year.

# Medication Evaluation

Name_____    ID#_____

**Psych Hx:**
I/P hospitalizations: None

O/P tx: 6 years ago o.p. ? there (near Lowell General) 1-2 months for

Luruship issues, no insurance so stopped

Medication and effects:

X Pt did not report this but is currently taking methadone. His Hx

of percocett abuse, percocett was for back pain but Pt stated to take it when
over →

Hx of Past Suicide Attempts: no

Hx of Violent Behavior: no

Hx of Victimization: no/Yes Police, MHA intake reports pt entrested abuse between

patients?

**Medical Hx:** NKDA X    Allergies:_____

Illnesses and medications: none

migraines + stress (stress headaches) extra-strength
excedrine

Herbal/Nutritional Suppliments:_____

Hx of head injuries [ ],  LOC [ ], seizures [ ]:    None X

Tics [ ]    Twitches [ ]    None [ ]

Surgeries: none    ( Cambridge St Burlington

PCP: none    , OB GYN - Burlington 006 N    Most recent complete physical:

LMP: 1st week    Pregnant? no    only birth control - withdrawal

Family History of serious medical problems: Grandfather - diabetes, mother died

Glaucoma [ ]    Cardiac Problems [ ]    Diabetes [ ]    of aneurysm

**Substance Abuse Hx:**    None X

Age started    X Yes - per MHA intake - pt denies, (see below) No drug use
- on methadone for 11 - 13 yo. - X caffeine & nicotine. Stopped
percocett for
when she began to med/take for Pepsi,
nicotine 8-10/day
Pepsi - 2-3 cups/days, 2 cups coff - c dinner

Hx of    Blackouts [ ]    Seizures [ ]    DTs [ ]

X TMHA intake reports pt addicted to percocett prescribed for headaches.
~~Detoxes:~~ Reports tx at HMI, currently on methadone X Pt did not
disclose this to me during medication evaluation X

Longest Period of Sobriety:_____    When?_____

X Currently on methadone, was addicted to percocett which she
had been taking for pain, would take them to calm down.

medication Hx. she did not have pain to relax

## Medication Evaluation

Name_____          ID #_____

**Family Hx:** - mother - loving mother. Father ok, divorced when pt 25.o. His 1 brother living, had 44 y.o. brother died 2 years ago - increases anxiety & stress.
- No fam S.A & Hx

Family members with a history of mental illness: mother depressed about pt's current situation

**Psych/Social Hx:**
Childhood History: _____
_____
_____

Abuse:  Physical_____ Sexual_____ Verbal_____
Education:_____
Work Hx:_____
Current source of Income_____
Current living Situation _____

Legal Hx:    None [ ]
        Arrests_____
        Incarcerations/Probation_____

**MSE:** _____
Appearance  neat  Attractive
Oriented  √    Eye Contact  WNL    Motor Activity  anxious, WNL
Attitude  defensive, guarded
Speech  WNL
Mood  anxious, depressed, irritable
Affect  congruent
Thought processes  logical, coherent
Cognition/fund of Knowledge _____
AH/VH_____command?_____
Delusions/paranoid ideation  ∅/∅
Ideas of reference/influence  ∅/∅
SI_____ Plan_____
HI_____ Plan_____
Insight_____ Judgment_____

## Medication Evaluation

Name:_____          ID # _____

**Impression/Formulation:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Diagnosis:**

I._____

II:_____

III:_____

IV:_____

V._____

**Plan:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Signature:_____          Date _____/_____/_____