**Page 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO. 04-CV-12357-PBS

- - - - - - - - - - - - - - - - - - -

BRIAN KENNEDY AND MICHELLE Y. KENNEDY,
Individually and as Mother and Next Friend
of BRIAN KENNEDY, Individually and as
Mother and Next Friend of BRIAN KENNEDY JR.,
        Plaintiffs

-vs-

TOWN OF BILLERICA, DANIEL C. ROSA, JR.,
Individually and as Chief of the Billerica
Police Department, JOHN BARRETTO,
Individually and as former Chief of the
Billerica Police Department, PAUL W.
MATTHEWS, Individually and as former Chief
of the Billerica Police Department, ROBERT
LEE, Individually and as former Deputy Chief
of the Billerica Police Department, THOMAS
CONNORS, FRANK A. MACKENZIE, RICHARD
RHONSTOCK, ROBERT BAILEY, JONN ZARRO,
MARK TSOUKALAS, TARA CONNORS, MARTIN E.
CONWAY, ANDREW DEVITO, RICHRD HOWE, STEVEN
ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN,
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT
BROWN, WILLIAM G. WEST, GREGORY KATZ,
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F.
MCKENNA AND JOHN DOE,
        Defendants

- - - - - - - - - - - - - - - - - - -

DEPOSITION OF MICHELLE Y. KENNEDY
VOLUME II

Deposition taken at the law offices of
Brody, Hardoon, Perkins & Kesten, One Exeter
Plaza, 12th Floor, Boston, Massachusetts, on
Wednesday, July 12, 2006, commencing at 11 a.m.

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
ONE STATE STREET, BOSTON, MASSACHUSETTS 02109

**Page 2**

APPEARANCES:

For the Plaintiff:

Jason & Fischer
By ANDREW M. FISCHER, ESQ.
47 Winter Street, 4th Floor
Boston, Massachusetts 02108

For the Defendant:

Brody, Hardoon, Perkins & Kesten
By JEREMY SILVERFINE, ESQ.
And KAREN PETERS, ESQ.
One Exeter Plaza, 12th Floor
Boston, Massachusetts 02116

Also Present: Daniel C. Rosa, Jr.

Court Reporter: Anne F. Penn, C.S.R., R.P.R.

- - - -

**Page 3**

INDEX

WITNESS                                    PAGE
MICHELLE Y. KENNEDY

Examination by MR. SILVERFINE               4

EXHIBITS
NO.        DESCRIPTION                    PAGE
1 Deposition Transcript                     5

**Page 4**

1       P-R-O-C-E-E-D-I-N-G-S
2       S-T-I-P-U-L-A-T-I-O-N
3       It is hereby stipulated and agreed by
4   and between counsel for the respective parties
5   that the deposition may be signed under the pains
6   and penalty of perjury and that the filing of said
7   deposition in court is waived.
8       It is further stipulated that all objections,
9   except as to the form of the question, and all
10  motions to strike are reserved until the time of
11  trial.
12          - - - -
13          MICHELLE Y. KENNEDY
14  having been duly sworn, after producing
15  acceptable identification, was deposed and
16  testified as follows:
17      E-X-A-M-I-N-A-T-I-O-N
18  BY MR. SILVERFINE:
19 Q  Good morning, Ms. Kennedy. We're here to continue
20      your deposition today, and the same ground rules
21      apply that we spoke about last time you appeared
22      in this office on January 6, 2006. Okay?
23 A  (Nods head.)
24 Q  If at any point in time you don't understand

Page 5

1    something, let me know. I'll try to rephrase the
2    question. If you need to take a break, you have
3    to let me know. If you need to speak to counsel,
4    you have to let me know. Okay?
5  A    Yes.
6  Q    And the same thing, an affirmative response so the
7    stenographer can take something down for the
8    record. Okay?
9  A    Yes.
10  Q    Okay. Let's begin. If I jump around, it's not
11    meant the confuse you; so if there's anything I
12    say please let me know, and I'll try to direct to
13    you to a specific question that I have. I'll be
14    asking a series of questions, and then we'll come
15    back to your complaint that we had finished up on
16    or began to as of the last deposition.
17        You were here on January 6, 2006, remember
18    that deposition?
19  A    Yes.
20        MR. SILVERFINE: All right. We're going to
21    mark a copy of your deposition as Exhibit 1 for
22    this. I'll give you a copy when that's done.
23        (Exhibit No. 1, Deposition Transcript, was
24    marked for identification.)

Page 6

1        MR. FISCHER: Do you have a card?
2        COURT REPORTER: Yes.
3  Q    I'm showing you what's now been marked as Exhibit
4    1, and this is the deposition transcript that was
5    taken of you from January 6, 2006. Is there
6    anything in there that's inaccurate?
7  A    Do you want me to read through it now?
8  Q    If you haven't read it, and you want to take the
9    time, by all means. We received your errata
10    sheet, is there anything else not listed on that
11    errata sheet from that deposition?
12        MR. FISCHER: Objection.
13  A    There was a couple -- I really didn't read through
14    it; but at the last deposition there was a couple
15    of things that I might have maybe gotten mixed up,
16    you know, dates.
17  Q    Why don't tell me which ones those are so the
18    record is clear.
19  A    There was a couple of other places I lived at I
20    didn't mention.
21  Q    Okay. Why don't you tell us what other places you
22    lived.
23  A    Tewksbury.
24  Q    When did you live in Tewksbury?

Page 7

1  A    '88.
2  Q    Okay. 1988 until when?
3  A    It was just a few months maybe.
4  Q    Okay. What was the address you lived at in
5    Tewksbury?
6  A    I don't even remember the street name.
7  Q    Okay. Who did you live in Tewksbury with?
8  A    Just my husband Brian.
9  Q    Okay. And how long did you live in Tewksbury with
10    your husband Brian in 1988?
11  A    Just a few months.
12  Q    Okay. Where else did you live?
13  A    Tyngsboro.
14  Q    Tyngsboro?
15  A    Yes.
16  Q    Okay. When did you live in Tyngsboro?
17  A    I believe I was pregnant with my son Mitchell, so
18    maybe in '91 sometime.
19  Q    Okay. How long a period of time did you live in
20    Tyngsboro?
21  A    I don't even remember.
22  Q    And besides your husband and you're -- you said
23    you were pregnant with your son, who else did you
24    live with in Tyngsboro?

Page 8

1  A    My husband Brian and my son and my mother.
2  Q    Joyce?
3  A    Yes.
4  Q    How long did you live in Tyngsboro for?
5  A    I don't remember.
6  Q    Where else did you live that you haven't told us?
7  A    Lived in Florida for a few months.
8  Q    Okay. When was that?
9  A    Before I was married and with kids, and that's
10    about it.
11  Q    Okay. What time did you live in Florida?
12  A    When I was 14 about.
13  Q    Okay. What town did you live in?
14  A    Orlando.
15  Q    Okay. Anyplace else?
16  A    No.
17  Q    Okay. Anything else you want to correct?
18  A    No.
19  Q    Or make note?
20  A    (Shakes head.)
21  Q    Okay. And in reference to today's deposition,
22    what have you done to prepare?
23  A    I read maybe two pages of papers, and that's it.
24  Q    Okay. What papers did you read?

2 (Pages 5 to 8)

DUNN & GOUDREAU

1  A    My notes.
2  Q    Okay. These are the notes that you refer to in
3       your last deposition, part of the 17 volume
4       notebook?
5  A    Yes.
6  Q    And those notes have not been produced to counsel
7       presently, correct?
8  A    It's just my notes I went over today.
9  Q    I understand that. You haven't produced those
10      notes to us?
11 A    No.
12 Q    Okay. And what do those notes say that you
13      reviewed?
14 A    Just a couple of different incidents that
15      happened.
16 Q    Okay. And what incidents happened that you
17      reviewed notes for?
18 A    I was going over the night that my husband's truck
19      got fire bombed.
20 Q    I'm sorry, your husband what?
21 A    His truck got fire bombed.
22 Q    Okay.
23 A    And --
24 Q    This is back in 1990 --

1  A    One maybe. And when Officer Tsoukalas swerved at
2       my son and my husband.
3  Q    When was that?
4  A    I didn't have the date today.
5  Q    Okay. What else --
6  A    That's it really.
7  Q    Okay. In your last deposition on January 6th, I
8       asked you questions about Nigel Griffith which you
9       had responded to, do you remember that?
10 A    Yes.
11 Q    Were you aware of his problems with the law or
12      not?
13      MR. FISCHER: Objection.
14 A    When I was dating him?
15 Q    Yes.
16 A    No.
17 Q    All right. You were unaware of his problems, or
18      you never discussed with him his run-ins with the
19      law, is that what you're saying?
20 A    No, not really.
21 Q    At a certain point in time you complained to the
22      police about being beaten up by him?
23 A    Yes.
24 Q    And did you then discover about problems he had

1       with the law?
2  A    That was when I wasn't dating him any more.
3  Q    And how long a period of time did you date him
4       for?
5  A    Maybe February to June.
6  Q    February to June of what year?
7  A    Or July rather, the first week in July, maybe
8       around the 4th.
9  Q    I'm sorry, what?
10 A    Around the 4th of July, shortly after that.
11 Q    Of what year?
12 A    Uhm, like three or four years ago.
13 Q    Do you remember what year that was?
14 A    Maybe 2004.
15 Q    Now, you -- did you have problems, domestic
16      relations problems with your husband Brian?
17 A    Yes.
18 Q    And when did they first begin?
19 A    Oh, we were young.
20 Q    Okay. What year do you say they began?
21 A    Maybe approximately like '88.
22 Q    All right. And how many years did they last?
23 A    Until I had my son Dylan.
24 Q    Son who?

1  A    Dylan.
2  Q    And what year is that?
3  A    '92.
4  Q    All right. Did you have further domestic
5       relations difficulty with your husband after you
6       had Dylan?
7  A    Just maybe a shoving match once I would say.
8  Q    Did you file complaints against your husband for
9       domestic abuse over the years?
10 A    Yes.
11 Q    How many times did you file complaints against
12      your husband?
13 A    Approximately three maybe.
14 Q    Three, could it have been more?
15 A    Could have been.
16 Q    Could have been more?
17 A    (Nods head.)
18 Q    And what police departments did you report them
19      to?
20 A    Tewksbury.
21 Q    Tewksbury. Okay. Was that because you lived in
22      Tewksbury at the time?
23 A    Yes.
24 Q    Okay. And did you call Tewksbury to come to your

DUNN & GOUDREAU

## Page 13

1    aid because your husband had hit you or done
2    something to you?
3  A  Yes.
4  Q  Okay. And how many times did you call Tewksbury?
5  A  I don't recall.
6  Q  Okay. Did some of the complaints involve you
7    being beaten up by Brian Kennedy?
8  A  Maybe once or twice.
9  Q  Okay. And what years did that occur?
10  A  I don't recall.
11  Q  And did your husband hit you?
12  A  Yes.
13  Q  Okay. And you reported that to the police?
14  A  Uh-hum, yes.
15  Q  And was your husband prosecuted for that?
16  A  Yes.
17  Q  All right. What happened when he was prosecuted?
18  A  He admitted to his wrongdoing, you know, and never
19    denied it and maybe got put on probation.
20  Q  Did he ever go to jail for this?
21  A  No.
22  Q  Did you go to court and testify?
23  A  I did.
24  Q  And did you ask the court to impose a sentence?

## Page 14

1    In other words, did you say he hit me, words to
2    that effect?
3  A  Yes. Well, I didn't have to, he admitted to it.
4  Q  Okay. And were there occasions when you wanted
5    Brian Kennedy out of the home?
6  A  Just for the night until things calmed down.
7  Q  Okay. And did you in fact report that to the
8    police as well?
9  A  Yes.
10  Q  All right. How many times did you ask him to get
11    out of the house with the assistance of the
12    police?
13  A  Again, approximately three maybe.
14  Q  Okay. And this is all with Tewksbury?
15  A  (No response.)
16  Q  Anyplace else?
17  A  Billerica.
18  Q  Okay. How many times did you call Billerica for
19    assistance with a domestic relations incident?
20  A  Well, I think I always, they both always came
21    because I lived right on the line.
22  Q  Okay. And did you ever request a Restraining
23    Order against your husband?
24  A  I don't recall.

## Page 15

1  Q  Do you know what a Restraining Order is?
2  A  Yah, you go in front of a judge. Yah, I honestly
3    don't ever remember that.
4  Q  You don't recall ever requesting a 209 A against
5    Brian Kennedy?
6  A  I don't, no.
7  Q  Okay. Would it surprise you if you did?
8  A  Yes, it would.
9  Q  Okay. So just so I understand your testimony
10    today is that it would surprise you if you ever
11    requested a 209 A order against your husband?
12  A  Yes.
13  Q  Okay. And you're saying that never happened?
14  A  That I can recall.
15  Q  Okay. How long a period of time from the
16    beginning of time that you've been involved with
17    Mr. Brian Kennedy until the present, what stretch
18    of time has Mr. Kennedy done any type of violence
19    against you?
20    MR. FISCHER: Objection.
21  A  It's been 14 years, maybe once in 14 years.
22  Q  Once in 14 years?
23  A  Yah, approximately.
24  Q  All right. And when is the last time you recall

## Page 16

1    having to report him to police authorities?
2  A  It was in the '90's.
3  Q  In the '90's?
4  A  I believe so.
5  Q  What year was that?
6  A  I don't remember.
7  Q  Okay. Do you recall ever having to report that
8    Brian Kennedy violated a Restraining Order to the
9    police?
10  A  Maybe, there's -- I don't remember at this time.
11  Q  Is there anything affecting your memory today?
12  A  No, nothing.
13  Q  Are you on any medication?
14  A  No.
15  Q  Have you taken any drugs or alcohol?
16  A  No.
17  Q  Are you presently in a Methadone clinic?
18    MR. FISCHER: Objection. Do you want to talk
19  to me about that?
20    THE WITNESS: Yes.
21    MR. SILVERFINE: There is a standing question
22  before the witness, and you know the rules.
23    MR. FISCHER: Well, if there is a Fifth
24  Amendment issue, she's entitled to talk to

Page 17

```
1    counsel.
2        MR. SILVERFINE: She hasn't -- I think she has
3    to answer the question first before. I think
4    that's the rules. There is a standing question
5    before the witness.
6        THE WITNESS: Can I talk to you?
7        MR. FISCHER: She would like to talk to me
8    first.
9  Q  Do you understand my question?
10 A  Yes.
11 Q  Okay. Are you pleading the Fifth on my question?
12 A  I don't understand what pleading the Fifth means.
13       MR. SILVERFINE: Okay. Why don't you go speak
14   to Mr. Fischer. There is a standing question for
15   the record before you. Go speak to your counsel,
16   and then come back in.
17       (Discussion was held off the record.)
18 Q  Mrs. Kennedy, could you answer the last question I
19   asked you.
20       MR. FISCHER: She's been advised, not by me,
21   that she's not obligated to answer that question
22   without a court order. And I suggest you get a
23   court order.
24       MR. SILVERFINE: I'm going to have to get a
```

Page 18

```
1    court order.
2  Q  So you understand what this means is we will not
3    be finishing this deposition today, we'll be
4    suspending again because I believe there is
5    information pertinent to this case which has
6    direct relevance that I'll be seeking a court
7    order from your --
8  A  Okay.
9  Q  -- opposition as put forth by Mr. Fischer today to
10   compel an answer.
11 A  Okay.
12 Q  You understand?
13 A  Yes.
14 Q  Okay.
15       MR. FISCHER: As I've indicated, the advice is
16   not from me.
17       MR. SILVERFINE: Well, she is -- she has to
18   answer the question.
19 Q  Are you refusing to answer the question so the
20   record is clear?
21 A  Yes.
22 Q  Okay. And based upon advice of at least
23   Mr. Fischer or counsel today, you're not answering
24   my question?
```

Page 19

```
1  A  No.
2        MR. FISCHER: No, that's not correct.
3  A  I knew when I came here --
4        MR. FISCHER: Don't answer anything else.
5    She's not answering the question.
6        THE WITNESS: It has nothing to do with him.
7  Q  You're obligated to answer -- I'm going to quote
8    Mr. Fischer on this. You're obligated to answer
9    my questions unless there is a specific privilege
10   you're asserting, so that's the problem here.
11       MR. FISCHER: She's claiming such a privilege.
12 Q  Okay. What privilege so the record is clear are
13   you asserting?
14       MR. FISCHER: To answer the question would
15   waive the privilege.
16 Q  All right. You need to assert -- what are you
17   asserting that you're refusing to answer the
18   question so the record is clear when I go before
19   the court?
20 A  I don't know what you're saying.
21       MR. FISCHER: As I said on the record, I think
22   it's adequately clear, she's been advised that the
23   question is an improper question short of a court
24   order.
```

