UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************
BRIAN KENNEDY AND MICHELLE KENNEDY,   *
Individually and as father and next friend of   *
BRIAN KENNEDY, JR., Individually and as mother   *
next friend of BRIAN KENNEDY, JR..   *
                                                                            *
             Plaintiffs   *
                                                                            *
v.                                                                         *   C. A. No. 04-CV-12357-PBS
                                                                            *
TOWN OF BILLERICA, et al   *
                                                                            *
             Defendants   *
*********************************************

## MOTION TO ALLOW RECORD KEEPER DEPOSITION
## OF MASSACHUSETTS STATE POLICE INVESTIGATION OF PLAINTIFFS

Now come the plaintiffs and move this Honorable Court allow them to conduct a record keeper deposition to obtain records of the state police relating to any drug investigations of the plaintiffs. As reason, plaintiffs state that plaintiffs' counsel met with their expert witness on January 10, 2007, following receipt of supplemental responses of the defendants to plaintiffs' interrogatories.

Plaintiffs' police practices expert, Reginald Allard, in meeting with plaintiffs' counsel, noted that the records of the defendants' investigation into alleged drug dealing by the plaintiffs references state police cooperation, what appears to be the existence of a state police undercover officer and other materials that are relevant to establishing whether the defendants' investigation was legitimate or harassment of the plaintiffs, as is claimed in the complaint.

Defendants' supplemental responses were not produced until November 17, 2006, although the Court had ordered the defendants to produce these supplemental answers some months earlier, in allowing plaintiff's motion to compel. the Court's order upon the plaintiffs' motion to compel. This was after the deadline for further depositions.

A record keeper deposition noticed promptly would not burden either the defendants or the deponent (who would need do nothing but copy and provide records of a long since closed investigation), but the deposition would provide helpful information likely to assist in discovering the truth of the plaintiffs' allegations. For this reason plaintiffs seek leave to conduct this one record keeper deposition after the close of discovery.

                                               Respectfully submitted,
                                               Brian Kennedy, et al
                                               by their counsel

Date: January 16, 2007                            /s/Andrew M. Fischer
                                                    Andrew M. Fischer
                                                    BBO# 167040
                                                    JASON & FISCHER
                                                    47 Winter Street
                                                    Boston, MA 02108
                                                    (617) 423-7904
                                                    afischer@jasonandfischer.com

kennedy\moKORstatepolicedepo