UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| BRIAN KENNEDY, et al | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | C. A. No. 04-CV-12357-PBS |
| | * | |
| TOWN OF BILLERICA, et al | * | |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiffs and certify that he has conferred with defense counsel, pursuant to Rule 7.1, regarding plaintiffs' Motion to Allow Record Keeper Deposition Of Massachusetts State Police Investigation of Plaintiffs. Specifically, I called counsel for the defendants about this issue.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: January 16, 2007

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy\7.1certfication.mtnforprotectiveorder.wpd