**Subject:** Reporting Protocol
**From:** Samuel Perkins <sperkins@bhpklaw.com>
**Date:** Tue, 13 Jun 2006 15:40:09 -0400
**To:** "Andrew M. Fischer" <afischer@JasonAndFischer.com>

Andrew:

In order to ensure that your client can lodge complaints about the behavior of Billerica Police Department officers and receive a response in a timely fashion, we have agreed pending trial that your office or Mr. Gilgun's will notify Jeremy Silverfine or Len Kesten as soon as possible of any incidents. Our office will confirm that we have received the information and will pass it on the Billerica Police Department for their response. The Billerica Police Department will let us know their response as soon as reasonably possible after receiving the information, and we will pass it on to you.

Let me know whether this accurately states our agreement.

Sam

Samuel Perkins
Brody, Hardoon, Perkins & Kesten, LLP
1 Exeter Plaza
Boston, MA 02116
(617) 880-7100

6/14/2006 9:58 AM