# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

July 28, 2006

*By Fax and U.S. Mail*
(617) 451-3413

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street, 4th Floor
Boston, MA 02108

Re:   Kennedy v. Billerica, et al.

Dear Mr. Fischer:

    We understand that your clients recently went to Lowell District Court to lodge a complaint against the Billerica Police Department. It was our understanding from our agreement that you or Mr. Gilgun would notify us of any incidents involving your clients and the defendants, so that we could pass it on to the Billerica Police Department for their response. (See copy of email to you from Sam Perkins, dated June 13, 2006, enclosed herein). We have received no such complaints from you.

    Please advise

Very truly yours,

Jeremy I. Silverfine

JIS: jj
cc: Attorney Fred Gilgun
    Enclosure
    (Via Facsimile: *781-861-7875*)

RECEIVED
JUL 31 2006
BY: _____