**JASON AND FISCHER**
ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617)423-7904
FAX. (617)451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

October 2, 2006

**BY FACSIMILE AND U.S. MAIL**

Samuel Perkins, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Re:   <u>Brian Kennedy, et al v. Town of Billerica, et al</u>

Dear Mr. Perkins:

    I write in response to your invitation that I report incidents between your clients and mine with respect to the above referenced action.

    In order to remain discreet and avoid confrontations, Mr. and Mrs. Kennedy have arranged to pick up their sons from Billerica High School in the parking lot off of River Road that abuts the high school, rather than from in front of the school. Although the Kennedys have tried to remain out of view, during the second week of school, they were followed daily by a Billerica police car, which would follow the Kennedy car onto River Road and into the dead end parking lot.

    It is obvious that the police car was following the Kennedys, as there was no other apparent reason for turning into River Road and then the parking lot and once the Kennedys exited the parking lot, the police car would make a u-turn and do the same. The Kennedys were able to observe the officers in the police car running the plate on the computer in the police car. On September 21, 2006, the third consecutive day that a police car followed the Kennedys, the Kennedys were able to identify the officer in the car as Tara Connors, the daughter of defendant Thomas Connors. The Kennedys observed Ms. Connors and what they perceive to be laughing and taunting gestures.

    On that same night or the prior night, the Kennedys observed a police car parked across the street from their current Billerica residence.

    I look forward to your response and explanation as to these incidents.

                                               Yours truly,

                                               Andrew M. Fischer

AMF:cpj

cc:   Michelle Kennedy
       Fred Gilgun, Esquire
kennedy\ltperkins2