**JASON AND FISCHER**
ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617) 423-7904
FAX. (617) 451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

October 5, 2006

**BY FACSIMILE AND U.S. MAIL**

Leonard H. Kesten, Esquire
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
Boston, MA 02116

Re:   Michael Kennedy, et al v. Town of Billerica, et al

Dear Mr. Kesten:

I write to request that the defendants provide photos taken by defendant MacEachern on October 8, 1997 of Michelle Kennedy's and Amy Baum's wounds as well as the witness statements taken by defendant MacEachern on the same date. The photos and witness statements are both referenced on defendant MacEachern's report, Bates stamp 13 61-1362, but neither the photos or witness statements have been produced.

With respect to your request for the license plate of the car which was picking up the Kennedy children from school last week, my clients decline to provide that, fearing that the car bearing the plate will become the next target. Neither the Kennedys, Mr. Gilgun nor I understand why you need the license plate number to check whether Tara Connors or some other Billerica officer followed the Kennedys and then ran a license plate number one afternoon last week at the time of high school dismissal.

You should be aware that Kennedys received five phone calls Tuesday night which included death threats such as "We're going to F-- you up" and "We'll get you . . . " and "We got our number on the side of the house" and a description of the gun to be used.

Yours truly,

Andrew M. Fischer

AMF:ms

cc:   Fred Gilgun, Esquire
      Michelle Kennedy

kennedy\ltkesten5