<div style="text-align:center">

**JASON AND FISCHER**
ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617) 423-7904
FAX. (617) 451-3413

</div>

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

October 12, 2006

### BY FACSIMILE AND U.S. MAIL

Leonard H. Kesten, Esquire
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
Boston, MA 02116

Re:   Brian Kennedy, et al v. Town of Billerica, et al

Dear Mr. Kesten:

    I am writing in response to your associate, Mr. Perkins', request that we advise you of harassment or other improper contacts between defendant, Billerica Police officers, and our clients, Brian and Michelle Kennedy.

    Please be advised that on October 9, 2006, defendant Tsoukalas drove past Mr. Kenned's job site on Fardon Street in Billerica. The Kennedys did not think to say anything at the time, giving Officer Tsoukalas the benefit of the doubt that he was on routine patrol. However, it appears that he was scouting where Mr. Kennedy was working, for the next day, October 10, 2006, Chief Rosa appeared at the job site, parked in front of the job site, then pulled in at 35 Fardon Street, then pulled into the driveway across the street where he stared at Mr. Kennedy until the two made eye contact. I am told that Officer Rosa sat there for some time, staring at Mr. Kennedy.

<div style="margin-left:50%">

Yours truly,

*[signature]*

Andrew M. Fischer

</div>

AMF:cpj

cc:   Fred Gilgun, Esquire
       Michelle Kennedy

kennedy\ltkesten6