# Brody, Hardoon, Perkins & Kesten, LLP
### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

October 13, 2006

*VIA FACSIMILE: (617) 451-3413*
Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA 02108

Re: <u>Kennedy v. Billerica</u>

Dear Attorney Fischer:

    Pursuant to your letter dated October 12, 2006, please advise us as to the specific time your clients allege that our clients, Officer Tsoukalas and Chief Rosa, drove past and stopped, respectively, at Brian Kennedy's job site.

Very truly yours,

Jeremy I. Silverfine

JIS: hjo
cc: Fred Gilgun, Esq.
    (Via facsimile: (781-861-7875)

10/10  12:00pm  Chief Rosa drove by twice
10/09  11:15pm  Officer Tsoukalas drove by.