**JASON AND FISCHER**
ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617)423-7904
FAX. (617)451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

October 18, 2006

**BY FACSIMILE AND U.S. MAIL**

Leonard H. Kesten, Esquire
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
Boston, MA 02116

Re:   Brian Kennedy, et al v. Town of Billerica, et al

Dear Mr. Kesten:

I am writing in response to your associate, Mr. Perkins', request that we advise you of harassment or other improper contacts between defendant, Billerica Police officers, and our clients, Brian and Michelle Kennedy.

Please be advised that on October 16, 2006, just after school, Brian Kennedy, Jr., was parked at an apartment complex in Billerica center where his friend, Dan, lived. Dylan Kennedy was in the car and Brian, Jr., was talking to his friend. Dylan saw defendant Tara Connors drive by and then turn around and pull into the parking lot. She pulled behind Brian, Jr., got out of her cruiser and approached Brian, Jr. Officer Connors asked to see Brian's license. She then asked if there was any drugs or alcohol in the car. Brian said no. She later commented "I don't need to call K-9, do I?"

During the stop Michelle called Brian, Jr.'s friend, Dan on his cell phone. Michelle could overhear Officer Connors ask if there was any drugs or alcohol in the car.

This is now the second incident involving defendant Tara Connors in the last several weeks. Please take appropriate measures and advise whether we need take additional steps, including seeking further injunctive relief from the Court.

Yours truly,

Andrew M. Fischer

AMF:ms

cc:   Fred Gilgun, Esquire
      Michelle Kennedy

kennedy\ltkesten7