**Subject:** Re: Tara Connors
**Date:** Thursday, November 30, 2006 6:47 PM
**From:** Leonard Kesten <lkesten@bhpklaw.com>
**To:** "Andrew M. Fischer" <afischer@jasonandfischer.com>

I personally interviewed her and reviewed logs. She says it never happened and we see no evidence that it did. Understand, the high school both while kids are arriving and when they are leaving is a busy place and police cruisers ususally go by. However, she is confident that she was not there that day. You had indicated that the officer(s) who looked at the Kennedy boy appeared to be running his plate. I ask again that you provide me the plate number. We have the ability to see if that plate was run by anyone on that date. If you would do so, we can go a long way to get to the truth. Please, I urge you to cooperate.

    Second, as to the allegation that Chief Rosa drove by a place that Brian Kennedy was working, I spoke to him and he says that it did not happen. He does not believe that he was on that street, further, he never saw Brian in Billerica that day. Can you provide me with a description of the vehicle that he supposedly was in when he supposedly did this?

    Thanks for your help.


on 11/30/06 6:07 PM, Andrew M. Fischer at afischer@jasonandfischer.com wrote:

> Lennie
>
> What was the result of your investigation into Tara Connors stopping the
> Kenned boy outside of the high school?
>
> Andrew M. Fischer
>
>