Subject: Kennedy
From: Jeremy Silverfine <jsilverfine@bhpklaw.com>
Date: Wed, 18 Oct 2006 14:57:17 -0400
To: "Andrew M. Fischer" <afischer@jasonandfischer.com>
CC: Lenny Kesten <lkesten@bhpklaw.com>

Andrew -
    Relative to your clients' allegations that Officer Tsoukalas and Chief Rosa drove past and stopped at Brian Kennedy's job site, kindly confirm that the times you want us to check were 10/10/06 at 12 p.m. for Chief Rosa and 10/9/06 at 11:15 p.m. for Officer Tsoukalas.

Jeremy

*[Handwritten notes:]*
10/09/2006
10/10/2006 R. Rosa.

10/20/2006.
Spoke w/ Michelle at 1:48pm.
    Rosa  10/10/2006 (twice) 12
    Tsoukalas  10/09/2006 (once), 11:15

Says Rosa pulled in twice.
                                JBC.