UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRIAN KENNEDY, et al                          *
                                              *
                    Plaintiffs                *
                                              *
v.                                            *     C. A. No. 04-CV-12357-PBS
                                              *
TOWN OF BILLERICA, et al                      *
                                              *
                    Defendants                *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiffs and certify that he has conferred with defense

counsel, pursuant to Rule 7.1, regarding plaintiffs' Motion For Leave To Amend Complaint on

February 5, 2007.

                                        Respectfully submitted,
                                        Brian Kennedy, et al
                                        by their counsel


Date: February 6, 2007                  /s/ Andrew M. Fischer
                                        Andrew M. Fischer
                                        BB0# 167040
                                        JASON & FISCHER
                                        47 Winter Street
                                        Boston, MA 02108
                                        (617) 423-7904
                                        afischer@jasonandfischer.com


kennedy\7.1certfication.mtnamend.wpd