# United States District Court
# District of Massachusetts

BRIAN KENNEDY,
MICHELLE KENNEDY, ETC.,
    Plaintiffs,

V.                          CIVIL ACTION NO. 2004-12357-PBS

TOWN OF BILLERICA, ET AL.,
    Defendants.

## ORDER

COLLINGS, U.S.M.J.

    THOMAS "TEDDY" GALLINARO, 27 Spruce Street, Billerica, Massachusetts is ORDERED to appear at the law office of Frederick V. Gilgun, Jr., Esquire, Suite 4, 32 Bedford Street, Lexington, Massachusetts 02420 (ph: 781-861-9160) at **10:00 A.M. on MONDAY, FEBRUARY 26, 2007** and then and there submit to the taking of his deposition in the above-styled case.

    Failure of THOMAS "TEDDY" GALLINARO to appear at the time and place specified and to submit to the taking of his deposition shall result in further prosecution for criminal contempt of Court.

Counsel shall file a joint report with respect to the deposition *on or before the close of business on March 5, 2007* stating whether or not Mr. Gallinaro appeared as ordered and whether or not his deposition was completed.

The Clerk shall mail a copy of the within Order, certified mail, return receipt requested, and by regular mail to Mr. Gallinaro and by regular mail to Charles McGinty, Esquire, Federal Defender Office, Boston.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

February 7, 2007.