UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., <br>                      Plaintiffs <br><br>VS. <br><br>TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, <br>                      Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS', FRANK A. MACKENZIE, STEVEN ELMORE, AND MICHAEL A, CASEY, MOTION FOR SUMMARY JUDGMENT**

      The defendants, Frank A. MacKenzie, Steven Elmore, and Michael A. Casey, hereby move for summary judgment on the plaintiffs' complaint. As grounds, they submit the plaintiffs' claims against them are barred by the statute of limitations and that, in any event, the plaintiffs have otherwise failed to state a claim for relief against them. In support of this motion, the defendants rely on the accompanying memorandum of law which they incorporate herein by this reference.

Wherefore, the defendants respectfully request that the court grant their Motion and enter summary judgment in their favor.

## REQUEST FOR ORAL ARGUMENT

The defendants request a hearing on this motion, pursuant to Local Rule 7.1(D), on the ground that oral argument may assist the Court.

    Respectfully submitted
    The Defendants,
    By their attorneys,
    Brody, Hardoon, Perkins & Kesten, LLP


    /s/ Jeremy Silverfine
    Leonard E. Kesten, BBO # 542042
    Jeremy I. Silverfine, BBO # 542779
    Karen W. Peters, BBO # 658903
    One Exeter Plaza
    Boston, MA 02116
    (617) 880-7100

Dated: February 8, 2007