# EXHIBIT 2

Page 230

VOLUME II - 230

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-CV-12357-PBS

* * * * * * * * * * * * * * * *
BRIAN KENNEDY AND MICHELLE            )
KENNEDY, Individually and as          )
mother and next friend of BRIAN       )
KENNEDY, Individually and as          )
mother and next friend of BRIAN       )
KENNEDY, JR.,                         )
          Plaintiffs,                 )
vs.                                   )
                                      )
TOWN OF BILLERICA, DANIEL C.          )
ROSA, JR., Individually and as        )
Chief of the Billerica Police         )
Department, JOHN BARRETTO,            )
Individually and as former            )
Chief of the Billerica Police         )
Department, PAUL W. MATTHEWS,         )
Individually and as former            )
Chief of the Billerica Police         )
Department, ROBERT LEE,               )
Individually and as former            )
Deputy Chief of the Billerica         )
Police Department, THOMAS             )
CONNORS, FRANK A. MACKENZIE,          )
RICHARD RHONSTOCK, ROBERT             )
BAILEY, JOHN ZARRO, MARK              )
TSOUKALAS, TARA CONNORS, MARTIN       )
E. CONWAY, ANDREW DEVITO,             )
RICHARD HOWE, STEVEN ELMORE,          )
WILLIAM MCNULTY, DONALD               )
MACEACHERN, MICHAEL A. CASEY,         )
RICHARD NESTOR, ROBERT BROWN,         )
WILLIAM G. WEST, GREGORY KATZ,        )
GERALD B. ROCHE, BRIAN                )
MICCICHE, WILLIAM MCNULTY,            )
SCOTT PARKER, ALAN MUNN,              )
TIMOTHY F. MCKENNA AND JOHN           )
DOE,                                  )
          Defendants.                 )
* * * * * * * * * * * * * * * *

ORIGINAL

DUNN & GOUDREAU

1  CONTINUED DEPOSITION OF BRIAN G.
2  KENNEDY, a witness called on behalf of the
3  Defendants pursuant to the Federal Rules of
4  Civil Procedure before Jo Anne M. Shields,
5  Professional Shorthand Reporter and Notary
6  Public in and for the Commonwealth of
7  Massachusetts, at the offices of Brody,
8  Hardoon, Perkins & Kesten, LLP, One Exeter
9  Plaza, Boston, Massachusetts, on Monday,
10 January 8, 2007, commencing at 10:38 a.m.

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
One State Street
Boston, Massachusetts 02109
Telephone (617) 742-6900

1  one.  And that's why I'm asking what this
2  relates to.
3  A.  Okay.
4  Q.  All right?
5  A.  Okay.
6  Q.  Anything else that this --
7  A.  I'm trying to figure out the incident.  But
8  I -- I don't -- I don't recall it.  I don't
9  know who would be . . .
10 Q.  All right.  So the officer who was just
11 talking to you, you don't recognize him?
12 A.  No.
13 Q.  Okay.  And just so we have a -- on this
14 Exhibit 5, is this -- is that your front
15 yard that it was being shot from?
16 A.  It seems to be.  Yes.
17 Q.  Okay.  All right.  How about -- how about
18 this?  Can you tell me anything about this?
19 A.  Okay.  This seems to be the -- the mobile
20 home next door.  I think that's the owner.
21 He owns the mobile home, but he doesn't live
22 there.  I think he just rents it out to
23 somebody.
24 Q.  What's his name?

Page 349

1  A.  Possibly, George Woods.

2  Q.  Okay.

3  A.  I'm not sure.

4  Q.  And who's next to -- who's the civilian next

5      to Mr. Woods?  Do you know?

6  A.  I don't know that.

7  Q.  There appears to be -- again, I'm not -- I

8      don't want to put words, but try to move

9      this along -- several officers.  Do you

10     recognize any of those officers next to

11     Mr. Woods?

12 A.  I -- the camera won't stop moving.  Yes.

13     Tara Connors --

14 Q.  Okay.

15 A.  -- was there.

16 Q.  Does this refresh your memory as to what

17     this purports to be?

18 A.  I don't re- -- it's -- it's an old one, but

19     something to -- due to the fact that the car

20     being parked in the wrong spot at the

21     Woods's trailer or something.  Somebody

22     moved the car, to that fact.  I'm not sure.

23 Q.  Well, whose car are we talking about?

24 A.  We're talking about my wife's car.

```
 1  Q.  All right.
 2  A.  Somebody moved that.
 3  Q.  Is your wife's car in the -- in these -- in
 4      this video?
 5  A.  I don't know if it was in -- in that
 6      driveway or if it was over here.  I'm trying
 7      to think of the incident.  But it was so
 8      long ago.
 9  Q.  All right.  You understand I -- I -- I'm
10      only referencing this because --
11  A.  Oh, I understand.
12  Q.  -- this was provided to me by your counsel
13      supporting your case.  I'm just asking you
14      to tell me what this -- what -- what is
15      depicted here.
16  A.  I'm just trying to remember the incident.
17  Q.  Do you have a time frame at all that you can
18      tell us?
19  A.  As soon as I go home, I can re- -- go over
20      with -- this with my wife; and we can figure
21      it -- I can figure it out more.  But . . .
22          MR. SILVERFINE:  Why don't we speed this
23      up a little bit and see if there's anything
24      else.
```

1  Q.   All right. Anything else you can tell us
2       about Exhibit 5 that re- -- references what
3       this is supposed to be and what incident
4       this incident's supposed to portray?
5  A.   It was something to do with the -- with
6       George Woods and the placing of -- of --
7       somebody moved the car or some- -- something
8       to that fact. I -- I don't know completely
9       what happened. I'm not sure. It was --
10      it's an old tape.
11 Q.   All right. Do you know if there's anything
12      else on this besides what's depicted? I
13      don't want to --
14 A.   I don't think there is. No.
15          MR. SILVERFINE: Okay. Why don't you
16      speed it up, and we'll run through it and
17      see if there's anything else.
18 Q.   All right. Is this a different episode? Or
19      is this more of the same that's -- it
20      appears to be a different time of day. I'm
21      saying that 'cause the lights in this
22      Exhibit 5 now, further on, are -- lights of
23      the cruiser are on. Does it -- anything
24      else -- does -- that's depicted in this?