# EXHIBIT 3

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Alba, Robert entered on 5/22/2006 at 11:28 AM EDT and filed on 5/22/2006

**Case Name:** Kennedy et al v. Town of Billerica et al
**Case Number:** 1:04-cv-12357
**Filer:**
**Document Number:**

**Docket Text:**
ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Initial Pretrial Conference held on 5/22/2006. Court extends discovery to 8/15/06. Plaintiff to file status report within one week identifying the seven defendants who will go to trial. Defendant to file Motion for Summary Judgment by 9/11/06. Opposition by 9/25/06. Final Pretrial Conference set for 10/4/2006 at 2:00 PM. Jury Trial set for 10/16/2006 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert)

The following document(s) are associated with this transaction:

**1:04-cv-12357 Notice will be electronically mailed to:**

Andrew M. Fischer    afischer@jasonandfischer.com

Frederick V. Gilgun , Jr    fred.nsgpc@rcn.com

Leonard H. Kesten    lkesten@bhpklaw.com, dcorbett@bhpklaw.com

Jeremy I. Silverfine    jsilverfine@bhpklaw.com, howril@bhpklaw.com

**1:04-cv-12357 Notice will not be electronically mailed to:**