# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRIAN KENNEDY, AND MICHELLE KENNEDY, *
Individually and as mother and next friend of *
BRIAN KENNEDY, JR., MITCHELL KENNEDY *
and DYLAN KENNEDY, *
 *
Plaintiffs *
 *   04-CV-12357-PBS
v. *
 *
TOWN OF BILLERICA, et al *
 *
Defendants *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATUS REPORT

Pursuant to the Court's Order of May 22, 2006, the Plaintiffs designate the following individual defendants as the parties against whom they initially chose to proceed, along with the defendant Town of Billerica, in the initial trial, presently scheduled for October 16, 2006:

1. Frank A. MacKenzie;
2. Thomas Connors;
3. Mark Tsoukalis;
4. Daniel C. Rosa, Jr.;
5. Steven Elmore;
6. Michael A. Casey;
7. Martin E. Conway

Respectfully submitted,
Brian Kennedy, et al,
by their counsel,

/s/ Frederick V. Gilgun, Jr.
Frederick V. Gilgun, Jr.
BBO# 551477
Nicholson, Sreter & Gilgun, PC
33 Bedford Street, Ste. 4
Lexington, MA 02420
(781) 861-9160
fred.nsgpc@rcn.com

Respectfully submitted,
Brian Kennedy, et al
by their counsel

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

Date: May 26, 2006

kennedy\statusreport