# EXHIBIT 5

```
POLICE OFFICER'S FORMAL REPORT       05/11/05 18:30
BILLERICA POLICE DEPARTMENT          PAGE: 1
Case#: 198008                        TTYP6 -69

rpt date: 08/09/01 18:53    reported: THURSDAY  08/09/01 17:26
  ucr: 140 DISTURBANCE-GENERAL

location: 37 UPTON ST
  follow up by: (N)ONE NEEDED    case status: CLEARED/CLOSED NORMAL
       officer:                  rpt status: COMPLETE
                                 review officer: 59 R BALBONI
comp/vict notify: No             sup review officer:
cir/involve type:
-----------------------------------------------------------------

complaint: KIDS SPRAYED WITH SOMETHING
-----------------------------------------------------------------
reporting officer: 56 R NESTOR     assignment: C    car: 08
  second officer: 66 D MACEACHERN  sup/back-up: 16 A MUNN
-----------------------------------------------------------------

               *** NAMES ***
  type   mast#  name/add          phone      dob      ss#
======= ====== ================= ========== ======== ===========
INVOLVED 003982 KENNEDY,BRIAN G    (978) 663-8789 09/20/66 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
               7 BRIDGE ST  BILLERICA MA 01876

INVOLVED 006114 KENNEDY,MICHELLE Y      663-8789 10/20/67 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
               7 BRIDGE ST  BILLERICA MA 01876

INVOLVED 061824 BROOKS,GEORGE      (978) 436-9107 10/16/88
               48 UPTON ST  BILLERICA MA 01862

INVOLVED 071401 KENNEDY,MITCHELL R (978) 663-8789 04/22/90
               162 LEICESTER ST  BILLERICA MA 01862
-----------------------------------------------------------------

               *** NARRATIVE ***
   PATROL CARS DISPATCHED TO 37 UPTON ST.A CHILD HAD BEEN SPRAYED
WITH AN UNKNOWN LIQUID.ON ARRIVAL MET BY BRIAN KENNEDY.BRIAN
KENNEDY STATED HIS SON,MITCHELL,HAD BEEN SPRAYED WITH WINDOW
CLEANER BY GEORGE BROOKS.MITCHELL KENNEDY STATED FOR NO APPARENT
REASON GEORGE BROOKS SQUIRTED THE FLUID AT HIM.MITCHELL STATED
BROOKS KNOCKED HIM DOWN,POURED THE FLUID ON HIS FACE.MITCHELL
STATED HE WASHED OUT HIS EYES WITH WATER AND WAS NOT IN ANY
DISCOMFORT.I ASKED MITCHELL'S FATHER IF HE WANTED AN AMBULANCE
TO EXAMINE MITCHELL,BRIAN KENNEDY DECLINED.
   GEORGE BROOKS AND HIS MOTHER INTERVIEWED.GEORGE BROOKS
STATED MITCHELL KENNEDY INSTIGATED THE INCIDENT.BROOKS STATED
MITCHELL KENNNEDY THREW A ROCK AT HIM STRIKING HIM IN THE FOOT.
THE CHILDREN WENT INTO 37 UPTON ST.MITCHELL KENNEDY GRABBED
THE WINDOW CLEANER,SQUIRTED GEORGE BROOKS.BROOKS TRIED TO HIDE
IN A ROOM,KENNEDY FORCED OPEN THE DOOR AND AGAIN SQUIRTED
BROOKS.BROOKS GRABBED THE WINDOW CLEANER FROM KENNEDY.SQUIRTED
KENNEDY.MOMENTS LATER MITCHELL KENNEDY FOUND EGGS.KENNEDY WENT
OUTSIDE THREW EGGS STRIKING THE TRAILER AT 37 UPTON ST AND A
```

```
              POLICE OFFICER'S FORMAL REPORT    05/18/05 08:50
              BILLERICA POLICE DEPARTMENT               PAGE: 2
Case#: 198008                           TTYP6  -69
------------------------------------------------------------
```

                     *** NARRATIVE ***
MV IN THE DRIVEWAY.
    MICHELLE AND BRIAN KENNEDY INQUIRED WHAT WOULD BE THE
OUTCOME OF THIS INCIDENT.INFORMED THAT THE CHILDREN HAD BEEN
COUNSELED ABOUT THEIR MISBEHAVIOR AND THERE WOULD BE NO
CRIMINAL COMPLAINTS MICHELLE AND BRIAN KENNEDY BECAME UPSET.
MICHELLE AND BRIAN KENNEDY DIRECTED THEIR VERBAL ABUSE TOWARDS
SGT MUNN.SHORTLY THEREAFTER PATROL CARS LEFT AREA.


        RICHARD NESTOR

============================================================
chief [ ]  capt/oic [ ]  cid [ ]  traffic [ ]  fire [ ]  other [ ]
============================================================
I recommend this case be declared:
  Unfounded( )  Not Cleared( )  Court Action( )  Cleared by Arrest( )
Case Declared:
    Active( )    Complete( )    Unfounded( )  Domestic Violence( )

_____       _____

0620