# EXHIBIT 6

```
                POLICE OFFICER'S FORMAL REPORT    05/11/06 18:46
                BILLERICA POLICE DEPARTMENT              PAGE: 1
Case#: 221678                              TTYP6  -69
```

rpt date: 09/07/02 17:02       reported: SATURDAY   09/07/02 16:01
  ucr: 142 DISTURBANCE-FIGHT

location: 37 UPTON ST
  follow up by: (N)ONE NEEDED        case status: CLEARED/CLOSED NORMAL
    officer:                   rpt status: COMPLETE
                           review officer: 51 S ELMORE
comp/vict notify: No     sup review officer: 70 E OMAHONY
cir/involve type:
----------------------------------------------------------

complaint: YOUTHS BOTHERING NEIGHBORS
----------------------------------------------------------
reporting officer: 56 R NESTOR      assignment: C     car: 08
  second officer: 66 D MACEACHERN    sup/back-up:
----------------------------------------------------------

                *** NAMES ***
    type   mast#  name/add            phone    dob      ss#
==========================================================

SUSPECT/O 061824 BROOKS,GEORGE        (978) 436-9107 10/16/88
             48 UPTON ST  BILLERICA MA 01862

SUSPECT/O 071401 KENNEDY,MITCHELL R   (978) 663-8789 04/22/90
             162 LEICESTER ST  BILLERICA MA 01862

WITNESS 048731 BROOKS III,GEORGE R    (978) 436-9107 04/07/69 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
             48 UPTON ST  BILLERICA MA 01862

WITNESS 084155 GALLINARO,CODY         (978) 663-1473 11/15/93
             37 UPTON ST  BILLERICA MA 01821

----------------------------------------------------------

            *** NARRATIVE ***
  GEORGE BROOKS ATTENDED A BIRTHDAY PARTY AT 37 UPTON ST,THE
GALLINARO RESIDENCE.THERE WAS A PROBLEM WITH SEVERAL UNINVITED
YOUTHS.THESE UNINVITED YOUTHS WERE AT THE REAR PROPERTY LINE BEHIND
A FENCE.YOUTHS WERE ALLEGED TO HAVE THROWN ROCKS AT THE FENCE.AFTER
A PERIOD OF TIME CODY GALLINARO AND GEORGE BROOKS WERE NEAR THE PATH
AT THE REAR OF 37 UPTON ST.
  GEORGE BROOKS WAS CONFRONTED BY MITCHELL KENNEDY,AND SEVERAL YOUTHS
HE CAN ONLY IDENTIFY AS "RICKY","SANG","MATT",AND ONE OR TWO OTHERS.
MITCHELL KENNEDY TOLD GEORGE BROOKS THAT HIS FATHER HAD A GUN AND
WOULD SHOOT HIM.MITCHELL KENNEDY AND THE FOUR OR FIVE OTHER YOUTHS
JUMPED GEORGE BROOKS,BEGAN PUNCHING AND KICKING GEORGE BROOKS.SOMEONE
RAN BACK TO 37 UPTON ST,ADVISED ADULTS AT THE BIRTHDAY PARTY WHAT
WAS TRANSPIRING.GEORGE BROOKS SR AND ROBERT ANDERSON RAN BACK TO
THE PATH AND BEGAN TO PULL THE YOUTHS OFF GEORGE BROOKS.MITCHELL
KENNEDY AND OTHER YOUTHS RAN OFF.
  GEORGE BROOKS SUFFERED A BRUISED SWOLLEN LEFT EYE IN THE ASSAULT.
  GEORGE BROOKS SR. ADAMANT THAT ASSAULT AND BATTERY CHARGES BE
SOUGHT AGAINST MITCHELL KENNEDY.

```
                POLICE OFFICER'S FORMAL REPORT  05/11/05 16:46
                BILLERICA POLICE DEPARTMENT              PAGE: 2
   Case#: 221678                       TTYP6  -69
```

*** NARRATIVE ***
OTHER YOUTHS STATED GEORGE BROOKS INITIATED ALTERCATION WITH MITCHELL KENNEDY BY SHOVING HIM. YOUTHS CAME TO THE AID OF MITCHELL KENNEDY BECAUSE OF GEORGE BROOKS' SIZE ADVANTAGE. ADULTS WHO CAME TO SCENE OBSERVED YOUTHS ATTEMPTING TO PULL GEORGE BROOKS AWAY FROM MITCHELL KENNEDY.

MITCHELL KENNEDY'S PARENTS DESIRE ASSAULT AND BATTERY COMPLAINTS AGAINST GEORGE BROOKS.

A HEARING REQUESTED, CROSS COMPLAINTS OF ASSAULT AND BATTERY AGAINST GEORGE BROOKS AND MITCHELL KENNEDY.

RICHARD NESTOR

chief [ ]  capt/oic [ ]  cid [ ]  traffic [ ]  fire [ ]  other [ ]

I recommend this case be declared:
 Unfounded( )  Not Cleared( )  Court Action( )  Cleared by Arrest( )
Case Declared:
   Active( )   Complete( )   Unfounded( )  Domestic Violence( )

0623