# EXHIBIT 8

```
                                        1
                          VOLUME:  I
                          PAGES:   1 through 160
                          EXHIBITS: See Index

         UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS


*****************************
BRIAN KENNEDY and MICHELLE   )
KENNEDY, Individually and as )
mother and next friend of    )
BRIAN KENNEDY, JR., MITCHELL )
KENNEDY and DYLAN KENNEDY,   ) CA NO.:
            Plaintiffs,      ) 04-CV-12357-PBS
    VS.                      )
TOWN OF BILLERICA, ET AL,    )
            Defendants.      )
*****************************
```

**DEPOSITION OF MICHAEL J. CASEY**, a witness called on behalf of the Plaintiffs, taken pursuant to the provisions of the Federal Rules of Civil Procedure, before Sheila M. Duffy, a Registered Professional/Certified Shorthand Reporter (#146199) and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Nicholson, Sieter & Gilgun, 33 Bedford Street, Lexington, Massachusetts, on Tuesday, August 8, 2006, commencing at 9:57 a.m.

COPLEY COURT REPORTING
101 Tremont Street
Boston, Massachusetts 02108
(617) 423-5841

131

1    response to the fact that the Kennedys or some
2    people there had cameras out?
3         A.    Oh, I didn't care.
4         Q.    You didn't tell them to put the cameras
5    away?
6         A.    Yes, I did.
7         Q.    What was your response to seeing the
8    cameras?
9         A.    My response to seeing the cameras is if
10   you're up there, you're going -- they're going to
11   have cameras on you.
12        Q.    What does that mean?
13        A.    I mean, if you're up there, the guy's
14   up on the roof with a camera, the guy's in the
15   driveway with the camera.  That really didn't
16   bother me.  Nothing's happening but now her son
17   had one and nobody else had one at that immediate
18   time.  Her son just came right out with a camera
19   in front of me.  I said, hey, get the camera away
20   from me, don't record my voice.  I will put you in
21   jail.
22              Off he went -- no, Michelle took the
23   camera and hugged him and said, don't yell at him,
24   Casey, don't yell at him.  I don't even know

132

1  that's her son. I don't even know the kid.
2       Q.   You recall he came up to you and put
3  the camera in your face?
4       A.   Walked right up to me.
5       Q.   You weren't coming towards him?
6       A.   I went towards him, yeah. I mean, he
7  was like six feet away from me and I says, hey,
8  and I stopped and I walked right towards him, his
9  mother took the camera.
10      Q.   Did you ever touch him?
11      A.   No.
12      Q.   Did you ever touch the camera?
13      A.   No, never, would have taken it.
14      Q.   You would have taken it?
15      A.   I would have just taken it if I got my
16 hands on it. I never reached for it.
17      Q.   Why would you have taken it?
18      A.   Because I thought that he was recording
19 my voice, you know.
20      Q.   So, why would that justify you taking
21 the camera?
22      A.   It wouldn't justify it.
23      Q.   Do you remember investigating an
24 incident involving a burglary at Kevin Guptil's

1  nothing to go on.
2      Q.   Do you recall an incident in May of
3  2004 investigation into a burglary at 163 Lester
4  Street that was owned by a George Woods that
5  involved the Kennedys?
6      A.   Yes, I do.
7      Q.   What do you remember about that
8  incident?
9      A.   It was two nights in a row, so the
10 first night -- what year was that?
11     Q.   2004.
12     A.   I drove up. I got a call to go up
13 there. I drove up. At that time I believe George
14 was out of his truck and Carol, his wife, was in
15 the trailer. I showed up. I walked in there
16 saying, oh, my God, we can't even sell this thing,
17 oh, my God. I'm going, Carol, I came up to check
18 on it.
19          It was -- I think it was a call of a
20 breaking and entry or something. I don't recall
21 any furniture being in the trailer, but she
22 explained around back that the Kennedys' dogs were
23 ripping the insulation out of the bottom of the
24 trailer. There's no fence in between the

138

1  properties down there and the Kennedys keep their
2  dogs right there.
3          She said, I came in to look, and then
4  they let the dogs out and she couldn't get back
5  from the trailer to the truck. George couldn't
6  get out of the truck because the dogs were going
7  back and forth.
8          The two huge dogs, I think they were
9  Dobermans. She's horrified. So, I go up, hey,
10 calm down. George is in the place. He said, you
11 know, Carol said that Brian, he hit it with a
12 hammer or something, he hit the side of the
13 trailer with a hammer.
14         I went out and looked and there was so
15 much damage to the trailer, it's just old, that I
16 couldn't discern a hammer mark from a regular mark
17 or what he hit it with.
18         I said, Brian, you hitting this with a
19 hammer. I didn't hit it with a hammer. If I hit
20 it with a hammer, I would have tore a hole in it.
21 I says, hey, listen, try to do whatever you can.
22 We stayed around there for a little while, and
23 Carol had told me that the dogs were running
24 free.

