# EXHIBIT 9

POLICE OFFICER'S FORMAL REPORT 05/31/05 09:41

BILLERICA POLICE DEPARTMENT                    PAGE: 1
Case#: 263259                          TTYP6  -69

rpt date: 05/18/04 12:02        reported: TUESDAY   05/18/04 08:55
    ucr: 220  BURGLARY/B&E *
    ibr: 1:23D
location: 17 FLOYD ST
   follow up by: (D)ETECTIVE BUREAU      case status: CLEARED/CLOSED NORMAL
       officer:                  rpt status: COMPLETE
                review officer:
comp/vict notify: No         sup review officer: 50 C CONEENY
cir/involve type:

--------------------------------------------------------------------

complaint: PRINCIPAL STATES MONEY STOLEN
--------------------------------------------------------------------
reporting officer: 66 D MACEACHERN       assignment: B    car: 03
second officer: 69 F MIRASOLO          sup/back-up:
--------------------------------------------------------------------

### *** NAMES ***

| type | mast# | name/add | phone | dob | ss# |
|------|-------|----------|-------|-----|-----|
| SUSPECT/O | 061824 | BROOKS,GEORGE | (978) 436-9107 | 10/16/88 | |
| | | 48 UPTON ST  BILLERICA MA 01862 | | | |
| VICTIM | 084105 | SCHOOL,MARSHALL MIDDLE | | | |
| | | 17 FLOYD ST  BILLERICA MA | | | |
| COMPLAINT | 058838 | BOUCHER,ROLAND G | | 07/23/57 | 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 |
| | | 191 W. 6TH ST  LOWELL MA | | | |
| INVOLVED | 095400 | MCCLEAN,GAYLE | | 06/01/41 | |
| | | 9 REINSWAY CR  WESTFORD MA 01886 | | | |

--------------------------------------------------------------------

### *** PROPERTY ***

| prop.type | make | mod/style | color | ser#/vin# |
|-----------|------|-----------|-------|-----------|
| STOLN/BRIBE S | rpt'd: 05/18/04 class: 20 qty: | 1.00 | | |
| MONEY | U.S.CURENCY | | | |
| id/desc: | value: $1000 ncic: | | | |
| | 084105 - MARSHALL MIDDLE SCHOOL | | | |
| control #: | bin #: | analy #: | | |

--------------------------------------------------------------------

### *** NARRATIVE ***
RESPONDED TO THE MARSHALL MIDDLE SCHOOL FOR A REPORT OF A PAST BREAK
OVER THE WEEKEND.ENTRY WAS GAINED THROUGH VENT WINDOWS LOCATED HIGH
NEAR THE CEILING OF THE CLASSROOM.THE WINDOWS WERE ACCESSED FROM THE
ROOF WHICH IS VERY ACCESIBLE.ENTRY WAS GAINED INTO ROOM N8 BY UNKNOWN
PERSONS LOWERING THEMSELVES ABOUT 20' TO GROUND LEVEL USING THE CHALK
BOARD AS A BRACE.ONCE IN THE ROOM IT APPEARS THE SUSPECT WENT
DIRECTLY TO MS.MCCLEAN'S DESK AND REMOVED OVER $1,000 IN CASH FROM

