# EXHIBIT 10

Case 1:04-cv-12357-PBS     Document 137-11     Filed 02/08/2007     Page 1 of 3

```
POLICE OFFICER'S FORMAL REPORT     05/07/05 08:58
         BILLERICA POLICE DEPARTMENT        PAGE: 1
Case#: 263287                     TTYP2  -D69

rpt date: 05/18/04 22:07      reported: TUESDAY    05/18/04 20:20
  ucr: 145 DISTURBANCE-NEIGHBORS
  ibr: 1:601
location: 163 LEICESTER ST
  follow up by: (N)ONE NEEDED         case status: CLEARED/CLOSED NORMAL
  officer:                            rpt status: COMPLETE
                      review officer:
comp/vict notify: No     sup review officer:  46 J GREENHALGH
cir/involve type:
------------------------------------------------------------------------

complaint: 4-5 PEOPLE FIGHTING
------------------------------------------------------------------------
reporting officer: 100 TARA CONNERS      assignment: C    car: 08
second officer: 102 R MORAN JR           sup/back-up:  74 M GUALTIERI
------------------------------------------------------------------------

              *** NAMES ***
  type   mast# name/add          phone     dob      ss#
========== ====== =============================== ======== ===========
INVOLVED 003982 KENNEDY,BRIAN G        (978) 663-8789 09/20/66 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
              7 BRIDGE ST. BILLERICA MA 01876

INVOLVED 006114 KENNEDY,MICHELLE Y     663-8789 10/20/67 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
              7 BRIDGE ST BILLERICA MA 01876

INVOLVED 027680 ASHTON,WILLIAM R       66-3878 06/04/80 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
              162 LEICESTER ST BILLERICA MA 01821

INVOLVED 065178 WOODS JR,GEORGE L      667-5721 12/17/53 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
              21 BRIDLE RD BILLERICA MA 01821

------------------------------------------------------------------------

              *** NARRATIVE ***
```

ON MAY 18, 2004 AT APPROXIMATELY 2020 HOURS, I (OFFICER TARA CONNERS) ALONG WITH SGT. GUALTIERI WEAS DISPATCHED TO 162 LEICESTER ST FOR A REPORT OF PEOPLE FIGHTING IN THE STREET.

UPON ARRIVAL WE SAW MICHELLE KENNEDY, BRIAN KENNEDY AND BILLY ASHTON STANDING IN THE STREET IN FRONT OF THEIR TRAILER. THEY WERE ARGUING WITH THREE MEN, IDENTIFIED AS GEORGE WOODS, MARK PAGLIUCA, AND LARRY CANTRELL, WHO WERE STANDING IN THE DRIVEWAY OF 163 LEICESTER ST. I SPOKE WITH GEORGE WHILE SGT. GUALTIERI APPROACHED THE KENNEDY'S TO SPEAK WITH THEM.

GEORGE STATED HE WAS AT THE TRAILER TO "CHECK ON THINGS". AS HE AND LARRY WERE EXITING THE TRAILER, BRIAN AND BILLY BEGAN THREATENING AND TAUNTING HIM. ACCORDING TO GEORGE, BRIAN AND BILLY STATED "WE KNOW YOUR BUSINESS IS DOWN THE LAKE, WOODSIE. WE'RE GONNA TAKE CARE OF YOU AND YOUR FAMILY." GEORGE OWNS WOODS REAL ESTATE. BILLY AND BRIAN ALSO STATED "WE KNOW WHERE TO FIND YOU AND WE'LL GET YOU". MARK PAGLIUCA ALSO STATED THE TWO MADE THREATS TO "TRASH HIS TRUCK". AFTER BILLY AND BRIAN MADE THESE STATEMENTS,

0661

```
        POLICE OFFICER'S FORMAL REPORT     05/07/05 08:58
        BILLERICA POLICE DEPARTMENT              PAGE: 2
Case#: 263287                       TTYP2  -D69
```

*** NARRATIVE ***
GEORGE, LARRY AND MARK GOT INVOLVED IN A VERBAL ALTERCATION.
MAY 17. HE IS ALSO WORRIED HIS BUSINESS AND HIS FAMILY AREN'T
SAFE. MARK IS ALSO VERY CONCERNED, AS HIS BUSINESS IS LOCATED IN
BILLERICA AS WELL, AND HIS TRUCK IS IN THE PARKING LOT ALL DAY.
BOTH PARTIES WANTED THESE THREATS TO GO ON RECORD IN CASE OF ANY
FURTURE INCIDENTS.


    PTL TARA CONNERS


REPORT OF SGT MARK GUALTIERI #120....

   ON THE ABOVE DATE AND TIME I, SGT MARK GUALTIERI, RESPONDED TO
THE ABOVE ADDRESS ALONG WITH OFFICER TARA CONNERS FOR A REPORT OF A
FIGHT IN THE STREET.

   UPON ARRIVAL I SPOKE WITH ALL PARTIES INVOLVED AND IT WAS
DETERMINED THAT NOTHING MORE THAN A VERBAL ARGUEMENT OCCURED. ALL
PARTIES ADVISED TO DISPERSE. NO FURTHER ACTION TAKEN.

END REPORT OF SGT MARK GUALTIERI

================================================================

chief [ ]  capt/oic [ ]  cid [ ]  traffic [ ]  fire [ ]  other [ ]
================================================================
I recommend this case be declared:
  Unfounded( )  Not Cleared( )  Court Action( )  Cleared by Arrest( )
Case Declared:
    Active( )   Complete( )   Unfounded( )  Domestic Violence( )

_____      _____

0662