# EXHIBIT 11

Page 1

UNITED STATES DISTRICT COURT OF MASSACHUSETTS

CA No. 04-CV-12357-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - x

BRIAN KENNEDY AND MICHELLE KENNEDY,

Individually and as mother and next friend of

BRIAN KENNEDY, Individually and as mother and

next friend of BRIAN KENNEDY, JR.,      Plaintiffs,

vs.

TOWN OF BILLERICA, DANIEL C. ROSA, JR., Individually

and as Chief of Billerica Police Department, JOHN

BARRETTO, Individually and as former Chief of

Billerica Police, PAUL W. MATTHEWS, Individually and

as former Chief of Billerica Police, ROBERT LEE,

Individually and as former Deputy Chief of Billerica

Police, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD

RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS,

TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO,

RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD

MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT

BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B.

ROCHE, BRIAN MICCICHE, SCOTT PARKER, ALAN MUNN,

TIMOTHY F. MCKENNA, and JOHN DOE,      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - x

**ORIGINAL**

Page 2

1  VOLUME I                                    Pages 1 - 229
2
3         DEPOSITION OF BRIAN KENNEDY, a witness
4  called by counsel for the Defendants, taken before
5  Suzanne M. Hebert, Professional Shorthand Reporter
6  and Notary Public in and for the Commonwealth of
7  Massachusetts, at Brody, Hardoon, Perkins & Kesten,
8  LLP, One Exeter Plaza, Boston, MA, on Thursday,
9  August 31, 2006, commencing at 10:07 a.m.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 115

1  Q. She lives in Billerica?

2  A. Yes.

3  Q. When was the last time you saw her?

4  A. On this date.

5  Q. Back in May 1993?

6  A. I believe so.

7  Q. Haven't seen her since?

8  A. No.

9  Q. How is it you had Ms. Tiarni escort you to
10 your vehicle?

11 A. My wife asked her if she would bring us
12 outside, didn't want any problems with MacKenzie or
13 whoever else was there, so she did, she walked us out
14 to the parking lot.

15 Q. What happened then?

16 A. Frank MacKenzie, Steve Elmore, MacEachern
17 followed us out to the parking lot.

18 Q. What happened there?

19 A. I was approached by Frank MacKenzie.

20 Q. What happened?

21 A. Same old thing, got in my face, wanted to
22 fight, ended up spitting in my face, and he walked
23 away.

24 Q. What did you do?