UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., <br>       Plaintiffs <br><br> VS. <br><br> TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, <br>       Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## AFFIDAVIT OF JEREMY SILVERFINE

  I, Jeremy Silverfine, hereby depose and state the following is true and accurate to the best of my belief as follows:

  1.  I am an attorney at Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116, which represents the defendants in the captioned action.

  2.  Attachment 1 hereto is a true and accurate copy of the complaint filed in action.

  3.  Attachment 2 hereto is a true and accurate copy of page excerpts from the Deposition of Brian Kennedy, Volume II, in this action.

  4.  Attachment 3 hereto is a true and accurate copy of the Order issued by Judge Patti B. Saris on May 22, 2006.

5. Attachment 4 hereto is a true and accurate copy of the Status Report filed by the plaintiffs on May 26, 2006, Docket Sheet Document #25.

6. Attachment 5 hereto is a true and accurate copy of the Billerica Police Department Police Officer's Formal Report dated August 9, 2001.

7. Attachment 6 hereto is a true and accurate copy of the Billerica Police Department Police Officer's Formal Report dated September 7, 2002.

8. Attachment 7 hereto is a true and accurate copy the Deposition of Steven Elmore in this action.

9. Attachment 8 hereto is a true and accurate copy of page excerpts from the Deposition of Michael Casey, in this action.

10. Attachment 9 hereto is a true and accurate copy of the Billerica Police Department Police Officer's Formal Report dated May 18, 2004.

11. Attachment 10 hereto is a true and accurate copy of the Billerica Police Department Police Officer's Formal Report dated May 18, 2004.

12. Attachment 11 hereto is a true and accurate copy of page excerpts from the Deposition of Brian Kennedy, Volume I, in this action.


    /s/ Jeremy Silverfine
    Jeremy Silverfine

Date: February 8, 2007