UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************
BRIAN KENNEDY AND MICHELLE KENNEDY,    *
Individually and as father and next friend of    *
BRIAN KENNEDY, JR., Individually and as mother    *
next friend of BRIAN KENNEDY, JR..    *
                                                                                    *
                Plaintiffs    *
                                                                                    *
v.    *    C. A. No. 04-CV-12357-PBS
                                                                                    *
TOWN OF BILLERICA, et al    *
                                                                                    *
                Defendants    *
*********************************************

## MOTION TO EXTEND TIME FOR FILING DISCLOSURES
## REQUIRED BY RULE 26(a)(3)

    Now come the parties and jointly move that the Court extend the time for disclosures of witnesses and exhibits required by F.R.C.P., Rule 26(a)(3).

    As reason, this is a complex case with many witnesses and hundreds of documents. Both sides have worked diligently to conduct multiple depositions and have committed many hours towards preparing this case for trial. However neither party has been able to prepare all expected documents and the parties jointly seek additional time, until February 27, 2007, to complete, file and serve the witness and exhibit lists.

                                                                         Respectfully submitted,
                                                                         Brian Kennedy, et al
                                                                          by their counsel

Date: February 13, 2007                              _/s/Andrew M. Fischer_____
                                                                      Andrew M. Fischer
                                                                      BB0# 167040
                                                                      JASON & FISCHER
                                                                      47 Winter Street
                                                                      Boston, MA 02108
                                                                      (617) 423-7904
                                                                      afischer@jasonandfischer.com

kennedy\mtnextrenrule26a3.wpd