UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************
| | |
|---|---|
| BRIAN KENNEDY, et al | * |
| | * |
| Plaintiffs | * |
| | * |
| v. | *   C. A. No. 04-CV-12357-PBS |
| | * |
| TOWN OF BILLERICA, et al | * |
| | * |
| Defendants | * |

*********************************************

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiffs and certify that he has conferred with defense counsel, pursuant to Rule 7.1, regarding plaintiffs' Motion to Compel and for Leave to Conclude The Deposition of Defendant Martin E. Conway the day of the deposition, November 27, 2006 and again on February 13, 2007 through Andrew Brodie, Esq.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: February 14, 2007

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy\7.1certfication.mtncompeldepo.wpd