UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
BRIAN KENNEDY, et al            *
                                *
         Plaintiffs             *
                                *
v.                              *   Civil Action no. 04-12357 - PBS
                                *
TOWN OF BILLERICA, et al        *
                                *
         Defendants             *
*********************************
```

**PLAINTIFFS' ASSENTED TO MOTION
FOR ADDITIONAL TIME TO FILE OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Now come the plaintiffs and move, with the agreement of the defendants, that this Honorable Court extend the time for the plaintiffs to file their Opposition to Defendants' Motion for Summary Judgment from March 1, 2007 until March 15, 2007.

    As reason, plaintiffs state that proper compliance with the requirements of Local Rule 7.1, that the moving party confer in good faith with opposing counsel led to the need for this extension of time. Specifically, the motion for summary judgment was filed, prior to the Rule 7.1 conference, on the eve of both of plaintiff's counsel leaving the Commonwealth and neither would be available to prepare an opposition, thus necessitating this extension.

    Although the parties were not able to narrow differences as to the specifics of the motion, the defendants did agree to the necessary extension of time, reached through extended good faith attempts to reduce or narrow issues in communications undertaken in compliance with Local Rule 7.1.

    Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: February 21, 2007

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

kennedy/oppmomoretime