UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
BRIAN KENNEDY AND MICHELLE KENNEDY,    *
Individually and as father and next friend of   *
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR..       *
                                         *
          Plaintiffs                     *
                                         *
v.                                       *   C. A. No. 04-CV-12357-PBS
                                         *
TOWN OF BILLERICA, et al                 *
                                         *
          Defendants                     *
*********************************
```

**JOINT MOTION TO EXTEND TIME FOR FILING DISCLOSURES
REQUIRED BY RULE 26(a)(3)**

Now come the parties and jointly move that the Court extend the time for filing of jury instructions, voir dire questions, motions in limine and other filings presently due on February 22, 2007 until February 28, 2007, with the time for filing oppositions to motions in limine to be extended to March 6, 2007.

As reason, this is a complex case with many witnesses and hundreds of documents. Both sides have worked diligently to conduct multiple depositions and have committed many hours towards preparing this case for trial. However neither party has been able to prepare all expected documents and the parties jointly seek additional time, until February 28, 2007, to complete, file and serve the witness and exhibit lists.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Town of Billerica, et al | Brian Kennedy, et al |
| by their counsel | by their counsel |
| | |
| /s/ Jeremy Silverfine | /s/ Andrew M. Fischer |
| Jeremy Silverfine | Andrew M. Fischer |
| BBO# 542779 | BB0# 167040 |
| Brody, Hardoon, Perkins & Kesten, LLP | JASON & FISCHER |
| One Exeter Plaza | 47 Winter Street |
| Boston, MA 02116 | Boston, MA 02108 |
| (617) 880-7100 x 117 | (617) 423-7904 |
| jsilverfine@bhpklaw.com | afischer@jasonandfischer.com |

Date: _____

kennedy\moextendtime