# EXHIBIT 2

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

January 18, 2007

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA 02108

Re:  Kennedy v. Billerica

Dear Mr. Fischer:

We have just received a copy of your expert's supplemental opinion report dated January 16, 2007 relative to the above-referenced matter. In said report (p. 2) there is reference to an interview with Officer Dean Royston conducted by plaintiffs' counsel. Pursuant to Federal Rules of Civil Procedure Rule 26 (a)(2), kindly forward copies of any reports, notes, and information that were the basis of such information provide to your expert.

If you have any questions please contact me.

Very truly yours,

Jeremy I. Silverfine

JIS:jj
cc: Fred Gilgun, Esq.