# EXHIBIT 3

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

January 25, 2007

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA 02108

Re: <u>Kennedy v. Billerica</u>

Dear Mr. Fischer:

This letter will serve as a follow-up to my previous letter dated January 18, 2007 in which we requested copies of any reports, notes, and information that were the basis of the information provide to your expert. This included the reference to an interview with Officer Dean Royston conducted by plaintiffs' counsel. To date, we have not heard back from you. Please consider this letter a Rule 7.1 communication. We would prefer not to have to request court intervention.

If you have any questions please contact me.

Very truly yours,

Jeremy I. Silverfine

JIS:jj
cc: Fred Gilgun, Esq.