# EXHIBIT 4

**JASON AND FISCHER**
ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617)423-7904
FAX. (617)451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

January 29, 2007

Jeremy Silverfine, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Re:   <u>Brian Kennedy, et al v. Town of Billerica, et al</u>

Dear Mr. Silverfine:

    I write in response to your letters of January 18, 2007 and January 25, 2007, requesting copies of documents created in the course of Mr. Gilgun's interview with Dean Royston.

    Please be advised that the only such records that exist are Mr. Gilgun's notes of the interview and these notes are privileged as attorney work product.

    I thank you and remain.

Yours truly,

Andrew M. Fischer

AMF:ms

cc:   Frederick V. Gilgun, Jr., Esquire

kennedy\ltsilverfine63