# EXHIBIT 5

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

February 1, 2007

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA 02108

Re:    Kennedy v. Billerica

Dear Mr. Fischer:

    We have just received your response to our request for you to produce copies of any reports, notes, and information that were the basis of your expert's supplemental opinion report dated January 16, 2007 relative to the above-referenced matter. Pursuant to Federal Rules of Civil Procedure Rule 26 (a)(2), any reports, notes, and information that were the basis of such information provided to your expert is discoverable. This would include any attorneys' notes if they become part of the expert's report. In your expert's supplemental opinion report (p. 2) there is reference to an interview with Officer Dean Royston conducted by plaintiffs' counsel. We would prefer not to have to file a motion to compel. Kindly advise.

    If you have any questions or wish to discuss further please contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: jj
cc: Fred Gilgun, Esq.