# EXHIBIT 6

# JASON AND FISCHER
### ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617)423-7904
FAX. (617)451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

February 9, 2007

## BY FACSIMILE AND U.S. MAIL

Jeremy Silverfine, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Re:    Brian Kennedy, et al v. Town of Billerica, et al

Dear Mr. Silverfine:

I write in response to your letter of February 1, in which you request that plaintiffs' produce Attorney Gilgun's notes of his interview with Dean Royston, because it was one of the sources of information relied upon in Reginald Allard's expert witness report. You claim that Rule 26(a)(2) requires this disclosure.

Your claim that such attorney work product be produced is not supported by the rule, which states that the expert witness disclosures contain "a complete statement of all opinions to be expressed and the basis and reason therefor; the data or other information considered by the witness in forming the opinion." This does not entitle defendants to demand the plaintiffs' counsel's work product. Plaintiffs have identified the "data or other information" as Dean Royston, and have thereby complied with their obligation under Rule 26.

It is well settled law that a party cannot demand to invade opposing attorney's work product where the information sought is readily available elsewhere. Defendants have deposed Dean Royston and were free to inquire of him. Moreover, Mr. Royston remains friendly with some number of the defendants and the defendants are free to speak with him directly. Thus your demand for Mr. Gilgun's notes is inappropriate.

Yours truly,

Andrew M. Fischer

AMF:ms
cc:    Frederick V. Gilgun, Jr., Esquire

kennedy\ltsilverfine66