UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                Plaintiffs )
 )
VS. )
 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                Defendants )

## **DEFENDANTS' REQUESTED VOIR DIRE OF THE JURY**

1. Does any juror have a close relation who is employed by the Billerica Police Department and/or Town of Billerica?

2. Has any juror ever filed suit against the Billerica Police Department and/or one of its employees?

3. Has any juror ever filed suit against the Town of Billerica and/or one of its employees?

4. Has any juror ever filed suit against any police department and/or municipalities and/or one of its employees?

5. Would any juror be <u>less</u> likely to credit the testimony of a witness if that witness was a law enforcement officer?

6. Would any juror be <u>less</u> likely to credit the testimony of a witness if that witness was a town employee?

7. Would any juror be influenced by media accounts of instances of police misconduct <u>other than</u> the alleged example in this case?

8. Have you, any member of your family, or close friends, ever had any experience in dealing with any law enforcement official in his or her official capacity?

9. Have you, any member of your family, or any close friend ever been the subject of a law enforcement official's investigation?

10. Do you harbor any ill feelings toward law enforcement as a profession?

11. Do you, or any member of your family or any close friend belong to any civic, political or other organization that is concerned with civil rights or liberties reform?

12. Does anyone on the jury believe that he or she or members of his or her family, friends, or acquaintances have been unreasonably treated in any fashion by police officers?

13. Are you, or any of your friends or family, acquainted with Michelle Kennedy, Brian Kennedy, Brian Kennedy, Jr., Mitchell Kennedy, and Dylan Kennedy or their families?

|  |  |
|---|---|
|  | Respectfully Submitted,<br>Defendants,<br>By Their Attorney, |
|  | /s/ Jeremy I. Silverfine<br>Jeremy Silverfine, BBO# 542779<br>Leonard H. Kesten, BBO# 542042<br>Karen W. Peters, BBO# 658903<br>BRODY, HARDOON, PERKINS & KESTEN<br>One Exeter Plaza, 12th Floor<br>Boston, MA 02116<br>(617) 880-7100 |
| Dated:  February 28, 2007 |  |