UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., MITCHELL KENNEDY AND DYLAN KENNEDY<br>　　　　　　　　　Plaintiffs<br>VS.<br><br>TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE,<br>　　　　　　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL THE DEPOSITON OF DEFENDANT MARTIN E. CONWAY**

Now come the Defendants in the above-referenced matter and hereby oppose the Plaintiffs' Motion To Compel (Document 142) the defendant Martin E. Conway's ("Conway") further deposition.

Sergeant Conway was deposed on November 27, 2006.  Conway testified that he is the president of the Billerica police union (International Brotherhood of Police officers).  Conway was president of the police union when now former Billerica police officer Dean Royston ("Royston") was disciplined.  Conway refused to answer questions asked of him regarding his conversations with Royston regarding disciplinary proceedings.  (See copy of Conway's deposition transcript from November

27, 2006, attached hereto and marked "Exhibit 1", p. 30).  Conway asserted a union privilege in not answering.  (Ex. 1, pgs. 30-31).

After speaking with defendants' counsel and union counsel (Nolan and Perroni), Conway still refused to answer questions regarding his union related conversations with Royston. (Ex. 1, p. 32-33).  At *no* time did defendants' counsel instruct Conway not to answer the questions regarding these conversations with Royston.  (See affidavit of Jeremy Silverfine, attached hereto and marked "Exhibit 2," as well as Ex. 1. pgs. 30-33). The plaintiffs' assertions in their motion to the contrary are improper and not based upon the record.  (Ex. 1, pgs. 30-33).

After Plaintiffs' counsel filed this motion, Conway through counsel, agreed to answer the questions regarding his conversations with Royston regarding disciplinary proceedings and pay for the stenographer.  Plaintiffs' counsel has been informed of this fact.  Yet, the plaintiffs' refuse to withdraw this motion and now seek sanctions.

The Defendants have made a good faith effort to have Conway appear at a future date and to answer questions regarding conversations with Royston regarding disciplinary proceedings, but plaintiffs' counsel has insisted on proceeding with this motion.  The Defendants have made a good faith effort to respond to the Plaintiffs' request for Conway to answer questions concerning Royston without further court intervention.

Wherefore, as this issue is moot this Honorable Court should deny the Plaintiffs' Motion To Compel relative to compelling Conway's deposition.  Further, the court should impose costs and sanctions against the plaintiffs for misrepresenting the state of the record and for failure to make a good faith effort to obtain the discovery without court intervention.  Federal Rules C.P. Rule (a) 4(A).

                    Respectfully submitted,
                    DEFENDANTS,
                    By their attorneys,

                    /s/ Jeremy Silverfine
                    Jeremy I. Silverfine, BBO No. 542779
                    Leonard H. Kesten, BBO No. 542042
                    BRODY, HARDOON, PERKINS & KESTEN, LLP
                    One Exeter Plaza
                    Boston, MA 02116
                    (617) 880-7100

Dated: February 28, 2007