# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, JR., )
MITCHELL KENNEDY AND DYLAN KENNEDY )
                Plaintiffs )
)
VS. )
)
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                Defendants )

## AFFIDAVIT OF JEREMY SILVERFINE

I, Jeremy Silverfine, hereby depose and state the following is true and accurate to the best of my belief as follows:

1. I am an attorney duly licensed in the Commonwealth of Massachusetts.

2. I am employed at the law firm Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116.

3. The firm represents the above-referenced Defendants including Martin Conway ("Conway").

4. On November 27, 2006 I appeared with Conway at his deposition scheduled at the law office of Andrew Fischer.

5. I have consulted with Conway and received his permission to waive the attorney-client privilege and divulge my short conversation with him during a break at the deposition on November 27, 2006, (referenced at p. 31 of the deposition transcript for Conway). (Said waiver is limited to only this particular conversation).

6. I informed Conway at that time that I was aware of no "union privilege" and that in my opinion he was therefore required to answer the Plaintiffs' questions concerning Dean Royston and his disciplinary proceedings posed at the deposition.


                                                          /s/ Jeremy Silverfine
                                                          Jeremy Silverfine

Date: February 28, 2007