UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
BRIAN KENNEDY, et al                *
                                    *
        Plaintiffs                  *
                                    *
v.                                  *   Civil Action no. 04-12357 - PBS
                                    *
TOWN OF BILLERICA, et al            *
                                    *
        Defendants                  *
*********************************************
```

## MOTION IN LIMINE TO EXCLUDE ANY REFERENCES TO OUT OF JURISDICTION OFFENSE, ARRESTS OR CONVICTIONS

Now come the plaintiffs and move this Honorable Court exclude from evidence any alleged criminal offenses, arrests or convictions of the defendants that were outside the jurisdiction of the defendant Billerica Police Department.

As reason, plaintiffs state that any such convictions, such as an arrest for shoplifting at a New Hampshire shopping mall, bear no relevance to any issue in this case and would be highly prejudicial to the plaintiffs, but of no probative value in this case.

                                                        Respectfully submitted,
                                                        Brian Kennedy, et al
                                                        by their counsel

Date: February 28, 2007                      /s/ Andrew M. Fischer
                                                       Andrew M. Fischer
                                                       BB0# 167040
                                                       JASON & FISCHER
                                                       47 Winter Street
                                                       Boston, MA 02108

kennedy/moout of jur conviction            (617) 423-7904