UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| Plaintiffs | \* |
| v. | \*  Civil Action no. 04-12357 - PBS |
| TOWN OF BILLERICA, et al | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION IN LIMINE TO EXCLUDE 1988 CONVICTION

Now come the plaintiffs and move this Honorable Court exclude from evidence the 1988 conviction of plaintiff Brian Kennedy for cocaine possession.

As reason, plaintiffs state that the conviction, dated April 19, 1988, is nineteen (19) years old and two years before any claimed "investigation" for drug use by the Billerica Police defendants. Thus the conviction would be excludable for impeachment purposes under Massachusetts state law, bears no relevance to any issue in this case and is highly prejudicial, but of no probative value.

                                                    Respectfully submitted,
                                                    Brian Kennedy, et al
                                                    by their counsel

Date: February 28, 2007                             /s/ Andrew M. Fischer
                                                    Andrew M. Fischer
                                                    BB0# 167040
                                                    JASON & FISCHER
                                                    47 Winter Street
                                                    Boston, MA 02108
kennedy/mopriorconviction                           (617) 423-7904