UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************************
BRIAN KENNEDY, et al                *
                                    *
            Plaintiffs              *
                                    *
v.                                  *   Civil Action no. 04-12357 - PBS
                                    *
TOWN OF BILLERICA, et al            *
                                    *
            Defendants              *
*******************************************
```

## MOTION IN LIMINE TO EXCLUDE CERTAIN MEDICAL RECORDS

Now come the plaintiffs and move this Honorable Court exclude from evidence any and all medical records unrelated to injuries claimed by the plaintiffs. As reason, defendants have sought and obtained extensive medical records of the plaintiffs, many of which have no relevance to this case. Plaintiffs are concerned that defendants seek to offer these records, without any legitimate basis for doing so.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Brian Kennedy, et al<br>by their counsel |
| Date: February 28, 2007 | /s/ Andrew M. Fischer<br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904 |

kennedy/moexcludemedrecords