UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
BRIAN KENNEDY, et al                *
                                    *
         Plaintiffs                 *
                                    *
v.                                  *   Civil Action no. 04-12357 - PBS
                                    *
TOWN OF BILLERICA, et al            *
                                    *
         Defendants                 *
*********************************************
```

## MOTION IN LIMINE TO REDACT AND EXCLUDE HEARSAY CONTAINED IN MEDICAL RECORDS

Now come the plaintiffs and move this Honorable Court redact from medical records and exclude from evidence any and all hearsay contained in medical records offered in evidence.

|  | Respectfully submitted,<br>Brian Kennedy, et al<br>by their counsel |
|---|---|
| Date: February 28, 2007 | /s/ Andrew M. Fischer<br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904 |

kennedy/moexcludemedrecordshearsay