UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**********************************************
BRIAN KENNEDY, et al            *
                                     *
           Plaintiffs            *
                                     *
v.                                    *     C. A. No. 04-CV-12357-PBS
                                     *
TOWN OF BILLERICA, et al      *
                                     *
           Defendants         *
**********************************************

## VERDICT FORM

### A. Defendant Town of Billerica

     1.  Did defendant Town of Billerica fail to properly train or supervise the defendant officers in a manner that was deliberately indifferent to the Constitutional rights of the Plaintiffs?

                Yes_____                        No_____

     2.  If your answer to question number 1 was yes, please circle the names of the plaintiffs who suffered damage as a result of that deliberate indifference.

         Brian Kennedy             Michelle Kennedy           Brian Kennedy, Jr.

                 Mitchell Kennedy          Dylan Kennedy

     3.  If your answer to question 1 was yes, then what is the amount of the plaintiffs' damages, in dollars?

         Brian Kennedy                 $_____(in numbers)

         _____dollars (in words)

         Michelle Kennedy              $_____(in numbers)

         _____dollars (in words)

Brian Kennedy, Jr.          $_____(in numbers)

_____dollars (in words)


Mitchell Kennedy            $_____(in numbers)

_____dollars (in words)


Dylan Kennedy               $_____(in numbers)

_____dollars (in words)

4.  Did the Town of Billerica act negligently with respect to any member of the Kennedy Family?

Yes_____                              No_____

5.  If your answer to question number 4 was yes, please circle the names of the plaintiffs who suffered damage as a result of that negligence.

Brian Kennedy          Michelle Kennedy          Brian Kennedy, Jr.

Mitchell Kennedy          Dylan Kennedy

6.  If your answer to question 4 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy               $_____(in numbers)

_____dollars (in words)


Michelle Kennedy            $_____(in numbers)

_____dollars (in words)


Brian Kennedy, Jr.          $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy                $_____(in numbers)

_____dollars (in words)

Dylan Kennedy                   $_____(in numbers)

_____dollars (in words)

## B.  <u>Defendant Frank A. MacKenzie</u>

7.  Did defendant Frank A. MacKenzie violate the Federal Constitutional Rights of any member of the Kennedy Family?

                    Yes_____                          No_____

8.  If your answer to question number 7 was yes, please circle the names of the plaintiffs whose Federal Constitutional Rights were violated.

    Brian Kennedy              Michelle Kennedy            Brian Kennedy, Jr.

            Mitchell Kennedy            Dylan Kennedy

9.  If your answer to question 7 was yes, then what is the amount of the plaintiffs' damages, in dollars?

    Brian Kennedy               $_____(in numbers)

_____dollars (in words)

    Michelle Kennedy            $_____(in numbers)

_____dollars (in words)

    Brian Kennedy, Jr.          $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy                    $_____(in numbers)

_____dollars (in words)


Dylan Kennedy                      $_____(in numbers)

_____dollars (in words)

10.  Was defendant MacKenzie a member of a conspiracy to violate the plaintiffs Federal Civil Rights?

　　　　　　Yes_____                                No_____

11.  If your answer to question number 10 was yes, please circle the names of the plaintiffs whose were damaged as a result of the conspiracy.

Brian Kennedy              Michelle Kennedy            Brian Kennedy, Jr.

　　　　　　Mitchell Kennedy              Dylan Kennedy

12.  If your answer to question 10 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy                      $_____(in numbers)

_____dollars (in words)


Michelle Kennedy                    $_____(in numbers)

_____dollars (in words)


Brian Kennedy, Jr.                  $_____(in numbers)

_____dollars (in words)


Mitchell Kennedy                    $_____(in numbers)

_____dollars (in words)

Dylan Kennedy                    $_____(in numbers)

_____dollars (in words)

13.  Did defendant MacKenzie violate any of the plaintiffs' rights using threats, intimidation or coercion?

Yes_____                              No_____

14.  If your answer to question number 13 was yes, please circle the names of the plaintiffs whose rights were violated by threats, intimidation or coercion.

Brian Kennedy              Michelle Kennedy              Brian Kennedy, Jr.

