# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

February 20, 2007

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re:    Kennedy v. Billerica

Dear Mr. Fischer:

Relative to the above-referenced matter, enclosed please find copies of Billerica and Tewksbury police reports and other documents (such as booking forms, rap sheets, insurance reports) many of which pre-date the events described in the complaint and others which do not directly relate to the complaint. Some of these documents may have already been produced. Since we recently received these we are, in the abundance of caution, producing copies to you. (Bate stamped #5594-6468).

If you have any questions please contact me.

Very truly yours,

*Jeremy Silverfine* (HJZ)
Jeremy I. Silverfine

JIS: jj
Enclosures
cc: Fred Gilgun, Esq.
(w/o enclosures)

RECEIVED
FEB 21 2007
BY: -------------------