# Brody, Hardoon, Perkins & Kesten, LLP
Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

January 26, 2007

*Via Facsimile and U.S. Mail*
*(617) 451-3413*

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re:    Kennedy v. Billerica

Dear Andrew:

    We were somewhat surprised to receive your motion to allow record keeper deposition of the Massachusetts State Police. We had previously forwarded the file folder of the Drug Investigation of the Kennedys from the Billerica Police Department in August 2005 (see documents Bates stamped #1599-1640). As you know, within those reports you can see that the State Police were involved in the drug investigation involving your clients. Accordingly, it has been obvious for over a year and a half that there was State Police involvement in the investigation. I am not clear why the fact that your expert noted this in his reading of the file we gave you comes as a surprise. Regardless, we do not oppose your motion to take the deposition with the caveat that we will object to the disclosure of any confidential informant information.

    In reviewing our file, we also believe that we had previously forwarded copies of State Police reports regarding this investigation to you. However, in an abundance of caution, we are forwarding copies of them to you with this letter (Bates stamped #5576-5590). We have redacted references to any identification of confidential informants from these reports.

    If you wish to take the depositions of the State Troopers involved, we will not oppose that either.

    If you have any questions, please contact me.


RECEIVED
JAN 2 9 2007
BY:

January 26, 2007
Page Two

Very truly yours,

*Leonard Kesten*

Leonard H. Kesten

LHK
Enclosures
cc: Fred Gilgun, Esq.
   (Via Facsimile and U.S. Mail: 781-861-7875)