# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

_____

Telephone 617-880-7100
Facsimile   617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

January 12, 2007

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re:    Kennedy v. Billerica

Dear Mr. Fischer:

Enclosed please find written statements and photographs produced from the Middlesex DA's office, pursuant to the defendants' subpoena concerning the November 9, 2001 incident, relative to the above-referenced matter. Specifically, the Middlesex DA's Office has produced the following: written statements (12 total pages – Bate stamp #5556-5567) from Nancy Fleury (Bate stamp #5556-5557); Christie Gilpatrick (Bate stamp #5558-5559); Vanessa Minervini (Bate stamp #5560-5561); Deann Masone (Bate stamp #5562-5563); Christie Gilpatrick (Bate stamp #5564); and Michelle Kennedy (Bate stamp #5565-5567). Also produced were copies of photographs (8 total pages - Bate stamp #5568-5575).

As we have received the above, the defendants have withdrawn their renewed motion to compel response from the Middlesex DA's Office (Document 123).

If you have any questions please contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: jj
Enclosures
cc: Fred Gilgun, Esq.
(w/o enclosures)

RECEIVED
JAN 1 6 2007
BY: ------------------