# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

January 3, 2007

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA 02108

Re:   Kennedy v. Billerica

Dear Attorney Fischer:

Pursuant to the defendants' duty to supplement discovery relative to the above-referenced matter, enclosed please find copies of the following:

1. 19 Photographs (19 separate photos) from November 9, 2001 incident. (Bate stamped 5534-5552)
2. 5 Photographs (all on 1 page) re: Billerica Police Department case # 123379 of July 21, 1997 incident involving Josh Clark and John Oblenis. (Bate stamped 5553).
3. 5 Photographs (on 2 separate pages) re: December 1, 1997 incident, Billerica Police Department case # 129677 (previously identified in report bate stamped #s1372-1373). (Bate stamped 5554-5555)

If you have any questions please contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: jj
Enclosures
cc: Fred Gilgun, Esq.
(w/o enclosures)