UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
BRIAN KENNEDY, et al            *
                                *
         Plaintiffs             *
                                *
v.                              *   Civil Action no. 04-12357 - PBS
                                *
TOWN OF BILLERICA, et al        *
                                *
         Defendants             *
*********************************
```

## MOTION IN LIMINE TO BAR DEFENDANTS FROM USING DOCUMENTS NOT PRODUCED UNTIL FEBRUARY 20, 2007

Now come the plaintiffs and move this Honorable Court bar the defendants from using any of the over one thousand pages of documents suddenly produced on February 20, 2007.

As reason, plaintiffs state that defendants delivered, under cover dated February 20, 2007 [Exhibit A, hereto], over one thousand pages of documents, Bates stamped from 5595 to 6469. This was received only after documents Bates stamped 5576-5590 were disclosed for the first time under cover dated January 26, 2007 [Exhibit B hereto], twelve (12) pages of witness statements Bates stamped 5556- 5575 were first disclosed under cover dated January 12, 2007. [Exhibit C hereto] and twenty photographs Bates stamped 5534-5555 were disclosed for the first time under cover dated January 3, 2007.  [Exhibit D hereto]

Defendants have offered no explanation what reason they may have for now disclosing these documents, what these documents are or why defendants withheld these documents for years, not providing them until several weeks before trial. Under these circumstances, and given

the defendants' history of inadequate disclosure throughout this case, defendants should not be permitted to use documents withheld until the last minute, as they have done here.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Brian Kennedy, et al<br>by their counsel |
| Date: <u>February 28, 2007</u> | <u>/s/ Andrew M. Fischer</u><br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904 |

kennedy/moexcludelatedocs