UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
BRIAN KENNEDY, et al              *
                                  *
         Plaintiffs                *
                                  *
v.                                *   C. A. No. 04-CV-12357-PBS
                                  *
TOWN OF BILLERICA, et al          *
                                  *
         Defendants                *
*********************************************
```

**PLAINTIFFS' MOTION FOR VOIR DIRE**

Now comes the plaintiff, who hereby request this Honorable Court permit all counsel to conduct individual voir dire of prospective jurors on case-specific issues and generally acknowledged community attitudes regarding litigation.

Specifically, plaintiffs requests the Court permit all counsel to inquire of each individual prospective juror as to his or her opinions about police officers, individuals who sue police officers, the alleged "problem" of too many lawsuits, lawyers in general, and litigation.

The plaintiff wishes to participate in the selection of an impartial jury that will hear the evidence and come to a verdict indifferently in this police misconduct case. The requested attorney-conducted voir dire will help to insure a fair trial by allowing the parties to present their respective cases to a jury that will not be influenced by preconceived notions, prejudicial attitudes or recent highly publicized misconceptions about the legal justice system as it pertains to personal injury lawsuits, particularly medical negligence actions.

The intersection of law and politics is increasingly the subject of public debate, and lawyers are routinely discussed in political debate. While some see civil rights cases as a means

of ensuring compliance with standards of Constitutionally appropriate conduct and compensating the injured parties fairly for their injuries, others believe that such cases contribute unnecessarily to the high cost of taxes and are universally the resort of criminals who seek to 'get back' at police officers and police departments.

People who believe on principle that, contrary to law, money damage awards for pain and suffering and other non-economic losses should not be made cannot be expected to sit indifferently on this case. Many people have preconceived opinions, attitudes and beliefs about police officers, lawyers and lawsuits, and cannot be expected to sit indifferently on this case.

The plaintiff submits to the Court that individual inquiry of each prospective juror beyond the scope of the customary questions required by statute will provide additional information upon which challenges for cause and peremptory challenges may be based. Voir dire permits the Court and the parties to identify prospective jurors who may hold preconceived notions, prejudicial attitudes or recent highly publicized misconceptions about the legal justice system which would affect those prospective jurors' ability to decide the case on its facts and the law and to permit the Court and the parties to respond accordingly.

The present case is a candidate for such voir dire, given the strong views that some members of the public hold regarding claims against police officers, jury awards for pain and suffering, plaintiffs' lawyers and litigation in general.

WHEREFORE, Plaintiff requests the Court to permit counsel to conduct an individual voir dire by asking each prospective juror questions pertaining to generally recognized community attitudes toward police , lawyers and lawsuits.

                                                Plaintiffs by counsel,

Date: February 28, 2007                        /s/ Andrew M. Fischer
                                                                 Andrew M. Fischer
                                                                 JASON & FISCHER
                                                                 47 Winter Street
                                                                 Boston, MA 02108
                                                                 (617) 423-7904
                                                                 BBO# 167040
                                                                 afischer@jasonandfischer.com

kennedy\mtnvoirdire.wpd