.UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| | \* |
| Plaintiffs | \* |
| | \* |
| v. | \*   C. A. No. 04-CV-12357-PBS |
| | \* |
| TOWN OF BILLERICA, et al | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' PRETRIAL DISCLOSURES PURSUANT
TO FED.R.CIV.P. 26(a)(3)**

The Plaintiffs submit the following disclosures pursuant to Fed.R.CiV.P. 26(a)(3):

**I.      Identification of Trial Witnesses**

    **A.      Witnesses Plaintiffs Expect to Present at Trial**

1. David Algier, 9119 Corporate Lane Drive, Tampa, FL. Tel. No. (813) 447-2959

2. Reginald F. Allard, 350 Rockwood Drive, Southington, CT 06489. Tel. No. (860) 621-1013

3. William Ashton, 1248 Gorham Street, Lowell, MA 01852

4. Amy Baum, 296 Ash Street, Billerica, MA 01862.

5. Kenneth Carron, 81 Salem Road, Unit 111, Billerica, MA 01862.

6. John Cimmino, 128 South Street, Tewksbury, MA. Tel. No. (978) 447-5190.

7. Eugene DeFrancisco, 207 Shoreline Drive, Tewksbury, MA.

8. Daniel Dufault, 826 Chelmsford Street, Lowell, MA 01852

9. Thomas F. Fiolkowski, 67 Berkeley Street, Billerica, MA 01862.

10. Thomas Gallinaro, 650 Robbins Avenue, Apt. 650, Dracut, MA.

11. Debra Granger, 650 Robbins Avenue, Apt. No. 37, Dracut, MA 01826. Tel. No. (978) 452-4257.

12. Donna Guavro, 112 Leicester Street, Billerica, MA 01862.

13. Tracy Heffernan, 54 Oak Street, Billerica, MA 01862.

14. Christine Kaizer, 7 Kingfisher Road, Tewksbury, MA 01876, (978)-657-0624.

15. Brian Kennedy, 1248 Gorham Street, Lowell, Massachusetts.

16. Brian Kennedy, Jr., 1248 Gorham Street, Lowell, Massachusetts.

17. Dylan Kennedy, 1248 Gorham Street, Lowell, Massachusetts.

18. Michelle Kennedy, 1248 Gorham Street, Lowell, Massachusetts.

19. Mitchell Kennedy, 1248 Gorham Street, Lowell, Massachusetts.

20. Richard A. Montouri, 360 Littleton Road, Unit A-1, Chelmsford, MA

21. Thomas F. Mixon, Esquire, 572 Boston Road, Billerica, MA 01821

22. Donna (O'Toole) Murphy, 136 Tyngsboro Road, Unit 101, Chelmsford, MA.

23. Craig Pickering, 195 Central Hill Road, Wells, ME.

24. Dean Royston, 28 Bay Street, Lowell, MA 01854. Tel. No. (978)-621-6350

25. Michelle Spaulding, 19 Woodland Drive, Littleton, MA.

26. Joanne Suprenant, 185 Woburn Street, Lowell, MA

27. Joyce Tibbetts, 1475 Flamingo Drive, Englewood, FL. Tel. No. (941)460-9688

28. Ray Trainor, 16 Lowell Street, North Billerica, MA 01862

    **B.**    **Witnesses Plaintiffs May Call if the Need Arises**

1. All of the named defendants

2. Dick Elssie, Noonan, McDowell, Inc., 25 Bridge Street, Billerica, MA 01862. Tel: (978)-671-9590

3. Janine Gallinaro, 37 Upton Street, Billerica, MA 01862. Tel. No. (978)-667-1473

4. Katelynn Gallinaro, 37 Upton Street, Billerica, MA 01862. Tel. No. (978)-667-1473

5. Casey Heffernan, 93 Berkley Street, Billerica, MA 01862. Tel. No. (978)-349-8165.

6. Christie Gilpatrick, 37 Short Street, Apt. B, Lowell, MA.

7. Michelle Horne, 37 Friendship Street, Billerica, MA 01862.

8. Robert Keefe, 27 Montrose Street Billerica, MA 01862.

9. Monique Ledoux, 113 Leicester Street, Billerica, MA 01862. Tel. No. (978-667-2804

10. Roger Ledoux, 113 Leicester Street, Billerica, MA 01862. Tel. No. 978-667-2804

11. Justine Lefebure, 135 Leicester Street, Tewksbury, MA 01862.

12. Kenny Lewis, 12 Boston Road, Billerica, MA 01862.

13. Dave Lavita, Tewksbury, MA.

14. Mack McDowell, Noonan, McDowell & Elssie, Bridge Street, Billerica, MA 01862. Tel. No. 978-671-9590

15. Brian McKennon, Concord Falls Apartments, Billerica, MA 01862.

