UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| | \* |
| Plaintiffs | \* |
| | \* |
| v. | \*   C. A. No. 04-CV-12357-PBS |
| | \* |
| TOWN OF BILLERICA, et al | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOINT REPORT OF COUNSEL REGARDING THE DEPOSITION OF
THOMAS "TEDDY" GALLINARO

Now comes counsel for the Plaintiffs and Defendants and pursuant to the Court's Order of February 7, 2007, report that the parties conducted and concluded the deposition of Thomas "Teddy" Gallinaro on February 26, 2007.

In addition, counsel for Plaintiffs hereby withdraws its motion for sanctions against Mr. Gallinaro for costs incurred by the Plaintiffs as a result of Mr. Gallinaro's failure to appear for his depositions as originally scheduled.

Respectfully submitted,

| | |
|---|---|
| /s/ Frederick V. Gilgun, Jr. | /s/ Jeremi I. Silverfine |
| Frederick V. Gilgun, Jr., Esquire | Jeremy I. Silverfine, Esquire, BBO# 542779 |
| BBO# 551477 | Leonard H. Kesten, BBO# 542042 |
| Nicholson, Sreter & Gilgun, P.C. | Karen W. Peters, BBO#658903 |
| 33 Bedford Street, Suite 4 | Brody, Hardoon, Perkins & Kesten, LLP |
| Lexington, MA 02420 | One Exeter Plaza, 12th Floor |
| (781) 861-9160 | Boston, MA 02116 |
| | (617) 880-7100 |

March 1, 2007

kennedy\reportongallinarodepo