UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV12357PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, | ) |
| Individually and as mother and next friend of | ) |
| BRIAN KENNEDY, JR., | ) |
| MITCHELL KENNEDY AND DYLAN KENNEDY | ) |
| Plaintiffs | ) |
| | ) |
| VS. | ) |
| | ) |
| TOWN OF BILLERICA, DANIEL C. ROSA, JR. | ) |
| Individually and as Chief of the Billerica Police Department, | ) |
| JOHN BARRETTO, Individually and as former Chief of the | ) |
| Billerica Police Department, PAUL W. MATTHEWS, | ) |
| Individually and as former Chief of the Billerica Police | ) |
| Department, ROBERT LEE, Individually and as former | ) |
| Deputy Chief of the Billerica Police Department, THOMAS | ) |
| CONNORS, FRANK A. MACKENZIE, RICHARD | ) |
| RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK | ) |
| TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY, | ) |
| ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, | ) |
| WILLIAM MCNULTY, DONALD MACEACHERN, | ) |
| MICHAEL A. CASEY, RICHARD NESTOR, ROBERT | ) |
| BROWN, WILLIAM G. WEST, GREGORY KATZ, | ) |
| GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM | ) |
| MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY | ) |
| F. MCKENNA AND JOHN DOE, | ) |
| Defendants | |

**DEFENDANTS' EMERGENCY MOTION FOR ADDITIONAL TIME TO FILE TRIAL DOCUMENTS**

The defendants hereby request that this Honorable Court extend the time within which the defendants must file motions *in limine*, witness/exhibit lists and other filings presently due to the Court on February 28, 2007 to March 6, 2007.

As reasons for this motion, counsel for the defendants state that they require the additional time to prepare said trial documents due to the fact that defendants' counsel were both out of the office last week on family vacations. In addition, Attorney Leonard Kesten has been preparing for a trial scheduled to go forward on Monday, March 5, 2007 in the U.S. District Court. Attorney Jeremy Silverfine has been inundated with a pending Motion for Summary Judgment Deadline in a Federal Court Case as well as various other matters. Yesterday, the Defendants filed their Requested *Voir Dire* of the Jury, the Defendants' First Request For Jury Instructions, as well as an Opposition to a Motion to Compel Martin E. Conway's deposition, Motion to Sever, and a Motion to Compel Documents relied upon by the Plaintiff's Expert, however, were unable to complete the various other trial documents due to the Court.

Respectfully submitted,
The Defendants,
By their attorneys,


   /s/ Jeremy Silverfine
Jeremy Silverfine, BBO No. 542779
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Date: March 1, 2007