UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
MITCHELL KENNEDY AND DYLAN KENNEDY )
               Plaintiffs )
  )
VS. )
  )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
               Defendants

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

     NOW COMES counsel for the Defendants in the above-captioned matter and certifies that they have conferred with Andrew Fischer, counsel for the plaintiffs, regarding Defendants' Emergency Motion For Additional Time To File Trial Documents.

        Respectfully submitted,


        __/s/ Jeremy I.Silverfine_____
        Jeremy Silverfine, BBO# 542779
        Leonard H. Kesten, BBO #542042
        **BRODY, HARDOON, PERKINS & KESTEN, LLP**
        One Exeter Plaza, 12th Floor
        Boston, MA  02116
        (617) 880-7100

Date: March 1, 2007