UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************** 
BRIAN KENNEDY, et al              *
                                  *
          Plaintiffs              *
                                  *
v.                                *    C. A. No. 04-CV-12357-PBS
                                  *
TOWN OF BILLERICA, et al          *
                                  *
          Defendants              *
***********************************
```

**PLAINTIFF'S FIRST SUPPLEMENTAL JURY INSTRUCTION**

  Now comes the plaintiffs in the above referenced matter and, pursuant to Rule 51 of the Fed. R. Civ. P. respectfully submits the following request for an additional instruction to be read to the jury.

       **1. Equal Protection Violations Defined**

  The plaintiffs here are not members of a protected class, such as ethnic or racial minorities. Nevertheless they are entitled to equal protection under the law. In order to state a violation of the plaintiffs' rights under the Equal Protection Clause of the Fourteenth Amendment to the Constitution, the plaintiffs, because they are not members of a protected class, must show that, when compared with others similarly situated, the plaintiffs were was selectively treated, based on impermissible considerations, such as intent to inhibit or punish their exercise of constitutional rights *or* a malicious or bad faith intent by the defendants to injure the plaintiffs.

  In this jurisdiction, for the plaintiffs to establish an equal protection claim, they must show that the defendants had an intent to discriminate against them and prove that the differences in the plaintiffs' treatment by the defendants were due to malicious or bad faith intent on the part of the defendants to injure them.

The plaintiffs must establish more than that the government officials' actions were simply arbitrary or erroneous; instead, the plaintiff must establish that the defendants' actions constituted a gross abuse of power such as a maliciously orchestrated campaign.

Should you find that the defendants selectively mistreated any plaintiff, maliciously or with bad faith, or conducted a maliciously orchestrated campaign of harassmend and intimidation against them, then you have found that defendant violated that plaintiff's right to Equal Protection under the Fourteenth Amendment of the Constitution.

_Tapalian v. Tusino_, 377 F.3d. 1 at 5-6 (1st Cir. 2004) (quoting _Baker v. Coxe_, 230 F.3d 470, 474 (1ST Cir. 2000); _Barrington Cove Ltd. P'ship v. R.I. Hous. & Mortgage Fin. Corp._, 246 F.3d 1, 7 (1st Cir. 2001));
_Walsh v. Town of Lakeville_, 431 F.Supp.2d. 134 at 145 (D.Mass. 2006);
_Barrington Cove Ltd. P'ship v. R.I. Hous. & Mortgage Fin. Corp._, 246 F.3d 1, 7 (1st Cir. 2001);
_Pariseau v. City of Brockton_,135 F. Supp. 2d 257, 264 (D. Mass. 2001).

|  |  |
|---|---|
|  | Respectfully submitted,<br>Brian Kennedy, et al<br>by their counsel |
| Date: <u>March 2, 2007</u> | /s/Andrew M. Fischer<br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904<br>afischer@jasonandfischer.com |

kennedy\juryintSupp01.wpd