E-FILED 03/02/2007    UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
*********************************

BRIAN KENNEDY AND MICHELLE KENNEDY, *
Individually and as father and next friend of
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR.. *
                                    *
         Plaintiffs                 *
                                    *
v.                                  *
                                    * C. A. No. 04-CV-12357-PBS
                                    *
TOWN OF BILLERICA, et al            *
                                    *
         Defendants                 *
*********************************

## MOTION TO COMPEL THE DEPOSITION ATTENDANCE OF JOHN GALLINARO

Now come the plaintiffs and move this Honorable Court issue an order compelling the attendance at deposition of John Gallinaro..

As reason, plaintiffs state that their depositions were duly noticed for Thursday, September 7, 2006, but that he failed to appear.

Accordingly, plaintiffs now seek an order compelling the attendance of each of this witness to a deposition to be conducted before trial.

Date: March 2, 2007

Respectfully submitted,
Brian Kennedy, et al
by their counsel

/s/Andrew M. Fischer
Andrew M. Fischer
BBO# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy/protordcompgal.wpd