UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV12357PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, | ) |
| Individually and as mother and next friend of | ) |
| BRIAN KENNEDY, JR., | ) |
| MITCHELL KENNEDY AND DYLAN KENNEDY | ) |
| Plaintiffs | ) |
| | ) |
| VS. | ) |
| | ) |
| TOWN OF BILLERICA, DANIEL C. ROSA, JR. | ) |
| Individually and as Chief of the Billerica Police Department, | ) |
| JOHN BARRETTO, Individually and as former Chief of the | ) |
| Billerica Police Department, PAUL W. MATTHEWS, | ) |
| Individually and as former Chief of the Billerica Police | ) |
| Department, ROBERT LEE, Individually and as former | ) |
| Deputy Chief of the Billerica Police Department, THOMAS | ) |
| CONNERS, FRANK A. MACKENZIE, RICHARD | ) |
| RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK | ) |
| TSOUKALAS, TARA CONNERS, MARTIN E. CONWAY, | ) |
| ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, | ) |
| WILLIAM MCNULTY, DONALD MACEACHERN, | ) |
| MICHAEL A. CASEY, RICHARD NESTOR, ROBERT | ) |
| BROWN, WILLIAM G. WEST, GREGORY KATZ, | ) |
| GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM | ) |
| MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY | ) |
| F. MCKENNA AND JOHN DOE, | ) |
| Defendants | |

**DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT
TO FED.R.CIV.P.RULE 26(a)(3)**

## I.    LIST OF POTENTIAL TRIAL WITNESSES

Pursuant to Fed. R.Civ. P. Rule 26(a)(3)(A) the defendants will not be able to determine whom they expect to call and those whom they may call if the need arises until after the plaintiffs have presented their case. Nevertheless, in addition to any of the witnesses the plaintiffs have listed on their witness list, the defendants may call the following witnesses:

1.    Brian Kennedy, 1248 Gorham Street, Lowell, Massachusetts;

2.    Michelle Kennedy, 1248 Gorham Street, Lowell, Massachusetts;

3.      Brian Kennedy, Jr., 1248 Gorham Street, Lowell, Massachusetts;

4.      Mitchell Kennedy, 1248 Gorham Street, Lowell, Massachusetts;

5.      Dylan Kennedy, 1248 Gorham Street, Lowell, Massachusetts;

6.      Chief Daniel C. Rosa, Jr., Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

7.      Chief John Barretto (former), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

8.      Chief Paul W. Matthews (former), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

9.      Deputy Chief Robert Lee (former), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

10.      Deputy Chief Thomas Conners, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

11.      Lieutenant Frank A. MacKenzie, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

12.      Lieutenant Richard Rhonstock, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

13.      Lieutenant Robert Bailey (retired), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

14.      Sergeant John Zarro, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

15.      Officer Mark Tsoukalas, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

16.      Officer Tara Conners, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

17.      Sergeant Martin E. Conway, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

18.      Officer Andrew DeVito, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

19.      (Retired) Detective Richard Howe, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

20.  Sergeant Steven Elmore, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

21.  Captain William McNulty (retired), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

22.  Detective Donald MacEachern, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

23.  Officer Michael A. Casey, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

24.  Officer Richard Nestor, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

25.  Officer Robert Brown, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

26.  Officer William G. West, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

27.  Sergeant Gregory Katz, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

28.  Sergeant Gerald B. Roche, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

29.  Officer Brian Micciche (former), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

30.  Officer Scott Parker, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

31.  Sergeant Alan Munn (former), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

32.  Officer Timothy, F. McKenna, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

33.  Officer Michelle Farren, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

34.  Officer Danny O'Leary, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

35.  Officer Kenneth Richter, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

36.    Officer Craig L. Grogan, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

37.    Officer Frank Mandarano (retired), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

38.    Officer William Pfaff (retired), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

39.    Sergeant Robert Beloin, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

40.    Officer Thomas Hickey (retired), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

41.    Officer Phil Loranger, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

42.    Officer John Harring, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

43.    Officer William MacDonald, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

44.    Sergeant Patrick McNulty, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

45.    Officer George Galinos, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

46.    Officer Sean Coffey, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

47.    Officer John Mullen, Billerica Police Department, 6 Good Street, Billerica, Massachusetts:

48.    Officer Jeff Strunk, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

49.    Officer Steve Cogswell, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

50.    Officer Robert Davidson, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

51.    Sergeant Cathleen Coneeny, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

52.    Dean Royston, 28 Bay Street, Lowell, Massachusetts;

53. Officer Laura B. Richardson (retired), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

54. Officer Steven Jacobsen (retired) Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

55. Officer Steve Tremblay, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

56. Officer Karen Rourke (former), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

57. Captain Steve West (retired), Billerica Police Department 6 Good Street, Billerica, Massachusetts;

58. Lieutenant Commander Jack Glavin, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

59. Sergeant Mark Gualtieri, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

60. Sergeant David Laskey (retired), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

61. Sergeant Roy Frost, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

62. Lieutenant Ed O'Mahony, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

63. Officer Paul Brady, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

64. Lieutenant Tom Greenhalgh, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

65. Lieutenant Ronald Balboni, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

66. Lieutenant Troy Opland, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

67. Captain Dan Doyle, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

68. Officer Lee Scalzilli (retired), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

69.    Sergeant Frank Mirasolo, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

70.    Officer Michael Sheehan, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

71.    Officer Jerrilee Maille (retired), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

72.    Officer James Hood (deceased), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

73.    Officer Raymond Lafortune, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

74.    Officer Paul Ringwood (retired), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

75.    Officer James Hollis, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

76.    Sergeant Timothy Kelly, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

77.    Officer Brian Warren, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

78.    Deputy Chief William Layne, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

79.    Sergeant James Williams, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

80.    Officer William Schwalb, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

81.    Sergeant Mark Perry, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

82.    Officer Jeffrey Suarez (resigned), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

83.    Officer Kevin Reese, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

84.    Officer Richard Landers (retired), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

85. Lieutenant James McKenna, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

86. Sergeant Christopher Coviello, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

87. Officer Allan S. Stephens (retired), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

88. Lieutenant Robert Stephens, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

89. Lieutenant Ryan Columbus, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

90. Officer Robert Carroll (retired), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

91. Chief Alfred Donovan, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

92. Sergeant Robert Field, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

93. Officer Paul Doherty, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

94. Officer James J. Hodgdon (resigned), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

95. Sergeant Robert L. Westaway, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

96. Sergeant Timothy B. Sheehan, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

97. Officer Francis Pappas (retired), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

98. Detective Andre Gonzales, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

99. Sergeant John Powers, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

100. Detective Leonard Bolton (retired), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

101. Lieutenant Ralph Ford (retired), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

102. Lieutenant John Voto, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

103. Lieutenant Dennis Peterson, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

104. Inspector Joe Deluca (retired), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

105. Lieutenant Robert Budryk, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

106. Sergeant John Barry, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

107. Sergeant Walter Jop, Jr. (retired), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

108. Lieutenant Edward Martin (retired), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

109. Officer Jennifer Lightfoot, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

110. Deputy Chief Jamieson (former) (retired), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts

111. Chief Richard Mackey, Tewksbury Fire Department, 21 Town Hall Avenue, Tewksbury, Massachusetts;

112. Captain Robert Fowler (retired), Tewksbury Fire Department, 21 Town Hall Avenue, Tewksbury, Massachusetts;

113. Captain Donald Greer (retired), Tewksbury Fire Department, 21 Town Hall Avenue, Tewksbury, Massachusetts;

114. Patrolman David MacKenzie, Chelmsford Police Department, 230 North Road, Chelmsford, Massachusetts;

115. James Flynn, l/k/a Chelmsford Police Department, 230 North Road, Chelmsford, Massachusetts;

116. Chief James Murphy, Chelmsford Police Department, 230 North Road, Chelmsford, Massachusetts;

117.  Patrolman Craig Walsh, Chelmsford Police Department, 230 North Road, Chelmsford, Massachusetts;

118.  Lieutenant John Roark, Chelmsford Police Department, 230 North Road, Chelmsford, Massachusetts;

119.  Sergeant William Murray, Ayer Police Department, 54 Park Street, Ayer, Massachusetts;

120.  Detective David Bonner, Ayer Police Department, 54 Park Street, Ayer, Massachusetts;

121.  Officer Christopher Smith, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts;

122.  Captain William Taylor, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts;

123.  Sergeant Joseph Murray, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts;

124.  Captain John Flaherty, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts;

125.  Officer Heather Koller, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts;

126.  Officer Borden Zwicker, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts;

127.  Officer Michael Bergeron, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts;

128.  Officer Steven Ciavola, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts;

129.  Officer Julio Gonzalez, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts;

130.  Lieutenant James J. Hodgdon, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts;

131.  Lieutenant Daniel Larocque, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts;

132.  Sergeant Diane Capone, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts;

133. Officer Daniel Lamarche, Lowell Police Department, 50 Arcand Drive, Lowell, Massachusetts;

134. Trooper Brian Sweet, Massachusetts State Police, Station A-3, 906 Elm Street, Concord, Massachusetts;

135. Trooper Cronin, Massachusetts State Police, Station A-3, 906 Elm Street, Concord, Massachusetts;

136. Trooper Piannadosi, Massachusetts State Police, Station A-3, 906 Elm Street, Concord, Massachusetts;

137. Trooper John Sprague, Massachusetts State Police, Station A-3, 906 Elm Street, Concord, Massachusetts;

138. Sergeant Richard Prior, Massachusetts State Police, HQ, Framingham, Massachusetts;

139. Colonel Mark Delaney, Massachusetts State Police, HQ, Framingham, Massachusetts;

140. Trooper Kevin Kiley, Massachusetts State Police, Station A-3, 906 Elm Street, Concord, Massachusetts;

141. Trooper Thomas F. Eliason, New Hampshire State Police, Troop A, 315 Calef Highway, Route 125, Epping, New Hampshire;

