UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************
BRIAN KENNEDY, et al             *
                                 *
            Plaintiffs           *
                                 *
v.                               *  Civil Action no. 04-12357 - PBS
                                 *
TOWN OF BILLERICA, et al         *
                                 *
            Defendants           *
*********************************************

**MOTION TO COMPEL**
**COMPLETE RECORDS OF DISTRICT ATTORNEY**

Now come the plaintiffs and move this Honorable Court order that the Middlesex District Attorney's office produce their complete files of all prosecutions of any of the plaintiffs between 1991 and 2004. As reason plaintiffs state the following:

1. Defendants first moved this Court order the Middlesex County District Attorney's office to produce certain records regarding one of the multiple prosecutions of the plaintiffs arising from arrests by the defendants. [Docket #68]   This motion was denied without prejudice for failure to serve the District Attorney and was renewed December 13, 2006 [Docket # 123].

Plaintiffs did not oppose this motion, assenting with the proviso that the District Attorney produce all records, as indicated in their partial opposition, filed as Document 126 on December 22, 2006.

3.  Defendants responded by withdrawing their renewed motion, having obtained the records they sought from the one arrest that concerned them.[1]  However, the plaintiffs received no response from the District Attorney's office.

---

[1] Defendants did provide plaintiffs with copies of documents received from the District Attorney regarding this one arrest.

4. The defendants' withdrawal of their motion have left the plaintiffs with no recourse but to file their own motion for an order compelling the production by the District Attorney's office of its complete files regarding arrests and prosecutions of the plaintiffs involving the defendant Billerica police officers.

5. Plaintiffs, having relied in good faith on the defendants' motion, now are obliged to file this motion and hereby do so, seeking the Middlesex District Attorney's complete files regarding arrests and prosecutions of the plaintiffs involving the defendant Billerica police officers.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Brian Kennedy, et al<br>by their counsel |
| Date: March 5, 2007 | /s/ Andrew M. Fischer<br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904<br>Afischer@jasonandfischer.com |

kennedy/mocompelADArecords