UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
BRIAN KENNEDY, et al              *
                                  *
         Plaintiffs               *
                                  *
v.                                *    C. A. No. 04-CV-12357-PBS
                                  *
TOWN OF BILLERICA, et al          *
                                  *
         Defendants               *
*********************************
```

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiffs and certify that he has conferred with defense counsel, pursuant to Rule 7.1, regarding plaintiffs' Motion to Compel Complete Records of District Attorney and states that defense counsel responded by stating "it's my subpoena" and that the defendants were not obliged to accommodate the plaintiffs' requests for records from the third part District Attorneys office.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date:   March 5, 2007

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy\7.1certfication.moADArecords