UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************

BRIAN KENNEDY, et al

        Plaintiffs

v.

TOWN OF BILLERICA, et al

        Defendants

*******************************

Civil Action no. 04-12357 - PBS

### AFFIDAVIT OF DEAN ROYSTON

I, Dean Royston, do hereby affirm and attest as follows:

1. My name is Dean Royston and I reside at 28 Bay Street, Lowell, MA 01854. Although I am presently employed by Johnson Construction in Billerica, I was a police officer for the Billerica Police Department for eighteen (18) years from 1985 until 2003.

2. I was terminated from the force in September, 2003. The ground for my termination was possession of marijuana, although my relationship with Michelle Kennedy was one of the motivations of the department's actions against me, as was established in the civil service hearings. One of the issues raised in the civil service decision was that the Billerica Police Department had no established drug policy for its officers.

3. I met Michelle Kennedy in the 1980's, when I would frequent dance clubs and see Michelle Kennedy. Our friendship really developed some time around the year 2000 and I now consider her a friend.

4. On December 25, 2001, I received a reprimand for having Michelle in my cruiser. Although it was in violation of the Police Department regulations to have a civilian in the cruiser, it was commonly done and rarely enforced, if ever.

5. Within days there were offensive cartoons posted in the Police Department depicting a police vehicle marked with my number with Kennedy's name on it and the address of 162 Leicester Street. There was another offensive cartoon showing my police bicycle parked outside the trailer park of Michelle Kennedy with my clothes strewn all over the lawn.

6. On April 18, 2002, Chief Rosa required that I meet with him and he questioned me about meeting with Michelle Kennedy at Dunkin Donuts. The Chief claimed that he had ordered me not to associate with Michelle Kennedy and asked me to respond to written questions regarding my association with Ms. Kennedy.

7. On April 22, 2002, Chief Rosa issued a memo to the department directing officers not to have any contact with the Kennedys while off duty and on April 25, 2002, I was suspended for my contact with Michelle Kennedy.

8. On March 13, 2003, Chief Rosa informed me that my name had come up in a drug investigation. One week later I met with Chief Rosa, Town Counsel and my union attorney. The entire meeting was focused on my relationship with Michelle Kennedy.

9. In May of 2003, I was required to meet with Chief Rosa and Lieutenant Connors, where I was questioned about a meeting with Michelle Kennedy at the 99 Restaurant. They asked me what kind of contact I had had with Michelle Kennedy.

10. At this or other meetings when my suspension was at issue, Chief Rosa asked me if I ever had disclosed any police information or procedures to the Kennedys. I

believe that this was because there was a fear in the department that the Kennedys were getting tipped off about police investigations and that somebody in the inside was giving them the information and this was resulting in the Kennedys continually beating the charges brought against them.

11. In 1991, when Officer Mackenzie kept pursuing Michelle, she tried to get him to back off. When he wouldn't Michelle went to Mackenzie's wife and informed her. This may be the reason and certainly marked the beginning of the issues with the Kennedys.

12. In the early to mid 1990's, there was mechanism for "pay back", or "retribution" to individuals with whom an officer was having a problem. Sergeant Weston would name the individual against whom retribution was to be taken and I would be instructed to pay special attention to that individual.

13. When someone was identified as needing "retribution", I would be instructed by Sergeant Weston to pay special attention to this individuals and "give them a little present". Usually this meant a traffic citation or speeding ticket.

14. In addition, in the early 90s there was what we in the department called "serious choir practice". This was the term used to describe the heavy drinking sessions which took place among the police officers. At that time all the police officers looked out for one another.

15. Sgt. Weston had told me to write up Brian Kennedy for a traffic violation whenever I could.

16. Sergeant Weston openly expressed an extreme dislike for the Kennedys

17. In 1991, following the firebombing of the Kennedy's house shortly after Michelle had gone to Mackenzie's wife, some of the Billerica police officers were snickering at the station about the fact that the Kennedy's house had been firebombed.

18. In addition to MacKenzie and Weston, Thomas Connors also had an extreme dislike for the Kennedys. Connors has a huge ego. He is known as the "Toe", named after Sergeant Hulka in the movie Stripes.

19. As the harassment of the Kennedys proceeded, there was some frustration among the officers that the Kennedys always beat the charges that were brought against them.

20. On March 31, 2002, I received a call for a suspicious car at the Boys Club. Officer Parker took the call because he indicated that he was close by the Boys Club. Officer Parker then called for back up, claiming "it is the Kennedys! Send another car!"

21. In response, I began to head over to the Boys Club. While driving there, I received a call on my cell phone from Michelle Kennedy. I could hear Officer Parker and Michelle Kennedy screaming at one another. I heard Officer Parker say "Just because you're fucking that nigger cop doesn't mean you can do whatever you want".

22. When I arrived at the Boys Club, I observed Officer Parker screaming at Michelle Kennedy, who was in her car with the windows rolled up.

23. I went back to the station and reported the incident to Lieutenant Greenhall, indicating that I was not happy being put in that position and didn't appreciate Parker's comments.

24. While I was willing to let the issue pass, nothing was done to address the underlying issues, of Officer Parker's racial remarks, of the offensive cartoons, of any of

the behavior towards me based on my friendship with Michelle Kennedy or, in fact, of any of the behavior towards the Kennedys by a what had grown to be a number of officers in the department.

25. It was after this incident that my problems with the police department began.

SIGNED AND SWORN UNDER PAIN AND PENALTY OF PERJURY THIS ____ DAY OF JULY, 2006

_____
Dean Royston