UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., <br>                 Plaintiffs <br><br> VS. <br><br> TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, <br>                 Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' MOTION IN LIMINE TO PREVENT PLAINTIFFS FROM PRESENTING HEARSAY STATEMENTS TO PROVE THEIR ALLEGATIONS**

      Now come the defendants in the above-referenced matter and move *in limine* to prohibit the plaintiffs from presenting hearsay in order to prove the allegations in their Complaint.

      The plaintiffs have filed a 42 page Complaint in this case naming some 29 individual defendants concerning allegations dating back some 15 years (and continuing, according to the plaintiffs). The plaintiffs have listed numerous witnesses to these allegations. However, throughout the discovery phase of this case it is apparent that the plaintiffs will

attempt to present hearsay statements through themselves and other witnesses in an attempt to prove their allegations.

The defendants respectfully submit that such hearsay statements are inadmissible and the plaintiffs should not be able to present such statements before the jury.

                                     Respectfully submitted,
                                     Defendants,
                                     By Their Attorney


                                     __/s/ Jeremy I. Silverfine_____
                                     Leonard E. Kesten, BBO # 542042
                                     Jeremy I. Silverfine, BBO # 542779
                                     BRODY, HARDOON, PERKINS & KESTEN, LLP
                                     One Exeter Plaza, 12th Floor
                                     Boston, MA  02116
                                     (617) 880-7100

Date:  March 5, 2007