UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., <br>             Plaintiffs <br><br> VS. <br><br> TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, <br>             Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ANY REFERENCES TO RACE AS A REASON FOR THE DEFENDANTS' ACTIONS

The defendants in the above-referenced matter hereby move, *in limine*, to request this Court to instruct the plaintiffs and their counsel not to suggest to the jury that race was a motivating factor in this action.

In support thereof, the defendants state as follows:

1. In several of the plaintiffs' Pre-trial Motions, they have referred to incidents involving former Billerica Police Officer Dean Royston.  Royston was a Billerica Police Officer who was terminated for, among other things, purchasing marijuana from a known drug dealer in February 2003.  Said

purchase and use by Mr. Royston violated multiple rules and regulations of the police force and thereafter he was terminated from employment. Additionally, Royston had ignored the directive to avoid improper associations and transport of citizens. Royston had been in his police vehicle transporting the plaintiff Michelle Kennedy on non-police business.

2. The plaintiffs have asserted in their various motions that Dean Royston is an African-American and therefore was treated differently (i.e. fired) by the defendants due to his race.

3. The discovery in this case has produced absolutely *no* evidence of any race-related reasons for the actions of any defendants.

4. The plaintiffs apparently want to improperly suggest to the jury that they should find that Dean Royston and ultimately the plaintiff Michelle Kennedy were treated differently in this case because Dean Royston is African-American.

5. There is absolutely no factual basis in any of the evidence derived in this case from which the plaintiffs can point to the fact that Michelle Kennedy was being treated differently or targeted by the defendants because Dean Royston is an African-American.

6. The defendants suggest that they will be greatly prejudiced if the plaintiffs and/or their counsel are allowed to improperly mention any of these allegations in light of the fact that there is absolutely no evidence to support it.

WHEREFORE, the defendants ask this Court to order the plaintiffs and their counsel not to suggest that race was a reason for the actions of the defendants.

Respectfully submitted,
Defendants,
By Their Attorney


  /s/ Jeremy I. Silverfine
Leonard E. Kesten, BBO # 542042
Jeremy I. Silverfine, BBO # 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Date: March 5, 2007