UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., <br> Plaintiffs <br><br> VS. <br><br> TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' MOTION IN LIMINE TO PROHIBIT THE PLAINTIFFS FROM REFERRING TO AGREEMENT ENTERED BY THIS COURT AS A "RESTRAINING ORDER"**

Now come the defendants in the above-referenced matter and move to prohibit the plaintiffs from referring to an Order (Document 34) entered by this Honorable Court as a restraining order. In support thereof, this Court entered an Order which states, in relevant part, that, "By consent of the parties, and until completion of the trial in this case or further order of the Court, the defendant Billerica Police Officer Mark Tsoukalas, will not drive by the plaintiff's house at 1248 Gorham Street, Lowell, Massachusetts, unless there is an emergency, in non-Court hours. Defendants contest plaintiff's allegations regarding the alleged harassment." (Document 34). Throughout this case in various verbal arguments to

this Court, the plaintiffs have referred to said Order as a "restraining order". In fact, this order is clearly not a restraining order against Mark Tsoukalas.

To allow the plaintiffs to refer to this Order as a restraining order would be misleading and would also greatly prejudice the defendants in this action.

        Respectfully submitted,
        Defendants,
        By Their Attorney


        __/s/ Jeremy I. Silverfine_____
        Leonard E. Kesten, BBO # 542042
        Jeremy I. Silverfine, BBO # 542779
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza, 12th Floor
        Boston, MA  02116
        (617) 880-7100

Date:  March 5, 2007