UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, | ) |
| Individually and as mother and next friend of | ) |
| BRIAN KENNEDY, JR., | ) |
| MITCHELL KENNEDY AND DYLAN KENNEDY | ) |
|          Plaintiffs | ) |
| VS. | ) |
| | ) |
| TOWN OF BILLERICA, DANIEL C. ROSA, JR. | ) |
| Individually and as Chief of the Billerica Police Department, | ) |
| JOHN BARRETTO, Individually and as former Chief of the | ) |
| Billerica Police Department, PAUL W. MATTHEWS, | ) |
| Individually and as former Chief of the Billerica Police | ) |
| Department, ROBERT LEE, Individually and as former | ) |
| Deputy Chief of the Billerica Police Department, THOMAS | ) |
| CONNORS, FRANK A. MACKENZIE, RICHARD | ) |
| RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK | ) |
| TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY, | ) |
| ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, | ) |
| WILLIAM MCNULTY, DONALD MACEACHERN, | ) |
| MICHAEL A. CASEY, RICHARD NESTOR, ROBERT | ) |
| BROWN, WILLIAM G. WEST, GREGORY KATZ, | ) |
| GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM | ) |
| MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY | ) |
| F. MCKENNA AND JOHN DOE, | ) |
|          Defendants | |

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE THE 1988 CONVICTION

Now come the defendants in the above-referenced matter and hereby oppose the

plaintiffs' Motion *In Limine* to Exclude the 1988 conviction of plaintiff Brian Kennedy.

As reasons therefore the defendants state that, at present, the case before the

court involves allegations by the plaintiffs of a wide assortment of harassment and

illegal acts on the part of the defendants from the years 1991 through 2004.  Wherein the

plaintiffs are claiming actions beginning in 1991, a conviction in 1988 of the plaintiff is

both relevant and within the rules provided for impeachment (ie. 5 years for a

misdemeanor, 10 years for a felony from the date of incident).  Further, to not allow

such evidence would limit the defendants in responding to the plaintiffs' allegations

and provide erroneous information to the fact finder.  If the plaintiffs are in fact allowed

to proceed with claims dating back to 1991, the jury ought to be allowed to fully and

fairly decide all the facts in this case.


Respectfully submitted,
DEFENDANTS,
By their attorneys,


/s/ Jeremy Silverfine
Jeremy I. Silverfine, BBO No. 542779
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100


Dated: March 5, 2007