UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,            )
Individually and as mother and next friend of  )
BRIAN KENNEDY, JR.,                            )
MITCHELL KENNEDY AND DYLAN KENNEDY             )
                  Plaintiffs  )
VS.                                            )
                                               )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.          )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the  )
Billerica Police Department, PAUL W. MATTHEWS,  )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD           )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK     )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,    )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,    )
WILLIAM MCNULTY, DONALD MACEACHERN,            )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT       )
BROWN, WILLIAM G. WEST, GREGORY KATZ,          )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM       )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY      )
F. MCKENNA AND JOHN DOE,                       )
                  Defendants

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE REFERENCES TO OUT OF JURISDICTION OFFENSES, ARRESTS OR CONVICTION**

Now come the defendants in the above-referenced matter and hereby oppose the plaintiffs' Motion *In Limine* to Exclude any references to Out of Jurisdiction Offenses, Arrests or Conviction.

In support thereof the defendants state that the plaintiffs have made numerous allegations against the defendants for wrongdoing.  During the discovery process they have denied that they have acted improperly or illegally both in Billerica and other places.  The defendants should be allowed to respond appropriately with documents and information, which contrast the plaintiffs' representations.  This response should

include any and all bad acts whether within or outside of Billerica.

        Respectfully submitted,
        DEFENDANTS,
        By their attorneys,

        /s/ Jeremy Silverfine
        Jeremy I. Silverfine, BBO No. 542779
        Leonard H. Kesten, BBO No. 542042
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: March 5, 2007