UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., MITCHELL KENNEDY AND DYLAN KENNEDY<br>Plaintiffs<br>VS.<br><br>TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE,<br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO REDACT AND EXCLUDE HEARSAY CONTAINED IN MEDICAL RECORDS**

Now come the defendants in the above-referenced matter and hereby oppose the plaintiffs' Motion *In Limine* to Redact and Exclude Hearsay contained in the plaintiffs' medical records. In support thereof, the defendants state that the statements that the plaintiffs provided to their medical providers are part of the oral history provided to medical providers and in this case are of critical import. Further, what the plaintiffs related to medical providers as to their cause of injuries provide critical information to the fact finders as to what the plaintiffs told their medical providers as opposed to what they allege in their Complaint.

        Respectfully submitted,
        DEFENDANTS,
        By their attorneys,


        /s/ Jeremy Silverfine
        Jeremy I. Silverfine, BBO No. 542779
        Leonard H. Kesten, BBO No. 542042
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100


Dated: March 5, 2007