UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,                )
Individually and as mother and next friend of                    )
BRIAN KENNEDY, JR.,                                                       )
MITCHELL KENNEDY AND DYLAN KENNEDY       )
                         Plaintiffs                                                )
VS.                                                                                         )
                                                                                           )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.               )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the  )
Billerica Police Department, PAUL W. MATTHEWS,       )
Individually and as former Chief of the Billerica Police      )
Department, ROBERT LEE, Individually and as former      )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD             )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,  )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,            )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT      )
BROWN, WILLIAM G. WEST, GREGORY KATZ,           )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM       )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY   )
F. MCKENNA AND JOHN DOE,                                           )
                            Defendants

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE CERTAIN MEDICAL RECORDS**

Now come the defendants in the above-referenced matter and hereby oppose the plaintiffs' Motion *In Limine* to Exclude Certain medical records.  In support thereof, the defendants state that the plaintiffs' motion *in limine* does not in any way identify which records they are referring to.  None of the medical records have been identified in the motion and, in fact, may be one of the records, which have not been produced by the plaintiffs to date.  Further, the defendants can only guess that these medical records are in fact damaging to the plaintiffs as they may have to do with drug use, abuse, and or would show a pattern by the plaintiffs involved with illegal narcotics or activities.

        Respectfully submitted,
        DEFENDANTS,
        By their attorneys,


        /s/ Jeremy Silverfine
        Jeremy I. Silverfine, BBO No. 542779
        Leonard H. Kesten, BBO No. 542042
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: March 5, 2007