# EXHIBIT 1B

Page 314

1  Q. It's not. Okay. Whose handwriting is this?
2  A. I'm not sure whose writing this is.
3  Q. You don't recognize this? This is part of
4     the documents you produced to us as far as
5     notes. You didn't write this?
6  A. No. I didn't.
7  Q. Even though it says in the middle there,
8     "Tsoukalas came by, threatening me, then
9     swerved at Brian, Jr. and" -- it looks
10    like -- "Brian, Sr."
11 A. Yes. It says "Brian, Sr."
12 Q. Okay. So who -- who would have written
13    this?
14 A. Somebody that was dictating the note. I --
15    I'm not -- I don't know who was the actual
16    writer of this.
17 Q. So you have no idea whose handwriting this
18    is?
19 A. (Witness indicates).
20 Q. Okay. At the top of this page, it says --
21    it looks like "June 14th." And right
22    below, it says, "Tuesday, March 3, Captain
23    West called" -- and, again, I'm doing the
24    best I can -- "1- -- Wednesday, 1:55. Cops

Page 315

1     went to Brian's job three times, asking
2     names." Do you see that?
3  A. Yes. I do.
4  Q. Does that refresh your -- indicate what this
5     note is in regards to?
6  A. Well, it seems to me like there was a lot of
7     incidents on this page. But, as far as that
8     incident there, I do recall that.
9  Q. Okay. When did -- when did that incident
10    take place in?
11 A. I was building a house. There -- there was,
12    actually, a couple of them. I was building
13    a house in Billerica. And the police were
14    just driving by, you know, driving by, I
15    would say, stalking me.
16 Q. Okay. What -- what period of time are we
17    talking?
18 A. Excuse me?
19 Q. What period of time? In other words, when
20    did this -- when did the police, you say,
21    come by your --
22 A. What date?
23 Q. Yeah.
24 A. I'm not sure of what date it exactly was

Page 316

1     right now.
2  Q. What -- what year?
3  A. Again, I'd be -- I would be guessing.
4  Q. All right. When you say -- when it's
5     written here "Cops went to Brian's job three
6     times asking names," who were they looking
7     for?
8  A. They were looking -- they just wanted to
9     know who I was working with and who was
10    working for me.
11 Q. Okay. And -- and when was -- when was --
12    when did this happen, this event happen?
13 A. I'm not sure of the date --
14 Q. Okay.
15 A. -- when it happened.
16 Q. All right. Let's turn to the next page,
17    which is 00433, your Bates number. It looks
18    to be a -- three pages. Do you recognize
19    that handwriting?
20 A. What page is it, again?
21 Q. 00433, 00434, and 00435. It's three pages
22    in your hand.
23 A. Okay.
24 Q. Do you see that?

Page 317

1  A. Yes. I do.
2  Q. Okay. Do you recognize that handwriting?
3  A. Yes. I do.
4  Q. All right. And I think, at the top, it
5     says, "I, Michelle Kennedy"; and it goes on
6     to have a statement. Right?
7  A. Yes.
8  Q. Okay. Is this Michelle Kennedy's
9     handwriting?
10 A. Yes.
11 Q. All right. At the last grouping of this
12    page 3, Bates No. 00435, there's discussion
13    about, "The next day, my husband was coming
14    to bail me out; and they pulled him over."
15    Do you see that at the top of the page?
16 A. Yes.
17 Q. All right. What incident or -- is this note
18    referring to?
19 A. This is referring to me being arrested for
20    the De- -- Deann Masone case.
21 Q. Okay. That's the Deann Masone incident of
22    November 9, 2001?
23 A. Yes.
24 Q. Okay. By the way, on that incident, did

Page 318

1  you -- you had, last time, indicated you had
2  some dental work done before the -- that
3  incident that night. Do you remember that?
4  A. Yes.
5  Q. Did you return for further dental care after
6  that night?
7  A. I'm not sure. I might have.
8  Q. Okay. Whom did you see when you returned
9  for dental work after November 9th, 2001?
10 A. Well, actually, I was incarcerated for
11 four days.
12 Q. Well --
13 A. So I mean, I -- I don't know who I seen --
14 who I saw after the -- after this.
15 Q. Well, I'm first asking you, did you see
16 anyone -- that's the first question -- after
17 that night in question --
18 A. Okay. Now --
19    MR. FISCHER: As a result of the -- of
20 this incident? Or . . .
21    MR. SILVERFINE: No, no, no. He said --
22 he said -- and I'm just following up on
23 the -- his deposition. He said he went to
24 see some dentist prior to the incident.

Page 319

1  Q. And you produced, subsequent to that, some
2  photographs. Right? Okay. So I'm asking
3  you, did you see any other -- strike that.
4  Did you see a dentist following that episode
5  where you indicated you were bleeding from
6  the -- from your mouth?
7  A. Yes.
8  Q. Okay. Who -- who did you see?
9  A. What? Are you asking what dentist I --
10 Q. Yeah.
11 A. It was a dentist in Billerica. I can't
12 think of his name at this time.
13 Q. Did you go to the same dentist you saw that
14 day of November 8th, 2001?
15 A. Yes.
16 Q. The same dentist. Okay. And when -- when
17 in time did you go after -- you said you
18 were bleeding. How soon after did you go
19 see him?
20 A. My tooth was extracted, and I was bleeding.
21 It was bleeding into that night. And that's
22 when this -- the -- the case all happened.
23 I -- I don't know if --
24 Q. And -- and when was the next time you saw a

Page 320

1  dentist bes- --- because you were bleeding?
2  A. I -- I didn't.
3  Q. Okay. It also says in -- in this document,
4  Exhibit 4, your Bates 00435, "took all his
5  money." Do you see that?
6  A. Yes.
7  Q. Who took all your money?
8  A. The police.
9  Q. All right. Wasn't that money returned to
10 your lawyer?
11 A. It was -- my -- my lawyer received it. Yes.
12 Q. Okay. It also says, a couple of lines down,
13 "beat my husband. Four officers. Several
14 neighbors witnessed this. The (sic)
15 repeatedly kicked him in the head." Do you
16 see that?
17 A. Yes. I see it.
18 Q. All right. What's the name -- besides
19 Officer Tsoukalas, what's the three other
20 officers' names?
21 A. Again, if it was -- there was a report done
22 by the Billerica police that the names
23 should be stated on that. But as far as me
24 knowing the names, I -- I know Officer

Page 321

1  Tsoukalas. And he's the one that I know by
2  name.
3  Q. Okay. Who were the other neighbors who
4  witnessed this?
5  A. It was a -- a lady by the name of Michelle
6  Courchane.
7  Q. Spell it, please.
8  A. Michelle C-o-u-r-c-h-a-n-e.
9  Q. Where does Michelle Courchane live?
10 A. I'm not sure of her address now.
11 Q. Where did she live at the time?
12 A. She lived on the corner of the intersection
13 hat this incident occurred.
14 Q. In the trailer park?
15 A. Yes.
16 Q. Does she still live there?
17 A. No.
18 Q. Where does she live now?
19 A. I'm not sure of her address at this time.
20 Q. Is she a friend of yours?
21 A. We talk. Yes.
22 Q. Okay. And you're still in touch with her?
23 A. I see her son. Her son comes to visit my
24 son once in a while. But I don't talk to

Page 322

1    her. No.
2    Q.  Okay. Who else -- you wrote "several
3        neighbors," or your wife wrote "several
4        neighbors." Who else besides Michelle
5        Courchane?
6    A.  There was one other person who witnessed
7        this incident.
8    Q.  Who was that?
9    A.  His name was Dave Hawkes.
10   Q.  Okay. Mr. Hawkes is a friend of yours?
11   A.  He -- he's a person I knew from the park,
12       the trailer park.
13   Q.  Is he related to you?
14   A.  No. He's not.
15   Q.  And where does Mr. -- where does Mr. Hawkes
16       live?
17   A.  He lives on the street behind the
18       intersection where this occurred.
19   Q.  And when's the last time you saw David
20       Hawkes?
21   A.  Three or four years ago.
22   Q.  Flip over to the next page, your Bates
23       No. 00496 of Exhibit 4. And in the middle
24       there, you see -- first of all, do you

Page 323

1    recognize the handwriting on this page?
2    A.  Yes.
3    Q.  Whose handwriting is this?
4    A.  I believe it's my wife's.
5    Q.  Okay. In the middle there, it says "Tape of
6        Robin Reslow leaving messages on answering
7        machine, pretending she was me." Do you see
8        that?
9    A.  Yes.
10   Q.  And when was this -- is it fair to say this
11       was happening sometime in 2001?
12   A.  No. I think it was -- I think it was before
13       that, but I'm not sure of the date.
14   Q.  All right. You and your wife had difficulty
15       with Robin Reslow. Correct?
16   A.  Yes.
17   Q.  Okay. Early on, you had accused her of
18       being responsible for the firebombing of
19       your truck. Do you remember that?
20   A.  No.
21   Q.  That's not true?
22   A.  No. It's not true.
23   Q.  Never said that?
24   A.  No, never said that.

