# EXHIBIT 2A

## Page 229

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 04-CV-12357-PBS

---------------------------------------------------
BRIAN KENNEDY AND MICHELLE KENNEDY,
Individually and as mother and next friend of
BRIAN KENNEDY, Individually and as mother and
next friend of BRIAN KENNEDY,
        Plaintiffs,
            vs.
TOWN OF BILLERICA, DANIEL C. ROSA, JR.,
Individually and as Chief of the Billerica Police
Department, JOHN BARRETTO, Individually and as former
Chief of the Billerica Police Department,
PAUL W. MATTHEWS, Individually and as former Chief
of the Billerica Police Department, ROBERT LEE,
Individually and as former Deputy Chief of the
Billerica Police Department, THOMAS CONNORS,
FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY,
JOHN ZARRO, MARK TSOUKALAS, TARA CONNORS,
MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN
ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A.
CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST,
GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE,
WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN,
TIMOTHY MCKENNA AND JOHN DOE,
        Defendants.
---------------------------------------------------

DAY 3 DEPOSITION OF MICHELLE KENNEDY, taken on
behalf of the Defendant, before June N. Poirier,
at the offices of Brody, Hardoon, Perkins & Kesten,
One Exeter Plaza, Boston, Massachusetts, on Friday,
February 9, 2007, commencing at 10:20 a.m.
DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
One State Street
Boston, Massachusetts 02109
(617) 742-6900

## Page 230

1  APPEARANCES:
2
3  FREDERICK V. GILGUN, JR., ESQ.
   Nicholson, Sreter & Gilgun, P.C.
4  33 Bedford Street, Suite 4
   Lexington, MA 02420
5  (781)861-9160
      Represents Brian Kennedy and Michelle Kennedy
6
7  JEREMY I. SILVERFINE, ESQ.
   Brody, Hardoon, Perkins & Kesten
8  One Exeter Plaza
   Boston, MA 02116
9  (617)880-7100
      Represents Town of Billerica, et al.
10
11
12  ALSO IN APPEARANCE:
13  KAREN PETERS
14
15
16
17
18
19
20
21
22
23
24

## Page 231

1          INDEX
2  WITNESS          CONTINUED DIRECT
3  MICHELLE KENNEDY
4  By Mr. Silverfine          233
5
6
7
8
9
10
11        EXHIBITS
12  EXHIBIT NO.    DESCRIPTION      PAGE NO.
13    6    Handwritten Notes        352
14    7    Handwritten Notes        405
15
16
17
18
19
20
21  Attorney Silverfine retained the exhibits
22
23
24

## Page 232

1          PROCEEDINGS
2      (Whereupon the witness was sworn.)
3      MR. SILVERFINE:  Good morning, Miss
4  Kennedy.  We're here to continue with your
5  deposition today and hopefully we'll make some
6  progress.  I have a series of questions.  The
7  same ground rules apply, which is, please allow
8  me to finish my question and hopefully I'll
9  allow you to finish your answer before going
10  on.
11      If at any time you don't understand a
12  question, please let me know, I'll rephrase it.
13      If at any time you want to talk to Mr.
14  Gilgun, you have to let me know so I can give
15  you an opportunity to talk to him.
16      If at any time you need a break, you also
17  have to let me know; use the ladies' room,
18  that's fine.
19      We'll take a lunch break when counsel and
20  everybody needs to.  Do you understand
21  everything so far?
22      THE WITNESS:  Yes.
23      MR. SILVERFINE:  I'll be showing you a
24  number of documents and asking you questions,

## Page 233

1    and as before, I just need a response to the
2    question. And again, if at any time there is
3    anything you don't understand, please let me
4    know and I'll try to rephrase it. No one is
5    trying to confuse you. If I'm jumping around
6    it's not meant to confuse you. It's just that
7    something -- sometimes lawyers go on one
8    subject and then there is something else they
9    think of so they assume you understood what
10   they're asking. So if you don't understand,
11   let me know. Okay?
12        THE WITNESS: Yes.
13   CONTINUED DIRECT EXAMINATION
14   Q   (By Mr. Silverfine) All right. For the
15   record, could you please give us your full name
16   again?
17   A   Michelle Yvonne Kennedy.
18   Q   And what is your address?
19   A   1248 Gorham Street, G-O-R-H-A-M, Street,
20   Lowell, Mass.
21   Q   Who do you live there with?
22   A   My husband, my three children, and my mom
23   lives there half the year.
24   Q   That's Joyce Tibbetts?

## Page 234

1    A   Correct.
2    Q   Anyone else?
3    A   A friend sleeps there as well a few nights
4    a week.
5    Q   Who is that?
6    A   William Ashton.
7    Q   Your current home number?
8    A   My telephone number at home? I wish not
9    to give that to you if I don't have to.
10   Q   Are you refusing to answer that question?
11   A   Yes.
12        MR. SILVERFINE: Okay. I'm going to make
13   notes in case. In case there is an issue which
14   I have to go file a motion to compel, I just
15   need to mark these. Okay?
16   Q   (By Mr. Silverfine) Social Security
17   number?
18        MR. GILGUN: I continue to object to that.
19        MR. SILVERFINE: Okay.
20        MR. GILGUN: These were asked and answered
21   last time.
22        MR. SILVERFINE: They weren't.
23        MR. GILGUN: The Social Security number
24   was asked and answered, I just read it. She

## Page 235

1    refuses to answer; she continues to refuse.
2        MR. SILVERFINE: There is a court order
3    saying that --
4        MR. GILGUN: That she answer the Social
5    security number?
6        MR. SILVERFINE: Yeah.
7        MR. GILGUN: I apologize if that's
8    correct.
9        MR. SILVERFINE: I want to mark that.
10       MR. GILGUN: The court instructed to
11   answer by giving her Social Security number?
12   You might be right.
13       MR. SILVERFINE: I don't want to represent
14   that because I don't have it in front of me. I
15   want to the reserve on that as well and we can
16   take it on break.
17   Q   (By Mr. Silverfine) Are you currently
18   employed?
19   A   No.
20   Q   When was the last time you were employed?
21   A   Approximately maybe three, four weeks ago.
22   Q   What kind of work were you doing then?
23   A   I was taking care of an elderly woman.
24   Q   And who's that?

## Page 236

1    A   Her name is Josephine.
2    Q   Is this the woman you mentioned last time,
3    she was in Winchester?
4    A   No; it's a different one.
5    Q   Where is Josephine out of?
6    A   She's out of Wilmington.
7    Q   How long did you care for Josephine?
8    A   On and off maybe seven or eight months.
9    Q   All right. What were your wages? How
10   much were you earning during the time period you
11   were caring for Josephine?
12   A   Twelve -- $12 an hour. And she hired me
13   privately for 20 an hour.
14   Q   Is there any reason why you're not working
15   for her now?
16   A   The doctor said that I can't work right
17   now for at least six months.
18   Q   Which doctor?
19   A   Dr. Leona Dean.
20   Q   I'm sorry; who?
21   A   Dr. Leona Dean.
22   Q   Can you spell that for the court reporter?
23   A   Leona, L-E-O-N-A. Dean, D-E-A-N.
24   Q   Where is Dr. Dean's location?

Page 237

1    A    Drum Hill, Chelmsford, Mass.
2    Q    Is that a road, Drum Hill?
3    A    Yeah, I guess.
4    Q    What kind of doctor is Dr. Dean?
5    A    She's like -- she's who I see over my
6    stress.
7    Q    You've indicated that Dr. Dean asked that
8    you can't work?
9    A    Leona Dean.
10   Q    Why has Dr. Dean indicated you not work?
11   A    She just thinks I'm going through too much
12   stress, that I need not to work right now.
13   Q    Is it your claim that this is related to
14   this lawsuit?
15   A    It's related to the police harassment.
16   Q    Have you produced any of those records
17   from Dr. Leona Dean to us?
18   A    I believe so.
19        MR. SILVERFINE:  I'll make a request to
20   Mr. Gilgun that I have not received any
21   records.
22        THE WITNESS:  I just got them not too long
23   ago.
24        MR. SILVERFINE:  For the record, I'm

Page 238

1    indicating to your lawyer that I'm asking for
2    any records.  I have not received anything from
3    Dr. Leona Dean.
4        MR. GILGUN:  Excuse me for one moment.
5    Q    (By Mr. Silverfine)  When did you start
6    seeing Dr. Dean?
7    A    I would have to guess approximately, maybe
8    seven months ago.
9    Q    For what -- you say stress you've been
10   seeing her?
11   A    Yes.
12   Q    Does she have a private practice or does
13   she belong to an institution, that you're aware of?
14   A    I believe it's private but -- well, there
15   are other doctors there.
16   Q    It's not part of the Faulkner Hospital or
17   Lowell Memorial Hospital?
18   A    No.  Correct.
19   Q    Any physicians, doctors, caregivers that
20   you've seen over the past seven months that you
21   haven't disclosed to the defendants besides
22   Dr. Dean?
23        MR. GILGUN:  Objection.  You can answer.
24   A    I'm seeing, I guess you would call it --

Page 239

1    I'm not exactly sure what she is.  But for, like,
2    counseling, her name is Joyce, and I don't know her
3    last name but I see her every week for an hour and a
4    half.
5    Q    (By Mr. Silverfine)  Where is Joyce?
6    A    She's at Seven Hills and Chelmsford, Drum
7    Hill.
8    Q    Is she associated with Dr. Dean?
9    A    Yes.
10   Q    What does Joyce do that's different than
11   Dr. Dean?
12   A    Dr. Leona Dean is a doctor and Joyce is,
13   like, a counselor but maybe even more, but she's who
14   I, you know, see weekly.
15   Q    You see her weekly and you continue to see
16   her weekly?
17   A    Yes.
18   Q    When did you begin to see Joyce?
19   A    Approximately seven months ago.  Could be
20   a little more, could be a little less.
21   Q    Around the same time you started treating
22   with Dr. Leona Dean you started seeing Joyce?
23   A    Yes.
24   Q    Is Dr. Joyce -- you say "a counselor." Is

Page 240

1    she associated with Dr. Dean?
2    A    Yeah.  This in, like, the same firm, like.
3    Q    Anyone else?
4    A    Yeah.  I see another counselor every week
5    as well.
6    Q    Who's that counselor?
7    A    Her name is Karen Stevens.
8    Q    Where is Karen Stevens associated with?
9    A    She's out of Lowell, and I just don't want
10   to get into that.
11        MR. GILGUN:  Is that at Habit Management?
12        THE WITNESS:  Yes.
13        MR. SILVERFINE:  For the record, you have
14   not produced any records which we believe we're
15   entitled to from Habit Management.  And I told
16   this to your counsel, we'll be not closing this
17   deposition because we believe this is
18   absolutely germane to this lawsuit.  We have
19   not received any records from you on Habit
20   Management.
21   Q    (By Mr. Silverfine)  Are you refusing to
22   answer any questions as to treatment with Karen
23   Stevens in Lowell?
24   A    As of right now, yes.

