# EXHIBIT 2B

Page 333

1    A   I don't see anything about an auto
2  accident.
3    Q   I'm asking you about your memory of what
4  happened.  You said you got into an auto accident.
5    A   I'm sorry, I don't remember telling you
6  that.
7    Q   I'm just asking you.
8    A   I don't see this on here.
9    Q   I'm asking you to reference that.  Since
10  you made an allegation I'm asking you...
11    A   I just don't know where it says anything
12  about an auto accident.
13    Q   I'm not representing to you in your
14  paragraph based on what you told us, using that as a
15  reference point, can you tell me if you have a
16  memory of an auto accident?
17    A   Can I talk to my lawyer?  I don't
18  understand what you're saying.
19        MR. GILGUN: Tell him you don't understand
20  what he's asking.
21    A   I don't understand what you're saying.
22    Q   (By Mr. Silverfine) I'm asking you if you
23  were involved in an auto accident of June 9th, 2002.
24    A   I remember one auto accident.  I don't

Page 334

1  remember if that was the date.
2    Q   Tell me what you remember about an auto
3  accident.
4    A   I remember being in Billerica and a dog or
5  something ran out in front of us and we just, like,
6  went off the road a little bit.
7    Q   Were you injured?
8    A   No.
9    Q   Was this a motor-vehicle accident in which
10  you were injured?
11    A   Excuse me?
12    Q   Was this a motor-vehicle accident in which
13  you were injured?
14    A   No.
15    Q   And particularly on June 9th of 2002, were
16  you involved in a motor-vehicle accident?
17        MR. GILGUN: Objection.
18    A   I don't remember.  I'm sorry, I can't
19  remember that.
20    Q   (By Mr. Silverfine) Okay.  Okay.  It's
21  fair to say during your treatment, at least at the
22  Solomon Mental Health facility, that you often
23  missed appointments?
24    A   I don't remember that.  I remember going

Page 335

1  pretty much.
2    Q   They sent you a letter they hadn't heard
3  from you in several months?
4    A   I stopped going there.
5    Q   You stopped calling and stopped going
6  there?
7    A   Yes.
8    Q   Back on November 17th of 2001 you reported
9  to the Saints Memorial Medical Center in Lowell; do
10  you recall that?
11    A   If I know the incident?
12    Q   And you were complaining of left fourth
13  finger pain.  Do you recall that?
14    A   I don't know.
15    Q   You don't know?
16    A   Maybe.  If it says I was there.
17    Q   Patient states she was punched by a person
18  she does not wish to identify.
19    A   What year was it?
20    Q   November 17, 2001.
21    A   I don't remember it.
22    Q   Okay.  Who was the person that you were
23  punched by?
24    A   I don't remember.

Page 336

1    Q   What happened on or about November 17th,
2  2001, in which you suffered an injury that caused
3  you to go to the Saints Memorial Hospital in Lowell?
4    A   I don't know.
5    Q   Does it refresh your memory if I stated
6  you were punched in the left shoulder blade three
7  days prior to that event; does that ring a bell?
8    A   I mean, I can remember going there when I
9  had a fight with Nigel but that's the only thing I
10  can remember.
11    Q   Just so we're clear, I'm particularly
12  asking you about November 17th, thereabouts, of
13  2001, you report a few days earlier, Patient reports
14  punched left shoulder blade three days, giving a lot
15  of pain, can't sleep.  Does that refresh your memory
16  as to who hit you?
17    A   November, did you say?
18    Q   I did.
19    A   I got hit by an officer in the cell, I
20  believe it was in November.
21    Q   You're saying you got hit in the cell in
22  November; what date?
23    A   I believe it was November, yes, around the
24  Deanne Masone incident.

Page 337

1    Q    Who hit you, do you say?
2    A    I believe it was Chief Rosa and Rhonstock.
3    Q    You're saying Chief Rosa struck you?
4    A    Yes. If I can remember it I didn't say --
5    identify their names. That's the only thing I can
6    really think of.
7    Q    You're saying Rhonstock and Chief Rosa
8    struck you?
9    A    Well, they were both pulling at me and I
10   believe it was Chief Rosa that actually struck me.
11   Q    He hit you with what, open fist, closed
12   fists?
13   A    He punched me, pushed my shoulder back and
14   was ripping my coat -- my sweatshirt.
15   Q    Tell me in your own words what led you to
16   go to the hospital.
17   A    I'm not sure. That's the only thing I can
18   think of for that date.
19   Q    Tell me what Rhonstock and Rosa did to you
20   that caused you to go to the hospital?
21   A    I'm not sure if that's why I went.
22   Q    Regardless of whether you went or not,
23   tell me what happened. You say Officer Rhon --
24   A    In the cell one of my friends, either John

Page 338

1    Cimino or William Ashton, was letting me wear their
2    sweatshirt in the cell. They wanted me to take it
3    off and I said I wanted to wear it. They just
4    started roughing me, yanking it off me. It caused
5    my halter to go down. I believe I was in cuffs at
6    the time.
7    Q    Describe what Officer Rhonstock did and
8    then I'll go to Officer Rosa.
9    A    Well, when I didn't take it off they were
10   taking it off for me and Officer Rosa, he was
11   Officer Rosa at the time, he struck my shoulder.
12   That's what makes me think that's why.
13   Q    How did Officer Rosa strike you?
14   A    He was pushing my arm back pulling my
15   sweatshirt off.
16   Q    With what hand?
17   A    I don't know. I don't know what hand.
18   Q    How many times did he hit you?
19   A    Just a couple. He was getting the
20   sweatshirt off.
21   Q    What else did Officer Rosa do?
22   A    That's it.
23   Q    Did you report that to anyone?
24        MR. GILGUN: Objection. Attorney/client

Page 339

1    privilege.
2         MR. SILVERFINE: I'm not referencing as to
3    Mr. Gilgun or Mr. Fischer.
4    A    I told my family. One of the times I
5    called Officer -- I requested to talk to Lieutenant
6    Jack Glavin. I was a little nervous as to how
7    they're treating me. He said, It's all got to stop
8    Michelle, one of you has got to grow up. They
9    either got to stop and throw in the towel or you's
10   do.
11   Q    I want to know what Rosa and Rhonstock
12   did.
13        MR. GILGUN: That wasn't the question.
14   You asked who she told.
15   Q    (By Mr. Silverfine) I'm going to offer an
16   apology. Give me a second. If you could just tell
17   me what you said Rosa did and what did Rhonstock do.
18   A    One of them threw something over the
19   camera.
20   Q    Was that Rhonstock?
21   A    I can't remember.
22   Q    Tell me your best memory.
23   A    I can't. I'd be guessing, I can't do
24   that.

Page 340

1    Q    What did Rhonstock and Rosa do besides
2    what you described? What else did they do to you?
3    A    That's about it.
4    Q    As you sit here today, you, as a result of
5    that, you had to seek medical treatment for that?
6    A    Again, I'm not exactly sure if that's why
7    I went to the hospital. That is what comes to my
8    mind.
9    Q    Is there anything else that happened
10   during that period of time that would cause you to
11   go to the hospital?
12   A    Not that I can recall.
13   Q    You went to the Saints Memorial Hospital
14   on August 5, 2003, complaining about your left hand.
15   Do you remember doing that?
16   A    No. I would have to know some more
17   detail.
18   Q    You complained that you were involved in
19   an assault two months ago. That's what you
20   complained to to the hospital.
21   A    So this was what date, sir?
22   Q    August 5, 2003.
23   A    I was involved with an assault to months
24   before that?

Page 341

1    Q    That's what you reported.
2    A    This is of what year?
3    Q    2003.
4    A    Was that my only symptom, do you know?
5    Q    I'll read it to you. Looks like,
6    "35-year-old" -- you were 35 years old at the time,
7    roughly --"female involved in an altercation" --
8    cross-out -- "assault two months ago. Patient has
9    pain, swelling in left hand area." That's what you
10   complained of in August 5, 2003.
11   A    I don't remember what that was.
12   Q    Do you remember who assaulted you?
13   A    The only ones I got assaulted in that era
14   was a couple of officers and Nigel once in that
15   year.
16   Q    Tell me who assaulted you two months
17   earlier and that puts it -- if I do the math
18   correctly -- June 5, 2003, who assaulted you that
19   caused you to go to the hospital on August 5, 2003?
20   A    I'm not sure. I guess I can't answer that
21   right now.
22   Q    Is there anything that would refresh your
23   memory in terms of answering that question?
24   A    Well, I could probably go home and look

Page 342

1    at -- like, back, check as to what was going in my
2    life at that time.
3    Q    As you sit here today you have no memory
4    of what was going on in, roughly, early June of
5    2003?
6    A    No, not right this minute.
7    Q    When was the time period you were dating
8    Nigel?
9    A    That's what I'm trying to figure out, the
10   year. It was right when my husband broke his ankle
11   that year, that summer; it was months before that.
12   Q    Do you remember going to the Saints
13   Memorial Hospital on July 21, 2003, in which you
14   indicated you had been assaulted and complained of a
15   fracture to your ring finger?
16   A    Yeah. I remember having problems with my
17   fingers.
18   Q    Particularly as it related to July 21,
19   2003, and your going to Saints Memorial Hospital to
20   report that you were assaulted.
21   A    In what year do you have, sir? What year?
22   Q    Same year, 2003.
23   A    I think that's when they broke my
24   husband's ankle, so probably I went there, you know,

Page 343

1    over fighting with Nigel; that's the only thing I
2    can think of. That and I went there a couple of
3    times over the Billerica police.
4    Q    I'm asking you if you have a memory as to
5    why you reported you'd been assaulted and reported
6    to the Saints Memorial Medical, is it, on July 21,
7    2003?
8    A    Yeah, I believe that was it, probably.
9    I'm not sure.
10   Q    Okay. Who were you assaulted by in
11   March 12th of 2003 in which you reported to the
12   hospital, the Saints Memorial Hospital in Lowell?
13   A    In March? I don't remember that.
14   Q    "Thirty-five-year-old states was assaulted
15   on March 5, 2003, by a known male."
16   A    Well, I know it was not my husband. It
17   might have been one of the officers.
18   Q    Which incident are you alleging?
19   A    I don't want to allege. I'll have to say
20   I'm sorry, I don't know.
21   Q    You understand part of your case is that
22   you allege that certain things happened to you
23   including medical damages. I'm asking you what
24   facts you have in your memory as to what led you to

Page 344

1    go to the hospital on March -- excuse me --
2    March 12, 2003, to report an assault on March 5,
3    2003, and relates to this case?
4    A    I don't know. I'm sorry.
5    Q    Is anything interfering with your memory
6    today?
7    A    No.
8    Q    Back on December 19th of 1999 you reported
9    to the Saints Memorial Hospital complaining of toe
10   pain; do you recall that?
11   A    Not really. I -- no.
12   Q    Did some event happen in which you hurt
13   your foot?
14   A    I woke up one day and I couldn't walk and
15   I couldn't feel my leg and my foot. I just couldn't
16   even walk. I don't know if that was the day or not.
17   Q    What was that the result of?
18   A    I had, like, severe problems like, you
19   know, days before and whatnot with the police and I
20   don't know if it was like a mild stroke-type thing
21   or what. They did all types of tests. They gave me
22   morphine and stuff. I couldn't move my body at all.
23   It took four doctors to put me in the bed. I don't
24   know if that's what that is or not.

