UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., MITCHELL KENNEDY AND DYLAN KENNEDY<br>            Plaintiffs | )<br>)<br>)<br>)<br>)<br>) |
| VS. | )<br>) |
| TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE,<br>            Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

      NOW COMES counsel for the Defendants in the above-captioned matter and certifies that they have conferred with Andrew Fischer and Fred Gilgun, counsel for the plaintiffs, on the record at the depositions of Michelle Kennedy on February 9, 2007, and Brian Kennedy on January 8, 2007, as well as outside of the depositions regarding Defendants' Motion To Compel Further Depositions of Michelle and Brian Kennedy And For Order To Produce Records And For Costs and Sanctions.

Respectfully submitted,

\_\_/s/ Jeremy I.Silverfine_____
Jeremy Silverfine, BBO# 542779
Leonard H. Kesten, BBO #542042
**BRODY, HARDOON, PERKINS & KESTEN, LLP**
One Exeter Plaza, 12th Floor
Boston, MA  02116
(617) 880-7100

Date: March 5, 2007