UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, JR., )
MITCHELL KENNEDY AND DYLAN KENNEDY )
                 Plaintiffs )
VS. )
 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                 Defendants

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' PRETRIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(3)**

Now come the Defendants in the above-referenced matter and hereby oppose the following disclosures made by the Plaintiffs pursuant to Fed. R.Civ.P. 26(a)(3).

II. **Identification of Trial Exhibits**

   A. **Documents and Exhibits Plaintiffs Expect to Offer:**

Exhibit No.:

    4. <u>Photographs of Michelle Kennedy</u>. Objection. Photographs have not been identified by the Plaintiff with any specificity. It is unclear as to which photographs Plaintiff is referring to.

    5. <u>Photographs of Brian Kennedy, Jr., Mitchell Kennedy and Dylan</u>

<u>Kennedy</u>.  Same objection as identified in No. 4 hereinabove.

7.  <u>Lowell District Court Docket Sheet for Docket No. 9111CR6053A</u>. This document appears not to have been produced by Plaintiffs in discovery and therefore the Defendants do not know what this document relates to.

8.  <u>Lowell District Court Docket Sheet for Docket No. JR91611019A</u>. Same objection as described in No. 7 hereinabove.

12.  <u>Lowell District Court Docket Sheet for Docket No. 9111CR6591A.</u> Same objection as described in No. 7 hereinabove.

19.  <u>Lowell District Court Docket Sheet for Docket No.9311CR4785A.</u> Same objection as described in No. 7 hereinabove.

20.  <u>Lowell District Court Docket Sheet for Docket No.9311CR4635A-C.</u> Same objection as described in No. 7 hereinabove.

28.  <u>Various citations issued to Brian Kennedy between 9/4/91 and 10/18/96</u>.  As referenced by the Plaintiffs as Defendants' Bates No. 181-190, these are citations reports and not actual citations.

32.  <u>Lowell District Court Docket Sheet for Docket No.9311CR5268A.</u> Same objection as described in No. 7 hereinabove.

33.  <u>Lowell District Court Docket Sheet for Docket No. JR936110216A.</u> Same objection as described in No. 7 hereinabove.

34.  <u>Lowell District Court Docket Sheet for Docket No. 9311CR4406A.</u> Same objection as described in No. 7 hereinabove.

35.  <u>Lowell District Court Docket Sheet for Docket No. 9311CR7795A.</u> Same objection as described in No. 7 hereinabove.

36.  <u>Lowell District Court Docket Sheet for Docket No. 9311CR9226A.</u> Same objection as described in No. 7 hereinabove.

37. <u>Lowell District Court Docket Sheet for Docket No. 9311CR9778A.</u> Same objection as described in No. 7 hereinabove.

38. <u>Lowell District Court Docket Sheet for Docket No. 9411CR494B.</u> Same objection as described in No. 7 hereinabove.

39. <u>Lowell District Court Docket Sheet for Docket No. 9511CR5091A.</u> Same objection as described in No. 7 hereinabove.

40. <u>Lowell District Court Docket Sheet for Docket No. 9511CR5092A-B.</u> Same objection as described in No. 7 hereinabove.

45. <u>Witness Statement dated 7/22/97 – Daniel Dufault</u>. This has been identified as Plaintiffs' Bates Number 571, which Defendants' copy relates to somebody other than "Daniel Dufault."

53. <u>Lowell District Court Docket Sheet for Docket No. 9711CR6007A-B.</u> Same objection as described in No. 7 hereinabove.

54. <u>Lowell District Court Docket Sheet for Docket No. 9711CR8186A-B.</u> Same objection as described in No. 7 hereinabove.

61. <u>Lowell District Court Docket Sheet for Docket No. 9711CR5876A-B.</u> Same objection as described in No. 7 hereinabove.

62. <u>Citation No. 81551110 dated 10/14/97</u>. The Defendants' bates number referenced is a citation report, not a citation.

63. <u>Citation No. 01551111 dated 10/15/97.</u> The Defendants' bates number referenced is a citation report, not a citation.

67. <u>Citation No. 1551  2 dated 1/1/98 issued to Brian Kennedy.</u> The Defendants' bates number referenced is a citation report, not a citation.

70. <u>Lowell District Court Docket Sheet for Docket No. 9811CR1174A-B.</u> Same objection as described in No. 7 hereinabove.

71.  <u>Lowell District Court Docket Sheet for Docket No. 9811CR1173A-B.</u> Same objection as described in No. 7 hereinabove.

72.  <u>Lowell District Court Docket Sheet for Docket No. 9811CR1138A.</u> Same objection as described in No. 7 hereinabove.

