# United States District Court
# District of Massachusetts

BRIAN KENNEDY, ET AL.,
     Plaintiffs,

     V.                 CIVIL ACTION NO. 2004-12357-PBS

TOWN OF BILLERICA, ET AL.,
     Defendants.

## *ORDER COMPELLING*
## *JOHN GALLINARO TO APPEAR FOR*
## *THE TAKING OF HIS DEPOSITION (#167)*

COLLINGS, U.S.M.J.

     JOHN GALLINARO is ORDERED to appear at the Law Offices of Jason and Fischer, 47 Winter Street, Boston, Massachusetts on **Friday, March 16, 2007 at 10:30 A.M.** for the purpose of the taking of his deposition in the above-styled case.

     Counsel for the plaintiffs shall arrange for service of the within Order upon John Gallinaro.

     Failure of John Gallinaro to appear as ordered and to give deposition

testimony after having been served with a copy of the within Order shall result in a prosecution for contempt of court and the issuance of an order for his arrest.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

March 9, 2007.