March 16, 2007

The Honorable Patti B. Saris
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: <u>Kennedy v. Town of Billerica</u>
    C.A. 04-CV-12357-PBS

Dear Judge Saris:

  Yesterday afternoon, I received a settlement demand from Attorney Fischer. Due to the fact that the settlement demand did not include the proposals that Mr. Fischer made in open court, the demand actually forwarded to us does not form a basis to commence negotiations, thus it was rejected.

  I look forward to seeing you at trial.

            Very truly yours,

            BRODY, HARDOON, PERKINS & KESTEN, LLP


            Leonard H. Kesten

LHK:dac