## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

_____ )
BRIAN KENNEDY, ET AL., ,                       )
   Plaintiffs,                                       )
                                   )
v.                                                              )          Civil Action No. 04-12357-PBS
                                   )
TOWN OF BILLERICA, ET AL.,            )
   Defendants.                                    )
_____ )

### MOTION TO QUASH SUBPOENA

Now comes the District Attorney's Office (DAO) for Middlesex County of the

Commonwealth of Massachusetts and hereby requests, through counsel, that this Court,

pursuant to Fed. R. Civ. P. 45(c)(3)(A), quash the subpoena served on the DAO's keeper of

the records on March 16, 2007, by the plaintiffs in the above-captioned case.   The

subpoena commands the DAO's keeper of the records to appear in federal court on

Monday, March 19, 2007, and to produce and permit inspection and copying of the

"complete files of all prosecutions of Brian Kennedy, Michelle Kennedy, Brian D.

Kennedy, Jr., Mitchell Kennedy and Dylan Kennedy between 1991 and 2004."

It is the DA's position that the subpoena is unreasonable, oppressive, unduly

burdensome and expensive.  Searching for records from a sixteen year period of time in the

district and/or superior courts of Middlesex County is a enormous, time-consuming task

that will take many staff hours, assuming that these files still exist and can be located.  No

specific information or document is requested.  The subpoena is apparently designed as a

fishing expedition by which plaintiffs' attorney may pore through the DA's investigatory

and prosecutorial files searching for information.  Most importantly, these documents and

2

files likely contain investigatory materials, grand jury transcripts, the deliberations or

mental processes of the District Attorney and his staff, and confidential criminal offender

record information.  The DAO vigorously protects such privileged information.

The subpoena was served on the eve of trial after the discovery period had ended in

connection with litigation that commenced in November, 2004.  Obviously, the plaintiffs

had more than sufficient time to request these documents from the DA's office during the

past two and one-half years.

For the foregoing reasons, the Middlesex District Attorney's office respectfully

requests that the subpoena be quashed.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing system
will be sent electronically to the registered participants as identified on the Notice of
Electronic Filing and paper copies will be sent to those indicated as non-registered
participants on the date set forth below.

Dated: March 16, 2007                    /s/ Annette C. Benedetto
                                          Annette C. Benedetto