UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRIAN KENNEDY, ET AL., ,  ) <br>   Plaintiffs,  ) <br> ) <br> v.  ) <br> ) <br> TOWN OF BILLERICA, ET AL.,  ) <br>   Defendants.  ) <br> ) | Civil Action No. 04-12357-PBS |

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1 (A) (2) , the undersigned attorney for the Middlesex County District Attorney's Office certifies that she has conferred with plaintiffs' counsel and attempted in good faith to resolve the issues presented by the subpoena to the keeper of the records for the Middlesex District Attorney's Office.

          Respectfully submitted,

          THOMAS F. REILLY
          ATTORNEY GENERAL

          /s/ Annette C. Benedetto
          Annette C. Benedetto
          Assistant Attorney General
          Criminal Bureau
          One Ashburton Place
          Boston, Massachusetts 02108
          (617) 727-2200
          BBO No. 037060

## CERTIFICATE OF SERVICE

2

      **I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.**

| | |
|---|---|
| **Dated: March 16, 2007** | **/s/ Annette C. Benedetto** |
| | **Annette C. Benedetto** |