Page 20

```
1        MR. SILVERFINE: Okay. I respectfully
2    disagree with that.
3        MR. FISCHER: Can I ask, do you have any
4    reason -- any basis for thinking that she's in a
5    Methadone clinic?
6        MR. SILVERFINE: You can't ask me a question;
7    but I think the answer is self-evident by that
8    your client is not responding to my question.
9        MR. FISCHER: If there is a basis for thinking
10   so, then that should have been disclosed in
11   discovery.
12       MR. SILVERFINE: I respectfully disagree. And
13   I think you know as well as I do that I am
14   entitled to ask this question. And I'm going to
15   object to your statement on the record and your
16   inferences thereof. We'll take this up with the
17   court.
18 Q  For the record, is your husband Brian Kennedy in a
19   Methadone clinic as well?
20       MR. FISCHER: Same answer, same objection.
21 Q  So I'm clear on the record, are you refusing to
22   answer that question as well, Mrs. Kennedy?
23 A  Yes.
24 Q  Okay. Have you been involved in the sale or
```

DUNN & GOUDREAU

Page 21

1  distribution of any narcotics during the past 15
2  years to encompass your complaint?
3      MR. FISCHER: I'm going to instruct the
4  witness not to answer that question on the grounds
5  that it may incriminate -- may violate her Fifth
6  Amendment right not to incriminate.
7  Q   Are you taking the Fifth Amendment privilege on
8      that question?
9  A   Yes.
10     MR. SILVERFINE: Okay.
11     MR. FISCHER: Let me have a moment with the
12 witness.
13     MR. SILVERFINE: You're again coaching the
14 witness. This is the second time you're coaching
15 the witness.
16     THE WITNESS: I don't know what Fifth
17 Amendment means.
18     MR. FISCHER: I'm not coaching the witness. I
19 may waive the privilege. I'm entitled to confer
20 with the witness.
21     MR. SILVERFINE: I haven't said you can't
22 confer. I just want to get a response from the
23 witness, and you won't let the witness respond as
24 to my inquiry. You certainly can put on the

Page 22

1  record what you want. You certainly can confer
2  with her, by all means, go ahead. You keep
3  interrupting me, and you did this last time as
4  well. Go ahead and confer.
5      (Discussion was held off the record.)
6      (The last question was read.)
7      (The last answer was read.)
8      MR. FISCHER: I'll withdraw the instructions
9  to the witness not to answer the question. I
10 object to the question as neither relevant or
11 probative nor likely to lead to relevant
12 information and inappropriate.
13 Q   Do you understand the question?
14 A   Can you say it again, please.
15 Q   Sure. I asked you if you were involved in the
16     sale and/or distribution of any narcotic
17     substances over the last 15 years to encompass
18     your complaint that's the subject matter of this
19     deposition.
20 A   Never.
21 Q   Okay. How about your husband Brian Kennedy?
22 A   Not to my knowledge.
23 Q   How about Billy Ashton?
24 A   Same, not to my knowledge.

Page 23

1      MR. SILVERFINE: Okay. For the purposes of
2  the record, I'm going to ask the Court Reporter
3  just take the Exhibit 1 and transfer it to the
4  full transcript with pages on both sides.
5  Q   I put a copy in front of you. Okay.
6      Mrs. Kennedy, I may have asked this earlier, but
7      has your husband besides what you've referenced
8      before, has he been violent to you over the past
9      15 years?
10 A   Within the last 15 years?
11 Q   Yes.
12 A   Uhm --
13     MR. FISCHER: Objection, asked and answered.
14 Q   You can answer.
15 A   Just maybe a push like once, maybe twice at the
16     most.
17 Q   Okay. Did he ever hit you on the head with a
18     bottle?
19 A   Yes.
20 Q   Has he ever hit you or struck you with anything
21     else besides a bottle?
22 A   No, but that was before 15 years ago.
23 Q   Okay. When was that?
24 A   That was I believe the summer that I met

Page 24

1  Frank MacKenzie, which is '91 maybe.
2  Q   Okay. And have you ever been hospitalized as a
3      result of the actions by your husband Brian
4      Kennedy against you?
5  A   Just that one time.
6  Q   What happened that one time?
7  A   He hit me with a bottle.
8  Q   Did you go to the hospital?
9  A   I did.
10 Q   What kind of injuries did you suffer?
11 A   Stitches.
12 Q   What hospital did you go to?
13 A   I don't remember.
14 Q   You don't remember?
15 A   (Shakes head.)
16 Q   Who is your primary care physician?
17 A   I don't have one right now.
18 Q   You don't have one right now?
19 A   No.
20 Q   What happens if you get hurt?
21 A   I go to the hospital.
22 Q   Which hospital is that?
23 A   There's three in Lowell.
24 Q   Which one would you go to?

DUNN & GOUDREAU

Page 25

1  A  I go to either or.
2  Q  Tell me the names of the hospitals.
3  A  Saints Memorial and Lowell General.
4  Q  Does your husband have a primary care physician?
5  A  He does.
6  Q  What's the name of his primary care physician?
7  A  I'm not sure of the name.
8  Q  You don't know the name?
9  A  I don't.
10 Q  You've been married how long, ma'am?
11 A  1988.
12 Q  And who is your children's primary care physician?
13 A  Dr. Goldfarb.
14 Q  Where are his offices?
15 A  Burlington, Mass.
16 Q  How many Restraining Orders do you recall getting
17    against Brian Kennedy?
18 A  I don't recall ever getting a Restraining Order
19    against him.
20 Q  Are you saying that didn't happen?
21       MR. FISCHER: Objection, asked and answered.
22 Q  You can answer.
23 A  What did you say?
24 Q  Are you saying that didn't happen?

Page 26

1  A  I don't remember it happening.
2  Q  When are you saying to the best of your memory
3     today that you had a violent interaction with
4     Brian Kennedy that required you to call the
5     police?
6        MR. FISCHER: Objection, asked and answered.
7  A  It was around the year that Lieutenant Connors'
8     badge got stolen, around that time.
9  Q  Well, what year is that, ma'am?
10 A  I don't recall off the top of my head right now.
11 Q  You don't recall off the top of your head?
12 A  No.
13 Q  You just suffer from bad memory or --
14 A  So many incidents.
15       MR. FISCHER: Objection, argumentative.
16 Q  So many incidents?
17 A  So many.
18 Q  But those notes you've kept outlined this, right?
19 A  Not all of them.
20 Q  Not all of them. So how do you remember all of
21    these things?
22 A  I remember a lot of them.
23 Q  You do, okay. By the way, the last time you were
24    here, you were talking about all these videos that

Page 27

1     you've taken.
2        MR. FISCHER: Objection.
3  A  Yes.
4  Q  Have you produced all the videos to us?
5  A  I produced not all of them.
6  Q  Not all of them. Why is it you haven't produced
7     all of them?
8  A  Haven't had time.
9  Q  You haven't had time?
10 A  (Shakes head.)
11 Q  Okay. How many videos are out there that you
12    haven't produced to the Defendants?
13 A  Just a couple more maybe.
14 Q  A couple more. What's the dates of those videos,
15    ma'am?
16 A  I don't remember.
17 Q  You don't remember. Where are those videos kept,
18    ma'am?
19 A  They're at my house.
20 Q  Okay. And are they in a box?
21 A  They're in the safe I believe.
22 Q  And is there any reason why you haven't produced
23    that to us, ma'am?
24       MR. FISCHER: Can I --

Page 28

1  Q  Is there any reason you haven't produced those,
2     ma'am?
3  A  William Ashton has them.
4  Q  William Ashton has lived with you for how long,
5     ma'am?
6  A  On and off for a lot of years.
7  Q  And you also mentioned last time you were here you
8     had three audio tapes, remember that, the last
9     time you were here for your deposition?
10 A  Audio as in sound?
11 Q  Yes.
12 A  Yes.
13 Q  Any reason why you haven't produced two of those
14    audio tapes to us, ma'am?
15 A  I did.
16 Q  Well, you've only produced one audio tape.
17 A  I actually produced a couple. I don't know.
18 Q  So you're saying that your counsel hasn't produced
19    to us all of the audio tapes, is that right?
20 A  I just produced them.
21 Q  When did you just produce them?
22 A  Right before 4th of July.
23 Q  Right before 4th of July.
24 A  Maybe right after.

7 (Pages 25 to 28)

Page 29

1    Q    Maybe right after, I see. And today is July the
2         12th, do you agree with me?
3    A    Yes.
4    Q    And you're saying how many audio tapes did you
5         produce?
6    A    Two.
7    Q    Two more additional audio tapes?
8    A    Just two.
9    Q    The audio tape that you produced to us, do you
10        recall which one that was?
11   A    The last two I did, yes.
12   Q    Which ones are the last two? Which ones are they?
13   A    Frank MacKenzie and I talking on the phone.
14   Q    Okay. That's one. And how did you get that one?
15   A    William Ashton gave it to me.
16   Q    And where did that originally come from? Like who
17        made the recording?
18   A    His friend -- MacKenkie's wife taped it.
19   Q    When did you obtain a copy of it?
20   A    The night Frank MacKenzie's wife taped it. He
21        called me and met me at McDonald's and played it
22        to me.
23   Q    All right. And allegedly when was that date to
24        the best of your memory?

Page 30

1    A    At McDonald's when he played it?
2    Q    When you got a copy of the audio tape.
3    A    It was in '91.
4    Q    Okay. And that's the incident where you're having
5         a conversation you say with Mr. MacKenzie, and he
6         says something to the effect of Kim is here,
7         something like that, is that right?
8         MR. FISCHER: Objection.
9    A    No.
10   Q    No, tell me what you remember this audio tape is.
11   A    He said he went to the park looking for me and I
12        wasn't there. Why. What did I do that day.
13        I told him I got my eye-brows waxed. There is
14        a couple of other things on there, just small
15        talk.
16   Q    Okay. The other two audio tapes, what do they --
17   A    The other one.
18   Q    You said there were two more, ma'am.
19   A    I said I produced two.
20   Q    You said you produced two?
21   A    Yes.
22   Q    What's the second one you produced?
23   A    Robin Reslo.
24   Q    What does that contain in there?

Page 31

1    A    She calls a friend of mine's house, and she
2         thought we were fighting. And she called and
3         pretended she was me, and said this is Mickey,
4         stay away from my Brian, and I'm not kidding.
5         That's what it says.
6    Q    When was this audio tape allegedly taken?
7    A    Same time, summer of '91.
8    Q    And how did you get a copy of this audio tape?
9    A    My friend Shannon.
10   Q    And when was it given to you?
11   A    Days later maybe.
12   Q    This is 1991?
13   A    I believe so.
14   Q    And are there any other audio recording cassettes
15        that you haven't given to us?
16   A    I don't have them. They're at my house in the
17        safe, maybe one or two more.
18   Q    And what do these one or two more contain, what do
19        they contain?
20   A    William Ashton recorded them or video.
21   Q    Okay. Well, let's start with the audio. What
22        other audio cassette recordings do you have that
23        you haven't turned over?
24   A    I don't know what's on them.

Page 32

1    Q    Well, when were they taken?
2    A    I think when I lived on Bridge Street.
3    Q    How long ago was this?
4    A    Like a year or two ago.
5    Q    And what do they contain in there?
6    A    I don't recall.
7    Q    Okay. And the other video recordings you haven't
8         given up, what do they contain?
9    A    I'm not exactly sure, I think a couple of them
10        incidents with the police.
11   Q    Pertaining to what incidents, ma'am?
12   A    Maybe when I lived at the trailer park.
13   Q    And when was this?
14   A    About two years ago.
15   Q    And what do the videotapes depict?
16   A    I'm not exactly sure. I honestly can't say.
17   Q    And how many are there, ma'am?
18   A    There's just a couple of more I believe.
19   Q    Two, three, four?
20   A    I don't know.
21   Q    You don't know?
22   A    (Shakes head.)
23   Q    You have to answer for the record.
24   A    I'm not sure how many there is left.

Page 33

1   MR. FISCHER: If you would like to suspend
2   until she produces them, I'm happy to do that and
3   come back tomorrow or Monday.
4       MR. SILVERFINE: You and I are both on a very
5   tight schedule --
6       MR. FISCHER: Let me finish. I want to say
7   for the record I understood that everything was
8   produced.
9       MR. SILVERFINE: That's your representation.
10  Your client's representation is different I want
11  it noted for the record.
12      I want to continue -- we're definitely
13  suspending. I want to continue because we're on a
14  tight budget, days are few. I would like to get
15  as much done today, and I'll asterisk those
16  sections and I'll file a motion.
17      MR. FISCHER: You needn't file a motion.
18  You'll get these tapes. You'll get them quickly.
19      MR. SILVERFINE: When I receive them --
20      MR. FISCHER: As I said, I wasn't aware they
21  had not been produced.
22  Q   Is there any other documents or video, audio
23  cassettes you haven't produced to us, ma'am, that
24  pertain to this case?

Page 34

1   A   What I have access to, I produced to my attorney.
2   Q   When you say you have access to, it's your home
3   these things are stored, correct?
4   A   Right, but --
5   Q   You're the owner of the home?
6   A   It's William Ashton's safe, and I won't go into
7   his personal things.
8   Q   The last time you were here, William Ashton said
9   they were in your safe. Do you remember that
10  ma'am?
11  A   (Nods head.)
12  Q   When you were in that chair next to where
13  Mr. Fischer is?
14  A   Yes.
15  Q   Okay. So let me ask you the question again. Are
16  there any other documents or audio cassettes or
17  video cassettes that you haven't produced that you
18  haven't identified here today?
19  A   No.
20  Q   Besides Brian Kennedy and Nigel Griffith, has
21  anyone else physically beaten you during the time
22  period of your complaint?
23      MR. FISCHER: Objection.
24  A   Yes.

Page 35

1   Q   Who else?
2   A   Officer Tsoukalas.
3   Q   When did Officer Tsoukalas physically beat you?
4   A   On Billerica Ave. slash Woburn Street in
5   Billerica.
6       MR. FISCHER: Listen to the question. The
7   question is when.
8   Q   When, your attorney is actually correct on that.
9   A   I don't remember the date at this point.
10  Q   Is it in your complaint?
11  A   Yes.
12  Q   Well, take your time. We'll show you what's been
13  previously marked. Just ignore the blue tab.
14  This has been marked Exhibit 3 from Billy Ashton's
15  deposition which you were present. It's a copy of
16  your complaint I represent to you.
17      Tell me where in your complaint you're
18  referring to where Officer Tsoukalas struck you.
19  A   I'm sorry?
20  Q   Take your time, ma'am. That's exactly what I want
21  you to do. Just review your complaint and tell me
22  the section you're referring to.
23  A   June 9, 2002.
24  Q   And this is the incident where you allege -- I

Page 36

1   think it's your paragraph No. 105, is that right?
2   Is that correct?
3   A   Yes.
4   Q   And this is where you say he bent your finger
5   back?
6   A   Correct.
7   Q   What hospital did you go to, ma'am?
8   A   Saints Memorial.
9   Q   Okay. What doctor did you see?
10  A   I don't recall.
11  Q   All right. And did you go directly to the
12  hospital after this incident?
13  A   If I didn't go directly, I went shortly after.
14  Q   On the same date you went, June 9th?
15  A   I don't recall. It was, you know, within hours.
16  Q   Okay. So either June 9th or June 10th you went to
17  the hospital?
18  A   Yes.
19  Q   And who went with you to the hospital?
20  A   I think myself.
21  Q   You drove yourself?
22  A   I think so.
23  Q   No one went with you?
24  A   Usually somebody does come with me, but --

9   (Pages 33 to 36)

Page 37

1   Q   What's your memory on that day?
2   A   Well, I remember one time I was at the hospital by
3       myself, and it might have been that incident.  I
4       don't know.
5   Q   Okay.  And what did they do for your finger on or
6       about June 9, 2002?
7   A   They taped it up and put a splint and whatnot and
8       gave me medicine.
9   Q   And do you remember what kind of medicine they
10      gave you?
11  A   Probably some type of a pain medication.
12  Q   Okay.  Had you injured that finger prior to that
13      date?
14  A   No.
15  Q   And did you go to the emergency room that day?
16  A   Yes, I did.
17  Q   Okay.  And did you see the physician?
18  A   A doctor, yes.
19  Q   Okay.  And did you return to that same hospital
20      for care after that date?
21  A   Oh, I've been to that hospital many a times.
22  Q   All right.  Specifically with regard to follow-up
23      care for your --
24  A   Finger.