1    Michelle wasn't there.  Michelle came
2 up, drove up, parked back a ways, and went running
3 up to the trailer to see what was going on, and
4 according to Carol she was yelling at Brian.  You
5 know, I don't know how she was yelling, but what
6 are you doing, put the dogs away, what's going on.
7 And Brian had, once he saw Michelle, grabbed the
8 dogs and put them back in their pen, and then
9 Michelle berated him in the yard and then they
10 went in the house.  We haven't got enough trouble
11 around here, yelling at him, which talking to her.
12    I said, well, you know, there's an
13 interaction going on here that now Brian is
14 causing a problem and Michelle isn't.  You know,
15 Michelle wants him to be quiet, but still, you
16 know, all the stuff was ripped out of there, you
17 could smell dog feces in the house.
18    I said, what's going on.  It's coming
19 up through the bottom of the trailer.  They don't
20 clean.
21    I says, hey, listen, do whatever you
22 have to do.  She's a real estate agent.  She knows
23 what she has to do.  I would say that she has
24 experience in handling bad tenants or bad

1  neighbors or something and you have got to do
2  what you have got to do, and we parted company.
3       Q.    Okay.  Did you ever have any other
4  discussions with Brian Kennedy that evening other
5  than to ask him if he had been hammering the
6  trailer?
7       A.    I don't recall what night it was,
8  whether it was that night or the next night.  I'll
9  tell you the conversation and, you know, it just
10 happened because I think this is what you are
11 talking about.
12           But Brian had -- I was standing there
13 and Brian said, hey, Casey what kind of shape you
14 in now.  I go, what do you mean, here we go.  What
15 Brian -- and he is sitting on his porch.  And he
16 says, put on a little weight, ha?  I said, Brian,
17 let's not go there.  I'm here on a call, let's not
18 go there.
19           He goes, na, I mean, you're looking
20 like a fat fuck.  I go, Brian you shouldn't even
21 go there, just stop the conversation.  No.  What
22 are you, a fat fuck, fat fuck.
23           Now, he knows it's bothering me.  So, I
24 turn around, I called him a pussy and told him to

141

come out on the street, step out on the street and I'm going to handle that.

He was just sitting there, ha, ha, ha, laughing away, calling me a fat fuck. I think that might have been the first night.

Now, Michelle is there. She come over. I'm thinking that because what Carol told me Michelle might be growing up a little and she is going to take the bull by the horns, Brian's a nitwit, and she goes, you don't like being called a fat fuck, and she's leaning in my car. I just said, oh, man, see you later, and I drove off.

Q.   Did you return to the area that evening?

A.   No, the next evening.

Q.   Okay. And what was the purpose for you being there on this first evening, were you responding to a call?

A.   Just -- I don't know who sent me. I don't know if it was -- I wouldn't have just gone up there. I must have dispatched.

Q.   Do you recall who else was present with you up there?

A.   No.

143

1   A.   The dispatch -- I mean, the lieutenant
2   could tell dispatch, send Casey -- it wouldn't
3   have been, send Casey, it would have been, send
4   the criminal bureau up there and whatever we were
5   doing.
6   Q.   Let's talk about the next night that
7   you were at the area of the trailer that was owned
8   by the Woods and what happened on that evening?
9   A.   That was -- I think that we were sent
10  up there on the call of a fight or on the call of
11  a problem.  No matter how, we got there.
12       When I got there there was, I think, a
13  black Hummer and George Woods was there and guy
14  named Larry Cantrell and another guy named
15  Paglucia.  I can't recall what his first name is.
16       But, they were just standing around
17  the front of their truck parked in the middle of
18  street.  And Brian -- Brian was drawing back and
19  forth.  Nothing really happened that night.
20       Brian said, Michelle blamed me for
21  sending these guys there.  She said you told them
22  to come back, you told him to take it into their
23  own hands.  I'm saying, yeah, right.
24       There was no assault.  There hadn't

1   been an assault. And I asked George, what are you
2   doing, just came up to see the trailer. We have
3   got to check on the trailer now.
4           He is owner of Woods Realty also with
5   his wife, and he says -- so I see Larry, Larry
6   Cantrell and the other guy there, and I go what's
7   your involvement in this. We're just here with
8   him. I asked them what happened. They said,
9   well, we came up and we were checking on it and he
10  came out, Brian came out and started getting
11  mouthy and we told him, hey, we don't want to
12  fight, come on out on the street we'll take care
13  of you right now.
14          Brian never came on the street. They
15  never went on his property, and that was that.
16      Q.   And were you directed to go to this
17  call the second night as well?
18      A.   I might have just went there knowing of
19  the problem the night before.
20      Q.   And do you recall whether or not you
21  were the first officer to arrive that evening?
22      A.   I can't recall.
23      Q.   And do you recall which other officers
24  were there with you?

146

1     Q.    Do you recall the Kennedys telling you
2 that they had been threatened by Woods and these
3 other men that were with him that evening?
4     A.    They probably told me that, yeah.
5     Q.    And what did you do in terms of either
6 investigating the complaint of criminal threats or
7 bringing charges against these guys?
8     A.    I think, I think what the complaint was
9 that they're trying to start trouble and they said
10 their stuff, and I went to George Woods and I
11 said, hey, what are you doing here, and he said,
12 hey, we're checking on the trailer.  He started
13 yelling at us.
14     George said to him, hey.  There was
15 some type of altercation, but nobody crossed over
16 the line so -- and no one was assaulted and I just
17 said, hey, see you later, come on.
18     Q.    No one crossed over the line, you mean
19 physically walked on to the property line?
20     A.    Physically.
21     Q.    Did the Kennedys tell you that one of
22 the men there had brandished a handgun?
23     A.    I don't think so, no.  That would have
24 changed the whole situation.

1    Q.    Do you recall at or about this time
2  an investigation into a larceny at a school in
3  Billerica that involved questioning of Michelle
4  Kennedy?
5    A.    No.
6    Q.    You don't recall investigating a school
7  break-in to the school where money was taken from
8  the school?
9    A.    No.
10    Q.    Did you ever -- have you ever spoken
11  with Michelle Kennedy?
12    A.    No.
13    Q.    Do you know anybody in the Department
14  that investigated a break-in to the school
15  relative to the larceny of money?
16    A.    I don't know.  Somebody could have, but
17  I don't know who it was.  I don't know.
18    Q.    Do you ever recall hearing about such
19  an incident?
20    A.    No, I don't.
21    Q.    Aside from the matters that we have
22  already discussed today, in what other arrests or
23  incidents that involved the Kennedys have you been
24  involved?