0667

---------------------------------------------------------------

### *** NARRATIVE ***

A CASH BOX.THE DESK WAS NOT LOCKED NOR WAS THE CASH BOX,THE DESK AND
THE REST OF THE CLASSROOM WAS LEFT UNDISTURBED.LEFT BEHIND WERE 2
COKE CANS FOUND IN THE TRASH IN THE ADJACENT CLASSROOM WHICH HAS A
COMMON DOOR AND IS LEFT UNLOCKED.THE TRASH IS EMPTIED EVERY NIGHT BY
CUSTODIANS AND SHOULD HAVE BEEN EMPTY WHEN THE BREAK WAS DISCOVERD.
ON THE ROOF A SET OF FOOT PRINTS WERE FOUND (OUTLINED IN
WHITE,POSSIBLY WHITE CHALK FROM THE CHALKBOARD).THE PRINTS WERE
AROUND THE WINDOW AND LEADING AWAY FROM IT SUGGESTING THE DEBRIE ON
THE BOTTOM OF THE SNEAKERS WAS PICKED UP IN THE CLASSROOM.
AROUND THE WINDOW FRAME WERE TWO SETS OF FINGERPRINTS POSITIONED
AS IF THE SUSPECT WERE HANGING OFF THE WINDOW FRAME AND LOWERING
THEMSELVES INTO THE CLASSROOM.
ROOM N8 IS A SPECIAL NEEDS CLASSROOM FOR CHILDREN WITH LEARNING
DISABILITES,MS MCCLEAN HAD A STUDENT HELPING HER HER IN THE CLASSROOM
UP UNTILL 3 WEEKS AGO (GEORGE BROOKS,48 UPTON ST.)
MR BROOKS WAS REMOVED FROM THE SCHOOL 3 WEEKS AGO AND IS SCHEDULED
TO START AT THE LOCKE MIDDLE SCHOOL TOMORROW.JUST BEFORE BEING
REMOVED FROM THE MARSHALL MR BROOKS HAD ON 2 DIFFERENT OCCASIONS
ASKED MS MCCLEAN TO MAKE CHANGE FOR HIM,BOTH TIMES SHE MADE CHANGE
OUT OF THE MONEY BOX LOCATED IN HER DESK.ACCORDING TO MS MCCLEAN NO
OTHER STUDENTS ARE AWARE OF THIS MONEY NOR DO ANY OTHER STUDENTS HAVE
REASON TO BE IN ROOM N8.
DETECTIVE MIRASOLO WAS CALLED TO THE SCHOOL AND IS IN THE PROCESS
OF TRYING TO LIFT THE 2 SETS OF FINGERPRINTS AND TO TAKE PHOTO'S
OF THE FOOTPRITS ON THE ROOF.COKE CANS ALSO TURNED OVER FOR ANY
POSSIBLE PRINTS.

OFC DONALD MACEACHERN 112


FOLLOW UP BY CRIMINAL BUREAU...

ON 5-18-04 I DETECTIVE MIRASOLO RESPONDED TO THE MARSHALL MIDDLE
SCHOOL FOR A B&E.

TOOK PHOTO'S OF THE SHOE PRINTS ON THE RUBBER ROOF.  ATTEMPTED TO
LIFT FINGERPRINTS WITH VOLCANIC ASH BUT WAS UNSUCCESSFUL.  TOOK COKE
CANS OFF OF OFFICER MACEACHERN AND WILL ATTEMPT TO FUME CANS AND LIFT
PRINTS.

MYSELF AND SGT ELMORE SPOKE WITH GEORGE BROOKS ALONG WITH HIS PARENTS
AND BROOKS DENIES KNOWING ANYTHING ABOUT B&E.  ALSO LOOKED AT TREAD
ON BROOKS TWO PAIRS OF SNEAKERS AND NEITHER MATCHES TREAD LEFT ON
ROOF OF SCHOOL.

MITCHELL KENNEDY ALSO SPOKEN TO BECAUSE HE IS GOOD FRIENDS WITH
BROOKS.  KENNEDY DENIES KNOWING ANYTHING ABOUT B&E.  ALSO CHECKED
KENNEDY'S SNEAKER TREAD WHICH DOES NOT MATCH TREAD LEFT ON ROOF OF
SCHOOL.

POLICE OFFICER'S FORMAL REPORT  05/31/05 09:41    PAGE: 3
BILLERICA POLICE DEPARTMENT
Case#: 263259                                    TTYP6  -69

------------------------------------------------------------------------

### *** NARRATIVE ***

.....................DETECTIVE FRANK MIRASOLO......................

================================================================
chief [ ]  capt/oic [ ]  cid [ ]  traffic [ ]  fire [ ]  other [ ]
================================================================

I recommend this case be declared:
 Unfounded( )  Not Cleared( )  Court Action( )  Cleared by Arrest( )
Case Declared:
  Active( )    Complete( )    Unfounded( )  Domestic Violence( )

_____        _____

0668