Mitchell Kennedy              Dylan Kennedy

15.  If your answer to question 13 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy                    $_____(in numbers)

_____dollars (in words)

Michelle Kennedy                 $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.               $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy                 $_____(in numbers)

_____dollars (in words)

Dylan Kennedy                    $_____(in numbers)

_____dollars (in words)

16.  Did defendant MacKenzie intentionally inflict emotional distress against any member of the Kennedy Family?

Yes_____                              No_____

17.  If your answer to question number 16 was yes, please circle the names of the plaintiffs whose suffered damages as a result of defendant MacKenzie's intentional infliction of emotional distress.

Brian Kennedy                    Michelle Kennedy                    Brian Kennedy, Jr.

Mitchell Kennedy              Dylan Kennedy

18.  If your answer to question 16 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy              $_____(in numbers)

_____dollars (in words)

Michelle Kennedy          $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.         $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy          $_____(in numbers)

_____dollars (in words)

Dylan Kennedy             $_____(in numbers)

_____dollars (in words)

19.  Did defendant MacKenzie cause any member of the Kennedy family to suffer a loss of consortium?

Yes_____                              No_____

-6-

20.  If your answer to question number 19 was yes, please circle the names of the plaintiffs who suffered a loss of consortium as a result of Defendant's MacKenzie's conduct?

Brian Kennedy          Michelle Kennedy          Brian Kennedy, Jr.

Mitchell Kennedy          Dylan Kennedy

21.  If your answer to question 19 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy          $_____(in numbers)

_____dollars (in words)

Michelle Kennedy          $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.          $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy          $_____(in numbers)

_____dollars (in words)

Dylan Kennedy          $_____(in numbers)

_____dollars (in words)

22.  Did defendant MacKenzie assault and batter plaintiff Brian Kennedy?

Yes_____          No_____

23.  If your answer to question number 22 was yes, then what is the amount of the plaintiffs' damages, in dollars?

$_____(in numbers)

_____dollars (in words)

-7-

**C. Defendant Thomas Connors**

24.  Did defendant Thomas Connors violate the Federal Constitutional Rights of any member of the Kennedy Family?

Yes_____                              No_____

25.  If your answer to question number 24 was yes, please circle the names of the plaintiffs who's Federal Constitutional Rights were violated.

Brian Kennedy              Michelle Kennedy              Brian Kennedy, Jr.

Mitchell Kennedy              Dylan Kennedy

26.  If your answer to question 24 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy                 $_____(in numbers)

_____dollars (in words)


Michelle Kennedy             $_____(in numbers)

_____dollars (in words)


Brian Kennedy, Jr.           $_____(in numbers)

_____dollars (in words)


Mitchell Kennedy             $_____(in numbers)

_____dollars (in words)


Dylan Kennedy                $_____(in numbers)

_____dollars (in words)

27.  Was defendant Connors a  member of a conspiracy to violate the plaintiffs' Federal Civil Rights?

Yes_____                              No_____

28.  If your answer to question number 27 was yes, please circle the names of the plaintiffs whose rights were damaged as a result of the conspiracy.

Brian Kennedy                 Michelle Kennedy                 Brian Kennedy, Jr.

Mitchell Kennedy                 Dylan Kennedy

29.  If your answer to question 27 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy                 $_____(in numbers)

_____dollars (in words)

Michelle Kennedy                 $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.                 $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy                 $_____(in numbers)

_____dollars (in words)

Dylan Kennedy                 $_____(in numbers)

_____dollars (in words)

30.  Did defendant Connors violate any of the plaintiffs' rights using threats, intimidation or coercion?

Yes_____                                 No_____

31.  If your answer to question number 30 was yes, please circle the names of the plaintiffs whose rights were violated by threats, intimidation or coercion.

Brian Kennedy                 Michelle Kennedy                 Brian Kennedy, Jr.

Mitchell Kennedy                 Dylan Kennedy

32.  If your answer to question 30 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy                    $_____(in numbers)

_____dollars (in words)


Michelle Kennedy                 $_____(in numbers)

_____dollars (in words)


Brian Kennedy, Jr.               $_____(in numbers)

_____dollars (in words)


Mitchell Kennedy                 $_____(in numbers)

_____dollars (in words)


Dylan Kennedy                    $_____(in numbers)

_____dollars (in words)

33.  Did defendant Connors intentionally inflict emotional distress against any member of the Kennedy Family?

            Yes_____                              No_____

34.  If your answer to question number 33 was yes, please circle the names of the plaintiffs whose suffered damages as a result of defendant Connors' intentional infliction of emotional distress.