16. Joe Mulkern, 15 Saville Street, Billerica, MA 01862. Tel. No. (978)-667-0493. Tel. No. (978)-667-0493

17. Charles Mulkern, 15 Saville Street, Billerica, MA 01862. Tel. No. (978)-667-0493

18. John Noonan, Noonan, McDowell & Elssie, Bridge Street, Billerica, MA

01862. Tel. No. (978)-671-9590

19  Kim MacKenzie, 43 Clover Hill Circle, Tyngsboro, MA. Tel. No. (978)-649-7975

20. Thomas Stokes, P.O. Box 253 North Billerica MA.

21. Herb Vacca, 5 Wilson Street, Billerica, MA 01862.

22. Vincent Vacca, 5 Wilson Street, Billerica, MA 01862.

Plaintiffs reserve the right to call any of the named defendants and any other Billerica Police Officer involved in any of the incidents in question.

II. **Identification of Trial Exhibits**

    A. Documents and Exhibits Plaintiffs Expect to Offer

| No. | Bates No. (Defendant =D Plaintiff = P) | Description |
| --- | --- | --- |
| 1 | | Presentment Letter dated February 20, 2002 |
| 2 | D3539 - 4144 | Municipal Police Institute, Inc. – Police Manual, Policies & Procedures |
| 3 | D4145 – 4539 | Billerica Police Department – Policy and Procedure |
| 4 | | Photographs of Michelle Kennedy |
| 5 | | Photographs of Brian Kennedy, Jr, Mitchell Kennedy and Dylan Kennedy |
| 6 | D179 | Citation No. B1281969 dated 9/4/91 |
| 7 | | Lowell District Court Docket Sheet for Docket No. 9111CR6053A |
| 8 | | Lowell District Court Docket Sheet for Docket No. JR91611019A |
| 9 | P124 | 5 photographs of Brian Kennedy's pick-up truck |
| 10 | D901 | BPD Incident Report, dated 8/3/92, Case No. 22599 |
| 11 | D905- 909 | BPD Police Report |
| 12 | | Lowell District Court Docket Sheet for Docket No. 9111CR6591A |

| | | |
|---|---|---|
| 13 | D286 – 289 | BPD Witness Statement dated 11/29/91 – Tracey L. Heffernan |
| 14 | D1008 – 1011 | BPD Incident Report, dated 12/19/91, Case No. 26333 |
| 15 | D1013-1014 | BPD Police Report of Detective Richard Howe regarding telephone interview of David Lumbert |
| 16 | T635-638 | BPD Incident Report dated 5/2/93 regarding Case No. 48579 |
| 17 | D641 | Gagnon's Auto Body estimate dated 4/8/93 |
| 18 | D1178 | BPD Incident Report dated 6/5/93 regarding Case No. 49057 |
| 19 | | Lowell District Court Docket Sheet for Docket No. 9311CR4785A |
| 20 | | Lowell District Court Docket Sheet for Docket No. 9311CR4635A-C |
| 21 | D1216 | BPD Incident Report dated 9/5/93 regarding Case No. 53993 |
| 22 | D1222 | BPD Incident Report dated 9/6/93 regarding Case No. 54034 |
| 23 | P650 | Letter from Registry of Motor Vehicles dated 11/3/93 |
| 24 | P166 | Citation No. D0303788 dated 9/5/93 |
| 25 | P658 | Citation No. D0303789 dated 9/6/93 |
| 26 | P156 | Envelope addressed to Michelle Kennedy post marked 9/7/93 |
| 27 | P161 | Envelope addressed to Brian Kennedy post marked June 14, 1993 |
| 28 | D181-190 | Various Citations issued to Brian Kennedy between 9/4/91 and 10/18/96 |
| 29 | P164 | Envelope addressed to Brian Kennedy dated July, 1992 |
| 30 | P155 | Citation No. A7340473 dated 3/16/92 issued to Brian Kennedy |
| 31 | D126-133 | Various Citations issues to Michelle Kennedy between 3/16/92 and 10/27/9 |
| 32 | | Lowell District Court Docket Sheet for Docket No. 9211CR5268A |
| 33 | | Lowell District Court Docket Sheet for Docket No. JR936110216A |
| 34 | | Lowell District Court Docket Sheet for Docket No. 9311CR4406A |
| 35 | | Lowell District Court Docket Sheet for Docket No. 9311CR7795A |
| 36 | | Lowell District Court Docket Sheet for Docket No. 9311CR9226A |