142. Elizabeth Olsson, Administrative Assistant Nottingham Police Department, 139 Stage Road, Nottingham New Hampshire;

143. Detective Tim Ferreira, Salem Police Department, 9 Veterans Memorial Highway, Salem, New Hampshire;

144. Bernardine Dupius, Salem Police Department, 9 Veterans Memorial Highway, Salem, New Hampshire;

145. Denise Monaghan, Filenes, Mall at Rockingham Plaza, Salem, New Hampshire;

146. Bail Commissioner Greenlaw, Salem Police Department, 9 Veterans Memorial Highway, Salem, New Hampshire;

147. Joanne Suprenant, 185 Woburn Street, Lowell, Massachusetts;

148. Herb Vacca, 5 Wilson Street, Billerica, Massachusetts;

149. Joyce Tibbets, 1475 Flamingo Drive, Englewood, Florida;

150. Krystina R. Smith, 69 Wollaston Street, Arlington, Massachusetts;

151.    Francis St. John, 54 Riverbank, Billerica, Massachusetts;

152.    Karen St. John, 54 Riverbank, Billerica, Massachusetts;

153.    Nicole St. John, 14 Baystate Road, Tyngsboro, Massachusetts;

154.    Donald St. John, 13 Lights Lane, Billerica, Massachusetts;

155.    Jamey D. McLean, 152 Ipswich Street, Tewksbury, Massachusetts;

156.    Michael Kennedy, Colburn Street, Lowell;

157.    Dennis Allgier, 22 Lowell Street, Billerica, Massachusetts;

158.    Leo Allgier, 33 Albion Street, Lowell, Massachusetts;

159.    Tracey Heffernan, 54 Oak Street, Billerica, Massachusetts;

160.    Casey Heffernan, 42 Upton Street, Billerica, Massachusetts;

161.    Stacey Heffernan, unknown address, Massachusetts;

162.    Angie Heffernan, unknown address, Massachusetts;

163.    Paul Parent, 10 Angle Street, Lowell, Massachusetts;

164.    David Lumbert, 7550 Colony Palm Drive, Boynton Beach, Florida;

165.    Debra Granger, 37 Robin Street, Lowell, Massachusetts;

166.    Dale Crandall, unknown address;

167.    Daniel Dufault, 130 Pond Street, Billerica, Massachusetts;

168.    Tina Huber, 32 Allen Road, Billerica, Massachusetts;

169.    William Huber, 32 Allen Road, Billerica, Massachusetts;

170.    Donna Oblenis, 40 Treble Cove Road, Billerica, Massachusetts;

171.    John Oblenis, III, 40 Treble Cove Road, Billerica, Massachusetts;

172.    John Oblenis, 40 Treble Cove Road, Billerica, Massachusetts;

173.    Nicole Vacca, 5 Wilson Street, Billerica, Massachusetts;

174.    Patsy Vacca, 812 S. Lee Street, Roswell, New Mexico;

175.    Kenneth Lewis, 12 Boston Road, Billerica, Massachusetts;

176.    Fred Kendall, 1 Everready Circle, Billerica,;

177.    Eugene DeFrancisco, 207 Shoreline Drive, North Billerica, Massachusetts;

178.    Donna Atkinson, 78 Wilson Street, Billerica, Massachusetts;

179.    Ruth Atkinson, 78 Wilson Street, Billerica, Massachusetts;

180.    Karen Atkinson, 78 Wilson Street, Billerica Massachusetts;

181.    Patricia Stickney, 7 Lowell Street, Billerica, Massachusetts;

182.    Amy Baum, l/k/a 296 Ash Street, Winchendon, Massachusetts;

183.    Christine Kaizer, 169 Ipswich Street, Billerica, Massachusetts;

184.    Russ Kaizer, 169 Ipswich Street, Billerica, Massachusetts;

185.    Laura Bye, 301 Pawtucket Boulevard, #1, Lowell, Massachusetts;

186.    Scott Ashton, c/o 44 Upton Street, Billerica, Massachusetts;

187.    William Ashton, 1248 Gorham Street, Lowell, Massachusetts;

188.    Dianne Ashton, 44 Upton Street, Billerica, Massachusetts;

189.    Arthur Ashton, 44 Upton Street, Billerica, Massachusetts;

190.    Craig Ashton, 44 Upton Street, Billerica, Massachusetts;

191.    Jared Corner, 51 Pierce Street, Malden, Massachusetts;

192.    Brooke Burns, 231 Pond Street, Billerica, Massachusetts;

193.    James McCreary, 43 Bricknell Road, Billerica, Massachusetts.;

194.    Annette Brooks, 220 Smith Street, Apartment #12, Lowell, Massachusetts;

195.    George Brooks, III, 48 Upton Street, Billerica, Massachusetts;

196.    George Brooks, 48 Upton Street, Billerica, Massachusetts;

197.    Roland G. Boucher, 191 W. 6th Street, Lowell, Massachusetts;

198.    Gayle McClean, 9 Reinsway Circle, Westford, Massachusetts;

199.    George Woods, 21 Bridle Road, Billerica, Massachusetts;

200.    Carolyn Woods, 17 Hlindale Drive, Hudson, Massachusetts;

201.    Mark Pagliuca, unknown address, Massachusetts;

202.    Larry Cantrell, unknown address, Massachusetts;

203.    Rocco Longo, Town Administrator, Town of Billerica, 365 Boston Post Road, Billerica, Massachusetts;

204.    Richard Montouri, 360 Littleton Rd., Chelmsford, MA;

205.    Shirley E. Schult, Town Clerk, Town of Billerica, 365 Boston Post Road, Billerica, Massachusetts;

206.    Susan Michelini, Town Clerk's Office, Town of Billerica, 365 Boston Post Road, Billerica, Massachusetts;

207.    Michael Dodge, Manager of the Lakeside Mobil Home Park, Oak Street, North Billerica, Massachusetts;

208.    Deann Masone, 181 Vale Street, Tewksbury, Massachusetts;

209.    John Cimmino, 128 South Street, Tewksbury, Massachusetts;

210.    Louis Cimmino, 128 South Street, Tewksbury, Massachusetts;

211.    Vanessa Minervini, 560 South Street, Tewksbury, Massachusetts;

212.    Christie Gilpatrick, 37 Short Street, Apartment B, Lowell, Massachusetts;

213.    Robin Benchmore, unknown address;

214.    John Keough, EMT-P, Billerica EMS Paramedics, Billerica, Massachusetts;

215.    EMT Luttrell, EMT-P, Billerica EMS Paramedics, Billerica, Massachusetts;

216.    EMT Tremblay, EMT-P, Billerica EMS Paramedics, Billerica, Massachusetts;

217.    Mr. Lunetta, EMT-P, Billerica EMS Paramedics, Billerica, Massachusetts;

218.    Danny Delisola, unknown address;

219.    Randy Delisola, unknown address;

220.    Robert Spencer, 37 Oak Street, Billerica, Massachusetts;

221.    Mark D'Agostino, 72 Old Elm Street, Billerica, Massachusetts;

222.    Robert Giordano, 7 Jon Mur Road, Billerica, Massachusetts;

223.    Chris Bland, unknown address, Massachusetts;

224.    Joe Rouke, 37 Oak Street, Billerica, Massachusetts;

225.    Robert Reslow, 55 Wilson Street, Billerica, Massachusetts;

226.    Robyne Reslow, 55 Wilson Street, Billerica, Massachusetts;

227.    Eleanor Reslow, 55 Wilson Street, Billerica, Massachusetts;

228.    Richard Reslow, 55 Wilson Street, Billerica, Massachusetts;

229.    Craig Pickering, 195 Central Hill Road, Wells, Maine;

230.    Joann Gordon, 6 Port Sunlight, North Billerica, Massachusetts;

231.    Charles Nickonchuk, unknown address;

232.    Thomas (Teddy) Gallinaro, Dracut, MA;

233.    Steve Gallinaro, unknown address;

234.    John Gallinaro, unknown address;

235.    Bob Sheehan, unknown address, Massachusetts;

236.    Gary Hoffman, 4 Wilson Street, Billerica, Massachusetts;

237.    Laura Hall, 2 Old Elm Street, Billerica, Massachusetts;

238.    Frank Kinney, 2 Old Elm Street, Billerica, Massachusetts;

239.    Michael Addair, unknown address, Massachusetts;

240.    Ronnie Hannon, unknown address;

241.    Linda Napolitano, 810 Boston Road, Billerica, Massachusetts;

242.    Dana Roy, 47 Cook Street, Billerica, Massachusetts;

243.    Albert Napolitano, 53 Ellingwood Avenue, Billerica, Massachusetts;

244.    Robert Keefe, McDougal Street, Billerica, Massachusetts;

245.    Marsha Napolitano, 5 Aberdeen Street, Billerica, Massachusetts;

246.    Erin L. Egan, 42 Charme Road, Billerica, Massachusetts

247.    Joe Sargent, unknown address;

248.    Helena Valdez, unknown address;

249.    Ed Larson, unknown address;

250.    Eugene "Butchie" Caterino, unknown address, Billerica, Massachusetts;

251.    Patti LeBeau, unknown address, Massachusetts;

252.    Bill Burrows, unknown address, Massachusetts;

253.    Bob Lewis, unknown address, Massachusetts;

254.    Susan (Murphy) Wilson, Rogers Street, Billerica, Massachusetts;

255.    Donald Wilson, 1350 Andover Street, Tewksbury, Massachusetts;

256.    Timmy Trainor, unknown address, Massachusetts;

257.    Ray Trainor, 16 Lowell, Billerica, Massachusetts;

258.    Shawn Sullivan, unknown address, Massachusetts;

259.    Timmy Sullivan, Concord Falls Apartments, Massachusetts;

260.    Anthony Gozzo, unknown address, Massachusetts;

261.    William McKay, unknown address, Massachusetts;

262.    Lisa Smith, unknown address, Lowell, Massachusetts;

263.    Paul Peterson, unknown address, Lowell, Massachusetts;

264.    John Murray, Concord Falls Apartments, Massachusetts;

265.    Gleora Atkinson, Health Street, Tewksbury, Massachusetts;

266.    Stephen Atkinson, 7A Warren Street, Nashua, New Hampshire;

267.    Mark Ross, unknown address, Massachusetts;

268.    Mark Raboin, unknown address, Massachusetts;

269.    Tim Hinckley, unknown address, Massachusetts;

270.    Andy Reardon, unknown address, Massachusetts;

271.    Frederick Kling, unknown address, Massachusetts;

272.    Kelly Nadeau, unknown address, Massachusetts;

273.    William Kelly, unknown address, Massachusetts;

274.    Robert Macintyre, unknown address, Massachusetts;

275.    Patrick McHugh, unknown address, Massachusetts;

276.    Paula McHugh, unknown address, Massachusetts;

277.    Timmy Turner, unknown address, Waltham, Massachusetts;

278.    Gordon Menear, unknown address;

279.    Jackie Danis, unknown address;

280.    Sandy Brennan, unknown address;

281.    Gary Howe, unknown address;

282.    Jeff Howe, unknown address;

283.    Rick Soley, unknown address;

284.    Cody Gallinaro, 37 Upton Street, Billerica, Massachusetts;

285.    Robert Anderson, unknown address, Massachusetts;

286.    Janine Gallinaro, 37 Upton Street, Billerica, Massachusetts;

287.    Nicholas A. Gallinaro, 37 Upton Street, Billerica, Massachusetts;

288.    Janice Carroll, Bail Commissioner, Lowell District Court, 41 Hurd Street, Lowell, Massachusetts;

289.    Joseph Donahue, Bail Commissioner, Lowell District Court, 41 Hurd Street, Lowell, Massachusetts;

290.    Kevin Finnegan, Bail Commissioner, Lowell District Court, 41 Hurd Street, Lowell, Massachusetts;

291.    William Paskiewicz, Stan's Towing, unknown address, Massachusetts;

292.    Kenneth Carron, 81 Salem Road, Billerica, Massachusetts;

293.    Lynn Tierney, 73 Treble Cove Road, Billerica, Massachusetts;

294. John Tierney, Sr., 73 Treble Cove Road, Billerica, Massachusetts;

295. Alice Tierney, 73 Treble Cove Road, Billerica, Massachusetts;

296. Helio Teixeira, 48 Wilson Street, Billerica, Massachusetts;

297. Danielle Honnors, 121 High Street, Billerica, Massachusetts;

298. Christine McNulty, 7 Lowell Street, Billerica, Massachusetts;

299. Donna Gauvreau, 116 Leicester Street, Tewksbury, Massachusetts;

300. Sean Gauvreau, 116 Leicester Street, Tewksbury, Massachusetts;

301. Michael Wallace, 23 Old Elm Street, Billerica, Massachusetts;

302. Cheryl Dimambro, 23 Old Elm Street, Billerica, Massachusetts;

303. Domenic Dimambro, 23 Old Elm Street, Billerica, Massachusetts;

304. Melissa Swanson, 32 Old Elm Street, Billerica, Massachusetts;

305. Scott Hutchinson, 51 Wilson Street, Billerica, Massachusetts;

306. David Mendonca, 8 Post Street, Billerica, Massachusetts;

307. Susan Danehy, 41 Upton Street, Billerica, Massachusetts;

308. Rita Bellows, 53 Upton Street, Billerica, Massachusetts;

309. Kim MacKenzie, 43 Clover Hill Circle, Tyngsboro, Massachusetts;

310. Dave Lavita, unknown address, Tewksbury, Massachusetts;

311. Peter Maguire, retired Principal. Marshall Middle School, 15 Floyd Street, Billerica, Massachusetts;

312. Pamela Lakin, Assistant Principal, Marshall Middle School, 15 Floyd Street, Billerica, Massachusetts;

313. Philip Gibson, Assistant Principal, Marshall Middle School, 15 Floyd Street, Billerica, Massachusetts;

314. Robert J. Calabrese, retired Superintendent of Schools, Billerica Public Schools, Billerica, Massachusetts;

315. Joseph LoDuca, retired Science Department Chairperson, Billerica Public Schools, Billerica, Massachusetts;

316. Mary Hintz, Guidance, Marshall Middle School, 15 Floyd Street, Billerica, Massachusetts;

317. Michael Ashe, Union President, Billerica Public Schools, Billerica, Massachusetts;

318. Christopher Kelchner, 180 2nd Street, Apartment 2, Manchester, New Hampshire;

319. Joseph Lyerly, Jr., 103 Leicester Street, Billerica, Massachusetts;

320. Tony Seretta, 101 Leicester Street, Billerica, Massachusetts;

321. Kevin Guptill, 78 Berkeley Street, Billerica, Massachusetts;

322. Dennis O'Brien, Bradlee's Department Store Security Guard, Chelmsford Mall, Chelmsford, Massachusetts;

323. Brian Sheppard, Bradlee's Department Store Security Guard, Chelmsford Mall, Chelmsford, Massachusetts;

324. Michelle Horn, unknown address, Massachusetts;

325. Pauline Lorette, 84 Berkeley Street, Billerica, Massachusetts;

326. Lawrence Burns, 7 Ipswich Street, North Billerica, Massachusetts;

327. Donna Hawkes, 153 Ipswich Street, Tewksbury, Massachusetts;

328. David Hawkes, 153 Ipswich Street, Tewksbury, Massachusetts;

329. Tara Hawkes, 153 Ipswich Street, Tewksbury, Massachusetts;

330. Gregory Peters, 115 Leicester Street, Tewksbury, Massachusetts;

331. Joseph Foley, 18 Claire Street, Tewksbury, Massachusetts;

332. Ryan Donovan, 17 Chester Street, Tewksbury, Massachusetts;

333. Shane Oravec, 93 Pheasant Road, Billerica, Massachusetts;

334. Kyle Fisher, 18 Keyes Road, Billerica, Massachusetts;

335. Toni J. Risso, 143 Leicester Street, Tewksbury, Massachusetts;

336. Cindy Hutton, 119 Leicester Street, Tewksbury, Massachusetts;

337. Brian Hutton, 119 Leicester Street, Tewksbury, Massachusetts;

338.    Jay Parker, unknown address, Massachusetts;

339.    Justine Lefebvre, 135 Leicester Street, Tewksbury, Massachusetts;

340.    Rachel Lefebvre, 135 Leicester Street, Tewksbury, Massachusetts;

341.    Monique Ledoux, 113 Leicester Street, Billerica, Massachusetts;

342.    Anne Williams, 470 Main Street, Tewksbury, Massachusetts;

343.    Richard Williams, 470 Main Street, Tewksbury, Massachusetts;

344.    Steven Petrovski, 470 Main Street, Tewksbury, Massachusetts;

345.    John Ortega, 253 Quincy Street, Dorchester, Massachusetts;

346.    Wilfredo Ortega, 253 Quincy Street, Dorchester, Massachusetts;

347.    Karen Balchunas, 578 North Street, Tewksbury, Massachusetts;

348.    Marisa Conte, 578 North Street, Tewksbury, Massachusetts;

349.    Richard Antonellis, Jr., 10 Wilson Avenue, Watertown, Massachusetts;

350.    Robert Mitza, Jr., 10 Wilson Avenue, Watertown, Massachusetts

351.    Shane Roy, 10 Wilson Avenue, Watertown, Massachusetts;

352.    Nancy Fleury, 34 Upton Street, Billerica, Massachusetts;