Page 324

1    Q.  Neither you or your wife never said that?
2    A.  No.
3    Q.  Okay.
4        MR. FISCHER:  Said what?
5    Q.  "Tape of Robin Reslow." What kind of
6        messages on the answering machine was she
7        leaving? Or on whose answering machine was
8        she leaving?
9    A.  She was calling a -- a friend of my wi- --
10       my wife's, pretending she was my wife.
11   Q.  Who -- who was the friend she was calling,
12       first of all?
13   A.  I want to say, Shannon; but I'm not sure.
14   Q.  What's Shannon's last name?
15   A.  Antle.
16   Q.  Spell that.
17   A.  A-n-t-l-e.
18   Q.  And she's in Billerica?
19   A.  I haven't seen or talked to her in eight --
20       eight years.
21   Q.  All right. Is there a -- that -- and a -- a
22       tape that you have of Robin Reslow?
23   A.  I believe my wife has a tape of this. Yes.
24   Q.  All right. Have you ever provided that to

Page 325

1    us?
2    A.  I'm -- she might have.
3        MR. FISCHER:  Whatever tapes we have,
4        we've provided.
5        MR. SILVERFINE:  Okay. I -- I keep
6        hearing about this tape. I've never seen it
7        yet. This is the like third time I've heard
8        about this tape of Robin Reslow. I've never
9        been provided with a copy of it.
10   Q.  And I'm just asking, is this the tape of
11       Robin Reslow that, allegedly, she's leaving
12       a message on an answering machine --
13   A.  Yes.
14   Q.  -- saying it was -- she was your wife?
15   A.  Yes.
16   Q.  Okay. And you still have that, as far as
17       you know?
18   A.  I thought it was returned. I -- I'm not
19       sure where it is at this time.
20   Q.  Okay. What -- what -- what's your
21       information as to what's on the tape, what
22       is said by Robin Reslow?
23   A.  I just know that she's on the tape,
24       pretending she's my wife. I'm not sure of

Page 326

1  the actual words she says, but -- or what
2  she's saying on it. But I know she's trying
3  to pretend that she's my wife.
4  Q.  And do you remember the substance of the
5  message that she left? Besides pretending
6  she's your wife, what did she say?
7  A.  I don't know what she said.
8  Q.  Okay. Let me flip over now a few pages, and
9  it's a page Bates stamped 00622. It's a
10  part of a -- it looks like a February --
11  February calendar. I think it's in front of
12  it -- pages -- if you -- if you want me to
13  find it for you, I will.
14     MR. FISCHER: If these are in order, we
15  don't have a 622.
16     MR. SILVERFINE: Did it make it? Did it
17  make the copy? Give me one second. It may
18  not have made the transfer. No?
19     MS. PETERS: No.
20     MR. SILVERFINE: All right. Give us one
21  second. I'll flip over to the next
22  question, and we'll keep going. It didn't
23  make the copy. That's all right. Hey.
24  Q.  Let's go to the next -- you have April right

Page 327

1  in front of you --
2  A.  Okay.
3  Q.  -- which is your Bates 00690. In there, it
4  says -- and according to the information I
5  have, this is talking about "welfare review
6  in 1992." Was this a different time than
7  the two times you mentioned that you had
8  been on welfare? Or was that -- was that
9  including in that period of time?
10     MR. FISCHER: I'm sorry. What are you
11  referring to?
12     MR. SILVERFINE: April 10th, 1992. And
13  this is Bates No. -- your Bates No. 00690.
14  Q.  And there's a reference on April 10th to
15  "welfare review." Do you see that?
16  A.  Yes. I see it.
17  Q.  Okay. Were you on welfare at that point as
18  well?
19  A.  I don't know.
20  Q.  Going back to 00622, which is a February
21  date in 2002, for what -- at the bottom
22  of -- on -- dated February 25th, 2002, it
23  says "court housing." What issue did you
24  have with the Housing Court at that point?

Page 328

1  Do you know?
2  A.  I have no idea.
3  Q.  Okay. All right. If you flip over to the
4  next page, which is February 2003, your
5  Bates No. 00705, February 12th -- if you
6  flip over that one --
7  A.  Oh, okay.
8  Q.  -- just flip over there. See February 12th
9  right in the middle?
10  A.  Yeah.
11  Q.  It says "welfare." Was -- is this a
12  separate incident where you were looking for
13  welfare than the ones you've already
14  indicated to us?
15  A.  Again, that's -- I -- I'm not sure about
16  that.
17  Q.  All right. Well, you indicated when you
18  were incarcerated. Right?
19  A.  Yes.
20  Q.  What period of time was that?
21  A.  I'm not sure of the dates. I'm sorry. I --
22  I -- I don't have the date of that.
23  Q.  Okay. Is it possible there's more than
24  one -- or strike that -- more than two

Page 329

1  occasions on which your family sought
2  welfare?
3  A.  Again, I think I answered to that. I'm not
4  sure.
5  Q.  Okay. If you flip over to the next page,
6  which is Bates 00715, and this is
7  October 2003. The bottom right, on
8  October 31, again, there's an indication of
9  "Sue at welfare." Do you see that at the
10  bottom right?
11  A.  Yeah.
12  Q.  Okay. What can you tell me about that?
13  A.  Again, I don't know.
14  Q.  Okay. All right. If you turn over to the
15  next page, which looks to be Bates 00964,
16  it's a calendar from August 2004. And I'm
17  referring to what's written in the
18  August 8th date. And it appears to be
19  something to the effect of -- and maybe you
20  can help me on this -- something "called,
21  said he was going to burn house down." Do
22  you see that? Could you help me on that?
23  Who called?
24  A.  I can't make out the name.

26 (Pages 330 to 333)

Page 330

1   Q.  Okay.  Is that your wife's handwriting
2       again?
3   A.  It seems to be.  Yeah.
4   Q.  Okay.  And you can't recognize what is
5       written there?
6   A.  No, not at all.
7   Q.  Okay.  Do you remember anything where there
8       was an incident in August 2004 where
9       somebody was making threats to burn your
10      house down?
11  A.  If that's what it -- if that's what it says.
12  Q.  Yeah.
13  A.  I don't remember.  But I'm not even sure
14      that's what it says.  It could be "build
15      house" or --
16  Q.  Okay.
17  A.  I don't know.  We don't know.  I -- I
18      can't -- I can't make it out.  The words are
19      too blurry.
20  Q.  Okay.  Wait a second.  Let's jump a couple
21      of pages to this one, which is Bates -- your
22      Bates 01260.  It's August 24, 1991.  It's a
23      few pages after that if you just look for
24      that page.  Okay.  You got it?  That's it.

Page 331

1   A.  Yeah.
2   Q.  All right.  In the middle, could you help me
3       where it says -- it looks like "call police
4       station at 1:50.  No warrant for Reslow."
5       Do you see that?
6   A.  Yes.  I see it.
7   Q.  All right.  Do -- what memory do you have of
8       an incident involving Reslow back in
9       August 1991?
10  A.  I can't -- I can't remember why Robin Reslow
11      would have a -- a warrant for her in 1991.
12  Q.  Okay.  Do you have any memory of you having
13      any issues with Robin or any Reslow back in
14      August 1991?
15  A.  Well, I remember Frank MacKenzie was telling
16      my wife that he was following Reslow around
17      and harassing her -- her family.
18  Q.  I'm sorry.
19  A.  I don't -- I don't know why.  Maybe that's
20      got to do with the --
21  Q.  I'm sorry.  You're saying you remember Frank
22      MacKenzie telling your wife he was following
23      Robin Reslow around and harassing her
24      family?

Page 332

1   A.  Yeah.  At one time, yeah.
2   Q.  He -- he said that to your wife?
3   A.  Yes.
4   Q.  You were present?
5   A.  No.  I wasn't.
6   Q.  This is what your wife told you?
7   A.  Yes.
8   Q.  Okay.  So Michelle Kennedy told you that's
9       what Frank MacKenzie told her?
10  A.  Yes.
11  Q.  Okay.  What else do you remember about
12      August 1991 involving any Reslow?
13  A.  I'm sorry.  About that last question, I was
14      present at the park one time when Frank
15      MacKenzie pulled up and did speak about
16      following a Reslow, running her plates.  I
17      don't know if it was this incident or not,
18      but it was --
19  Q.  Okay.  This is 1991?
20  A.  Yes.
21  Q.  Okay.  And who was present during that
22      conversation you had with Frank MacKenzie?
23  A.  I was.  My wife, Michelle, was.  And I don't
24      know who else was there.

Page 333

1   Q.  Okay.  And what exactly do you recall
2       Mr. MacKenzie saying to you?
3   A.  He was all excited, saying that he had just
4       followed the Reslows.  I don't know which
5       one he was following.  But he was running
6       their plates, doing kind of like the same
7       things that he -- they did to me.
8   Q.  All right.  Well, tell me exactly what you
9       remember him saying to you, not what you're
10      extrapolating.  Tell me exactly what he said
11      to you.
12  A.  I can't remember the exact words.  But he
13      did say that he was running the plates.  He
14      just got back from following one of the
15      Reslows and running their plates.  I'm not
16      sure if this is the incident or what.  But
17      it could have been.
18  Q.  Okay.  Anything else you remember about
19      that?
20  A.  No.
21  Q.  Okay.  Let's go to the next sheet of paper,
22      which is Bates 01274, September 22, 1991.
23      Do you see that?
24  A.  Yes.

Page 334

1  Q.  Whose handwriting is that?
2  A.  It appears to be my wife's handwriting.
3  Q.  Okay.  At the bottom, it says "3 a.m.,
4      Brian's truck caught" -- and then it's
5      crossed out -- "was set on fire."  Do you
6      see that?
7  A.  Yes.
8  Q.  Okay.  What information, besides what you've
9      already told us, that this truck was set,
10     quote/unquote, on fire?
11 A.  How do I know it was set on fire?
12 Q.  Yeah.
13 A.  Well, when I ran out to the truck, I looked
14     inside; and there was a fire inside the
15     children -- child seat that I had in the
16     front -- front of the truck.  It was -- it
17     was a small fire inside the -- inside the
18     truck.
19 Q.  What time did you run out?
20 A.  It was close to three o'clock in the
21     morning.
22 Q.  And how was it that you ran out at three
23     o'clock in the morning to look at a -- look
24     at a fire?