Page 241

1    MR. GILGUN: Let me respond to that. That
2  is correct. The plaintiff, Miss Kennedy, has
3  an objection to producing her records at Habit
4  Management Institute. And as I explained to
5  Attorney Silverfine, pursuant to the agreement
6  that counsel had back in August regarding the
7  production of medical records he now has,
8  obviously, the option to pursue a motion to
9  compel in the court ordering Miss Kennedy to
10  produce the documents if there is a need for
11  further questioning. We certainly understand
12  his right to reserve the option to renew the
13  deposition. On the other hand, if the court
14  decides that the documents do not have to be
15  produced, obviously, we would be objecting to
16  any renewed deposition.
17    MR. SILVERFINE: Just so it's clear on the
18  record, I believe one of the reasons we were
19  granted additional time was precisely this
20  issue which the court allowed us to inquire of
21  Mrs. Kennedy because of her treatment at Habit
22  Management, which I believe there was reference
23  in my motion if I have to pursue an additional
24  motion we will be seeking appropriate costs and

Page 242

1  fees associated with that because I think one
2  of the reasons for appearing here again today
3  was precisely that. So I will be reserving on
4  that as well.
5    MR. GILGUN: On that point are you
6  suggesting the court ordered Miss Kennedy to
7  testify about her treatment at Habit Management
8  Institute or to produce those documents?
9    MR. SILVERFINE: I can't represent that
10  specifically said that. In my motion, that's
11  what I addressed.
12    MR. GILGUN: It's my recollection that
13  we've never been ordered -- Miss Kennedy has
14  never been ordered to testify about that nor
15  has she been ordered to produce those records.
16  If I'm in error and you can produce that at
17  break, certainly I don't intend to be in
18  violation of the court.
19    MR. SILVERFINE: Oh, the other thing I
20  want to point out, there has been no indication
21  from plaintiff's counsel that they're seeking a
22  privilege law of protective order relative to
23  Habit Management. While there was an agreement
24  reached with counsel this past summer, we still

Page 243

1  understood that they would be forwarding such
2  objections to us in advance. We've not
3  received -- other than when I spoke to
4  Mr. Gilgun the other day -- he said something
5  to the effect that she was objecting on
6  reviewing those records. And I believe that
7  one of the purposes of today's proceeding was
8  our ability to ask her questions, which I am
9  now being prevented from doing so.
10    MR. GILGUN: Just for the record, CFR does
11  speak to the right to privacy as to those
12  records, and that's what the plaintiff is
13  relying on in asserting her objection to
14  producing them at this time.
15    MR. SILVERFINE: Just so we know, she's
16  also asserting damages in the lawsuit that
17  relate to her treatment, which she is now
18  refusing to answer questions on. So it's
19  directly related.
20    MR. GILGUN: Only as to the Habit
21  Management Institute.
22    MR. SILVERFINE: It's directly related to
23  the lawsuit, which we discussed the other day
24  when we had an opportunity to be in court

Page 244

1  together on a separate matter.
2    MR. GILGUN: She has openly discussed at
3  this deposition treatment at Seven Hills, where
4  she is treating with a psychiatrist and a
5  therapist.
6    MR. SILVERFINE: Right. There is also a
7  series of questions here directly related to
8  her claims which I'm being prevented from
9  having an opportunity to ask her. Okay.
10  Q   (By Mr. Silverfine) Are you currently
11  enrolled in a methadone clinic?
12  A   Yes.
13  Q   Is your husband also enrolled in a
14  methadone clinic?
15    MR. GILGUN: Objection.
16  A   Yes.
17    MR. GILGUN: Just one minute. (Off the
18  record.)
19    MR. GILGUN: (On the record.) Thank you.
20  Q   (By Mr. Silverfine) Where are you being
21  treated at a methadone clinic?
22  A   I'm confused. I thought I'm not supposed
23  to talk about this.
24    MR. GILGUN: If you want to object you

Page 245

1  can. It's Habit Management Institute, that's
2  been discussed.
3      MR. SILVERFINE: Well, I think I'm being
4  prevented from asking her questions which are
5  directly related to this lawsuit and I want to
6  put on the record so the record is clear.
7      MR. GILGUN: What she's objecting to?
8  That's fine.
9      MR. SILVERFINE: What I'm entitled to
10  show -- there is a clear record. There's no
11  disagreement -- I didn't know you were going to
12  go into that. I'm going to be asking you a
13  series of questions and on advice of counsel
14  you're refusing to answer, that's fine. I have
15  to make a record of it, I'm going to. If you
16  want to take a moment to explain to her, that's
17  fine.
18      MR. GILGUN: Let me step outside. (Off
19  the record at 10:30 a.m.)
20      MR. SILVERFINE: On the record. (10:38
21  a.m.)
22  Q  (By Mr. Silverfine) I'm going to ask you
23  a series of questions. Again, you have the right to
24  talk to counsel. Are you asserting the privilege

Page 246

1  you discussed?
2      MR. GILGUN: She has discussed it with me.
3      MR. SILVERFINE: I'll move on. I have to
4  ask questions so when I go back to court I know
5  what I'm asking for.
6  Q  (By Mr. Silverfine) How long have you
7  been treating at the methadone clinic?
8  A  I don't want to answer it.
9  Q  What is the problem that you had that
10  referred you to the methadone clinic?
11  A  Don't want to talk about it.
12  Q  Again, just for the record, you're
13  asserting a privilege after discussing with your
14  attorney on these questions; fair to say?
15      MR. GILGUN: She's asserting the right to
16  privacy under 42 CFR.
17      MR. SILVERFINE: So it's clear on the
18  record, what you're asserting?
19      MR. GILGUN: I don't think she understands
20  the true ramification of the law. She's
21  asserting her right to privacy on treatment at
22  the methadone clinic.
23      MR. SILVERFINE: Again, I'm asking you it
24  because you're claiming certain damages for

Page 247

1  this treatment which you say relates to the
2  lawsuit, that's why I'm asking you.
3  Q  (By Mr. Silverfine) How was it that you
4  were referred to that methadone clinic?
5  A  I don't want to discuss it.
6  Q  For what problem is your husband enrolled
7  in the methadone clinic?
8  A  I'm not going to talk about my husband.
9  Q  Are you asserting the same privilege that
10  Mr. Gilgun just mentioned or are you asserting a
11  different privilege?
12      MR. GILGUN: Her husband has the same
13  right to his information concerning treatment
14  in a methadone clinic. She'd be if violation
15  of the CFR if she talked about it.
16      MR. SILVERFINE: Are you instructing her
17  not to answer?
18      MR. GILGUN: I'm instructing her not to
19  incriminate herself by talking about someone's
20  else's right to privacy asserted under 42 CFR.
21      MR. SILVERFINE: That's the source of your
22  assertion; is that correct, Mr. Gilgun?
23      MR. GILGUN: Correct.
24  Q  (By Mr. Silverfine) For what problem does

Page 248

1  Brian Kennedy have that he's enrolled in a methadone
2  clinic?
3  A  I'm not going to talk about my husband.
4  Q  You haven't produced any of these Habit
5  Management records to date, is that fair to say, as
6  well?
7  A  Correct.
8  Q  Okay. Besides the people you've mentioned
9  so far: Dr. Leona Dean, Joyce, last name you don't
10  know; correct?
11  A  No, I don't know.
12  Q  You said you have been treating with Joyce
13  for approximately seven months?
14  A  Right.
15  Q  You don't know her name?
16  A  I don't.
17  Q  She's a counselor?
18  A  She's more than a counselor but I'm not
19  exactly sure. I know I meet with her for an hour
20  and a half each week.
21  Q  Okay. You discuss things; fair to say?
22  A  Yes.
23  Q  Any other medical facility treatment that
24  you haven't told us about relative to the lawsuit

Page 249

1  besides the ones you've mentioned today?
2      MR. GILGUN: Objection.
3      A  Not that I can recall at this time.
4      MR. SILVERFINE: Okay.
5      MR. GILGUN: Just for the record, are you
6  referring to any medical treatment she's
7  received as a result of this lawsuit?
8      MR. GILGUN: Just received in this past
9  year.
10      MR. SILVERFINE: Well, I'm talking about
11  this lawsuit. If there is any claim that's
12  related to this lawsuit.
13      THE WITNESS: Okay. I'm sorry; I thought
14  you meant seven months.
15      MR. SILVERFINE: Do you want to talk to
16  Mr. Gilgun again?
17      THE WITNESS: No.
18      Q  (By Mr. Silverfine) My question is, is
19  there anyone else, not what you've produced through
20  your counsel, through answer to interrogatories,
21  through production of certain documents a number of
22  medical institutions. Are there any others? You
23  mentioned there are two new names, Leona Dean and
24  Joyce. What I'm asking, are there any others?

Page 250

1      MR. GILGUN: Other than what she's
2  produced through documents and interrogatories
3  and her testimony?
4      MR. SILVERFINE: Right.
5      MR. GILGUN: That's different about other
6  than what she talked about today. There has
7  clearly been medical records and
8  interrogatories regarding medical treatment
9  produced already but have not been discussed
10  today; that's my concern.
11      MR. SILVERFINE: I'm asking of anyone else
12  besides the ones you've listed previously today
13  that we haven't covered.
14      A  Yeah. I've seen other people over the
15  last several years. Is that what --
16      Q  (By Mr. Silverfine) Do you understand my
17  question or no?
18      A  Not really.
19      Q  I want to the make sure you understand.
20  Is there anyone else other than what you've produced
21  to us through your lawyers, you've told us
22  previously through depositions, answering
23  interrogatories; anyone else because you've added
24  now Dr. Leona Dean today and Joyce. Is there anyone

Page 251

1  else you haven't listed who's provided care,
2  treatment, counseling for you relative to this suit?
3      A  I believe you have everybody.
4      Q  Likewise, you've produced I think to us
5  five videotapes; that's what we have to date. Are
6  there any other videotapes you claim are related to
7  this lawsuit you haven't produced to date?
8      A  We just videoed one about two weeks ago.
9      Q  Have you provided that to us?
10      A  No; I haven't even got a copy yet.
11      Q  When you say "we," who's "we"?
12      A  My husband and I.
13      Q  What does this new videotape allegedly
14  have to do with?
15      A  It's just officers who call us, you know,
16  speeding by us. And when we were fixing my son's
17  car at the high school he passed by three times.
18  You know, drove by, turned around, came back.
19      Q  Okay. When did this occur?
20      A  This occurred maybe approximately two
21  weeks ago.
22      Q  Any other videotapes that you say pertain
23  to this lawsuit that you haven't produced?
24      A  No.

Page 252

1      Q  What I'm going to do in a little bit is
2  we're going through those videotapes and ask you
3  what they allegedly show. We'll get to that in a
4  minute. Any other additional audiotapes other than
5  the one you produced through counsel?
6      A  No.
7      Q  You had mentioned several times I believe
8  in a deposition that you had an audiotape of Robin
9  Reslow which has never been produced to us. Do you
10  still have that audiotape?
11      A  I don't know if I still have that.
12      Q  Okay. What I'm going to do, among other
13  things, we're going to run some videotapes and ask
14  you if you recognize it and if you can tell us who
15  is in the videotape, who's talking, what this
16  purportedly depicts and relates to a particular
17  incident. As we're doing if there is something you
18  can tell us -- some of these are dated and some
19  aren't, so if you can tell us.
20      A  Okay.
21      MR. SILVERFINE: Off the record 10:46
22  a.m.)
23      MR. SILVERFINE: (On the record 10:47
24  a.m.) For the record, this was marked in Brian

Page 253

1  Kennedy's second day of deposition and we're
2  showing it to Mrs. Kennedy now.
3        (Videotape plays.)
4  Q  (By Mr. Silverfine) Mrs. Kennedy, please
5  at any point tell us if you know the date. I don't
6  see any dates on this particular exhibit. You tell
7  us what this refers to.
8  A  Okay. You want me to start talking now?
9  Q  That would be great.
10  A  This, I believe, is when it was the Woods'
11  incident. They owned a mobile home next to us and
12  we were quite friendly with them for many years.
13  She always let us park in her driveway and a runaway
14  kid in the neighborhood was staying in her house and
15  shed for a few days and she came down and found out
16  somebody was -- you know, broke into the house. It
17  was empty and there was nothing in it, blinds and
18  whatnot, but the police came down and that night
19  like everything was okay and the next night, which
20  this happened, three guys showed up and Woods was
21  one of them, and he brought a couple of guys and
22  they pulled up in a Hummer, and we had just came
23  back from the laundromat and they approached my
24  husband. I went outside and they wanted to fight my

Page 254

1  husband and they were pretty big. And we had our
2  dogs, you know, running in the yard because we were
3  scared so we let our dogs in the yard and the guy
4  took out a gun, one of the big guys, and the police
5  were parked at the four-way intersection and my son
6  called the police and that's when we noticed they
7  were already at the four-way intersection. When the
8  cop came we were telling them everything that
9  happened, that they came on our property and they
10  wanted to fight my husband. And we were telling
11  them about the night before, what happened with the
12  police being there and my husband was using a hammer
13  to fix the fence and they tried to say that he was
14  putting the hammer, smashing it on their mobile
15  home. That's the whole incident. I was quite
16  upset. Telling the guy that he was -- telling the
17  police they were on our property, they deliberately
18  came to fight my husband.
19  Q  You're depicted in there, looks like
20  talking to a police officer?
21  A  Yes.
22  Q  Who are you talking to?
23  A  Who was I talking to?
24  Q  What's the officer's name?