Page 345

1    Q   Now, throughout the medical records that
2  have been produced you deny ever abusing narcotics.
3  Is it your testimony today you had never used
4  narcotics throughout your entire life?
5    A   I used narcotics through my life.
6    Q   What kind of narcotics have you used?
7    A   Like marijuana or whatnot?  I smoked when
8  I was younger.
9    Q   What else did you use?
10    A   I've tried a line of cocaine when I was in
11  my young teens.
12    Q   While you were using were you also selling
13  or distributing it with yourself or others when you
14  were younger?
15    A   No.  This is when I was about maybe 13.
16    Q   Late '80s and early '90s were you involved
17  in the sale or distribution of narcotics?
18    A   Never.
19    Q   Whenever.  Either with or alongside of
20  your husband?
21    A   Never.
22    Q   And that includes cocaine or any type of
23  narcotic substance?
24    A   Yes.

Page 346

1    Q   What's Remeron?  R-E-M-E-R-O-N?
2    A   I don't know.
3    Q   Weren't you prescribed Remeron for a time
4  period?
5    A   Probably.
6    Q   What is it?
7    A   Probably for headaches.
8    Q   What does Remeron do?
9    A   I don't know.
10    Q   You don't know?
11    A   It's obviously supposed to help migraines,
12  that's what I'm guessing.
13    Q   How long were you on Remeron for?
14    A   Well, when I got prescribed medications a
15  few years back I never really took them because I
16  just didn't want to take pills.
17    Q   There is a number of doctors which are
18  mentioned which we do not have reports for.  I'm
19  going to ask you if you could tell us what you've
20  been seeing these for, and they were produced as
21  part of the documents produced to us.  Dr. Rotolo,
22  R-O-T-O-L-O.
23    A   Dr. Rotolo.
24    Q   Okay.

Page 347

1    A   I had my three babies with them.
2    Q   So he was the person who delivered your
3  kids?
4    A   No.  Dr. Lombardo delivered my three
5  children but he has now retired.  Rotolo is out of
6  the same.
7    Q   He would be treating you specifically for
8  your children's delivery?
9    A   Dr. Lombardo did, yes.
10    Q   And Rotolo as well?
11    A   He was partners but he didn't deliver my
12  children.  He's now there if you want to go for a
13  checkup, you know.
14    Q   Do you still utilize him?
15    A   Yes.
16    Q   He's out of Lowell?
17    A   Burlington.
18    Q   When's the last time you saw Dr. Rotolo?
19    A   I seen his -- like someone out of his
20  office, like, two weeks ago.
21    Q   Is he considered your primary care
22  physician?
23    A   I don't have a primary care, so yeah.
24    Q   I'm sorry.

Page 348

1    A   Yeah, I consider him.
2    Q   Besides checkups, is there anything else
3  you go see Dr. Rotolo about?
4    A   Well, I had a mammogram done last week or
5  so, couple weeks.
6    Q   Anything else that Dr. Rotolo --
7    A   No.
8    Q   Has he prescribed any drugs for you to
9  use?
10    A   No.  They prescribed me to go to therapy
11  due to headaches a few years back but I didn't go.
12    Q   Dr. Armand, A-R-M-A-N-D?
13    A   I don't know.
14    Q   Dr. Pickett, P-I-C-K-E-T-T?
15    A   Pickett was the doctor that prescribed me
16  medications for stress at Solomons, I believe.
17    Q   And what kind of medication did he --
18    A   She.  A lot of different ones.  And I
19  just, like -- I didn't like them so she tried me on
20  a few different ones.  That's why I stopped going.
21    Q   Dr. Pickett was one of the doctors or
22  medical facilities you stopped going to?
23    A   Yes.
24    Q   What were the prescriptions you say you

Page 349

1  didn't like?
2      A   I just at the time didn't like taking any
3  medications at all; they wanted me to be on them due
4  to my stress. I didn't want to take medication so I
5  stopped going.
6      Q   What years did you see Dr. Pickett?
7      A   I don't remember the years.
8      Q   Is this recently within the last five
9  years?
10     A   Maybe five years ago or so approximately.
11  But not -- less.
12     Q   Dr. Pickett is still at the Solomon Health
13  as far as you know?
14     A   I don't know. I don't think so.
15     Q   When's the last time you heard where
16  Dr. Pickett is?
17     A   Well, I asked about her, like, a couple
18  months ago and I don't think she's there anymore.
19     Q   What's her first name?
20     A   I don't know.
21     Q   Dr. Vuth, V-U-T-H?
22     A   He is the guy that worked there. I seen
23  him on a weekly basis.
24     Q   Guy who worked where?

Page 350

1      A   At Solomons. He was, like, my therapist.
2      Q   What would Dr. Vuth treat you for?
3      A   He would just like talk to me. I would go
4  to him for counseling every week.
5      Q   Is he a psychiatrist?
6      A   Yes, I think so.
7      Q   When did you treat with Dr. Vuth?
8      A   I'm not sure of the year.
9      Q   How often did you treat with Dr. Vuth?
10     A   Once to twice a week.
11     Q   Do you remember what period of time it was
12  from when you started?
13     A   It was after '91; I know that.
14     Q   How long after 1991?
15     A   I'm not sure, a couple years maybe.
16     Q   Are you still seeing Dr. Vuth?
17     A   No.
18     Q   When was the last time you saw Dr. Vuth?
19     A   I went to visit him a couple months ago.
20     Q   What month did you go?
21     A   I have no idea.
22     Q   Is that his first name or last name?
23     A   I forgot.
24     Q   Dr. Gee, G-E-E?

Page 351

1      A   I don't remember.
2      Q   I hope I'm reading this right, Alex
3  Birdie?
4      A   I don't remember that either, a Birdie.
5      Q   All right. How about Dr. Aterbati,
6  A-T-E-R-B-A-T-I?
7      A   I don't know.
8      Q   When did you treat at the Riverview
9  Rehabilitation Center?
10     A   I don't even know what that is.
11     Q   You never went to the Riverview
12  Rehabilitation Center?
13     A   I don't remember if I did.
14     Q   You don't remember?
15     A   No.
16     Q   Did you see at the clinic a Dr. Jackson?
17     A   The name sounds familiar but I don't
18  remember.
19     Q   How about Dr. Josie, J-O-S-I-E?
20     A   Dr. Josie? I think that's my mom's
21  doctor.
22     Q   Did you ever attend any anger management
23  classes?
24     A   No.

Page 352

1      Q   Never?
2      A   Not that I remember.
3      Q   I'm going to show you now, and, again, not
4  meaning to confuse you, some documents which have
5  been represented to be notes that you've taken. And
6  so I'm going to show you pieces of paper from those
7  notes and first ask you if you can identify for us
8  whose handwriting it is and I'll ask you some
9  questions off of those. On these papers I'll be
10  identifying both a Bates number at the bottom that
11  your counsel has put on these. I'll be identifying
12  for the record those numbers. Okay? We'll mark
13  this set and I'll give a copy to your counsel in a
14  second.
15         (Whereupon the Stenographer marked as
16         Exhibit No. 6 - Handwritten Notes.)
17     Q   Mrs. Kennedy, I'm placing before you
18  Exhibit 6 and these are, as I mentioned, a series of
19  different pages, and the first page is Bate stamped
20  by your counsel, 00277. And on that first page,
21  first of all do you recognize the handwriting?
22     A   Yes.
23     Q   Whose handwriting is it?
24     A   Mine.

Page 353

1    Q    This particular note or page, do you know
2  when it was taken?
3        MR. GILGUN:  Objection.
4    A    Do I know when I wrote this stuff?
5    Q    (By Mr. Silverfine)  Right.
6    A    Well, obviously, this first one was after
7  the Hawkes incident because that's what I'm writing
8  about.
9    Q    Did you write this page on or about the
10  time of the incident or did you write it down later
11  in time?
12    A    I don't know.
13    Q    Okay.  Halfway in the middle of the page
14  it says, "Mitchell got handcuffed behind his back."
15  Do you see that?
16    A    Yes.
17    Q    What incident are we talking about here?
18    A    When Officer Tsoukalas arrested him.
19    Q    When was that?
20    A    I don't have the date.
21    Q    Do you know what event this was for?
22    A    Assault and battery on a police officer at
23  our house.
24    Q    Do you have a memory as you sit here today

Page 354

1  of when that date was?
2    A    I don't know the exact date.  I just
3  remember the incidents and where I was and whatnot.
4    Q    Where were you when this happened?
5    A    I was at the laundromat.
6    Q    Did you see Mitchell getting handcuffed?
7    A    No.
8    Q    You learned about it through your son?
9    A    Through lots of people.
10    Q    Mitchell told you he had been handcuffed
11  by Officer Tsoukalas?
12    A    I later asked Mitchell about it and he
13  told me, yes.
14    Q    Towards the bottom it says, "ramp fire."
15  Do you see that?
16    A    Yes.
17    Q    What event is this referring to?
18    A    You want me to explain this?
19    Q    What events is this relating to?
20    A    When my son's skateboarding jumps got set
21  on fire the night of his birthday.
22    Q    Okay.  When you say "night," what time of
23  night --
24    A    12:20.

Page 355

1    Q    Was this the event that John Oblenis was
2  eventually charged with?
3    A    Yes.
4    Q    Was this a feud between you and your
5  family and John Oblenis?
6    A    Oblenis.
7    Q    Excuse me.
8    A    Yes.
9    Q    You write, "Tewksbury came.  Billerica did
10  not."  Do you see that?
11    A    Yes.
12    Q    Was your home at the time -- and I think
13  you explained it earlier -- in Tewksbury, one of
14  them?
15    A    Yes.
16    Q    The ramp that you're referring to, was
17  that in Tewksbury?
18    A    Yes.
19    Q    If you turn to the next page, which is
20  Bate stamp 00284, is this your handwriting?
21    A    Yes.
22    Q    At the top of the page it says, "The three
23  men coming to my house to jump BK, Sr." -- what's
24  the next word?

Page 356

1    A    "Approximately three weeks ago."
2    Q    Who is Keith Weston; why is his name
3  listed there?
4    A    I don't know why it's listed there.  I
5  mean --
6    Q    What did he have to do with the three men
7  coming to your house?
8    A    He didn't have anything to do with it.
9    Q    Do you know why he's listed there?
10    A    Probably just notes.  Sometimes I'm just
11  frantic over things that happen and I write it real
12  quick, you know.
13    Q    It says, "Early '90s."  Did this event
14  occur in the early '90s?
15    A    The Keith Weston problems were in the
16  early '90s.
17    Q    Is that related to the paragraph above it
18  or is it a separate --
19    A    No.
20    Q    It's just a random?
21    A    Yes.
22    Q    "David Algier" -- A-L-G-I-E-R --
23  "threatening all my witnesses."  Do you see that?
24    A    Yes.

Page 357

1    Q    Tell me what that means.
2    A    This is just a list of the people that the
3 Billerica police that had witnessed things over the
4 years, some of them.
5    Q    This is just a random list?  Doesn't have
6 anything to do with David Algier?
7    A    David Algier was beat up by them.
8    Q    By whom?
9    A    Steven Elmore and Frank Mackenzie.
10   Q    By whom?
11   A    Steven Elmore and Frank Mackenzie.
12   Q    So the rest of names have to do with that
13 incident?
14   A    No.
15   Q    They're separate.
16   A    Separate.
17   Q    The next page is Bates 00299, and at the
18 top it says, "Mackenzie threatens Brian about his
19 truck."  Do you see that?
20   A    Yes.
21   Q    Then it says, "Sunday, December 22, 1991,
22 three a.m., truck got set on fire."  Do you see
23 that?
24   A    Yes.