73.  <u>Lowell District Court Docket Sheet for Docket No. 9911CR7919A.</u> Same objection as described in No. 7 hereinabove.

74.  <u>Lowell District Court Docket Sheet for Docket No. 9911CR7920A.</u> Same objection as described in No. 7 hereinabove.

75.  <u>Lowell District Court Docket Sheet for Docket No. 0011CR689A.</u> Same objection as described in No. 7 hereinabove.

76.  <u>Lowell District Court Docket Sheet for Docket No. 0011CR691A.</u> Same objection as described in No. 7 hereinabove.

78.  <u>Lowell District Court Docket Sheet for Docket No. 0011CR0970A-B.</u> Same objection as described in No. 7 hereinabove.

91.  <u>Lowell District Court Docket Sheet for Docket No. 0011CR7911.</u> Same objection as described in No. 7 hereinabove.

92.  <u>Lowell District Court Docket Sheet for Docket No. 0011CR7889A-D.</u> Same objection as described in No. 7 hereinabove.

93.  <u>Lowell District Court Docket Sheet for Docket No. 0011CR7893A-D.</u> Same objection as described in No. 7 hereinabove.

94.  <u>Middlesex Superior Court Docket Sheet for Docket No. 2002151001-5.</u> Same objection as described in No. 7 hereinabove.

99.  <u>2 Photographs Brian Kennedy's pillow taken on 11/9/01.</u>  It is not clear which photographs Plaintiffs are referring to.

100. <u>Photograph of one of the windows to the Kennedys' trailer that was broken police.</u>  It is not clear which photographs Plaintiffs are referring to.

102. <u>Medical Records relating to treatment of Brian Kennedy at Saints Memorial Hospital on 11/17/01.</u>  The Bates Numbers referred to in Plaintiffs' exhibit No. 102 (i.e  P984-988) refer to a July 1992 calendar.

110. <u>Citation No. K2016714 dated 6/8/02.</u> The Defendants' bates number referenced is a citation report, not a citation.

111. <u>Medical Record—Saints Memorial Hospital dated 6/8/02.</u> It is not clear which medical record the Plaintiffs are referring to.

112. <u>Lowell District Court Criminal Complaint Docket No. 0211CR005517.</u>  Same objection as described in No. 7 hereinabove.

113. <u>Lowell District Court Docket Sheet for Docket No. 0211CR005517.</u> Same objection as described in No. 7 hereinabove.

116. <u>Lowell District Court Docket Sheet for Docket No. 0311CR1514A-B.</u> Same objection as described in No. 7 hereinabove.

117. <u>Lowell District Court Docket Sheet for Docket No. 0311CR7463.</u> Same objection as described in No. 7 hereinabove.

120. <u>Photograph of Mitchell Kennedy taken in 2004.</u>  It is not clear as to which photographs the Plaintiffs are referring to.

123. <u>Fee Agreement letter from Attorney Mixon to Michelle and Brian Kennedy dated November 27, 2004.</u>  No Fee Agreement has been produced to the Defendants.

124. <u>Lowell District Court Docket Sheet relating to arrest of Mitchell Kennedy 2/20/04.</u>   Same objection as described in No. 7 hereinabove.

125. <u>Lowell District Court Docket Sheet for Docket No. 0411CR4243A.</u> Same objection as described in No. 7 hereinabove.

126. <u>Lowell District Court Docket Sheet for Docket No. 0411CR5114A.</u> Same objection as described in No. 7 hereinabove.

127. <u>Videotapes of defendants.</u> It is not clear as to which videotapes Plaintiffs are referring to.

134. <u>Medical Records and Bills relating to treatment of Brian Kennedy at Lahey Clinic from 6/19/03 – 12/10/03</u>. No Bates Numbers are identified, therefore the Defendants do not know which records the Plaintiffs are referring to.

137. <u>Calendars, Diaries and Appointment books of Michelle Kennedy.</u> No Bates Numbers are identified, therefore it is not clear which calendars, diaries, appointment books Plaintiffs are referring to.

**B.     Documents and Exhibits Plaintiffs May Offer**

2. <u>Tewksbury Fire Dept. Fire Incident Report dated 9/23/91.</u> There are no Bates Numbers identified by the Plaintiffs and therefore the Defendants do not know which report the Plaintiffs are referring to.

> Respectfully submitted,
> DEFENDANTS,
> By their attorneys,
>
> /s/ Jeremy Silverfine
> Jeremy I. Silverfine, BBO No. 542779
> Leonard H. Kesten, BBO No. 542042
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

Dated: March 6, 2007

Case 1:04-cv-12357-PBS   Document 187   Filed 03/06/2007   Page 7 of 7