Page 38

1   Q   -- finger, did you go back to that same Hospital
2       for care of that finger?
3   A   I don't believe so.
4   Q   You didn't have any further medical treatment on
5       that finger?
6   A   I don't think so, not that I can recall.
7   Q   Okay.  Let me have that back for a second.
8   A   (Complies.)
9   Q   Thank you.  When we were talking about your
10      husband Brian and the history of violence, is it
11      fair to say you've called the police, at least the
12      Tewksbury police some 20 times to report an
13      assault by your husband on you?
14  A   No, I don't think I've called that much.
15  Q   No?
16  A   (Nods head.)
17  Q   How many times do you say you've called?
18  A   I would say maybe five over the years.
19  Q   Okay.  Is it --
20  A   For my husband assaulting me.
21  Q   Just talking about your husband Brian,
22      Brian Kennedy, during the period of time which
23      encompasses this complaint, is it fair to say that
24      you have actually called the Tewksbury police

Page 39

1       approximately 20 times to report violence done
2       upon you from Brian Kennedy?
3           MR. FISCHER:  Objection, just asked and
4       answered.
5   Q   You can answer, ma'am.
6   A   I don't know how many times.
7   Q   Okay.  Fair to say it's more than ten?
8   A   No.
9           MR. FISCHER:  Objection, asked and answered.
10  Q   Okay.  How many times do you say?
11  A   I don't know, maybe five, six, something, I don't
12      know.
13  Q   Okay.  And you made also separate calls to the
14      Billerica PD relative to your husband Brian.  How
15      many times do you say you called the Billerica PD
16      to report acts of violence by your husband
17      Brian Kennedy on you?
18  A   I don't recall.
19  Q   Approximately how many times?
20  A   I would be guessing, I don't know.
21  Q   And each time the police responded to the report
22      of domestic abuse you called in, right?
23  A   Oh, yes.
24  Q   They showed up?

Page 40

1   A   Yes, they did.
2   Q   And certain instances you said you wanted to
3       cooperate and push forward, right?
4   A   Yes.
5   Q   And certain instances you didn't want to
6       cooperate, right?
7           MR. FISCHER:  Objection.
8   A   As in what?
9   Q   After you called, did you want to push for his
10      arrest or a complaint to issue against him on each
11      and every one of those calls that you say you made
12      to the police?
13  A   Sometimes I would just want him to leave for
14      awhile while he cooled down.
15  Q   Sometimes you didn't want him at the house, right?
16  A   Right.
17  Q   Sometimes you asked for a Restraining Order?
18  A   No.
19  Q   Never asked for a Restraining Order?
20  A   I don't ever recall --
21  Q   Never?
22  A   I might have, but I would be shocked like you
23      said.
24  Q   I want your words not my words.

10  (Pages 37 to 40)

DUNN & GOUDREAU

| | | Page 41 |
|---|---|---|
| 1 | A | I would be shocked if I did because I don't ever |
| 2 | | remember asking for a Restraining Order. |
| 3 | Q | All right. Were you ever assaulted by -- is your |
| 4 | | mother Joyce Tibbets? |
| 5 | A | Yes. |
| 6 | Q | Were your assaulted by your mother? |
| 7 | A | Yes. |
| 8 | Q | Okay. And when were you assaulted by your mother? |
| 9 | A | I don't remember. |
| 10 | Q | Some time in 1993? |
| 11 | A | I don't remember. I mean it was probably only |
| 12 | | once in my life, so I don't remember the date. |
| 13 | Q | You don't remember the year that your mother |
| 14 | | assaulted you? |
| 15 | A | No, no. |
| 16 | Q | Your own mother, you have no recollection of when |
| 17 | | your mother assaulted you? |
| 18 | | MR. FISCHER: Objection. |
| 19 | A | No. |
| 20 | Q | What did she do to you? |
| 21 | A | I don't even remember. |
| 22 | Q | Do you remember calling the police? |
| 23 | A | On my mother, no. |
| 24 | Q | You never called the police? |

| | | Page 42 |
|---|---|---|
| 1 | A | On my mother, no. I could have, but I don't |
| 2 | | remember. |
| 3 | Q | You don't remember that? |
| 4 | A | No. |
| 5 | Q | Do you remember calling the police to your home |
| 6 | | for a disturbance between William Ashton and |
| 7 | | Scott Ashton? |
| 8 | A | Yes. |
| 9 | Q | When was that? |
| 10 | A | That was when I actually filed the complaint on my |
| 11 | | husband. |
| 12 | Q | Tell me about that episode. |
| 13 | A | Well, there was two. I mean -- |
| 14 | Q | When was the first one? |
| 15 | A | It was Brian, Scott and I were there. We were all |
| 16 | | friends. And then after Lieutenant Connors' badge |
| 17 | | got stolen is when the two Ashton brothers started |
| 18 | | fighting. And they had a fight; and, yes, the |
| 19 | | police were called. |
| 20 | Q | Did you call the police? |
| 21 | A | No, they were on the phone with Scott Ashton |
| 22 | | actually, and Billy overheard them. And Billy |
| 23 | | confronted Scott, and they took it to my house and |
| 24 | | fought there. |

| | | Page 43 |
|---|---|---|
| 1 | Q | Okay. So you say you didn't report a disturbance |
| 2 | | at your home between Billy and Scott Ashton back |
| 3 | | in 1988 that you were describing to us? |
| 4 | A | I did too eventually when they came there too, |
| 5 | | yes. |
| 6 | Q | When you say they eventually came there, did you |
| 7 | | report it to the police? |
| 8 | A | There was about 15, 17 officers there that |
| 9 | | watched. |
| 10 | Q | Before they got there, did you report the |
| 11 | | disturbance to the police? |
| 12 | A | I don't remember. |
| 13 | Q | You don't remember that? |
| 14 | A | I don't remember. |
| 15 | Q | You had just mentioned a little while ago about |
| 16 | | the fire bombing of your husband's truck. |
| 17 | A | Yes. |
| 18 | Q | That took place in 1991? |
| 19 | A | I don't remember. |
| 20 | Q | You have your complaint in front of you. I don't |
| 21 | | want to misquote you. Tell me when it was. |
| 22 | A | Okay. |
| 23 | Q | All right. You've read the complaint, does that |
| 24 | | refresh your memory? |

| | | Page 44 |
|---|---|---|
| 1 | A | I read some of it. |
| 2 | Q | Well, read as much as you need so I don't want to |
| 3 | | misquote you. |
| 4 | A | Yes, it was 1991. |
| 5 | Q | You tell me what year that was. |
| 6 | A | '91. |
| 7 | Q | Okay. Before the fire bombing of your husband's |
| 8 | | truck, did you report to the police you saw |
| 9 | | Richie Reslo running from your property sometime |
| 10 | | around 3 a.m.? |
| 11 | A | Never. |
| 12 | Q | Never? |
| 13 | A | Never that I can recall. |
| 14 | Q | I'm asking your memory. Did you report at 9 a.m. |
| 15 | | some point on July 15, 1991 prior to the fire |
| 16 | | bombing that you then discovered damage to one of |
| 17 | | your vehicles to the police? |
| 18 | A | After the fire bombing? |
| 19 | Q | No, I'm talking about before the fire bombing, did |
| 20 | | you report to the police that you saw Richie Reslo |
| 21 | | running from your property at 3, and then in the |
| 22 | | morning around 9 a.m. discovered damage to your |
| 23 | | vehicle? |
| 24 | A | I might have reported that, but not anything about |

Page 45

1    running at 3 a.m., absolutely not.
2  Q  Never said that?
3  A  That I can remember.
4  Q  Did you report to the Tewksbury police that you
5    were receiving threatening phone calls from a
6    Robin Reslo?
7  A  Yes, I remember that.
8  Q  That was some time in 1991, is that correct?
9  A  It was -- yah, '91, yes.
10  Q  Okay. And what kind of threats did you receive
11    from Robin Reslo?
12  A  She would just call and just say I was going to
13    get my ass beat.
14  Q  Okay. And what did this -- where did these
15    threats emanate from? Did you have a beef with
16    her?
17  A  Yes, we did have a fight.
18  Q  What was the beef about?
19  A  Frank MacKenzie, I was friends with him at the
20    time; and he called me and showed up at my
21    friend's down Wilson Street and told me
22    Robin Reslo had just called the Billerica police
23    station saying I was out front of her house acting
24    up. Those were my words. And we were, because we

Page 46

1    were have a Silly String fight and a water fight.
2  Q  A what?
3  A  Silly String fight.
4  Q  I'm not familiar with what Silly String is.
5  A  Kids use it, Silly String.
6  Q  You were having a Silly String fight?
7  A  And a water fight.
8  Q  And then what happened?
9  A  She called the police and said we were disturbing
10    the neighborhood. And Frank MacKenzie and Steven
11    Elmore came down and told me she had just called
12    there, and that's when our fighting began. I
13    asked her why she called the police.
14  Q  And you were angry at her because she called the
15    police because you were having this Silly String
16    fight and water fight?
17  A  Yah.
18  Q  What did you say to her?
19  A  I said why did you call the police and say we were
20    having a fight? We're not bothering you. And she
21    asked me how I found out about her calling the
22    police. And I didn't tell her, but --
23  Q  So did you report the threatening phone calls from
24    Robin Reslo to the police?

Page 47

1  A  I know they put a phone tap on my phone.
2  Q  When you say they, who is they?
3  A  The phone company.
4  Q  How come the phone company put a phone tap on your
5    phone?
6  A  Because I was getting hang up calls.
7  Q  Did you request it?
8  A  Yes.
9  Q  You requested --
10  A  I did.
11  Q  And that was because you were getting calls from a
12    person who you knew to be Robin Reslo?
13  A  Exactly.
14  Q  Robin Reslo was threatening you with what?
15  A  Just to fight me.
16  Q  Just to fight you?
17  A  Yah, something like that.
18  Q  And what did you do as a result of that?
19  A  I just laughed at her every time I seen her.
20  Q  So they weren't even threatening to you?
21  A  Robin, never, not really.
22  Q  So why did you report it as threatening phone
23    calls?
24  A  Because it was a threat; but I was, you know,

Page 48

1    didn't think she'd actually follow out with her
2    threats; but she was threatening me, so that's why
3    I reported it.
4  Q  In those threatening phone calls, did someone or
5    did Robin make reference to your truck being blown
6    up?
7  A  Not that I can recall, no.
8  Q  You didn't tell the police that?
9  A  I never told the police that.
10  Q  Never told the police that?
11  A  Never.
12  Q  And during the time period that you lived in the
13    trailer park, did people complain that you had
14    slashed their tires?
15  A  Yes.
16  Q  Who made a complaint against you for slashing
17    their tires?
18  A  I don't know, a few people.
19  Q  Name them.
20  A  I don't know. I just told you I don't know.
21  Q  The trailer park is not that big. Who made a
22    complaint against you that you slashed their
23    tires?
24  A  I don't know.

12 (Pages 45 to 48)

Page 49

1  Q   You have no idea?
2  A   Not at this time. I know that I heard about it
3      though.
4  Q   You heard about it?
5  A   Oh, Tara Hawks maybe.
6  Q   Tara Hawks, anyone else?
7  A   She said William Ashton -- I don't know, I don't
8      remember.
9  Q   How about Tony Risso?
10 A   I never heard of Tony Risso.
11 Q   No?
12 A   (Shakes head.)
13 Q   Did you complain to the Tewksbury police back in
14     '99 that you heard some kind of noise outside your
15     trailer and went outside to see -- I'm going to
16     mispronounce it -- Mr. Micciche --
17 A   Brian Micciche, yah.
18 Q   -- throwing a rock at your vehicle?
19 A   Yah, I remember that.
20 Q   What?
21 A   He was friends with Scott Ashton, so after the
22     badge incident when the cops started following us
23     and stalking our house, he pulled up in a Corvette
24     I believe and threw something at my Lexus.

Page 50

1  Q   Okay. And did he strike your Lexus?
2  A   Yes, he did.
3  Q   And you reported that to the police?
4  A   Yes, I did.
5  Q   And the police came to your house?
6  A   I think so. I don't remember what happened. I
7      mean nothing ever came about it, but --
8  Q   What's your relationship with Micciche, do you
9      have one?
10 A   What's my relationship with him?
11 Q   Right, in other words --
12 A   Well, he was a Billerica cop. I mean at the time
13     we were fighting.
14 Q   You were fighting?
15 A   Yah.
16 Q   What were you fighting about?
17 A   I just told you, he was best friends with
18     Scott Ashton, and it was the first time I met him
19     after the badge incident. He started harassing us
20     along with other Billerica officers.
21 Q   How was Micciche besides than this incident
22     harassing you?
23 A   I ran into him at the Lowell Exxon, and the clerk
24     called the police. And he took charges out on us,

Page 51

1      and we went to court over it.
2  Q   And what happened with that case?
3  A   Not guilty.
4  Q   Not guilty against you?
5  A   All of us.
6  Q   Were you also -- did you report that you were
7      threatened by a Cindy Hutton back in 1999?
8  A   I fought Cindy Hutton back in 1999.
9  Q   You fought her?
10 A   I did.
11 Q   You mean physically?
12 A   Yes.
13 Q   You had a fist fight?
14 A   She attacked me, and the Tewksbury cop came. He
15     recorded the conversation, and Cindy admitted to
16     attacking me.
17 Q   So what happened with that?
18 A   Nothing, just stay away from each other.
19 Q   She was a former friend of yours?
20 A   She was, yes, she was a friend.
21 Q   And what were you fighting about on that occasion?
22 A   The Billerica police.
23 Q   You were fighting about the Billerica police?
24 A   Well, we weren't friends no more because of the

Page 52

1      Billerica police.
2  Q   Explain that to me. I don't understand. Why
3      weren't you friends with her.
4  A   Anybody I'm associated with or are friends
5      with --
6      MR. FISCHER: The question is about
7      Cindy Hutton.
8  A   -- they told them to stay away from me.
9  Q   How do you know they told Cindy Hutton to stay
10     away from you?
11 A   She told me in the past.
12 Q   Why would that cause you to fight her physically?
13 A   She just came after me on my porch.
14 Q   She just came up to you and started fighting?
15 A   She delivers the newspaper, the Lowell Sun.
16 Q   Okay. And how did that lead to a fist fight?
17 A   She just said something to me and came at me.
18 Q   She said something, what did she say to you?
19 A   I don't remember the words.
20 Q   She's delivering the newspaper, and she says
21     something to you, and you started a fist fight
22     with her?
23 A   She came at me, yes, she admitted to the police
24     too.

13 (Pages 49 to 52)

1  Q   I see. What did you do?

2  A   I was just trying to keep her off me as best as I

3      could.

4  Q   Back in that same period of time, September '99,

5      did you confront a Tewksbury officer while they

6      were doing an investigation for a missing child in

7      your area?

8  A   A missing child?

9  Q   A missing person.

10 A   I don't know what you're talking about.

11 Q   You don't remember that?

12 A   No.

13 Q   An officer was investigating a missing person in

14     your area, and you and Brian Kennedy confronted

15     the officer, do you remember that?

16 A   No.

17 Q   Did your husband Brian Kennedy take action against

18     Cindy Hutton after your fist fight with her?

19 A   No.

20 Q   Are you aware she reported being assaulted by your

21     husband Brian Kennedy after your fist fight with

22     her?

23 A   No.

24 Q   Not aware of that?

1  A   (Shakes head.)

2  Q   Did you tell him to go after Ms. Hutton?

3  A   No.

4  Q   Did you tell him about the fight you had with

5      Ms. Hutton back in September of 1999?

6  A   Yes.

7      MR. FISCHER: The witness answered before I

8      could assert the marital privilege. I'm not

9      waiving the privilege, but I have no objection to

10     letting the answer stand.

11 Q   In December of 1999, did you report to the

12     Tewksbury police you were being threatened?

13     MR. FISCHER: I'm sorry, in?

14 Q   December of '99.

15 A   I don't -- maybe over -- I don't remember the

16     incident, but I could have, yes.

17 Q   What were you being threatened back in December of

18     '99?

19 A   It was -- it had to have been either the Billerica

20     police or the Hawkses I would have to say.