Brian Kennedy            Michelle Kennedy            Brian Kennedy, Jr.

        Mitchell Kennedy            Dylan Kennedy

-10-

35.  If your answer to question 33 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy              $_____(in numbers)

_____dollars (in words)


Michelle Kennedy           $_____(in numbers)

_____dollars (in words)


Brian Kennedy, Jr.         $_____(in numbers)

_____dollars (in words)


Mitchell Kennedy           $_____(in numbers)

_____dollars (in words)


Dylan Kennedy              $_____(in numbers)

_____dollars (in words)

36.  Did defendant Connors cause any member of the Kennedy family to suffer a loss of consortium?

Yes_____                              No_____

37.  If your answer to question number 36 was yes, please circle the names of the plaintiffs who suffered a loss of consortium as a result of Defendant Connors' conduct.

Brian Kennedy              Michelle Kennedy           Brian Kennedy, Jr.

Mitchell Kennedy              Dylan Kennedy

-11-

38.  If your answer to question 37 was yes, then what is the amount of the plaintiffs' damages, in dollars.

Brian Kennedy               $_____(in numbers)

_____dollars (in words)


Michelle Kennedy            $_____(in numbers)

_____dollars (in words)


Brian Kennedy, Jr.          $_____(in numbers)

_____dollars (in words)


Mitchell Kennedy            $_____(in numbers)

_____dollars (in words)


Dylan Kennedy               $_____(in numbers)

_____dollars (in words)

39.  Did defendant Connors assault and batter plaintiff Michelle Kennedy?

               Yes_____                    No_____

40.  If your answer to question number 39 was yes, then what is the amount of the plaintiff's damages, in dollars.

$_____(in numbers)

_____dollars (in words)


41.  Did defendant Connors maliciously prosecute plaintiff Michelle Kenney?

               Yes_____                    No_____

42.  If your answer to question number 41 as yes, then what is the amount of the plaintiff's damages, in dollars.

$_____(in numbers)

_____dollars (in words)

43.  Did defendant Connors assault and batter plaintiff Brian Kennedy?

Yes_____                         No_____

44.  If your answer to question number 43 was yes, then what is the amount of the plaintiff's damages, in dollars.

$_____(in numbers)

_____dollars (in words)

45.  Did defendant Connors maliciously prosecute plaintiff Brian Kenney?

Yes_____                         No_____

46.  If your answer to question number 45 as yes, then what is the amount of the plaintiff's damages, in dollars.

$_____(in numbers)

_____dollars (in words)

## D.  Defendant Mark Tsoukalis

47.  Did defendant Mark Tsoukalis violate the Federal Constitutional Rights of any member of the Kennedy Family?

Yes_____                         No_____

48.  If your answer to question number 47 was yes, please circle the names of the plaintiffs whose Federal Constitutional Rights were violated.

Brian Kennedy            Michelle Kennedy            Brian Kennedy, Jr.

Mitchell Kennedy            Dylan Kennedy

49.  If your answer to question 47 was yes, then what is the amount of the plaintiffs' damages, in dollars.

Brian Kennedy                  $_____(in numbers)

_____dollars (in words)


Michelle Kennedy               $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.             $_____(in numbers)

_____dollars (in words)


Mitchell Kennedy               $_____(in numbers)

_____dollars (in words)


Dylan Kennedy                  $_____(in numbers)

_____dollars (in words)

50.  Was defendant Tsoukalis a member of a conspiracy to violate the plaintiffs Federal Civil Rights?

Yes_____                          No_____

51.  If your answer to question number 50 was yes, please circle the names of the plaintiffs whose were damaged as a result of the conspiracy.

Brian Kennedy            Michelle Kennedy            Brian Kennedy, Jr.

Mitchell Kennedy            Dylan Kennedy

52.  If your answer to question 50 was yes, then what is the amount of the plaintiffs' damages, in dollars.

Brian Kennedy                  $_____(in numbers)

_____dollars (in words)

-14-

Michelle Kennedy             $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.          $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy            $_____(in numbers)

_____dollars (in words)

Dylan Kennedy               $_____(in numbers)

_____dollars (in words)

53.  Did defendant Tsoukalis violate any of the plaintiffs' rights using threats, intimidation or coercion?

           Yes_____                          No_____

54.  If your answer to question number 53 was yes, please circle the names of the plaintiffs whose rights were violated by threats, intimidation or coercion.