| 37 | | Lowell District Court Docket Sheet for Docket No. 9311CR9778A |
|---|---|---|
| 38 | | Lowell District Court Docket Sheet for Docket No. 9411CR494B |
| 39 | | Lowell District Court Docket Sheet for Docket No. 9511CR5091A |
| 40 | | Lowell District Court Docket Sheet for Docket No. 9511CR5092A-B |
| 41 | D1230-1233 | BPD Incident Report dated 7/21/97 regarding Case No. 123379 |
| 42 | D1446 | Report of Detective Howe regarding statement of Frederick Kendall |
| 43 | D1264-1265 | BPD Incident Report dated 7/22/97 regarding Case No. 123403 |
| 44 | P569-570 | Witness Statement of Michelle Kennedy regarding incident of 7/22/97 |
| 45 | P571 | Witness Statement dated 7/22/97 – Daniel Dufault |
| 46 | P572 | Witness Statement dated 7/22/97 – Jamey McLean |
| 47 | P579 | Summons and Complaint, Docket No. 9811CR1138 dated 2/19/98 |
| 48 | D1367-1369 | BPD Incident Report dated 10/7/99 regarding Case No. 162974 |
| 49 | D1361-1363 | BPD Incident Report dated 10/8/97 regarding Case No. 127178 |
| 50 | D5519-5522 | Photographs of Injuries Sustained by Michelle Kennedy and Amy Baum as result of Assault by John Oblemis |
| 51 | P625-626 | BPD Incident Report dated 12/30/97 regarding Case No. 131060 |
| 52 | D1571-1572 | BPD Incident Report dated 8/1/97 regarding Case No. 123911 |
| 53 | | Lowell District Court Docket Sheet for Docket No. 9711CR6007A-B |
| 54 | | Lowell District Court Docket Sheet for Docket No. 9711CR8186A-B |
| 55 | D1423 | Application for Complaint dated 9/1/97 against Brian Kennedy, Jr. |
| 56 | D1425-1431 | BPD Incident Report dated 11/11/97 regarding Case No. 128762 |
| 57 | D39-40 | Tewksbury PD Incident Report dated 2/20/98 regarding Incident No. I9802327 |
| 58 | D41 | Sketch Drawing purporting to show location of Badge |
| 59 | D42 | Consent to search dated 2/20/98 signed by Donna Gauvreau |