353.    Michael Stokes, 113 Salem Road, Billerica, Massachusetts;

354.    Thomas Stokes, 136 Commonwealth Avenue, Lowell, Massachusetts;

355.    Robert Spencer, 28 Wilson Street, Billerica, Massachusetts;

356.    Michelle Spencer, 28 Wilson Street, Billerica, Massachusetts;

357.    Gregory K. Strunk, 5 Fox Hill Road, Billerica, Massachusetts;

358.    Barry Buckley, 128 Leicester Street, Tewksbury, Massachusetts;

359.    Craig Brown, 80 Brick Kiln Road, Chelmsford, Massachusetts;

360.    David Fialkosky, Bridge Street, Billerica, Massachusetts;

361.    Ashley Bucci, 107 Merrimack Meadows Lane, Tewksbury, Massachusetts;

362.    Stephen Kennedy, 12 Michael Road, Billerica, Massachusetts;

363.    Mary Keough, 5 Mahogany Drive, Nashua, New Hampshire;

364.    John P. Holt, 13 Sheldon Street, Billerica, Massachusetts;

365.    Marjorie Holt, 13 Sheldon Street, Billerica, Massachusetts;

366.    David Kinsella, 28 Andover Road, Billerica, Massachusetts;

367.    Claudia Kinsella, 28 Andover Road, Billerica, Massachusetts;

368.    Mary Cormier, 7 Bridge Street, Billerica, Massachusetts;

369.    Mark Surette, 477 Lebanon Street, Malden, Massachusetts;

370.    Timothy Taker, 16 Lowell Street, Billerica, Massachusetts;

371.    Janet Miller, 217 R Salem Street, Lowell, Massachusetts;

372.    Kimberly Forbes, 55 Wilson Street, Billerica, Massachusetts;

373.    Josh Clark, 21 Duren Avenue, Lowell, Massachusetts;

374.    Shannon (Antle) Mansfield, 6 Sunrise Avenue, Billerica, Massachusetts;

375.    Mrs. Daniels, New England Telephone, unknown address;

376.    Laurie Daley, unknown address;

377.    David Allgier, 35 Call Street, Billerica, Massachusetts;

378.    Marcia Tedford, Leicester Street, Billerica, Massachusetts;

379.    Patricia O'Boyle, unknown address;

380.    John F. Brogna, Jr., 2 Sunset Drive, Derry, New Hampshire;

381.    Scott Lothrop, Jr., 2 Sunset Drive, Derry, New Hampshire;

382.    Brian R. Paquette, 77 W. Sixth Street, Lowell, Massachusetts;

383.    Brian Mansfield, 7 Wilson Street, Billerica, Massachusetts;

384.    Jesse Delgreco, 10 Wilson Street, Billerica, Massachusetts;

385.    Adam J. Shibles, 4 Olde Hillside Avenue, Billerica, Massachusetts;

386.  Glenn R. Plum, 104 Belmont Avenue, Apartment #20, Lowell, Massachusetts;

387.  Thomas S. Dickerson, Jr., 15 Rosewood Avenue, Billerica, Massachusetts;

388.  Julie Gizzi, 96 Mount Washington Street, Lowell, Massachusetts;

389.  Marie E. Ellard, 4 Arlington Street, Lowell, Massachusetts;

390.  Tiffany Decker, 130 Leicester Street, Tewksbury, Massachusetts;

391.  Mark Harrington, unknown address, Billerica, Massachusetts;

392.  William Gavin, unknown address, Billerica, Massachusetts;

393.  Cindy Arsenault, 24 Sunnyslope Avenue, Tewksbury, Massachusetts;

394.  Robin Russell, 162 Leicester Street, Billerica, Massachusetts;

395.  Bobby Fitzmaurice, unknown address, Billerica, Massachusetts;

396.  Mr. Via Gimir, unknown address, Billerica, Massachusetts;

397.  Sean Sullivan, unknown address, Billerica, Massachusetts;

398.  Joseph Mulchern, unknown address, Billerica, Massachusetts;

399.  Chad Stanley, unknown address, Billerica, Massachusetts;

400.  Jeffrey Hern, unknown address, Billerica, Massachusetts;

401.  Carol Porter, Solomon Mental Health Facility, 391 Varnum Avenue Lowell, Massachusetts;

402.  Rick Sousa, Billerica Ambulance, EMT, Billerica, Massachusetts;

403.  Gary Rich, Billerica Ambulance, EMT, Billerica, Massachusetts

404.  Elaine Schepici, 17 Burnham Road, North Billerica, Massachusetts;

405.  Judy Binnette, Shoreline Drive, Tewksbury, Massachusetts;

406.  Joseph Binnette, Shoreline Drive, Tewksbury, Massachusetts

407.  Jonathan Binnette, Shoreline Drive, Tewksbury, Massachusetts;

408.  Nigeal A. Griffith-Brooks, 220 Smith Street, Apartment #12, Lowell, Massachusetts.

409.   Officer Joseph Smith, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

410.   Sergeant Keith Weston (retired), c/o Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

411.   Monique Hines, 113 Leicester Street, North Billerica, Massachusetts;

412.   Roger Ledoux, 113 Leicester Street, North Billerica, Massachusetts;

413.   Elaine Cloutier, 113 Leicester Street, North Billerica, Massachusetts.

## II.  **Exhibits**

Pursuant to Fed. R.Civ. P. Rule 26(a)(3)(C) the defendants will not be able to determine which documents or exhibits they expect to introduce and those which they may offer if the need arises until after the plaintiffs have presented their case. Nevertheless, in addition to those records identified by the plaintiffs, the defendants may seek to offer any of the following documents as exhibits:

1.   Drug Investigation/Billerica/Tewksbury/Kennedys/ 1991-1992 (Defendants' Bates: 1599-1640);

2.   Billerica Police Department Investigative Action Report dated February 8, 1991 (Defendants' Bates: 1956-1958);

3.   Billerica Police Department Officer's Formal Report dated June 8, 1991 (Defendants' Bates: 902-904, 950-952, 976-978, 1237-1239, 1272-1274);

4.   Billerica Police Department Officer's Formal Report dated June 9, 1991 (Defendants' Bates: 910, 958, 983, 1245, 1280);

5.   Billerica Police Department Officer's Formal Report dated June 13, 1991 (Defendants' Bates: 911, 959, 984, 1246, 1281);

6.   Billerica Police Department Officer's Formal Report dated September 11, 1991 (Defendants' Bates: 912-914, 960-962, 985-987, 1247-1249, 1282-1284);

7.   Billerica Police Department Incident Report/Roster Shift Assignments dated September 23, 1991 (Defendants' Bates: 897, 944, 970);

8.   Massachusetts Fire Incident Report dated September 23, 1991 (Defendants' Bates: 896, 943, 969);

9.   Handwritten Notes (Defendants' Bates: 898, 945-946, 971-972);

10.   Billerica Police Department Internal Daily Log – All Shifts dated September 30, 1991 (Defendants' Bates: 917-927);

11.     Billerica Police Department Internal Daily Log – All Shifts dated October 2, 1991 (Defendants' Bates: 928-940);

12.     Billerica Police Department Incident Report dated October 2, 1991 (Defendants' Bates: 941);

13.     Billerica Police Department Citation Report – Herbert Vacca (Defendants' Bates: 942);

14.     Billerica Police Department Officer's Formal Report dated November 7, 1991 (Defendants' Bates: 915-916, 963-964, 988-989, 1250-1251, 1285-1286);

15.     Billerica Police Department Police Report dated December 2001 (Defendants' Bates: 905-909, 953-957, 979-982, 1240-1244, 1275-1279);

16.     Billerica Police Department Officer's Formal Report dated December 19, 1991 (Defendants' Bates: 1008-1011);

17.     Billerica Police Department Officer's Formal Report dated August 3, 1992 (Defendants' Bates 901, 949, 975);

18.     Billerica Police Department Police Report – Statement by Kenneth Carron dated March 8, 1993 (Defendants' Bates: 895, 1007, 1046, 1124, 1192, 1215, 1380);

19.     Billerica Police Department Police Investigative Action Report dated April 10, 1993 (Defendants' Bates: 1993);

20.     Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated May 20, 1993 (Defendants' Bates: 1125-1132);

21.     Billerica Police Department Internal Daily Log/Roster-Shift Assignments 00:00 – 08:00 dated May 21, 1993 (Defendants' Bates: 1133-1136);

22.     Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated May 21, 1993 (Defendants' Bates: 1136-1144);

23.     Billerica Police Department Internal Daily Log/Roster-Shift Assignments 00:00 – 08:00 dated May 22, 1993 (Defendants' Bates: 1145-1147);

24.     Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated May 22, 1993 (Defendants' Bates: 1148-1154);

25.     Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated June 5, 1993 (Defendants' Bates: 1174-1177);

26.     Billerica Police Department Police Officer's Formal Report dated June 5, 1993 (Defendants' Bates: 1178);

27.     Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated June 19, 1993 (Defendants' Bates: 1183-1187, 1197-1201);

28.     Billerica Police Department Police Officer's Formal Report dated June 19, 1993 (Defendants' Bates: 1188-1189, 1202-1203);

29.     Billerica Police Department Police Officer's Formal Report dated June 23, 1993 (Defendants' Bates: 1190-1191. 1204-1205);

30.     Billerica Police Department Police Officer's Formal Report dated July 1, 1993 (Defendants' Bates: 1156-1158);

31.     Billerica Police Department Rap Sheet – Lynne A. Tierney (Defendants' Bates: 1155);

32.     Billerica Police Department Police Officer's Formal Report dated July 17, 1993 (Defendants' Bates: 1954-1955, 1992);

33.     Billerica Police Department Officer's Formal Report dated September 5, 1993 (Defendants' Bates: 1216-1217, 1218-1219);

34.     Billerica Police Department Booking Report, Michelle Kennedy dated September 5, 1993 (Defendants' Bates: 1220-1221);

35.     Billerica Police Department Officer's Formal Report dated September 6, 1993 (Defendants' Bates: 1222-1223);

36.     Billerica Police Department Officer's Formal Report dated July 21, 1997 (Defendants' Bates: 1230-1233, 1442-1445);

37.     Billerica Police Department Officer's Formal Report dated July 22, 1997 (Defendants' Bates: 1264-1265);

38.     Billerica Police Department Internal Daily Log/Roster-Shift Assignments 08:00 – 16:00 dated July 22, 1997 (Defendants' Bates: 1266-1270);

39.     Billerica Police Department Witness Statement Kenneth Lewis dated July 23, 1997 (Defendants' Bates: 1235-1236);

40.     Billerica Police Department Police Officer's Formal Report dated July 24, 1997 (Defendants' Bates: 1377-1379);

41.     Billerica Police Department Police Officer's Formal Report dated August 1, 1997 (Defendants' Bates: 1417-1418, 1420-1421, 1571-1572);

42.     Billerica Police Department Police Officer's Formal Report dated August 2, 1997 (Defendants' Bates: 1419, 1422, 1573);

43.   Billerica Police Department Police Officer's Formal Report dated August 8, 1997 (Defendants' Bates: 1374-1376);

44.   Application for Criminal Complaint – Brian Kennedy dated September 1, 1997 (Defendants' Bates: 1423, 1424, 1503);

45.   Billerica Police Department Police Officer's Formal Report dated September 18, 1997 (Defendants' Bates: 1976);

46.   Billerica Police Department Rap Sheet – Patricia Stickney (Defendants' Bates: 1977);

47.   Billerica Police Department Police Officer's Formal Report dated October 8, 1997 (Defendants' Bates: 1361-1363);

48.   Application for Criminal Complaint against John P. Oblenis, III dated October 8, 1997 (Defendants' Bates: 1364)

49.   Billerica Police Department Rap Sheet – John P. Oblenis III (Defendants' Bates: 1365-1366);

50.   Billerica Police Department Police Officer's Formal Report dated October 15, 1997 (Defendants' Bates: 19-20, 1410-1411);

51.   Billerica Police Department Police Officer's Formal Report dated November 12, 1997 (Defendants' Bates: 1425-1431, 1451-1457, 1504-1510);

52.   Cellular One phone bill for Hutchins, Wheeler and Dittmar, Elaine Schepici dated November 21, 1997 (Defendants' Bates: 1432, 1458, 1511);

53.   Cellular One phone bill for Tomas Conners dated November 21, 1997 (Defendants' Bates: 1433, 1459, 1512);

54.   Polaroid of Billerica Police Lieutenant's Badge (Defendants' Bates: 1434-1435, 1460-1461, 1513-1514);

55.   Billerica Police Department Police Officer's Formal Report dated December 1, 1997 (Defendants' Bates: 1372-1373);

56.   Billerica Police Department Police Officer's Formal Report dated February 20, 1998 (Defendants' Bates: 57-58);

57.   Billerica Police Department Booking Report, William Ashton, dated February 20, 1998 (Defendants' Bates: 96-97, 1833-1834);

58.   Booking Photo – William Ashton (Defendants' Bates: 100, 105, 1589, 1832);

59.   Application for Criminal Complaint dated February 20, 1998 – William Ashton (Defendants' Bates: 110, 1592, 1831);

60. Middlesex Sheriff's Office – Cambridge Jail Active Card – William Ashton (Defendants' Bates: 101-102, 108-109, 1590-1591);

61. Middlesex Sheriff's Office – Cambridge Jail Photo Library – William Ashton (Defendants' Bates: 103-104, 106-107, 1587-1588);

62. Memo To Whom It May Concern from Sergeant Alan Munn dated February 20, 1998 (Defendants' Bates: 98-99);

63. Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 - 00:00 dated February 20, 1998 (Defendants' Bates: 2059-2065);

64. Billerica Police Department Internal Daily Log/Roster-Shift Assignments All Shifts dated February 21, 1998 (Defendants' Bates: 2066-2078);

65. Billerica Police Department Internal Daily Log/Roster-Shift Assignments All Shifts dated February 22, 1998 (Defendants' Bates: 2079-2092);

66. Billerica Police Department Internal Daily Log/Roster-Shift Assignments 00:00 – 08:00 dated February 23, 1998 (Defendants' Bates: 2093-2095);

67. Billerica Police Department Police Officer's Formal Report dated September 30, 1998 (Defendants' Bates: 1370-1371);

68. Billerica Police Department Police Investigative Action Report dated December 30, 1998 (Defendants' Bates: 1994-1995);

69. Billerica Police Department Police Officer's Formal Report dated August 6, 1999 (Defendants' Bates: 213-214);

70. Billerica Police Department Police Officer's Formal Report dated October 7, 1999 (Defendants' Bates: 1367-1369);

71. Billerica Police Department Police Officer's Formal Report dated January 12, 2000 (Defendants' Bates: 1963-1964, 2002-2003);

72. Billerica Police Department Police Officer's Formal Report dated January 18, 2000 (Defendants' Bates: 1987-1991, 2004-2007);

73. Billerica Police Department Police Officer's Formal Report dated January 19, 2000 (Defendants' Bates 1985);

74. Billerica Police Department Police Officer's Formal Report dated January 19, 2000 (Defendants' Bates 1986);

75. Billerica Police Department Officer's Formal Report dated January 23, 2000 (Defendants' Bates: 2096-2097);

76.  Application for Criminal Complaint – Brian Kennedy dated January 23, 2000 (Defendants' Bates: 259);

77.  Application for Criminal Complaint – Michelle Kennedy dated January 23, 2000 (Defendants' Bates: 260);

78.  Application for Criminal Complaint – Daniel Dufault dated January 23, 2000 (Defendants' Bates: 261);

79.  Billerica Police Department Police Officer's Formal Report dated January 19, 2000 (Defendants' Bates: 239-240);

80.  Billerica Police Department Interrogation Detail Report, Brian Kennedy dated February 29, 2000 (Defendants' Bates: 840);