Page 335

1  A.  We heard a noise outside, me and both my
2      wife.  And we jumped up.  And that's when I
3      ran out.
4  Q.  You heard a noise.  What was the noise?
5      What did the noise sound like?
6  A.  It sounded like a -- like a bomb, a loud
7      noise.
8  Q.  Okay.  And so you did what?
9  A.  What did I do?
10 Q.  Yeah.
11 A.  I ran outside.
12 Q.  You ran outside, and you saw a fire?
13 A.  I saw a small fire inside my truck.
14 Q.  A small fire inside a child seat?
15 A.  I saw a -- a small fire inside my truck.
16 Q.  Okay.  And how come -- did you -- did you
17     put it out since it was a small fire?
18 A.  No.  I didn't.
19 Q.  Okay.  So you let the truck burn?
20 A.  Well, I tried to get in the truck; and both
21     doors were locked.
22 Q.  It was your truck.  Right?
23 A.  Yes.
24 Q.  Okay.  You had the keys?

Page 336

1  A.  Yes.
2  Q.  Okay.  So you immediately ran in to get the
3      keys so you could open the door and put out
4      the small fire?
5  A.  No.
6  Q.  Okay.  You let the fire burn?
7  A.  No.  I picked up a tricycle that was in my
8      yard, one of my son's tri- -- tricycles; and
9      I smashed the window out.
10 Q.  Okay.  And what happened next?
11 A.  The fire blew up.  It just exploded.
12 Q.  Uh-huh.  After you put the tricycle through
13     the window?
14 A.  Yes.
15 Q.  And then, what did you do?
16 A.  I -- I jumped into -- I -- I think I ran
17     back into the house.  I was trying to get
18     buckets of water to try to put it out.
19 Q.  Okay.  And did you call anyone at that
20     point?
21 A.  My wife was on the phone, I believe, with --
22     from what I understand, she was on the
23     phone, trying to get my kids together,
24     and -- and trying to call 911.

Page 337

1  Q.  Okay.  And this, according to the note in
2      front of you, occurred on or about September
3      22, 1991.  Right?  Right?
4  A.  Right now, I can't think of the date that
5      this -- that my truck was set on fire.  But
6      if it was on this page, I -- then -- then
7      I -- then I assume this was the date.
8  Q.  Okay.  Let's flip over to Thursday,
9      September 26th, 1991, which is Bates No.
10     01276 of Exhibit 4.  And is that your wife's
11     handwriting?
12 A.  Yes.
13 Q.  "Robin Reslow drove by 129 Leicester during
14     the day."  Right?
15 A.  That's what it says.  Yes.
16 Q.  Right.  And that's -- and you were having
17     some concerns about Robin Reslow at the
18     time.  Right?
19 A.  I -- on this day, I could have been.  I'm
20     not sure.
21 Q.  Well, why -- why is this note appearing on
22     Thursday, Sep- -- September 26th, 1991, that
23     "Robin Reslow drove by"?
24 A.  I'm not sure why it's on there.  I don't --

Page 338

```
 1      I didn't write it.
 2   Q. And yet -- and is it fair to say you had
 3      lots of concerns about Robin Reslow at the
 4      time?
 5          MR. FISCHER: Objection.
 6   A. Did I have concerns about her?
 7   Q. Yeah. You and your wife, didn't you have
 8      concerns about her being involved in this
 9      fire and other incidents?
10   A. I never suspected Robin Reslow as somebody
11      who would light my truck --
12   Q. Uh-huh.
13   A. -- on fire.
14   Q. And there was no -- and your -- your
15      testimony, there was no bad feelings, no bad
16      blood between you, Michelle, and Robin
17      Reslow or any of the Reslows?
18   A. There was, yeah, bad blood.
19          MR. FISCHER: Objection.
20   A. We didn't get along.
21   Q. Right. And, as a matter of fact --
22          MR. FISCHER: Did you get my objection?
23   Q. And, as a matter of fact, didn't you
24      complain to the police about the Reslows
```

Page 339

```
 1      during that same period of time, the fall of
 2      '91, September, October 1991?
 3   A. Did I complain to the police?
 4   Q. You and Michelle.
 5   A. I don't -- I'm not sure if I did or not.
 6   Q. Okay. Well, why don't you turn to the next
 7      page, Bates 01281. And wasn't there
 8      complaints here in the notes about the
 9      police doing nos- -- nothing about Robin?
10      Am I reading that right?
11   A. "Scazilli was" -- I don't know what this
12      means.
13   Q. Okay. And right underneath that, "doing
14      nothing about Robin," do you see that?
15   A. Yeah. "Robin calling Shannon," it says.
16   Q. Okay. And then, right below that, it says
17      "missing complaint on Rob Reslow"; is that
18      right?
19   A. For what I'm taking on this, it's -- it's
20      about the -- the tape. And she's calling
21      Shannon. And "missing complaint on Rob" --
22      it looks like she almost forgot the "i" and
23      "n," Robin Reslow on the -- underneath it.
24      That's how I'm taking it. I don't know.
```

Page 340

```
 1   Q. Okay. And the next one of page -- Bates
 2      No. 01288, October '91, October 22, '91,
 3      again, "trial for Reslow"; is that right?
 4      "Trial"? Is -- am I reading it --
 5   A. Okay. Yeah. This is -- was -- she was
 6      calling my house, I believe, making crank
 7      phone calls, child games. And --
 8   Q. You say "she." Meaning Robin Reslow?
 9   A. I assume it was. But --
10   Q. Well, I'm asking you.
11   A. I don't know. She was the one that got
12      taken to court for it. So it must have been
13      her. I don't know who --
14   Q. Okay.
15   A. -- was actually making the calls.
16   Q. So she was calling your house or calling
17      other people's houses or both?
18   A. She was -- she was making phones (sic) from
19      her house to my house. That's probably why
20      she got the charges. I don't know.
21   Q. Okay. And so you had filed a complaint with
22      the police about Robin Reslow making these
23      crank calls?
24   A. No.
```

Page 341

```
 1   Q. No?
 2   A. I took it up with the -- with the phone
 3      company. They're the ones who took the
 4      Complaint out.
 5   Q. Okay. You were a witness.
 6   A. I'm not sure if I was a witness.
 7   Q. Well, you complained about it, you said, to
 8      the phone company?
 9   A. Well, my wife did most of that.
10   Q. Okay. Let's flip over a few pages to
11      Bates 01377, March 4; and this is 2002. And
12      at the top, it says "Board of Health, Jerry
13      Knoll, between 10 and 11:30. Be here for
14      the dogs."
15   A. Okay.
16   Q. Did you have some complaints by anyone
17      relative to the dogs you were keeping?
18   A. Actually, this was in regards to the sewer.
19      The sewer line runs in every other trailer.
20      And, in my yard, I was fortunate to have the
21      sewer cap in my yard. And back then, the
22      mobile home park was having problems with
23      their sewer. And it was coming up out of
24      the ground and leaking into my dog pen. So
```

Page 342

1  we called the Board of Health on -- to come
2  down and check it out.
3  Q. Okay. Let's flip over to another page,
4  01407, June of 2002. Do you see the upper
5  left-hand corner? It says, "Call lawyer
6  about Brian's hand and arm." What's that in
7  relation to?
8  A. Okay. It must be my son Brian. He likes to
9  skateboard. That's his -- that's what he
10  does.
11  Q. Okay.
12  A. And he must have hurt his arm or --
13  Q. All right.
14  A. -- or fractured his hand.
15  Q. And did he have a suit against somebody?
16  A. No.
17  Q. No? It says, underneath that, "Lexus,
18  Wal-Mart, my finger." What's that refer to?
19  A. I don't know. I don't know what that refers
20  to.
21  Q. Well, let me ask you this: The -- the
22  incident where you and Michelle Kennedy
23  allege that Tsoukalas bent her finger, was
24  anyone else present?

Page 343

1  A. No.
2  Q. Just you, Michelle, and Tsoukalas?
3  A. Yes.
4  Q. And had she had problems with that finger
5  before?
6  A. Not that I think, no.
7  Q. Okay. Was there any injury suffered prior
8  to your interaction with Mr. Tsoukalas that
9  day?
10  A. Excuse me?
11  Q. Was there any prior injury to that finger
12  before you got involved with Mr. Tsoukalas
13  that day?
14  A. With -- with my finger?
15  Q. No. Michelle Kennedy's finger.
16  A. Oh, with Michelle Kennedy's finger.
17  Q. Yeah.
18  A. Yes. There was an incident with her finger
19  and Tsoukalas that day.
20  Q. No. I'm asking you, was there any injury to
21  the finger prior to your interaction with
22  Mr. Tsoukalas that day?
23  A. Was there any injury to my wife's finger --
24  Q. Right.