Page 255

1  A  I don't know what happened to this video.
2  It's pretty staticky, but I don't know what cop it
3  was. The night before, though, it was Mike Casey
4  that came down. As far as who approached in this
5  video, was all of them. I was telling the cops. It
6  was obvious because those guys never came -- they
7  came to start a fight.
8  Q  I'm asking you who's depicted in this
9  video you presented to us.
10  A  Who's depicted?
11  Q  Who's shown?
12  A  Those are the guys there that came that
13  night.
14  Q  The guys on the right?
15  A  Yeah.
16  Q  Do you know any of these gentlemen?
17  A  No. I know just Woods.
18  Q  Is Woods depicted in this video?
19  A  He was at some point.
20  Q  And you were saying the event, which
21  you're claiming, took place the night before?
22  A  Both. It started the night before.
23  'Cause she discovered somebody was in her yard --
24  her mobile home and shed. And the police were

Page 256

1  telling her we're no good and stuff, and from that
2  night on we were not friends with them anymore. All
3  along we were pretty good friends with them. Not
4  friends, acquaintances. The next night -- and when
5  we came back from the laundromat and they just
6  pulled up in the Hummer and got out and came right
7  at my husband. I took the dogs for protection and
8  they took out their gun and said they were going to
9  shoot the dogs if I didn't put them away, whatnot.
10  The cops didn't do anything about it. They just
11  hung out with them for a good half hour afterwards
12  laughing.
13  Q  This is you explaining to the police
14  officers about what you say happened?
15  A  Yes.
16  Q  But does this capture any of the
17  interaction between you and the three gentlemen you
18  say did something to you or your husband?
19  A  I don't understand what you're saying.
20  Q  In other words, besides you explaining or
21  talking to the police officers, is there anything
22  depicted that's of note to you?
23  A  My son Mitchell was videoing it. The cop
24  pulled up. It was in the daytime (sic). He put the

Page 257

1  flashlight right at my son, the video camera and
2  said, If you don't get the camera and shut it off
3  I'm going to arrest you, and batted it out of my
4  son's hand.
5      Q   Who else is depicted? I see a number of
6  cars parked. Is there anything significant in here
7  to your mind?
8      A   That's my car, I believe.
9      Q   The other four?
10     A   Are neighbor cars. The Hummer was parked
11  right here, you could see. He didn't pull in his
12  driveway. His driveway was open. There it is
13  there.
14     Q   Whose Hummer is that?
15     A   Woods'. I don't know if it's his. I
16  never seen him in it. That's the car he pulled up
17  in.
18     Q   What's the significance of the vehicle?
19  Hummer, what's the significance of it?
20     A   I'm just saying that's what they pulled up
21  in.
22     Q   Anything else that is of note in this
23  video?
24     A   Well, I videoed it because for protection

Page 258

1  and whatnot. When we finally got the video I see a
2  lot of things wrong with it. Is that what you're
3  asking me?
4      Q   I'm asking you for purposes of what it
5  allegedly purports to show.
6      A   It shows that when I was telling the
7  police about, you know, I don't know so much but we
8  were telling the police they came there, they
9  threatened us, they were on our property. They were
10  laughing at my husband right in front of the
11  police -- backed down and didn't fight them. The
12  police did nothing about it. They were on our
13  property. I said to the cop, Why don't you check
14  them for a gun? They didn't check them for a gun.
15  They just laughed about it, did nothing about it.
16     Q   Anything else about the video, not -- the
17  video that we -- that you believe is significant
18  here?
19     A   I don't quite understand what you're
20  asking.
21     Q   I understand what the allegations are
22  through your complaint. You now produced these
23  videos saying this is evidence of certain things
24  that happened. Is there anything else you're

Page 259

1  pointing to here that says this shows something?
2      A   Pretty much that they are laughing and
3  taking it as a joke.
4      Q   Anything else?
5      MR. GILGUN:  Want to take a break?
6      THE WITNESS:  No.
7      A   The fact that he pulled up and threatened
8  my son was going to get arrested, and all my son
9  wanted to do was prevent these guys from jumping
10  their father.
11     Q   (By Mr. Silverfine) I don't think you
12  understand my question. I'm asking about the video
13  itself, I'm not asking about the event.
14     A   It showed the cop walking over to my son
15  and putting the spotlight on my son's video so he
16  couldn't video the incident. It showed him walking
17  quite fast over to my son and batted it out of his
18  hand so that was the end of the video.
19     Q   Are you saying the event took place the
20  night before?
21     A   Not that one. It started the night
22  before.
23     Q   It's a different day?
24     A   Yes. This is the next day after the night

Page 260

1  before.
2      Q   Are you asserting that the video began the
3  night before?
4      A   No. Was no video the night before.
5      Q   That's what I'm asking. One video when
6  you talked to the police officers; right?
7      A   When I tried to talk to the police, yes.
8      Q   Anything else, that's what I'm asking?
9  Anything else depicted here that you can help us on?
10     MR. GILGUN:  It's hard for her to look at
11  you and watch the video. If you're going to
12  ask her a question, you should probably pause
13  it.
14     MR. SILVERFINE:  It looks to me like the
15  same shot.
16     MR. GILGUN:  Right around from -- I don't
17  know if it is relevant or not but she was
18  looking at you. Do you know how long this is,
19  Jeremy?
20     MR. SILVERFINE:  With your permission I'll
21  speed up. You wanted me to run it back and
22  I'll be happy to do that.
23     MR. GILGUN:  There appears to be a light;
24  it's a car coming. Do you know what that is?

Page 261

1    THE WITNESS: A car.
2    Q    (By Mr. Silverfine) Anything else, Miss
3 Kennedy?
4    A    I'm trying to look. I don't remember all
5 that, that light like that.
6    Q    Again, this is a video shot from your
7 trailer at -- is this 129 or 162 Leicester?
8    A    162.
9    Q    This video is shot from your porch; is
10 that fair to say?
11    A    Well, it was shot from, you know, at the
12 beginning down right near the edge of the driveway
13 but eventually after the cop came and, you know,
14 said if you video anymore you're going to get
15 arrested, somebody videoed it from the porch.
16    Q    Was that -- do you know who was
17 videotaping while you were seen talking to the
18 officer?
19    A    My son was the original one.
20    Q    Do you know who?
21    A    Mitchell.
22        (Videotape No. 1 ends.)
23        (Videotape No. 2 begins.)
24    Q    (By Mr. Silverfine) We're going to show

Page 262

1 you another video. This has been marked Exhibit 6
2 in Brian Kennedy's second deposition day. The same
3 questions, Mrs. Kennedy, in terms of what it
4 depicts.
5    A    Okay.
6    Q    You'll see this one appears to have been
7 dated -- as soon as the volume bar -- February 28th,
8 2002. Looks like 10:53 p.m. And maybe you can tell
9 us what this video shows. Who's talking?
10    A    Billy. Bill Ashton.
11        MR. GILGUN: Do you want her to listen to
12 it?
13        MR. SILVERFINE: If it helps you.
14    Q    (By Mr. Silverfine) Do you want the
15 volume higher, Mrs. Kennedy?
16    A    No; that's fine. It's just, I don't
17 remember it being this blurry.
18        MR. GILGUN: Is that it? Exhibit 6?
19        MR. SILVERFINE: That's it. It says,
20 "March 10th, 2002, 1:22 p.m."
21    Q    (By Mr. Silverfine) Who is that, if you
22 know? Could you tell us the location perhaps?
23    A    That's the trailer park and this one, I
24 believe, an incident had happened on one of the

Page 263

1 streets and a friend overheard them, Donny
2 MacEachern came down and did, like, an interview and
3 he asked the lady to say it was the Kennedy boys.
4 I'm not sure. I have to watch it.
5    Q    Who's Dotty MacEachern?
6    A    He's a Billerica officer.
7    Q    I thought you said "Dotty."
8    A    Donny MacEachern.
9    Q    Do you know whose trailer that is?
10    A    I'm thinking that's over that episode.
11    Q    Who's coming down the stairs?
12    A    Me and my husband.
13    Q    And who's shooting the film?
14    A    Probably Billy Ashton.
15        MR. SILVERFINE: March 18, 2002, 5:22 p.m.
16    Q    (By Mr. Silverfine) Where are we in this
17 section?
18    A    That was -- there was a break-in in the
19 park and the policed confronted some kid and was
20 trying to pin it on us. He went back over his
21 house. He kept going back over there trying to ask
22 the kid to say it was us.
23    Q    You say him, a police officer?
24    A    I don't know which cop.

Page 264

1    Q    Which police officer?
2    A    I don't know.
3    Q    Which kid are you talking about?
4    A    His name was Kevin Guptil.
5    Q    What was the alleged incident this officer
6 was investigating?
7    A    The break-in.
8    Q    Where?
9    A    At his house.
10    Q    Guptil's house?
11    A    Yes.
12    Q    What are we looking at now?
13    A    This is my street. And I guess Billy
14 videoed it in case something ever came about it
15 showing that they were always going over bugging
16 them to say it was us. That's really about all that
17 I can remember about it, one in March.
18    Q    This is Billy Ashton shooting this as far
19 as you know?
20    A    Yes.
21    Q    I don't think he has a future as a
22 cameraman.
23    A    I don't think he wants one.
24    Q    Should we speed this up?

Page 265

1    A   I don't know what's on it.
2        MR. SILVERFINE:  Go ahead.  Speed it up.
3    Q   (By Mr. Silverfine)  Anything else -- does
4 this help you at all?  Looks like officers out
5 there.  We're at 5:27 p.m. on March 18th, 2002.
6 Anything else?
7    A   No.
8    Q   This is now March 22, 2002, 2:34 p.m.
9 What are we looking at here, Mrs. Kennedy?
10   A   This might be the one where he follows us,
11 Officer Tsoukalas.
12   Q   How do you know this is Officer Tsoukalas'
13 cruiser that you're indicating on March 22nd, 2002?
14   A   I see him.  He gets up real close to us.
15   Q   Anything about this cruiser?
16   A   We knew who he was.  You may not be able
17 to identify him like that.
18   Q   In terms of people, looking at the video
19 is there anything that clearly identifies this
20 cruiser that you say is Tsoukalas in this vehicle?
21       MR. GILGUN:  Objection.
22   Q   (By Mr. Silverfine)  Did you understand my
23 question?
24   A   I'm listening.  I think at the beginning

Page 266

1 of the video someone says "Yeah, that's him," but I
2 was talking to you.
3    Q   You say "that's him"; that would indicate
4 to you that's Tsoukalas?
5    A   Yes.
6    Q   No other officers?  You say "that's him."
7    A   If this is that day he follows us and
8 dodging barrels in the road, that's Tsoukalas.
9    Q   You're saying the video depicts him
10 dodging barrels in the road?
11   A   Exactly.
12   Q   Who's in the car with you on March 22nd,
13 2002?
14   A   My husband and probably Billy.
15   Q   Who's videotaping?
16   A   William Ashton.  He was parked at the bus
17 stop just waiting for us to pull out like he did
18 lots of times.  See?  We were close enough to be
19 able to see who it was.
20   Q   Do you recall what day of the week this
21 was?
22   A   I could look back on my calendars.
23   Q   I'm wondering if you had a memory.  Do you
24 recall where you were going that day?