Page 358

1    Q    Did you witness that?
2    A    Yes, I was there.
3    Q    Did you see your husband go outside?
4    A    Yes.
5    Q    What did Brian do when he went outside?
6    A    He took our son's tricycle and smashed it
7 through the window to try to put it out because they
8 locked the doors in the truck.
9    Q    What else did you see Brian do that night?
10   A    Just running around trying to get water.
11 He attempted to get water but the hose was ripped
12 out and sliced and he attempted to get in the car
13 but all the tires were sliced in our other vehicle.
14   Q    Now, during this period of time in
15 September 1991 were you having a fight with Robin
16 Reslow?
17   A    Yeah.  We weren't getting along.
18   Q    That had been going on for a number of
19 months; is that fair to say?
20   A    It started in the summer of '91.
21   Q    You reported to the police after the event
22 that you were getting calls from Robin Reslow; is
23 that right, ma'am?
24   A    I reported that, yes, I did.

Page 359

1    Q    That, in fact, you told them that Reslow
2 had told you she was dealing with bombs and had
3 connections with the mob and Michelle would end up
4 in the river with bricks tied to her feet?
5    A    Correct.  I don't know about the bottom
6 part; I remember about the brick part.
7    Q    You told that to the Tewksbury Police
8 Department back in 1991?
9    A    Correct.
10   Q    You told them you had ongoing problems
11 from Robin Reslow in North Billerica and had been to
12 court over it?
13   A    Possibly.  I mean, it was only for a
14 couple months.
15   Q    Let's work it backwards.  Had you had an
16 ongoing problem with Robin Reslow as of
17 September 1991?
18   A    Yep.  It started in the summer of '91.
19   Q    Had you gone to court over the problems
20 with Robin Reslow?
21   A    Yes.
22   Q    You also were receiving calls at that time
23 to your house, threatening calls, for lack of a
24 better term?

Page 360

1    A    Yes.  I just answered that.
2    Q    Did you tell the Tewksbury police back
3 then that you believe the calls were being made by a
4 friend of Robin's that lives in North Billerica?
5    A    Yes, I did.
6    Q    You only know her name as Josephine?
7    A    Correct.
8    Q    Did you later learn who Josephine was?
9    A    I knew of her but I didn't know her last
10 name.
11   Q    Had you ever met her?
12   A    She knew who I was.  I've seen her around
13 but --
14   Q    You also told the Tewksbury police that a
15 friend of yours, Michelle Horn, had overheard
16 Josephine talking about the Lowell Hilton and about
17 the Kennedys' truck being blown up?
18   A    Correct.
19   Q    You told that to the Tewksbury Police
20 Department back in '91 also?
21   A    I believe so.
22   Q    You notified the Tewksbury police you
23 notified the phone company for a tap on the business
24 phone?

34 (Pages 361 to 364)

Page 361

1    A    Yes.
2    Q    Did you, in fact, do that?
3    A    Yes, I did.
4    Q    You also indicated that you had received
5    calls from a female caller on her husband's business
6    phones. Do you remember that?
7    A    Yes.
8    Q    Did your husband have a business phone
9    back then?
10   A    Yes.
11   Q    Was that in the house?
12   A    Yes.
13   Q    You would pick it up as part of what, just
14   being there? How did you get the calls?
15   A    It would ring and I would answer it.
16   Q    What would the calls say?
17   A    Sometimes it was just, like, Robin just
18   playing childish games and whatnot.
19   Q    You say Robin --
20   A    Childish games.
21   Q    You recognize the voice?
22   A    Yes.
23   Q    You knew her well enough?
24   A    Yes, I did.

Page 362

1    Q    When you picked it up you recognized Robin
2    Reslow's voice?
3    A    Yes.
4    Q    What was the conversation you had with
5    Robin Reslow?
6    A    I don't remember exactly what they were.
7    Q    Tell me to the best of your memory.
8    A    I can't do that, sir; I'd be, you know,
9    guessing.
10   Q    Well, I don't want you to guess. I want
11   your best memory.
12   A    I just remember, you know, I'd try to keep
13   her on the phone because I knew it was her calling
14   and the phone company said try to keep her on the
15   phone for a certain amount of time and that's what I
16   did, and it taped back to her house. Actually, it
17   taped back to her Uncle John O'Blinn, the
18   firefighter.
19   Q    Did you ever send Tracy Heffernan over to
20   beat up Robin Reslow as a result of this?
21   A    No.
22   Q    Was Tracy Heffernan a friend of yours at
23   that time?
24   A    In '91? No, not really. We weren't

Page 363

1    speaking for a few years, I believe.
2    Q    Are you friends with her now?
3    A    Yes.
4    Q    Okay. When's the last time you spoke with
5    Tracy Heffernan?
6    A    I don't remember the day or week or --
7    Q    Tell me the best you can your discussion
8    with Tracy Heffernan, the most recent discussion.
9    A    A few weeks ago or weeks --
10   Q    What was the conversation?
11   A    Just what have you been up to. I haven't
12   heard from you; things like that.
13   Q    Did you talk about the case at all?
14   A    No, I don't believe so.
15   Q    Tell me --
16   A    I don't remember.
17   Q    Did Tracy Heffernan ever talk to you about
18   going after Robin Reslow and using your name?
19   A    What do you mean, using my name?
20   Q    This is one, for a lack of a better word,
21   do you know Michelle? This is for Michelle.
22   A    I know Tracy beat up Robin before.
23   Q    You do know that?
24   A    Because I was in the vehicle with Tracy.

Page 364

1    When Robin passed her she did some sort of
2    something -- I don't remember quite what it was --
3    with her hands and Tracy said, I'm going to get her.
4    And Tracy got out of the vehicle. I said, I can't
5    be involved with this. And Tracy got out of the
6    vehicle and walked over to the Cove Restaurant and I
7    went off and left her walking down the street.
8    Q    You were with Tracy Heffernan prior to her
9    beating up Tracy on November 7, 1991?
10   A    Yes.
11   Q    What was it, the Cove Restaurant?
12   A    I told her that it wasn't worth it. Don't
13   get in trouble over -- you're in enough trouble, or
14   something to that effect. You know, when Tracy's
15   mind is made up, it's made up, so...
16   Q    Had you had some kind of stay-away order
17   involving Robin Reslow at the time?
18   A    I don't remember.
19   Q    Were you under a court order at the time
20   not to go near or bother Robin Reslow?
21   A    I think we both did, yeah, now that I
22   think of it.
23   Q    You were under a restraining order at the
24   time relative to Robin Reslow?

Page 365

1    A    The judge ordered us both to stay away
2    from each other because we got into a fight in the
3    summer of '91, sometime around June.
4        Q    Did you meet up with Tracy Heffernan after
5    this event?
6    A    No.
7    Q    How did Tracy get home?
8    A    I left her walking.
9    Q    It was your car?
10    A    No; it was my husband's.
11    Q    Robin got beat up pretty good; right?
12    A    Yep.
13    Q    In the same 00209, which is in front of
14    you, November 20th, 1991, Tracy got offered money
15    from FM -- is that Frank Mackenzie? -- to beat me
16    up?
17    A    Yes.
18    Q    You were aware Tracy never got a call from
19    Frank Mackenzie?
20    A    She did get a call from Frank Mackenzie.
21    Q    How do you know that?
22    A    She told me.
23    Q    You later learned she had lied about that?
24    A    I never learned of that.

Page 366

1    Q    You never learned that?
2    A    No.
3    Q    What do you say Tracy Heffernan said
4    happened on November 21, 1991?
5    A    That when she got the phone call?
6    Q    I'm asking you to tell me. It's your
7    notes, you tell me.
8    A    Yeah. She must have -- that must be the
9    day she got the phone call. We weren't on the
10    greatest talking terms at the time and she had seen
11    us at the mailboxes at the end of our street and
12    told us that she got a phone call from Frank
13    Mackenzie and when I was friendly with Frank
14    Mackenzie I told them how they had beat me up
15    before, Tracy and Stacy, and they're crazy and
16    tough. We used to talk a lot about that and so when
17    she told me she got a phone call from him, I had no
18    reason not to believe her.
19    Q    This is your handwriting?
20    A    Yes.
21    Q    Didn't she say to you she got a phone call
22    from someone and you told her to say it's Frank
23    Mackenzie?
24    A    No. She got a phone call from Frank

Page 367

1    Mackenzie offering her $500 to put me in the
2    hospital. That's when I begged her to go to the
3    chief of police.
4        Q    You found out later, she said, in fact,
5    you put her up to this?
6    A    I read something or heard something that
7    she took her statement back afterwards, yes.
8        Q    She says that you put her up to it and
9    said whoever it is, just say it's Frank Mackenzie?
10    A    Something to that effect I heard, yes.
11    Q    Did you, in fact, tell her to say it was
12    Frank Mackenzie?
13    A    Absolutely not.
14    Q    What happened after Tracy Heffernan told
15    you she got offered this money; what happened?
16    A    I begged her to go to the chief of police
17    and we went up there. I asked the chief of police
18    to please wire Tracy Heffernan and catch Frank
19    Mackenzie, he's doing these things, once and for all
20    because I believe it was right after he firebombed
21    our vehicle and he was doing out-of-control things.
22    I asked the chief if he would wire Tracy Heffernan
23    and go get the phone call where she's supposed to
24    get it after the Billerica Flick, which did indeed

Page 368

1    accept incoming phone calls at the time.
2        Q    How do you know?
3    A    I've made many phone calls and gotten
4    phone calls over the years.
5        Q    You believe your truck was firebombed,
6    words to that effect? Did you have a second vehicle
7    that was also lost due to fire?
8    A    Yes.
9    Q    What car was that?
10    A    It was a Lexus.
11    Q    When was that car damaged by fire?
12    A    I don't know the exact year but it was
13    from the -- from New Hampshire. They found it in
14    Lowell burnt.
15    Q    Do you remember -- you say the year. I'm
16    sorry; do you remember the year this happened?
17    A    No, I don't.
18    Q    Was this after Brian's truck was burned?
19    A    Yes.
20    Q    Did you put in an insurance claim for the
21    Lexus?
22    A    I tried to.
23    Q    It was denied?
24    A    Yes.

36 (Pages 369 to 372)

Page 369

1    Q   Do you remember the insurance company the
2   Lexus --
3    A   No.
4    Q   How about the pickup truck that you say
5   was burned, did you put in a claim for that?
6    A   We had no insurance at the time.
7    Q   How long after the first truck burning did
8   the Lexus burning take place, if you recall?
9    A   It was a few years.
10   Q   How old was the Lexus that was burnt?
11   A   How old was it?
12   Q   What year was it?
13   A   I believe it was, like, the first one we
14  ever had. It was fairly new. I don't know.
15   Q   At one point did you say to the medical
16  providers that treated you that somebody threw a
17  Molotov cocktail in your house?
18   A   Into the window?
19   Q   Okay.
20   A   Yes.
21   Q   When did that happen?
22   A   When they firebombed the truck.
23   Q   The firebombing the truck is the same
24  incident of the Molotov cocktail in the window?

Page 370

1    A   Yes.
2    Q   Where did the burning of the Molotov
3   cocktail -- where did that occur in your house; what
4   area of the house?
5    A   What area of the house caught fire? The
6   front where the living room is.
7    Q   Did a fire station show up?
8    A   Yes, they did. They put it out.
9    Q   Tewksbury showed up?
10   A   Yes.
11   Q   What kind of damage did your house suffer?
12   A   It all got burnt all up.
13   Q   Did you have homeowner's insurance for
14  that?
15   A   I didn't even put in a claim for that. I
16  don't believe I put in a claim for it.
17   Q   Are you alleging that that Molotov
18  cocktail was also the result of --
19   A   Wait a minute; I'm sorry. When they burnt
20  the jumps is when the house got caught on fire.
21   Q   I'm a little confused. If I could just
22  stop you for one second. You said to some medical
23  provider that someone threw a Molotov cocktail in
24  your window, as you say?