21 Q   What was the nature of the complaint back in

22     December of 1999?

23 A   I don't know at this time.

24 Q   Has your home ever been searched by police for

1      drugs?

2  A   Yes.

3  Q   When was that?

4  A   Shortly after the MacKenzie incident, maybe in

5      '91.

6  Q   Which police department?

7  A   Billerica.

8  Q   Any other police departments searched your home?

9  A   Yes.

10 Q   What other police departments have searched your

11     home?

12 A   Billerica --

13 Q   You already --

14 A   -- and there was a Tewksbury officer there.

15 Q   Both Billerica and Tewksbury?

16 A   Yes.

17 Q   Okay. Any other departments?

18 A   No.

19 Q   Okay. And when did the second one take place?

20 A   I don't remember the year. '88 maybe.

21 Q   Okay. And what happened as a result of those

22     searches that you've mentioned?

23 A   I think it was in '91 or something they -- they

24     searched for drugs, but they didn't find anything.

1  Q   Okay. Were any charges brought against you, your

2      husband, or Billy Ashton for any of those two

3      searches you've mentioned to us?

4  A   No.

5  Q   And besides those two, any other further searches

6      of your home since 1991 that you are aware of?

7  A   The police have come in my house, yah.

8  Q   For search --

9  A   With a search warrant, no.

10 Q   How about any kind of search?

11 A   Yah, they've come.

12 Q   Okay. When was that?

13 A   After the badge incident, Scott Ashton and his

14     brother Billy were fighting. And he said

15     something to the effect of a black buck knife, and

16     the police searched my mom's house and my house.

17 Q   Has your mom's house ever been searched for drugs?

18     MR. FISCHER: Objection.

19 A   No.

20 Q   Does your mom have any criminal record?

21 A   No. Actually, she got pulled over once by

22     Billerica I believe and her car towed.

23 Q   Okay. What was that for if you know?

24 A   Right after like the day after I reported

DUNN & GOUDREAU

Page 57

1    Frank MacKenzie to the Chief of Police.
2  Q  This is 1991?
3  A  Yes, that's it.
4  Q  Anything else you can recall?
5  A  Not that I recall.
6  Q  Are you aware of an incident back in November of
7     '99 where Brian Kennedy and William Ashton
8     threatened to kill Rachel LeFevre?
9  A  Yes, I am aware of that.
10 Q  Tell us about that.
11 A  She again was friends with us. And her best
12    friend was a witness for us. And we ended up
13    fighting and not getting along any more.
14       And I had gone out, and she took a coat of
15    mine off my fence at the trailer park. And
16    Billy Ashton watched her do it, video'd it. And
17    she went and put my coat in her car.
18       And he called the Tewksbury police. And when
19    they came, he described to the Tewksbury police
20    what she was wearing and where exactly she put my
21    coat.
22       With that, they went and got my coat back that
23    she urinated on. And then they I think took out a
24    charge maybe on her or a hearing. And with that,

Page 58

1     she was angry and said that Brian or Billy, I'm
2     not even sure which one, had threatened her.
3  Q  Were you present for all this?
4  A  No.
5  Q  So how do you know all this?
6  A  Because Billy video'd her taking my coat. And
7     when the police came down, he said -- he told, you
8     know, this is what she did, she put it in a car
9     out front. And he described my coat. And she
10    gave -- the girl Rachel gave my coat to the
11    police.
12 Q  Did you ever produce that video to anyone?
13 A  No. I ended up dropping the charges I think.
14 Q  Why is that?
15 A  Because we were neighbors, our kids hung out, I
16    got my coat back.
17 Q  And who is the friend who was a witness for them?
18 A  Monique.
19 Q  Who?
20 A  Monique. Who was her friend?
21 Q  Yes.
22 A  Monique Ladeau.
23 Q  Where does she live?
24 A  She lives in the trailer park.

Page 59

1  Q  She still lives there?
2  A  I don't know.
3  Q  Let me ask you, and again I'm not trying to trick
4     you, but just we had discussed a few minutes ago
5     your receipt of what you said were threatening
6     calls from Robin Reslo. Do you remember that a
7     few minutes ago we talked about it?
8  A  Yes.
9  Q  And we talked about it I think we said some time
10    in November 1991. Do you remember saying or
11    reporting to the police that Robin Reslo said she
12    was dealing bombs and had connections to the mob,
13    that's what you told the police Robin said, do you
14    remember that?
15 A  No, I don't remember those exact words.
16 Q  Well, tell me the words you remember.
17 A  I don't.
18       MR. FISCHER: Are you asking about the prior
19    deposition?
20 Q  No, just a few minutes ago today.
21 A  I don't remember at this time.
22 Q  Okay. Do you remember you telling the police that
23    Robin Reslo said you were going to end up in the
24    river with bricks tied to your feet?

Page 60

1  A  Yes, I remember that.
2  Q  And you reported that to the police?
3  A  I did, yes.
4  Q  And you told the police you had an ongoing problem
5     with Robin Reslo, do you remember that?
6  A  Yes, it was a lady officer that came.
7       MR. FISCHER: Wait for the question, and just
8     answer the question.
9  Q  And you told the police you had a friend named
10    Michelle Horn, do you remember that?
11 A  I have a friend Michelle Horn.
12 Q  And your friend overheard this Josephine talking
13    about your truck being blown up, do you remember
14    that? That's what you told the police back in
15    1991?
16 A  Well, maybe after it happened everybody knew about
17    it, so the whole town was talking about it, so I
18    could have said that.
19 Q  But that's what you told the police back in
20    September of 1991 about the truck, right?
21 A  Probably.
22 Q  You told us at the deposition back on
23    January 6, 2006 that Brian Kennedy lived with
24    Raymond Trainor, right?

15 (Pages 57 to 60)

Page 61

```
 1  A   Yes.
 2  Q   That's not true, is it, ma'am?
 3  A   Yes, it was true.
 4  Q   Did you or Brian Kennedy pay any rent to
 5      Mr. Trainor?
 6  A   Yes, we did.
 7  Q   How much rent did you pay to Mr. Trainor?
 8  A   $100.
 9  Q   And how did you pay it?
10  A   Cash.
11  Q   How long a period of time did you pay that?
12  A   Not long, it didn't last long.
13  Q   Starting when to when?
14  A   Well, right after my deposition ended, shortly
15      after my deposition, so --
16  Q   Shortly after your deposition on January 6, 2006
17      you began to pay Raymond Trainor?
18  A   No, it ended, we moved out.
19  Q   Isn't it fair to say, ma'am, you never lived with
20      Raymond Trainor?
21      MR. FISCHER:  Objection.
22  A   I never did.
23  Q   And your husband Brian Kennedy lived with you?
24  A   I said he had two places, Ray Trainor's and my
```

Page 62

```
 1      house.
 2  Q   Is it fair to say you were only keeping that
 3      address so your kids could attend school?
 4      MR. FISCHER:  Objection.
 5  A   I did pay him rent and stay there so my kids could
 6      go to school.
 7  Q   You were paying him rent so your kids could have
 8      an address to go to school in the Billerica --
 9  A   I have family in Billerica --
10      MR. FISCHER:  Just listen to the question.
11  Q   My question is you were just paying him rent so
12      your kids could attend Billerica public schools,
13      is that correct, ma'am?
14  A   That's false.
15  Q   Who lived at that address do you say?
16  A   Brian, Billy, Ray and Ray's brother.
17  Q   All right.  So it's your testimony under oath
18      today that Brian Kennedy, Billy Ashton, and who
19      else lived at the address that Ray Trainor has in
20      Billerica?
21      MR. FISCHER:  Objection.
22  A   Ray and his brother was there sometimes.
23  Q   And which children of yours lived under that
24      address?
```

Page 63

```
 1  A   They slept there two to three nights a week only.
 2  Q   They slept there?
 3  A   Yes.
 4  Q   They didn't sleep at your house?
 5  A   Yes, they did.
 6  Q   So you're saying the kids were sleeping in
 7      Billerica and not with you?
 8  A   Sometimes they'd sleep with their father and --
 9  Q   And what room were they sleeping in in Ray
10      Trainor's house?
11  A   The whole downstairs my husband remodeled.
12  Q   And isn't fair to say, ma'am, that was just a
13      farce so the authorities would think that your
14      children would be living there, ma'am?
15      MR. FISCHER:  Objection.
16  A   No, James O'Donnell seen it.
17  Q   Who is James O'Donnell?
18      MR. FISCHER:  Objection.  Would you just
19      listen to the question and answer the question.
20  A   No.
21      MR. FISCHER:  Can we take a break for a
22      second?
23      MR. SILVERFINE:  Go ahead.
24      (Recess taken.)
```

Page 64

```
 1  Q   All right.  Let's focus if I can on what you for
 2      the moment have filed through your counsel as part
 3      of your motion for Restraining Order and what you
 4      say certain things happened.
 5          You, through counsel, stated that the
 6      Defendant Officer Mark Tsoukalas approached and
 7      threatened you and, in fact, drove past your home
 8      in Lowell on November 1, 2005.
 9  A   Correct.
10  Q   And this was right after the depositions were
11      taken that day in your attorney's office, right?
12  A   Yes.
13  Q   Okay.  And what kind of car was Mr. Tsoukalas in?
14  A   They were in the Billerica unmarked detective car.
15  Q   What kind of car is that, ma'am?
16  A   I don't know.
17  Q   What do you mean you don't know?
18  A   I don't know what kind of car it is.
19  Q   How do you know it's an unmarked detective car?
20  A   I know what it looks like, I just don't know --
21  Q   What's the make and model of it?
22  A   I don't know.
23  Q   What color is it?
24  A   Blue.
```

16 (Pages 61 to 64)

Page 65

1  Q   And what distinguishes this car from any other
2      car?
3  A   I don't know.
4  Q   And where do you say you saw this car?
5  A   Drove by my house, 1248 Gorham Street. Pulled
6      into --
7      MR. FISCHER:  Just listen to the question and
8      answer the question.
9      MR. SILVERFINE:  I would ask counsel not to
10     interrupt the answer to my questions as well.
11 Q   You say they drove by, who is they?
12 A   Three officers.
13 Q   What's their names?
14 A   Officer Tsoukalas, I believe Mike Casey and
15     Lieutenant Connors maybe.
16 Q   Who else?
17 A   There was just three of them.
18 Q   And who was driving the car?
19 A   Lieutenant Connors.
20 Q   And who was -- where were the other two gentlemen
21     seated?
22 A   Mike Casey was in the passenger seat, and
23     Mark Tsoukalas was in the back seat.
24 Q   And what time was this?

Page 66

1  A   I don't remember.
2  Q   Give me your best estimate.
3  A   It was the night of the deposition.
4  Q   Was it eight o'clock, nine o'clock, ten o'clock?
5      What time was it?
6  A   I don't recall.
7  Q   You don't remember?
8  A   No.
9  Q   And where were you when you saw this vehicle?
10 A   On my porch.
11 Q   And who else was there with you?
12 A   Brian Kennedy and Billy.
13 Q   For the record, that's Brian Kennedy and
14     Billy Ashton?
15 A   Yes.
16 Q   And what did this car do when you saw it?
17 A   Just drove by the first time.
18 Q   Just drove by?
19 A   Uh-hum, yes.
20 Q   And what else did you observe?
21 A   They just drove by slow looking and caught my
22     attention.
23 Q   Okay.  And what happened next?  What did you see?
24 A   I watched where it went.

Page 67

1  Q   Okay.  What else did you see?
2  A   They turned around at the school.
3  Q   What school?
4  A   I don't know the name of it.
5  Q   This is a school you live down the block from?
6  A   Yes.
7  Q   You don't know the name of the school?
8  A   No.
9  Q   Okay.  What did you see next?
10 A   They drove by, back by heading towards Billerica.
11 Q   And what happened next?
12 A   Mike Casey gave us the finger out the window.
13 Q   Mike Casey who is seated in the --
14 A   Passenger seat.
15 Q   Gave you the finger?
16 A   Correct.
17 Q   When they drove by, what side of the road was the
18     vehicle when he gave you the finger?
19 A   He was on the far right side to me.
20 Q   Okay.  Which direction was he headed when he gave
21     you the finger?
22 A   To Billerica.
23 Q   Your house faces the road on Gorham Street, is
24     that right?

Page 68

1  A   Yes.
2  Q   And if you're facing the road, is it on the east
3      or west side of the road?
4  A   I don't know.
5  Q   So which way is Billerica as you're facing the
6      street, is it to the left or to the right?
7  A   Billerica is to the left.
8  Q   To the left, so that would be south of Lowell, is
9      that right?
10 A   I don't know.
11 Q   You don't know?
12 A   I don't.
13 Q   Okay.  And what were the three gentlemen wearing
14     that night?
15 A   I know Mark Tsoukalas in the back had a white
16     shirt on, I believe the same clothes he wore from
17     that day to the deposition.
18 Q   Okay.  He's wearing a white shirt, what else?
19 A   Some type of a coat, a dark coat.
20 Q   How do you know he was wearing a white shirt?
21 A   I seen it.
22 Q   You seen it that night?
23 A   Yes, I did.
24 Q   Okay.  What was Lieutenant Connors wearing?

17 (Pages 65 to 68)

DUNN & GOUDREAU

Page 69

1  A   I don't know what he was wearing.
2  Q   What was Officer Tsoukalas wearing?
3  A   I just explained to you.
4  Q   I'm sorry, Mike Casey was wearing?
5  A   I don't know what Mike Casey was wearing either.
6  Q   And how long a time period were they in front of
7      your house?
8  A   They continued on driving slow. They never
9      stopped, they just drove.
10 Q   And who do you say gave you the finger?
11 A   Mike Casey.
12 Q   Okay. And what did you do?
13 A   Just asked my husband and Brian Kennedy if they
14     seen it.
15 Q   Okay. And what did they respond?
16 A   Yah, they seen it.
17 Q   Both of them?
18 A   Yes, they did.
19 Q   Okay. And this is -- is this the same night that
20     you traveled to the Billerica Police Department
21     parking lot?
22 A   Yes.
23 Q   At midnight?
24 A   It wasn't at midnight I don't think.

Page 70

1  Q   What time do you say it was, ma'am?
2  A   It was earlier than that.
3  Q   What time do you say it was, ma'am?
4  A   I don't know.
5  Q   Give me your best estimate.
6  A   I can't.
7  Q   You can't?
8  A   I don't know.
9  Q   You went to the Billerica Police Department
10     parking lot for what reason?
11 A   Just to make sure the license plate numbers
12     matched and it was the right car.
13 Q   Did you write down the license plate number,
14     ma'am?
15 A   Yes.
16 Q   Can you give it to us?
17 A   No.
18 Q   Why not?
19 A   I don't have it.
20 Q   Where is it?
21 A   It's in the car or --
22 Q   You wrote down the license plate number for an
23     incident?
24 A   Yes.

Page 71

1  Q   And you haven't produced it to us as well?
2  A   Correct.
3      MR. FISCHER: If you could back up a little,
4      you're leaning over the table and your voice is
5      raised.
6      MR. SILVERFINE: I am just for the record
7      leaning on my pages and writing on my note pad in
8      a position which allows me to write on a piece of
9      paper. If your client is uncomfortable, there is
10     ample room in this room for her to move back. I
11     have not in any way impinged on her space.
12 Q   Is this the same license number that you say was
13     the vehicle that drove by?
14 A   Yes.
15 Q   And you wrote it down that night?
16 A   Yes.
17 Q   And you still have it?
18 A   I don't know if I still have it, but I did.
19 Q   Okay. And you haven't produced that to us, have
20     you, ma'am?
21 A   No.
22 Q   And when you went to the Billerica Police
23     Department parking lot that night, that was with
24     Billy Ashton?

Page 72

1  A   Yes.
2  Q   And you took a video?
3  A   I don't remember if we took a video.
4  Q   Well, didn't you take a video everywhere you went,
5      ma'am?
6  A   Not everywhere.
7  Q   Almost everywhere?
8  A   Sometimes.
9  Q   Most of the time any time you had a dealing with
10     the Billerica police you took a video?
11     MR. FISCHER: Objection.
12 Q   Is that right, ma'am?
13 A   Sometimes.
14 Q   You took a video that night as well, didn't you,
15     ma'am?
16 A   I don't know.
17 Q   Have you produced that video?
18 A   No.
19     MR. FISCHER: Objection.
20 Q   Is there anything else that you haven't told us
21     about that occurred on the night of November 5,
22     2005 that relates to this incident where you say
23     you saw this unmarked cruiser?
24     MR. FISCHER: Objection.