    Brian Kennedy          Michelle Kennedy          Brian Kennedy, Jr.

              Mitchell Kennedy          Dylan Kennedy

55.  If your answer to question 53 was yes, then what is the amount of the plaintiffs' damages, in dollars.

    Brian Kennedy            $_____(in numbers)

_____dollars (in words)

    Michelle Kennedy         $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.                    $_____(in numbers)

_____dollars (in words)


Mitchell Kennedy                      $_____(in numbers)

_____dollars (in words)

Dylan Kennedy                         $_____(in numbers)

_____dollars (in words)

56.  Did defendant Tsoukalis intentionally inflict emotional distress against any member of the Kennedy Family?

                    Yes____                         No____

57.  If your answer to question number 57 was yes, please circle the names of the plaintiffs whose suffered damages as a result of defendant Tsoukalis' intentional infliction of emotional distress.

    Brian Kennedy            Michelle Kennedy            Brian Kennedy, Jr.

              Mitchell Kennedy          Dylan Kennedy

58.  If your answer to question 56 was yes, then what is the amount of the plaintiffs' damages, in dollars.

Brian Kennedy                         $_____(in numbers)

_____dollars (in words)

Michelle Kennedy                      $_____(in numbers)

_____dollars (in words)


Brian Kennedy, Jr.                    $_____(in numbers)

_____dollars (in words)

-16-

Mitchell Kennedy        $_____(in numbers)

_____dollars (in words)

Dylan Kennedy          $_____(in numbers)

_____dollars (in words)

59.  Did defendant Tsoukalis cause any member of the Kennedy family to suffer a loss of consortium?

       Yes____                    No____

60.  If your answer to question number 50 was yes, please circle the names of the plaintiffs whose suffered damages as a result a loss of consortium.

Brian Kennedy          Michelle Kennedy        Brian Kennedy, Jr.

       Mitchell Kennedy        Dylan Kennedy

61.  If your answer to question 59 was yes, then what is the amount of the plaintiffs' damages, in dollars.

Brian Kennedy           $_____(in numbers)

_____dollars (in words)

Michelle Kennedy       $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.       $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy       $_____(in numbers)

_____dollars (in words)

Dylan Kennedy         $_____(in numbers)

_____dollars (in words)

62.  Did defendant Tsoukalis assault and batter plaintiff Michelle Kenney?

Yes_____                              No_____

63.  If your answer to question number 62 was yes, then what is the amount of the plaintiff's damages, in dollars.

$_____(in numbers)

_____dollars (in words)

64.  Did defendant Tsoukalis falsely imprison plaintiff Michelle Kenney?

Yes_____                              No_____

65.  If your answer to question number 64 was yes, then what is the amount of the plaintiff's damages, in dollars.

$_____(in numbers)

_____dollars (in words)

66.  Did defendant Tsoukalis assault and batter plaintiff Brian Kennedy?

Yes_____                              No_____

67.  If your answer to question number 66 was yes, then what is the amount of the plaintiff's damages, in dollars.

$_____(in numbers)

_____dollars (in words)

68.  Did defendant Tsoukalis falsely imprison plaintiff Brian Kenney?

Yes_____                              No_____

69.  If your answer to question number 68 as yes, then what is the amount of the plaintiff's damages, in dollars.

$_____(in numbers)

_____dollars (in words)

70.  Did defendant Tsoukalis assault and batter plaintiff Mitchell Kennedy?

Yes_____                              No_____

71.  If your answer to question number 72 was yes, then what is the amount of the plaintiff's damages, in dollars.

$_____(in numbers)

_____dollars (in words)

73.  Did defendant Tsoukalis falsely imprison plaintiff Mitchell Kenney?

Yes_____                              No_____

74.  If your answer to question number 73 as yes, then what is the amount of the plaintiff's damages, in dollars?

$_____(in numbers)

_____dollars (in words)

75.  Did defendant Tsoukalis maliciously prosecute plaintiff Mitchell Kennedy?

Yes_____                              No_____

76.  If your answer to question number 75 was yes, then what is the amount of the plaintiff's damages, in dollars?

$_____(in numbers)