| 60 | D57 | BPD Incident Report dated 2/20/98 regarding Case No. 133336 |
| --- | --- | --- |
| 61 |  | Lowell District Court Docket Sheet for Docket No. 9711CR5876A-B |
| 62 | D192 | Citation No. 81551110 dated 10/14/97 |
| 63 | D193 | Citation No. 01551111 dated 10/15/97 |
| 64 | E167 | Citation No. G0391934 issued to Michelle Kennedy |
| 65 | P171 | Citation No. G1584355 dated 10/30/97 issued to Michelle Kennedy |
| 66 | P170 | Citation No. G1262336 issued to Michelle Kennedy |
| 67 | D1408 | Citation No. 1551  2 dated 1/1/98 issued to Brian Kennedy |
| 68 |  | Lowell District Court Docket Sheet for Docket No. 9811CR1137A |
| 69 | D5519-5522 | Photographs of injuries suffered by Michelle Kennedy and Amy Baum as a result of assault by John Oblenis on 10/6/97 |
| 70 |  | Lowell District Court Docket Sheet for Docket No. 9811CR1174A-B |
| 71 |  | Lowell District Court Docket Sheet for Docket No. 9811CR1173A-B |
| 72 |  | Lowell District Court Docket Sheet for Docket No. 9811CR1138A |
| 73 |  | Lowell District Court Docket Sheet for Docket No. 9911CR7919A |
| 74 |  | Lowell District Court Docket Sheet for Docket No. 9911CR7920A |
| 75 |  | Lowell District Court Docket Sheet for Docket No. 0011CR689A |
| 76 |  | Lowell District Court Docket Sheet for Docket No. 0011CR691A |
| 77 | D3473 -3474 | BPD Incident Report dated 1/23/00 regarding Case No. 168234 |
| 78 |  | Lowell District Court Docket Sheet for Docket No. 0011CR0970A-B |
| 79 | P396 – 401 | BPD Incident Report dated 11/9/01 regarding Case No. 203389 |
| 80 | D479 – 480 | BPD Booking Report for Brian Kennedy in connection with Case No. 2033 |
| 81 | D5558 – 5559 | BPD Statement Form – Christine Gilpatrick |
| 82 | D5560 - 5561 | BPD Statement Form – Vanessa Minervini |
| 83 | P380 | Notarized Statement dated October 11, 2002 – Christine Gilpatrick |

| | | |
|---|---|---|
| 84 | P408 – 414 | Lahey Clinic Medical Records dated 11/9/01 for Deann Masone |
| 85 | D441 – 460 | BPD Dail Log for 11/9/01 |
| 86 | P484 | BPD Booking Report for Michelle Kennedy in connection with Case No. 203389 |
| 87 | P486 | BPD Booking Report for Amy Baum in connection with Case No. 203389 |
| 88 | P289 | Notice of Outstanding Warrant, Docket No. 0111CR007893-Brian Kennedy |
| 89 | P373 | Notice of Outstanding Warrant, Docket No. 0111CR007911-Brian Kennedy |
| 90 | P377 | Criminal Complaint, Docket No. 011CR007911-Brian Kennedy |
| 91 | | Lowell District Court Docket Sheet for Docket No. 0011CR7911 |
| 92 | | Lowell District Court Docket Sheet for Docket No. 0011CR7889A-D |
| 93 | | Lowell District Court Docket Sheet for Docket No. 0011CR7893A-D |
| 94 | | Middlesex Superior Court Docket Sheet for Docket No. 2002151001-5 |
| 95 | P434 | Recognizance Form, Docket No. 011CR7889-Michelle Kennedy |
| 96 | D1569 | Statement signed by Amy Baum and Brian Kennedy regarding transfer of $800.00 on 11/10/01 |
| 97 | D1568 | Receipt signed by Thomas Nixon dated 11/11/01 |
| 98 | | Dental Records of Lyons Dental Associates relating to treatment of Brian Kennedy on 11/8/01 |
| 99 | | 2 Photographs Brian Kennedy's pillow taken on 11/9/01 |
| 100 | | Photograph of one of the windows to the Kennedys' trailer that was broken by police |
| 101 | D1537 | BPD Booking Report dated 11/9/01 regarding Case No. 203389 relating to Brian Kennedy |
| 102 | P984 – 988 | Medical Records relating to treatment of Brian Kennedy at Saints Memorial Hospital on 11/17/01 |
| 103 | P195-197 | Statement of Michelle Kennedy dated 1/2/02 |
| 104 | D606 – 607 | BPD Incident Report dated 4/3/02 regarding case no. 211389 |
| 105 | D608 | Report of Lt. Tom Greenlagh to Chief Daniel C. Rosa dated October 27, 20 |
| 106 | | Sketch drawings relating Dean Royston |