81.  State Narcotics Index & Pointer System, Field Interrogation and/or Observation Report – Brian Kennedy, dated February 29, 2000 (Defendants' Bates: 2008, 2011);

82.  State Narcotics Index & Pointer System, Field Interrogation and/or Observation Report – Michelle Kennedy, dated February 29, 2000 (Defendants' Bates: 2009, 2010);

83.  State Narcotics Index & Pointer System, Field Interrogation and/or Observation Report – Michelle Kennedy, dated March 30, 2000 (Defendants' Bates: 2012);

84.  Billerica Police Department Police Officer's Formal Report dated May 8, 2000 (Defendants' Bates: 1961);

85.  Billerica Police Department Police Officer's Formal Report dated June 24, 2000 (Defendants' Bates: 616-617);

86.  Billerica Police Department Police Officer's Formal Report dated August 5, 2000 (Defendants' Bates: 1983-1984, 2013);

87.  Billerica Police Department Police Officer's Formal Report dated August 30, 2000 (Defendants' Bates: 1962);

88.  Billerica Police Department Police Investigative Action Report dated September 22, 2000 (Defendants' Bates: 1965-1971);

89.  Billerica Police Department Police Officer's Formal Report dated October 17, 2000 (Defendants' Bates: 1981-1982);

90.  Billerica Police Department Police Officer's Formal Report dated December 22, 2000 (Defendants' Bates: 316-317);

91. Billerica Police Department Police Officer's Formal Report dated June 30, 2001 (Defendants' Bates: 1978-1980, 2016-2017);

92. CJIS Warrant for Michelle Kennedy dated July 2, 2001 (Defendants' Bates: 387, 388, 1781, 1782);

93. Billerica Police Department Police Officer's Formal Report dated July 20, 2001 (Defendants' Bates: 237-238, 358-359, 360-361);

94. Commonwealth of Massachusetts Michelle Kennedy's Promise to Appear dated July 20, 2001 (Defendants' Bates: 389, 390, 1783, 1784);

95. Billerica Police Department Internal Daily Log/Roster Shift Assignments All Shifts dated July 20, 2001 (Defendants' Bates: 341-357);

96. Billerica Police Department Internal Daily Log/Roster Shift Assignments 00:00 - 08:00 dated July 22, 2001 (Defendants' Bates: 377-380);

97. Billerica Police Department Booking Report, Michelle Kennedy dated July 22, 2001 (Defendants' Bates: 385-386);

98. Billerica Police Department Police Officer's Formal Report dated July 22, 2001 (Defendants' Bates: 381-384);

99. Billerica Police Department Police Officer's Formal Report dated July 29, 2001 (Defendants' Bates: 2014-2015);

100. Billerica Police Department Police Officer's Formal Report dated August 6, 2001 (Defendants' Bates: 1974-1975, 2020);

101. Billerica Police Department Police Officer's Formal Report dated August 9, 2001 (Defendants' Bates: 619-620, 2018-2019);

102. Billerica Police Department Police Officer's Formal Report dated September 9, 2001 (Defendants' Bates: 1959-1960);

103. Billerica Police Department Citation Report – Francis St. John (Defendants' Bates: 990);

104. Massachusetts Registry of Motor Vehicles Driver History – Francis St. John (Defendants' Bates: 991-992);

105. CJIS Warrant for Brian Kennedy dated November 9, 2001 (Defendants' Bates: 584, 1538, 1720);

106. Billerica Police Department Booking Report, Brian Kennedy, dated November 9, 2001 (Defendants' Bates: 479-481, 583, 1537, 1567, 1570, 1721-1722);

107. Billerica Police Department Booking Report, Michelle Kennedy, dated November 9, 2001 (Defendants' Bates: 484-485, 547-548, 1807-1808, 1809-1810, 1811-1812, 1813-1814, 1815-1816);

108. Billerica Police Department Booking Report, Amy Baum, dated November 9, 2001 (Defendants' Bates 486-488);

109. Billerica Police Department Booking Report, John Cimmino, dated November 9, 2001 (Defendants' Bates: 489-490);

110. Billerica Police Department Booking Report, William Ashton, dated November 9, 2001 (Defendants' Bates: 482-483);

111. Billerica Police Department Officer's Formal Report dated November 9, 2001 (Defendants' Bates: 435-440, 461-467, 533-539, 585-591);

112. Billerica Police Department Incident Report/Roster Shift Assignments dated November 9, 2001 (Defendants' Bates: 468, 540, 582);

113. Billerica Police Department Internal Daily Log/Roster Shift Assignments dated November 9, 2001, 16:00 – 00:00 (Defendants' Bates: 592-600);

114. Billerica Police Department Incident Report/Roster Shift Assignments 00:00 – 08:00 dated November 9, 2001 (Defendants' Bates: 528-532);

115. Billerica Police Department Internal Daily Log/All Shifts dated November 9, 2001 (Defendants' Bates: 441-460);

116. Billerica Police Department Statement by Deann Masone dated November 9, 2001 (Defendants' Bates: 469-470, 471-472, 541-542);

117. Billerica Police Department Statement by Christie Gilpatrick undated (Defendants' Bates: 473-474, 543-544);

118. Billerica Police Department Statement by Vanessa Minervini dated November 9, 2001 (Defendants' Bates 475-476, 477-478, 545-546);

119. Receipt signed by Amy Baum and Brian Kennedy dated November 10, 2001 (Defendants' Bates: 1569, 1723, 1724);

120. Receipt signed by Thomas F. Mixon dated November 11, 2001 (Defendants' Bates: 1568, 1725, 1726);

121. Billerica Police Department Witness Statement, Tracey Heffernan dated November 29, 2001 (Defendants' Bates: 196-198, 286-288, 415-417, 549-551, 868-870, 965-967, 995-997, 1016-1018, 1094-1096, 1160-1162, 1179-1181, 1206-1208, 1530-1532, 1824-1826);

122. Billerica Police Department (Amended) Witness Statement, Tracey Heffernan dated November 29, 2001 (Defendants' Bates: 199, 289, 418, 552, 968, 998, 1019, 1097, 1159, 1182, 1209, 1533, 1827);

123. Billerica Police Department Witness Statement, Craig Pickering dated November 30, 2001 (Defendants' Bates: 200-201, 290-291, 412-413, 561-562, 563-564, 878-879, 1028-1029, 1105-1106, 1210-1211, 1212-1213, 1534-1535, 1828-1829);

124. Billerica Police Department (Amended) Witness Statement, Craig Pickering dated November 30, 2001 (Defendants' Bates: 202, 292-293, 414, 565, 880, 1020, 1107, 1214, 1536, 1830);

125. Billerica Police Department Police Officer's Formal Report dated December 24, 2001 (Defendants' Bates: 1972);

126. Commonwealth's Statement of the Case re: Commonwealth v. William Ashton, Michelle Kennedy, Brian Kennedy (Defendants' Bates: 491-494, 495-498);

127. Billerica Police Department Rap Sheet – Brian Kennedy (Defendants' Bates: 158-163);

128. Billerica Police Department Rap Sheet – Brian Kennedy (Defendants' Bates: 766-772, 773-779);

129. Billerica Police Department Rap Sheet – Brian Kennedy (Defendants' Bates: 763-764);

130. CORI – Brian Kennedy (Defendants' Bates: 164-173, 249-258, 270-279, 419-428, 515-524, 1254-1263, 1467-1476, 1539-1548, 1641-1650, 1651-1660);

131. Massachusetts Registry of Motor Vehicles Driver History – Brian Kennedy (Defendants' Bates: 25-27, 174-176, 1072-1074, 1303-1305, 1306-1308, 1412-1414, 1661-1663, 1664-1666, 1685-1687, 1688-1690);

132. Massachusetts Registry of Motor Vehicles Drivers History – Brian Kennedy (Defendants' Bates: 177, 1093, 1327, 1416);

133. Massachusetts Registry of Motor Vehicles Driver History – Brian Kennedy (Defendants' Bates: 799-806);

134. Billerica Police Department Citation Report – Brian Kennedy (Defendants' Bates 1-18, 178-195, 1075-1092, 1309-1326, 1392-1409, 1549-1566, 1667-1684);

135. Billerica Police Department Citation Report – Brian Kennedy (Defendants' Bates: 1415);

136. CJIS Web RMV License Details for Brian Kennedy (Defendants' Bates: 780);

137. Massachusetts Registry of Motor Vehicles Driver History – Michelle Kennedy (Defendants' Bates: 21-24, 122-125, 373-376, 1047-1050, 1298-1301, 1691-1694, 1695-1698, 1777-1780);

138. Massachusetts Registry of Motor Vehicles Driver History – Michelle Kennedy (Defendants' Bates: 781-787);

139. Massachusetts Registry of Motor Vehicles Drivers History – Michelle Kennedy (Defendants' Bates: 157, 1071, 1302, 1733, 1734);

140. CJIS Web RMV License Details for Michelle Kennedy (Defendants' Bates: 765);

141. Billerica Police Department Rap Sheet – Michelle Kennedy (Defendants' Bates: 111-115);

142. Billerica Police Department Rap Sheet – Michelle Kennedy (Defendants' Bates: 749-755, 756-762);

143. CORI – Michelle St. John (Defendants' Bates: 116-121, 243-248, 280-285, 391-396, 429-434, 509-514, 1381-1386, 1477-1482);

144. Billerica Police Department Citation Report – Michelle Kennedy (Defendants' Bates: 28-38, 126-136, 362-372, 1051-1061, 1287-1297);

145. Billerica Police Department Citation Report – Michelle Kennedy (Defendants' Bates: 612);

146. Billerica Police Department Citation Report – Michelle Kennedy (Defendants' Bates: 820-821);

147. CORI – John Oblenis (Defendants' Bates: 1387-1388);

148. CORI – Amy Baum (Defendants' Bates: 525-527, 1389-1391, 1574-1576);

149. CORI – William Ashton (Defendants' Bates: 47-53, 499-505, 1483-1489, 1493-1499, 1520-1526, 1577-1583);

150. Civil Restraining Order Scott Ashton v. William Ashton (Defendants' Bates: 54, 506, 1490, 1500, 1527, 1584);

151. Civil Restraining Orders Dianne Ashton v. William Ashton (Defendants' Bates: 55-56, 507-508, 1491-1492, 1501-1502, 1528-1529, 1585-1586);

152. CORI – Paul Parent (Defendants' Bates: 1012);

153.    Billerica Police Department Rap Sheet – Paul Parent (Defendants' Bates: 1015);

154.    Billerica Police Department Rap Sheet – William Ashton (Defendants' Bates: 43-46);

155.    Billerica Police Department Rap Sheet – William Ashton (Defendants' Bates: 788-792, 794-798);

156.    CJIS Web RMV License Details for William Ashton (Defendants' Bates: 793);

157.    Billerica Police Department Rap Sheet – Tracey Heffernan (Defendants' Bates: 553-554, 871-872, 999-1000);

158.    Billerica Police Department Rap Sheet – Tracey Heffernan (Defendants' Bates: 1021-1022, 1103-1104);

159.    CORI – Tracey Heffernan (Defendants' Bates: 555-560, 873-877, 1023-1027, 1098-1102, 1819-1823);

160.    CORI – Tracey Heffernan (Defendants' Bates: 1001-1003);

161.    Civil Restraining Order Donna Toussaint v. Tracey Heffernan (Defendants' Bates: 1004-1006);

162.    CORI – Craig Pickering (Defendants' Bates: 885-894);

163.    CORI – Craig Pickering (Defendants' Bates: 570-581, 1034-1045, 1112-1123);

164.    Billerica Police Department Rap Sheet – Craig Pickering (Defendants' Bates: 566-569, 881-884, 1030-1033, 1108-1111);

165.    Billerica Police Department Rap Sheet – Eugene DeFrancisco (Defendants' Bates: 1449-1450, 1817-1818);

166.    CORI – Eugene DeFrancisco  (Defendants' Bates: 1252-1253, 1447-1448);

167.    CORI – Daniel Dufault (Defendants' Bates: 2029-2034);

168.    Billerica Police Department Rap Sheet – Daniel Dufault (Defendants' Bates: 2035-2038);

169.    Civil Restraining Order Tina Huber v. Daniel Dufault (Defendants' Bates: 2039);

170.    Civil Restraining Order Danielle Honnors v. Daniel Dufault (Defendants' Bates: 2040);

171.  Civil Restraining Orders Dennis William Pelland v. Daniel Dufault (Defendants' Bates: 2041, 2044);

172.  Civil Restraining Order Sarah Green v. Daniel Dufault (Defendants' Bates: 2042);

173.  Civil Restraining Orders Lauren Hurley v. Daniel Dufault (Defendants' Bates: 2043, 2045);

174.  Civil Restraining Order Lauren Hurley/Janet Stevenson v. Daniel Dufault (Defendants' Bates: 2046);

175.  CORI – Jared Corner (Defendants' Bates: 262-266);

176.  Civil Restraining Orders Tara Elnaket v. Jared Corner (Defendants' Bates: 267-269);

177.  CORI – Michael Brian Kennedy (Defendants' Bates: 1193-1196)

178.  Billerica Police Department Rap Sheet – George Brooks (Defendants' Bates: 618);

179.  Billerica Police Department Rap Sheet – Mitchell Kennedy (Defendants' Bates: 621);

180.  Billerica Police Department Internal Daily Log/Roster-Shift Assignments 08:00 – 16:00 dated January 28, 2002 (Defendants' Bates: 1593-1598);

181.  Billerica Police Department Officer's Formal Report dated February 12, 2002 (Defendants' Bates: 823-824, 2023-2024);

182.  Billerica Police Department Internal Daily Log dated February 22, 2002 (Defendants' Bates: 79-92);

183.  Billerica Police Department Internal Daily Log/Roster Shift Assignments dated February 23, 2002 (Defendants' Bates: 93-95);

184.  Billerica Police Department Internal Daily Log dated February 28, 2002, 16:00 – 00:00 (Defendants' Bates: 59-65);

185.  Billerica Police Department Internal Daily Log/Roster Shift Assignments dated February 28, 2002 (Defendants' Bates: 66-78);