Page 344

1  A. -- prior to that injury that day?
2  Q. Right.
3  A. To my knowledge, no.
4  Q. Did you or your wife -- just let me strike
5  that. But did you injure her -- her finger
6  prior to your interaction with Mr. Tsoukalas
7  that day?
8  A. Did I injure my wife's finger?
9  Q. Right.
10  A. No. I did not.
11  Q. Did she herself hurt her finger in some way
12  prior to meeting with Tsoukalas that day?
13  A. No. She did not.
14  Q. Okay. What I'm going to ask you, just so
15  it's clear before I just -- your -- your --
16  through your counsel, we have received five
17  videos. I'm just going to just show them
18  quickly to you. I'm going to mark them for
19  ID. And I'm just going to ask you to
20  verbally tell us what is depicted in those
21  videos that you've been -- you provided to
22  us. Okay?
23  A. Okay.
24  Q. So I'm going to set it up. Just give me a

Page 345

1  moment. If you could just tell us what --
2      MR. SILVERFINE: If it's okay with
3  counsel, what I'll do is, I'll mark -- just
4  so it's clear on the record, I'll mark each
5  of these videos separately that were
6  provided to us; 'cause there's no writing on
7  them as to --
8      MR. FISCHER: That's fine.
9      MR. SILVERFINE: Okay. So the next one
10  will be Exhibit 5 that I'm going to show
11  now.
12  Q. And what I'm just going to ask you,
13  Mr. Kennedy, if you'd just identify what's
14  depicted in each of these videos so it's --
15  I have an indication of what you provided to
16  us. Okay?
17  A. I'll do my best.
18  Q. Sure. This'll be Exhibit 5. And just tell
19  us, if you can give it to us, tell us what's
20  depicted and what's --
21      MR. FISCHER: Move over so I can see,
22  Brian.
23  Q. All right. And if any -- do you recognize
24  anybody or -- okay -- tell us. Can you

30 (Pages 346 to 349)

Page 346

1  identify any of those people in the -- this
2  first video of Exhibit 5? Let -- let me ask
3  you first. Do you recognize what's depicted
4  here?
5      (Pause.)
6  A. I'm trying to see the incident. I -- I'm
7  trying to remember the incident.
8  Q. Okay. Can you tell me a place or -- I don't
9  want to put words in your mouth -- or who
10 was present or who's --
11 A. It seems -- it seems to be in the mobile
12 home park.
13 Q. Okay. And who is --
14 A. I don't know that officer's name right
15 there.
16 Q. Is that you on the left and your wife --
17 A. That's me.
18 Q. -- Michelle Kennedy?
19 A. Yes. It is.
20 Q. Okay. Do you know -- do you know when this
21 is?
22 A. No. I'm trying to -- I'm trying to figure
23 that out now.
24 Q. Okay. Is that Mr. Ashton to the right of

Page 347

1  the screen next to the officer?
2  A. Yes.
3  Q. Okay. And do you know who's videotaping
4  this as it's being shot?
5  A. No. I do not.
6  Q. Is it one of your sons?
7  A. It must be, because I don't know who --
8  Q. Okay.
9  A. -- else would.
10 Q. All right. And that's you pointing --
11 A. Yes.
12 Q. -- to --
13 A. That's me.
14 Q. And -- and Michelle Kennedy's behind you?
15 A. Yes.
16 Q. All right. And can you tell us what this
17 video is related to?
18 A. That, I'm trying to figure out now. We're,
19 obviously, trying to explain something to
20 the officer, but I don't know what.
21 Q. Just so you understand, the reason why I'm
22 asking you this, as you can see, there's no
23 date listed in the -- some of these ha- --
24 do have a date. There's no date on this

Page 348

1  one. And that's why I'm asking what this
2  relates to.
3  A. Okay.
4  Q. All right?
5  A. Okay.
6  Q. Anything else that this --
7  A. I'm trying to figure out the incident. But
8  I -- I don't -- I don't recall it. I don't
9  know who would be . . .
10 Q. All right. So the officer who was just
11 talking to you, you don't recognize him?
12 A. No.
13 Q. Okay. And just so we have a -- on this
14 Exhibit 5, is this -- is that your front
15 yard that it was being shot from?
16 A. It seems to be. Yes.
17 Q. Okay. All right. How about -- how about
18 this? Can you tell me anything about this?
19 A. Okay. This seems to be the -- the mobile
20 home next door. I think that's the owner.
21 He owns the mobile home, but he doesn't live
22 there. I think he just rents it out to
23 somebody.
24 Q. What's his name?

Page 349

1  A. Possibly, George Woods.
2  Q. Okay.
3  A. I'm not sure.
4  Q. And who's next to -- who's the civilian next
5  to Mr. Woods? Do you know?
6  A. I don't know that.
7  Q. There appears to be -- again, I'm not -- I
8  don't want to put words, but try to move
9  this along -- several officers. Do you
10 recognize any of those officers next to
11 Mr. Woods?
12 A. I -- the camera won't stop moving. Yes.
13 Tara Connors --
14 Q. Okay.
15 A. -- was there.
16 Q. Does this refresh your memory as to what
17 this purports to be?
18 A. I don't re- -- it's -- it's an old one, but
19 something to -- due to the fact that the car
20 being parked in the wrong spot at the
21 Woods's trailer or something. Somebody
22 moved the car, to that fact. I'm not sure.
23 Q. Well, whose car are we talking about?
24 A. We're talking about my wife's car.

Page 350

1  Q.  All right.
2  A.  Somebody moved that.
3  Q.  Is your wife's car in the -- in these -- in
4      this video?
5  A.  I don't know if it was in -- in that
6      driveway or if it was over here. I'm trying
7      to think of the incident. But it was so
8      long ago.
9  Q.  All right. You understand I -- I -- I'm
10     only referencing this because --
11 A.  Oh, I understand.
12 Q.  -- this was provided to me by your counsel
13     supporting your case. I'm just asking you
14     to tell me what this -- what -- what is
15     depicted here.
16 A.  I'm just trying to remember the incident.
17 Q.  Do you have a time frame at all that you can
18     tell us?
19 A.  As soon as I go home, I can re- -- go over
20     with -- this with my wife; and we can figure
21     it -- I can figure it out more. But . . .
22     MR. SILVERFINE: Why don't we speed this
23     up a little bit and see if there's anything
24     else.

Page 351

1  Q.  All right. Anything else you can tell us
2      about Exhibit 5 that re- -- references what
3      this is supposed to be and what incident
4      this incident's supposed to portray?
5  A.  It was something to do with the -- with
6      George Woods and the placing of -- of --
7      somebody moved the car or some- -- something
8      to that fact. I -- I don't know completely
9      what happened. I'm not sure. It was --
10     it's an old tape.
11 Q.  All right. Do you know if there's anything
12     else on this besides what's depicted? I
13     don't want to --
14 A.  I don't think there is. No.
15     MR. SILVERFINE: Okay. Why don't you
16     speed it up, and we'll run through it and
17     see if there's anything else.
18 Q.  All right. Is this a different episode? Or
19     is this more of the same that's -- it
20     appears to be a different time of day. I'm
21     saying that 'cause the lights in this
22     Exhibit 5 now, further on, are -- lights of
23     the cruiser are on. Does it -- anything
24     else -- does -- that's depicted in this?

Page 352

1  A.  It seems to be the same.
2  Q.  The same. Okay. And anything you --
3      anything else you can tell us about thi- --
4      what this video's supposed to show?
5  A.  No.
6      MR. SILVERFINE: All right. Let's take
7      that out. We'll mark that, and we'll put in
8      the next one.
9      (Videotape marked as Kennedy Exhibit
10     No. 5.)
11 Q.  February 28th, 2002, do you see that,
12     Mr. Kennedy?
13 A.  Yes.
14 Q.  All right. Can you help us on what this is
15     going to show?
16 A.  I don't recall.
17 Q.  And, perhaps, identify the voices for us.
18     Is that you?
19 A.  No.
20 Q.  Whose voice is that? Is that Billy?
21 A.  That would be, yeah, William Ashton.
22     MR. SILVERFINE: Is that it?
23     MS PETERS: Yeah.
24 Q.  All right. Can you just help us on that,

Page 353

1      Mr. Kennedy?
2  A.  I have no idea what that was on.
3      MR. SILVERFINE: Okay. That'll --
4      that'll be Exhibit 6.
5      (Videotape marked as Kennedy Exhibit
6      No. 6.)
7  Q.  Okay. This will be Exhibit 7. Is there a
8      date? I see a time.
9  A.  Yeah. I remember this.
10 Q.  All right. What -- what date is it, if you
11     remember?
12 A.  2005.
13 Q.  Okay. And do you know what month?
14 A.  Late October, November, maybe.
15 Q.  Okay. Who's depicted in this -- the
16     beginning of Exhibit 7?
17 A.  It's my wife and myself.
18 Q.  All right. That's you on the left?
19 A.  Yes.
20 Q.  And your wife on the right?
21 A.  Yes.
22 Q.  And this is where?
23 A.  Billerica.
24 Q.  Okay.

32 (Pages 354 to 357)

Page 354

```
 1   A.  Bridge Street, the end of Bridge Street.
 2   Q.  All right.  Is this near where you live, 7
 3       Bridge Street?
 4   A.  Yes.
 5   Q.  Okay.  And what's -- what's going on here?
 6   A.  Well, we went out for a walk to the store,
 7       which is down the street on 3A.  And we kept
 8       being followed by a police car, and he kept
 9       turning around and driving by us slow and
10       coming back, turning around.  And this was
11       going on for a long time.
12   Q.  All right.  And who was shooting this film?
13   A.  William Ashton.
14   Q.  And where is William Ashton in relation
15       to -- where is he situated where you are?
16   A.  Well, behind him, there's a -- there's a
17       building; and there's a set of woods.  He's
18       in the woods.
19   Q.  Okay.  What intersection is this that's
20       depicted in this -- in this shot?
21   A.  It's the -- the intersection of Bridge
22       Street and 3A.
23   Q.  Bridge Street and 3A?
24   A.  Bridge Street and 3A, yes.
```

Page 355

```
 1   Q.  Okay.  And -- all right.  Whose voice is
 2       that?
 3   A.  It's William Ashton.  We're just trying to
 4       get home.
 5   Q.  You were just trying to get home?
 6   A.  From the store.  Yes.
 7   Q.  But you don't seem to be walking.  Right?
 8   A.  Well, I didn't want to -- this guy was just
 9       flying around us.
10   Q.  You -- when you say you're "trying to get
11       home," you -- is it fair to say you're
12       sitting with your wife on a stone --
13   A.  Yes.
14   Q.  -- wall next to the parking lot?
15   A.  Yes.  We didn't -- we didn't want to get up
16       and walk for fear of this -- this officer --
17           COURT REPORTER:  I can't hear you.
18   Q.  Oh, I'm sorry.  Mr. Kennedy.
19   A.  I'm sorry.  I'll speak up.
20           COURT REPORTER:  For fear of what?
21   A.  The police circling us.
22   Q.  All right.  And beside -- who was that?  Was
23       that your son?
24   A.  No.  It wasn't.
```