Page 267

1    A   I believe I was going to the CVS plaza.
2    Q   You can't tell in the video; who's
3 driving?
4    A   I think I was driving.
5    Q   Where was your husband?
6    A   Up front in the passenger seat.
7    Q   Mr. Ashton is in the back videotaping?
8    A   Correct.  This is High Street right here.
9    Q   In Billerica?
10   A   At the end you could go left or right and
11 I think that's where the barrels are.
12   Q   I'm sorry; I didn't hear you.
13   A   That's where the barrels are, I believe.
14   Q   Show us when we get there.
15   A   So if you was to go left, that's the
16 police station way, and to the right is Demoulas.
17   Q   What street are we on now, Mrs. Kennedy?
18   A   Pollard.
19   Q   P-O-L-L-A-R-D?
20   A   P-O-L-L-A-R-D, yes.
21   Q   Is this still on the way to CVS?
22   A   Yeah.  Demoulas and CVS, it's in the same
23 plaza.  Throughout the video Brian said, Should we
24 pull over at Kelly's, you know, different places.  I

Page 268

1 think the barrels are coming up.  I think this is
2 the video.  It was really windy.  See the barrels
3 right through on the other side?
4    Q   Trash barrels?
5    A   They were on the side we're driving on.
6 We would have stopped to move them but --
7    Q   Is this still the same sequence?
8    A   I believe so, yep.  This is at the corner
9 of, like, Wilson Street and, you know, like, Wilson
10 Street is right there.  It's a huge intersection
11 there with, like, five streets.
12   Q   You're still on the way to the CVS plaza
13 at this point?
14   A   Correct.  That's Boston Road, the main
15 road there.
16   Q   You're on Boston Road?
17   A   Yeah.
18   Q   Which direction are you heading in; do you
19 know?
20   A   Towards the center of town and Demoulas
21 and CVS parking lot is coming up, a few feet,
22 whatever.  That's where we turned.
23   Q   The officer at that point turned somewhere
24 else?

Page 269

1    A   No. He came out and drove by Dunkin'
2   Donuts. There was a Dunkin' Donuts before.
3    Q   He went to Dunkin' Donuts, you went to
4   CVS?
5    A   I don't remember. I think we pulled in
6   Demoulas and he might have kept going.
7    Q   Wherever he went, he went somewhere else
8   at that point. You stopped the videotape?
9    A   I stopped it. We were at our destination.
10    MR. SILVERFINE: I want to identify it,
11   April 1, 2002, 9:45 a.m.
12    A   These are the jumps they threw out in the
13   trash at the Billerica Boys Club. Every year I
14   rented out the club for a private party for my boys
15   and they could skateboard. My husband would make
16   skateboard ramps and bring them there for the
17   parties. The lady said, Oh, we threw out all the
18   jumps out back, you might want to see what you can
19   salvage together to save you some time. We went out
20   there and he seen just a couple things that were
21   worth taking to add to the jumps we were going to
22   make for the big party.
23    Q   You say "he," Brian Kennedy?
24    A   Hm.

Page 270

1    MR. SILVERFINE: Stop the video and I'll
2   let you finish. Go ahead.
3    A   So we had a friend go down there in a
4   pickup truck because my husband's truck is like a
5   box truck and the jumps would fit in the pickup
6   truck much easier. We went there to get the jumps
7   that the manager said we could have at the Boys Club
8   and at that point Officer Parker drove by and spot
9   out our car and turned around and he said, you know,
10   what are you doing? We said, These are trash,
11   they're in with the trash and we could have what we
12   wanted for the party coming up next week. With that
13   he said, I don't think so, and he called the police
14   station. Come to find out, it was a cop that helped
15   donate the jumps, or I don't know, something to that
16   effect. He ended up calling for backup and said we
17   were there stealing the stuff. And I told my
18   husband to go ahead and said, All right, we're not
19   going to take the stuff, it ain't worth it. I sent
20   my husband on his way because usually they would try
21   to fight him and stuff. I just wanted to get him
22   out of there. He called for backup and somehow Dean
23   Royston was one of the backup people that came.
24   Since my husband had left, Officer Parker thought it

Page 271

1   was just me and him and he started calling me names.
2   I was scared and I locked myself in the car. He was
3   trying to kick the car and get in at me and that's
4   when Officer Dean Royston pulled up. I might have
5   even called Dean Royston as he was doing that,
6   seeing if he was on duty. He said I just got a call
7   to go to the Boys Club, I'm almost there. When he
8   pulled up that's when he seen the officer doing that
9   stuff.
10    Q   Focusing on the video, was that taken
11   after the conversation with Officer Parker?
12    A   Yes. It was a couple of days, maybe the
13   next day.
14    Q   To show this is where these ramps were?
15    A   That it was trash and there was nothing to
16   them. It was out in the trash.
17    Q   This was behind the Boys Club or some
18   other location?
19    A   Yes.
20    Q   Who took the video, if you know?
21    A   Billy Ashton.
22    Q   Do you know how long after your
23   interaction with Officer Parker this video was
24   taken?

Page 272

1    A   Approximately, maybe like the next day or
2   so. Because they said they were going to get us for
3   stealing and we wanted to prove that, you know, it
4   was in the trash because they weren't hearing it
5   when they said the lady said they were in the trash
6   we could have them to repair them.
7    Q   Did any of those ramps end up in your
8   yard?
9    A   No. We didn't end up taking them.
10    Q   You mentioned some ramps that ended up in
11   your yard?
12    A   My husband always built ramps for them.
13    Q   These weren't those ramps?
14    A   No.
15    Q   This had to do with your confrontation
16   with Officer Parker?
17    A   Yes.
18    Q   You took this the next day or so?
19    A   Yes.
20    Q   After talking to Parker and Royston?
21    A   Yes.
22    Q   This appears to be a date of March 29,
23   2002, 8:51. Do you know what this has to do with?
24    A   I think we all went out and maybe Billy

Page 273

1   videoed it because we all didn't go out much, out to
2   like a club, or whatnot.
3      Q   This is your yard?
4      A   Yes.
5      Q   At the trailer at 162 Leicester?
6      A   Yes.
7      Q   It is a shot from your porch onto the
8   fence where your driveway is?
9      A   Correct.
10     Q   What's being depicted here that you can
11  tell us about?
12     A   It's just a video he set up if anybody
13  came on the property to set fire to anything.
14     Q   It was kind of surveillance?
15     A   Hm.
16     Q   Is there anything depicted here?
17     A   I don't believe so.
18     Q   Why don't we speed it up.  Looks like your
19  neighbor pulled in across the street?
20     A   Hm-hm.
21     Q   Anything else you can help us on?
22     A   I believe this is what it was, just...
23     Q   Just asking so I understand what's being
24  depicted.

Page 274

1      A   Just a surveillance type of thing.
2      Q   Anything of significance happen that you
3   wanted to point out in this video?
4      A   I don't believe so.
5      MR. SILVERFINE:  This is March 29th, 2002.
6   Speed it up.
7      Q   (By Mr. Silverfine)  Was anybody home
8   during this video?
9      A   It was just set up because nobody was
10  going to be home.
11     Q   Do you know if there is anything else on
12  this particular videotape?
13     A   I don't.  If I can remember, this was just
14  it.
15     Q   We'll run it through to make sure.  Do you
16  know what time you got home that night?
17     A   I don't.
18     Q   Do you know how long this particular
19  section runs for?
20     A   No.
21     Q   You don't know if there is anything else
22  after this section that is significant?
23     A   I'm not sure.  I think this is it, but I
24  could be wrong.

Page 275

1      Q   We'll run it through to make sure.
2      THE WITNESS:  Can we take a five-minute
3   break?
4      MR. SILVERFINE:  We'll finish the tape.
5   I hope it doesn't go until 3 in the morning.
6      MR. GILGUN:  The videotape is only so
7   long.
8      MR. SILVERFINE:  That's as fast as it
9   goes?
10     MS. PETERS:  I can shut it off and fast
11  forward it.
12     MR. SILVERFINE:  Leave it just in case.
13  Is that it?
14     (Videotape ends.)
15     MR. SILVERFINE:  Do you want to take a
16  break, Fred?
17     MR. GILGUN:  Yep.
18     MR. SILVERFINE:  Off the record.
19  (11:29 a.m.)
20     MR. SILVERFINE:  On the record.  (11:38
21  a.m.)
22     Q   (By Mr. Silverfine)  Let's go on to
23  Kennedy Exhibit No. 7.  This one just says 10:31
24  p.m.  Do you know what date this is?

Page 276

1      A   That was when we lived on Bridge Street.
2      Q   Are you walking?
3      A   Yeah, that's me and Brian.
4      Q   What are you looking at?
5      A   Our house is on that street.
6      Q   You're pointing to the left of the screen?
7      A   That's the sidewalk.
8      Q   What is this area in the bottom right?
9      A   That's a restaurant.
10     Q   What restaurant is there?
11     A   It's an Indian restaurant now; it used to
12  be Italian.
13     Q   Do you remember the name of it?
14     A   No.
15     Q   You and your husband Brian appear to be on
16  some kind of stone --
17     A   It's a wall.
18     Q   Who's shooting this?
19     A   William.
20     Q   Ashton?
21     A   Yes.
22     Q   Is he -- where is he shooting this from?
23     A   Everywhere, like, probably, like, behind
24  us.

Page 277

1    Q   Is there woods over here where he's
2   shooting?
3    A   No; it's the parking lot. That's the
4   restaurant.
5    Q   That building on the far right is a
6   restaurant?
7    A   Right.
8    Q   And that's a parking lot?
9    A   Correct.
10   Q   What street is being shown?
11   A   Bridge Street. On the corner of Bridge
12  and Boston.
13   Q   Do you know what date this is by any
14  chance?
15   A   No. I mean, I could probably figure it
16  out.
17   Q   I'm asking if you know.
18   A   I remember the incident.
19   Q   What incident is depicted in this?
20   A   Well, we were walking to the dollar store
21  and Cumberland's; one or the other. We used to go
22  to the dollar store to visit the owners and probably
23  going to Cumberland's to get a pack of cigarettes,
24  and, you know, William was videoing it because on

Page 278

1   the walk they drive by us countless times.
2    Q   You say "they," you're referring to the
3   police?
4    A   Yes.
5    Q   So you happen to be -- you three are
6   walking to the store?
7    A   No. Us two, he was videoing it behind us.
8    Q   He's walking behind you as you're going to
9   the store?
10   A   Yes.
11   Q   You're going on your nightly outing to the
12  dollar store or Cumberland's and William walks
13  behind you with the video camera. Who is that?
14   A   That's a -- That's a kid. He's not our
15  kid. He was a neighborhood kid from the trailer
16  park.
17   Q   Is it the same evening that we're looking
18  at now --
19   A   Yes.
20   Q   -- between that kid doing whatever he was
21  doing?
22   A   Yes.
23   Q   It's 10:48 p.m. and we're in the same
24  location?

Page 279

1    A   Correct. That's McDonald's there.
2    Q   Which way are we looking now? I can't
3   tell through the leaves.
4    A   Those are the bushes that abuts McDonald's
5   and Bridge Street.
6    Q   This is through the trees and woods?
7    A   That's what divides McDonald's and our
8   property.
9    Q   At 7 Bridge Street?
10   A   Correct.
11   Q   What are we looking at?
12   A   The police. That's out back of our house.
13  They used to drive back there all the time to see
14  what vehicles were parked behind our house on Bridge
15  Street. If you drive by the main street, Bridge
16  Street itself, we park out back. They would drive
17  around the back to catch glimpses of us.
18   Q   Besides seeing the cruisers in the area,
19  anything else we're seeing in this video at 10:55 or
20  so p.m.?
21   A   No. Other than them driving by us a dozen
22  times and whatnot, that's about it.
23   Q   What are we looking at? It's 10:55, what
24  are we looking at?