Page 371

1    A   Yep.
2    Q   When was that?
3    A   The firebombing, that's when the firebomb
4   occurred.
5    Q   Are you talking about the ramps or the
6   truck?
7    A   The truck.
8    Q   In 1991 at the same time the truck is
9   burned someone threw a Molotov cocktail through the
10  window?
11   A   I don't know how to say that word, so...
12  That's probably their word they wrote in. I call it
13  firebombing.
14   Q   What I'm asking you, did you tell the
15  medical providers that someone threw a Molotov
16  cocktail through your window?
17   A   I told them our truck got firebombed.
18  They might have questioned me was it a whatever
19  cocktail, whatever it's called. Maybe I said yes.
20   Q   Are you claiming that someone from the
21  Billerica Police Department threw this Molotov
22  cocktail?
23   A   Absolutely.
24   Q   What's your basis of fact that you have

Page 372

1   that someone threw the Molotov cocktail, separate
2   from the truck?
3       MR. GILGUN: Objection. You're
4   confusing -- there is a window in the truck and
5   a window in the house. I think you're
6   confusing the same thing.
7       THE WITNESS: You're trying to confuse me.
8       MR. GILGUN: I think he's honestly
9   confused.
10      MR. GILGUN: What window are you referring
11  to?
12      MR. SILVERFINE: The house.
13      MR. GILGUN: Were there any Molotov
14  cocktails through the house?
15      THE WITNESS: Never through the house.
16   Q   (By Mr. Silverfine) When you're talking
17  about a Molotov cocktail, are you saying the truck?
18   A   Yes.
19   Q   Are you saying the house burning is
20  connected to the Billerica police?
21   A   Yes.
22   Q   What bases of fact do you have your house
23  was burned and is connected to the Billerica Police?
24   A   May I explain this?

DUNN & GOUDREAU

Page 373

1      MR. GILGUN: Yep.
2      A   My husband got pulled over by Frank
3   Mackenzie and his friend David Algier. He said, Put
4   a leash on your wife, you don't know who you're
5   f'ing with. The next day or so our truck got
6   firebombed and he said, Watch your back, and other
7   bad things to him. That's when our vehicle got
8   firebombed. We had no insurance on the vehicle.
9   And I was friendly with Frank Mackenzie and we used
10  to speak every several days on the phone in regards
11  to Robin Reslow; he was quite aware we had no
12  insurance on the truck. So then when the jumps got
13  set on fire, it caught the house on fire.
14     Q   Let me stop you there for one second.
15     A   And the fire department --
16     Q   Is that the same time you're saying that
17  the truck was burned?
18     A   Two different incidents.
19     Q   You're confusing me. You're saying the
20  house and the truck were burnt on or about September
21  2, 1991?
22     A   The truck got set fire and then when
23  the -- the next time when they set the jumps on fire
24  on my son's birthday that's when the house caught

Page 374

1   fire.
2      Q   The day the jumps were set on fire the
3   house caught on fire?
4      A   Correct.
5      Q   Let me stop you there. Are you saying the
6   Molotov cocktail thrown was thrown into the truck?
7      A   I don't remember saying anything about a
8   whatever cocktail. That might be the doctor's
9   words. I don't even know how to say that word. I
10  use the word "firebomb." The night they firebombed
11  it, yes, I blamed it on the cops.
12     Q   Okay. And are you saying the ramps are
13  related to the cops?
14     A   Yes, they are.
15     Q   All right. Tell me what basis of fact you
16  have for the ramps being set on fire by the cops?
17     A   Well, my mom worked on the Concord Shores
18  for 30 years and that was the only night her boss
19  let them out early. When I was calling 9-1-1 the
20  Billerica cop was pulling out as my mom was pulling
21  in. As I was calling 9-1-1, you know, they ignored
22  my call. Then secondary when my friend William ran
23  through the woods and was standing at Robert
24  Spencer's driveway two cops were going through the

Page 375

1   woods towards the rod and gun towards North
2   Billerica and they was spying, creeping down, and
3   said, Go pick them up at the club. He waited until
4   they pulled away and got in the vehicle, somehow he
5   followed to the club. The only club that we know of
6   is the rod and gun club where the Billerica police
7   hang out, and they, you know, practice shooting
8   their guns there. Hearing the club, that's what he
9   did, he went there and seen them pull up and picked
10  the individual up in the police car. And they never
11  showed up to answer our 9-1-1 calls but they're
12  there every other time to arrest me.
13     Q   Let's turn to the next page, 00361, your
14  Bates number. Is that your handwriting? It says,
15  "Truck firebombed." It says, "Kim says he was home
16  at 12:50." Is that Kim Mackenzie?
17     A   Yes.
18     Q   You were on speaking terms with Kim
19  Mackenzie at the time?
20     A   I wasn't on speaking terms with her. When
21  I complained to the chief of police a couple of
22  times with regard to her husband, she said, Why are
23  you trying to get my husband fired? He has a house
24  he has to pay for and children. He needs that job

Page 376

1   and you're trying to get him fired and he has to
2   support us.
3      Q   Did you have a conversation when she said
4   this?
5      A   Yes, we were on the phone.
6      Q   She said he was home at 12:15?
7      A   Yes.
8      Q   Is that 12:15 in the morning, since your
9   notes indicate 3 a.m. truck got set on fire; is that
10  right?
11     A   This might have been the second time.
12  Because my sons' jumps got caught on fire right
13  after 12. But it says "firebomb." I don't know
14  then.
15     Q   These are your notes?
16     A   Right. I don't know about that one. I
17  can't explain that.
18     Q   If we could turn a couple of pages over
19  and let's start on where it says 00199 at the
20  bottom.
21     A   Yep.
22     Q   See 00199; see that?
23     A   Yep.
24     Q   There is a date indicated, June 9, 2002;

Page 377

1  see that?
2      A   Yes.
3      Q   Now, according to your complaint which we
4  went over a few minutes ago and we discussed that
5  paragraph, you say on June 9th an event with Officer
6  Tsoukalas occurred?
7      A   Right.
8      Q   I'm assuming, and I want to make sure I'm
9  reading this right, you wrote June 9th, 2002; is
10  that right?
11      A   Looks like there was an "eight" there then
12  a "nine."
13      Q   What date do you think this event happened
14  on?
15      A   The 9th.
16      Q   Again, this is your handwriting?
17      A   Yes.
18      Q   Do you remember, did you cross that out
19  for a reason?
20      A   Maybe I made a mistake.
21      Q   So June 9th is your best memory?
22      A   That's what I have.
23      Q   Right below that it says, "I was going to
24  visit a relative." Do you remember who you were

Page 378

1  going to visit that morning?
2      A   No. I have a lot of relatives that live
3  in Lowell. Well, a few.
4      Q   Do you remember who you went to visit?
5      A   No, I don't.
6      Q   Do you remember what time of day that was?
7      A   I don't.
8      Q   Do you remember who you were with?
9      A   I was with Brian and Billy.
10      Q   Brian and Billy?
11      A   Yes.
12      Q   Now, just so I understand, on the next
13  page, on Bates No. 00200, it's listed that you're
14  saying you didn't roll down the window all the way?
15      A   I don't remember rolling it down all the
16  way, that's why he got mad, from what I remember.
17      Q   And what spots do you claim that your
18  finger was broken?
19      A   I don't remember exactly. The doctor told
20  me.
21      Q   Tell me your best memory as to what part
22  of your finger.
23      A   I don't remember.
24      Q   Which hand was it?

Page 379

1      A   I believe the left.
2      Q   Had you broken that finger before?
3      A   I don't think so.
4      Q   Had you broken it after?
5      A   Yes, I broke it after.
6      Q   Where did you break it after?
7      A   In one spot.
8      Q   When did you break it after this?
9      A   About a week ago.
10      Q   From today?
11      A   Hm.
12      Q   Prior to a week ago today had you broken
13  that finger or had that finger been broken?
14      A   I don't remember.
15      Q   How did you break your finger a week ago?
16      A   Falling down the stairs. Well, I didn't
17  fall, I started to and I stopped myself.
18      Q   Look at -- it's Bates 00693, it's a
19  calendar page over.
20      A   I'm sorry; what page, 00693?
21      Q   Looks like this.
22      A   This one here?
23      Q   Yes. This is a calendar of yours?
24      A   I believe so.

Page 380

1      Q   You recognize your handwriting on it?
2      A   Yes, I do.
3      Q   You see in the middle on Wednesday the
4  13th it says, "Robin's trial"? Do you see that?
5      A   Yes.
6      Q   What trial was that that was going on at
7  the time?
8      A   Do you know what year it was?
9      Q   This is the copy that was given to me like
10  this.
11      A   The only time I dealt with her was in that
12  '91 era, that I can remember.
13      Q   Do you remember a trial after Mother's Day
14  on the 10th? This happened after Mother's Day
15  according to this. Do you remember a trial being
16  involved with Robin at that time?
17      A   No. I mean, the only time I had trial
18  with her -- my husband did a few times. I mean, I
19  did when her and I fought. That's the only time I
20  can recall.
21      Q   Would this be 1991 this happened, as best
22  you can recall?
23      A   Yeah. I don't know. I shouldn't say.
24      MR. GILGUN: Why don't you see if there is

Page 381

1  anything else on the calendar that refreshes
2  your memory.
3      Q   (By Mr. Silverfine)  If you look in the
4  upper right-hand corner, "Trial for Parent" --
5  somebody's wedding?
6          MR. GILGUN:  Trial for Parent?
7      A   That's when Paul Parent, Frank Mackenzies'
8  friend jumped my husband.  So that's the only time I
9  can remember.
10     Q   (By Mr. Silverfine)  What year was that?
11     A   '91.
12     Q   Was the trial you were involved in in 1991
13 with Robin?
14     A   The one I told you earlier about.
15     Q   That's when you got probation?
16     A   I believe so.
17     Q   Was there also bad blood between Brian
18 Kennedy and Robin Reslow besides you?
19     A   Yes.
20     Q   What led to that, if you know?  I
21 understand you and Robin weren't getting along.
22 What was the bad blood between Brian Kennedy and
23 Robin Reslow?
24     A   When her and I fought, sometime after she

Page 382

1  decided to say my husband kicked her.  There were at
2  least 15 people that were there and seen it, and
3  knew that Brian didn't do that.  He thought it
4  wasn't right that she said that.
5      Q   Let's turn to the next Bates page in the
6  calendar, 00717.  Looks like to be December 2003.
7  See that?  Looks like "December 23, Nigel hearing,
8  two o'clock."  See that?  Look to the 23rd.
9      A   Yep.
10     Q   What hearing involving Nigel were you
11 involved with then?
12     A   I don't know.  I mean, maybe he just had a
13 hearing and I wrote it in my book.
14     Q   Was that relative to the assault he did to
15 you?
16     A   I doubt it because I didn't really go to
17 court.  He just pleaded out and admitted to what he
18 did.
19     Q   You didn't have to testify against him?
20     A   I did at a grand jury-type thing.  As far
21 as I never testified --
22     Q   You went to a grand jury?
23     A   Yeah.
24     Q   You testified?

Page 383

1      A   Yes.
2      Q   And Nigel openly pled and was convicted of
3  an assault against you?
4      A   Well, he admitted to what he did and he
5  pled out.
6      Q   He received time?
7      A   Jail time.
8      Q   Did you go visit him in the jail?
9      A   Yes, I did.
10     Q   Where was he incarcerated?
11     A   I think Cambridge.
12     Q   For how long a period of time was he
13 incarcerated?
14     A   How long a time did he get for assaulting
15 me?
16     Q   Right.
17     A   Maybe two years.
18     Q   Let's -- how often did you visit him?
19     A   A few.
20     Q   Once a week?
21     A   No.
22     Q   Once a month?
23     A   Just whenever I had time and it was a few
24 times, not like that.