18 (Pages 69 to 72)

Page 73

1  A   No. I'm sorry, yes, there is.
2  Q   I'm sorry?
3  A   There is.
4  Q   What else do you recall?
5  A   Officer Tsoukalas was in the back seat, and he
6      gave us the gun sign like with his hand.
7  Q   All right. When you say the gun sign, could you
8      describe that? What does that mean?
9  A   Was looking at Brian, and Billy seen him. And I
10     was looking at Mike Casey with his finger out the
11     window, his finger was like halfway up; so they
12     seen Officer Tsoukalas give the gun sign.
13 Q   I'm not following you. What do you mean by the
14     gun sign? What does that mean?
15 A   Like just pretending to shoot somebody with their
16     hand I would guess.
17 Q   You didn't see this yourself?
18 A   I seen him do something with his hand. I was
19     mostly focused on Mike Casey, and I did see
20     Officer Tsoukalas; but when I seen Mike Casey's
21     hand come out the window, my eyes were focused on
22     his hands.
23 Q   Tell me what you recall seeing when you say you
24     saw Tsoukalas' hands. What was Tsoukalas' hands

Page 74

1      doing? Tell me what you observed.
2  A   I don't believe -- Brian and Billy just said he
3      gave us the gun sign and showed me what he did.
4  Q   I don't know if you understand my question. I'm
5      not asking what Brian Kennedy and Billy Ashton
6      told you, I'm asking you to describe what you saw.
7  A   Movement with his hands.
8  Q   Movement in the car, outside the car?
9  A   In the car.
10 Q   What shape was the movement in the car?
11 A   Again, I was focused on Mike Casey.
12 Q   And Mike Casey is sitting in front with Tsoukalas?
13 A   Yes.
14 Q   Okay. And this is the time period where the
15     driver is closer to you as they're going by toward
16     Billerica?
17 A   Yes.
18 Q   And you say Connors is driving, right?
19 A   I know -- I remember it was Mike Casey and
20     Mark Tsoukalas definitely in the car, the
21     third-party at this time I don't remember.
22 Q   All right. Again, I'm just going --
23 A   I have it written down.
24 Q   You told us Connors was driving.

Page 75

1  A   I said I think Connors.
2  Q   You're not sure it was Connors?
3  A   I know for a fact who it was, but sitting here
4      today, I don't remember who the third one was.
5  Q   I'm sorry, I'm a little confused. You say you
6      know for a fact it was, who was it?
7  A   I know for a fact it was Mark Tsoukalas,
8      Mike Casey, and there was a third one that was
9      driving the vehicle. And sitting here today, I
10     don't remember a hundred percent. I think it was
11     Lieutenant Connors.
12 Q   Okay. But Connors as you say was closest to you
13     because he was in the driver's side closest to you
14     for your view?
15 A   Correct.
16     MR. FISCHER: Objection.
17 Q   I'm just trying to understand --
18     MR. FISCHER: Which way?
19     MR. SILVERFINE: She said going toward
20     Billerica.
21     MR. FISCHER: But he came by once and came
22     back in the other direction.
23 Q   Thank you. You're saying going towards Billerica
24     Connors is closer to you when Tsoukalas gave you

Page 76

1      the middle finger, right?
2      MR. FISCHER: Objection.
3  A   Right.
4  Q   And you said Casey did what with his hand?
5  A   Casey gave the middle finger.
6  Q   And Tsoukalas did what with his hands?
7  A   He gave the gun sign with his hands; and, again, I
8      was focused on the movement --
9      MR. FISCHER: Just answer the question.
10     MR. SILVERFINE: I ask counsel again not to
11     coach the witness and allow the witness to answer.
12 Q   Did you understand my question?
13 A   I do.
14 Q   I'm just trying to find out what you saw and who
15     was doing what and not what somebody said, what
16     you saw; so just tell me what you saw Tsoukalas
17     did, what Casey did.
18 A   Mike Casey --
19 Q   And what did Connors do?
20 A   I saw Mike Casey give the finger.
21 Q   Okay. How about the other gentleman, what did he
22     do?
23 A   I didn't see it.
24 Q   You're saying Brian Kennedy and Billy Ashton told

19. (Pages 73 to 76)

DUNN & GOUDREAU

## Page 77

1    you he gave the gun sign, whatever that is, right?
2  A   Yes.
3  Q   What does that mean to you, this gun --
4  A   I don't know. I don't know.
5  Q   You don't know?
6  A   That he wants to shoot his gun the way I would
7     take it.
8  Q   What's your understanding of what that means? In
9     other words, he made the gun sign, what does that
10    mean?
11  A   Like he wants to shoot us.
12  Q   How would somebody do that?
13  A   I'm not sure. Do you know?
14  Q   These why I'm asking you, and it's your
15    deposition.
16  A   I'm not sure.
17  Q   Okay. So you don't know?
18  A   No.
19     MR. FISCHER: When you say do that, shoot us
20    or make the sign?
21     MR. SILVERFINE: I'm asking the witness what
22    she means by a gun sign.
23     THE WITNESS: I took it he wanted to shoot
24    us.

## Page 78

1  Q   What do you mean when you say they told us they
2     made the gun sign? What does that mean to you?
3  A   They demonstrated it.
4  Q   Show it to us.
5  A   Because they were actually laughing about it
6     afterwards. He went like this with his hand.
7     That's the way they said he did it. (Indicating.)
8  Q   So --
9  A   Like he was pulling a trigger.
10  Q   You're putting your fingers out as if it's gun and
11    pulling the trigger?
12  A   Right.
13  Q   And was this his left hand or right hand?
14  A   I don't know, they didn't tell me that.
15  Q   The officer that gave you the one finger salute --
16  A   It was his right hand, and it was backwards like
17    that. (Indicating.)
18  Q   Backwards?
19  A   Yah, his hand was facing this way, and the front
20    was facing the cemetery.
21  Q   Was he inside the car or out of the car?
22  A   Inside the car with the window rolled down a
23    little bit.
24  Q   And what time of night do you say this was?

## Page 79

1  A   I don't know. I don't remember.
2  Q   What time were you sitting on your porch that
3     night?
4  A   I don't know.
5  Q   How were you dressed?
6  A   I don't know.
7  Q   You don't know?
8  A   (Shakes head.)
9  Q   Okay. How long were you on the porch for?
10  A   Just a little while.
11  Q   Just a little while?
12  A   Yah.
13  Q   You just happened to be out there at this time?
14  A   No, I sit outside all the time.
15  Q   You sit out there all the time?
16  A   Uh-hum.
17  Q   And how long a period of time had you been out
18    there before the car came by?
19  A   Not long.
20  Q   Best guesstimate.
21  A   I don't know.
22  Q   And what did you do when you saw that? After the
23    cruiser left, what did you do?
24  A   After the cruiser left?

## Page 80

1  Q   Right, after you said the car went toward
2     Billerica, what did you do?
3  A   We -- I wrote down the license plate number and
4     called my son and told him to bring one of the
5     cars back. And Billy was grabbing one of the
6     trucks in the driveway. And we all hopped in the
7     truck and started to drive to follow the car.
8  Q   Okay. So you actually went to follow the car?
9  A   Yes.
10  Q   And that's when you ended up in the Billerica
11    Police Department parking lot eventually?
12  A   Eventually, but not at that point.
13  Q   Did you catch up with the cruiser?
14  A   Not at that point.
15  Q   Did you catch up with it later?
16  A   Yes.
17  Q   Where did you see the cruiser later?
18  A   At the Billerica parking lot.
19  Q   Okay. And when you saw it, what did you do?
20  A   Just matched the license plates and went back home
21    and I think I called my lawyer.
22  Q   Okay. Mr. Fischer?
23  A   No.
24  Q   Mr. Gilgun?

20 (Pages 77 to 80)

Page 81

1  A  Yes.
2  Q  Okay. And this is information you say you wrote
3     down the license plate and it matched up with the
4     cruiser inside the parking lot?
5  A  Yes.
6  Q  Okay. I'll try to do it chronologically pursuant
7     to your motion for a Restraining Order. You say
8     in late January, early February 2006 Lieutenant
9     Connors confronted Ray Trainor. Do you remember
10    that?
11 A  Yes.
12 Q  All right. And threatened Mr. Trainor that
13    probation would be violated, do you remember?
14 A  Yes.
15 Q  Okay. How did you learn about this allegation of
16    him being threatened?
17 A  From him and his friend.
18 Q  When you say him and his friend, who is his
19    friend?
20 A  Butchy.
21 Q  Butchy who?
22 A  Catarino.
23 Q  Where does Mr. Catarino live?
24 A  I don't know.

Page 82

1  Q  How long have you known Mr. Catarino?
2  A  20 years.
3  Q  He's been a lifelong friend of yours?
4  A  No, he's an acquaintance.
5  Q  He's from Billerica?
6  A  Yes.
7  Q  You don't know where he lives?
8  A  I don't.
9  Q  You know where Mr. Trainor lives, right?
10 A  Yes.
11 Q  Did you have a conversation with Mr. Trainor or
12    Mr. Catarino relative to this alleged threat?
13 A  Yes.
14 Q  Who did you talk to?
15 A  Both of them.
16 Q  When did you talk to them?
17 A  When I was over there waiting for my kids to come
18    home.
19 Q  When was that?
20 A  I don't remember the date.
21 Q  Was it January, February, 2006?
22 A  Well, it was when Brian was staying there.
23 Q  When was it, ma'am?
24 A  I don't know.

Page 83

1  Q  Tell me what your conversation with Mr. Trainor
2     was relative to this allegation.
3  A  It started with Butchy.
4  Q  Okay. Well, let's start with Mr. Catarino, we'll
5     come back to Mr. Trainor. Tell me about what
6     Mr. Catarino told you.
7  A  Okay. He said -- I walked into Ray's house, and
8     he said, "Whoa, Billerica's most wanted."
9        And I said, "What do you mean?"
10       He said, "Them cops are out for you bad."
11       And I said, "Why, did something happen? Did
12    you hear something?"
13       And he said, "Ray didn't tell you?" And I was
14    sitting on the coach when Butchy walked through
15    the kitchen door. He's like, "Ray," he was
16    calling for Ray. He was sleeping in his bed. And
17    this is at approximately 2:30 because I was
18    waiting for my kids. And Ray got up, and Butchy
19    said, "Ray, you didn't tell Michelle about what
20    happened at the court?" And I didn't hear Ray
21    respond immediately, so I hopped up off the coach,
22    and I caught Ray doing one of these to Butchy,
23    shh, like that. (Indicating.)
24       And I said, "Ray, what?"

Page 84

1        He's like, "Butchy, forget about it. Don't
2     talk about it right now, the kids are here."
3        And I said, "No, Butchy, tell me."
4        And he said that they went to the court, and
5     Lieutenant Connors --
6  Q  You when you say they, who is talking now,
7     is Butchy Catarino or Ray Trainor talking now?
8  A  Well, Butchy said, "Ray, you didn't tell
9     Michelle?" And I caught him saying shh.
10 Q  I understand, but you're describing a
11    conversation, who is telling you this?
12 A  Butchy.
13 Q  And this conversation is taking place at
14    Ray Trainor's house?
15 A  Yes.
16 Q  What's the address there?
17 A  16 Lowell Street I think.
18 Q  It's just you, Butchy and Ray?
19 A  Yes.
20 Q  Okay. And what time of day was this?
21 A  2:30.
22 Q  2:30 in the afternoon?
23 A  School day, yah.
24 Q  What month?

DUNN & GOUDREAU

Page 85

1    A    I don't know.
2    Q    January, February?
3    A    I don't know.
4    Q    What do you say happened in the conversation
5         next?
6    A    Butchy said to him you didn't tell Michelle, I
7         didn't hear a response, I hopped off the coach;
8         and I looked up at Ray standing at the top of the
9         stairs, and he was telling Butchy to be quiet.
10            And I said, "What, Ray, what happened?"
11            And he's like starting fighting with Butchy
12       saying, you know, Butchy she doesn't need to hear
13       much more of this, she's going through enough.
14       And then I said, "No, I want to hear it."
15            And he said -- Butchy said, "Well, I'll tell
16       you." And he said we went to the court for Ray to
17       check into -- I don't know, probation or he had
18       court, and Lieutenant Connors was downstairs at
19       the clerk's, or I thought that's where he said it
20       was.  He said it was the clerk department.
21            And he reached over the counter and grabbed
22       Ray by the shirt and pulled him; and he said, "If
23       you do not do the right thing and get rid of them
24       Kennedys, I'm going to beat you to death with a

Page 86

1         golf club next time I see you at the golf club."
2    Q    Butchy Catarino said this in front of Ray Trainor?
3    A    Yah, and I said, "Ray, is that true?"
4             And he said, "Yah."
5             And I said, "When were you going to tell me?"
6             He said, "You know, Michelle, I'm scared."
7    Q    Anything else said during that conversation of
8         Butchy Catarino and Ray Trainor that you can
9         recall?
10   A    No.  Them two -- I got my kids and left because
11       them two got in a really big fight at that time.
12       They were arguing really bad.
13   Q    What were they arguing about?
14   A    I don't know.
15   Q    Well, you're sitting there and your kids are
16       there?
17   A    Yah, I left.
18   Q    What were they arguing about?
19   A    I don't know.
20   Q    No idea?
21   A    No idea.
22   Q    And Ray Trainor is a lifelong friend of yours?
23   A    Was.
24   Q    He's not any more?

Page 87

1    A    No.
2    Q    Does it have anything to do with the deposition
3         testimony he gave last week?
4    A    I just found out about that today.
5    Q    He's no longer your friend?
6    A    He wasn't my friend when the police scared him to
7         death and he decided to side with them.
8    Q    Anybody who sides with the police is an enemy of
9         yours?
10   A    If it's false and they've been friends with me for
11       a long time, yah.
12   Q    And you're telling the truth, of course, right?
13   A    Absolutely.
14   Q    Now, any other further conversations relative
15       to -- did you have with Ray Trainor as to the
16       conversation you had with him and Butchy Catarino
17       that day?
18   A    I've had several conversations.
19   Q    Tell us about those conversations as they relate
20       to this event which you've described for us on a
21       date you can't remember about that event.  Tell
22       us --
23   A    I don't understand what you're asking.
24   Q    I'm asking you to relate to us the conversations

Page 88

1         that you had with Ray Trainor and this alleged
2         threat that he received from Mr. Connors.
3    A    You mean tell you conversations that I've had with
4         him about the Billerica police?
5    Q    No.  In other words, you're saying back in
6         January, February you had this conversation,
7         Catarino, Mr. Trainor; you saw Mr. Trainor after
8         that, right?
9    A    Yes.
10   Q    You said your kids were living there?
11   A    Yes.
12   Q    So you must have talked to him about it?
13   A    He was sleeping most of the time.
14   Q    Always sleeping when you came in?
15   A    Most of the time.
16   Q    So you never talked about it after that?
17            MR. FISCHER:  Objection.
18   A    Yah, I did.
19   Q    Tell us the conversation.
20   A    I just asked him why, you know, he didn't tell me.
21       And he told me he was afraid to get involved
22       because he had to live in Billerica and he had
23       charges pending and didn't want to do 60 days in
24       jail for drinking and driving, and they promised

Page 89

1    that they would help him with his drinking and
2    driving cases, get rid of them if he turned on the
3    Kennedys, us.
4    Q   Okay. Any further conversations you had with him?
5    A   He told me he got a visit from Lieutenant Connors'
6        son, and he told him -- this is before Lieutenant
7        Connors grabbed him at the Lowell court, the son
8        went there. And I think Ray actually called my
9        lawyer and told my lawyer about it, told him the
10       details how it happened.
11   Q   Okay. Is this a phone call that you actually put
12       him on with the lawyer when you were there?
13   A   No, he called him.
14   Q   He called him on his own?
15   A   Yes.
16   Q   When did he call him?
17   A   I don't remember. It was before the Butchy and
18       Ray incident, before that happened, before
19       Lieutenant Connors pulled him.
20   Q   And you continued to see Mr. Trainor up until the
21       time you went to Federal Court on this, is that
22       right, ma'am?
23   A   No, I seen him one more time after that.
24   Q   Weren't you picking up your kids every day?