_____dollars (in words)

77.  Did defendant Tsoukalis assault and batter plaintiff Brian Kennedy, Jr.?

Yes_____                              No_____

78.  If your answer to question number 76 was yes, then what is the amount of the plaintiff's damages, in dollars?

$_____(in numbers)

_____dollars (in words)

79.  Did defendant Tsoukalis falsely imprison plaintiff Brian Kennedy, Jr.?

        Yes_____                   No_____

80.  If your answer to question number 78 as yes, then what is the amount of the plaintiff's damages, in dollars?

$_____(in numbers)

_____dollars (in words)

81.  Did defendant Tsoukalis maliciously prosecute plaintiff Brian Kennedy, Jr.?

        Yes_____                   No_____

82.  If your answer to question number 80 was yes, then what is the amount of the plaintiff's damages, in dollars?

$_____(in numbers)

_____dollars (in words)

**D.  Daniel C. Rosa, Jr.**

83.  Did defendant Daniel Rosa violate the Federal Constitutional Rights of any member of the Kennedy Family?

        Yes_____                   No_____

84.  If your answer to question number 82 was yes, please circle the names of the plaintiffs who's Federal Constitutional Rights were violated.

    Brian Kennedy             Michelle Kennedy          Brian Kennedy, Jr.

            Mitchell Kennedy         Dylan Kennedy

85.  If your answer to question 82 was yes, then what is the amount of the plaintiffs' damages, in dollars?

    Brian Kennedy         $_____(in numbers)

_____dollars (in words)

-20-

Michelle Kennedy                $_____(in numbers)

_____dollars (in words)


Brian Kennedy, Jr.              $_____(in numbers)

_____dollars (in words)


Mitchell Kennedy                $_____(in numbers)

_____dollars (in words)


Dylan Kennedy                   $_____(in numbers)

_____dollars (in words)

86.  Was defendant Rosa a member of a conspiracy to violate the plaintiffs Federal Civil Rights?

        Yes_____                         No_____

87.  If your answer to question number 85 was yes, please circle the names of the plaintiffs whose were damaged as a result of the conspiracy.

Brian Kennedy              Michelle Kennedy            Brian Kennedy, Jr.

       Mitchell Kennedy            Dylan Kennedy

88.  If your answer to question 85 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy                   $_____(in numbers)

_____dollars (in words)


Michelle Kennedy                $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.           $_____(in numbers)

_____dollars (in words)


Mitchell Kennedy             $_____(in numbers)

_____dollars (in words)


Dylan Kennedy                $_____(in numbers)

_____dollars (in words)

89.  Did defendant Rosa violate any of the plaintiffs' rights using threats, intimidation or coercion?

                Yes_____                        No_____

90.  If your answer to question number 89 was yes, please circle the names of the plaintiffs whose rights were violated by threats, intimidation or coercion.

     Brian Kennedy              Michelle Kennedy              Brian Kennedy, Jr.

                Mitchell Kennedy              Dylan Kennedy

91.  If your answer to question 89 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy                $_____(in numbers)

_____dollars (in words)


Michelle Kennedy             $_____(in numbers)

_____dollars (in words)


Brian Kennedy, Jr.           $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy            $_____(in numbers)

_____dollars (in words)

Dylan Kennedy              $_____(in numbers)

_____dollars (in words)

92.  Did defendant Rosa intentionally inflict emotional distress against any member of the Kennedy Family?

        Yes_____                         No_____

93.  If your answer to question number 91 was yes, please circle the names of the plaintiffs whose suffered damages as a result of defendant Rosa's intentional infliction of emotional distress.

   Brian Kennedy              Michelle Kennedy              Brian Kennedy, Jr.

        Mitchell Kennedy              Dylan Kennedy

94.  If your answer to question 91 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy              $_____(in numbers)

_____dollars (in words)

Michelle Kennedy           $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.         $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy           $_____(in numbers)

_____dollars (in words)

Dylan Kennedy                    $_____(in numbers)

_____dollars (in words)

95.   Did defendant Rosa cause any member of the Kennedy family to suffer a loss of consortium?

         Yes_____                              No_____

96.   If your answer to question number 94 was yes, please circle the names of the plaintiffs who suffered a loss of consortium as a result of Defendant Rosa's conduct.

         Brian Kennedy              Michelle Kennedy              Brian Kennedy, Jr.