| | | |
|---|---|---|
| 107 | | Reprimand letter from Chief Rosa to Dean Royston dated 1/3/02 |
| 108 | P118 | Directive from Chief Rosa dated 4/23/02 regarding contact with the Kennedy Family |
| 109 | | Video dated 5/6/02 of Officer Munn at Park Manger's Office |
| 110 | D612 | Citation No. K2016714 dated 6/8/02 |
| 111 | | Medical Record – Saints Memorial Hospital dated 6/8/02 |
| 112 | | Lowell District Court Criminal Complaint Docket No. 0211CR005517 |
| 113 | | Lowell District Court Docket Sheet for Docket No. 0211CR005517 |
| 114 | D644 – 645 | BPD Incident Report dated 3/6/03 regarding Case No. 233128 |
| 115 | D649 | BPD Booking Report for Michelle Kennedy dated 3/6/03 and relating to Case No. 233154 |
| 116 | | Lowell District Court Docket Sheet for Docket No. 0311CR1514A-B |
| 117 | | Lowell District Court Docket Sheet for Docket No. 0311CR7463 |
| 118 | | Citation No. K3875045 dated 7/30/03 issued to Brian Kennedy |
| 119 | | TPD Incident Report No. 2003000019603 dated 12/15/03 |
| 120 | | Photograph of Mitchell Kennedy taken in 2004 |
| 121 | D656 | BPD Juvenile Arrest Report dated 2/20/04 regarding case No. 257053 relating to Mitchell Kennedy |
| 122 | D658 | BPD Juvenile Hold/Release Form relating to arrest of Mitchell Kennedy on 2/20/04 |
| 123 | | Fee Agreement letter from Attorney Mixon to Michelle and Brian Kennedy dated November 27, 2004 |
| 124 | | Lowell District Court Docket Sheet relating to arrest of Mitchell Kennedy on 2/20/04 |
| 125 | | Lowell District Court Docket Sheet for Docket No. 0411CR4243A |
| 126 | | Lowell District Court Docket Sheet for Docket No. 0411CR5114A |
| 127 | | Videotapes of defendants |
| 128 | P1032 – 1097 | Medical Records relating to treatment of Michelle Kennedy at Solomon Mental Health Center from 11/2/01 – 10/3/02 |
| 129 | P1175 - 1326 | Medical Records relating to treatment of Michelle Kennedy at Habit Management Institute from 10/7/04 – January 11, 2007 |
| 130 | P947 – 954 | Medical Records relating to treatment of Michelle Kennedy at Lahey Clinic |

| | | |
|---|---|---|
| | | 5/21/99 |
| 131 | P1116 – 1174 | Medical Records relating to treatment of Michelle Kennedy at Seven Hills Behavioral Health from 8/28/06 – Present |
| 132 | P1097- 1115 | Medical Records relating to treatment of Michelle Kennedy at Mental Heal Association of Greater Lowell, Inc. Community & Family Counseling Serv on 5/21/99 |
| 133 | | Medical Records relating to treatment of Brian Kennedy at Lowell General Hospital on 7/30/03 |
| 134 | | Medical Records and Bills relating to treatment of Brian Kennedy at Lahey Clinic from 6/19/03 – 12/10/03 |
| 135 | | Medical Records relating to treatment of Brian Kennedy at Saints Memoria Hospital from 6/11/03 - 6/15/03 |
| 136 | P1327 – 1392 | Medical Records relating to treatment of Brian Kennedy at Habit Managem Institute from October 7, 2004 to January 11, 2007 |
| 137 | | Calendars, Diaries and Appointment books of Michelle Kennedy |