186.  Billerica Police Department Police Officer's Formal Report dated March 8, 2002 (Defendants' Bates: 1973);

187.  Billerica Police Department Officer's Formal Report dated March 18, 2002 (Defendants' Bates: 862, 2022);

188.   Billerica Police Department Incident Report dated March 31, 2002
       (Defendants' Bates: 604);

189.   Billerica Police Department Incident Report/Roster Shift Assignments
       dated March 31, 2002 (Defendants' Bates: 605);

190.   Billerica Police Department Officer's Formal Report dated April 3, 2002
       (Defendants' Bates: 606-607);

191.   Memo to Chief Daniel Rosa from Lieutenant Tom Greenhalgh dated April
       3, 2002 (Defendants' Bates: 608);

192.   Statement of Detective Richard Howe, dated April 3, 2002 (Defendants'
       Bates: 241-242);

193.   Statement of Frederick Kendall taken by Detective Richard Howe, dated
       April 3, 2002 (Defendants' Bates: 409, 1234, 1271, 1446);

194.   Statement of David Lumbert taken by Detective Richard Howe, dated
       April 17, 2002 (Defendants' Bates: 410-411, 1013-1014);

195.   Statement of Tina Huber taken by Detective Richard Howe, undated
       (Defendants' Bates: 993, 994);

196.   Billerica Police Department Officer's Formal Report dated April 18, 2002
       (Defendants' Bates: 609-611);

197.   Billerica Police Department Investigative Action Report, Patrolmen John
       Zarro, dated April 18, 2002 (Defendants' Bates: 2047-2048);

198.   Billerica Police Department Investigative Action Report, Detective Frost,
       dated April 18, 2002 (Defendants' Bates: 2049-2050);

199.   Billerica Police Department Officer's Formal Report dated May 3, 2002
       (Defendants' Bates: 814-815, 822);

200.   Billerica Police Department Officer's Formal Report dated June 8, 2002
       (Defendants' Bates: 613);

201.   Billerica Police Department Incident Report/Roster Shift Assignments
       dated June 8, 2002 (Defendants' Bates: 614);

202.   Billerica Police Department Incident Report/Roster Shift Assignments
       dated June 9, 2002 (Defendants' Bates: 615);

203.   Billerica Police Department Officer's Formal Report dated July 26, 2002
       (Defendants' Bates: 825-826);

204.    Billerica Police Department Officer's Formal Report dated August 21, 2002 (Defendants' Bates: 851);

205.    Billerica Police Department Officer's Formal Report dated August 22, 2002 (Defendants' Bates: 827-828);

206.    Billerica Police Department Officer's Formal Report dated August 23, 2002 (Defendants' Bates: 829-830);

207.    Billerica Police Department Officer's Formal Report dated September 2, 2002 (Defendants' Bates: 816);

208.    Billerica Police Department Officer's Formal Report dated September 7, 2002 (Defendants' Bates: 622-623);

209.    Billerica Police Department Incident Report/Roster Shift Assignments dated September 7, 2002 (Defendants' Bates: 624);

210.    Billerica Police Department Incident Report/Medical dated September 7, 2002 (Defendants' Bates: 625);

211.    Billerica Police Department Internal Daily Log/Roster-Shift Assignments All Shifts dated September 7, 2002 (Defendants' Bates: 626-643);

212.    Billerica Police Department Officer's Formal Report dated September 22, 2002 (Defendants' Bates: 817, 818-819);

213.    Billerica Police Department Officer's Formal Report dated March 6, 2003 (Defendants' Bates: 644-645);

214.    Billerica Police Department Officer's Formal Report dated March 6, 2003 (Defendants' Bates: 646-648);

215.    Billerica Police Department Booking Report – Michelle Kennedy dated March 6, 2003 (Defendants' Bates: 649-653);

216.    Billerica Police Department Officer's Formal Report dated March 6, 2003 (Defendants' Bates: 860-861);

217.    Billerica Police Department Officer's Formal Report dated March 7, 2003 (Defendants' Bates: 857-859);

218.    Billerica Police Department Officer's Formal Report dated April 12, 2003 (Defendants' Bates: 831);

219.    Billerica Police Department Officer's Formal Report dated April 12, 2003 (Defendants' Bates: 832-833);

220. Billerica Police Department Incident Report dated February 11, 2004 (Defendants' Bates: 842);

221. Billerica Police Department Officer's Formal Report dated February 20, 2004 (Defendants' Bates: 654-655);

222. Billerica Police Department Booking Report Juvenile Arrest – Mitchell Kennedy dated February 20, 2004 (Defendants' Bates: 656-660);

223. Billerica Police Department Officer's Formal Report dated April 8, 2004 (Defendants' Bates: 855-856);

224. Billerica Police Department Officer's Formal Report dated May 13, 2004 (Defendants' Bates: 843-844, 863-864);

225. Billerica Police Department Officer's Formal Report dated May 17, 2004 (Defendants' Bates: 663-664);

226. Billerica Police Department Incident Report dated May 17, 2004 (Defendants' Bates: 665);

227. Billerica Police Department Incident Report/Roster-Shift Assignments dated May 17, 2004 (Defendants' Bates: 666);

228. Billerica Police Department Officer's Formal Report dated May 18, 2004 (Defendants' Bates: 667-669);

229. Billerica Police Department Incident Report/Roster-Shift Assignments dated May 18, 2004 (Defendants' Bates: 670-672);

230. Billerica Police Department Internal Daily Log All Shifts/Roster-Shift Assignments dated May 18, 2004 (Defendants' Bates: 673-693);

231. Billerica Police Department Officer's Formal Report dated May 18, 2004 (Defendants' Bates: 661-662);

232. Billerica Police Department Officer's Formal Report dated July 15, 2004 (Defendants' Bates: 694-695);

233. Billerica Police Department Officer's Formal Report dated July 26, 2004 (Defendants' Bates: 845-846);

234. Billerica Police Department Officer's Formal Report dated August 3, 2004 (Defendants' Bates: 834-837);

235. Billerica Police Department Officer's Formal Report dated September 15, 2004 (Defendants' Bates: 838-839, 847-848);

236.  Billerica Police Department Internal Daily Log All Shifts/Roster-Shift Assignments dated October 2, (Defendants' Bates: 697-719);

237.  Billerica Police Department Internal Daily Log All Shifts/Roster-Shift Assignments dated October 3, 2004 (Defendants' Bates: 720-741);

238.  Billerica Police Department Officer's Formal Report dated October 8, 2004 (Defendants' Bates: 807-808);

239.  Billerica Police Department Officer's Formal Report dated October 10, 2004 (Defendants' Bates: 809-811);

240.  Billerica Police Department Officer's Formal Report dated October 28, 2004 (Defendants' Bates: 742-744);

241.  Billerica Police Department Booking Report, Brian Kennedy, dated October 28, 2004 (Defendants' Bates: 745-747);

242.  Billerica Police Department Incident Report dated October 28, 2004 (Defendants' Bates: 748);

243.  Billerica Police Department Officer's Formal Report dated November 7, 2004 (Defendants' Bates: 812-813);

244.  Billerica Police Department Officer's Formal Report dated November 20, 2004 (Defendants' Bates: 849-850);

245.  Billerica Police Department Incident Report dated November 27, 2004 (Defendants' Bates: 841);

246.  Billerica Police Department Officer's Formal Report dated January 2, 2005 (Defendants' Bates: 865-867);

247.  Billerica Police Department Officer's Formal Report dated January 7, 2005 (Defendants' Bates: 852-854);

248.  Billerica Police Department Officer's Formal Report dated May 18, 2005 (Defendants' Bates: 696);

249.  Lowell Police Department Incident Report dated August 5, 1999 (Defendants' Bates: 206-207);

250.  Lowell Police Department Incident Report dated August 7, 1999 (Defendants' Bates: 208-210);

251.  Lowell Police Department Incident Report dated August 11, 1999 (Defendants' Bates: 211-212);

252. Lowell Police Department Incident Report dated September 2, 1999 (Defendants' Bates: 1998-1999);

253. Lowell Police Department Incident Report dated September 11, 1999 (Defendants' Bates: 2000-2001);

254. Lowell Police Department Incident Report dated August 3, 2003 (Defendants' Bates: 2051-2058);

255. Ayer Police Department Police Incident Report dated August 12, 1999 (Defendants' Bates: 1996-1997);

256. Chelmsford Police Officer's Formal Report dated June 6, 1994 (Defendants' Bates: 2025-2028);

257. New Hampshire State Police Arrest Report dated July 14, 1999 (Defendants' Bates: 137-145, 226-234, 294-302, 332-340, 1062-1070, 1328-1336, 1711-1719, 1735-1743, 1744-1752);

258. Salem Police Department Investigation dated September 7, 1999 (Defendants' Bates: 146-156, 215-225, 303-313, 318-329, 1163-1173, 1337-1347, 1348-1360, 1699-1710, 1753-1764, 1765-1776, 1785-1795, 1796-1806);

259. Massachusetts State Police Record of Investigation dated July 20, 2001 (Defendants' Bates: 235-236, 314-315, 330-331);

260. CORI – Casey Heffernan (Defendants' Bates: 1224-1227);

261. Billerica Police Department Rap Sheet – Casey Heffernan (Defendants' Bates: 1228-1229);

262. Statement by Michelle Kennedy dated January 2, 2002 (Defendants' Bates: 203-205, 397-399, 400-402, 1727-1729, 1730-1732);

263. Memo to Peter Maguire, Pam Lakin and Mary Hintz from Tara Conners dated January 7, 2002 (Defendants' Bates: 403-404, 405-406);

264. Letter to Mr. and Mrs. Brian Kennedy from Peter Maguire dated January 10, 2002 (Defendants' Bates: 407, 408);

265. Tewksbury Police Department Master Card Detail Listing – Michelle Kennedy, Last Activity Date April 10, 2002 (Defendants' Bates: 1835-1836);

266. Tewksbury Police Department Incident Report dated June 28, 1990 (Defendants' Bates: 1837-1838);

267. Tewksbury Police Department Incident Report dated July 27, 1990 (Defendants' Bates: 1930-1931);

268.    Tewksbury Police Department Incident Report dated February 1, 1991
        (Defendants' Bates: 1839);

269.    Tewksbury Police Department Incident Report dated March 3, 1991
        (Defendants' Bates: 1840);

270.    Tewksbury Police Department Incident Report dated May 7, 1991
        (Defendants' Bates: 1841-1842);

271.    Tewksbury Police Department Incident Report dated May 9, 1991
        (Defendants' Bates: 1843-1844);

272.    Tewksbury Police Department Incident Report dated July 15, 1991
        (Defendants' Bates: 1845);

273.    Tewksbury Fire Department Run Report dated September 23, 1991
        (Defendants' Bates: 899-900, 947-948, 973-974);

274.    Tewksbury Police Department Incident Report dated November 7, 1991
        (Defendants' Bates: 1846-1847);

275.    Tewksbury Police Department Incident Report dated November 15, 1991
        (Defendants' Bates: 1848-1849);

276.    Tewksbury Police Department Incident Report dated December 16, 1991
        (Defendants' Bates: 1850-1851);

277.    Tewksbury Police Department Incident Report dated January 20, 1992
        (Defendants' Bates: 1852, 1932);

278.    Tewksbury Police Department Incident Report dated May 25, 1992
        (Defendants' Bates: 1933);

279.    Tewksbury Police Department Incident Report dated August 2, 1992
        (Defendants' Bates: 1853);

280.    Tewksbury Police Department Incident Report dated April 22, 1993
        (Defendants' Bates: 1854-1855);

281.    Tewksbury Police Department Incident Report dated May 8, 1993
        (Defendants' Bates: 1934);

282.    Tewksbury Police Department Incident Report dated May 29, 1993
        (Defendants' Bates: 1856-1857);

283.    Tewksbury Police Department Incident Report dated August 2, 1993
        (Defendants' Bates: 1858-1859);

284.  Tewksbury Police Department Incident Report dated August 7, 1993 (Defendants' Bates: 1935);

285.  Tewksbury Police Department Incident Report dated August 12, 1993 (Defendants' Bates: 1860-1861);

286.  Tewksbury Police Department Incident Report dated November 27, 1993 (Defendants' Bates: 1862-1863);

287.  Tewksbury Police Department Incident Report dated July 27, 1994 (Defendants' Bates: 1936);

288.  Tewksbury Police Department Incident Report dated August 30, 1994 (Defendants' Bates: 1937);

289.  Tewksbury Police Department Incident Report dated January 12, 1995 (Defendants' Bates: 1938);

290.  Tewksbury Police Department Incident Report dated August 15, 1995 (Defendants' Bates: 1864-1865);

291.  Tewksbury Police Department Incident Report dated April 26, 1996 (Defendants' Bates 1866-1868);

292.  Tewksbury Police Department Incident Report dated April 27, 1996 (Defendants' Bates: 1869-1870);

293.  Tewksbury Police Department Incident Report dated January 4, 1997 (Defendants' Bates: 1871-1872);

294.  Tewksbury Police Department Incident Report dated January 13, 1997 (Defendants' Bates: 1939);

295.  Tewksbury Police Department Incident Report dated April 13, 1997 (Defendants' Bates: 1873);

296.  Tewksbury Police Department Incident Report dated June 22, 1997 (Defendants' Bates: 1874-1875);

297.  Tewksbury Police Department Incident Report dated October 6, 1997 (Defendants' Bates: 1876);

298.  Tewksbury Police Department Incident Report dated January 15, 1998 (Defendants' Bates: 1877-1880);

299.  Tewksbury Police Department Incident Report dated February 7, 1998 (Defendants' Bates: 1881-1882);

300.  Statement by Scott Ashton dated February 18, 1998 (Defendants' Bates: 1436-1437, 1462, 1515);

301.  Tewksbury Police Department Incident Report dated February 20, 1998 (Defendants' Bates: 39-40, 1439-1440, 1464-1465, 1517-1518, 1883-1884);

302.  Handwritten map of location of Lieutenant Conners' badge allegedly drawn by Daniel Dufault (Defendants' Bates: 41, 1438, 1463, 1516);