Page 356

```
 1   Q.  Who was -- who was that?
 2   A.  It might have been my son.  I didn't pay --
 3       it went off too quick.  I didn't --
 4   Q.  All right.  Does it have anything to do with
 5       this case?
 6   A.  No.
 7   Q.  Or is it --
 8   A.  It doesn't have anything -- it doesn't have
 9       anything to do with it.
10   Q.  It just happens to be a -- thrown in or
11       something?
12   A.  I guess.
13   Q.  A tape-over?
14   A.  Could have been.  Yes.
15   Q.  Okay.  It has nothing to do with this case?
16       I just want to make sure 'cause --
17   A.  I don't think so.  No.
18   Q.  All right.  Is this the same night now that
19       we're looking at after that interlude?  Or
20       is this a different night?
21   A.  It says 10:52.  So I believe it's the same
22       night.  He's still in the woods.
23   Q.  All right.  So Billy Ashton is in the woods,
24       shooting a film of you and Michelle on the
```

Page 357

```
 1       fence, wooden --
 2   A.  Over on the sidewalk of Bridge Street.
 3   Q.  Okay.  And how long did you stay there for?
 4   A.  The times are on there.
 5   Q.  Okay.
 6   A.  It -- it seems to be a little bit of time on
 7       it.  I just . . .
 8   Q.  Had you come back to the house at all to
 9       talk to Billy when he started shooting the
10       film?  Or how does that work?
11   A.  No.  Actually, I think he was with us.  And,
12       wherever we go, we take a film recorder with
13       us most of the time.  And he just happened
14       to duck out of the woods while this cop was
15       chasing us -- following us around.
16   Q.  Okay.  At any point in time, did this
17       cruiser that you're indicating on this film
18       stop?
19   A.  Well, we -- eventually, we had enough time
20       to get home.  When he was out of sight for a
21       certain time period, we had a chance to get
22       home to the house.  Yes.
23   Q.  Okay.  When you say you "had a chance to get
24       home," how far from where you were sitting
```

Page 358

1   on the stone wall with Michelle Kennedy
2   is -- is -- is your home at 7 Bridge Street?
3   A.  Two hundred feet.
4   Q.  Is this a well-traversed area by foot
5       traffic at this time of night?
6   A.  A -- as -- well, the stores are all open,
7       is -- if that's what you mean.
8   Q.  I mean, you know, is this like a downtown
9       area?  I don't know this area.  Is this an
10      area --
11  A.  Well, there's a McDonald's right here, which
12      is pretty lit up.
13  Q.  When -- when you say "right here," on the
14      left?
15  A.  That would be on the --
16      MR. FISCHER:  By traversed, you mean --
17      I think Mr. Silverfine means, do a lot of
18      people walk around there at night?
19  A.  Some.  Not a lot.  It's not like the city.
20  Q.  Okay.  Is this -- I don't know this, again,
21      this area.  Is this a downtown where, for
22      lack of a better word, in a small town in
23      Billerica --
24  A.  Yeah.

Page 359

1   Q.  -- it's a concentration of stores?  And
2       people, you know, park the car; and they
3       walk over to a store and then walk to the
4       next store?
5   A.  It's not the center of town.  No.  But it is
6       a -- a main road --
7   Q.  Okay.
8   A.  -- with a lot of stores on it.
9   Q.  All right.  And this is 11:14.  That's
10      McDonald's now on the right?
11  A.  Yes.
12  Q.  Okay.  That's a different spot from where
13      you were?  Or is that the same parking area
14      where you were?
15  A.  That's the same area.
16  Q.  So you're in a McDonald's parking lot wall.
17      Is that -- just tell me so I can --
18  A.  No.  I'm over here on the end of the street.
19      There's a corner of Bridge Street and 3A.  I
20      was sitting on that corner.
21  Q.  Okay.  All right.  It has now flipped.  And
22      I don't know.  Is this the same night,
23      October 14, 2004?  Or is this a different
24      night?

Page 360

1   A.  I believe it's a different night.
2   Q.  It's a different night?
3   A.  It says 8:10 and -- p.m.  So --
4   Q.  All right.  This is a different night.  So
5       this is a -- another film section on
6       Exhibit 7?  All right.  So this is a
7       separate incident?
8   A.  I want to review it, and I'll let you know.
9   Q.  All right.  'Cause it now says, in the
10      bottom right, "8:16 p.m."  And it's been
11      jumping times.  Right?
12  A.  Okay.  Let me review this here --
13  Q.  Okay.
14  A.  -- and I'll see.
15  Q.  All right.  Is this a different day now?
16  A.  A different day, yeah.
17  Q.  Okay.  So this is a -- third date.  Right?
18      Okay.  What -- do you know what this section
19      of the tape involves?
20  A.  I'm not sure if that second part of the day
21      was continuous of that other.
22  Q.  Well, this now says "2:31."
23  A.  Yeah.  This is a different scene.  This is a
24      different time, a different day.

Page 361

1   Q.  Okay.  Where are we now?  Where is this
2       being shot from?
3   A.  It's being shot from the second floor of
4       where I was living.
5   Q.  7 Bridge Street?
6   A.  Yes.
7   Q.  Okay.  And what does this depict?
8   A.  This officer was parked across -- well, to
9       the right -- to the left of my house across
10      the street.  And he was just staring up at
11      the -- up at the house.
12  Q.  Okay.  What's this officer's name?
13  A.  I never -- I never found out his name.
14  Q.  Okay.  And what -- what does this film
15      purportedly show?
16  A.  Well, this is what they continued to do all
17      the time when we lived at this address.
18      They would sit across the street.  They
19      would sit in the parking lot in front of the
20      house.  They would drive by continuously.
21      They would sit over here in McDonald's
22      parking lot and shine their lights up into
23      the house.  This was a continuous thing that
24      they would do.

34 (Pages 362 to 365)

Page 362

1   Q.  All right.
2   A.  It's just -- just a portion of what they
3       would do.
4   Q.  What's he -- what's he allegedly doing in
5       this?
6   A.  I don't know what he's doing.
7   Q.  I'm just asking what this film is --
8   A.  When he figures --
9   Q.  -- showing?
10  A.  -- out he's being videotaped, because he's
11      looking up at the window, he gets out. As
12      you watch, he'll get out; and he'll do
13      something with the radar gun. But it's just
14      a -- it's just a ploy to -- an excuse to why
15      he's there. I mean, we know why he's --
16      we -- we knew why he was there.
17  Q.  You know --
18  A.  Just --
19  Q.  -- why he's there? Why is he there?
20  A.  Well, he's there to harass us, not to do his
21      job.
22  Q.  Not to do his job?
23  A.  Yes.
24  Q.  Okay. So what -- how is he -- how, in

Page 363

1       this -- I don't know; there's no date, but
2       it says "2:33 p.m." What -- what is he
3       doing that is purportedly involved in
4       harassing you?
5   A.  Okay. Well, on this particular point, he
6       was just sitting there, staring up at the
7       house on this -- on this part of the video.
8   Q.  Okay. And who's talking in the background?
9   A.  That would be a son of my friend's.
10  Q.  What's his name?
11  A.  His name's Tom. I'm not sure of his last
12      name.
13  Q.  He's doing the filming?
14  A.  I believe so. Yeah.
15  Q.  Why is it the -- your son's friend filming?
16  A.  Actually, I'm not sure if he is. It -- it
17      could be my son filming. I'm not sure.
18  Q.  How far a distance is this shot in real
19      terms -- not the close-up -- from where you
20      are to where the car is, the police car,
21      cruiser, is sitting? How far --
22  A.  I would -- I would guess, a hundred feet.
23  Q.  A hundred feet?
24  A.  Yeah.

Page 364

1   Q.  Well, that's a car length. You're saying
2       that's --
3   A.  It's magnifying while they --
4   Q.  Right. You don't think it's like more than
5       a hundred yards?
6   A.  It's magnifying like -- it's hard to tell
7       with the camera 'cause it's magnifying. But
8       I'm not sure of the distance.
9   Q.  And you say it's a hundred feet?
10  A.  I would think -- yeah. I would think so.
11  Q.  Okay. What road are we looking at that the
12      cruiser's parked perpendicular to?
13  A.  It's Bridge Street.
14  Q.  And where -- is there an intersection right
15      to the left of the camera?
16  A.  About another hundred feet down the road,
17      there's an intersection.
18  Q.  And what is this parking lot to the left,
19      this, in Exhibit 7?
20  A.  Excuse me?
21  Q.  What -- what's the parking lot here?
22  A.  That's a McDonald's parking lot.
23  Q.  All right. So where you were sitting on the
24      wall would have been to the left in this

Page 365

1       shot as you look at it?
2   A.  If I was sitting on the wall facing 3A,
3       there would -- the parking lot would have
4       been on my left.
5   Q.  Okay. What's -- is -- is this a road? Or
6       is this an entrance?
7   A.  That's an entrance to the parking lot.
8   Q.  Okay. So in the Exhibit 7 where the cruiser
9       is, this is Bridge Street. And then there's
10      a -- a parking lot which is into McDonald's?
11  A.  Yes.
12  Q.  Okay.
13      MR. KESTEN:  Oh, hi.
14      MR. SILVERFINE:  Hi. Do you remember
15      Mr. Kesten?
16  Q.  All right. Anything else that this
17      particular video's going to show us besides
18      the cruiser parked somewhat diagonally from
19      your home? Anything else that --
20  A.  As far as -- I don't know. I don't think
21      so.
22      MR. SILVERFINE:  Okay. Let's speed it
23      up a little bit. Yeah.
24  Q.  Okay. Just regular speed. Was that -- did

Page 366

1    he go after somebody? Did the cruiser go
2    after somebody on a speeding thing, if you
3    know?
4  A.  I didn't see him activate his lights.
5  Q.  All right. So do you know what -- we're
6    looking now at the same cruiser?
7  A.  Yes.
8  Q.  Okay. Anything else in this particular --
9    is that the same cruiser or a different
10    cruiser?
11  A.  No. It's a different one.
12  Q.  All right. It's a different time now,
13    different date. Correct? Or the same date?
14    The last time I saw, it was October 15th.
15    And I --
16  A.  Okay. Then this must be a different day.
17  Q.  All right. So is this the same viewpoint
18    from the house looking into McDonald's lot?
19  A.  Yes.
20  Q.  All right. And do you know who, again,
21    who's filming this portion of the video?
22  A.  That, I don't know.
23  Q.  Do you know if this -- what day of the week
24    that was? October 16th and . . .