Page 280

1    A   He's probably videoing there. The cops
2   went one direction so they're probably on the way
3   back to drive by us again. There they are.
4    Q   What parking lot is that?
5    A   McDonald's. Our parking lot, like I said,
6   abuts it through bushes.
7    Q   You and Brian in this video are still on
8   the fence there?
9    A   No, I think we're home by now. We finally
10  got home.
11   Q   What are we looking at 10:56 if you can
12  tell?
13   A   It's just William Ashton videoing them
14  driving by us, that's all it is. And he'll probably
15  take a left at this point and go back around out
16  back again because we went from the wall to home.
17  As they were turning around we went across the
18  street to get in the house. They were circling
19  looking for us.
20   Q   The kid had nothing to do with this?
21   A   No, that's not our kid.
22   Q   I'm asking, does he have anything to do
23  with this?
24   A   No.

Page 281

1    Q    It's 11:14 p.m. now?
2    A    Hm-hm.
3    Q    Same spot we're in, McDonald's?
4    A    Correct.
5    Q    Anything else what we should be seeing
6    here that you're aware of?
7    A    Just them driving by every two minutes.
8    Q    Mrs. Kennedy, is there any incident in
9    your complaint that you want to make note of or
10   incident in your complaint you want to tell us
11   about?
12        MR. GILGUN:  Objection.
13   Q    (By Mr. Silverfine)  This is October 14,
14   2004?
15   A    Correct.
16   Q    Is this a different day?
17   A    Hm-hm.
18   Q    And it's 8:10 p.m.  What are we seeing
19   here?
20   A    Normally if they're in one of their moods
21   and driving by us we'll get the video camera.  They
22   probably drove by a couple of times before we get
23   the video camera out.
24   Q    Is this the same location as before or

Page 282

1    different location?
2    A    Same.
3    Q    This is 7 Bridge Street again?
4    A    Correct.
5    Q    Or outside of Bridge Street?
6    A    Yes.
7    Q    William Ashton in the bushes?
8    A    Yes.
9    Q    Are you in the bushes?
10   A    No, he's just videoing them.  That's our
11   house there.
12   Q    This is across the street?
13   A    This is another day.
14   Q    What are we seeing at October 15, 2004?
15   A    Them parked across the street watching us,
16   who comes in and out.
17   Q    Who's "them"?
18   A    The police.
19   Q    Where is this being shot from?
20   A    One of our bedroom windows.  Also the
21   police there.
22   Q    Do you know who's filming the video?
23   A    All the boys.  My --
24   Q    Which boys are those?

Page 283

1    A    Well, let's listen.  That's a friend, Tom.
2    Q    The voice?
3    A    Tom.
4    Q    What's Tom's name?
5    A    Tom Stokes.
6    Q    Who else do you hear?
7    A    My mother.
8    Q    That's Joyce Tibbetts?
9    A    Yes.
10   Q    This is across from Bridge Street?
11   A    Yes.
12   Q    Looking at 2:32 p.m. that's McDonald's to
13   the left?
14   A    Yes.  I'm trying to listen.
15   Q    Is this any particular officer you know?
16   A    No, I don't know who that one was.  My
17   husband and I weren't home at this point.
18   Q    Any other voices you recognize?
19   A    So far I heard my son's, Dylan's voice,
20   and Tom and Joyce.
21   Q    This is Tom Stokes who's talking?
22   A    Correct.
23   Q    Who's he a friend of?
24   A    My son Brian.  He's a friend of all of

Page 284

1    them.
2    Q    He's a local kid?
3    A    Yes.
4    Q    What grade is he in?
5    A    He's out of school.
6    Q    He graduated from high school?
7    A    No, he didn't graduate.  He went to all
8    the Billerica schools.
9    Q    I'm sorry; he went to?
10   A    He went to the Billerica schools.
11   Q    He dropped out?
12   A    I don't know if he graduated.  I think he
13   went to the voke or something.
14   Q    I'm sorry; I didn't understand that.
15   A    To the voke.
16   Q    Is that a technical school?
17   A    Yes.
18   Q    Does he live around 7 Bridge Street?
19   A    No.  I took him in.  His father had cancer
20   and we took him in for a while.
21   Q    How long did he live with you?
22   A    He lived with us twice for a few months
23   each time.
24   Q    During the time of --

Page 285

1    A   I don't know if he lived with us then. He
2    comes over and visits.
3    Q   Anything else we should be aware of in
4    this video?
5    A   No.
6        MR. SILVERFINE:  Speed it up a little bit.
7    Why don't you slow it down.
8    Q   (By Mr. Silverfine)  It looks like the
9    officer is outside of his cruiser.  Is this an area
10   where a cruiser --
11   A   No, never.  There is a light 100 feet in
12   there.  Red and yellow.  I don't know why people
13   would speed there.
14   Q   Do you know this officer?  Can you tell
15   who this is?
16   A   No.  The branch is in his face.
17   Q   Anything else that's depicted here that
18   you want to point out for us?
19   A   No.
20       MR. SILVERFINE:  Speed it up.
21   Q   (By Mr. Silverfine)  In this, where he's
22   parked, is that across from McDonald's on the left?
23   What is the main intersection he's pulling in at at?
24   A   That's the corner of Bridge and Boston

Page 286

1    Road.
2    Q   Is that the same fence you were hanging
3    out, the stone wall on the right?
4    A   Correct.
5    Q   This is diagonally across from your home?
6    A   Yes.
7        MR. GILGUN:  Was that a new date?
8        THE WITNESS:  I think so.
9        MR. SILVERFINE:  Slow it down.  Right
10   there.  3:10 p.m.
11   Q   (By Mr. Silverfine)  This is still 7
12   Bridge Street; correct?
13       MR. GILGUN:  That's a new date, though, I
14   think.  10:16.
15       MR. SILVERFINE:  Let's see if there is a
16   new date on it.  Stop right there.  October 16,
17   2004.
18   Q   (By Mr. Silverfine)  Is that McDonald's
19   the cruiser is going through?
20   A   Yeah.  You're not supposed to go in that
21   way he went in.
22   Q   Who's on the right?
23   A   That's our window.
24   Q   That's a cruiser just going through the

Page 287

1    parking lot, going back on to Bridge Street towards
2    --
3    A   Towards, like, the police station.
4    Q   5:59 p.m.  Do you know what date this is?
5    A   No.
6    Q   6:22.  No?  This is Exhibit 8 from Brian
7    Kennedy's second day of deposition videotape.
8    Mrs. Kennedy, same thing, I'll ask you to indicate
9    what's particular.  It says September 7, 2003, 3:20
10   p.m.?
11   A   Right.  This is when we were -- the
12   policed spotted us out so we pulled over to let them
13   go.  So he we pulled over at the flower shop just so
14   we wouldn't be having them following us and getting
15   pulled over.  After he passed by us we started to
16   pull out thinking, all right.  Could you turn it up
17   a little bit, please?
18   Q   What street is this?
19   A   Boston Road at the --
20   Q   Who was driving?
21   A   I was.
22   Q   Brian Kennedy is in the passenger --
23   A   Yes.
24   Q   Billy Ashton is shooting the film?

Page 288

1    A   Right.  When he first spotted us out we
2    pulled over at the flower shop thinking he's going
3    to go by us and leave us be but he seen us pull over
4    at the flower shop.  He passed by us and pulled into
5    the Food Pantry and pointed out right there.
6    Q   What happens then?
7    A   Just the usual; followed us.
8    Q   What street are we going down at 3:22?
9    A   Boston Road.  The police station is right
10   up to the right there.
11   Q   Do you know which officer is behind you
12   here?
13   A   I believe it was Officer Tsoukalas.
14   Q   How do you know that?
15   A   He was the one that mostly followed us
16   most of the time, like, more so than the others.
17   Q   Anything else about this cruiser that you
18   know?
19   A   Hm.
20   Q   You made a right turn there?
21   A   We took a right turn and heading on our
22   street heading to the trailer park.
23   Q   September 7, 2004, 3:24 p.m.?
24   A   He found us.

Page 289

1    Q    Who's talking now?
2    A    Brian.
3    Q    Do you know where you were coming from
4    this day?
5    A    No, I don't.
6    Q    You were going home?
7    A    Yes.
8    Q    You don't know where you were coming from?
9    A    No.
10   Q    What street is that he turned off?
11   A    That's Pond Street.
12   Q    Is this the same date?
13   A    No, it is a totally different day. This
14   is when George Brooks had beat up my son.
15   Q    September 7, 2003, 4:29 p.m. Different
16   date?
17   A    Totally different date.
18   Q    Who are the officers?
19   A    Donald MacEachern and Nester, Officer
20   Nester.
21   Q    This is you talking?
22   A    Yeah. The day before George beat up my
23   son with cleaning products and Officer Nestor came
24   down and said, What do you want me to do, give a

Page 290

1    little kid a record? And then the next day the same
2    thing happened, they got into a fight again.
3    Q    What street are we on?
4    A    This is the trailer park.
5    Q    What street is this?
6    A    I don't know what street it is.
7    Q    Where is your home in relation to --
8    A    Where the kids are up they're all coming
9    from.
10   Q    Who's shooting film here?
11   A    Who was shooting the film? Probably
12   William Ashton.
13   Q    Who's talking here?
14   A    Brian.
15   Q    So Brian's with you?
16   A    Yes. I said whoever seen George Brooks
17   beat up Mitchell, come down here. He seen all the
18   kids come down there, witness the big kid beat up my
19   son. He wanted no part of it. They ended up taking
20   Mitchell to court.
21   Q    These are your children?
22   A    Some.
23   Q    Who's depicted in here?
24   A    That's Sang; that's Mitchell.

Page 291

1    Q    Anything else on this?
2        (Videotape ends.)
3        (Videotape begins.)
4        MR. SILVERFINE:  The next one is Exhibit 9
5    from Brian Kennedy's deposition, Day 2
6    videotape.  It says November 28, 2005, 6:57
7    a.m.
8    A    This is Ray Traynor's house.
9    Q    (By Mr. Silverfine)  In Billerica?
10   A    Correct.
11   Q    What's the address?
12   A    16 Lowell Street.
13   Q    Who's talking?
14   A    Billy Ashton.
15   Q    He's shooting the video?
16   A    Yes.
17   Q    Now, it says November 29th, 2005, 6:37.
18   Where are we now?
19   A    Ray Traynor's house.
20   Q    Who's shooting the video?
21   A    Billy Ashton.
22   Q    Why is Billy Ashton shooting video?
23   A    Showing proof that we stayed there.
24   Q    So besides Brian and the two boys coming

Page 292

1    out, anything else that's supposed to show?
2    A    No.
3    Q    This is November 29, 2005, 6:37.  Who does
4    this show?
5    A    We're going to hope that he gave us the
6    finger like he used to do.  He's on to the video
7    camera, he don't give it to us anymore.
8    Q    November 30th, 2005, 6:54 a.m.  What does
9    this show?
10   A    One of them following us.
11   Q    You say "them," you're referring to a
12   police cruiser?
13   A    Yes.
14   Q    Who's filming this?
15   A    William Ashton.
16   Q    So William Ashton is in the car with you,
17   Brian, and the kids?
18   A    It was -- probably because this is when we
19   drive the kids to school.
20   Q    All three of you go to drive the kids to
21   school?
22   A    All three of us, yes, most of the time.
23   Q    This says January 5th, 2006, 6:57 a.m.
24   What does this show?