Page 384

1      Q   Let's turn to the next page, Bates 01222.
2  Appears to be June 10th, 1991.  Do you see that?
3      A   Yes.
4      Q   Do you recognize your handwriting?
5      A   It's a date book, yes.
6      Q   Can you tell me what that note says?
7      A   Sure.  Well, I guess this is the day that
8  Robin and I fought.  Frank Mackenzie, he came down
9  to my mom's work, which was the Concord Shores, to
10 say to get up to the police station to do a
11 cross-complaint, that he was going to tell me how to
12 work the system so she would get in trouble.  And he
13 said the next thing I had to do was go to the court
14 and take out a cross-complaint.
15     Q   That says, "Go to court and take out
16 complaint with Robin."
17     A   I believe that's what it's about.
18     Q   You did that?
19     A   I did.
20     Q   Okay.  Let's turn to the next page, which
21 is Bates 01233, appears to be July 2, '91.  Is that
22 fair to say, the next page?
23     A   Yes.
24     Q   This is the date book of yours?

Page 385

1    A   Yes.
2    Q   You recognize the handwriting?
3    A   Yes.
4    Q   At the bottom right it looks to be,
5   "Hearing Reslow"?
6    A   Yes.
7    Q   Was this hearing in reference to the
8   complaint we just referenced on the prior page?
9    A   This might be when I put the tap on my
10  phone and it traced it back to Donna Oblenis' house,
11  and Teddy Taker had jumped my husband with a couple
12  of guys and I was going to go and try to attempt to
13  do like a cross-complaint but it didn't work.
14   Q   Let's start -- let me work backwards. Who
15  is Teddy Taker?
16   A   Teddy Taker is just a guy from town. You
17  know, he was friends with Robin.
18   Q   What's the relationship between Teddy
19  Taker and your husband?
20   A   They talk now but --
21   Q   Why did Teddy Taker jump your husband?
22   A   Because Robin was, like, dating him at the
23  time and she told him that Brian had kicked her when
24  her and I fought.

Page 386

1    Q   This hearing relative to Reslow on the 2nd
2   of July, what was that about, if you know?
3    A   I don't know.
4    Q   It says, "File complaints of Donna
5   Oblenis." Why were you filing complaints on Donna
6   Oblenis?
7    A   Probably because, like I said, the phone
8   company put a tap on my phone and it came back to
9   her house so I was probably going to go and file a
10  complaint on her for calling my house.
11   Q   And let's turn to the next page, which is
12  Bates 02151, and it's August 6th, 1991. Do you see
13  that?
14   A   Tuesday?
15   Q   Yep.
16   A   Yep.
17   Q   Do you recognize this date book as yours?
18   A   Yes.
19   Q   It says, "Robin Reslow and Michelle A&B."
20  Do you see that?
21   A   Yes.
22   Q   What is that about?
23   A   This is when, you know, our court date
24  probably got continued to this date.

Page 387

1    Q   Do you remember going to a hearing on this
2   date?
3    A   If it's in my book, I had a hearing.
4    Q   Do you remember what happened at the
5   hearing?
6    A   Probably just continuance. When my
7   husband went to trial for all of it, it got
8   dismissed.
9    Q   It says, "Brian and Robin A&B." He had a
10  separate case, your husband, with Robin Reslow?
11   A   Correct. It was from the same incident.
12  When her and I got in a fight when I was friendly
13  with Frank Mackenzie she never said anything about
14  Brian kicking her. Frank and I had problems a month
15  or so afterwards and all of a sudden this complaint
16  came about with my husband supposedly kicking her
17  when we were fighting.
18   Q   Robin had filed a complaint against your
19  husband for the same incident?
20   A   Yes.
21   Q   Was it her together, do you know, that
22  day?
23   A   Was it her to --
24   Q   When they did the disposition or hearing

Page 388

1   was it altogether?
2    A   I'm not sure what you mean.
3    Q   What happened with your husband's case
4   with Robin Reslow?
5    A   Well, I think it was, like, it got
6   dismissed. The jury had found him not guilty.
7    Q   Let's turn to Bates 01300, November 15,
8   1991. Do you see that?
9    A   Yes.
10   Q   This is your notebook, your handwriting?
11   A   Yes.
12   Q   Am I reading this right, "Got threatening
13  calls saying I would die by the mob and truck will
14  be blown up."?
15   A   Yes.
16   Q   Was this the Robin Reslow calls you were
17  telling us about?
18   A   No.
19   Q   What calls were these?
20   A   After that happened with the truck and
21  whatnot it was just like, I don't know, a joke like.
22  I got calls so --
23   Q   Was it a male or female?
24   A   I don't know. I don't remember at this

Page 389

1  time.
2      Q   You were getting threatening calls you
3  were going to die and your truck was going to be
4  blown up but you don't remember who was calling you?
5  Did you recognize the voice?
6      A   Not at this time.
7      Q   I don't mean to be redundant. Is anything
8  impeding your memory as you sit here today?
9      A   No. I could go home and ask my husband,
10  Hon, when we got this call do you remember who it
11  was?
12      Q   Besides asking Brian Kennedy -- these are
13  your notes. Does anything refresh your memory?
14      A   No.
15      Q   Were these from Robin Reslow?
16      A   I would have written "Robin Reslow."
17      Q   Probably you would have written it down.
18      A   Probably.
19      Q   What kind of calls?
20      A   Just what it says.
21      Q   What did you do as a result of getting
22  this?
23      A   There was nothing I could do.
24      Q   Was this when your phone was tapped?

Page 390

1      A   No.
2      Q   Prior to?
3      A   After, I believe.
4      Q   You got it after your phone was tapped.
5  Did you report this to the police?
6      A   I'm not sure.
7      Q   Who did you report this call, this threat?
8      A   I might not have reported it.
9      Q   Why wouldn't you report this?
10      A   Because I didn't report everything
11  because, one, you know, the police didn't do
12  anything and for two, that's when they strike on me.
13  If they know I'm having a problem with one person
14  that's when they come and do things to us.
15      Q   This is November 15, 1991?
16      A   Yes.
17      Q   You say you're getting threatening calls
18  saying you're going to die by the mob, the truck
19  will blow up, and you don't report it to anyone?
20      A   Other than to my family, no.
21      Q   The next page is Bates 01301,
22  November 16th, 1991. This is your notebook?
23      A   Yes.
24      Q   Your handwriting?

Page 391

1      A   Yes.
2      Q   Let me see if I can read your notes. It
3  says, "Three o'clock met the weirdo that threatened
4  me. She never showed at Lahey Clinic, Burlington."
5  What does this mean?
6      A   Yes. This is when we got a phone call
7  saying if we didn't go to the Lahey Clinic we were
8  going to die and we better show up there, and, you
9  know, calls we were getting.
10      Q   Who called you?
11      A   I don't know who it was that called.
12      Q   Someone called up and said you've got to
13  go to the Lahey Clinic and you went?
14      A   Yes, I did.
15      Q   Someone you don't know calls you up and
16  says -- strike that. How did they threaten you?
17      A   I don't know. I don't remember.
18      Q   Somebody you don't know calls you up then
19  you tells you to go to Lahey Clinic or what's going
20  to happen?
21      A   I don't remember. Something to the effect
22  we were going to die.
23      Q   You went to the Lahey Clinic?
24      A   Yes.

Page 392

1      Q   How did you know where to go?
2      A   We just drove up there.
3      Q   It's a big building?
4      A   We drove up in front of the emergency
5  room.
6      Q   How did you know who to look for?
7      A   We didn't.
8      Q   Did you know who you were going to meet?
9      A   No.
10      Q   You wrote "she," so it was a female voice?
11      A   It must have been.
12      Q   Did you recognize the voice?
13      A   No.
14      Q   Did you report that to the police?
15      A   No, I didn't.
16      Q   This is right after the event of the
17  previous page of November 15th in which you got a
18  threatening call in which the mob was going to blow
19  you up, kill you, blow up your truck?
20      A   If it's in my calendar, yes.
21      Q   That's what I'm asking. Then you got a
22  call from the weirdo, November 16th, the next day,
23  saying show up at the Lahey Clinic and you don't
24  report that either?

Page 393

1    A    No, I don't.
2    Q    Let's turn to the next Bates, which is
3  01317. Maybe you can help me. Looks like
4  December 18th, 1991. Can you read your notes?
5    A    This isn't me.
6    Q    Whose notes are these? Do you recognize
7  the writing?
8    A    I believe it might be my husband's.
9    Q    Can you read your husband's writing on the
10  left?
11    A    "Got threat from" -- from someone's
12  friend. Got into something Mackenzie's, and got
13  threat from Mackenzies.
14        THE WITNESS: Can we take a break?
15        MR. SILVERFINE: Sure. Off the record.
16    (3:24 p.m.)
17        MR. SILVERFINE: On the record. (3:38
18    p.m.)
19    Q    (By Mr. Silverfine)  Miss Kennedy, are you
20  all set?
21    A    Yes.
22    Q    Couple of questions. You had mentioned
23  that you had been feuding with Robin Reslow during
24  the summer of '91. What was the beef about?

Page 394

1    A    Well, she called the police station and
2  said that I was, like, acting up out front. My
3  friend lived across the street from her and we were
4  just hanging out over there and Robin Reslow called
5  the police station and, like, made false statements
6  and Steve Elmore and Frank Mackenzie pulled up out
7  there and told me she had just called. I don't
8  remember if it was the next day or soon after that I
9  seen her over my friend Donna's in the same area.
10  And I was walking in and she was walking out and we
11  had words and that's what it was over.
12    Q    What were her complaints about you that
13  were made to police?
14    A    That we were being loud. I don't remember
15  exactly. I know that one of them was we were being
16  loud, running around in the street and stuff because
17  we were kind of running around but...
18    Q    You were angry that she went to report you
19  to the police?
20    A    No. I was angry that she lied and made
21  other lies up about it. When I asked her, Why can't
22  you just ask me to be quiet or something; why do you
23  have to call and lie, it lead to a fight.
24    Q    Did you say you were kind of loud, running

Page 395

1  around?
2    A    Sort of, yeah.
3    Q    She didn't lie about you.
4    A    She made up other lies; I don't remember
5  exactly what they were.
6    Q    She made other complaints besides the fact
7  you were loud and running around?
8    A    Yeah.
9    Q    What were the nature of those complaints?
10    A    From what Steven Elmore and Frank
11  Mackenzie said, she was saying I was -- I don't
12  know, either selling drugs or something like that
13  out front down there.
14    Q    So what you're saying --
15    A    Maybe it was something to that effect.
16    Q    She was accusing you of selling drugs
17  locally, to the police?
18    A    No.
19    Q    That's her complaint?
20    A    She called the police station and made
21  false accusations.
22    Q    Okay. And Elmore and Mackenzie pulled up
23  and told you she was complaining to the police about
24  these allegations?

Page 396

1    A    Yes.
2    Q    Then you confronted her about it?
3    A    The next day or so we ran into each other
4  and had words about it.
5    Q    This resulted in some physical
6  fist-a-cuffs between the two of you?
7    A    Yes.
8    Q    And when I asked you a few minutes ago
9  about the Molotov cocktail, did you tell the Mental
10  Health Association of Greater Lowell when you were
11  being treated there that they threw a Molotov
12  cocktail through your window?
13    A    Well, I probably said they through a
14  firebomb through the window but I don't ever call it
15  a Molovot (sic) because I never heard that word
16  before. I heard something to that effect before and
17  I don't remember that exact word. I probably told
18  them that they firebombed the vehicle and threw
19  something through the window because that's what
20  happened, they put it inside my husband's cab.
21    Q    Let's turn to the next page, which is Bate
22  01373, and I'll ask you if you recognize that.
23    A    This one?
24    Q    Yep.