Page 90

1    A   No, I ended it.
2    Q   When do you say you ended?
3    A   When Marty Connolly chased me to his house, you
4        know, like a week later maybe or two weeks later.
5    Q   When do you say this happened?
6    A   I don't remember the date. It was after
7        Lieutenant Connors threatened him.
8    Q   Well, give me your best estimate in terms of date
9        when this happened.
10   A   I don't know.
11   Q   And his son came to see Mr. Trainor?
12   A   The son came to see him before Lieutenant Connors
13       seen him at the court.
14   Q   What date is the conversation the son had with
15       Mr. Trainor?
16   A   I don't know.
17   Q   How do you know this occurred?
18   A   He told me.
19   Q   Who is he?
20   A   Ray told me the police were there that day.
21   Q   Okay. And what did Ray Trainor say of his
22       conversation with Mr. Connors' son -- whose name
23       is?
24   A   Billy, I think it is.

Page 91

1    Q   What did he say about his conversation with
2        Billy Connors?
3    A   Billy asked if, you know, we stayed there and if
4        so who and why, just asked him questions about the
5        Kennedys.
6    Q   Okay. And what else did he say?
7    A   That's all I can remember right now. There was
8        more though because Ray told -- I don't know. I
9        don't remember.
10   Q   Okay. You then saw Mr. Trainor some time in June
11       of this year relative to this --
12   A   June?
13   Q   June.
14   A   Uhm --
15   Q   You were in court in June in Federal Court.
16   A   Yah, I saw him.
17   Q   You saw Mr. Trainor?
18   A   Yes.
19   Q   He was quite angry at you, wasn't he, ma'am?
20       MR. FISCHER: Objection.
21   A   I don't know.
22       MR. FISCHER: Is that your testimony?
23   Q   It's a question. Do you understand the question?
24   A   I do.

Page 92

1    Q   Was he angry at you?
2    A   I don't know.
3    Q   Did you have a conversation with him?
4    A   No.
5    Q   Did he shout anything at you?
6    A   He did say something to me.
7    Q   What did he say to you?
8    A   I don't remember at this time, but he did say
9        something when he -- oh, he said, Michelle,
10       something about benefits, his benefits, you know,
11       you told him that you give me money, and that's
12       going to stop me from collecting, something to
13       that effect.
14   Q   What else did he say to you?
15   A   That's it. It was when he walked by, it was
16       something about his benefits.
17   Q   This is a friend you had for life?
18   A   For life.
19   Q   And you didn't have any further conversation with
20       him?
21   A   No.
22   Q   You also indicated in your motion for Restraining
23       Order that Mr. Tsoukalas drove by your home on
24       Friday evening, May 26, 2006, do you remember

23 (Pages 89 to 92)

Page 93

1    that?
2  A  Yes.
3  Q  Tell me about that incident.
4  A  I was at the pizza place next door. And I ordered
5     a few pizzas, and I called up to my house to have
6     them send someone down to help me carry them. And
7     as I was walking out, I seen a grey truck driving
8     real slow by my house staring at it with another
9     man. And it caught my attention.
10 Q  So there's two people in this grey pick-up truck?
11 A  Yes.
12 Q  And who was in the grey pick-up truck?
13 A  I just seen Officer Tsoukalas, I don't know who
14    was in the passenger seat.
15 Q  You say Mr. Tsoukalas was driving?
16 A  Yes.
17 Q  And what street was this on?
18 A  Gorham.
19 Q  What time of day was this?
20 A  I don't remember sitting here today.
21 Q  You don't remember?
22 A  No.
23 Q  And who were you with?
24 A  I was with Billy Ashton.

Page 94

1  Q  And what's the name of the pizza place?
2  A  Giovanni's.
3  Q  And what do you say that you saw Mr. Tsoukalas
4     do?
5  A  He was driving really slow, and he was pointing
6     my house out like the window was down. And I seen
7     him like with his finger like, you know, looking
8     at my house kind of pointing at it.
9        And then he seen Billy and I at the pizza
10    place, and with that he put his hand way down low
11    and gave me the middle finger.
12 Q  You say he's inside the car?
13 A  Yes.
14 Q  So how did he give you the middle finger if he's
15    inside the car?
16 A  He put his arm way down the car like that and gave
17    me the finger. (Indicating.)
18 Q  Inside or outside the car?
19 A  Outside the car.
20 Q  And who was driving the car?
21 A  Mark Tsoukalas.
22 Q  And who was the passenger?
23 A  I don't know.
24 Q  Was it a police officer?

Page 95

1  A  I don't know.
2  Q  When they drove by, who was closer to you, the
3     driver or the passenger?
4  A  They were heading towards Billerica way.
5  Q  And what side of the street is the pizza place
6     on?
7  A  My side.
8  Q  So the driver's side was closest to you?
9  A  Yes.
10 Q  And who was the other gentleman in the car with
11    him?
12 A  For the fourth time, I don't remember. I don't
13    know him.
14 Q  What was Tsoukalas wearing that night?
15 A  I don't know.
16 Q  What did you say he was wearing?
17 A  I didn't say what he was wearing.
18 Q  What were you wearing that night?
19 A  I don't know.
20 Q  So what did you do after you saw this?
21 A  Yelled up to my husband that was in the window
22    right there, I said, "Did you see that?"
23       And he said, "Yes, I did."
24 Q  So your husband was in the window, he just

Page 96

1     happened to be looking out?
2  A  He sits in that window every night.
3  Q  Uh-huh. And what did you and he do after that?
4  A  We were just all asking each other if we seen it.
5  Q  Okay. You didn't do anything else?
6  A  I don't remember.
7  Q  Did you get in your car like you did the last time
8     and try to follow the vehicle?
9  A  I don't think so.
10 Q  Did you write down the license plate?
11 A  Actually, I did get in the car and start to follow
12    it.
13 Q  Okay. And what did you do once you got in the car
14    and followed it?
15 A  It was kind of late, and I just went back home and
16    just decided not to follow him any more.
17 Q  And who did you get in the car with?
18 A  Billy.
19 Q  Billy Ashton?
20 A  Billy Ashton.
21 Q  And how far into Billerica did you go?
22 A  They didn't go into Billerica.
23 Q  When you say they?
24 A  Mark Tsoukalas and the other guy in the vehicle.

24 (Pages 93 to 96)

Page 97

1  Q  Where did they go?
2  A  They turned left down off of Gorham street. I
3     don't know the name of the street.
4  Q  And where did they go from there?
5  A  I don't know.
6  Q  What did you do?
7  A  By the time I got in my car to follow them, I had
8     lost them.
9  Q  Have you seen this vehicle before?
10 A  All the time.
11 Q  And where did you see the vehicle?
12 A  Drive by my house.
13 Q  This grey pick-up?
14 A  Uh-hum, yes.
15 Q  Did you ever write down the license plate?
16 A  Yes, I did.
17 Q  And you still have that?
18 A  Somewhere.
19 Q  Okay. Have you produced that to the Defendants?
20 A  No.
21    MR. FISCHER: The witness wants to know when
22    we can take a break.
23    MR. SILVERFINE: We can take a break whenever
24    you want. What time is it right now?

Page 98

1     MR. FISCHER: Quarter of one.
2     (Discussion was held off the record.)
3     (Recess taken.)
4  Q  Back on the record after a break. Mrs. Kennedy,
5     I'm going to ask you some more questions before we
6     break for lunch on this motion your counsel filed
7     on your behalf. Okay?
8  A  Yes.
9  Q  That's what I'm going to be focusing on, and then
10    we'll take a break for lunch. Okay?
11 A  Yes.
12 Q  You mentioned this grey pick-up truck, had you
13    seen Mr. Tsoukalas drive that pick-up truck before
14    or after that incident?
15 A  Before.
16 Q  When had you seen him drive that pick-up truck
17    before?
18 A  Through town, Billerica.
19 Q  Okay. And when was this?
20 A  I don't know the dates.
21 Q  Okay. Last year, the year before?
22 A  Both.
23 Q  Okay. How many times did you see Mr. Tsoukalas
24    drive this grey pick-up truck that you described

Page 99

1     for us?
2  A  At least five maybe.
3  Q  Five times?
4  A  Approximately.
5  Q  Okay. Was he by himself on all of those other
6     occasions that you had seen him?
7  A  Yes.
8  Q  Okay. And do you remember if this is day or
9     night?
10 A  Different times.
11 Q  Okay. And your best memory is was he in uniform,
12    not in uniform?
13 A  Both.
14 Q  Okay. When I say by himself, he's also the canine
15    officer, right?
16 A  Yes.
17 Q  Did you see him with the dog?
18 A  When he was in the grey truck, no.
19 Q  You've seen Officer Tsoukalas in a canine unit
20    with a dog, correct?
21 A  Yes.
22 Q  That's separate from the pick-up truck, right?
23 A  Yes.
24 Q  I'm going to ask you, there are a couple of

Page 100

1     affidavits attached to your motion on the
2     Restraining Order, the first one being the one of
3     Deborah Grainger.
4  A  Okay.
5  Q  You know Deborah Grainger, right?
6  A  Yes.
7  Q  And who is she?
8  A  She used to work at the Concord Shores as a
9     waitress.
10 Q  And she's a friend of yours?
11 A  No, she is not a friend, she's an acquaintance.
12 Q  Did you used to work with her at the Concord
13    Shores?
14 A  No.
15 Q  You worked at the Concord Shores you told us
16    once?
17 A  For a couple of nights.
18 Q  Did she work there during the time period you
19    worked there?
20 A  I don't recall.
21 Q  Is Deborah Grainger a Billerica person?
22 A  I don't know.
23 Q  And how is it that this affidavit was obtained by
24    Ms. Grainger?

DUNN & GOUDREAU

Page 101

```
 1   A   Well, years ago when the Billerica police had
 2       Brian jumped, she witnessed it.
 3   Q   And how is it you got in touch with Deborah
 4       Grainger back in June of 2006?
 5   A   I seen her at --
 6   Q   I'm sorry?
 7   A   I seen her at one of the schools.
 8   Q   What school did you see her at?
 9   A   I think the Marshal Middle.
10   Q   All right. And you had a conversation with her?
11   A   Yes.
12   Q   Tell us about that conversation.
13   A   I told her that I had a court case coming up with
14       the police, and she just said, "Is that still
15       going on?"
16           And I said, "Yes."
17   Q   Okay. And what happened next?
18   A   I said, "Do you remember testifying for Brian
19       years ago?"
20           And she said, "Yes."
21           And I said, "Well, if we need you to do it
22       again and tell what happened back then, would
23       you?"
24           And she said, "Yes."
```

Page 102

```
 1   Q   Okay. When you said testifying for Brian years
 2       ago, what kind of case was that?
 3   A   Paul Parent assaulted him.
 4   Q   Paul Parent?
 5   A   Yes.
 6   Q   And was that the underlying event she describes in
 7       her affidavit?
 8   A   I don't know.
 9   Q   You don't know?
10   A   (Shakes head)
11           MR. FISCHER: Perhaps the witness is confused
12       by what you mean by underlying event.
13   Q   I'm going to show you what your counsel has
14       produced in court. It's a three-page affidavit.
15       I'm going to show it to you here. Take your time
16       and read it to yourself, and I'll ask you a
17       question once you read it to yourself.
18   A   Okay. All right.
19   Q   Have you had a chance to review the affidavit that
20       you submitted --
21   A   Yes.
22   Q   -- with your motion for Ms. Grainger?
23   A   Yes.
24   Q   Okay. And so my question, I'll try to rephrase
```

Page 103

```
 1       it correctly. Was that the underlying event
 2       that you described that she testified in behalf
 3       of Brian Kennedy that's referenced in her
 4       affidavit?
 5           MR. FISCHER: Objection.
 6   A   I still don't understand what you mean.
 7   Q   Okay. In this affidavit, there's discussion about
 8       an event that took place sometime in the early
 9       '90's.
10   A   Right.
11   Q   Involving I think what you described as your
12       husband being beaten up by Paul Parent.
13   A   Right.
14   Q   And is that what you are saying she previously
15       testified to at an underlying case?
16   A   Yes.
17   Q   So it was a criminal case against your husband
18       Brian Kennedy in which she came to testify?
19   A   No, it was a criminal case against Paul Parent for
20       assaulting my husband.
21   Q   What happened to that case?
22   A   He pleaded out.
23   Q   Paul Parent did?
24   A   Yes.
```

Page 104

```
 1   Q   You also told us that the Billerica police put him
 2       up to it, words to that effect, just a minute ago;
 3       do you remember that?
 4           MR. FISCHER: Objection.
 5   A   Excuse me, what do you --
 6   Q   You said a minute ago that she told you the
 7       Billerica police put him up to it, Paul Parent.
 8   A   I don't know what you mean.
 9   Q   I'm just -- didn't a few minutes ago you say to us
10       that the Billerica police put him up to beating up
11       your husband?
12   A   Yes.
13   Q   Okay. What's your basis of knowledge for that
14       statement?
15   A   Just from what everybody told me happened.
16   Q   Okay. When you say everybody, who are you
17       referring to?
18   A   Debbie Grainger, Teddy Gallinaro, Steven
19       Gallinaro, Lumbert -- David Lumbert.
20   Q   Anyone else?
21   A   There was a few more people too I can't remember
22       right now.
23   Q   Okay. What did they tell you when you say that
24       statement, what did they tell you?
```

26 (Pages 101 to 104)

## Page 105

1  A   They haven't told me anything lately.
2  Q   What did they tell you back in the early '90's?
3  A   Well, Teddy said he was in the bathroom, and Brian
4      was, you know, using the bathroom outside the
5      stall because there was at that time two stalls,
6      whatever, one stall and two places to urine.  And
7      Brian was in there, and Paul Parent came in there
8      and threatened him.
9          With that, Paul Parent didn't see Teddy in the
10     bathroom, and Brian walked out, and Paul Parent
11     walked out.  And Teddy went right to the main bar
12     and told my mother that they're plotting to jump
13     Brian.
14 Q   And how do you get the Billerica police involved
15     in that?
16 A   Because Paul Parent said, "You went up to the
17     Chief of Police and complained about Frank
18     MacKenzie.  Well, I'm friends with him; and if you
19     have a problem and you want to complain about him,
20     you're going to have a problem with me."
21 Q   That's what Paul Parent said to who?
22 A   Brian.
23 Q   Brian Kennedy?
24 A   Yes.

## Page 106

1  Q   In the bathroom?
2  A   (Nods head.)
3  Q   Is that a yes?
4  A   Yes.
5  Q   Did anyone else make reference to the Billerica
6      Police Department as to that incident?
7  A   Teddy Gallinaro.
8  Q   What did Ted Gallinaro say allegedly?
9  A   Same thing.
10 Q   He was in the bathroom?
11 A   Yes, when he told Brian, you know, he was yelling
12     at him for complaining to the Chief of Police
13     about Frank MacKenzie.
14 Q   What's Gallinaro's relationship with
15     Frank MacKenzie?
16 A   They don't have one.
17 Q   So why would Teddy Gallinaro say that then?
18 A   That's the conversation he heard when he was in
19     the bathroom.
20 Q   What's Paul Parent's relationship with
21     Mr. MacKenzie?
22 A   They were really good friends.
23 Q   And did you make any promises or inducements to
24     Ms. Grainger for this affidavit she filled out?

## Page 107

1  A   No.
2  Q   Did you have any conversation about something she
3      would get if she filled this out?
4  A   No.
5  Q   How about for testifying on your behalf?
6  A   No.
7  Q   Have you made any promises to any witness in this
8      case?
9  A   No.
10 Q   Any inducements to any witness?
11 A   No.
12 Q   Have you told anyone I'm going to win three and a
13     half million dollars in this case?
14 A   No.
15 Q   Never said that to anyone?
16 A   No.
17 Q   Ever tell anyone you were going to take them on a
18     trip?
19 A   No.
20 Q   You never made any promises to anyone that if they
21     do right by you, you'd do right by them, words to
22     that effect?
23 A   No.
24 Q   And who drafted this affidavit itself?

## Page 108

1  A   I don't know.
2  Q   What's that?
3  A   I don't know.
4  Q   Did your attorney draft this?
5  A   I don't know.
6  Q   Did Ms. Grainger draft it?
7  A   I don't know.
8  Q   Did you set up Ms. Grainger to meet with your
9      lawyers?
10 A   No.
11 Q   Now, you wrote also an affidavit in support of the
12     Restraining Order, right?
13 A   Yes, I believe so.
14 Q   You filled that out?  You believe so.  Let's show
15     you the four-page affidavit that you filed with
16     the court, just so there's no mistake, with the
17     Restraining Order.
18 A   Okay.  I seen this.
19 Q   Why don't you look at the last page.  Does your
20     signature appear there?
21 A   Yes.
22 Q   Okay.  You signed that, right?
23 A   Yes.
24 Q   Okay.  You signed it under oath?