                   Mitchell Kennedy              Dylan Kennedy

97.   If your answer to question 94 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy                    $_____(in numbers)

_____dollars (in words)

Michelle Kennedy                 $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.               $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy                 $_____(in numbers)

_____dollars (in words)

Dylan Kennedy                    $_____(in numbers)

_____dollars (in words)

-24-

**E.  Defendant Steven Elmore**

98.  Did defendant Steven Elmore violate the Federal Constitutional Rights of any member of the Kennedy Family?

Yes_____                              No_____

99.  If your answer to question number 97 was yes, please circle the names of the plaintiffs who's Federal Constitutional Rights were violated.

Brian Kennedy                    Michelle Kennedy                    Brian Kennedy, Jr.

Mitchell Kennedy              Dylan Kennedy

100.   If your answer to question 97 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy                 $_____(in numbers)

_____dollars (in words)

Michelle Kennedy             $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.            $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy             $_____(in numbers)

_____dollars (in words)

Dylan Kennedy                $_____(in numbers)

_____dollars (in words)

101.  Was defendant Elmore a member of a conspiracy to violate the plaintiffs Federal Civil Rights?

Yes_____                              No_____

102.  If your answer to question number 100 was yes, please circle the names of the plaintiffs whose were damaged as a result of the conspiracy.

Brian Kennedy                Michelle Kennedy                Brian Kennedy, Jr.

Mitchell Kennedy                Dylan Kennedy

103.  If your answer to question 100 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy                $_____(in numbers)

_____dollars (in words)

Michelle Kennedy                $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.                $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy                $_____(in numbers)

_____dollars (in words)

Dylan Kennedy                $_____(in numbers)

_____dollars (in words)

104.  Did defendant Elmore violate any of the plaintiffs' rights using threats, intimidation or coercion?

Yes____                                No____

105.  If your answer to question number 103 was yes, please circle the names of the plaintiffs whose rights were violated by threats, intimidation or coercion.

Brian Kennedy                Michelle Kennedy                Brian Kennedy, Jr.

Mitchell Kennedy                Dylan Kennedy

106. If your answer to question 103 was yes, then what is the amount of the plaintiffs' damages, in dollar?

Brian Kennedy                     $_____(in numbers)

_____dollars (in words)


Michelle Kennedy                  $_____(in numbers)

_____dollars (in words)


Brian Kennedy, Jr.                $_____(in numbers)

_____dollars (in words)


Mitchell Kennedy                  $_____(in numbers)

_____dollars (in words)

Dylan Kennedy                     $_____(in numbers)

_____dollars (in words)

107. Did defendant Elmore intentionally inflict emotional distress against any member of the Kennedy Family?

Yes_____                          No_____

108. If your answer to question number 106 was yes, please circle the names of the plaintiffs whose suffered damages as a result of defendant Elemore's intentional infliction of emotional distress.

Brian Kennedy            Michelle Kennedy            Brian Kennedy, Jr.

Mitchell Kennedy            Dylan Kennedy

-27-

109.  If your answer to question 106 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy                    $_____(in numbers)

_____dollars (in words)


Michelle Kennedy                 $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.               $_____(in numbers)

_____dollars (in words)


Mitchell Kennedy                 $_____(in numbers)

_____dollars (in words)


Dylan Kennedy                    $_____(in numbers)

_____dollars (in words)

110.  Did defendant Elmore cause any member of the Kennedy family to suffer a loss of consortium?

Yes_____                         No_____

111.  If your answer to question number 109 was yes, please circle the names of the plaintiffs whose suffered damages as a result a loss of consortium.

Brian Kennedy              Michelle Kennedy              Brian Kennedy, Jr.

Mitchell Kennedy          Dylan Kennedy

112.  If your answer to question 109 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy                    $_____(in numbers)

_____dollars (in words)

-28-

Michelle Kennedy            $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.          $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy            $_____(in numbers)

_____dollars (in words)

Dylan Kennedy               $_____(in numbers)

_____dollars (in words)

113.  Did defendant Elmore maliciously prosecute plaintiff Brian Kennedy?

        Yes_____                          No_____

114.  If your answer to question number 112 was yes, then what is the amount of the plaintiff's damages, in dollars?

   $_____(in numbers)

   _____dollars (in words)

**F.  Defendant Michael A. Casey**

115.  Did defendant Michael Casey violate the Federal Constitutional Rights of any member of the Kennedy Family?

        Yes_____                          No_____

116.  If your answer to question number 114 was yes, please circle the names of the plaintiffs who's Federal Constitutional Rights were violated.