    B.  <u>Documents and Exhibits Plaintiffs May Offer</u>

| No. | Bates No. (Defendant =D Plaintiff = P) | Description |
|---|---|---|
| 1 | D899 | Tewksbury Fire Dept. Run Report dated 9/23/91 |
| 2 | | Tewksbury Fire Dept. Fire Incident Report dated 9/23/91 |
| 3 | D290-292 | BPD Witness Statement dated 11/30/91 – Craig Pickering |
| 4 | D1148 | BPD Daily Log for 5/22/93 |
| 5 | D1156-1158 | BPD Incident Report dated 7/1/93 regarding Case No. 50253 |
| 6 | P644 | Newspaper Article by Sean Gardiner |
| 7 | P577 | Witness Statement of Frederick Kendall |
| 8 | P576 | Witness Statement of Eugene DiFrancisco |

| | | |
|---|---|---|
| 9 | P574 | Witness Statement of Roger Ledoux |
| 10 | F1235 | BPD Police Report of Detective Casey dated 7/23/97 regarding statement from Kenneth Lewis |
| 11 | D1976 | BPD Incident Report dated 9/18/97 regarding Case No. 126306 |
| 12 | P557 | Witness Statement of Christine Kaizer |
| 13 | P558 | Witness Statement of Judith A. Binette dated 2/10/98 |
| 14 | P559 | Witness Statement of Monique Ledoux Hines |
| 15 | D3453 | BPD E – Mail Report dated 10/4/99 from Sgt. Avid F. Byrnes |
| 16 | D1432 – 1433 | Cellular One records for telephone no. 508-932-4689 from 10/21/97 – 11/20/97 |
| 17 | D59 – D97 | BPD Daily Logs for 2/20/98 – 2/22/98 |
| 18 | P593 | Witness Statement of Casey Heffernan |
| 19 | P594 | Witness Statement of Amy Lisa Baum |
| 20 | P596 | Witness Statement of Scott Ashton dated 2/18/98 |
| 21 | P592 | Witness Statement of Scott Ashton |
| 22 | D1994 | BPD Incident Report dated 12/30/98 regarding Case No. D000289 |
| 23 | D3448 | Tewksbury PD Incident Report dated 4/9/99 regarding Incident No. I9904455 |
| 24 | D213 – 214 | BPD Incident Report dated 8/5/99 regarding Case No. 159633 |

| 25 | D435 – 440 | BPD Incident Report dated 11/9/01 regarding Case No. 203389 |
|---|---|---|
| 26 | D479 | BPD Booking Report dated 11/9/01 regarding Case No. 203389 relating to Brian Kennedy |
| 27 | D5558-5559 | BPD Witness Statement Form singed by Christine Gilpatrick |
| 28 | D5560-5561 | BPD Witness Statement Form singed by Vanessa Minervini |
| 29 | D5562 – 5563 | BPD Witness Statement singed by DeAnn Masone |
| 30 | D5564 | Notarized Statement of Christine Gilpatrick |
| 31 | D484 | BPD Booking Report dated 11/9/01 regarding Case No. 203389 relating to Mich Kennedy |
| 32 | D486 | BPD Booking Report dated 11/9/01 regarding Case No. 203389 relating to Amy Baum |
| 33 | D468 | BPD Daily Log dated 11/9/01 |
| 34 | D609 – 610 | BPD Incident Report dated 4/18/02 relating to case no. 212390 |
| 35 | D809 | BPD Incident Report dated 10/10/04 relating to case No. 274786 |
| 36 | D5515 – 5516 | BPD Report of Detective Howe regarding interview with David Lumbert |
| 37 | | Audiocassette purportedly of telephone conversation between Michelle Kennedy a Frank MacKenzie |
| 38 | | |
| 39 | | |

RESPECTFULLY SUBMITTED,
Brian Kennedy and Michelle Kennedy
By Their Attorneys,

Date:_____  /s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

Date:_____  /s/ Frederick V. Gilgun, Jr.
Frederick V. Gilgun, Jr., Esquire
Nicholson, Sreter & Gilgun, P.C.
33 Bedford Street, Suite 4
Lexington, MA 02420
Tel No.: (617) 861-9160
Fax No.: (617) 861-7875
BBO #551477
fred.nsgpc@rcn.com

kennedy/prtrdsc