303.  Consent to Search dated February 20, 1998 (Defendants' Bates: 42, 1441, 1466, 1519);

304.  Tewksbury Police Department Incident Report dated June 27, 1998 Defendants' Bates: 1885-1888);

305.  Tewksbury Police Department Incident Report dated November 19, 1998 (Defendants' Bates: 1889);

306.  Tewksbury Police Department Incident Report dated December 3, 1998 (Defendants' Bates: 1890);

307.  Tewksbury Police Department Incident Report dated January 9, 1999 (Defendants' Bates: 1891);

308.  Tewksbury Police Department Incident Report dated February 2, 1999 (Defendants' Bates: 1940);

309.  Tewksbury Police Department Incident Report dated April 9, 1999 (Defendants' Bates: 1941-1943);

310.  Tewksbury Police Department Incident Report dated May 30, 1999 (Defendants' Bates: 1892-1893);

311.  Tewksbury Police Department Incident Report dated August 15, 1999 Defendants' Bates: 1894-1895);

312.  Tewksbury Police Department Incident Report dated September 21, 1999 (Defendants' Bates: 1896-1897);

313.  Tewksbury Police Department Incident Report dated September 27, 1999 (Defendants' Bates: 1898-1900);

314.  Tewksbury Police Department Incident Report dated September 30, 1999 (Defendants' Bates: 1901-1902);

315.  Tewksbury Police Department Incident Report dated October 31, 1999 (Defendants' Bates: 1903-1904, 1944-1945);

316.  Tewksbury Police Department Incident Report dated October 31, 1999
      (Defendants' Bates: 1905-1907);

317.  Tewksbury Police Department Incident Report dated November 24, 1999
      (Defendants' Bates: 1908-1910);

318.  Tewksbury Police Department Incident Report dated November 27, 1999
      (Defendants' Bates: 1946-1948, 1950-1952);

319.  Tewksbury Police Department Incident Report dated December 8, 1999
      (Defendants' Bates: 1949);

320.  Tewksbury Police Department Incident Report dated December 23, 1999
      (Defendants' Bates: 1911);

321.  Tewksbury Police Department Incident Report dated January 12, 2000
      (Defendants' Bates: 1912);

322.  Tewksbury Police Department Incident Report dated January 26, 2000
      (Defendants' Bates: 1913-1914);

323.  Tewksbury Police Department Incident Report dated August 25, 2000
      (Defendants' Bates: 1915-1916);

324.  Tewksbury Police Department Incident Report dated October 21, 2000
      (Defendants' Bates: 1917);

325.  Tewksbury Police Department Incident Report dated June 15, 2001
      (Defendants' Bates: 1953);

326.  Tewksbury Police Department Incident Report dated September 22, 2001
      (Defendants' Bates: 1918);

327.  Tewksbury Police Department Incident Report dated October 1, 2001
      Defendants' Bates: 1919-1921);

328.  Tewksbury Police Department Incident Report dated November 24, 2001
      (Defendants' Bates: 1922-1923);

329.  Tewksbury Police Department Incident Report dated February 11, 2002
      (Defendants' Bates: 1924-1925);

330.  Tewksbury Police Department Incident Report dated April 10, 2002
      (Defendants' Bates: 1926);

331.  Tewksbury Police Department Master Card Detail Listing – Brian
      Kennedy, Last Activity Date February 19, 2002 (Defendants' Bates: 1927-
      1929);

332.   Statement by Sergeant John Voto undated (Defendants' Bates: 2021);

333.   Tewksbury Public Safety Incident Report dated December 15, 2003 (Defendants' Bates: 601-603);

334.   Billerica Police Statement Form – Dianne Ashton dated December 16, 2005 (Defendants' Bates: 2098);

335.   Temporary Warrant for William R. Ashton dated December 17, 2002 (Defendants' Bates: 2099);

336.   Abuse Prevention Order – Dianne Ashton v. William Ashton (Defendants' Bates: 2100-2101);

337.   CJIS Warrant for Michelle Kennedy dated March 6, 2003 (Defendants' Bates: 2102-2104);

338.   Billerica Police Department Officer's Formal Report dated December 15, 2005 (Defendants' Bates: 2105-2106);

339.   Billerica Police Department Officer's Formal Report dated December 17, 2005 (Defendants' Bates: 2107-2108);

340.   Billerica Police Department Officer's Formal Report dated December 17, 2005 (Defendants' Bates: 2109).

341.   Billerica Police Department Officer's Formal Report dated July 30, 2003 (Defendants' Bates: 2110-2111);

342.   Documents responsive to a subpoena sent to the Richard Montuori, Town Manager on January 10, 2005 (Defendants' Bates: 2112-2828);

343.   Personnel Files: (1) Chief Daniel Rosa, (2) Sergeant Steve Elmore, (3) Michael Casey, (4) Martin Conway, (5) Mark D. Tsoukalas, (6) Thomas J. Conners and (7) Lieutenant Frank MacKenzie (Defendants' Bates 2829-3396);

344.   The Domestic Violence Law Enforcement Guidelines 2002 (Defendants' Bates 3397-3422);

345.   Notes, complaints, reports relative to the plaintiffs from file of Billerica Police Captain William West (Defendants' Bates 3423-3483);

346.   Billerica Police Report dated 07/01/93 (Glavin) (Defendants' Bates 3484-3486);

347.   Billerica Police Department Rules and Regulations (Foreword) (Defendants' Bates 3487-3506);

348. Billerica Police Department complaint form (Defendants' Bates 3507-3508);

349. Billerica Police Department policies and procedures (new policies) (Defendants' Bates 3509-3538);

350. Billerica Police Department police manual, policies and procedures (Defendants' Bates 3539-4541);

351. Documents produced prior to the 30 (b)(6) deposition of Chief Dan Rosa taken on Friday, July 7, 2006 (Defendants' Bates 4542-4592);

352. Documents from Michael Dodge (Defendants' Bates 4593-4700);

353. Billerica Police Department report dated 11/02/05 (Defendants' Bates 4701-4704);

354. Billerica Town Manager's file relative to the Kennedys (Defendants' Bates 4705-4732);

355. Personnel records to go with Defendants' Supplemental Answer to Interrogatory #3 (Defendants' Bates 4733-5058);

356. Legal Update 2005–2006: Key Developments in Law & Procedure for the Massachusetts Police Professional (Defendants' Bates 5059-5123);

357. Legal Update 2004–2005: Policing with perspective: A seminar for Massachusetts Law Enforcement Professionals (Defendants' Bates 5124-5224);

358. In-Service 2003-2004: Legal Updates for the Massachusetts Law Enforcement Official (Defendants' Bates 5225-5270);

359. In-Service 2003: Legal Updates for the Massachusetts Law Enforcement Official (Defendants' Bates 5271-5336);

360. Lahey Clinic Records – Michelle Kennedy (Defendants' Bates 5337-5354);

361. Lahey Clinic Records – Brian Kennedy (Defendants' Bates 5355-5481);

362. Training transcripts from the Massachusetts Criminal Justice Training Council for Michael Casey (Defendants' Bates 5482-5483);

363. Training transcripts from the Massachusetts Criminal Justice Training Council for Thomas Conners Defendants' (Bates 5484-5486);

364. Training transcripts from the Massachusetts Criminal Justice Training Council for Martin Conway (Defendants' Bates 5487-5489);

365.    Training transcripts from the Massachusetts Criminal Justice Training
Council for Steven Elmore Defendants' (Bates 5490-5492);

366.    Training transcripts from the Massachusetts Criminal Justice Training
Council for Frank MacKenzie (Defendants' Bates 5493-5495);

367.    Training transcripts from the Massachusetts Criminal Justice Training
Council for Mark Tsoukalas (Defendants' Bates 5496-5497);

368.    Report on Susan Wilson dated 09/08/06 (Defendants' Bates 5498);

369.    Letter from Billerica Public Schools to Michelle Kennedy re: tuition bill
(Defendants' Bates 5499-5500);

370.    Letter from Dr. Robert J. Calabrese dated June 22, 1988 to Michelle St. John
re: residency (Defendants' Bates 5502);

371.    Billerica Police Report dated October 11, 2006 re: William Ashton
(Defendants' Bates 5503-5507);

372.    Tender of Plea or Admission Waiver of Rights form for Michelle Kennedy
re: docket no. 9711CR 8186, dated February 12, 1998 (Defendants' Bates
5508-5509);

373.    Kenneth Carron Rap Sheet (Defendants' Bates 5511-5514);

374.    Four photographs from Billerica Police Department case no. 127178 (two
of Michelle Kennedy and two of Amy Baum), October 8, 1997
(Defendants' Bates 5519-5522);

375.    Billerica Police Department report dated October 5, 2006 re: Michelle
Kennedy and William Ashton, case # 347969 (Defendants' Bates 5523-
5524);

376.    Billerica Police Department report dated October 16, 2006 re: Brian
Kennedy, Jr. and Dylan Kennedy, case # 348985 (Defendants' Bates 5525-
5527);

377.    Billerica Police Department report dated October 11, 2006 re: Michelle
Kennedy and William Ashton, case #348452 (Defendants' Bates 5528-
5529);

378.    Billerica Police Department report of November 16, 2006, case # 35242
filed by Inspector William West (Defendants' Bates 5530-5531);

379.    Billerica Police Department report of November 17, 2006, case # 352501
filed by Patrolman Robert Brown (Defendants' Bates 5532-5533);

380. 19 Photographs (19 separate photos) from November 9, 2001 incident (Defendants' Bates 5534-5552);

381. 5 Photographs (all on 1 page) re: Billerica Police Department case #123379 of July 21, 1997 incident involving Josh Clark and John Oblenis (Defendants' Bates 5553);

382. 5 Photographs (on 2 separate pages) re:  December 1, 1997 incident, Billerica Police Department case #129677 (previously identified in report Defendants' bate stamped #1372-1373) (Defendants' Bates 5554-5555);

383. Billerica Police Statement Form Nancy Fleury dated May 21, 2002 (Defendants' Bates 5556-5557);

384. Photographs from the November 9, 2001 Incident (Defendants' Bates 5568-5575);

385. Massachusetts State Police Middlesex Narcotic Unit, November 16, 1992 (Defendants' Bates 5576-5590);

386. Billerica Police Department Report dated January 19, 2007 (Defendants' Bates 5591-5593);

387. Rap Sheet – Michelle Kennedy (Defendants' Bates 5594-5597);

388. Billerica Police Department Daily Arrest Report dated May 11, 1980 – Michelle St. John (Defendants' Bates 5598);

389. Promise of Parents, et al for Appearance of Child Released from Arrest dated May 11, 1980 – Michelle St. John (Defendants' Bates 5599);

390. Billerica Police Department Booking Report – Michelle Kennedy dated June 8, 1993 (Defendants' Bates 5600-5601);

391. Billerica Police Department Booking Report – Michelle Kennedy dated June 14, 1991 (Defendants' Bates 5602-5603);

392. Billerica Police Department Booking Report – Michelle Kennedy dated October 14, 1993 (Defendants' Bates 5606-5607);

393. Billerica Police Department Booking Report – Michelle Kennedy dated August 7, 1995 (Bates 5608-5609);

394. CJIS Query – Michelle Kennedy dated October 25, 1999 (Bates 5610-5611);

395. CORI – Michelle St. John (Bates 5612-5617);

396. Massachusetts Registry of Motor Vehicles New Suspensions and Revocations January 17, 1998 thru January 23, 1998 (Defendants' Bates 5618-5619);

397. Massachusetts Registry of Motor Vehicles Driver Inquiry – Michelle Kennedy (Defendants' Bates 5620-5621);

398. Massachusetts Registry of Motor Vehicles Driver History – Michelle Kennedy (Defendants' Bates 5622-5624);

399. Rap Sheet – Brian Kennedy (Defendants' Bates 5625-5629);

400. Billerica Police Department Booking Report – Brian Kennedy dated June 13, 1991 (Defendants' Bates 5630);

401. Billerica Police Department Booking Report – Brian Kennedy dated September 4, 1991 (Defendants' Bates 5631);

402. Billerica Police Department Incident Report dated October 15, 1993 (Defendants' Bates 5632);

403. Billerica Police Department Incident Report dated July 25, 1997 (Defendants' Bates 5633);

404. Billerica Police Department Booking Report – Brian Kennedy dated October 15, 1993 (Defendants' Bates 5634);

405. Billerica Police Department Booking Report – Brian Kennedy dated June 1, 1993 (Defendants' Bates 5635);

406. *Billerica Police Department Booking Report – Brian Kennedy dated October 15, 1993 (*Defendants' *Bates 5636)*;

407. Billerica Police Department Booking Report – Brian Kennedy dated October 18, 1996 (Defendants' Bates 5637);

408. Billerica Police Department Booking Report – Brian Kennedy dated July 25, 1997 (Defendants' Bates 5638);

409. CJIS Query – Brian Kennedy (Defendants' Bates 5640-5641);

410. CORI – Brian Kennedy (Defendants' Bates 5642-5650);

411. Massachusetts Registry of Motor Vehicles Driver History – Brian Kennedy (Defendants' Bates 5651-5653);

412. Rap Sheet – William Ashton (Defendants' Bates 5654-5656);

413.  Billerica Police Department Juvenile Booking Report – William Ashton dated May 16, 1997 (Defendants' Bates 5657);

414.  Billerica Police Department Booking Report – William Ashton dated January 19, 2000 (Defendants' Bates 5658);

415.  CJIS Query – William Ashton (Defendants' Bates 5661-5662);

416.  CORI – William Ashton (Defendants' Bates 5663-5666);

417.  Massachusetts Registry of Motor Vehicles Driver Inquiry – William Ashton (Defendants' Bates 5669-5671);

418.  Rap Sheet – Daniel Dufault (Defendants' Bates 5672-5675);

419.  Billerica Police Department Booking Report – Daniel Dufault dated February 27, 1994 (Defendants' Bates 5676);

420.   Billerica Police Department Booking Report – Daniel Dufault dated November 22, 1993 (Defendants' Bates 5677);

421.  Billerica Police Department Booking Report – Daniel Dufault dated December 4, 1996 (Defendants' Bates 5678);

422.  Billerica Police Department Booking Report – Daniel Dufault dated September 18, 1997 (Defendants' Bates 5679);

423.  Billerica Police Department Booking Report – Daniel Dufault dated August 12, 1994 (Defendants' Bates 5680);

424.  Billerica Police Department Booking Report – Daniel Dufault dated July 30, 1994 (Defendants' Bates 5681);

425.  CJIS Query – Daniel Dufault (Defendants' Bates 5682);

426.  CORI – Daniel Dufault (Defendants' Bates 5683-5687);

427.  Civil Restraining Orders – Tina Huber v. Daniel Dufault and Danielle Honnors v. Daniel Dufault (Defendants' Bates 5690);