Page 367

1  A.  I don't have my . . .
2  Q.  Okay.
3    MR. SILVERFINE: All right. We'll mark
4    this Exhibit 7, and we'll go on to the next
5    one.
6    (Videotape marked as Kennedy Exhibit
7    No. 7.)
8  Q.  All right. We're going to put in another
9    cassette, and this will be Exhibit 8. And
10    this says "September 7, 2003, 3:20." All
11    right. And whose car are we in -- this
12    being filmed?
13  A.  It was my wife's car.
14  Q.  All right. Is she driving?
15  A.  Yes.
16  Q.  All right. Who's talking? Is that you?
17  A.  Yes.
18  Q.  All right. So Mr. Kennedy is talking to
19    Michelle Kennedy?
20  A.  Yes.
21  Q.  Anyone else in this -- present in your car
22    at the time?
23  A.  (Witness indicates).
24  Q.  Okay. And do you know what this references?

Page 368

1    What -- were you filming, or is someone else
2    filming?
3  A.  I'm not sure who was filming.
4  Q.  Okay. And what -- what's depicted in this
5    video?
6  A.  Well, he was following behind us; and we
7    pulled over.
8  Q.  All right. When you say "he -- he," who --
9    who are you referring to?
10  A.  I -- I'm not sure who's with us.
11  Q.  Okay. All right. Is there a cruiser, you
12    say? All right. Who's filming this? Do
13    you know?
14  A.  I don't know who's filming it.
15  Q.  Whose voice is that?
16  A.  It sounds like my voice.
17  Q.  Okay. And do you know which officer is
18    depicted in this cruiser, if -- if you know?
19    Do you know -- all right. So the video just
20    cut off and went to a different time?
21  A.  Yeah. I assume it went to a different part
22    of the town. We took a detour to get away
23    from the police; and we're back on another
24    road now, I guess.

Page 369

1  Q.  Okay. And what were you doing, driving
2    around that day?
3    MR. FISCHER: Objection.
4  A.  I did all my business in Billerica. I don't
5    know what I was doing preferably that day.
6  Q.  Were you cru-- -- cruising for cops?
7    MR. FISCHER: Objection.
8  A.  No. I wasn't.
9  Q.  Just -- just going out for a joyride?
10    MR. FISCHER: Objection.
11  A.  No. I wasn't.
12  Q.  So what -- what purpose were you driving
13    around with Michelle Kennedy on September 7,
14    2003 in which you were filming?
15    MR. FISCHER: Objection.
16  A.  Well, like I said, I -- I lived -- I've been
17    living in -- I've been in Billerica for 40
18    years. I did all my business in Billerica.
19    I have three kids that live in Billerica.
20    Evidently, I was just running an errand. I
21    don't know what I was doing particularly
22    that day.
23  Q.  And what are we going to see on this
24    particular film? What are we -- okay. So

36 (Pages 370 to 373)

Page 370

1    this is now advancing another -- it's now
2    4:29. Okay. And where are we now? What's
3    this?
4  A.  I need to have a chance to review the film,
5    and I'll tell you. This is in the mobile
6    home park.
7  Q.  Do you mind if I shut that off? I'm going
8    to ask you to turn it off during your
9    deposition. Okay. And what incident is
10    this? What were you saying that --
11  A.  Excuse me. This is a incident --
12  Q.  All right. This is a -- is it a separate
13    incident? Is this September 13th or the
14    same one?
15  A.  It's the same one.
16  Q.  Okay. What's this in regards to?
17  A.  It's in regards to a -- a kid named George
18    Brooks that lives in the mobile home park.
19    He -- he had a fight with my middle son,
20    Mitchell. And he got on top of him and
21    sprayed poison, some kind of poison, in his
22    face.
23  Q.  Is this your son?
24  A.  That's my son Mitchell.

Page 371

1  Q.  Which one?
2  A.  He just walked by the camera.
3  Q.  Okay. Anything else this is supposed to
4    depict?
5  A.  No.
6  Q.  Okay. All right. Is that the end of this
7    tape?
8  A.  Yeah.
9        MR. SILVERFINE: All right. We'll just
10    mark this as the next exhibit.
11        (Videotape marked as Kennedy Exhibit
12        No. 8.)
13  Q.  This Exhibit 9 says "November 28, 2005,
14    6:57" and change "a.m." What's this?
15  A.  That's --
16  Q.  Who's talking?
17  A.  It sounds like Bill Ashton.
18  Q.  That's it? All right. That said
19    "November 29, 2005." All right. What's
20    this? Is that you?
21  A.  Yes.
22  Q.  Okay. And what does this depict?
23  A.  It was a typical day on a school morning.
24  Q.  All right. And what does this next segment

Page 372

1    depict on Exhibit 9?
2  A.  Okay. Now, that -- that would be Tsoukalas.
3  Q.  Okay. All right. And where -- are you in
4    the car here?
5  A.  I believe I was in the car that day.
6  Q.  This is a different date? November 30th?
7    Okay. What's this?
8  A.  This is another day.
9  Q.  Okay. And what's this supposed to be?
10    Who's shooting this film?
11  A.  Possibly, William Ashton.
12  Q.  Okay. And who's driving?
13  A.  It could be Michelle.
14  Q.  And whose voice is that?
15  A.  That's Michelle's voice.
16  Q.  Okay. And are you in the car here? Are you
17    going somewhere that you know of?
18  A.  I was just probably doing my everyday
19    business in Billerica.
20  Q.  New date, January 5th, 2006. What's this
21    depict?
22  A.  All right. This is -- I'm trying to get my
23    kids off to school.
24  Q.  All right. Who's in the car here?

Page 373

1  A.  My wife, William Ashton, and myself.
2  Q.  All right. And you're driving?
3  A.  Yes.
4  Q.  Okay. And who -- who's in -- you said your
5    wife, William Ashton, and yourself. Where
6    are your kids?
7  A.  I -- it looks like the area where my son
8    Dillon goes to school.
9  Q.  And what's the name of that school?
10  A.  That would be the Marshall Middle School.
11  Q.  Okay. And --
12  A.  That's the apartment building that we kind
13    of cut through to go . . .
14  Q.  Okay.
15  A.  Just once in while, we'll cut through that
16    apartment building. His school's up on the
17    right.
18  Q.  All right. Is William Ashton in the back
19    seat, along with your wife?
20  A.  I believe he's on the passenger side.
21  Q.  Well, who's shooting the film? Isn't
22    Michelle on the left back?
23  A.  I'm not sure who's shooting the film.
24  Q.  Is there somebody in the front seat with

Page 374

1    you?
2  A.  I don't see anyone.
3  Q.  Anything else this film depicts?
4  A.  I'm not sure if they turn around or if they
5     come chasing me or not. I'm not sure of --
6     I haven't seen this film in a while.
7         MR. SILVERFINE:  Okay. Want to speed it
8     up a little.
9  Q.  Stop and slow to regular speed. It's now
10    January 5th, 2006, 7:01. Anything else this
11    film shows? Whose apartment is this?
12  A.  That's an apartment called Kenmar
13    Apartments. Nobody in specific lives there.
14    No.
15  Q.  Okay. And what is this film showing --
16  A.  Actually --
17  Q.  -- us now?
18  A.  -- maybe someone does live there that I -- I
19    know my mother-in-law used to live there.
20    Maybe someone lives there now. I don't
21    know.
22  Q.  Anything else on this film? Or should I
23    speed through?
24  A.  I'm not sure.

Page 375

1  Q.  These are your films. Right? I mean, I'm
2     not --
3  A.  Yes. They're my --
4  Q.  Okay.
5  A.  -- films. But I haven't seen them in a
6     while.
7  Q.  This is January 5th, 2006.
8  A.  Okay.
9  Q.  Today's --
10        MR. FISCHER:  It's a year ago.
11        MR. SILVERFINE:  A year ago. Very good.
12    Almost -- almost exactly a year ago. Right.
13  Q.  Anything else on this film? Or . . .
14  A.  I think that's it.
15        MR. SILVERFINE:  Okay. Let me speed it
16    up and see if there's anything else. All
17    right. Let's slow it down.
18  Q.  It says "March 1, 2006, 6:55 p.m." What
19    does this section of the video depict?
20    Who's driving? Is that Michelle?
21  A.  I think it's me.
22  Q.  That's you?
23  A.  No. It's Michelle.
24  Q.  Okay. And where are you in this?