Page 293

```
 1     A   I'm looking. This is when we're driving
 2  Dylan to school.
 3     Q   This is you, Billy, Brian bringing your
 4  son Dylan to school?
 5     A   My other two had gone to school and Dylan
 6  was going to school.
 7     Q   All three of you get in the car and drive
 8  them to school?
 9     A   Lately it hasn't been like that but a few
10  weeks back, yes.
11     Q   What street are we on here at 6:59?
12     A   That's the street the Marshall School is
13  on.
14     Q   You're on the way to school?
15     A   Yes. We already took, like, three detours
16  trying to get away from him.
17     Q   Anything else depicted in this?
18     A   No.
19        MR. SILVERFINE: Why don't we speed it up.
20     Q   (By Mr. Silverfine) So this is just
21  driving around Billerica now? You've just dropped
22  your son off. You want to slow it down a little
23  bit. We're -- this is the Marshall Middle School
24  parking lot?
```

Page 294

```
 1     A   I'm trying to see. Yep. Pulling out of
 2  the Marshall.
 3     Q   Anything else that we --
 4     A   No.
 5     Q   Okay. This is March 1st, 2006, 6:59 p.m.
 6  What's that?
 7     A   This is the same car.
 8     Q   Who's driving? Is that you? Are you
 9  driving?
10     A   Yes, I believe so.
11     Q   Who else is in the car with you?
12     A   William.
13     Q   He's filming?
14     A   Yes.
15     Q   Anyone else in the car?
16     A   I'm not sure yet. Oh, yeah. He pulls in
17  over there because we were turning right and then
18  he'll, like, spin around to watch where we go and
19  wait for us to pull out of Garrison's parking lot.
20     Q   Anything else that this shows?
21     A   No; just that.
22     Q   Do you remember where you were going to
23  and coming from?
24     A   Yeah. I was going to pick up my son
```

Page 295

```
 1  Dylan.
 2     Q   March 2nd, 2006, 6:50 a.m. What does this
 3  show?
 4     A   I'm not sure. I think this might have
 5  been when my plate was missing. He pulled out of
 6  Max II. He waited for us to pull into Billerica.
 7  I'm not sure. This may not be this time. It wasn't
 8  the way.
 9     Q   March 2nd, 2006, 1:34 p.m. What is this?
10     A   This is the Marshall Middle School street.
11     Q   March 8th, 2006, 6:14 p.m. What is this?
12     A   This is Boston Road. I don't know.
13        (Videptape ends.)
14        (Videotape begins.)
15        MR. SILVERFINE: Next exhibit is Exhibit
16     10 from Brian Kennedy's deposition, Day 2.
17     Q   (By Mr. Silverfine) This is November 9,
18  2001, 2:50 a.m. What is this?
19     A   The night Dan was home.
20     Q   Who's depicted in there?
21     A   Marty Conway.
22     Q   Who's on the left?
23     A   That's my husband and chief of police.
24     Q   Chief Rosa?
```

Page 296

```
 1     A   Yeah. Middle.
 2     Q   Middle, white shirt. You were just in the
 3  photo scene?
 4     A   Correct.
 5     Q   Who's shooting this video?
 6     A   It's on the rail.
 7     Q   Someone clearly turned it. Do you know
 8  who operated it?
 9     A   I believe it's sitting on the porch but
10  William Ashton put it on.
11     Q   It appeared to turn.
12     A   He might have went up there and turned it.
13     Q   This is your yard?
14     A   Yes.
15     Q   What address is this?
16     A   162.
17     Q   162 Leicester?
18     A   Yep.
19     Q   Is that you now?
20     A   Yeah, talking to Marty Conway.
21     Q   You have a drink in your hand, what is it?
22     A   Actually, it's juice.
23     Q   Again, we're looking in to your yard here?
24     A   Yes. That's inside.
```

Page 297

1   Q   You're talking to who, can you tell?
2   A   Marty Conway.
3   Q   Is that your husband on the right?
4   A   Yep.
5   Q   Anyone else you see?
6   A   All the police out front. That's William
7   Ashton.
8   Q   To the left?
9   A   Yes.
10  Q   2:52 a.m. Anyone else you see?
11  A   William picking up the fence.
12  Q   The car that Deanne was in, do you see?
13  A   No. She took off. It wasn't there when
14  the police got there.
15  Q   Who's that on the right, can you tell?
16  A   I wasn't looking at it. I didn't see.
17  Q   That's William Ashton?
18  A   I didn't see. I was looking in another
19  direction.
20  A   That's me telling Marty Conway to -- Brian
21  got his tooth pulled. I'm asking him to please look
22  at his tooth. That's what the blood was from.
23  Q   That's Billy Ashton on the left, you're
24  next to him and Brian Kennedy is in front of you?

Page 298

1   A   I see me and Brian right there.
2   Q   Billy Ashton is walking back to the left
3   of the street?
4   A   Yeah. That's Brian asking them to please
5   leave the property. Chief Rosa is on the phone
6   saying okay to somebody.
7   Q   Brian Kennedy is now smoking in the middle
8   of the screen?
9   A   Correct. That's -- they're putting Billy
10  on the car, under arrest.
11  Q   That's you on the left now?
12  A   Hm-hm.
13  Q   That's Brian now coming?
14  A   Yes.
15  Q   That's Brian Kennedy who went back towards
16  the house. Where are you?
17  A   Getting arrested.
18  Q   You're on the left-hand side of the
19  screen?
20  A   Yes.
21  A   I think this is when one of the cops
22  touched the video camera; I'm not sure, though.
23  Q   Anything else that you're going to see in
24  this video?

Page 299

1   A   No. Just that they start banging on the
2   door.
3   Q   It's in this video?
4   A   I believe so. He just turnt the video
5   camera. He turned it so you couldn't -- it wasn't
6   facing out to where they were arresting Billy.
7   Q   Wasn't Billy already arrested? Wasn't it
8   you and --
9   A   We're -- we're getting arrested. They
10  turned it so they couldn't see anymore.
11  Q   One is on the steps?
12  A   One of them in the on the steps where they
13  turned the video camera.
14  Q   Anything else?
15  A   Like I said, they start banging on the
16  door.
17  Q   Is it on this?
18  A   I believe so.
19      MR. SILVERFINE: Why don't we speed this
20  up.
21  Q   (By Mr. Silverfine) Now we're at
22  April 18, 2002, 10:42 a.m. It is your house,
23  driveway at 162 Leicester looking out; correct?
24  A   Yes.

Page 300

1   Q   What are we looking at here? What I want
2   is this --
3   A   This is when Al Munn came down and towed
4   my son's jumps, you know, right before his birthday
5   party.
6   Q   The video itself, what are we --
7   A   It shows him sitting there for a long
8   period of time. We tried to move the jumps; they
9   wouldn't let us. It shows them trying to -- coming
10  to get the jumps.
11  Q   It shows it on the video?
12  A   I believe so.
13  Q   The camera shifted at 10:46 on the 18th of
14  April. What are we looking at now?
15  A   That's inside the yard and probably the
16  police out front.
17  Q   This is your yard looking to the right?
18  A   Yeah. The street is out there and there
19  is the jump there.
20  Q   That's Billy Ashton?
21  A   Yes.
22  Q   And your husband Brian was to the left?
23  A   Correct.
24  Q   Do you know who this officer is here?

Page 301

1    A   I think it's Al Munn.  I know he was there
2   that day.
3    Q   Is that Brian Kennedy?
4    A   Yes.
5    Q   Who's that?
6    A   Officer Al Munn, I think is in the
7   cruiser.
8    Q   Anything else we're going to see in this?
9    A   Not really.  Just the fact that --
10    Q   This is a cruiser there and two officers.
11    A   And they're calling everybody trying to
12   get them towed.
13    Q   Same day.  Same thing.  Okay; continue.
14   On the bottom right; what is that?
15    A   Skate ramp.
16    Q   Is that something the police were picking
17   up?
18    A   That's what they were having towed.
19    Q   What about the ramp to the right of the
20   screen?
21    A   That was another ramp of ours.  It's all
22   the kids'.
23    Q   This one was being picked up in front of
24   the fence?

Page 302

1    A   We tried to put it in the driveway, they
2   said no.  They complained nobody could go by.  Only
3   one car drove by.
4    Q   This ramp was for the kids in the
5   neighborhood to be in front of your house?
6    A   Exactly.  All the kids in the neighborhood
7   used it.
8    Q   This is Leicester Road?
9    A   Yes.
10    Q   How big a ramp is this in terms of size?
11    A   Maybe like -- the black part is only about
12   that wide and where it spans out.
13    Q   You say two feet, three feet?
14    A   Not even.
15    Q   How long?
16    A   You can see it.
17    Q   I can only see -- it's in front of your
18   fence to the right.  How much longer does it go
19   beyond the fence?
20    A   Oh, the wood part, just maybe two feet.
21    Q   Is that it?  This looks like May 6, 2002,
22   7:16 a.m.?
23    A   This was at the bus stop.  This is when we
24   tried to video and he, Al Munn, pushed my husband

Page 303

1   down the stairs.
2    Q   Is this in the trailer park?
3    A   Yes.  That's at the bus stop.
4    Q   Who's present here?
5    A   Al Munn.
6    Q   Who else?
7    A   My husband.  The kids already left for
8   school.
9    Q   Is this, like, the park office?
10    A   Yes.
11    Q   There is somebody in the park office that
12   you know?
13    A   Well, I don't know.  It was a lady.  From
14   when Donny MacEachern was talking to her saying,
15   Let's blame it on the Kennedy boys.  And so I asked
16   her that morning at the bus stop if, you know, that
17   had happened the night before and whatnot.
18    Q   So this woman, you don't know her name?
19    A   No, I don't know her name.  She wanted to
20   complain.  It was just me and her.
21    Q   Complain about you?
22    A   Yes.
23    Q   She went into the park office in the
24   morning?

Page 304

1    A   Yes.
2    Q   You followed her and took the camera.  Who
3   had called the police?
4    A   She did.
5    Q   What purpose did you go to the manager's
6   office on May 6, 2002, at 7:17 in the morning?
7    A   I'm sorry, I didn't hear you.  I was
8   trying to listen to the cop.
9    Q   Why did you go to the park office at 7:17?
10    A   I go there every single morning; that's my
11   children's bus stop.  She hardly ever went to the
12   bus stop; she was there that day.  She went maybe
13   once a month to the bus stop.  I questioned her
14   about the night before.
15    Q   This is an incident you two had?
16    A   Yes.  And Al Munn answered the call.  When
17   Brian went to go into the office he said, You're not
18   welcome here, and he pushed my husband down the
19   stairs.
20    Q   This is you at the bottom left at 7:18 and
21   your husband on the right?
22    A   Yes.
23    Q   Who's shooting the film now?
24    A   I think we ended up calling Billy because

Page 305

1    we were having problems doing it.
2        Q    Billy's here shooting film?
3        A    Yes.
4        Q    That is the park office?
5        A    Yes.
6        Q    And this is Officer Munn?
7        A    Correct.
8        Q    The woman inside, do you know who she's
9    talking to?
10       A    Another cop and the park manager.
11       Q    Was that Michael Dodge?
12       A    Yes.
13       Q    Is there a second officer inside?
14       A    I think so.
15       Q    Do you know who that is?
16       A    I don't remember.
17       Q    Did you have further conversation with the
18   woman inside after she got out?
19       A    No.
20       Q    Was this a complaint issued after this
21   interaction with Mr. Dodge and the police?
22       A    Well, they wanted to press charges on me
23   and whatnot but I think the people said there was no
24   threat involved so...