Page 397

1    A    This is some of my writing, yep.
2    Q    On the 19th, at least it looks like that,
3  in February, it's not clear what year, you went
4  skiing with Dean Royston?
5    A    Yes.
6    Q    How many times did you go skiing with Dean
7  Royston?  How many times?
8    A    Once.
9    Q    Did you do other social events with him?
10    A    Yes, I did.
11    Q    What other social events?
12    A    Went to a couple of gatherings with him.
13    Q    Parties?
14    A    Yes.
15    Q    What else?
16    A    Wedding.  I went to a wedding with him.
17  And skiing once.  Actually, I might have went to a
18  wedding twice.
19    Q    This is, by the way, while you were
20  married?
21    A    Yes.
22    Q    You also -- the next page, Bates 01379,
23  you see the next page?  Turn the page?
24    A    This one?

Page 398

1    Q    You note his birthday in your calendar.
2  That's your handwriting?
3    A    Yes.
4    Q    Did you celebrate with him that day?
5    A    No.
6    Q    Did you send him a card?
7    A    I don't believe.  Maybe a call.
8    Q    Did you give him a call?
9    A    Possibly.
10    Q    The next page in 2002 looks like 01414 --
11  again, your handwriting?
12    A    Yes.
13    Q    The middle on Friday the 12th, I'm not
14  sure what date it's on, you went to lunch with Dean.
15    A    Yep.
16    Q    How often did you go to lunch with Dean?
17    A    Maybe three times maybe.  I went to
18  breakfast with him a few.
19    Q    This is while he was a Billerica police
20  officer?
21    A    Maybe.  Most of it was --
22    Q    This is back in 2002 according to your
23  notes.
24    A    If he was still a cop then, yes.

Page 399

1    Q    I'm reading your notes in this exhibit, do
2  you see that?
3    A    Yes.
4    Q    So this is while he was a police officer
5  in Billerica?
6    A    Yes.
7    Q    Bates 01418 in 2002, Thursday, middle.  Do
8  you recognize your handwriting?
9    A    Yep.
10    Q    It says, "Went to Dean's."
11    A    Yes.
12    Q    What did you go Dean's house for?
13    A    Maybe to hang out.
14    Q    How often did you go to Dean's house to
15  hang out?
16    A    This is when he lived in Billerica.  I
17  probably went there three times the most; two,
18  three.
19    Q    The next one is Bates 01422, again, 2002.
20  Do you recognize your handwriting on that?
21    A    Yes.
22    Q    On the 10th, Saturday, "Dean's wedding."
23  What is that?
24    A    I don't know.

Page 400

1    Q    So what's this refer to?
2    A    I don't know.
3    Q    Were you invited to Dean's wedding?
4    A    Dean's wedding or a wedding.
5    Q    You tell me.  Did you go to a wedding with
6  Dean?
7    A    I did but not then.  I went to a wedding
8  with him.
9    Q    A separate time?
10    A    Recently.
11    Q    When did you recently go to a wedding with
12  Dean?
13    A    In October, I think it was, of this
14  year -- I mean, of last year.
15    Q    Of 2006?
16    A    Yes.
17    Q    Whose wedding was that?
18    A    A friend.
19    Q    What's his name or her name?
20    A    I don't know what their names are.  I
21  forgot.
22    Q    You went to a wedding in October of 2006
23  and you --
24    A    It's his friend.

Page 401

1    Q   You forgot the name?
2    A   Hm-hm. Yes.
3    Q   You went as his date back in October?
4    A   Yes.
5    Q   In 2002, this Saturday the 10th, whose
6  wedding did you go to with Dean on that date?
7    A   This here? I don't remember going to a
8  wedding then. I mean, just -- I might have had
9  plans to go but didn't go.
10   Q   Do you have a memory of that?
11   A   No, I don't.
12   Q   The next page, Bates 01435, looks like
13 September 24th. Do you recognize this handwriting
14 in the middle?
15   A   Yes.
16   Q   Your handwriting?
17   A   Yes, that's mine.
18   Q   It says, "Dean came over" -- something.
19 Can you read that for us.
20   A   "Dean and my mom came over."
21   Q   For what purpose did he come over that
22 time, if you know?
23   A   To visit.
24   Q   The next looks like September -- next page

Page 402

1  is Bates 01437, September/October. Again, your
2  handwriting?
3    A   Yes.
4    Q   "Monday, Dean walked down my house"?
5    A   Yes.
6    Q   What is that about?
7    A   This is when I lived in the trailer park
8  and he was doing a detail in the trailer park and
9  he, like, they were putting sewer in the trailer
10 park and he walked down my house, like, just to say
11 hello to all the kids out front. I was just hanging
12 out front for a few minutes with him and Michelle
13 Farrington as well, I believe.
14   Q   Why would you write this down in your
15 book?
16   A   Why? Because he got a call -- if this is
17 the same day. I think the park manager drove by and
18 seen him and called the police and then they radioed
19 and it was Michelle Farrington and Dean and I.
20 Michelle Farrington had brought us coffee or he
21 bought us -- I don't know. One of them brought
22 coffees and we were out front of my house having it
23 and I heard the supervisor radio over to them to get
24 away from me and don't talk to me, that they got a

Page 403

1  complaint they were talking to me. So they just
2  were saying how ridiculous they were and whatnot. I
3  just wrote it down because you never know what would
4  come about it after that.
5    Q   Let's turn to the next page, Bates 01447.
6  Do you recognize your handwriting?
7    A   Yes.
8    Q   On the first column circled "11" it says
9  Dean called?
10   A   Yep.
11   Q   What was that about?
12   A   It says I called Dean.
13   Q   Actually, there are two entries. The
14 first one is "I called Dean to say hi."
15   A   It says, "I called Dean to say hi and
16 thank him for the candle."
17   Q   What candle did you get from Dean?
18   A   Well, let's see what month this is. It
19 was probably my birthday, birthday candle.
20   Q   He would send you gifts as well?
21   A   Yes.
22   Q   Did he send anything else besides a
23 candle?
24   A   No. A card probably.

Page 404

1    Q   Right below that can you tell us what that
2  says where it's circled "11"?
3    A   Oh, he just -- just what it says. "Dean
4  called back to ask if I could talk to him, that he
5  needed a friendly voice. It's been a year since his
6  brother passed."
7    Q   So he called you back and you had a
8  discussion and he was looking for a friendly voice
9  and he called you. How long did you chat for, if
10 you remember?
11   A   Oh, I don't know.
12   Q   Let's turn three more pages, Bates 01599?
13   A   I'm sorry; what was it?
14   Q   Three more pages. January 16th in the
15 upper right-hand corner.
16   A   Okay.
17   Q   You recognize your handwriting?
18   A   Yes.
19   Q   On the third column of January 16th, what
20 does it say, "12, call Dean"?
21   A   "Call Dean and ask the date he's going
22 away."
23   Q   Was this something you were socializing
24 with him and just checking on him to see where he

Page 405

1  was going?
2      A   I was just calling to see what date he was
3  going away, that's what I wrote.
4      Q   Do you remember where he was going?
5      A   No.
6      Q   The next two pages, 01612, 01621, is that
7  your handwriting or someone else's handwriting? The
8  last two pages.
9      A   These are my husband's.
10     Q   This is not yours?
11     A   No.
12     Q   Thank you. I'm going to show you some
13 additional notes which were previously marked as a
14 group in Brian Kennedy's deposition of January 8th,
15 2007, as Exhibit 4. I'll give you a copy here and
16 put another label here as an exhibit underneath.
17         (Whereupon the Stenographer marked as
18         Exhibit No. 7 - Handwritten Notes.)
19     Q   Showing you what's now been marked as
20 Exhibit 7. Let's take this out of the way for a
21 second.
22     A   Thank you.
23     Q   Showing you Exhibit 7, do you recognize
24 the first page as your handwriting?

Page 406

1      A   Yes.
2      Q   This is your Bates No. 00278. Do you
3  remember when you wrote this?
4      A   No.
5      Q   Okay. It says if I'm reading this right,
6  "Brian's leg broke. Ticket from Tsoukalas." Did
7  this allegedly happen at the same time?
8      A   No. That doesn't mean that.
9      Q   Is this just random notes that you wrote
10 down?
11     A   Yes.
12     Q   At the bottom portion of this first page
13 of Exhibit 7 it looks to be 911, or is that a date;
14 do you know? What does that refer to?
15     A   The 911 probably this is the night of the
16 ramps. Just me calling 9-1-1.
17     Q   I'm sorry; what?
18     A   The night they set my sons' ramps on fire
19 the night of my son's birthday.
20     Q   And you wrote "Billy heard them" --
21     A   -- "heard them in front of Spencer's";
22 that's what I told you earlier.
23     Q   "The cop told him pick him up at the club.
24 Billy followed him in his car and seen the cop car

Page 407

1  pull into the gun club"?
2      A   Correct.
3      Q   Which cop do you say Billy heard pick him
4  up at the club?
5      A   I don't know which cops they are. I don't
6  think he knows.
7      Q   It says, "Billy followed him." In his car
8  or was Billy following him in a car or on foot?
9      A   I don't remember exactly if he followed
10 him, if he ran down the tracks or if he followed
11 them, like, in his car because he did have a car and
12 he was on foot that night; he was doing both.
13     Q   Let's turn to the next page of this
14 exhibit, your Bates 00279. In the middle it looks
15 to be "BK, Jr." -- is that Brian Kennedy, Jr.? --
16 "has had over 20 detentions in one school year
17 because I tried messing with her husband's job." Am
18 I reading that right?
19     A   Yes.
20     Q   What does that mean?
21     A   Let me read it. I just read it. Maybe I
22 messed up. I know what this is about, though. I
23 could have messed up the last couple words.
24     Q   You wrote this, tell me what this means.

Page 408

1      A   Well, my son Brian had never gotten a
2  detention ever at this point, and he had came home
3  and he told me that this lady was being mean to him
4  and giving him detentions for no reason. And when I
5  learned of her name I asked if it was Lieutenant
6  Connors' daughter, and I asked, I think, Billy and
7  he said, Yeah, he had a daughter and whatnot, and I
8  think I called Miss Lakin and she said, Yes, her
9  father's a cop. And I arranged a meeting
10 immediately and at that meeting I just let it all
11 out in front of all the teachers. They all agreed
12 that Brian don't get detentions and never had so the
13 principal and the teachers thought it was best to
14 remove him immediately out of her class because of
15 what was going on between her father and the
16 Billerica police and Brian's family. So --
17     Q   "I tried messing with husband's job," what
18 does that mean?
19     A   I could have mixed it up because I later
20 ran into her dad, Lieutenant Connors, and he yelled
21 at me for trying to mess with her job. So I don't
22 know. Maybe I just wrote it wrong or something. I
23 can't even understand it.
24     Q   Next page in this exhibit, 00282, your

Page 409

1  Bates number, I'm asking you to look at it. Next
2  page, please.
3      A   What, the next page?
4      Q   Do you recognize your handwriting?
5      A   Yes.
6      Q   "All people we fight with were at one time
7  very good friends of ours"?
8      A   Not all but most.
9      Q   The people you were friends with you end
10  up getting into fights with?
11      A   Correct.
12      Q   The next page is 00302. Now, is this
13  Brian's handwriting?
14      A   I believe so, yes.
15      Q   It's not yours?
16      A   No.
17      Q   So this isn't your handwriting?
18      A   No, it's definitely not mine.
19      Q   Turn to 00433. Do you recognize that?
20      A   Yes.
21      Q   This had to do with your confrontation on
22  the first page with Lieutenant Connors' daughter; is
23  that right?
24      A   This is 00433?