27 (Pages 105 to 108)

Page 109

1  A  (No response.)
2  Q  Correct?
3  A  Correct.
4  Q  Okay. Did you write this?
5  A  Write what?
6  Q  The affidavit.
7  A  I didn't type it, no.
8  Q  Your lawyer typed this up for you, correct?
9  A  I don't know who typed it. I read it though and
10    signed it.
11  Q  You didn't write this, ma'am, did you? This is
12    not something you wrote, you drafted?
13  A  No.
14  Q  You signed it on looks like June 1, 2006, is that
15    correct?
16  A  Right, yes.
17  Q  You also wrote on paragraph No. 9: My husband has
18    had his pick-up truck fire bombed and has been
19    beaten by thugs who we know were sent to beat him
20    by the Defendant Billerica police officers.
21  A  Yes.
22  Q  Well, how do you know that?
23  A  Because when they would confront us or my husband,
24    they would make it clear that's why they were

Page 110

1    there.
2  Q  Were you present during this period of time?
3  A  On some.
4  Q  Well, let's talk about you said has been beaten by
5    thugs, on what day were you present when your
6    husband was beaten?
7  A  I wasn't on what that's talking about when they
8    broke his ankle.
9  Q  Well, I don't know if you're referring to several
10    events or one event.
11    MR. FISCHER: Listen to his question.
12  Q  Were you present on this?
13  A  No.
14    MR. FISCHER: On which?
15  Q  Okay. When you say beaten by thugs, was that one
16    occasion or more than one occasion?
17  A  One.
18  Q  Were you present at any time when he was beaten by
19    what you call thugs?
20  A  Yes.
21  Q  Okay. Tell me the times you were present.
22  A  When they sent the Woodses down to my house with
23    the gun.
24  Q  The Woodses?

Page 111

1  A  Yes.
2  Q  What's the Woodses?
3  A  I don't know, it's just it's one of the videos I
4    presented to you.
5  Q  Which video do you say depicts the Woodses with
6    guns that's been produced to us?
7  A  That came down and went at my husband. And they
8    pulled out a gun, and my son started videotaping
9    it.
10    And Mike Casey pulled up, it was during the
11    day, and he took out his flashlight, and he put it
12    right on my son's video camera so he couldn't
13    video it no more and told him if he don't put it
14    away he's getting arrested, and then he slapped it
15    out of his hand. (Indicating.)
16  Q  Were you stating that the video has a depiction of
17    the Woodses with guns on it?
18  A  No, but you can see them --
19    MR. FISCHER: Just answer the question.
20  A  No.
21  Q  You can see them in the video?
22  A  Yes.
23  Q  The Woodses?
24  A  Yes.

Page 112

1  Q  What are the Woodses' first name?
2  A  I don't know.
3  Q  How do you know they're the Woodses?
4  A  I just do.
5  Q  Where are they from?
6  A  I don't know.
7  Q  How do you know they have anything to do with the
8    Billerica Police Department?
9  A  Because they mentioned it, and the police watched.
10  Q  Who mentioned it?
11  A  The guy that -- the guy Woods.
12  Q  A guy who you just know as Woods shows up, and
13    what did he say?
14  A  He owned the mobile home next to me.
15  Q  So you do know him?
16  A  I don't know him, no.
17  Q  What's his first name?
18  A  I don't know.
19  Q  He owns a mobile home next to you?
20  A  Yes.
21  Q  He lives next to you?
22  A  No, he don't live there.
23  Q  He owns it?
24  A  Yah.

DUNN & GOUDREAU

Page 113

1  Q  He shows up, and what?
2  A  Tried to come out. My husband, we shut the gates.
3  Q  This is all depicted on the video?
4  A  Not the whole thing, no. By the time my son got
5     the video camera and started video'ing it, it
6     doesn't show it all.
7  Q  He has a gun on him?
8  A  Yes.
9  Q  What did he do with the gun?
10 A  He told the police -- you can see me telling the
11    Billerica police officer about his gun and
12    whatnot, but you can see him quite outraged in the
13    video.
14 Q  What did this have to do with the Billerica Police
15    Department?
16 A  Because they told us you have a problem with
17    Billerica, you've got a problem with us.
18 Q  You say they, you just identified one gentleman
19    who is the guy who owns the home, who is the
20    second one?
21 A  I don't know who they were.
22 Q  Was there a third guy?
23 A  Three, yah.
24 Q  And who are these people?

Page 114

1  A  I don't know.
2  Q  And they showed up with guns?
3  A  One of them had a gun.
4  Q  And who is talking when you say if you have a
5     problem with the Billerica Police Department --
6  A  I don't know who he was.
7  Q  When was this?
8  A  I don't remember the date.
9  Q  And what happened to your husband when these
10    people showed up with guns?
11 A  My son called the police, and a neighbor called
12    the police, and it just ended.
13 Q  All right. But I specifically began this by
14    asking you, you said you wrote in this: Has been
15    beaten by thugs. Was your husband beaten that
16    day?
17 A  Not that day.
18 Q  Okay. I asked you if you witnessed any of those
19    events where you claim your husband has been
20    beaten by thugs.
21 A  No.
22 Q  Okay. Then it says the last time this happened
23    they broke his ankle?
24 A  Correct.

Page 115

1  Q  When was this?
2  A  2004 I believe.
3  Q  Where was this?
4  A  In New Hampshire.
5  Q  In New Hampshire. Whose house?
6  A  Danny's.
7  Q  Danny who?
8  A  Donelan.
9  Q  Is Danny Donelan a Billerica person?
10 A  No.
11 Q  How do you know Danny Donelan?
12 A  He used to be a Billerica person.
13 Q  And what part of New Hampshire did this occur
14    in?
15 A  Pelham or Hudson.
16 Q  Okay. Describe what happened for me.
17 A  I wasn't there.
18 Q  You weren't there?
19 A  (Shakes head.)
20 Q  You have to answer --
21 A  No.
22 Q  How do you know about this event?
23 A  The people that were there.
24 Q  Who was there?

Page 116

1  A  Brian.
2  Q  Brian Kennedy?
3  A  Vinny Vacca.
4  Q  Spell it.
5  A  I don't know how to spell it.
6  Q  Is he a Billerica person?
7  A  Yes.
8  Q  Vinny Vacca, who else?
9  A  Danny Donelan.
10 Q  Okay. Who else?
11 A  Mike Mullins, the one who did it.
12 Q  Mike?
13 A  Mullins.
14 Q  Is he a Billerica person?
15 A  No.
16 Q  He's not, where is he from?
17 A  I don't know.
18 Q  These are all people you know?
19 A  Yes.
20 Q  And who else was there?
21 A  Brian Kennedy.
22 Q  And what does this have to do with the Billerica
23    Police Department?
24 A  Because the guy Mike confronted Brian about

DUNN & GOUDREAU

Page 117

```
 1        Mark Tsoukalas.
 2    Q   So some time in what month of 2004 did this
 3        happen?
 4    A   I don't remember. It was in the summer.
 5    Q   Summer of 2004, they're all in --
 6    A   June or July.
 7    Q   -- New Hampshire, these four people including your
 8        husband, right?
 9    A   Yes, yes.
10    Q   Anyone else there besides Brian Kennedy,
11        Vinny Vacca?
12    A   There might have been one other person there.
13    Q   Who is that?
14    A   I don't know.
15    Q   And what does Brian Kennedy tell you happened
16        here?
17    A   He did a limo run, and when he went to return the
18        keys, Mike Mullins was drunk and confronted him
19        about Mark Tsoukalas.
20    Q   And what allegedly was said between Mike Mullins
21        and your husband?
22    A   I don't remember.
23    Q   And you said limo run, for whom was he working?
24    A   Danny.
```

Page 118

```
 1    Q   Danny Donelan?
 2    A   Yes.
 3    Q   Did Danny Donelan have a business?
 4    A   Yes.
 5    Q   What kind of business?
 6    A   Limos.
 7    Q   And what transpired that they got into a fight or
 8        they broke his ankle?
 9    A   He confronted Brian about Officer Tsoukalas and
10        whatnot and then jumped him.
11    Q   So your understanding from Brian Kennedy is that
12        Mike Mullins jumped your husband?
13    A   Yes.
14    Q   Over Officer Tsoukalas?
15    A   Yes.
16    Q   And he broke his ankle?
17    A   Yes.
18    Q   How did he break his ankle?
19    A   He weighs like 350 pounds, and he fell on his
20        ankle when he was fighting with him or kicked it.
21    Q   Did he have to go to the hospital?
22    A   He had operations.
23    Q   Where did he go to the hospital?
24    A   Burlington Lahey.
```

Page 119

```
 1    Q   Burlington Lahey?
 2    A   Yes.
 3    Q   And who was his doctor?
 4    A   I don't remember his name.
 5    Q   You said operations, several?
 6    A   Two major ones.
 7    Q   Okay. Who was the doctor who performed the
 8        operation?
 9    A   I don't remember his name.
10    Q   This is 2004?
11    A   Yes.
12    Q   And both at Burlington Lahey?
13    A   Yes, I believe they both were there.
14    Q   This wasn't a drug deal?
15    A   No, no.
16    Q   Was your husband involved in some drug deal with
17        these other three people?
18    A   No.
19    Q   Were they involved in a drug deal and your husband
20        walked in?
21    A   No.
22    Q   How do you know that?
23    A   Because my husband told me, and everybody else
24        that was there told me, Vinny Vacca --
```

Page 120

```
 1    Q   Vinny Vacca, Danny Donelan and Mike Mullins all
 2        told you the same thing?
 3    A   Yes.
 4    Q   And how to do they describe, as best you can
 5        remember, how do they describe the incident?
 6    A   Vinny and Danny tried stopping Mike, and
 7        eventually they kicked him out of the house.
 8    Q   They kicked who out of the house?
 9    A   The big guy, Mike.
10    Q   So this was somebody's house in New Hampshire this
11        all occurred in?
12    A   Yes.
13    Q   Whose house was it?
14    A   Danny's.
15    Q   Danny Donelan?
16    A   Yes.
17    Q   And these are friends of your husband's?
18    A   Some.
19    Q   Well, who is friends of your husband's of those
20        people?
21    A   Danny and Vinny.
22    Q   And had he known Mike before, Mike Mullins?
23    A   They knew of him. I guess Danny might have been
24        friends with him.
```

DUNN & GOUDREAU

Page 121

1   Q   Now, just before we wrap up for lunch I want to
2       just finish one more thing on this. Relative to
3       your motion Restraining Order there is reference
4       to an incident that happened at your son's school,
5       do you recall that?
6   A   Correct, yes.
7   Q   You wrote that in your motion and reference it in
8       your affidavit. Did you have an incident with the
9       principal at that school?
10  A   Yes.
11  Q   And what's the principal's name?
12  A   I don't remember.
13  Q   If I said Mister --
14  A   Boucher.
15  Q   What happened with Mr. Boucher?
16  A   Well, I was just walking in, and he told me my son
17      Mitchell wasn't welcome there.
18  Q   Okay. Go ahead, I'm sorry.
19  A   I asked him why, he's been coming to this school
20      for years visiting teachers. And he said,
21      "Because I don't like you's."
22  Q   "I don't like you's."?
23  A   "I don't like you's."
24  Q   That's what he said, that's a quote?

Page 122

1   A   He told me to get my son Mitchell out, he couldn't
2       stay. So it was PTA night, and my son went and
3       sat in the car.
4   Q   All right. So he said you can't come in here
5       because I don't like you, that's what he said?
6   A   No, he said, "I don't like you's."
7   Q   "I don't like you's." Okay. And what did you do
8       as a result of that?
9   A   Ms. Lincoln was walking by, the other principal,
10      when he asked me to leave. And I said,
11      "Ms. Lincoln, he's kicking us out."
12      And she says, "Mrs. Kennedy, my hands are
13      tied. He's the head principal. If I had my way,
14      you wouldn't be kicked out."
15  Q   Did you say anything to Mr. Boucher threatening
16      him?
17  A   No.
18  Q   Talking about your lawsuit?
19  A   No.
20  Q   You didn't tell him I'm going to sue you as
21      well?
22  A   I don't believe so, no.
23  Q   Did you curse him out?
24  A   No.

Page 123

1   Q   Did you point your figure at him?
2   A   No.
3   Q   Did you make any gestures toward him?
4   A   No.
5   Q   Did you raise your voice?
6   A   No.
7       MR. SILVERFINE: Okay. Why don't we break for
8       lunch. We'll come back in 45 minutes, and we'll
9       try to move this along.
10      (Luncheon recess taken, 1:25 p.m.)
11      (Resumed, 2:20 p.m.)
12      MR. FISCHER: During the lunch break, I had
13      the opportunity to raise with Mr. Gilgun the
14      issues of documents that you were asking about,
15      specifically Mrs. Kennedy's notes.
16      And Mr. Gilgun indicates that there are notes,
17      that he has personal notes that he had initially
18      thought were all maintained for him in
19      anticipation of litigation; but having alerted
20      him, he looked at them, called me back and
21      indicates that there may well be things, he thinks
22      there are things that precede his involvement,
23      and, therefore, may be discoverable, and he will
24      have them for you perhaps as early as tomorrow at

Page 124

1       the depositions but certainly within the next
2       couple of days.
3       I also did some inquiry with respect to the
4       videotapes. And I think the record wasn't clear,
5       if my representation isn't adequate, feel free to
6       inquire further of Mrs. Kennedy, but, in fact, we
7       have produced all the videotapes that we're
8       capable of producing.
9       Mrs. Kennedy informs me that the videotapes
10      that Mr. Ashton took, which may or may not have
11      additional materials relating to this case or to
12      the Kennedys' claims or to taping of involvement
13      with the Billerica Police Department, haven't been
14      produced because she is incapable of reviewing
15      them.
16      They're not standard videotapes as I
17      believed and I suspect you understood. They're in
18      a -- they were taken on a video camera that they
19      no longer have, and they're not translatable onto
20      standard video cassettes; so that she's unable to
21      look at them, and that's why she gave you the
22      answers that she didn't know what's on them or she
23      didn't know what else she might have.
24      I've asked her to produce them for me, and I

31 (Pages 121 to 124)

Page 125

1 will make an effort to see if they can be
2 translated or transposed to a format by which we
3 can observe them. She's reluctant to just turn
4 over the entire videotapes or entire cassettes or
5 whatever they are because they contain a lot of
6 material that's personal and not relevant to the
7 case, and she wouldn't want us to do that until
8 we're able to edit them.
9      My inclination is to -- let me see what I can
10 do in terms of discovering a way that we can look
11 at them. And, again, I will try and do that
12 perhaps not within the next 24 hours, but it's my
13 intention to do it in that kind of time frame.
14      E-X-A-M-I-N-A-T-I-O-N, Continued
15 BY MR. SILVERFINE:
16 Q   Okay. Mrs. Kennedy, let's get back to your
17 deposition --
18      MR. FISCHER:  If I can just conclude, all of
19 the videotapes that are in a VCR format that she's
20 able to watch or monitor have been produced.
21      MR. SILVERFINE:  I would note in response to
22 Mr. Fischer's comments that this case has been on
23 and active and a complaint for some time; and my
24 understanding is that even if they're in a

Page 126

1 different format, the Plaintiff has an obligation
2 which she hasn't met to produce same and has not
3 done so as of today, July 12, 2006. And I guess
4 we'll take whatever appropriate action if
5 necessary.
6 Q   Let's get back to your depo, Mrs. Kennedy. And
7 since we last appeared at your deposition back in
8 January of 2006, have you had any other criminal
9 complaints filed against you?
10 A   I don't think so.
11 Q   Okay. Any other civil suits you've been involved
12 with?
13 A   No.
14 Q   Are you still working at the same job with Flossy?
15 A   No.
16 Q   Are you presently working?
17 A   Yes.
18 Q   Okay. Where are you working now?
19 A   Taking care of another lady.
20 Q   Of a different lady?
21 A   Yes.
22 Q   And who is this lady?
23 A   Josephine.
24 Q   And where does Josephine live?

Page 127

1 A   Wilmington.
2 Q   Is this the same type of work?
3 A   Yes.
4 Q   How many days a week do you work for Josephine at
5 the moment?
6 A   Three.
7 Q   And how much money do you receive working for
8 Josephine?
9 A   15 an hour.
10 Q   And how many hours a week do you work?
11 A   Six.
12      MR. FISCHER:  A week or a day?
13      THE WITNESS:  A week.
14 Q   And are you paid by check or by cash?
15 A   Check.
16 Q   And that's from Josephine?
17 A   Yes.
18 Q   And what's her last name?
19 A   I don't know.
20 Q   You don't know the woman you're working for name?
21 A   Wolliard.
22 Q   Spell it for us.
23 A   I don't know how to spell it.
24 Q   Do the best you can.