Brian Kennedy              Michelle Kennedy            Brian Kennedy, Jr.

            Mitchell Kennedy            Dylan Kennedy

-29-

117.  If your answer to question 114 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy　　　　　$_____(in numbers)

_____dollars (in words)

Michelle Kennedy　　　　$_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.　　　　$_____(in numbers)

_____dollars (in words)

Mitchell Kennedy　　　　$_____(in numbers)

_____dollars (in words)

Dylan Kennedy　　　　　$_____(in numbers)

_____dollars (in words)

118.  Was defendant Casey a member of a conspiracy to violate the plaintiffs' Federal Civil Rights?

　　　　　　　Yes____　　　　　　　　　　No____

119.  If your answer to question number 117 was yes, please circle the names of the plaintiffs whose were damaged as a result of the conspiracy.

Brian Kennedy　　　　　Michelle Kennedy　　　　Brian Kennedy, Jr.

　　　　　　Mitchell Kennedy　　　　Dylan Kennedy

120.  If your answer to question 117 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy　　　　　$_____(in numbers)

_____dollars (in words)

Michelle Kennedy          $_____(in numbers)

_____dollars (in words)


Brian Kennedy, Jr.        $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy          $_____(in numbers)

_____dollars (in words)

Dylan Kennedy             $_____(in numbers)

_____dollars (in words)

121.  Did defendant Casey violate any of the plaintiffs' rights using threats, intimidation or coercion?

       Yes_____                              No_____

122.  If your answer to question number 120 was yes, please circle the names of the plaintiffs whose rights were violated by threats, intimidation or coercion.

       Brian Kennedy          Michelle Kennedy          Brian Kennedy, Jr.

              Mitchell Kennedy          Dylan Kennedy

123.  If your answer to question 120 was yes, then what is the amount of the plaintiffs' damages, in dollars?

       Brian Kennedy          $_____(in numbers)

_____dollars (in words)

       Michelle Kennedy       $_____(in numbers)

_____dollars (in words)
       Brian Kennedy, Jr.     $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy          $_____(in numbers)

_____dollars (in words)

Dylan Kennedy             $_____(in numbers)

_____dollars (in words)

124.  Did defendant Casey intentionally inflict emotional distress against any member of the Kennedy Family?

Yes_____                              No_____

125.  If your answer to question number 123 was yes, please circle the names of the plaintiffs whose suffered damages as a result of defendant Casey's intentional infliction of emotional distress.

Brian Kennedy          Michelle Kennedy          Brian Kennedy, Jr.

Mitchell Kennedy          Dylan Kennedy

126.  If your answer to question 123 was yes, then what is the amount of the plaintiffs' damages, in dollars.

Brian Kennedy             $_____(in numbers)

_____dollars (in words)

Michelle Kennedy          $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.        $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy          $_____(in numbers)

_____dollars (in words)

Dylan Kennedy             $_____(in numbers)

_____dollars (in words)

127.  Did defendant Casey cause any member of the Kennedy family to suffer a loss of consortium?

Yes_____                              No_____

128.  If your answer to question number 126 was yes, please circle the names of the plaintiffs whose suffered damages as a result a loss of consortium.

Brian Kennedy            Michelle Kennedy            Brian Kennedy, Jr.

Mitchell Kennedy            Dylan Kennedy

129.  If your answer to question 126 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy                    $_____(in numbers)

_____dollars (in words)


Michelle Kennedy                $_____(in numbers)

_____dollars (in words)


Brian Kennedy, Jr.              $_____(in numbers)

_____dollars (in words)


Mitchell Kennedy                $_____(in numbers)

_____dollars (in words)

Dylan Kennedy                   $_____(in numbers)

_____dollars (in words)

130.  Did defendant Casey maliciously prosecute plaintiff Brian Kennedy?

Yes_____                              No_____

131.  If your answer to question number 130 was yes, then what is the amount of the plaintiff's damages, in dollars?

$_____(in numbers)

_____dollars (in words)

## G.  **Defendant Martin E. Conway**

132.    Did defendant Martin Conway violate the Federal Constitutional Rights of any member of the Kennedy Family?

Yes____                              No____

133.  If your answer to question number 131 was yes, please circle the names of the plaintiffs whose Federal Constitutional Rights were violated.