428.  Massachusetts Registry of Motor Vehicles Driver History – Daniel Dufault (Defendants' Bates 5692);

429.  Rap Sheet – Amy Baum (Defendants' Bates 5693-5694);

430.  Billerica Police Department Booking Report – Amy Baum dated September 30, 1998 (Defendants' Bates 5695-5696);

431.  CJIS Query – Amy Baum (Defendants' Bates 5697);

432.    CORI – Amy Baum (Defendants' Bates 5698-5700);

433.    Rap Sheet – Dianne Ashton (Defendants' Bates 5701);

434.    Rap Sheet – Michael Kennedy (Defendants' Bates 5702-5703);

435.    Rap Sheet – Tracey Heffernan (Defendants' Bates 5704);

436.    Rap Sheet – Robyne Reslow (Defendants' Bates 5705);

437.    Rap Sheet – John P. Oblenis (Defendants' Bates 5706);

438.    Rap Sheet – John P. Oblenis, III (Defendants' Bates 5707-5708);

439.    Billerica Police Department Report dated May 8, 1987 (Defendants' Bates 5709);

440.    Billerica Police Department Report dated May 3, 1987 (Defendants' Bates 5710-5711);

441.    Billerica Police Department Report dated June 8, 1987 (Defendants' Bates 5712-5713);

442.    Billerica Police Department Report dated May 20, 1987 (Defendants' Bates 5714-5715);

443.    Billerica Police Department Report dated June 1, 1987 (Defendants' Bates 5716-5717);

444.    Billerica Police Department Report dated January 6, 1988 (Defendants' Bates 5718);

445.    Billerica Police Department Report dated March 14, 1988 (Defendants' Bates 5719-5723);

446.    Billerica Police Department Report dated March 27, 1988 (Defendants' Bates 5724-5725);

447.    Billerica Police Department Report dated July 24, 1988 (Defendants' Bates 5726);

448.    Billerica Police Department Report dated August 11, 1987 (Defendants' Bates 5727-5729);

449.    Billerica Police Department Report dated September 23, 1987 (Defendants' Bates 5730-5731);

450. Billerica Police Department Report dated June 31, 1988 (Defendants' Bates 5732);

451. Billerica Police Department Incident Report dated June 8, 1991 (Defendants' Bates 5733);

452. Billerica Police Department Incident Report dated June 8, 1993 (Defendants' Bates 5734);

453. Billerica Police Department Report dated September 4, 1991 (Defendants' Bates 5735-5736);

454. Billerica Police Department Report dated August 3, 1992 (Defendants' Bates 5737);

455. Affidavit of Sergeant Dennis J. Peterson (Defendants' Bates 5738-5741);

456. Billerica Police Department Report dated March 18, 1992 (Defendants' Bates 5742-5743);

457. Billerica Police Department Investigative Action Report dated April 10, 1993 (Defendants' Bates 5744-5745);

458. Billerica Police Department Report dated April 15, 1993 (Defendants' Bates 5746-5747);

459. Billerica Police Department Report dated June 1, 1993 (Defendants' Bates 5748-5749);

460. Billerica Police Department Report dated June 5, 1993 (Defendants' Bates 5750-5751);

461. Billerica Police Department Report dated December 25, 1993 (Defendants' Bates 5752-5753);

462. Billerica Police Department Report dated January 8, 1994 (Defendants' Bates 5754-5755);

463. Billerica Police Department Report dated June 21, 1995 (Defendants' Bates 5756-5758);

464. Billerica Police Department Report dated April 20, 1996 (Defendants' Bates 5759);

465. Billerica Police Department Report dated May 23, 1996 (Defendants' Bates 5760);

466. Billerica Police Department Report dated October 18, 1996 (Defendants' Bates 5761-5762);

467.    Billerica Police Department Report dated December 21, 1996 (Defendants' Bates 5763-5764);

468.    Billerica Police Department Report dated August 3, 1997 (Defendants' Bates 5765-5766);

469.    Billerica Police Department Report dated August 28, 1997 (Defendants' Bates 5767-5768);

470.    Billerica Police Department Report dated November 11, 1997 (Defendants' Bates 5769-5770);

471.    Billerica Police Department Report dated December 4, 1997 (Defendants' Bates 5771-5772);

472.    Billerica Police Department Report dated January 15, 1998 (Defendants' Bates 5773-5774);

473.    Billerica Police Department Report dated March 2, 1998 (Defendants' Bates 5775-5776);

474.    Billerica Police Department Report dated October 21, 1998 (Defendants' Bates 5777-5778);

475.    Billerica Police Department Report dated November 26, 1998 (Defendants' Bates 5779);

476.    Billerica Police Department Report dated March 19, 1999 (Defendants' Bates 5780);

477.    Billerica Police Department Report dated April 12, 1999 (Defendants' Bates 5781-5782);

478.    Billerica Police Department Report dated May 4, 1999 (Defendants' Bates 5783-5784);

479.    Billerica Police Department Report dated June 15, 1999 (Defendants' Bates 5785-5786, 5787-5788);

480.    Billerica Police Department Report dated June 15, 1999 (Defendants' Bates 5789-5791);

481.    Billerica Police Department Report dated June 16, 1999 (Defendants' Bates 5792-5793);

482.    Billerica Police Department Report dated June 17, 1999 (Defendants' Bates 5794-5795);

483.  Billerica Police Department Report dated June 24, 1999 (Defendants' Bates 5796-5797)

484.  Billerica Police Department Report dated August 6, 1999 (Defendants' Bates 5798-5799);

485.  Billerica Police Department Report dated September 1, 1999 (Defendants' Bates 5800);

486.  Billerica Police Department Report dated September 21, 1999 (Defendants' Bates 5801-5802);

487.  Billerica Police Department Report dated September 25, 1999 (Defendants' Bates 5803-5804);

488.  Billerica Police Department Report dated October 13, 1999 (Defendants' Bates 5805-5806);

489.  Billerica Police Department Report dated October 21, 1999 (Defendants' Bates 5807-5808);

490.  Billerica Police Department Report dated October 28, 1999 (Defendants' Bates 5809-5810);

491.  Billerica Police Department Report dated November 19, 1999 (Defendants' Bates 5811-5812);

492.  Billerica Police Department Report dated November 22, 1999 (Defendants' Bates 5813-5814);

493.  Billerica Police Department Report dated January 19, 2000 (Defendants' Bates 5815-5816);

494.  Statement by Sergeant John Voto undated (Defendants' Bates: 5817);

495.  Lowell Police Department Report dated August 30, 2000 (Defendants' Bates 5818-5819);

496.  Lowell Police Department Motor Vehicle Tow and Inventory Report dated August 30, 2000 (Defendants' Bates 5820);

497.  Massachusetts Registry of Motor Vehicles Registration/Title Inquiry – 1991 White Lexus Sedan (Defendants' Bates 5821-5822);

498.  Lowell Fire Department Incident Report dated August 30, 2000 (Defendants' Bates 5823-5825);

499.  Lowell Police Department vehicle list dated August 31, 2000 (Defendants' Bates 5826);

500.   Tewksbury Police Department Master Card Detail Listing – Michelle Kennedy (Defendants' Bates 5827-5830);

501.   Tewksbury Police Department Incident Report dated May 28, 1990 (Defendants' Bates 5831-5832);

502.   Tewksbury Police Department Incident Report dated August 15, 1999 (Defendants' Bates 5833-5834);

503.   Tewksbury Police Department Master Card Detail Listing – Brian Kennedy (Defendants' Bates 5835-5836);

504.   Memo to Inspector Richard Howe from Sergeant Peter Agnes dated February 14, 2000 (Defendants' Bates 5837);

505.   Tewksbury Police Department Master Card Detail Listing – Brian Kennedy (Defendants' Bates 5838-5839);

506.   Tewksbury Police Department Incident Report dated April 15, 1988 (Defendants' Bates 5840);

507.   Affidavit of Sergeant Dennis J. Peterson (Defendants' Bates 5841-5844);

508.   Tewksbury Police Department Arrest Report – Brian Kennedy dated April 15, 1988 (Defendants' Bates 5845-5846);

509.   Tewksbury Police Department Incident Report dated May 28, 1990 (Defendants' Bates 5847-5848);

510.   Tewksbury Police Department Incident Report dated September 27, 1999 (Defendants' Bates 5849-5850);

511.   Tewksbury Police Department Incident Report dated January 1, 2000 (Defendants' Bates 5851-5852);

512.   Billerica Police Department Incident Report dated January 7, 2005 (Defendants' Bates 5853-5854);

513.   Handwritten Notes dated April 17, 2002  (Defendants' Bates 5855);

514.   Billerica Police Department Roster-Shift Assignment 08:00-16:00 dated September 30, 1991 (Defendants' Bates: 5856-5860);

515.   Billerica Police Department Roster-Shift Assignment 16:00-00:00 dated September 30, 1991 (Defendants' Bates: 5861-5864);

516.   Billerica Police Department Report dated July 6, 1992 (Defendants' Bates 5865);

517.   Billerica Police Department Incident Report dated October 17, 1991 (Defendants' Bates 5866);

518.   Massachusetts Registry of Motor Vehicles Driver History – Francis St. John (Defendants' Bates 5867-5868);

519.   CJIS Query – David Lumbert (Defendants' Bates 5869);

520.   Massachusetts Registry of Motor Vehicles Driver History – David Lumbert (Defendants' Bates 5870);

521.   Rap Sheet – David Lumber (Defendants' Bates 5871-5872);

522.   Billerica Police Department Report dated January 9, 1995 (Defendants' Bates 5873-5874);

523.   Billerica Police Department Report dated September 2, 1990 (Defendants' Bates 5875);

524.   Billerica Police Department Report dated January 28, 1991 (Defendants' Bates 5876-5877);

525.   Billerica Police Department Report dated April 20, 1992 (Defendants' Bates 5878-5881);

526.   Billerica Police Department Report dated June 12, 1992 (Defendants' Bates 5882-5883);

527.   Billerica Police Department Report dated October 24, 1992 (Defendants' Bates 5884-5885);

528.   Billerica Police Department Report dated January 9, 1995 (Defendants' Bates 5886-5887);

529.   Citation Report – David Lumbert (Defendants' Bates 5888-5890);

530.   Billerica Police Department Roster-Shift Assignment 08:00-16:00 dated June 5, 1993 (Defendants' Bates: 5891-5895);

531.   Billerica Police Department Report dated June 5, 1993 (Defendants' Bates 5896-5897);

532.   Billerica Police Department Report dated January 19, 2000 (Defendants' Bates 5898-5899;

533.   Salem Police Department Arrest Report (Defendants' Bates 5900-5901);

534.   Billerica Police Department Incident Report dated June 19, 1993 (Defendants' Bates 5902-5903);

535.   Billerica Police Department Booking Report dated June 8, 1993 (Defendants' Bates 5904-5905);

536.   Billerica Police Department Incident Report dated February 20, 1998 (Defendants' Bates 5906-5907);

537.   Billerica Police Department Incident Report dated October 8, 1997 (Defendants' Bates 5908);

538.   Citation Report – Brian Kennedy dated October 15, 1997 (Defendants' Bates 5909);

539.   Citation Report – Michelle Kennedy dated December 30, 1997 (Defendants' Bates 5910);

540.   Billerica Police Department Report dated August 6, 1999 (Defendants' Bates 5911-5912);

541.   Billerica Police Department Incident Report dated July 20, 2001 (Defendants' Bates 5913);

542.   Citation Report – Michelle Kennedy dated July 22, 2001 (Defendants' Bates 5914);

543.   Billerica Police Department Incident Report dated July 22, 2001 (Defendants' Bates 5915);

544.   Police Department record on Michelle Kennedy re: Tina and William Huber (Defendants' Bates 5916);

545.   Police Department record on Brian Kennedy re: Tina and William Huber (Defendants' Bates 5917);

546.   Police Department record on Daniel Dufault re: Tina and William Huber (Defendants' Bates 5918);

547.   Billerica Police Department Incident Report dated November 9, 2001 (Defendants' Bates 5919-5920);

548.   CJIS – Warrant Management System – Amy Baum (Defendants' Bates 5921-5922);

549.   Fax Coversheet to Chief Dan Rosa from ADA Kate MacDougall dated February 28, 2002 (Defendants' Bates 5923);

550.  Billerica Police Department Roster-Shift Assignments All Shifts dated January 28, 2002 (Defendants' Bates 5924-5935);

551.  Helio Texeira Statement dated July 22, 1997 (Defendants' Bates 5936);

552.  Eugene DiFrancesco Statement dated July 23, 1997 (Defendants' Bates 5937);

553.  Josh Clark Statement dated July 21, 1997 (Defendants' Bates 5938);

554.  John P. Oblenis, III Statement dated July 21, 1997 (Defendants' Bates 5939);

555.  New Hampshire State Police Final Results of Disposition (Defendants' Bates 5940-5941);

556.  Fax Coversheet to Detective Howe from Trooper Tom Eliason, NHSP dated March 13, 2002 (Defendants' Bates 5942);

557.  Michelle Kennedy Drivers History (Defendants' Bates 5943-5944);

558.  Civil Restraining Order Maureen Dell'Isola v. Casey Heffernan (Defendants' Bates 5945-4956);

559.  Rap Sheet – Herbert Vacca, Jr. (Defendants' Bates 5947);

560.  Rap Sheet – Frederick Kendall (Defendants' Bates 5948-5949);

561.  CORI – Frederick Kendall (Defendants' Bates 5950);

562.  Rap Sheet – John Oblenis (Defendants' Bates 5951);

563.  CORI – John Oblenis (Defendants' Bates 5952-5956);

564.  Rap Sheet – Ruth Atkinson (Defendants' Bates 5957);

565.  Rap Sheet – Karen Atkinsn (Defendants' Bates 5958);

566.  Rap Sheet – Michael Kannedy (Defendants' Bates 5959-5960);

567.  Rap Sheet – Robyne Reslow (Defendants' Bates 5961-5962);

568.  CORI – Robyne Reslow (Defendants' Bates 5963-5964);

569.  Rap Sheet – David Lumbert (Defendants' Bates 5965-5966);

570.  CORI – David Lumbert (Defendants' Bates 5967-5968);

571.  Rap Sheet – Christine Kaizer (Defendants' Bates 5969);

572. Rap Sheet – Amy Baum (Defendants' Bates 5970-5972);

573. CORI – Amy Baum (Defendants' Bates 5973-5975);

574. Rap Sheet – Donna Oblenis (Defendants' Bates 5976);

575. Rap Sheet – Robyne Reslow (Defendants' Bates 5977);

576. Handwritten Notes (Defendants' Bates 5978);

577. Rap Sheet – Donna Oblenis (Defendants' Bates 5979);

578. Handwritten Notes (Defendants' Bates 5980);

579. Rap Sheet – John E. Lawrenson (Defendants' Bates 5981);

580. Application for Complaint against Robyne Reslow dated December 4, 1991 (Defendants' Bates 5982);

581. Application for Complaint against Donna Oblenis dated December 4, 1991 (Defendants' Bates 5983);

582. Handwritten Notes re: threats (Defendants' Bates 5984-5985);

583. Application for Complaint (resisting arrest) against Brian Kennedy dated November 9, 2001 (Defendants' Bates 5986-5987);