Page 376

1  A.  Passenger seat, maybe.
2  Q.  All right. Is William Ashton with you?
3  A.  Yeah. I hear his voice.
4  Q.  Anyone else?
5  A.  Right now, I don't know.
6  Q.  Anything depicted in this film?
7         MR. SILVERFINE:  Okay. Can you speed it
8     up a little bit. Can you slow it down
9     maybe.
10  Q.  It's March 1, 2006, 7:04. Anything in this?
11    All right. It's now March 2nd, 2006, 6:49
12    a.m. All right. And what's this? Is that
13    what it says?
14  A.  Probably a school day.
15  Q.  Okay. Who's in the car now?
16  A.  My kids. I don't know which ones, 'cause
17    all three of them.
18  Q.  Okay. Who's driving?
19  A.  I don't know at this point.
20        (Videotape marked as Kennedy Exhibit
21        No. 9.)
22        MR. FISCHER:  There's one more?
23        MR. SILVERFINE:  This is the last one.
24  Q.  This is -- the next one, Exhibit 10, it says

Page 377

1     "November 9, 2001," all right, "2:50 a.m."
2     Okay. Is that you on the right?
3  A.  Yes. Yes, it is.
4  Q.  Okay. And that's Chief Rosa on the -- on --
5     to your right?
6  A.  Yes.
7  Q.  Okay. Anyone else you recognize?
8  A.  I recognize Marty Conway.
9  Q.  Okay. And what's this -- what's this
10    depict?
11  A.  They're in the yard.
12  Q.  Yeah.
13  A.  And Conway's trying to -- I don't know what
14    he's writing down. But we were trying to --
15    it looks to me like we're trying to explain
16    something to the police.
17  Q.  Okay. Is that William Ashton on the right?
18    Is this the same date as the Deann Masone
19    incident? Is that fair to say?
20  A.  Yes.
21  Q.  Okay. Who's filming now on November 9th,
22    2001?
23  A.  I'm not sure. I think the camera's set it
24    on the -- on the porch rail.

Page 378

1  Q.  Who set up the camera?
2  A.  I'm not sure.
3  Q.  Well, when you came out, did you set up the
4      camera?
5  A.  No.
6  Q.  Your kids were sleeping.  Right?
7  A.  Yes.
8  Q.  So who set up the camera?
9  A.  It could have been William Ashton.
10 Q.  All right.  And does this help you refresh
11     your memory as to when you came out?
12 A.  I never saw this tape.
13 Q.  You never saw what?
14 A.  I never saw this tape.  I don't know when I
15     came out.
16 Q.  You never saw this tape?
17 A.  No.
18 Q.  Never?
19 A.  No.
20 Q.  Your testimony is, you never saw this tape?
21 A.  Right.
22 Q.  And is -- is it fair to say this is your
23     front yard?
24 A.  Yes.

Page 379

1  Q.  What's -- what -- what address was this?
2  A.  162 Leicester.
3  Q.  Okay.  And is that Michelle Kennedy in the
4      middle there, looking, with the cup in her
5      hand?
6  A.  Yes.
7  Q.  Okay.  Who's -- who's this on the right --
8      can you tell -- to the right of her?
9  A.  I -- I can't tell.
10 Q.  Is that a female?
11 A.  Yeah.  It's a female.
12 Q.  Who is that?  Do you know?
13 A.  It could have been Amy Baum, but I'm not
14     sure.
15 Q.  Amy Baum was living with you at the time of
16     November 9, 2001?
17 A.  No.
18 Q.  Was she -- what was she doing at your house
19     on that particular night?
20 A.  Well, all I know is that her kid was inside.
21     So . . .
22 Q.  Her kid was inside?
23 A.  Yes.
24 Q.  And your kids were inside?

Page 380

1  A.  Yes.
2  Q.  All three?
3  A.  Four.
4  Q.  Four kids?
5  A.  Yeah.
6  Q.  No.  I'm saying, all three of yours --
7  A.  Oh, yeah.
8  Q.  -- and her kid?
9  A.  Yes.
10 Q.  Okay.  Did any of the children wake up and
11     come outside that morning?
12 A.  No.
13 Q.  Anything else you can recognize from the
14     video that we've seen so far in Exhibit 10?
15     Anyone else you recognize?  Any -- anybody?
16 A.  No.
17 Q.  Okay.  Any of the other officers you
18     recognize?
19 A.  Marty Conway.
20 Q.  Okay.  Marty Conway.  You said Dan Rosa.
21     Right?  Anyone else?
22 A.  No.
23 Q.  Okay.  And is that William Ashton on the
24     left?  Or is that somebody else?

Page 381

1  A.  It seems to be William Ashton.
2  Q.  Now, is that your fence behind you in this
3      video?
4  A.  Yes.
5  Q.  Was it broken?
6  A.  It looks -- it appears to be broken.  I
7      don't remember it being broken.
8  Q.  Do you remember repairing it?
9  A.  I'm not sure.
10 Q.  Okay.  And is that you in the middle,
11     smoking?
12 A.  Yes.
13 Q.  Okay.  Anyone else you recognize in the
14     background, civilian or other police
15     officers, Mr. Kennedy?
16 A.  I recognize William Ashton there.
17 Q.  Okay.  Is that you on the right?
18 A.  Yes.
19 Q.  Okay.  I'm hoping to finish up shortly.
20     Just -- it's better if we just get it done.
21     When we're done with this, it's maybe like
22     just five minutes.  You want to get it done.
23     Right?
24 A.  Let's just do it.  Now my kids are stuck in

Page 382

1    Billerica.
2    Q.  I'm doing the best I can.  Mr. Kennedy, you
3        arrived here a little late.
4    A.  I told you I had to be out of here at 1:15.
5    Q.  Mr. Kennedy -- Mr. Kennedy, with all due
6        respect, I -- I --
7    A.  Okay.
8    Q.  Mr. Kennedy --
9    A.  I'm sorry.  I can't --
10       MR. FISCHER:  Stay cool, and let's get
11       done.
12       MR. SILVERFINE:  All right.  Yeah.
13       Let's -- why don't we speed it up.
14   Q.  Is there anything else besides the
15       November 9th front yard video that's
16       depicted on Exhibit 10?
17   A.  No.
18   Q.  Okay.  Anything else?
19   A.  That's all that I -- I mean, that looked
20       like the end of the tape to me.
21   Q.  All right.  Well, let's run it and see.
22       Okay.  I'm sorry.  It looks like there's
23       another section of this, April 18th, 2002,
24       10:41.  Is this, again, your front yard?

Page 383

1    A.  Yes.  It is.
2    Q.  The same address?
3    A.  Yes.
4    Q.  Okay.  And what is depicted in this video?
5        What is this?
6    A.  I'll have to watch it for a second to tell
7        you what.  Okay.  This is my kid's
8        skateboard ramps.
9    Q.  I'm sorry.  Your kid's skateboard ramps?
10   A.  Yes.
11   Q.  Okay.  Are they -- are they shown here?
12       The -- the -- the skateboard ramps, are they
13       shown in the film?
14   A.  I don't see them right now.
15   Q.  Okay.
16   A.  They're off to the side.
17   Q.  Are they in your yard?
18   A.  No.  They're on the side of the street.
19   Q.  The side of Leicester Street?
20   A.  Yes.
21   Q.  Okay.  Up on the right you're pointing to?
22   A.  Close -- close to the fence, up on the
23       right.
24   Q.  Okay.  And whose cruiser is this, if you

Page 384

1        know?
2    A.  I believe it's Al Munn --
3    Q.  Al Munn?
4    A.  -- or Marty Conway.
5    Q.  Okay.
6    A.  It's one of them.
7    Q.  Anything else shown in this film that --
8        want to speed it up a little bit so
9        you . . .
10   A.  No.  I don't think so.
11       MR. SILVERFINE:  Okay.  Why don't you
12       just -- we'll run it through.
13       THE WITNESS:  My kids are at school.
14   Q.  All right.  Are these the ramps you were
15       talking about?
16   A.  Yes.
17   Q.  Okay.  And that's your yard there?
18   A.  Yes.
19   Q.  Okay.  And that's -- you just walked out in
20       a T-shirt?
21   A.  Yes.
22   Q.  All right.  And this is Mr. Ashton?
23   A.  Yes.
24   Q.  Okay.

Page 385

1        MR. SILVERFINE:  All right.  Want to
2        speed it up a little bit.
3    Q.  Anything else?  Same date.  All right.
4        Anything else important and -- or
5        significant in terms of you and William
6        Ashton sitting in the front yard?
7        MR. FISCHER:  Objection.
8    Q.  Well, just tell me what --
9    A.  We're waiting for a tow truck to pull up.
10   Q.  Okay.  When you say "a tow truck," is this
11       relative to the ramps or something else?
12   A.  It's relative to the ramps.  The police are
13       calling to have them removed.
14   Q.  Okay.  All right.  Okay.  Anything else
15       we're going to see in the film that you're
16       aware of?
17   A.  Not that I'm aware of.
18   Q.  Okay.  So what's depicted here is,
19       basically, waiting for the tow truck?  Was
20       there anything else that --
21   A.  Yes.  That's it.
22   Q.  Okay.  Anything else happen at this point in
23       time that you can remember?
24   A.  I -- I really don't remember.

Page 386

1  Q.  Okay. Was this a school day? Or is this a
2      Saturday, if you recall? Do you remember?
3  A.  April 18th of '02. I don't remember if it
4      was a school day. I believe it -- no. It
5      could have been.
6  Q.  Are those your children?
7  A.  Yes.
8  Q.  Okay. Hold on. This is May 6, 2002, 7:16
9      a.m. And what are we seeing here? Do you
10     know what this is in regards to?
11 A.  This appears to be in front of the park
12     manager's office.
13 Q.  Okay. And this -- when you say "the park
14     manager's office," at the trailer park in
15     Billerica?
16 A.  Mobile home park. Yes.
17 Q.  And who's shooting this?
18 A.  I'm guessing, William Ashton. I'm not sure.
19 Q.  Okay. And what's this involving, if you
20     know?
21 A.  I don't remem- -- recall the incident.
22 Q.  Do you know what it's about? Mr. Kennedy,
23     do you have any idea what this is in
24     regard -- what -- what part of the Complaint

Page 387

1      this has to do with? Whose voice is that?
2  A.  That's Sergeant Al Munn. He pushed me down
3      the stairs. I couldn't get it on the camera
4      'cause I was -- I lost balance.
5  Q.  Okay. So you're filming this?
6  A.  I had the cameras in my hand. Yeah.
7  Q.  Okay. Whose voices do we hear?
8  A.  Michelle's.
9  Q.  Yeah.
10 A.  Mine.
11 Q.  Right.
12 A.  Sergeant Al Munn.
13 Q.  Okay.
14 A.  And, I believe, William Ashton.
15 Q.  All right. Any of the children around
16     with -- on this date?
17 A.  No. I think it was -- I'm pretty sure it
18     was a school day.
19 Q.  Okay. And -- and the shot seems to be from
20     a car. Is that where you're shooting it
21     from?
22 A.  It looks -- it looks to be like it's from a
23     car. But it could have been a -- our car.
24     I'm not sure.