Page 306

1        Q    Which people?
2        A    A couple of people that were at the bus
3    stop they questioned, like, the next day.
4        Q    Do you know who that is?
5        A    That's a mother from the park.
6        Q    Is that related to the event with you and
7    the other woman?
8        A    No.
9        Q    This gentleman, is that related to this
10   event?
11       A    That's her boyfriend or husband.
12       Q    Do you know if he had anything to do with
13   the issue with this woman?
14       A    No, he didn't.
15       Q    Do you know if the woman was inside
16   talking to Mr. Dodge and the other officer said to
17   press charges?
18       A    Well, from what I hear, they were trying
19   to get her to press charges on me.
20       Q    Do you know if the woman wanted to press
21   charges against you?
22       A    No, she didn't want to.
23       Q    Was she a neighbor of yours?
24       A    She lived on Upton Street.

Page 307

1        Q    And that was how far from where you lived?
2        A    Two streets over.
3        Q    You would see her occasionally at the bus
4    stop?
5        A    Hardly ever; once every couple months.
6        Q    What was she complaining about?
7        A    The night before something had happened
8    down on Upton Street and they weren't sure of the
9    kids and an acquaintance of mine overheard them
10   saying, Why don't you say it was the Kennedy --
11       Q    Who's the acquaintance?
12       A    His name is Sean.
13       Q    Sean what?
14       A    Sullivan, I believe his name is.
15       Q    Where does Sean Sullivan live?
16       A    I don't know. His family used to live in
17   the park. He told us he was there when the cop,
18   Officer MacEachern, said, Say it was the Kennedy
19   boys. I approached the lady at the bus stop and
20   asked her if the cop tried to get her to say that.
21       Q    What did she say?
22       A    I don't remember exactly what was said.
23   She felt uncomfortable. She called the cops and
24   they came right down.

Page 308

1        Q    Do you know what you asked her?
2        A    I said, Last night the kids ran through
3    your yard and did the officer ask you to say it was
4    my boys. She asked how I found out about it. I
5    said that wasn't important but do you mind telling
6    me the truth.
7        Q    What did she say?
8        A    I don't remember what else was said after
9    that.
10       Q    Do you remember what you said to her?
11       A    No.
12       Q    Did you curse her out at all?
13       A    No.
14       Q    Anything else we're going to see in this
15   particular video besides the front entrance to
16   Mr. Dodge's office?
17       A    No. It's just -- no.
18       Q    Do you recognize the second officer?
19       A    That's Officer Al Munn.
20       Q    Al Munn. Who's the other guy, do you
21   know?
22       A    If you rewind it to where it was I could
23   probably see. I think it might have been Zarro that
24   was there. I'm not sure. If I see him I'll know.

Page 309

1    Q   Okay.
2        MR. SILVERFINE: Off the record. (12:37
3    p.m.)
4        MR. SILVERFINE: Back on the record.
5    (1:30 p.m.)
6    Q   (By Mr. Silverfine) Mrs. Kennedy, I'm
7    going to ask you some questions and if I jump around
8    it's not meant to confuse you, it's because, you
9    know, one thing leads to another. Let me know. And
10   same rules from this morning. A little bit about
11   going through the medical records you, through
12   counsel, provided to us. The Mental Health
13   Association of Greater Lowell, which you are
14   presently attending or had attended?
15   A   Do you know the street address?
16   Q   Sure. 99 Church Street in Lowell.
17   A   Okay.
18   Q   Are you still attending that?
19   A   No.
20   Q   How long a period had you gone there?
21   A   Six months approximately.
22   Q   Okay. And this was for a series of things
23   about anxiety and problems with sleeping; right?
24   A   Correct.

Page 310

1    Q   Some of the questions they asked you in
2    terms of substance abuse history; they asked you
3    whether or not you used or abused alcohol. Do you
4    remember that?
5    A   I remember them asking me that, yes.
6    Q   You denied use of alcohol; correct?
7    A   Correct.
8    Q   Is that true?
9    A   Yes.
10   Q   Denied illegal drug use; is that true?
11   A   Yes, it's true probably.
12   Q   You're aware, for instance, that Amy Baum
13   said that you tried to purchase ecstasy off of her;
14   is that right?
15   A   Something to that effect.
16   Q   Did you attempt to purchase ectasy from
17   her?
18   A   No, I did not.
19   Q   Okay. Did you use or abuse other illegal
20   narcotics during the past years?
21   A   Illegal? No.
22   Q   Stuff you didn't have a prescription for?
23   A   No.
24   Q   Do you know what "abusing substances"

Page 311

1    means?
2    A   Yes.
3    Q   For instance, you had a problem with
4    Percocets?
5    A   Yes.
6    Q   You had an addiction to Percocets?
7    A   Correct.
8    Q   How did you first develop an addiction to
9    Percocets?
10   A   Well, I got them prescribed to me and I
11   would take them when absolutely needed. Then
12   sometimes when things would occur with the police
13   involving my children, I found myself taking it when
14   I really didn't need it.
15   Q   When did this begin?
16   A   Sometime round about when they were
17   harassing my kids and, like, grabbing my son Brian
18   by the cheek and assaulting my son Mitchell, around
19   about that time.
20   Q   What year are we talking about?
21   A   I don't have the year in front of me. It
22   was pretty much, like, right around the time I moved
23   to Bridge Street.
24   Q   When was that?

Page 312

1    A   I don't know the year. Maybe a couple
2    years back.
3    Q   I don't want to put words in your mouth.
4    A   I can't put a date on it.
5    Q   When did you leave 162 Leicester Road in
6    Billerica?
7    A   I don't have the year.
8    Q   How did you obtain these Percocets?
9    A   Through doctors.
10   Q   What did you tell them you needed
11   Percocets for?
12   A   They gave me them for migraines due to
13   stress.
14   Q   What would you do when you ran out of
15   Percocets?
16   A   My husband had some.
17   Q   You would use his?
18   A   Hm.
19   Q   What other drugs would you use to help you
20   at this time?
21   A   I had Vicodins.
22   Q   How did you obtain Vicodins?
23   A   Same way.
24   Q   Through doctors' prescriptions?

Page 313

1   A  Yes.
2   Q  What did you tell the doctors you were
3   suffering from to get Vicodin?
4       MR. GILGUN:  Objection.
5   A  I would get Vicodins or Percocets for
6   headaches or, you know, migraines.
7   Q  (By Mr. Silverfine)  And how often would
8   you use Vicodin or Percocets?
9   A  At the beginning I would use them -- like,
10  I would have plenty left over.  I wouldn't use them,
11  only when I absolutely had to.  I don't know the
12  year.  I would have to look to see the year that I
13  abused them.
14  Q  How often did you use them?
15  A  I really couldn't put a time frame on it.
16  It would be, like, if something bad would occur,
17  like, with the police I would take it.  I would take
18  a pill to calm me down.
19  Q  Prior to moving to Bridge Street did you
20  abuse Vicodin and Percocet?
21  A  No.
22  Q  When you moved to Bridge Street you
23  started abusing Vicodin and Percocets; anything
24  else?

Page 314

1   A  No.
2   Q  How long after you started using Percocets
3   and Vicodin did you know you were developing an
4   addiction?
5   A  It was quick, very quickly.
6   Q  And how soon after that did you go to the
7   methadone clinic?
8       MR. GILGUN:  I'm going to object to that.
9       THE WITNESS:  Yes.
10      MR. SILVERFINE:  Please note for the
11  record my same -- I don't think you have a
12  right to privacy under CFR 42 or anything else
13  when you have sued and claiming that as your
14  damages.
15  Q  So you're refusing to answer anything
16  having to do with when and how you checked into the
17  methadone clinic?
18  A  At this time.
19  Q  I'm assuming the answer is yes?
20  A  Yes.
21  Q  And did you tell the Mental Health
22  Association of Greater Lowell that you didn't know
23  that methadone was a medication?
24  A  Can you repeat that, please?

Page 315

1   Q  Sure.  Did you tell the Mental Health
2   Association of Greater Lowell that was treating you
3   that you didn't know that methadone was a
4   medication?
5   A  I believe so.
6   Q  How about Klonopin, did you abuse
7   Klonopin?
8   A  No, I did not.
9   Q  Did you use it at all?
10  A  Yes.
11  Q  When did you use that?
12  A  I had it prescribed to me still 'til
13  today.
14  Q  Who prescribed it for you?
15  A  Doctor Leona Dean.
16  Q  You have to speak up.
17  A  Dr. Leona Dean.
18  Q  What's that for?
19  A  Anxiety.  Stress, I believe.
20  Q  How long have you been on Klonopin?
21  A  I was on it a couple of years back but not
22  all the time and now I'm on it, like, steadily.
23  Q  Was there a period of time when the Mental
24  Health Association didn't want to give it to you

Page 316

1   because of its potential for abuse; right?
2   A  Something to that effect, yes.
3   Q  Yet you went to another doctor and got
4   Klonopin prescribed to you?
5   A  Correct.
6   Q  Did you ask for that drug?
7   A  No, I didn't.
8   Q  When did you go back on Klonopin?
9   A  About six months ago, approximately.  I
10  just take it when I have an attack.
11  Q  Approximately how many years were you
12  addicted to Percocets and Vicodin?
13  A  It wasn't years, I don't believe; it was
14  months.
15  Q  What months would you say you were
16  addicted to it?
17  A  I can't put a date on that right now.
18  Q  Tell me your best guess when it was.
19  A  I believe, like I told you a few minutes
20  ago, round about when it was -- it was around when
21  Officer Tsoukalas was grabbing my son and taking my
22  son Mitchell to court.  It was around about that
23  time.
24  Q  Didn't you tell the mental health people

Page 317

1  in Greater Lowell you had been on it five years ago
2  after you suffered some traumatic incident?
3      A   Percocets?
4      Q   Klonopin.
5      A   You just asked me about Percocet, or
6  you're talking about Klonopin, which one?
7      Q   Let's talk about Klonopin. Didn't you
8  tell me you were on it for five years?
9      A   I might have said I used it five years ago
10  for the first time. When my husband went to jail I
11  think they prescribed that too.
12      Q   Five years ago when Brian Kennedy went to
13  jail you went to a physician?
14          MR. GILGUN:  Objection.
15      A   I don't know who it was, that I got it for
16  anxiety. I thought I was having a heart attack and
17  they said it was anxiety and at that point I never
18  heard of anxiety and that's what they gave me.
19      Q   (By Mr. Silverfine)  Okay. So that's the
20  traumatic incident you were referring to, when your
21  husband went to jail five years ago?
22      A   I would have to say, yes.
23      Q   Was there another incident prior to August
24  2005 that you suffered?

Page 318

1      A   I don't believe so.
2      Q   Did your husband go to jail in the year
3  2000?
4      A   I'm not sure what year he went.
5      Q   Was this another drug you were also
6  prescribed or were you using it in association with
7  Klonopin?
8          MR. GILGUN:  Objection.
9      A   The hospital prescribed me something like
10  Klonopin. It's for the same, you know, anxiety and
11  stress, called -- I can't think of the name of it
12  right now.
13      Q   (By Mr. Silverfine)  Is that -- I can't
14  read the scribble here. Is that Verix?
15      A   I don't know. That's not the one I'm
16  thinking of, no.
17      Q   What's Verix?
18      A   I don't know.
19      Q   Is it fair to say you went to the
20  emergency room to get the prescription for Klonopin?
21      A   Yes.
22      Q   How many times would you go?
23      A   If I was having an attack I would go.
24      Q   Each time you would go would you ask for

Page 319

1  Klonopin?
2      A   No; they would give it to me.
3      Q   Were there times you went to the hospital
4  they didn't give you a prescription medication and
5  you would storm out?
6      A   There was a time that that happened, yes.
7  One of the times.
8      Q   How about benzodiazepine? I can't read
9  her scribble here. Were you taking another -- when
10  you felt like you were going to die did you take
11  another drug?
12      A   Well, I guess they call those type of
13  medications for anxiety benzos.
14      Q   What are benzos?
15      A   I don't know; that's what they call them.
16      Q   Where did you get benzos?
17      A   From the doctor; that's what I have now.
18      Q   When you would go to the emergency room
19  that's what you would get?
20      A   That's what I've learned of recently
21  that's what they're called, benzos, yes.
22      Q   There is some indication when you were
23  talking to the medical providers that you indicated
24  that your house had been burnt down?