Page 410

1      Q   Yeah.
2      A   Yes.
3      Q   Can I flip over to the last page of this
4  statement, 00435, Page 3, you signed it and dated it
5  January 2, 2002. In the first paragraph of this
6  last page you wrote, "Beat my husband, four
7  officers, several neighbors witnessed this.
8  Repeatedly kicked him in the head." Do you see
9  that?
10      A   Yes.
11      Q   Who were the neighbors that witnessed
12  that?
13      A   Michelle Landino.
14      Q   Could you spell that?
15      A   Well, actually, she has, like, another
16  name but Landino, L-A-N-D-I-N-O.
17      Q   Where does she live?
18      A   She moved. She did live in the trailer
19  park right there.
20      Q   Where does she live now?
21      A   I don't know her new address.
22      Q   Who else?
23      A   David Hawkes seen it.
24      Q   David Hawkes is a friend of yours?

Page 411

1      A   He was.
2      Q   Where is he now?
3      A   He's around.
4      Q   Still in Billerica?
5      A   He moved to Tewksbury.
6      Q   Are you no longer on good terms with him?
7      A   No.
8      Q   How come?
9      A   Well, I was really good friends with him
10  and he witnessed the police arresting Brian and they
11  turned him against us.
12      Q   Okay. Who else?
13      A   Who else seen Brian get beat? Tommy
14  Fiolkowski.
15      Q   Could you spell it?
16      A   F-I-O-L-K-O-W-S-K-I.
17      Q   He's a Billerica person?
18      A   Yeah. And Joe -- I don't remember his
19  last name.
20      Q   And is Tommy Fiolkoswski a friend of
21  yours?
22      A   Yes.
23      Q   He's still around Billerica?
24      A   Yes.

Page 412

1      Q   And Joe, last name unknown?
2      A   Right.
3      Q   Anyone else?
4      A   I'm not sure exactly who else might have
5  seen. There might have been one or two more people.
6  That's all I can remember right now.
7      Q   And Bates 00496, again, your handwriting?
8      A   Yes.
9      Q   This looks to be a list of videos or of
10  tapes?
11      A   Yes.
12      Q   And in the middle it says, "Tapes of Robin
13  Reslow leaving messages on answering machine
14  pretending she was me."
15      A   Right.
16      Q   When did you have a copy of that tape?
17      A   In '91 I got it.
18      Q   And how did you get it?
19      A   A friend of mine, Shannon.
20      Q   Who?
21      A   Antil.
22      Q   Can you spell that for us?
23      A   I don't know how to spell it.
24      Q   Where does Shannon Antil live?

Page 413

1    A   She lived in Dracut -- I mean, Lowell.  I
2  don't know where she lives now.
3    Q   Why did Shannon Antil give you a copy of
4  Robin Reslow's --
5    A   Because Robin Reslow thought we were
6  enemies and she was calling Shannon Antil pretending
7  she was me so Shannon came over and gave me the
8  tape.
9    Q   In 1991 Robin is leaving messages on
10  Shannon's answering service pretending she is you?
11    A   Yes.
12    Q   Can you recall what the content of the
13  message was?
14    A   It says, "Shannon, stay away from my Brian
15  and I'm not kidding;" that's exactly what it says.
16    Q   How many messages did she leave with
17  Shannon?
18    A   I guess a few.  I heard one.
19    Q   How do you know it was Robin Reslow?
20    A   Because I know Robin Reslow's voice.
21    Q   What was the relationship between Robin
22  Reslow and Shannon?
23    A   Nothing.
24    Q   They didn't know each other?

Page 414

1    A   They knew each other but they didn't like
2  each other.
3    Q   Why didn't they like each other?
4    A   Over -- Shannon was down there when Frank
5  Mackenzie and Steve Elmore came down and they said
6  Michelle and Shannon were down there acting up.
7  They put Shannon's name out there too, Robin did, so
8  she didn't like her either.
9    Q   Let me ask you to flip a few pages back,
10  No. 01260, and a few pages back.  Do you see that?
11    A   01029?
12    Q   01620.  Is it your handwriting?
13    A   No.
14    Q   Whose handwriting is this?
15    A   My husband's.
16    Q   It is your husband's handwriting?
17    A   I believe so.
18    Q   Looks like Saturday August 24th, 1991,
19  "Called police station at 150.  No warrant for
20  Reslow."  What, if you know, was going on with
21  Reslow on August 24, 1991?
22    A   I don't know.
23    Q   I think you said that, if I'm not
24  mistaken, that Reslow and your husband had cross

Page 415

1  A&Bs on each other?
2    A   No.
3    Q   No?  There was a case against Brian filed
4  by Reslow against your husband?
5    A   Exactly.
6    Q   I said that wrong.  I phrased it
7  improperly.  There was a complaint filed by Robin
8  Reslow against your husband, Brian?
9    A   No.
10    Q   Tell me what your memory is.
11    A   Well, they jumped my husband, a couple
12  kids, Reslow and Taker, Teddy Taker, and my husband
13  tried to get a complaint but they denied it and the
14  police took one out on him and made him go to court.
15  Maybe he was calling to ask what was going on on it
16  because the police at the gas station where the guy
17  that worked at the gas station told the police they
18  jumped Brian and he thought he had a chance of
19  getting a complaint.
20    Q   Robin Reslow and this guy Taker jumped
21  Brian?
22    A   Richie Reslow.
23    Q   Different Reslow?
24    A   Her brother.

Page 416

1    Q   Her brother.
2    A   And Teddy Taker and two other kids; there
3  was four of them.
4    Q   Why did they jump Brian Kennedy?
5    A   Because Robin told them that he kicked
6  her.
7    Q   Let's turn to the next page, 01274; do you
8  see that?
9    A   Yes.
10    Q   September 22, 1991, is it your
11  handwriting?
12    A   Yes.
13    Q   At the bottom, "3 a.m. Brian's truck
14  caught" -- crossed out -- "was set on fire."  That's
15  your handwriting?
16    A   Yes.
17    Q   Next page, Bates No. 01276, looks like
18  September 26, 1991:  "Robin Reslow and Chrissy
19  Stickney drove by during the day."
20    A   Yes.
21    Q   This is when you were having the fight
22  with Robin Reslow?
23    A   Yes.
24    Q   What was the significance of Robin Reslow

Page 417

1  driving by on --
2      A   I just wrote it down because, you know,
3  just to have on my notes because she would probably
4  tell them something occurred, or whatever.
5      Q   You were concerned then -- when you saw
6  Robin Reslow drive by your house you were concerned?
7      A   I was concerned she would lie and say I
8  did something to her.
9      Q   The next one is your Bates 01281, Monday,
10 October 7th, 1991. Maybe you could help me read
11 this. Is it your handwriting here?
12     A   Yes.
13     Q   Call chief about what?
14     A   "Called chief about Skizili doing nothing
15 about Robin calling Shannon."
16     Q   Who is that?
17     A   Well, Skizili is a Billerica cop, and I
18 probably made a complaint to him.
19     Q   What was it in 1991 about Robin calling
20 Shannon?
21     A   She was calling and saying it was me
22 trying to get me fighting with her.
23     Q   Looks like, "missing complaint on Robin
24 Reslow" below?

Page 418

1      A   Yeah.
2      Q   What was that?
3      A   They probably said they didn't have a
4  complaint on it.
5      Q   On the calls?
6      A   I don't know on what complaint. That, I
7  can't answer. Obviously my husband or one of us had
8  called and they said we don't have the complaint and
9  we wrote it, "missing complaint."
10     Q   The next Bates No. 01288, October 22,
11 1991, looks like, "Trial for Reslow"?
12     A   Yep.
13     Q   What was that trial about?
14     A   Probably my husband going to trial.
15     Q   This is your handwriting; right?
16     A   I don't know about that. No. It looks
17 like "Reslow" is mine but not the "trial." It could
18 be.
19     Q   Tell me your memory about this particular
20 trial for Reslow was.
21     A   Probably my husband supposedly kicking
22 her. That's the only time I can remember him going
23 to trial for her.
24     Q   Let's turn over a few pages more, looks

Page 419

1  like this is Bates 01407. Do you see that? Starts
2  with "EZ" in upper left-hand corner?
3      A   I'm sorry; what? Where? "EZ"?
4      Q   "EZ."
5      A   All right; yep.
6      Q   Tell me what the notes up here mean. I
7  can't read your handwriting.
8      A   Where it says "EZ"?
9      Q   Looks like, "Call a lawyer about Brian's
10 hand and arm. Lexus, Wal-Mart, my finger. "What
11 happened at Wal-Mart with your finger?
12     A   Nothing ever happened at Wal-Mart with my
13 finger.
14     Q   What was the part about the Lexus and
15 Wal-Mart?
16     A   Do you know what year this was?
17     Q   I believe it's 2002.
18     A   Well, "EZ" is probably the storage place.
19 And I don't know about -- the only thing I can think
20 of Brian's hand and arm is my son. Broke his hand
21 and arm skateboarding I wouldn't be calling the
22 lawyer about this. Sometimes I make notes real
23 short. Maybe call lawyer about the EZ thing and
24 then Brian's hand and arm got broke over

Page 420

1  skateboarding, so...
2      Q   How about "Lexus, Wal-Mart, my finger"?
3      A   Probably call Lexus. I probably had to
4  call the Lexus place to get the car fixed or whatnot
5  and probably had to call Wal-Mart or the vision
6  center or something for some reason; pictures.
7      Q   "My finger"?
8      A   I don't know.
9      Q   At the same point you were being evicted
10 from the trailer park?
11     A   I never got evicted from the trailer park.
12     Q   "Court for eviction," what was that?
13     A   I got late on my park rent and I was going
14 for an eviction but I ended up paying it.
15     Q   Looks like you had to go to court for a
16 couple times about late rent. The next two pages,
17 01411 and 01421, you had to go to court several
18 times to prevent you from being evicted?
19     A   Yes.
20     Q   As well as the next one, 01423,
21 August 12th?
22     A   Correct.
23     Q   Looks like on Bates 01448, Thursday the
24 7th, "Call Dean." See that? What was that about,

Page 421

1 the call to Dean Royston on that date?
2    A   Let's see. Can I read it for a minute?
3    Q   Sure. Absolutely.
4    A   I called Dean to ask about Mark, which I
5 believe is Mark Tsoukalas. When he had put his hand
6 on my son Brian, I had had enough and I wanted to go
7 to the court and see if something could be done
8 about it but I didn't want him to lie and say my son
9 did something because that's what they always did to
10 us. If they would do something to us and I tried to
11 defend myself we would have these crazy charges
12 against us. I was confused and I called Dean and
13 said if I go to the court and try to put a complaint
14 for putting his hands on my son and running him off
15 the road, do you think he's going to lie and say my
16 son did something, and say my son did something, and
17 have my son go through court like we had to go
18 through.
19    Q   You had Dean's home number and cell
20 number?
21    A   Yes, I did.
22    Q   He had yours as well?
23    A   Yes.
24    Q   Who is Chrissy Stickney, you mentioned was

Page 422

1 with Robin Reslow when she drove by your address?
2    A   Who is she? She's just a girl from town.
3    Q   Is she a friend of yours as well?
4    A   I see her when I see her. We talk but I
5 don't call her.
6    Q   Does she have animosity towards you?
7    A   Not really. Not no more.
8    Q   At one time there was?
9    A   Yeah.
10    Q   What was that about?
11    A   Robin is her cousin.
12    Q   Robin is her cousin.
13    A   Yes.
14    Q   What happened then? Because you and Robin
15 were going at it, she got involved?
16    A   Exactly.
17    Q   In terms of the case -- in one of the
18 cases involving a Jared Connor, do you remember
19 Jared Connor? He allegedly assaulted your husband,
20 Brian, with a knife.
21    A   Oh, at Demoulas. I wasn't familiar with
22 his name. I remember that.
23    Q   You were present?
24    A   Yes, I was.