Page 128

1 A   W-O-L-L-I-A-R-D.
2 Q   And when did you start working for Josephine?
3 A   A couple of months ago.
4 Q   And why did you stop working for Flossy?
5 A   She got better.
6 Q   Okay. Now, again, I'm not meaning to confuse you,
7 so just help me on this. Relative to Ray Trainor
8 who we spoke about earlier today, at any point in
9 time did you have Mr. Trainor at your direction
10 call your attorneys?
11 A   No.
12 Q   So you never directed Mr. Trainor to call
13 Mr. Fischer or Mr. Gilgun relative to this
14 lawsuit?
15 A   No.
16 Q   And relative to the incidents we talked about just
17 before lunch that I asked you about on your motion
18 for Restraining Order, are any of those incidents
19 that you've described for us, the November 1,
20 2005, the January, February incident of 2006, the
21 April, May incidents, have any of those been
22 videotaped by you or anybody else that you know
23 of?
24 A   Can you ask me again, please.

Page 129

1  Q   Sure. We had discussed right before lunch about
2      your motion on the Restraining Order that we
3      talked about, and I showed you affidavit,
4      Ms. Grainger's affidavit. We went over some
5      incidents involving November 2005, January,
6      February of 2006, April, May, 2006. Are any of
7      those incidents as far as you know videotaped by
8      anyone you know?
9  A   Not that I know.
10 Q   How about any still photography?
11 A   Not that I know of.
12 Q   Okay. I think you also relative to the last time
13     you were here you indicated that Mr. Tsoukalas
14     approached and threatened you some four times
15     since he drove past your home on November 1, 2005.
16     Could you tell us what dates you're referring to?
17         MR. FISCHER: Objection.
18 A   I don't know the dates.
19 Q   When do you say Mr. Tsoukalas approached and
20     threatened you?
21 A   Within the last year you mean?
22 Q   Sure.
23 A   Just driving by the house a couple of times that I
24     can remember at this point.

Page 130

1  Q   Okay. Do you remember the dates of those?
2  A   No.
3  Q   Okay. Do you know who was present during those?
4  A   Brian, Billy one time, both times actually.
5  Q   Okay. And was this during the day or during
6      nighttime?
7  A   More towards the night.
8  Q   More toward the night?
9  A   Yes.
10 Q   Okay. Was he by himself?
11 A   One of the times he was with two other officers,
12     and the other he was with another gentleman.
13 Q   Do you know whose those people are?
14 A   Mike Casey, and I'm not sure, I think Lieutenant
15     Connors.
16 Q   That's what you mentioned earlier today?
17 A   Yes.
18 Q   Okay. Anything else that you remember?
19 A   Not at this time.
20 Q   Okay. Now, Tony Gallinaro, you know him?
21 A   No.
22 Q   You don't know Tony Gallinaro?
23 A   No.
24 Q   Is there a Gallinaro you're familiar with?

Page 131

1  A   Yes.
2  Q   Which Gallinaro are you familiar with?
3  A   Steve Gallinaro, John Gallinaro, Thomas Gallinaro,
4      Barbara Gallinaro.
5  Q   Okay. How do you know John Gallinaro?
6  A   Been friends with him since I was about ten.
7  Q   Okay. And he lives in Billerica?
8  A   Yes.
9  Q   Where does he live?
10 A   I forgot the name of the street.
11 Q   And did you approach Mr. Gallinaro some two or
12     three months ago and have a conversation with him?
13 A   Yes.
14 Q   And was that at his house?
15 A   Yes.
16 Q   Was that on Sprague Street in Billerica?
17 A   Yes.
18 Q   What was the conversation you had with
19     Mr. Gallinaro then?
20 A   I knocked on his door, and he invited me in. I
21     told him I was in a hurry, and we just stayed at
22     the door and talked. And I said, you know, "Do
23     you remember the letter you wrote me from jail?"
24     And I had brought the letter with me.

Page 132

1      And he said, "What one?"
2      I said, "When, you know, the kids -- one of
3      your nephews went to court against my son, and you
4      said if you were on the streets that they'd never
5      be fighting. We been friends for too many years."
6      And I said, "Well, you know, as you know our court
7      case is coming up, and Teddy witnessed Brian
8      getting jumped at the Concord Shores. And I lost
9      his phone number, so here's my phone number, give
10     it to him and have him call me." And that was it.
11 Q   That was the entire conversation?
12 A   The entire conversation.
13 Q   Was anyone else present?
14 A   His girlfriend was like walking around, but --
15 Q   What's her name?
16 A   I don't know. Oh, Tammy.
17 Q   Tammy what?
18 A   I don't know.
19 Q   Does she live there?
20 A   I don't think so.
21 Q   Okay. And is Tammy from Billerica?
22 A   I don't know.
23 Q   Have you seen Tammy before?
24 A   I met her at a party. John introduced me to her

33 (Pages 129 to 132)

Page 133

1    at a party.
2  Q   Do you remember what the weather conditions were
3      on the day you went to see Mr. Gallinaro?
4  A   Yes.
5  Q   What were they?
6  A   It was raining.
7  Q   And when you were saying related to the lawsuit,
8      you're referring to this lawsuit, correct?
9  A   I said court date, yah.
10 Q   Not some other criminal case?
11 A   Correct.
12 Q   Or civil case?
13 A   Right.
14 Q   And did you tell Teddy that he better do the right
15     thing or there would be a problem?
16 A   No.
17 Q   Did Mr. Gallinaro ask you if you were threatening
18     his family at one point?
19 A   Never.
20 Q   Did you tell him you're a smart guy, you know the
21     drills, words to that effect?
22 A   No.
23 Q   Was Brian Kennedy your husband outside in the car
24     while you were having this conversation?

Page 134

1  A   Yes.
2  Q   Was anyone else in the car with Brian Kennedy?
3  A   No.
4  Q   Did Mr. Gallinaro conclude the conversation with
5      you by saying you're not allowed on this property
6      ever again?
7  A   Never ever.
8  Q   Did he say to you if you ever made threats against
9      him and his family in the future you would be
10     sorry?
11 A   Did he say that to me?
12 Q   Right.
13 A   Not that I recall.
14 Q   Okay. Did he at one point after you finished
15     talking go outside of his home?
16 A   Did I?
17 Q   Did he.
18 A   He walked me out.
19 Q   Okay. Did he talk to Brian Kennedy?
20 A   No.
21 Q   Did he say to Brian Kennedy similar words, don't
22     mess around with my family?
23 A   He never said that to Brian.
24 Q   And then the two of you left, is that correct?

Page 135

1  A   Correct.
2  Q   You and Brian Kennedy left the area?
3  A   Correct.
4  Q   Have you been in contact with Mr. Gallinaro since
5      that meeting?
6  A   No.
7  Q   Are you familiar with Amy Balm?
8  A   Balm, yes.
9  Q   How do you know Amy Balm?
10 A   Grew up with her.
11 Q   When is the last time you talked to Amy Balm?
12 A   After the Ray Trainor incident.
13 Q   All right. Is it fair to say -- when you say the
14     Ray Trainor incident, that's the incident you're
15     describing --
16 A   When Marty Conway followed me to his house, and I
17     had Brian take his belongings out of there and
18     whatnot.
19 Q   When was that?
20 A   The day Marty Conway gave me a ticket. I don't
21     have the date.
22 Q   What were the weather conditions the day
23     Marty Conway gave you a ticket --
24 A   I don't remember.

Page 136

1  Q   -- in some time in March of this year, 2006?
2  A   I don't remember.
3  Q   All right. What did Marty Conway give you a
4      ticket for?
5  A   Speeding.
6  Q   And were you speeding?
7  A   No.
8  Q   Okay. Did you have to pay the fine for the
9      ticket?
10 A   No.
11 Q   What happened to that ticket?
12 A   The judge dismissed it.
13 Q   Were you charged with anything else besides
14     speeding?
15 A   No.
16 Q   This is the day you left your car running in the
17     middle of the street and ran into Mr. Trainor's
18     house, or is that a different day?
19     MR. FISCHER:  Objection.
20 A   I didn't leave it running.
21 Q   You left it in the middle of the street?
22 A   No, I parked it on the side.
23 Q   Did you run inside and say there is a cop
24     following me?

Page 137

1  A  Yah.
2  Q  And sometime after that you had a conversation
3     with Amy Balm?
4  A  Yes.
5  Q  Describe for us that conversation.
6  A  I told her what had happened, just details about
7     what happened at Ray's. And she just started
8     crying on the phone.
9  Q  So this conversation took place by telephone?
10 A  Yah.
11 Q  How long was the conversation?
12 A  I don't know, 15 minutes maybe.
13 Q  And you talked about the lawsuit?
14 A  I don't know about that.
15 Q  Well, what did you talk about?
16 A  About Ray Trainor.
17 Q  All right. Particularly, what did you talk about
18    Ray Trainor?
19 A  Just told her the incident what happened.
20 Q  Okay. Do you remember what you said?
21 A  I told her details about the incident.
22 Q  Did you ever tell Ms. Balm to lie if she was
23    called to testify?
24 A  Never.

Page 138

1  Q  Did you tell her to make things up?
2  A  No.
3  Q  Did you tell Ms. Balm she was going to receive
4     money if you won your suit?
5  A  Never.
6  Q  Did you tell Ms. Balm words to the effect you were
7     going to collect $3 million in your lawsuit?
8  A  No.
9  Q  Did you tell Ms. Balm if she cooperated you would
10    take care of her in some fashion?
11 A  No.
12 Q  In any way compensate her?
13 A  What?
14 Q  Did you promise her anything?
15 A  No.
16 Q  In January 2006, did you show up at Dean Roisin's
17    Civil Service hearing?
18    MR. FISCHER: Objection.
19 A  If that was the date, I went.
20 Q  Why did you go?
21 A  I was asked to go.
22 Q  Who asked you to appear?
23 A  I don't remember.
24 Q  You don't remember?

Page 139

1  A  No.
2  Q  You just showed up?
3     MR. FISCHER: Objection.
4  A  Somebody asked me.
5  Q  Who asked you to appear?
6  A  I don't remember.
7  Q  Did you talk to Mr. Roisin?
8     MR. FISCHER: Objection. Ever?
9  A  That day, no.
10 Q  Did you talk to Mr. Roisin's attorney that day?
11 A  For a few, maybe a minute.
12 Q  Did you stay at the hearing?
13 A  No.
14 Q  Why did you leave?
15 A  They decided they didn't need me.
16 Q  Do you currently suffer from any depression?
17 A  Yes.
18 Q  And how long have you had that?
19 A  Since my husband went to jail.
20 Q  And when was that?
21 A  It was in September of around about -- I don't
22    remember the exact date.
23 Q  All right. Roughly 1990's, 2000?
24 A  Well, when he got incarcerated for them 90 days,

Page 140

1     that date.
2  Q  Okay. And who are you being treated by for
3     depression?
4  A  I just got a new doctor. I actually haven't even
5     met with her yet.
6  Q  Okay. Who were you being treated by?
7  A  Different doctors. I don't even remember the
8     doctor's name, but --
9  Q  You don't remember who was treating you for
10    depression?
11 A  No.
12 Q  That's your testimony today?
13 A  Yes.
14 Q  Do you know where you were going to be treated?
15 A  A few different places.
16 Q  Why don't you name them.
17 A  One of them was Saints Memorial.
18 Q  Okay. Where else?
19 A  Some doctor in Tewksbury.
20 Q  What's his name?
21 A  I don't know.
22 Q  Okay. Who else?
23 A  I don't know. I don't know how to say his name.
24    He's Cambodian or something.

35 (Pages 137 to 140)

| | Page 141 |
|---|---|
| 1 | Q   What's the name? |
| 2 | A   I treated with him probably the longest for |
| 3 | awhile. |
| 4 | Q   I'm sorry? |
| 5 | A   I was treated with him for while. |
| 6 | Q   And as part of your complaint, are you alleging |
| 7 | that the Billerica police caused your depression? |
| 8 | A   Absolutely. |
| 9 | Q   Okay.  And so I need the names of all your doctors |
| 10 | who you've been treating with, ma'am. |
| 11 | A   I can work on getting them, but I don't know their |
| 12 | names. |
| 13 | Q   Okay.  And so far today you haven't provided any |
| 14 | of those names, have you, ma'am? |
| 15 | A   Yes, I did. |
| 16 | Q   Which doctors have you provided the names of? |
| 17 | A   The Asian doctor. |
| 18 | Q   What's his name? |
| 19 | A   I don't know. |
| 20 | Q   So how have you -- |
| 21 | A   I thought I put it in with my paperwork, but maybe |
| 22 | I didn't. |
| 23 | Q   Besides Saints Memorial Hospital, what other |
| 24 | facilities have you been treated at? |

| | Page 142 |
|---|---|
| 1 | A   In Lowell, the Asian doctor, Cambodian. |
| 2 | Q   And you've been treated throughout the time since |
| 3 | your husband went away you say, right? |
| 4 | A   Well, the first -- when he went away, I was -- I |
| 5 | felt like I was having a heart attack, and I went |
| 6 | to the doctors.  And they told me it was anxiety |
| 7 | from stress.  And I never heard of anxiety at that |
| 8 | time, and that's the first time they put me on |
| 9 | medication. |
| 10 | Q   What medication are you on? |
| 11 | A   It was Clonazepam or something. |
| 12 | Q   Can you spell it? |
| 13 | A   No. |
| 14 | Q   Are you on any other medication? |
| 15 | A   I'm not on that now. |
| 16 | Q   What is your understanding of what Clonazepam |
| 17 | does? |
| 18 | A   It relaxes you I guess. |
| 19 | Q   Okay.  How long were you on that for? |
| 20 | A   Like a couple of -- maybe a month. |
| 21 | Q   Okay.  Were you given any other kind of |
| 22 | prescriptions? |
| 23 | A   Then when I seen the doctor in Lowell, they gave |
| 24 | me all different medications; but I told them I |

| | Page 143 |
|---|---|
| 1 | didn't like it because it made me lazy and |
| 2 | sleepy. |
| 3 | Q   Okay.  How often would you see somebody for |
| 4 | treatment for depression? |
| 5 | A   Every week. |
| 6 | Q   Once a week? |
| 7 | A   Yes. |
| 8 | Q   For how long a period of time? |
| 9 | A   Approximately like six months maybe. |
| 10 | Q   And have you had crying spells? |
| 11 | A   Constantly. |
| 12 | Q   Okay.  And when did this first happen? |
| 13 | A   When my husband's truck got fire bombed. |
| 14 | Q   I'm sorry, what? |
| 15 | A   When my husband's truck got fire bombed. |
| 16 | Q   When your husband's truck got fire bombed? |
| 17 | A   Yes. |
| 18 | Q   And what is your understanding of the diagnosis |
| 19 | that you've gotten from these doctors? |
| 20 | A   They told me I'm deeply depressed because of the |
| 21 | Billerica police. |
| 22 | Q   They told you that? |
| 23 | A   Yes, they did. |
| 24 | Q   Okay.  And have you provided any of those records |

| | Page 144 |
|---|---|
| 1 | to the Defendants so far to date? |
| 2 | A   I don't think so. |
| 3 | Q   Okay.  How about Brian Kennedy, does he suffer |
| 4 | from depression? |
| 5 | A   Yes. |
| 6 | Q   And does he get treatment? |
| 7 | A   No. |
| 8 | Q   Have you ever been investigated for child neglect? |
| 9 | A   Yes. |
| 10 | Q   When was that? |
| 11 | A   When I lived at the mobile home park. |
| 12 | Q   What year did that happen? |
| 13 | A   Shortly after Lieutenant Connors' badge was |
| 14 | stolen. |
| 15 | Q   Was that 1998, is that right? |
| 16 | A   I don't know the date. |
| 17 | Q   Well, I think the complaint is in front of you; |
| 18 | and why don't you tell us when that was, ma'am. |
| 19 | A   What was the question again? |
| 20 | Q   You told us that you had been investigated for |
| 21 | child neglect.  And when I asked you when that |
| 22 | was, you said at the time that Officer Connors -- |
| 23 | A   Around that time. |
| 24 | Q   So when was that, ma'am? |

DUNN & GOUDREAU