Brian Kennedy            Michelle Kennedy            Brian Kennedy, Jr.

Mitchell Kennedy            Dylan Kennedy

134.  If your answer to question 131 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy            $_____(in numbers)

_____dollars (in words)

Michelle Kennedy            $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.            $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy            $_____(in numbers)

_____dollars (in words)

Dylan Kennedy            $_____(in numbers)

_____dollars (in words)

-34-

135.  Was defendant Conway a member of a conspiracy to violate the plaintiffs Federal Civil Rights?

    Yes_____       No_____

136.  If your answer to question number 134 was yes, please circle the names of the plaintiffs whose were damaged as a result of the conspiracy.

  Brian Kennedy    Michelle Kennedy    Brian Kennedy, Jr.

     Mitchell Kennedy    Dylan Kennedy

137.  If your answer to question 134 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy    $_____(in numbers)

_____dollars (in words)

Michelle Kennedy   $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.   $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy   $_____(in numbers)

_____dollars (in words)

Dylan Kennedy    $_____(in numbers)

_____dollars (in words)

138.  Did defendant Conway violate any of the plaintiffs' rights using threats, intimidation or coercion?

    Yes_____       No_____

-35-

139.  If your answer to question number 137 was yes, please circle the names of the plaintiffs whose rights were violated by threats, intimidation or coercion.

Brian Kennedy                    Michelle Kennedy                    Brian Kennedy, Jr.

Mitchell Kennedy                    Dylan Kennedy

140.  If your answer to question 137 was yes, then what is the amount of the plaintiffs' damages, in dollars.

Brian Kennedy                    $_____(in numbers)

_____dollars (in words)


Michelle Kennedy                    $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.                    $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy                    $_____(in numbers)

_____dollars (in words)

Dylan Kennedy                    $_____(in numbers)

_____dollars (in words)

141.  Did defendant Conway intentionally inflict emotional distress against any member of the Kennedy Family?

Yes_____                                        No_____

142.  If your answer to question number 140 was yes, please circle the names of the plaintiffs whose suffered damages as a result of defendant Conway's intentional infliction of emotional distress.

Brian Kennedy                    Michelle Kennedy                    Brian Kennedy, Jr.

Mitchell Kennedy                    Dylan Kennedy

-36-

143.  If your answer to question 140 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy $_____(in numbers)

_____dollars (in words)


Michelle Kennedy $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr. $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy $_____(in numbers)

_____dollars (in words)

Dylan Kennedy $_____(in numbers)

_____dollars (in words)

144.  Did defendant Conway cause any member of the Kennedy family to suffer a loss of consortium?

Yes_____                              No_____

145.  If your answer to question number 143 was yes, please circle the names of the plaintiffs whose suffered damages as a result a loss of consortium.

Brian Kennedy          Michelle Kennedy          Brian Kennedy, Jr.

Mitchell Kennedy          Dylan Kennedy

146.  If your answer to question 143 was yes, then what is the amount of the plaintiffs' damages, in dollars?

Brian Kennedy $_____(in numbers)

_____dollars (in words)

Michelle Kennedy          $_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.        $_____(in numbers)

_____dollars (in words)

Mitchell Kennedy          $_____(in numbers)

_____dollars (in words)

Dylan Kennedy             $_____(in numbers)

_____dollars (in words)

147.  Did defendant Conway maliciously prosecute plaintiff Brian Kennedy?

        Yes_____                          No_____

148.  If your answer to question number 146 was yes, then what is the amount of the plaintiff's damages, in dollars?

$_____(in numbers)

_____dollars (in words)

149.  Did defendant Conway falsely imprison plaintiff Brian Kennedy?

        Yes_____                          No_____

150.  If your answer to question number 148 was yes, then what is the amount of the plaintiff's damages, in dollars?

$_____(in numbers)

_____dollars (in words)

Plaintiffs by counsel,

Date: <u>February 28, 2007</u>

<u>/s/ Andrew M. Fischer</u>
Andrew M. Fischer
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
BB0# 167040
afischer@jasonandfischer.com

kennedy\verdictform.wpd

-39-