584. Application for Complaint (ABDW and malicious destruction of property) against Brian Kennedy dated November 9, 2001 (Defendants' Bates 5988-5989);

585. Drug Investigation re: Frederick Kling (Defendants' Bates 5990-6041);

586. Drug Investigation re: Donald Wilson (Defendants' Bates 6042-6066);

587. Billerica Police Department Report dated October 6, 2001 (Defendants' Bates 6067-6068);

588. Billerica Police Department Report dated November 24, 2001 (Defendants' Bates 6069-6070);

589. Billerica Police Department Report dated March 22, 2002 (Defendants' Bates 6071-6072);

590. Billerica Police Department Report dated May 6, 2002 (Defendants' Bates 6073-6075);

591. Citation Report – Michelle Kennedy dated July 22, 2001 (Defendants' Bates 6076);

592. Billerica Police Department Report dated November 9, 2001 (Defendants' Bates 6077-6078);

593. Citation Report – Brian Kennedy dated March 1, 2002 (Defendants' Bates 6079);

594. Documents re: guns delivered to Interstate Electric by mistake (Defendants' Bates 6080-6096);

595. Billerica Police Department Report dated December 13, 1988 (Defendants' Bates 6097);

596. Billerica Police Department Report dated June 8, 1987 (Defendants' Bates 6098-6099);

597. Billerica Police Department Report dated August 8, 1987 (Defendants' Bates 6100);

598. Billerica Police Department Report dated September 8, 1987 (Defendants' Bates 6101-6102);

599. Billerica Police Department Report dated October 1, 1987 (Defendants' Bates 6103);

600. Billerica Police Department Report dated December 6, 1988 (Defendants' Bates 6104-6105);

601. Billerica Police Department Report dated January 17, 1987 (Defendants' Bates 6106-6110);

602. Keeper of Records Subpoena to the Billerica Police Department dated December 30, 1988 (Defendants' Bates 6111);

603. Billerica Police Department Report dated August 5, 1987 (Defendants' Bates 6112);

604. Billerica Police Department Protective Custody Form – Leland S. Brown dated November 20, 1988 (Defendants' Bates 6113);

605. Billerica Police Department Report dated May 30, 1988 (Defendants' Bates 6114);

606. Documents re: arrest of Casey Heffernan dated February 2, 1989 (Defendants' Bates 6115-6122);

607. Billerica Police Department Report dated April 15, 1987 (Defendants' Bates 6123-6124);

608. Billerica Police Department Report dated February 2, 1987 (Defendants' Bates 6125);

609. Billerica Police Department Report dated May 8, 1987 (Defendants' Bates 6126);

610. Billerica Police Department Report dated August 10, 1988 (Defendants' Bates 6127);

611. Billerica Police Department Report dated March 23, 1988 (Defendants' Bates 6128-6131);

612. Billerica Police Department Report dated August 23, 1987 (Defendants' Bates 6132);

613. Billerica Police Department Report dated August 22, 1987 (Defendants' Bates 6133);

614. Billerica Police Department Report dated August 27, 1987 (Defendants' Bates 6134);

615. Billerica Police Department Report dated March 6, 1987 (Defendants' Bates 6135-6136);

616. Billerica Police Department Report dated February 8, 1987 (Defendants' Bates 6137);

617. Billerica Police Department Report dated May 2, 1990 (Defendants' Bates 6138);

618. Billerica Police Department Report dated February 6, 1990 (Defendants' Bates 6139);

619. Billerica Police Department Report dated November 30, 1987 (Defendants' Bates 6140-6141);

620. Notice of Trespass – Richard Reslow dated November 20, 1987 (Defendants' Bates 6142);

621. Billerica Police Department Report dated December 8, 1987 (Defendants' Bates 6143);

622. Billerica Police Department Report dated September 29, 1989 (Defendants' Bates 6144-6145);

623. Billerica Police Department Report dated August 26, 1988 (Defendants' Bates 6146);

624. Billerica Police Department Report dated April 23, 1988 (Defendants' Bates 6147-6148);

625. Billerica Police Department Report dated February 2, 1989 (Defendants' Bates 6149-6150);

626. Billerica Police Department Report dated February 2, 1989 (Defendants' Bates 6151-6154);

627. Billerica Police Department Report dated October 31, 1987 (Defendants' Bates 6155);

628. Billerica Police Department Report dated August 3, 1997 (Defendants' Bates 6156-6157);

629. Billerica Police Department Report dated June 21, 1995 (Defendants' Bates 6158-6160);

630. Billerica Police Department Report dated November 25, 1999 (Defendants' Bates 6161-6162);

631. Tewksbury Police Department Incident Report dated August 15, 1999 (Defendants' Bates 6163);

632. Application for Complaint against Todd Micciche dated August 15, 1999 (Defendants' Bates 6164);

633. Tewksbury Police Department Voluntary Statement Form – Michelle Kennedy (Defendants' Defendants' Bates 6165);

634. Michelle and Brian Kennedy Harassment Complaint Rough Draft (Defendants' Bates 6166-6177);

635. Billerica Police Department Card – Michelle St. John (Defendants' Bates 6178-6185);

636. Billerica Police Department Card – Brian Kennedy (Defendants' Bates 6186-6188);

637. Billerica Police Department Card – Michelle Kennedy (Defendants' Bates 6189);

638. Chelmsford Police Department Report dated June 6, 1994 (Defendants' Bates 6190-6193);

639. Massachusetts Fire Incident Report dated September 23, 1991 (Defendants' Bates 6194-6196)

640.    Billerica Fire Prevention Bureau Report dated September 23, 1991
        (Defendants' Bates 6197-6201)

641.    Documents re: the plaintiffs' August 30, 2000 Motor Vehicle Fire
        (Defendants' Bates 6202-6349);

642.    Tewksbury Police Department Master Card Detail Listing – Michelle
        Kennedy (Defendants' Bates 6350-6351);

643.    Tewksbury Police Department Report dated June 28, 1990 (Defendants'
        Bates 6352-6353);

644.    Tewksbury Police Department Report dated February 1, 1991
        (Defendants' Bates 5354);

645.    Tewksbury Police Department Report dated March 3, 1991 (Defendants'
        Bates 6355);

646.    Tewksbury Police Department Report dated May 7, 1991 (Defendants'
        Bates 6356-6357);

647.    Tewksbury Police Department Report dated May 9, 1991 (Defendants'
        Bates 6358-6359);

648.    Tewksbury Police Department Report dated July 15, 1991 (Defendants'
        Bates 6360);

649.    Tewksbury Police Department Report dated November 7, 1991
        (Defendants' Bates 6361-6362);

650.    Tewksbury Police Department Report dated November 15, 1991
        (Defendants' Bates 6363-6364);

651.    Tewksbury Police Department Report dated December 16, 1991
        (Defendants' Bates 6365-6366);

652.    Tewksbury Police Department Report dated January 20, 1992 (Defendants'
        Bates 6367);

653.    Tewksbury Police Department Report dated August 2, 1992 (Defendants'
        Bates 6368);

654.    Tewksbury Police Department Report dated April 22, 1993 (Defendants'
        Bates 6369-6370);

655.    Tewksbury Police Department Report dated May 29, 1993 (Defendants'
        Bates 6371-6372);

656.  Tewksbury Police Department Report dated August 2, 1993 (Defendants' Bates 6373-6374);

657.  Tewksbury Police Department Report dated August 12, 1993 (Bates 6375-6376);

658.  Tewksbury Police Department Report dated November 27, 1993 (Bates 6377-6378);

659.  Tewksbury Police Department Report dated August 15, 1995 (Bates 6379-6380);

660.  Tewksbury Police Department Report dated April 26, 1996 (Bates 6381-6383);

661.  Tewksbury Police Department Report dated April 27, 1996 (Bates 6384-6385);

662.  Tewksbury Police Department Report dated January 4, 1997 (Defendants' Bates 6386-6387);

663.  Tewksbury Police Department Report dated April 13, 1997 (Defendants' Bates 6388);

664.  Tewksbury Police Department Report dated June 22, 1997 (Defendants' Bates 6389-6390);

665.  Tewksbury Police Department Report dated October 6, 1997 (Defendants' Bates 6391);

666.  Tewksbury Police Department Report dated January 15, 1998 (Defendants' Bates 6392-6395);

667.  Tewksbury Police Department Report dated February 7, 1998 (Defendants' Bates 6396-6397);

668.  Tewksbury Police Department Report dated February 20, 1998 (Defendants' Bates 6398-6399);

669.  Tewksbury Police Department Report dated June 27, 1998 (Defendants' Bates 6400-6403);

670.  Tewksbury Police Department Report dated November 19, 1998 (Defendants' Bates 6404);

671.  Tewksbury Police Department Report dated December 3, 1998 (Defendants' Bates 6405);

672.  Tewksbury Police Department Report dated January 9, 1999 (Defendants' Bates 6406);

673.  Tewksbury Police Department Report dated May 30, 1999 (Defendants' Bates 6407-6408);

674.  Tewksbury Police Department Report dated August 15, 1999 (Defendants' Bates 6409-6410);

675.  Tewksbury Police Department Report dated September 21, 1999 (Defendants' Bates 6411-6412);

676.  Tewksbury Police Department Report dated September 27, 1999 (Defendants' Bates 6413-6415);

677.  Tewksbury Police Department Report dated September 30, 1999 (Defendants' Bates 6416-6417);

678.  Tewksbury Police Department Report dated October 31, 1999 (Defendants' Bates 6418-6419);

679.  Tewksbury Police Department Report dated October 31, 1999 (Defendants' Bates 6420-6422);

680.  Tewksbury Police Department Report dated November 24, 1999 (Defendants' Bates 6423-6425);

681.  Tewksbury Police Department Report dated December 23, 1999 (Defendants' Bates 6426);

682.  Tewksbury Police Department Report dated January 12, 2000 (Defendants' Bates 6427);

683.  Tewksbury Police Department Report dated January 26, 2000 (Defendants' Bates 6428-6429);

684.  Tewksbury Police Department Report dated August 25, 2000 (Defendants' Bates 6430-6431);

685.  Tewksbury Police Department Report dated October 21, 2000 (Defendants' Bates 6432);

686.  Tewksbury Police Department Report dated September 22, 2001 (Defendants' Bates 6433);

687.  Tewksbury Police Department Report dated October 1, 2001 (Defendants' Bates 6434-6436);

688. Tewksbury Police Department Report dated November 24, 2001 (Defendants' Bates 6437-6438);

689. Tewksbury Police Department Report dated February 11, 2002 (Defendants' Bates 6439-6440);

690. Tewksbury Police Department Report dated April 10, 2002 (Defendants' Bates 6441);

691. Tewksbury Police Department Master Card Detail Listing – Brian Kennedy (Defendants' Bates 6442-6444);

692. Tewksbury Police Department Report dated July 27, 1990 (Defendants' Bates 6445-6446);

693. Tewksbury Police Department Report dated January 20, 1992 (Defendants' Bates 6447);

694. Tewksbury Police Department Report dated May 25, 1992 (Defendants' Bates 6448);

695. Tewksbury Police Department Report dated May 8, 1993 (Defendants' Bates 6449);

696. Tewksbury Police Department Report dated August 7, 1993 (Defendants' Bates 6450);

697. Tewksbury Police Department Report dated July 27, 1994 (Defendants' Bates 6451);

698. Tewksbury Police Department Report dated August 30, 1994 (Defendants' Bates 6452);

699. Tewksbury Police Department Report dated January 12, 1995 (Defendants' Bates 6453);

700. Tewksbury Police Department Report dated January 13, 1997 (Defendants' Bates 6454);

701. Tewksbury Police Department Report dated February 2, 1999 (Defendants' Bates 6455);

702. Tewksbury Police Department Report dated April 9, 1999 (Defendants' Bates 6456-6458);

703. Tewksbury Police Department Report dated October 31, 1999 (Defendants' Bates 6459-6560);

704.   Tewksbury Police Department Report dated November 27, 1999 (Defendants' Bates 6461-6463);

705.   Tewksbury Police Department Report dated December 8, 1999 (Defendants' Bates 6464);

706.   Tewksbury Police Department Report dated November 27, 1999 (Defendants' Bates 6465-6467);

707.   Tewksbury Police Department Report dated June 15, 2001 (Defendants' Bates 6468);

708.   Letter to Inspector Richard Howe from the Middlesex District Attorney's Office dated August 28, 2002 (Defendants' Bates 6469).

709.   Medical records of Michelle Kennedy (not all produced as of this submission)

710.   Medical records of Brian Kennedy (not all produced as of this submission)

711.   Videotapes produced by plaintiffs.

712.   Notes produced by plaintiffs Michelle and Brian Kennedy.


                    Respectfully submitted,
                    The Defendants,
                    By their attorneys,


                    /s/ Jeremy Silverfine
                    Jeremy Silverfine, BBO No. 542779
                    Leonard H. Kesten, BBO No. 542042
                    Karen W. Peters, BBO No. 658903
                    BRODY, HARDOON, PERKINS & KESTEN, LLP
                    One Exeter Plaza
                    Boston, MA 02116
                    (617) 880-7100

Date:  March 5, 2007