Page 388

1  Q.  Who's on the bottom right at 7:18 a.m.?
2  A.  It's myself and Michelle.
3  Q.  And who's the officer on the left?
4  A.  Al Munn.
5  Q.  Okay. And so is William Ashton shooting
6      this?
7  A.  Yeah. Yes. I think it's William Ashton.
8  Q.  Okay. Anything else you can remember about
9      this particular incident?
10 A.  We were trying to get in to talk to the park
11     manager about an incident or something, and
12     the police wouldn't allow us in there.
13 Q.  This -- do you remember what the incident
14     was in reference to?
15 A.  At this time, I don't remember.
16 Q.  Did it have anything to do with the eviction
17     or something else?
18 A.  No. Well, it didn't have nothing to do with
19     the eviction.
20 Q.  All right. You -- you have no memory as to
21     what it --
22 A.  This was only -- no. I don't remember what
23     it was about.
24 Q.  Okay.

Page 389

1      MR. SILVERFINE: Speed it up a little
2      bit.
3  A.  I remember now. There was -- somebody was
4      in there, making a complaint.
5  Q.  Against you?
6      MR. SILVERFINE: Okay. Let's slow it
7      down here.
8  Q.  Was it a complaint against you?
9  A.  I don't think it was.
10 Q.  What was the complaint about?
11 A.  I'm -- I'm not sure if it was a complaint.
12     I'm trying to recollect it.
13 Q.  Okay. Do you recognize the second officer
14     now?
15 A.  I don't recognize him.
16 Q.  Okay. And is that Michelle Kennedy
17     speaking?
18 A.  Yes.
19 Q.  Okay. And you don't know what the complaint
20     that you and Michelle had that morning?
21 A.  I couldn't have -- I don't know if it was a
22     complaint. I'm trying to figure it out
23     why -- why they were there. I'm not sure
24     now if it was a complaint or not. I just

Page 390

1    know they weren't allowing us into the
2    office --
3  Q.  Okay.
4  A.  -- for some reason.
5  Q.  And you don't remember what the incident
6    back on May 6th, 2002 at 7-something in the
7    morning?
8  A.  No. I don't.
9  Q.  Okay. I'm just marking something. I'll
10    finish up with a few questions and get you
11    out of here. All right?
12      (Videotape marked as Kennedy Exhibit
13      No. 10.)
14    THE WITNESS: I'll finish it up 'cause
15    I got to get going.
16      MR. SILVERFINE: Do you need to take a
17    call before we resume?
18    THE WITNESS: Yeah. Sure. If you don't
19    mind.
20      MR. SILVERFINE: Go ahead.
21    (Brief recess taken.)
22    BY MR. SILVERFINE:
23  Q.  A couple of questions just to follow up.
24    Are you claiming, as part of your suit, lost

Page 391

1    wages as a result of the injuries you're --
2    you said you suffered from the Billerica
3    police?
4  A.  That -- that's up to my attorneys to decide
5    on that.
6  Q.  Well, I'm asking you. It's your suit.
7  A.  Well, I would take that up with them. As of
8    right now, I don't have an answer for that.
9  Q.  So you're not claiming lost wages?
10      MR. FISCHER: Objection. That's not
11    what he said.
12  A.  I didn't say that. I haven't taken it up
13    with my attorneys yet.
14  Q.  Okay. Part of your lawsuit, you claim, in
15    your -- in your allegations and your demand,
16    you're claiming lost wages as part of your
17    damages in the suit. That's a simple
18    question.
19  A.  That was drawn up by my attorneys.
20  Q.  Okay. But I'm asking you. You're the
21    plaintiff in this case --
22  A.  Right.
23  Q.  -- one of the plaintiffs. Are you seeking
24    recovery for lost wages?

Page 392

1  A.  That will be discussed between me and my
2    attorneys. When that is, I'll give you an
3    answer.
4  Q.  No. I want an answer today, because you've
5    refused to answer your information related
6    to your wages. And I want to know so I
7    can -- if I have to move for it, whether or
8    not you're claiming lost wages.
9  A.  I'm really not sure about that question.
10      MR. SILVERFINE: Okay. Mr. Fischer --
11  A.  I don't understand it.
12      MR. SILVERFINE: -- is that part of your
13    suit?
14      MR. FISCHER: It's alleged in the
15    Complaint.
16      MR. SILVERFINE: Okay. Fine. So we'll
17    reserve on that as well.
18  Q.  Just tell me quickly, how is it that one
19    enters into a methadone clinic? What do you
20    have to do? How does -- how does it work?
21  A.  I -- you know, it was two years ago. I
22    forget how I -- how I went about doing it.
23  Q.  You just show up into a clinic and say, here
24    I am?

Page 393

1  A.  You have to have a -- I think you have to
2    speak with the doctor, the doctor that I
3    mentioned. But I'm not sure. I really
4    forget about what -- what I had to do.
5  Q.  You forget about how you do it? You
6    don't --
7  A.  Yes.
8  Q.  -- remember how you entered a methadone
9    clinic?
10  A.  No. I don't.
11  Q.  Did someone refer you there?
12  A.  I -- I really, honestly, forget how I
13    learned about that -- learned about it.
14  Q.  Well, forget about learning it. How is it
15    that you entered into it?
16  A.  That also.
17  Q.  You have no -- you have no memory of that?
18  A.  No.
19  Q.  How is it your wife learned to go into the
20    methadone clinic?
21      MR. FISCHER: Objection.
22  A.  If I don't know it, I don't -- if I don't
23    know how I did, then I wouldn't know how she
24    would have done.

Page 394

1  Q.  Okay. So you have no memory of how you
2      entered, what you had to do to get into a
3      methadone clinic?
4  A.  Not at this time.
5  Q.  Well, at some more time, you're going to --
6      you're going to --
7         MR. FISCHER: You keep asking the
8      question. It won't make him answer it any
9      better.
10 Q.  I'm -- I'm -- I'm -- okay.
11        MR. FISCHER: I should also point out,
12     we're over eight hours now.
13        MR. SILVERFINE: Okay. I'm -- I'm
14     trying to avoid having to come back. And if
15     you want, I'll file a motion; and we'll come
16     back. I'm trying to finish up, but we'll
17     file a motion since he's not answering a
18     number of the questions which are pertinent
19     to the allegations in the Complaint. Okay.
20     Let's see if this . . .
21 Q.  The -- the exhibits we've just marked, the
22     videos, are there any other videos that you
23     haven't turned over?
24        MR. FISCHER: Objection.

Page 395

1  A.  To my knowledge, that's it. But I'm --
2  Q.  That's it?
3  A.  -- not sure.
4  Q.  Okay.
5  A.  To my knowledge.
6  Q.  When -- when are you going to be sure? You
7      know this is now January 2007.
8         MR. FISCHER: Objection.
9  Q.  So the question is, oth --
10        MR. FISCHER: For -- for some- -- for --
11     for someone who's -- who's on the police
12     department can't keep records straight,
13     that's a -- it's a pretty cynic- --
14     sarcastic way to ask the question.
15        MR. SILVERFINE: Mr. Fischer, thank you
16     for that comment. I'm very -- it's very
17     constructive. I appreciate it.
18 Q.  Do you understand my question?
19 A.  Yes.
20 Q.  Okay. Are there any other videotapes
21     that -- that are relative to this case?
22        MR. FISCHER: Objection. Asked and
23     answered.
24 Q.  Okay. Do you understand my question, sir?

Page 396

1  A.  Yes. I do.
2  Q.  Okay. Are there any other videotapes that
3      you haven't produced to us that are part of
4      this case?
5  A.  At this time, I don't -- I think --
6         MR. FISCHER: Objection. Asked and
7      answered.
8         MR. SILVERFINE: Okay. All right.
9      We're going to suspend. I'm reserving on
10     the -- the issues that I've noted, and we'll
11     take it up with the Court.
12        (Whereupon the deposition was suspended
13     at 1:58 p.m.)
14            *****
15
16
17
18
19
20
21
22
23
24

Page 397

1       C E R T I F I C A T E
2     I, BRIAN G. KENNEDY, hereby certify
      under the pains and penalties of perjury
3     that I have read the foregoing transcript of
      my testimony and further certify that said
4     transcript is a true and accurate record of
      my testimony (with the exception of the
5     corrections noted below.)
6  PAGE  LINE  CORRECTIONS AND/OR DELETIONS
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22  Signed under the pains and penalties of
    perjury this     day of       , 2007.
23
24        BRIAN G. KENNEDY

Page 398

```
 1         CERTIFICATE
 2    COMMONWEALTH OF MASSACHUSETTS
      COUNTY OF NORFOLK, ss.
 3
 4         I, Jo Anne M. Shields, a Professional
 5    Shorthand Reporter and Notary Public in and for
 6    the Commonwealth of Massachusetts, do hereby
 7    certify that BRIAN G. KENNEDY, the witness
 8    whose deposition is hereinbefore set forth, was
 9    duly sworn by me and that such deposition is a
10    true and accurate record, to the best of my
11    knowledge, skills and ability, of the testimony
12    given by such witness.
13         I further certify that I am not related
14    to any of the parties in this matter by blood
15    or marriage and that I am in no way interested
16    in the outcome of this matter.
17         IN WITNESS WHEREOF, I have hereunto set
18    my hand and affixed my seal of office this 22nd
19    day of January, 2007.
20
21
              Notary Public
22
      My Commission expires:
23    September 6, 2013.
24
```