Page 320

1      A   My house was burnt down? My house was
2  burnt, yes.
3      Q   When was your house burnt?
4      A   When they set my sons' jumps on fire.
5  When the police set the jumps on fire.
6      Q   The police set the jumps on fire, is that
7  in your complaint?
8      A   Well, pretty much.
9      Q   Can you tell where it says the house was
10  set on fire anywhere in your complaint?
11      A   It says it in the complaint.
12      Q   You made a certain amount of allegations
13  but that might have gotten left out, that part? The
14  part about the police setting your house on fire was
15  left out of here?
16      A   When the jumps were set on fire it caught
17  the house on fire.
18      Q   When was that?
19      A   April 5th.
20      Q   Of what year?
21      A   I don't have that.
22      Q   That's a pretty significant event, your
23  house being set on fire?
24      A   Yes.

---

**Page 321**

1  Q  It's not in your complaint?
2  MR. GILGUN: Objection. She said she
3  didn't know.
4  MR. SILVERFINE: This is Exhibit 1 from
5  Mr. Kennedy's deposition but I'll represent to
6  you that's the complaint the lawyers filed on
7  your behalf. Take your time to read it.
8  THE WITNESS: Can I talk to my lawyer?
9  MR. SILVERFINE: There is a pending
10  question to you. Mr. Gilgun has reminded me
11  you have to answer the question first. If you
12  don't understand the question --
13  MR. GILGUN: She can speak to me if she
14  has a question that's between attorney and
15  client.
16  MR. SILVERFINE: Absolutely. As you
17  pointed out to me, if there is a pending
18  question she has to answer before she speaks to
19  counsel.
20  MR. GILGUN: You asked her to review this
21  to see if it's --
22  MR. SILVERFINE: I said review it to see
23  if she can point out to me where that is in her
24  complaint.

---

**Page 322**

1  MR. GILGUN: Why don't you do that. If
2  you can't figure it out, say so.
3  (The time is 1:46 p.m.)
4  A  I can't find --
5  Q  (By Mr. Silverfine) Okay. Did you tell
6  the medical providers they threw a Molotov cocktail
7  through your window?
8  A  Probably, yes.
9  Q  Is it listed in the complaint before you
10  somewhere?
11  A  It's in my husband's truck window, yes.
12  Q  Is it listed in your complaint?
13  A  That's the part I'm looking for. I don't
14  see it in here.
15  Q  Okay. Are you on any medication today, by
16  the way?
17  A  No.
18  Q  No medication at all?
19  A  No.
20  Q  You indicated in some of the medical
21  records that your husband and you were having
22  difficulties in your marriage?
23  MR. GILGUN: Objection. Wait for a
24  question.

---

**Page 323**

1  Q  (By Mr. Silverfine) Right. Did you
2  report that to them?
3  A  Is this the Church Street place?
4  Q  No. This is one of the medical facilities
5  you reported to, the Solomon Mental Health Center.
6  A  Oh, well, we weren't having difficulties
7  with each other. It was stress on our relationship
8  due to the harassment of the police. But we always
9  got along.
10  Q  And you told the Solomon Mental Health
11  Center you're together but living separate lives?
12  A  Possibly.
13  Q  Are you saying that's not accurate?
14  A  I might have said that.
15  Q  Did you live apart from your husband in
16  the sense of living separate lives?
17  A  Well --
18  MR. GILGUN: Objection.
19  A  Well, what I mean, "separate lives," as in
20  he would have to stay up all night while I'm
21  sleeping. We could never have a good night's sleep
22  together, things of that nature; that's what I mean.
23  Q  You had a very harmonious marriage?
24  A  What does that mean?

---

**Page 324**

1  Q  Good marriage together; there were no
2  problems in your marriage?
3  A  In the 18 years I've been married to him,
4  it's been pretty good, yes, other than about four
5  months.
6  Q  Other than four months, that's your
7  statement?
8  A  We still got along.
9  Q  When you went to the Lahey Clinic in May
10  of 1999 you reported to them that you had went to a
11  friend's physician in Stoneham and that blood work
12  was ordered. For what purpose was blood work
13  ordered from your friend's physician in Stoneham?
14  A  Could you say that again?
15  Q  In May 1999 you went to the Lahey Clinic
16  in Burlington and you reported you weren't feeling
17  well, inability to get a deep breath. You went to a
18  friend's physician in Stoneham where blood work was
19  ordered. Why did you go to Stoneham?
20  A  I don't know. I remember
21  going to the Lahey Clinic, not being able to catch
22  my breath; anxiety.
23  Q  What was the trauma you suffered that led
24  you go to the emergency room in Lahey?

Page 325

1    A   An incident probably occurred with the
2  police that day or night before.
3    Q   Tell me what occurred that day or night
4  before.
5    A   I don't know. Usually when I have an
6  attack it's always over the police. Something had
7  happened.
8    Q   It's always the police fault, always;
9  100 percent?
10   A   Yes; 100 percent.
11   Q   When you've reported throughout the years
12 to your medical providers about a man who physically
13 assaulted you, who are you referring to?
14   A   Probably Nigel.
15   Q   Is Nigel with the Billerica Police
16 Department?
17   A   No.
18   Q   Here's one person that assaulted you that
19 had nothing to do with the Billerica Police
20 Department?
21   A   He never gave me anxiety or attacks.
22   Q   He physically attacked you?
23   A   Yes.
24   Q   He went to jail?

Page 326

1    A   Yes, he did.
2    Q   But he didn't physically attack you --
3  didn't cause you anxiety?
4    A   Never.
5    Q   I see. Is there anyone else besides Nigel
6  Griffin who physically attacked you?
7    A   Years and years ago. My husband and I had
8  a couple of push and shoves over the 26 years we've
9  been together.
10   Q   Other than a couple of push and shoves you
11 had with Brian Kennedy, is there anyone else that
12 physically attacked you?
13   A   Officer Tsoukalas.
14   Q   When did Officer Tsoukalas physically
15 assault you?
16   A   I don't remember the date. I remember
17 where it happened.
18   Q   Where?
19   A   On Woburn Street.
20   Q   What street?
21   A   Woburn Street/Billerica Road.
22   Q   What time of day was this?
23   A   I don't remember the exact time.
24   Q   Approximately?

Page 327

1    A   I'd be guessing.
2    Q   Morning, afternoon, nighttime?
3    A   I couldn't tell you.
4    Q   Who was with you?
5    A   My husband.
6    Q   Anyone else?
7    A   I think maybe William Ashton.
8    Q   William Ashton was with you. Was there
9  any second officer with Tsoukalas?
10   A   At that time? No.
11   Q   At any time.
12   A   I believe one pulled up afterwards.
13   Q   Describe for me what you say Tsoukalas did
14 on that morning.
15       MR. GILGUN: Objection.
16   A   He followed us in the Billerica trailer
17 park and we were heading into Lowell and it was
18 right in front of the Budweiser plant he would
19 straddle the Billerica/Lowell line and right before
20 we got into Lowell he put his lights on to pull us
21 over and he asked me to roll my window all the way
22 down. I rolled it down enough so I could hear what
23 he was saying and he could hear what I was saying.
24 When he gave me a ticket he bent my finger back.

Page 328

1    Q   This is just so -- I'll make it easier for
2  you. This is in the complaint in front of you on
3  Page 28, Paragraph 105; is that right? Why don't
4  you take a look.
5    A   Yes.
6    Q   Do you remember the car insurance you had
7  on that Lexus at that time?
8    A   Car insurance?
9    Q   Yeah. Auto insurance. Every car has to
10 be insured in the state of Massachusetts.
11       MR. GILGUN: Objection to the question.
12   A   I would probably have the highest
13 insurance.
14   Q   (By Mr. Silverfine) Do you know the name
15 of the company you had?
16   A   I don't.
17   Q   Who do you have now?
18   A   I don't.
19   Q   You don't have any insurance?
20   A   I don't have any car.
21   Q   You're driving a car that's uninsured?
22   A   I don't have a car now.
23   Q   Is it your testimony today you're driving
24 a car without insurance?

Page 329

```
 1    A   I don't do that.
 2    Q   What do you drive if you want to get
 3  around?
 4    A   One of my childrens'.
 5    Q   What kind of insurance do they have?
 6    A   I'm not sure. I know where the agencies
 7  are but I don't know the insurance. My husband went
 8  with them to get it.
 9    Q   Really? What's the name of his insurance
10  company?
11        MR. GILGUN: Objection as to form.
12    A   I'm not sure.
13        MR. GILGUN: I object to your comments
14    about "really." You can ask a question, you
15    don't have to put in the editorial comments
16    about "really," you can just ask the question.
17        MR. SILVERFINE: Mr. Gilgun, thank you so
18    much for your comments.
19    Q   (By Mr. Silverfine) When I asked your
20  husband about it he said you did all the paperwork
21  about --
22    A   I did up until --
23    Q   -- auto insurance, that's why I'm asking
24  you the question because he referred it to you. He
```

Page 330

```
 1  said Miss Kennedy would know who the auto insurance
 2  is. I'm asking you based on what your husband told
 3  us in this case that you would know who you insure
 4  with -- your motor vehicles with.
 5    A   I handled all the insurance things up
 6  until recently and now I don't have a car to insure.
 7    Q   Who did you have insurance with back at
 8  the time of this incident?
 9    A   I don't even remember which Lexus it was.
10    Q   Either Lexus. Give us both.
11    A   I'm sorry, I can't answer that; I'd be
12  guessing. I could look.
13    Q   You paid -- did you pay monthly?
14    A   Monthly, yes.
15    Q   You wrote a check out?
16    A   No, we went to the place.
17    Q   Where did you pay your money to?
18    A   In Lowell.
19    Q   What's the name of the place in Lowell?
20    A   It's on Chelmsford Street.
21    Q   What's the name of the company?
22    A   Honan.
23    Q   Honan Insurance?
24    A   Yes. That's the agency.
```

Page 331

```
 1    Q   I see. Did a second officer appear when
 2  this citation was issued to you?
 3    A   I believe a second officer pulled up and
 4  got out of his vehicle, yes.
 5    Q   Did you say anything to him about what you
 6  say Officer Tsoukalas did to you?
 7    A   No.
 8    Q   Did you ever report that to the police
 9  department about what Officer Tsoukalas did to you?
10    A   Absolutely not.
11    Q   Did you report it to the DA's office or --
12    A   I reported it.
13    Q   -- to anyone?
14    A   Yes, several people.
15    Q   Besides your attorneys, anyone else you
16  reported it to you?
17    A   Yes.
18    Q   Who did you report it to?
19    A   My mom.
20    Q   Besides your mom?
21    A   I believe the hospital.
22    Q   Which hospital was that?
23    A   Probably Saints Memorial.
24    Q   Had you got into an auto accident on
```

Page 332

```
 1  June 9th, 2002, ma'am?
 2    A   An auto accident?
 3    Q   Some kind of auto accident.
 4    A   Maybe.
 5    Q   Where did that occur?
 6    A   I don't remember.
 7    Q   I'm specifically asking about June 9th,
 8  2002?
 9    A   I don't remember that date.
10    Q   You don't remember anything about that
11  date. In a paragraph right in front of you you've
12  alleged certain things. I'm asking you about
13  details of that date you allege. I'm asking about
14  the auto accident you got in to. Tell us about
15  that.
16    A   I would have to read up on that. Where is
17  it?
18    Q   I think it's right in front of you, ma'am.
19  See Page 28, Paragraph 105; it's right in front of
20  you?
21    A   Yes.
22    Q   Okay. Referencing your paragraph tell us
23  about the auto accident you say you might have
24  gotten into that day.
```