Page 423

1    Q   That case was scheduled for trial; do you
2 remember that?
3    A   Scheduled for trial? No, we never got a
4 hearing on that.
5    Q   The DA's office issued you, summonsed you;
6 you never appeared for trial. Do you remember that?
7    A   No. If we did we would have went. We
8 actually looked -- the cop, MacDonald, called and
9 said he spoke with the supervisor and if it was up
10 to him he'd arrest him immediately for taking out a
11 knife on my husband. After speaking with the
12 manager and whatnot at Demoulas as, because we're
13 the Kennedys and the sergeant didn't like us,
14 therefore, he won't give us a hearing, and that was
15 the end of it.
16    Q   They issued a complaint against him and
17 you never showed up as a witness.
18    A   We never got it or we would have been
19 there.
20    Q   They issued you a summons on May 2nd,
21 2001.
22    A   Never got it.
23    Q   They were waiting for your testimony on
24 May 16th, 2001.

Page 424

1    A   Never heard of it until just now, today.
2    Q   Because of that they couldn't proceed with
3 the case because you didn't show up.
4    A   Was there a report ever filed on this?
5    Q   Just read it.
6    A   Yeah.
7    Q   Do you know a person named Tommy Stokes?
8    A   Yes, I do.
9    Q   Is he a friend of yours?
10    A   Friend of the family's.
11    Q   When was the last time you saw him?
12    A   Several months ago.
13    Q   How about Michael Muldoon?
14    A   Michael Muldoon, I don't know that name.
15    Q   Not a friend of yours?
16    A   No.
17    Q   Did you ever tell anyone to lie for you on
18 this case, for you and Brian?
19    A   No.
20    Q   Who, if anyone, has told you that there is
21 a conspiracy among the Billerica police officers
22 against you?
23    A   I don't understand the question.
24    Q   Has there been some individual police

Page 425

1  officer who has told you there is a conspiracy among
2  cops, they're out to get you, words to that effect?
3      A   You mean has anybody ever told us that the
4  police are out to get us?
5      Q   Besides you and Brian, your mother or
6  kids, has anyone in this sphere of witnesses that
7  we've discussed have told you the police are out to
8  get you?
9      A   Yes.
10     Q   Who's that?
11     A   Michelle Farrington.
12     Q   When did she tell you that?
13     A   She told me that a couple times.  She told
14 me it the day she was out front of my house I was
15 talking with her and Dean Royston and the supervisor
16 radioed saying that they couldn't talk to me.  She
17 told me that you should go to the high school and
18 listen to what they do on Friday nights drinking
19 beers down there, all they do is talk about us, plot
20 against us, and officers had told us before they
21 turned on us.
22     Q   When did she tell you this?
23     A   When did she?
24     Q   You said Michelle Farrington.

Page 426

1      A   She told me that the day that -- what I
2  just told you, the day we were out front of my house
3  and Dean had walked down from doing a detail and
4  Michelle pulled up and the park manager had called
5  and said they were down there talking to me and he
6  said he couldn't talk to us.  That was the day she
7  told us.  Another day she pulled up and was talking
8  to Brian and just checking out our dogs and was
9  telling Brian that we should hear what they talk
10 about at the high school on Friday nights when
11 they're drinking beer out there; all they do is plot
12 against us.  And Officer Coffey, before he turned on
13 us, he told us the same thing, that they hate us.
14 And Officer Devito, the weekend I got arrested like
15 three times in two days, he said that, you know,
16 they were all against us and, Come on, Brian, you
17 don't remember me?  I was good friends with your
18 brother Steven.  I'm not going to be like them.  It
19 was in Roger's Auto Parts when he said that, in the
20 parking lot, and, like, weeks later he just started
21 following us too.
22     Q   Now, I'd asked you a little earlier today
23 about your use of ecstasy, Vicodin.  Did you also
24 use OxyContin?

Page 427

1      A   Well, I guess that's what Percocet is,
2  oxycodone and hydrocodone, whatever; there is
3  different names for it.
4      Q   Did you tell people you took these drugs
5  because it made you feel beautiful?
6      A   No.  Sorry.  I don't mean to laugh.
7      Q   Did you ever smoke crack?
8      A   No.
9      Q   Did you tell people you smoke crack?
10     A   No.
11     Q   Did you ever ask Amy Baum if you could
12 purchase ecstasy off of her?
13     A   Amy Baum?
14     Q   Yeah.
15     A   No.
16     Q   When we were talking about Frank Mackenzie
17 and this firebombing I want to say happened in
18 September 1991, did you tell Tracy Heffernan back
19 then that you said Mackenzie out of North Billerica
20 because he was interfering with your drug operation?
21     A   No.
22     Q   When Brian Kennedy went up to New
23 Hampshire and allegedly broke his leg, was he
24 involved in a drug deal in New Hampshire?

Page 428

1      A   Absolutely not.
2      Q   Were you present at any postponement in
3  New Hampshire?
4      A   No.
5          MR. SILVERFINE:  Give me one second.  (Off
6  the record at 4:26 p.m.
7          MR. SILVERFINE:  On the record.  Mrs.
8  Kennedy, I'm continuing the deposition, as I
9  indicated this morning to your counsel, and I'm
10 reserving some additional time so I can ask you
11 relevant pertinent questions as to this
12 lawsuit, and I'll have to file a motion to
13 compel testimony in those areas.  So I'm
14 continuing it based on what Mr. Gilgun and I
15 discussed earlier, we're not closing out this
16 deposition today.
17         THE WITNESS:  Thank you.
18         MR. GILGUN:  Let the record reflect what
19 time it is, 4:30, mindful of the time
20 limitations imposed by the court on Miss
21 Kennedy's further depositions.  And at this
22 point here, plaintiff's counsel takes a
23 position that there is no reason to suspend the
24 deposition unless the court orders the records

Page 429

1　that Miss Kennedy is objecting to being
2　produced, and then we'll defer to the court's
3　decision on whether or not defense is entitled
4　to further time in depositions.
5　　MR. SILVERFINE: Again, for the record, I
6　haven't used up my full allotment of time.
7　　MR. GILGUN: We're here, we're ready.
8　　MR. SILVERFINE: Let me finish. You're
9　refusing to answer questions directly relevant
10　to this case and your claims in this case as
11　they relate to Habit Management facility and
12　any questions relative thereof, which is a
13　whole slew of questions. I'm reserving
14　respectively on that area.
15　　MR. GILGUN: And just to that area.
16　　MR. SILVERFINE: If there is a question I
17　ask that is relevant and subsidiary to that
18　area I'm not going to limit myself to that. On
19　all these questions you get a different answer.
20　That would be the particular area I was
21　intending to go into.
22　　MR. GILGUN: The reason -- you already
23　stated on the record the reason you're
24　suspended is because you haven't received those

Page 430

1　records.
2　　MR. SILVERFINE: I haven't received any of
3　those records.
4　　MR. GILGUN: And I understand your
5　reservation of rights there. All I'm
6　suggesting is we are here for -- to continue
7　with the deposition if there are other issues
8　that you want to pursue.
9　　MR. SILVERFINE: I understand that you
10　were going to produce all records; you haven't
11　produced any privilege logs, any records that's
12　in direct contrary to the spirit of the
13　agreement and court order.
14　　MR. GILGUN: How do you suggest it's
15　contrary to the spirit of the agreement?
16　　MR. SILVERFINE: When we discussed this
17　back in the summer, as a courtesy to you guys
18　you said you would get the records and if there
19　is an objection you would let us know. Other
20　than you telling me we're not answering it, I
21　have no -- I have nothing. There is no records
22　produced other than we don't feel like
23　producing it. So with all due respect, I
24　believe you're beyond the scope of the spirit

Page 431

1　in which, we'll let you know what the basis of
2　not answering the questions are.
3　　MR. GILGUN: I've indicated the basis of
4　the objection to speaking about or producing
5　the record it's already on the record and it is
6　perfectly consistent with the agreement that we
7　would get the records and have our clients
8　review them. If the client objected to them we
9　would notify them of this and pursue any remedy
10　you wanted to through the court and that's the
11　position we're at right now.
12　　MR. SILVERFINE: I'm trying to avoid
13　having an extra cost and wasting the court's
14　time. I think as counsel you have a bigger
15　right than your client's flat-out refusal to
16　answer questions to assert something relevant
17　to this case you're claiming directly relates
18　to your allegations, and I think that's a
19　little bit off here.
20　　MR. GILGUN: I can't say I understand that
21　but -- you're supposed to be clear.
22　　MR. SILVERFINE: I think you do. Just by
23　the fact your client refuses to answer doesn't
24　make any of that accurate. You have a duty to

Page 432

1　review the records and say, no, I'm afraid
2　you're going to have to answer that because
3　you're alleging this. Now you're saying she
4　doesn't feel like answering it, so she's not
5　answering it.
6　　MR. GILGUN: I'm telling you that what we
7　did is consistent with the spirit of the
8　agreement. We got the records, we had our
9　clients review them. The clients objected to
10　produce them. Pursuant to the agreement we
11　decided you have the right to seek remedies
12　through the courts. If the court so order that
13　they be produced, we will live with the court's
14　order or the sanctions imposed.
15　　MR. SILVERFINE: All right. I'm trying to
16　avoid wasting the court's time, wasting money
17　to file a motion to be heard to get her to be
18　compelled since we're here; have to come back
19　another day with the stenographer and waste the
20　court time. I was just trying to get to there
21　but I can't do that without any records.
22　　(Whereupon the deposition of Michelle Kennedy
23　was suspended at 4:32 p.m.)
24

Page 433

ERRATA

Date of Deposition: February 9, 2007
Case Name: Kennedy v. Town of Billerica, et al.
Deponent's Name: Michelle Kennedy

I, the undersigned, do hereby certify that I have read the foregoing deposition transcript and that to the best of my knowledge, said deposition transcript is true and accurate (with the exceptions of the following changes listed below):

_____
MICHELLE KENNEDY

Dated_____

Page No.___ Line No.___ Correction_____
Page No.___ Line No.___ Correction_____
Page No.___ Line No.___ Correction_____
Page No.___ Line No.___ Correction_____
Page No.___ Line No.___ Correction_____
Page No.___ Line No.___ Correction_____
Page No.___ Line No.___ Correction_____
Page No.___ Line No.___ Correction_____
Page No.___ Line No.___ Correction_____
Page No.___ Line No.___ Correction_____

Page 434

Commonwealth of Massachusetts
I, June N. Poirier, Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that there came before me on the 9th day of February, 2007, the deponent herein, who was duly sworn by me; that the ensuing examination upon oath of the said deponent was reported stenographically by me and transcribed into typewritten form under my direction and control; and that the within transcript is a true record of the questions asked and the answers given at said deposition, to the best of my knowledge, skill and ability.

I FURTHER CERTIFY that I am neither attorney nor counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken; and, further, that I am not a relative or employee of any attorney or financially interested in the outcome of the action.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my seal of office this _____ day of _____, 2007.



_____
June N. Poirier, Notary Public
Commonwealth of Massachusetts
My Commission Expires:
June 23, 2011