UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**********************************************
BRIAN KENNEDY AND MICHELLE KENNEDY, *
Individually and as father and next friend of *
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR.. *
                                       *
         Plaintiffs                *
                                         *
v.                                         *    C. A. No. 04-CV-12357-PBS
                                         *
TOWN OF BILLERICA, et al           *
                                         *
         Defendants             *
**********************************************

## PLAINTIFFS' TRIAL BRIEF

### I. Introduction

       This is an action brought by Brian and Michelle Kennedy, husband wife, individually and on behalf of their three minor children, primarily pursuant to 42 USC §1983[1], for multiple assaults, false arrests, malicious prosecutions and acts of harassment arising from a conspiracy to violate the civil rights of the plaintiffs and cover up the violations.

       This conspiracy, which continues through this day, began in September 1991, after Michelle Kennedy rejected the sexual advances of defendant Frank MacKenzie and advised Mackenzie's then wife, Kim Mackenzie of the advances. Shortly thereafter, Mackenzie threatened Brian Kennedy "You better keep your wife on a leash and watch your back. You don't know who you're F—ing with".

       Three days later, the Kennedys' pickup truck was firebombed. Then Brian Kennedy was beaten at the Concord Shores, immediately after being warned by the assailant to stop reporting MacKenzie to the chief of police. This beating took place in front of several Billerica police officers, some defendants in this case, including MacKenzie, who each stood watching. This was the beginning of a fifteen year (15) year period of harassment that continues to this day.

---

      [1]Plaintiffs' claims also include civil rights claims under the Mass. state civil rights acts and various tort claims, particularly loss of consortium claims by the minor children.

The Kennedys complained to the then Billerica police chief, defendant John Barretto, but the investigations into both the firebombing and the Concord Shores beating were never carried out properly, and the cover up only encouraged further acts against the Kennedys. The Kennedys' police practice expert, Reginald Allard, will testify regarding the inadequate supervision and discipline that fostered a culture of out of control officers within the Billerica Police Department, which had no real internal affairs department, procedure for handling civilian complaints or discipline policy, let alone ones that met acceptable standards.

Mr. Allard's testimony will be based on evidence that Billerica police officers engaged in targeting individuals, such as the Kennedys, punishing them through an inside "retribution gang", that went after the targeted individuals. Mr. Allard will explain how a department that cast a blind eye to such a "retribution gang" created an internal culture that nurtured the conspiracy against the Kennedys. Not only did the department fail to discipline the principal co-conspirators: the department promoted them. Mackenzie is now a lieutenant. Thomas Connors, who quashed the investigation of the truck firebombing, is now deputy chief. Dan Rosa, who told the Kennedys' neightbor "I want the Kennedys out of town", is now the chief.

This conveyed to the individual defendants that their behavior would not be checked but was condoned and this only encouraged the defendants to act more and more brazenly. This is the basis of the plaintiffs' *Monell* failure to supervise claim. Copies of Reginald Allard's expert witness reports are attached hereto as Exhibits A and B.

The cavalier attitude of the defendant officers' presumption that they can do what they want and take what they want, with impunity and no fear of any consequences is best summed up in the oft repeated quote of the defendant officers: "I've got a badge and you're puke!"

## II.  Procedure for trial

Upon order of the Court, the plaintiffs are proceeding to trial against eight defendants, Frank MacKenzie, Thomas Connors, Steven Elmore, Mark Tsoukalas, Martin Conway, Richard Howe, Daniel Rosa and the defendant town, on the *Monell* failure to supervise claim.

## III.  Plaintiffs' expected evidence - Kennedy Incidents

Michelle St. John grew up in the Wilson Street neighborhood, a crime ridden and tough Billerica neighborhood, on the wrong side of the tracks. Michelle, an attractive and precocious teen, dropped out of school to marry Brian Kennedy, her high school sweetheart. She was pregnant at the time, with her first son, Brian, Jr., born April 5, 1988.

### A.  MacKenzie's advances

Even as a teenage mother, Michelle was conscious of her good looks and worked hard to keep them. She aspired to be a model [See Exhibit C hereto] and was careful of what she ate and

jogged regularly from the trailer park where they lived as a married couple to Wilson Street and back. In the spring of 1991, Frank MacKenzie responded to a 911 call of a domestic dispute she had with Brian. Smitten by her, MacKenzie began showing up at places wherever Michelle was.

Over the spring and summer, MacKenzie would follow her in his cruiser as she jogged. He then began to bring her bottled water as she jogged. As he became more obsessed with Ms. Kennedy, he followed her around town, called her on the telephone and sent flowers and cards to her. Then he began bringing her other gifts. It started with flowers and cards. Then he brought her larger gifts, like a mini-TV.

When MacKenzie began stalking Michelle, following her at the Methuen mall, appearing at Michelle's New England Patriots cheerleader tryout and at the Kids Connection Park in Billerica, both Michelle and her husband, Brian (who was aware of MacKenzie's infatuation with his wife) felt things had gone too far. It was at this time that MacKenzie's wife recorded a telephone conversation between MacKenzie and Michelle Kennedy and kicked MacKenzie out of the house. That tape will be offered in evidence.

Michelle Kennedy met with Kim Mackenzie and revealed all of Frank MacKenzie's behavior. Within minutes of the meeting, MacKenzie showed up at the Kennedy house in a marked police car with defendant Elmore. Michelle told MacKenzie that she wanted nothing to do with him.

## B. <u>The campaign begins: threats and the firebombing</u>

Shortly after the meeting between Michelle and Kim MacKenzie, Officer Loranger, a close friend of MacKenzie, stopped Brian, issued him a traffic citation and charged him with operating after suspension. As these charges were without basis, they were ultimately Nolle Prossed by the Commonwealth, but only after the cost and inconvenience of court appearances by Brian. This was typical of the "gifts" that the department's internal "retribution squad" would deliver, as will be explained below, and the first of many unwarranted traffic stops that would, by their multitude, take a severe toll upon the Kennedys.

A few days later, on September 20, 1991, Mackenzie, with defendant Elmore, stopped Brian Kennedy's vehicle. When Brian pulled to the side of the road, MacKenzie threatened Brian, saying "You better keep your wife on a leash and watch your back." He continued "You don't know who you're F—ing with". This was witnessed by David Algier, a friend of both the Kennedys and the MacKenzies, who will testify to this threat. He will testify further that the defendants escalated their harassment of him, with MacKenzie, at one point, attacking him while he was attending a memorial service, until he finally had enough and moved to Florida.

Three days later, in the early morning hours of September 23, 1991, Brian Kennedy's pick-up truck was set on fire and totally destroyed while it was parked in the driveway of his home. Michelle was yelling to the officer who responded "Where's MacKenzie? He did this. He told her "Shut the F–k up or I'll have you arrested" and a "supervisor" was summoned to the

scene. Defendant Connors, then a sergeant, responded. He also ignored Michelle's statements about MacKenzie.

Connors was assigned to investigate the fire. He deliberately failed to note or document Ms. Kennedy's information regarding MacKenzie's threat, thereby protecting MacKenzie.

This was the beginning of the cover up. To the best of the Kennedys' knowledge neither Connors nor anyone else ever interviewed any of the neighbors. Instead, he stated falsely that Michelle Kennedy "felt that Robert Reslow was responsible", in his report, which is, inexplicably dated 8/03/92, a year later. In the same report, Connors concluded that the fire was arson but there were no suspects. This assured that no investigation would lead to MacKenzie, thereby protecting him.

A few days later, Mackenzie blocked the Kennedys' as they exited a store parking lot. Brian angrily called MacKenzie a maggot, saying it wasn't right to firebomb the truck near his house, with his kids sleeping. Mackenzie answered "I don't give a F—. I burnt that one and I'll burn this one next", adding "So what if I did it. You'll never be able to prove it."

On September 30, 1991 at approximately 5:15 PM, Officer MacKenzie, who was in uniform at the time, threatened Mr. and Mrs. Kennedy as they were shopping at the CVS Pharmacy in Billerica. Officer MacKenzie told them "if [they] didn't shut up [they] would be living in a shelter." The Kennedys took this to mean that their house would be fire bombed next.

On October 2, 1992, Brian Kennedy was driving behind a tow truck pulling the firebombed truck. Mr. Vacca was driving the tow truck, when he was pulled over by MacKenzie and Elmore without justification. After running Vacca's plates and having no reason to issue a citation to Mr. Vacca, MacKenzie released Vacca as he and Elmore pointed at th burnt pickup truck and laughed.

On October 7, 1991, Ms. Kennedy sought help from the defendant department, meeting with then Chief Barretto. She reported to him the threats she and her husband had received from MacKenzie. Barretto indicated he would "speak" to MacKenzie about Ms. Kennedy's concerns and get back to her , there being no formal complaint or internal affairs procedure. The Kennedys never heard back from Barretto.

One week later, on October 14, 1991, Ms Kennedy received a call from Kim MacKenzie, the defendant's wife, who accused her of trying to have her husband fired. Mrs. MacKenzie told Mrs. Kennedy to "keep your mouth shut. You know who I am. My family knows people."

The next day Mr. and Mrs. Kennedy were followed by marked Billerica Police cars as they drove through town, one driven by defendant Conway. Ms. Kennedy called to report this to Chief Barretto, but spoke with Deputy Chief Lee, as Barretto was on vacation. Deputy Lee told Ms. Kennedy that he didn't believe her and accused her and Mr. Kennedy of being liars.

-4-

Three days later, on October 17, 1991, MacKenzie pulled over Michelle's mother, Joyce Tibbets, who threatened that if Michelle did not "shut her mouth", she (Tibbetts) wuld be "going to her daughter's funeral". He then had her car towed and impounded.

Michelle spoke with Barretto again, after this, expressing her fear that something more was going to happen. Barretto told her, either then or on a later occasion she could "go get a lawyer", implying that he would do nothing more. In the meantime, the Kennedys had taken to sleeping in shifts, one of them staying awake. They would not let their sons near their car until after they started it, fearful that the car might explode. At one point, they put up dummies in their windows so it would always look like someone was on guard.

On November 20, 1991, MacKenzie offered Tracey Heffernan $500 to beat Ms. Kennedy to the point that she required hospitalization. Ms. Kennedy and Ms. Heffernan met with Chief Barretto and informed him of the incident. Although a police report was made out with Ms. Heffernan's allegation, there was never any investigation or follow up. Instead, the report has an addendum in which Ms. Heffernan retracted her accusation. Ms. Heffernan will testify of the offer made by MacKenzie and that she never retracted this accusation and does not remember ever signing the retraction that bears what purports to be her signature.

### C. Concord Shores Assault, witnessed by MacKenzie and his cohorts

Less a month later, on December 17, 1991, Mackenzie called Brian Kennedy, threatening to beat him. Officer MacKenzie challenged Mr. Kennedy to meet him at the local middle school to fight. Mr. Kennedy declined the challenge and Mrs. Kennedy called and reported the incident to Chief Barretto that same morning. The next day Mr. Kennedy was assaulted by Officer MacKenzie's friend, Paul Parent.

Mr. Kennedy was at the Concord Shores bar when he was confronted in the bathroom by Mr. Parent, who asked if Mr. Kennedy "had a problem" with Officer MacKenzie. He told him that if he didn't stop reporting Officer MacKenzie to the Chief that he would have a problem with him. Teddy Gallinaro, who was in the next stall, overheard this conversation and will testify to this threat.

Moments later, Parent tackled Brian from behind in the main restaurant. Mr. Parent had emerged from the area where a number of Billerica police officers, including Frank MacKenzie and co-defendants Elmore, MacDonald and MacEachern were standing. The officers stood by as Parent beat Kennedy.

The bartender, David Lumbert, intervened but the several uniformed officers who responded to a call from the bartender as well as several off duty officers, including MacKenzie tried to force Mr. Kennedy into the parking lot out of the view of witnesses, who included Lumbert and a member of the wait-staff, who will testify that she knew something was up because the saw the officers come in together with Parent and line up against the dry bar. Teddy Gallinaro as well as wait-staff will testify. Mr. Kennedy was ultimately able to escape.

-5-

Mr. Parent was ultimately convicted for the assault, but there was never any investigation of the police involvement with Parent.

On December 19, 1991 Mr. and Mrs. Kennedy met with Chief Barretto to discuss the many incidences involving Officer MacKenzie and members of the Billerica Police Department. They requested that the Chief do whatever he could to put an end to threats and harassment. Chief Barretto told the Kennedy that he would "speak" to the officers; however, nothing was ever done.

### D.  **The Retribution Squad goes into action**

Meanwhile, the harassment continued.  Marked Billerica Police cars would follow the Kennedys. They also began to receive citations in the mail for violations that never happened. Mr and Mrs. Kennedy both will testify that in the early 90s, on several occasions, although they were not pulled over or stopped, they received numerous citations in the mail alleging criminal charges of operating after suspension and allowing improper operation of a motor vehicle.  Most of these citations were issued by defendant Weston, who brazenly boasted to Brian Kennedy that he could sit in his office all day long and write citation on him.

Dean Royston, a former Billerica police officer who was removed from the Billerica Police Department in part because of his friendship with Michelle Kennedy (his violation of a directive that no Billerica police officer was to have contact with the Kennedys was one of the reasons for his removal), will testify he was part of a squad of officers then led by Sergeant Weston who would pay "retribution" to citizens who "caused problems" or just had crossed a Billerica police officer.  Royston will testify that individuals would be identified and would be targeted by this "retribution" squad and given a "little present".  This is just what was happening to the Kennedys, who were receiving many "little presents".

### E.  **More threats by MacKenzie:  Mr. Tipps**

On April 8, 2003, MacKenzie watched Michelle Kennedy bring her pick up to Gagnon's Auto Body to repair vandalism.  Gagnon's yard is gated with guard dogs.  Days later, Mr. Gagnon called to tell Ms. Kennedy that somebody had broke into his yard, maced his dogs and further vandalized her truck scratching the word "RAT" on it.

Shortly thereafter the Kennedys were driving on Rogers Street where MacKenzie was performing a detail.  As the Kennedys drove he pointed at the truck, fully repaired, and laughed.

A little more than one month later, on May 21, 1993, Mackenzie confronted Mr. and Mrs. Kennedy as they were leaving Mr. Tipps, a restaurant in Billerica.  Officer MacKenzie was off duty at the time and with several other off duty officers.  The Kennedys felt threatened by the officers and had asked Lynn Tierney, a waitress at Mr. Tipps, escort them to their vehicle.  As they were leaving, MacKenzie and several other off duty officers, including defendant Elmore followed them.  Once outside, MacKenzie challenged Mr. Kennedy to fight him and the other

officers circled around.  When Mr. Kennedy didn't respond MacKenzie called him names and spat in his face.  This incident was supposedly "investigated"by defendant Munn, who found no basis for the complaint, after discrediting, without justification,  not only the Kennedys but the independent corroborating third part witnesses

**F.  Nestor chases the Kennedys, then fabricates assault charges**

While the Mr. Tipps incident was being "investigated", on June 5, 1993, defendant Richard Nestor, off duty and in his own vehicle, followed Mr. and Mrs. Kennedy as they were driving on Boston Road in Billerica.  Nestor pulled along side the Kennedys' car and swerved towards it, forcing the Kennedy off the road.  Nestor repeated this several times until the Kennedys pulled over and stopped their vehicle.  Nestor pulled behind the Kennedys and waited in his vehicle.  After waiting for Nestor to leave, Mrs. Kennedy approached him and asked him to stop playing his games and leave them alone.  When she accused Nestor of running them off the road, he simply laughed.   Mrs. Kennedy then returned to her car and left without further incident.

Later that afternoon, several Billerica police officers stormed into the Kennedy home, acting pursuant to a recently issued warrant and handcuffed and arrested Mrs. Kennedy in front of her two young children. The excuse for this was the false charges Nestor had fabricated of assault and intimidation of a witness based upon their encounter earlier in the day.  At the trial of this matter, the judge entered a required finding of not guilty at the close of the Commonwealth's case.

On June 19, 1993, MacKenzie confronted Mr. Kennedy's brother, Michael.  MacKenzie, who was on duty and in uniform, warned Michael that he "better shut up Brian and Michelle".  Officer MacKenzie then beat Michael Kennedy causing him to suffer two black eyes.  Office MacKenzie then fabricated charges against Michael Kennedy claiming that he had assaulted and battered him.  When Michael Kennedy went to the Billerica Police Department to file a complaint against Officer MacKenzie he was ignored and intimidated by the officers at the station.

**G.  Chief Barretto refuses to investigate, says "Don't come back. Get a Lawyer."**

On June 28, 1993, Mr. and Mrs. Kennedy once again met with Chief Barretto to complain of the continued harassment.  When Ms. Kennedy called Barretto on July 11, 1993, to follow up on their meeting, Barretto told her to stop calling him as he did not want to discuss her problems any more and suggested that she get a lawyer.  Other than defendant Munn's so called "investigation" into MacKenzie's threats and assault at Mr. Tipps, no investigation was ever conducted into any of the Kennedys' complaints.

**H.  Michelle Kennedy is arrested by defendant Roche on bogus charges of operating while not licensed**

In the early evening of September 5, 1993, Ms. Kennedy was driving with her grandmother when she was pulled over by defendants Nestor and Roche, who accused her of operating a motor vehicle without a license.  Ms. Kennedy showed the officers a valid license to operate her vehicle at that time, as the license plainly stated that it was only suspended between the hours of 10:00 PM and 10:00 AM.  Nestor and Roche ignored this information and arrested Ms. Kennedy for operating a motor vehicle while not licensed.

The next day Roche mailed Ms. Kennedy a citation again accusing her of a second offense of Operating a Motor Vehicle while not Licensed.  Ultimately Ms. Kennedy was found not guilty of both of these criminal charges.

At about this time, out of concern for her daughter's safety, Ms. Kennedy's mother, Joyce Tibetts, went to the Billerica Police Station to complain about the harassment and intimidation her daughter and son-in-law were being subjected to by members of the Billerica Police Department.  Barretto treated her complaints like her daughter's: they were ignored.

In October, 1993, shortly after Ms. Kennedy was found not guilty of assaulting Officer Nestor, Ms. Kennedy was picking up her son, Brian, when she noticed Nestor sitting in a police cruiser outside the building where her son's class was being held.  Nestor followed Mrs. Kennedy and her son from the karate studio all the way to her home.  Later that evening, Nestor and MacKenzie followed Ms. Kennedy to a MacDonald's in Billerica where they tried to intimidate her by shining their lights in her car and driving next to her while she went through the drive thru.  Similar small acts of harassment and intimidation continued until the Oblenis fight.

**I.  The Oblenis assault case**

On July 21, 1997, there was a fight involving John O'Blennis, the nephew of Billerica Police Officer William McNulty**,** and Daniel Dufault, during which John O'Blennis was allegedly sprayed with mace.  At the time of the incident, Mr. Kennedy was at home with his sons, several neighborhood children and his friend William Ashton.

The next day Casey confronted Mr. and Mrs. Kennedy at their home and suggested that Mr. Kenney had been involved in the assault on Mr. Oblenis.  When the Kennedys told Officer Casey that Mr. Kennedy was home all evening and pleaded with Officer Casey to confirm Mr. Kennedy's alibi by speaking with Monique Ledoux, the mother of one of the neighborhood children who had been with Mr. Kennedy that evening, Casey refused.  Either that day or the next Mrs. Kennedy brought Ms. Ledoux to the Billerica police station to speak with Casey.  They waited until Ms. Ledoux had to leave to got to work.  Casey never took a statement from Ms. Ledoux.

-8-

Two of witnesses to the fight, Fred Kendall and Eugene DeFransisco, spoke with the Billerica Police and insisted that Mr. Kennedy was not present during the fight. These two witnesses were approached the following day by O'Blennis' father [not a defendant but a co-conspirator], who threatened to kill them if they testified on behalf of Mr. Kennedy.

On July 22, 1997, defendant McNulty swore out a criminal complaint in the Lowell District Court charging Brian Kennedy with Assault and Battery by Dangerous Weapon and Assault and Battery.

On the same day, Michelle Kennedy received a call from Ruth and Karen Atkinson, who live on Wilson Street across from O'Blenis and was warned that Patty Stickney, a relative to John Oblenis. Mrs. Kennedy reported this to the Billerica Police. Defendant Robert Brown responded but left quickly to answer another call around the corner. While Michelle was waiting for Brown to return, Patty Stickney returned, wielding a baseball bat and threatening to cut Michelle's throat. Officer Brown never investigated Ms. Kennedy's complaint. Later that day Ms. Stickney went to the Billerica Police station and filed a complaint against Ms. Kennedy and Daniel DuFault alleging that they damaged her car with rocks, which the defendants allowed to go forward. Ultimately this case against Ms. Kennedy also was dismissed.

### J.  Getting the Kennedy Kids involved: "I want the Kennedys out of Billerica"

On August 1, 1997, Christine Kaiser, a neighbor of the Kennedys, complained to the police about neighborhood boys throwing rocks at her trailer. Defendant Elmore responded to the call with another officer and spoke with Ms. Kaiser. The officers told Ms. Kaiser that they wanted to "nail Mr. Kennedy to the wall" and asked whether she could identify Brian Kennedy, Jr. as one of the kids who had thrown the rocks. Ms. Kaiser informed the officers that although Brian Kennedy, Jr. was with the boys she could not say whether he threw any rocks. Despite the lack of evidence against Master Kennedy, the Billerica police served Master Kennedy with a Summons and Complaint alleging malicious destruction of property. Ultimately Brian Jr. was exonerated on the criminal complaint.

Most notable is the involvement of defendant Rosa, Chief Barretto's nephew, then the juvenile officer but now chief of the department, who told Christine Kaiser that he wanted to run the Kennedys out of Billerica.

### K.  More twists and turns in the Oblenis assault case

While the Oblenis case was pending in the Lowell District Court, Mr. and Mrs. Kennedy continued to be followed and harassed by members of the Billerica Police Department. The fabrication of traffic citations resumed and the Kennedys received numerous citations for traffic violations that were fabricated by the police.

On October 8, 1997, John O'Blenis assaulted and battered Mrs. Kennedy and her friend Amy Baum. Both women suffered visible bruises to their faces and bodies. Mrs. Kennedy immediately reported the incident to the Billerica Police Department and defendant MacEachern was assigned to investigate it. MacEachern took photographs that clearly depict Mrs. Kennedy's bruises. He also took a statement from a witness who corroborated Ms. Kennedy's account of Mr. O'Blenis punching her in the face. Despite the substantial evidence of O'Blenis' criminal conduct, he was never arrested or prosecuted for assaulting Mrs. Kennedy. Instead Ms. Kennedy was summoned by Billerica Police Department for threats against him. Ultimately, Mrs. Kennedy pled guilty to the charge of threatening Oblenis because the witness had returned to Mexico and MacEachern failed to produce and bring to court the pictures of her injuries.

On October 14, 1997, defendant Brown pulled Brian over and issued him a citation for speeding and seat belt violation. This citation, that seemed at the time like just another "little present" from the Retribution Squad would prove more significant after the Oblenis plea.

**L.  Connors' stolen badge: blaming and framing the Kennedys**

In November of 1997, defendant Connors' car was burglarized and his hat, badge, cellular phone and other personal items were stolen by Scott Ashton, the estranged brother of Brian's friend, Billy Ashton. When Brian complained about the recent increase in harassment, defendant Detective Dick Howe suggested that the police department was pressuring him to provide information regarding Lieutenant Connors stolen badge. Howe encouraged Mr. Kennedy to contact either him or Officer Casey at the police station if he was willing to provide information about the missing badge.

Mr. Kennedy did contact Officer Casey, who went to the Kennedy home, where Mr. Kennedy again complained about the unfair harassment he was being subjected to by the Billerica Police Department and asked Casey to have it stop. Casey was unsympathetic and when Mr. Kennedy refused to cooperate with his interrogation, Casey left in anger.

**M.  Brian pleads guilty on the Oblenis assault when witnesses don't show**

On January 30, 1998, Mr. Kennedy was scheduled to go on trial for the alleged O'Blenis assault and battery. A week earlier, the Kennedys had arranged to take Monique Hines and Elaine Cloutier, the two alibi witnesses, to the trial. When the Kennedys went to pick them up on the day of the trial, Ms. Hines and Ms. Cloutier closed the door in their face. Mr. O'Blenis appeared at court with several witnesses, whom he had convinced to testify against Mr. Kennedy. Mr. Kennedy's lawyer informed him that the case could not be continued and warned Mr. Kennedy about the risk of going to trial without the alibi witnesses. Reluctantly and despite his innocence, Mr. Kennedy accepted the recommendation of his attorney and entered into a plea bargain to avoid a jail sentence. He was sentenced to two and one-half years in the House of Correction in Billerica, which sentence was stayed until March 31, 1998 on the condition that he not have any additional trouble with the law.

-10-

This created an opportunity for the defendants to put Brian away.

On February 18, 1998, the Kennedys were present at the Lowell District Court for a hearing on criminal charges brought against their son based on the Kaiser incident. The hearing was continued because Elmore failed to appear. When the Kennedys returned from Court, Mr. Kennedy called the Billerica Police and left a message for Elmore of the next hearing date. Elmore returned the call and the two agreed to meet that evening to discuss the charges against his son.

When Elmore arrived, he never discussed Brian Jr.'s rock throwing incident. Instead he immediately began interrogating Brian, senior, about defendant Connors' missing badge. Elmore relayed a message from Connors that if Kennedy helped him find out who has the badge, he would take care of Brian Jr's court case. Mr. Kennedy answered that he didn't know anything about the missing badge.

Elmore next went to Scott Ashton, who by then had admitted that he had stolen the badge, hat and other items, and obtained a signed statement from Scott Ashton that the Kennedys were aware that the stolen property was at Billy Ashton's house. .

The next morning Casey Heffernan (who had retrieved and returned all of Connors' stolen property except for the badge and therefore knew where it was) went to the Billerica Police Department and explained to Elmore, Casey and MacKenzie that the Kennedys had nothing to do with Connors' badge. They laughed at him and told him "tell it to the judge". On February 20, 1998, Elmore swore out a complaint charging Brian and Michelle Kennedy with receiving stolen property, Connors' hat and badge, and with intimidation of a witness in connection with the theft of Connors' property.

The evidence will show that, at best, Elmore had no evidence to connect the Kennedys to the stolen badge and at worst he deliberately distorted evidence, the statement of Scott Ashton – the admitted perpetrator of the larceny -- in order to create some evidence against the Kennedys. Connors, in his report, further misquotes Scott Ashton, writing that Ashton had said that the Kennedys were aware that the stolen badge and hat were being stored at their house, when Scott Ashton's statement only says that the Kennedys were aware that the stolen items were at his brother Billy's house.

There was no legitimate investigatory basis or law enforcement reason for tying the Kennedys to the stolen hat and badge. Plaintiffs suggest that the defendants did so because they assumed that the Kennedys were retaliating for the ongoing harassment by the defendants.

**N. Putting Brian Kennedy in Jail**

One day earlier, defendant McNulty, who was aware of the terms of Mr. Kennedy's sentence on the O'Blenis assault case and the impact any new criminal charges would have on

his suspended sentence, had sworn out a criminal complaint against Mr. Kennedy charging him with operating a motor vehicle without a license, based on the stop by defendant Brown on October 14, 1997. McNulty also swore out a criminal complaint against Ms. Kennedy charging her with operating a motor vehicle without a license based upon a citation issued by Officer Katz on December 30, 1997.

To bolster the case they were fabricating against the Kennedys, Connors and Elmore approached Daniel DuFault, who was serving a sentence in the Billerica House of Correction, and offered to have him released early if he would sign a statement implicating Mr. Kennedy in possessing t Connors' badge. Elmore deliberately lied to DuFault, telling him that Kennedy had signed a statement implicating him in connection with the stolen property. Dufault refused.

In addition, Connors, by then a lieutenant, also tried to coerce William Ashton into implicating Mr. Kennedy. William Ashton was arrested and charged with receiving stolen property in connection with Connors' hat and badge. Ashton was kept in the custody of the Billerica Police Department for the weekend, during which time he was repeatedly beaten by Connors because he refused to sign a statement implicating Brian Kennedy.

On September 11, 1998, the Kennedys appeared for trial on the false criminal complaints brought in February, 1998 for "possessing" Connors' hat and badge. Without trying the case and without giving Mr. Kennedy any notice or opportunity to be heard, the Court found that Brian had "violated" the terms of the stayed sentence from the Oblenis assault plea, based either on the "new" charge, of operating after license suspension, filed by defendant McNulty in February 1998 or on the receiving stolen property, for which Brian was ultimately acquitted.

This "new" operating after suspension charge was based on the October 14, 1997 speeding ticket "gift" of defendant Brown. Brian was committed to the Billerica House of Correction for a period of two and one half years. Apparently, the Court did not realize that these alleged infraction occurred **before** the stayed sentence was imposed, because the new criminal complaints were not filed until just after of the Oblenis plea.

This sentence, thus, was imposed despite the fact that Brian Kennedy had complied with the terms originally imposed in connection with the stayed sentence, that he avoid any future trouble. His attorney, Thomas Mixon, appealed, successfully, but it took 83 days before the appeal was heard and the case remanded and Brian released from jail.

Only three days after Mr. Kennedy was incarcerated on the "probation violation", he and Ms. Kennedy were acquitted after the judge entered a required finding of not guilty on the receiving stolen property charge and intimidation of a witness. Nevertheless, Mr. Kennedy remained incarcerated for 83 days until December 3, 1998, when Brian Kennedy was released.

The harassment resumed following Brian's release from prison. On and off duty officers continued to follow the Kennedys, who continued to receive citations for moving violations that

-12-

they did not commit.  In January, 1999, Billerica police officers, including defendant Officer West, began showing up regularly at a job site where Mr. Kennedy, a carpenter, framer and home builder, was working.  The police would intimidate Mr. Kennedy's workers by taking down their names without justification.

### O.  Skateboard ramp arson

April 4, 1999, Michelle Kennedy awoken to a noise outside her trailer.  She looked outside and saw John Oblenis standing in her sideyard.  The Kennedys saw the glow from a fire outside.  They rushed outside and found their sons' skateboard ramp, which was leaning against the side of their trailer, in flames.  Brian and Billy Ashton, staying with the Kennedys that evening because they feared something and asked him to come help keep watch, chased after Oblenis, while Michelle ushered the children out of the trailer, fearing that their home was about to burn to the ground.

Brian gave up pursuit of John Oblenis and returned to try putting out the fire.  Billy Ashton continued pursuit of Mr. Oblenis until he saw two Billerica police cars pull up next to each other.  While hiding behind a parked car, Ashton heard one of the officers say something about picking somebody up at the club.  Ashton assumed they were referring to the Rod and Gun Club, the only club in the area, and raced through the woods to the Rod and Gun club where he saw John Oblenis getting into the Billerica police car.

Joyce Tibbetts, Michelle's mother, was also a witness to this incident.  She was returning from work and as she turned onto Leicester Street she saw a Billerica police car pulling out of Leicester Street.  Ms. Tibbetts immediately saw the fire in the area of her daughter's house which was just a short distance from the intersection of Leicester Street where the Billerica police car was leaving.

Tewksbury police  investigated this incident and found evidence of gasoline in the dirt around the skateboard ramp, on a shirt next to the ramp and along the house adjacent to the ramp.

This came just three months after Michelle had reported the latest incident of MacKenzie following her to the chief.  This is particularly significant given MacKenzie's threat to Michelle and Brian Kennedy on September 30, 1991, after the truck had been firebombed: he had warned the Kennedys that they had better keep their mouths shut or the next time they would be living in a shelter.

### P.  Micciche's threats at a Lowell Dunkin Donuts

On August 5, 1999, defendant Micciche approached Michelle at a Dunkin Donuts in Lowell.  In the presence of several witnesses, including a clerk who was working at the Dunkin Donuts, Officer Micciche began cursing and verbally abusing Ms. Kennedy.  As Ms. Kennedy was trying to leave, Mr. Kennedy happened to arrive at the Dunkin Donuts.  Micciche then

threatened Mr. Kennedy saying "You're going to get it. Your time is going to come. Me and my brothers rule."

Mrs. Kennedy called the Lowell Police Department seeking to file a complaint against Micciche. In response Officer Micciche filed a complaint against Mr. and Mrs. Kennedy. The complaint made by the Kennedys was never prosecuted by the Lowell Police Department. Ultimately both Mr. and Mrs. Kennedy were found not guilty of these charges brought by Officer Micciche.

### Q. <u>False charges over stealing a carpet</u>

On or about January 22, 2000, Mr. and Mrs. Kennedy and Amy Baum were helping Daniel DuFault move from his sister, Tina Huber's house. Mr. Dufault instructed Mr. Kennedy as to what items belonged to him and they worked together in loading the items onto a truck. While Mr. DuFault was removing a carpet, after the Kennedys had left, Mr. DuFault's brother-in-law, William Huber, arrived and began arguing with Mr. DuFault about the carpet. The following day Ms. Huber went to the Billerica Police Department and filed a report about the carpet. When Ms. Huber informed defendant Bailey that Brian and Michelle Kennedy had also been present, Bailey coerced Ms. Huber to file a criminal complaint against Brian Kennedy for Malicious Destruction of Property even though she insisted that Mr. Kennedy was not responsible for the destruction. Ultimately, Ms. Huber refused to cooperate with the prosecution against Mr. Kennedy and the charges were dismissed.

### R. <u>Another failure to prosecute Kennedy assailants</u>

In the spring of 2001, Mr. and Mrs. Kennedy went to the DeMoulas supermarket in Billerica. As they were entering the store, Mr. Kennedy was approached by a male and female. The male menaced Mr. Kennedy with a knife in front of several witnesses and the female was screaming "Stop harassing Johnny (O'Blenis). You shouldn't try to get Micciche fired." Billerica Police Officer MacDonald responded to the scene and interviewed Brian and several other witnesses who identified the assailant. The next day Ms. Kennedy spoke with MacDonald, who informed her that if it were up to him he would arrest the assailant, but that his sergeant told him that he had to set it up for a hearing.

### S. <u>Two more "little presents" and arrests from defendant Brown</u>

A Friday evening in July, 2001, Michelle Kennedy was stopped by defendant Brown and a state trooper as she was driving through town. Brown and Michelle got into a verbal confrontation and Brown commented "First Billerica, then Tewksbury and now the State police." Ms. Kennedy was placed under arrest for operating a motor vehicle without a license. After observing the hostility displayed by Officer Brown the State Police officer insisted that <u>he</u>, not Brown, take Mrs. Kennedy into custody. Mrs. Kennedy was released shortly by the state trooper when he confirmed that she had a valid license.

The following Sunday morning Mrs. Kennedy was again pulled over by Brown, who again arrested her for operating a motor vehicle without a license, even though he knew from the previous Friday arrest that her license was valid. Mrs. Kennedy's mother had to come with paperwork from the Registry of Motor Vehicles confirming Ms. Kennedy's license was valid before Mrs. Kennedy was released.

### T.  Connors declares "This is WAR"

Shortly into the new school year, in October, 2001, Mrs. Kennedy learned that her son, Brian Kennedy, Jr. was having problems with one of his new teachers at school, Ms. Connors. Mrs. Kennedy became concerned that the teacher may be related to defendant Connors and that the problems were a result of the Kennedy's history with defendant Connors. It turned out that Ms. Connors was defendant Connors daughter and a transfer was arranged to put Brian, Jr. in another class.

Upon learning of this, defendant Connors approached Michelle Kennedy and declared "This is War! Nobody takes their children out of my daughter's class!"

### U.  "The war is on": Massone frame-up provides chance to put both Brian and Michelle Kennedy in jail

On November 8, 2001, the Kennedys went to a dance club in Lowell with several friends, including John Cimino. As they were leaving the club they saw John Cimino involved with several people, including a women by the name of Deanne Masone, his former girl friend and the mother of his child.

When the Kennedys arrived home, Brian went in to go to bed as he was suffering pain from a tooth he had had pulled earlier in the day. Ms. Kennedy remained outside of her house in the car with Amy Baum and another woman. Ms. Kennedy noticed John Cimino running up the street, being chased by a car, being operated by Deanne. Ms. Kennedy then observed a pick up truck coming down the street in the opposite direction of the first vehicle. She observed the driver of the pick up truck waiving a baseball bat and yelling at John Cimino. When a third car pulled up, Ms. Kennedy went inside, from where she observed what followed.

Deanne aimed and drove her vehicle at John Cimino. When John Cimino jumped out of the way, Deanne struck John Cimino's brother, Louis. A fight then ensued in which the windows of the Masone car were smashed and both Deanne and Christine Gilpatrick drove away injured.

The plaintiffs will offer testimony that the normal practice for the Billerica Police in a situation like this, where someone from out of town comes looking for a fight and gets the worst of it, is to leave the situation alone. That is not what happened here. The responding officers went to the Masone vehicle, and, upon learning that the altercation took place near the Kennedy home, immediately focused their investigation on the Kennedys.

-15-

Plaintiffs' expert Reginald Allard will testify to the obvious rule that an investigation should involve questioning **both** sides before drawing any inferences or conclusions. That did not happen. Instead, plaintiff expect to offer evidence that defendant Rosa, the highest commanding officer on duty that night, took charge of the investigation, in coordination with Connros, in order to focus it on the Kennedys and the investigation resulted in the arrest of both Michelle Kennedy, that night, and Brian Kennedy the next day.

This was also a violation of both standard police procedure and Massachusetts state law, as no police officer witnessed the incident or had personal knowledge of who was involved or attacked whom. As Mr. Allard will confirm, in such a "he said, she said" situation, it is not appropriate to choose sides and arrest one side and not the other, as was done not just here but time and again in situations involving the Kennedys.

Under Rosa's command Billerica Police officers, including defendant Conway, arrived at the Kennedys' home and began banging on their windows, causing one of the windows to break and wake the Kennedy children. Mr. and Mrs. Kennedy then stepped outside to speak with the officers. Billy Ashton came to the door and was immediately tackled by the police officers and arrested. When Michelle protested that Ashton had done nothing wrong, she was arrested, too.

## V.  <u>Mocking and Abusing Michelle in lock-up</u>

The defendants took Michelle to the Billerica Police station and charged her with three counts of assault and battery with a dangerous weapon and malicious destruction of property. Defendant Ronstock, in Rosa's presence, confronted Michelle while she was still in the holding cell and still handcuffed, and ripped off her sweatshirt, leaving her in the cold cell with only her halter top and sweatpants. When another officer tried to give Ms. Kennedy a blanket, Rosa took the blanket and threw it over the camera just outside the cell. Ronstock then punched Mrs. Kennedy in the back while Rosa and the other officer stood by and watched.

Later, Connors and Ronstock returned to Mrs. Kennedy's cell. Connors screamed at Mrs. Kennedy, accusing her of having "a big f--king mouth". He told her "I've had enough of your shit. Nobody takes their son out my daughter's class. You'll learn yet. This is war. I'm going to get your kid. I'm going to go after the other one this time. Your bail is going to be $5,000.00."

Michelle remained in the cold cell until the next morning, when she was taken to court. At court she learned that the Billerica police had obtained a warrant for the arrest of her son, Mitchell, for allegedly committing the same crimes as his mother and father. At her arraignment, bail was set at $2,500.00. The defendants transferred Michelle to MCI Framingham before Brian had the time to raise money for the bail, and by the time he got to Framingham, it was too late for Michelle to be bailed.

-16-

Defendant Tsoukalas and several other Billerica officers were waiting for Brian when he returned home that evening. They grabbed him and threw him to the ground and some five officers repeatedly kicked and punched Brian about the head and body by. They then handcuffed Brian and took him to the Billerica Police Station where they charged him with resisting arrest and three counts of assault and battery with a dangerous weapon and malicious destruction of property, allegedly as a result of the incident that happened earlier that morning.

While in the holding cell that evening, Mr. Kennedy was confronted by Lieutenant Connors, who told Brian "You're wife's got a big mouth. You want to get my family involved. Leave my family out of it. The war is on!" Mr. Kennedy remained incarcerated for four nights, during which time he remained in the holding cell without any toilet paper as the police officers refused to provide him with any.

Over the weekend, while the defendants detained Brian, several people, including Amy Baum and Joyce Tibbets went to the police station seeking to obtain the bail money that was on Brian's person and "confiscated" by the Billerica police when they arrested him, so that they could bail Michelle from Framingham. Each time the defendants refused to release the money, telling and mocking Mr. Kennedy. The defendants even made up a new "rule", claiming that that they could only release the money to the Kennedys attorney, Thomas Mixon, who was forced to come to the Billerica Police Station before the defendants would release the bail money. As a result Michelle was forced to remain incarcerated in MCI Framingham through the weekend.

For three nights while their parents remained incarcerated, the three minor plaintiffs were without their parents. They were frightened and terrorized by the whole ordeal.

Defendant Tsoukalas pulled Brian over on January 28, 2002, for no reason except to say to Brian "How did my boot feel?" This comment was an obvious reference to the beating Mr. Kennedy suffered on November 9, 2001.

In March, 2002, both Brian and Michelle Kennedy were indicted on felony counts of assault and battery by means of a dangerous weapon and malicious destruction of property. For more than a year the Kennedys lived with the fear of additional incarceration if they were convicted of these serous charges.

On December 10, 2002, Brian and Michelle (as well as Billy Ashton) were found not guilty after a jury trial in the Superior Court, of all charges brought in connection with the incident of November 9, 2001 involving Deanne Masone.

### W.  Royston's "crime": he rescues Michelle

On March 31, 2002, defendant Parker approached and shoved Michelle at the Billerica Boys and Girls Club as she was loading her sons' skateboard ramps into a friend's truck. Afraid that Brian will be suckered into a fight, she tells him to leave and calls her friend Dena Royston

on her cell phone.  Then she ran to her car and locked the doors.  Parker began kicking her car calling her a "c--t" and "little bitch".  Royston, who is African-American, heard Parker yelling "Just because you're f —king the nigger, don't think you can do whatever you want."  Royston arrived to witness Parker screaming curses and kicking the car.

Within days of reporting this incident to the officer in charge, Royston began getting a hard time from other officers, led by MacKenzie.  Cartoons depicting Royston's cruiser at the Kennedy house, with his clothes strewn across the lawn appear on the Police Station bulletin board.

### X.  Rosa makes it official Billerica Police Policy not to be friendly with the Kennedys

Instead of reprimanding Parker, it is Royston who is disciplined.  Rosa, now the chief, issues an order on April 23, 2002 banning any Billerica Police officer from contact with the Kennedys.  This is not a directive to stop harassing the Kennedys but the basis for the beginning of Royston's removal from the department.  He is eventually suspended for violating this order.  He is also charged with possession of a small amount of marijuana.  These are the only charges against him.

The evidence will show that he was selectively targeted because of his friendship with Michelle Kennedy.  Evidence will show that other officers abused drugs and were not removed from the force.  For example, there will be evidence of officers snorting lines of cocaine at local restaurants and testimony that at least one Billerica officer, John Glavin, had sex in his cruiser with a woman who were snorting cocaine in the cruiser, first.  None of these officers were disciplined, let alone removed from the force.  Moreover, Dean Royston never had a problem until he came to Michelle Kennedy's rescue from defendant Parker, who was never disciplined for his unbecoming and unlawful assault on Michelle Kennedy.

### Y.  Going after the kids' skateboard ramps

On April 16, 2002, defendant Munn, while in the Kennedy's neighborhood, ordered about 14 children to get off the road.  He called two tow truck companies to come pick up  skateboard ramps the children had built.  When the tow trucks did not show up within the hour, Munn called some town employees who picked up the ramps.  When newspaper reporters arrived and began to take pictures of the employees taking the ramps away, the employees returned the ramps.  Munn threatened the Mr. and Mrs. Kennedy "Your time is coming".

Several days later the Chief Rosa called the Kennedy residence, leaving at least 4 messages.  Ms Kennedy returned the call expecting the Chief to be sympathetic and offer assistance with respect to the incident involving Munn.  Instead, after hearing Ms. Kennedy recount the incident, Rosa laughed and told her never to call the police station again.

-18-

On May 6, 2002, defendant Munn pushed Brian down the stairs of the trailer park manager's office.

### Z. Tsoukalas breaks Michelle's finger

On May 25, 2002, Officer Tsoukalas drove by the Kennedys' home three times in a fifteen minute period and gave them the finger.

On June 8, 2002, Officer Tsoukalas pulled Michelle over and issued her a traffic citation. Officer Tsoukalas became agitated when Ms Kennedy refused to roll the window down all the way. Officer Tsoukalas reached into the car and twisted Michelle's finger, causing a fracture.

On September 17, 2002, Michelle saw Tsoukalas stopped in a marked police car outside her house talking to several of the neighborhood children. Ms. Kennedy went outside and Tsoukalas drove away. The children said that Tsoukalas had told them to "get the f--k off the street". A few minutes later Officer Tsoukalas drove by again and gestured at Ms. Kennedy, either giving her the finger or pointing his finger like a gun. As Michelle was calling Brian, Tsoukalas drove towards Brian's vehicle from the opposite direction and swerved his police car in the direction of the Kennedy vehicle, missing it by only inches.

On November 14, 2002, Tsoukalas went to the Kennedy's residence while Brian and Michelle were at the Laundromat. He grabbed Brian Jr. around the neck and threatened to beat him up. This incident was witnessed by Mitchell Kennedy, Dylan Kennedy and Johnny Beuvette. The Kennedys filed a complaint with the Lowell District Court but the application for complaint was denied.

On March 6, 2003, Tsoukalas followed Michelle as she drove home. When she arrived and got out of her car, she said "don't ever put your hands around my kid's neck again. You wouldn't want someone to do that to your kids." He answered "Are you threatening me?" then goes back to the station and arranges for a warrant to issue for her, allegedly for threatening him and intimidation of a witness. Ms. Kennedy spent the night at the Billerica Police station where the bail was set at $5,000. At the arraignment on March 7, 2003, Michelle was released on her own recognizance. She was found guilty on the "threats" charge and served ten days but acquitted of intimidating a witness.

### AA. George Brooks attacks on Mitchell Kennedy show discriminatory enforcement

On September 7, 2002, the Kennedys called the police after George Brooks, a bigger neighborhood boy, threw pesticide or liquid cleaner or some similar toxic chemical into the eyes of their son, Mitchell, then 13. The Kennedys pressed defendants Nestor and MacEachern, who responded, to speak to the several witnesses present, but they declined to do so. Nestor shrugged and said "Boys will be boys. What do you want me to do, give a little kid a record?"

This stands in marked contrast to the willingness of the defendants to prosecute the Kennedy children, whether for throwing rocks at the Kaiser lawn (which they did not do -- see above) or for allegedly "assaulting" Tsoukalas when he went nose to nose with 13 year old Mitchell. [See below]

**BB.  Breaking Brian's ankle**

In June, 2003, Brian was working driving a limousine.  When he returned the limousine, he went into the owners home and he was confronted by a third party he later learned was named "Mullin" or Mike Mullins, who said words to the effect of "You better stop trying to get my boy Tsoukalas in trouble."  He then pushed Mr. Kennedy down the stairs and broke Mr. Kennedy's ankle.  Mr. Kennedy had surgery to repair a severely broken ankle and insert pins in his ankle.

On July 25, 2003, Donna Hawkes called Michelle and said that she was coming to her house to confront her about a derogatory remark she had made about her daughter. She  arrived at the Kennedy home with other family members.  Ms. Hawkes struck Ms. Kennedy and both David Hawkes, Sr. and Jr. threw bricks at the Kennedys' car.   (Photographs of significant damage to the Lexus were taken by Detective Paul Doherty, Jr. of the Tewksbury police after Ms. Kennedy reported the incident to the Tewksbury Police the next day.)  The Billerica police set up a show cause hearing on Ms. Hawkes complaint that Michelle Kennedy assaulted her, but failed to set up hearing for complaint by Ms. Kennedy against Ms. Hawkes for assault.  These charges against her were ultimately dismissed.

On July 30, 2003, Tsoukalas issued a citation against Brian for allegedly using a restricted way, not having a registration or license in his possession and failing to wear a seat belt.

On December 15, 2003, Tsoukalas, while brandishing an ice scraper, confronted Brian at the Home Depot in Tewksbury and threatened to kill him.

**CC.  "Boys will be boys", except for the Kennedy boys: Mitchell Kennedy is arrested for pushing a flashlight out of his eyes**

On February 20, 2004, Tsoukalas arrested Mitchell Kennedy and charged him with assault and battery on a police officer.  Tsoukalas alleged that he was investigating a complaint that children were running on top of trailers, when he confronted Mitchell Kennedy.  He alleged that when he shone his flashlight on Mitchell, Mitchell told him to "get the f—king light out of my face" and then allegedly pushed Tsoukalas.  At the time of the incident Mitchell remained on his property.  Tsoukalas taunted Mitchell, calling his father was a "coward".  Tsoukalas, after handcuffing Mitchell's hands behind his back, tossed him into the police car.  Mitchell suffered two lacerations to his face during the arrest and was held at the Billerica Police Station for approximately forty-five minutes until his mother came to take him home.  Mitchell was acquitted of these charges after a jury trial.

On April 24, 2004, Ms. Kennedy was in her car parked at the bus stop waiting for her son. Ms. Kennedy was confronted by Tara Hawkes who informed her that the police were investigating an incident involving kids playing in a trailer and that defendant McEachern told her to implicate the Kennedy children. Ms. Kennedy then observed Tara Hawkes approximately 30 feet away on her cell phone. Shortly thereafter defendants Munn and Zarro arrived and visited with the Park Manager. Michelle called her husband, who arrived at the park manager's office with a video camera. Munn pushed him down the stairs and Michelle was charged with allegedly threatening Ms. Hawkes. She was acquited of these charges.

In the evening hours of May 17, 2004 Michelle asked a female Billerica officer if she could move her car from the neighbor's driveway and she was told that she would have to wait until the neighbor moved his vehicle. When the female officer returned from speaking with the owner inside the mobile home she approached Mr. Kennedy and asked him if he had hit the neighbor's trailer with a hammer. Brian replied that he had not. Other officers, including defendants Casey and Zarro, then began to taunt him, calling him a "pussy" and a "bitch" and challenged him to fight. He refused to engage in a fight with the police officers. Thereafter the officers remained in the neighborhood for several hours for no apparent reason. Mrs. Kennedy was forced to bring her children to a neighbor's house so they could have a decent night sleep.

The following day on May 18, 2004 Mitchell Kennedy was in class taking his MCAS examinations when one of the assistant principals entered the classroom and asked the teacher and the other students to leave the classroom. Defendant Casey and another police officer confronted Mitchell. Casey greeted Mitchell by saying "I've been waiting to meet with you". He then accused Mitchell of breaking into the school and stealing money. He made Mitchell take off his sneaker. After examining the sneaker the police officer left Mitchell in the classroom.

Later that day, three men, including George Woods, who owns the trailer next to the Kennedys, confronted the Kennedys at their home and attempted to goad Brian into a fight. One of the men brandished a gun and one of the men threw two bricks at Mrs. Kennedy. Michelle asked a neighbor to call the police. Connors arrived with Casey and several other officers. The Kennedys explained what had transpired, yet the officers took no action against the three men.

While the Billerica police officers were at the Kennedy residence that evening, Mitchell Kennedy began videotaping the events. When Casey saw this he immediately went after Mitchell and threatened that if he did not stop videotaping he would be going to jail. Casey then shone a flashlight into the lens of the video camera so as to distort the image on the videotape

In late September, 2004, the Kennedys moved to a new address in Billerica. On Saturday and Sunday, October 2nd and 3rd of 2004, Michelle observed Tsoukalas sitting in a marked police car across the street from her home. The following Monday she reported this to the Manager for the Town of Billerica. Almost immediately thereafter, she noticed Connors and another officer regularly patrolling her new neighborhood and on several occasions witnessed them pull up to

the Kennedys' home and shine a search light into their windows.  On one occasion she observed
Officer Connors walking around her property for no apparent reason.

       On October 28, 2004 a default warrant issued from the Lowell District Court for the
arrest of Mr. Kennedy based upon his failure to appear at court the day before for an open case of
operating after his license was suspended.  Defendant McKenna arrested Mr. Kennedy that day,
fabricating a charge of resisting arrest. As a result Brian was imprisoned three nights.  At court
the next day Brian's bail was set at $250.00, which he posted and was released.  Both the
resisting arrest and the underlying charge of operating after suspension were continued without a
finding and will be dismissed on April 27, 2007.

       This pattern of harassment has continued over the next several years until the present.
Some of the post filing harassment has been the subject of motion in this case.

## IV.  Plaintiffs' expected evidence - Monell Claim

       The campaign against the Kennedys was based not on any legitimate law enforcement
purpose but on a grudge, or several accumulated grudges, from MacKenzie, the disgruntled
suitor, to Connors, who declared "This is War!" to now Chief Rosa, who told the Kennedys'
neighbors "I want these people out of town."   The campaign was facilitated by the breakdown of
moral standards within the department fostered by a culture of "us versus them", where police
stood together and protected each other not just from the bad guys but from accountability for
wrongful conduct.

       At no point did anyone in the Billerica Police Department address the Kennedys'
complaints at all, let alone seriously.  Nor was there even a process or procedure for investigating
complaints by civilians of abuse by Billerica officers.  MacKenzie has testified that he was never
even told of the Kennedys' complaints against him until about the time of the Kennedys' c. 258
presentment letter.  This failure to supervise lack of discipline is not limited just to abuse of
civilians.  There was a culture within the department best described by the officers' attitude:
"I've got the badge and you're puke" that to be a Billerica Police Officer meant that you could do
anything without consequence.

       At the out set, the department failed to adequately or properly respond to the Kennedys'
very serious allegations not so much that MacKenzie was infatuated with Michelle Kennedy, but
that he threatened her and her husband when he was asked to check his advances.  These threats
– "you better keep your wife on a short leash" and "you don't know who you're f–cking with –
were followed by the firebombing of Brian Kennedy's truck and then by more threats,
specifically "So what if I did it.  You'll never be able to prove it", "I burnt that one and I'll burn
this one next" and "If you don't shut up, you'll be living in a shelter."

       No only was there no real investigation regarding these threats: the investigation of the
firebombing was a cover up from the outset, with defendant Connors deflecting any attention off

of MacKenzie by ignoring Michelle Kennedy's admonitions about the earlier threats and ascribing to her words that she never spoke, casting a shadow on another suspect, Robert Reslow. In the end, there was no meaningful investigation.

All the complaints by the Kennedys went nowhere.  Meanwhile, the principal perpetrator, MacKenzie is promoted.  The master of the cover up, defendant Connors, is also promoted, despite the fact that his hat and badge are stolen – something he blames on the Kennedys, without basis.   Rosa, who declares to the Kennedys' neighbor "I want the Kennedys out of town" is also promoted, becoming chief.

The only meaningful response was that the "retribution squad", then operated by defendant Weston, went into action.  The Kennedys started getting more and more "little presents": moving violations.  Citations were mailed to them without even there being stops.  As Weston told them both, "I can sit in my office and write tickets all day."

As plaintiffs' police practices expert, Reginald Allard, will testify, crimes arising from traffic citations are the easiest to fabricate.  Whether a victim was speeding or ran the red light is his word against the citing officer and the citing officer generally has more credibility.  After three or so such stops, the victim loses their license, as happened to both Brian and Michelle Kennedy, and then the next stops are for the arrestable criminal offense of operating after suspension.  This became a game for the defendants.

This is the kind of culture that fosters more wrongdoing.  The young Tsoukalas sees MacKenzie, Connors, Weston and Rosa advancing and Royston dumped and the message how to advance in this department is clear.  He starts stopping Michelle.  He  breaks her finger. He beats Brian Kennedy when he makes the false arrest on the Masone case, then adds a false charge of resisting arrest.  He arrests the 13 year old son for "assault" after he shines his flashlight in the boy's face and the boy allegedly pushed it away.  He drives by the Kennedys' house after they move out of town, making gestures that are either obscene or threatening.  Why does he do this? Because this is the behavior that gets rewarded.

Reginald Allard will testify that these are measures of a police system where the culture of the department is corrupted and wronged and this arises from a non-existent disciplinary system.  Complaints are not recorded or documented but can be disposed of directly by the chief or even a lower supervisory officer. When he does so, there is no record of past offenses, allowing officers to act with impunity, as they do here.  Mr. Allard will testify as to what constitutes a minimally acceptable internal disciplinary system and the ways in which the Billerica Police Department falls short of even the most minimally acceptable standards.

The plaintiffs expect to offer evidence that officers, such as defendant Casey, drank on the job and had alcohol abuse problems that were either undetected or ignored. The plaintiffs expect there will be evidence that at least one officer, defendant Casey, did lines of cocaine openly in restaurants and that women were doing cocaine in police cars while having sex with

officers.  This also either was undetected or ignored.  The officers were clearly not afraid of any punishment or other consequences for such conduct.  The only forbidden behavior was to fail to stand with your brothers in blue.

This is why Dean Royston was punished.  His first offense was "ratting out" defendant Parker when Parker was kicking Michelle Kennedy's car and swearing at her.  This prompted Chief Rosa to issue a new policy that it would be a violation to associate with the Kennedys, a violation that would be the basis for terminating Royston, for his only other violation was a framed marijuana violation that, in comparison with other drug violations certainly did not appear to warrant termination from the force, as indicated by the failure to discipline defendant Casey or anyone else in a similar fashion.

As Mr. Allard will explain, the Billerica Police maintained a bunker mentality that "you're either one of us or against" us.  This was evident not just in Royston's dismissal, but in the cartoons of Royston at Michelle Kennedy's house.  [Exhibit D, hereto]  Just as defendant Parker was never disciplined for his assault on Michelle, with his swear accented by his comment "Just because you're f–cking the nigger", there was never any investigation or accountability for these cartoons.

Thus the evidence is that, just like decisions of who to prosecute were determined not on the merits but by who was favored (ie find ways to prosecute the Kennedys and their sons, but use "discretion" to never prosecute those who assault the Kennedys or their sons), discipline is arbitrary and based not on the merits but solely on whether the "offending" officer is "one of us" or is perceived as having turned on "us".  This is classic example of what happens when there is no supervision and discipline breaks down.

## V.  Damages

Plaintiffs' damages, arising from the multiple false arrests and stops, include over 100 days, cumulatively, that Brian Kennedy spent in jail and approximately to twenty days, cumulatively, that Michelle Kennedy spent in jail.

In addition, the Kennedys lost significant income from the time they spent in Court fighting the many (over twenty) charges for which the Kennedys were acquitted and the even more frequent trips to Court fighting traffic citations or paying fines or reporting for probation.  A rough count shows that Brian Kennedy spent approximately 115 days in Court on the charges for which he was acquitted and that Michelle Kennedy spent at least 90 days in Court on charges for which she was acquitted.  There will be testimony as to the lost income from this significant time spent in Court.

In addition the plaintiffs estimate that they incurred over $25,000 in attorneys fees, a figure that can be corroborated by the plaintiffs' attorney, Thomas Mixon.

Brian Kennedy suffered physically from several beatings, from the Paul Parent beating in 1991, the Tsoukalas beating (with others) in 2001 and the Mullins assault that led to the broken ankle in 2003. Michelle also suffered from several beatings, most notably when Tsoukalas broke her finger and when Rhonstock punched her and stripped her sweatshirt off when she was locked up. Michelle also suffered embarassment and indignity from being stripped to her halter top in the cold cell.

This and the other imprisonments caused humiliation and other damages, not the least of which is the loss of freedom of liberty guaranteed by the United States Constitution and the Massachusetts Declaration of Rights.

Most significantly, the entire Kennedy family lived and continue to live in terror of how they will be next be attacked or whether they will awake to their house on fire. After the firebombing of Brian's truck, Michelle and Brian would take turns staying awake all night keeping watch, a practice that has continued, off and on, to this day (with the assistance of Billy Ashton, who now lives with the Kennedys).

The Kennedys have struggled to stay in Billerica, notwithstanding the ongoing threats and harassment, in part because they do not want to give in to the threats but more because both Michelle and Brian are rooted in Billerica. They both come from families who have lived several generations in Billerica and have both lived in Billerica all their lives. Their three boys have attended Billerica schools, play youth sports (especially hockey) with Billerica teams and all their friends are in Billerica.

Nonetheless, the conduct of the defendants has taken a huge emotional and psychological toll on Brian and Michelle but especially on their three boys. Michelle has been ordered to stay away from her sons' middle school and thus cannot participate as a chaperon or become involved as she would like in her sons' education. Brian Jr., after years playing youth hockey, has stopped playing on the Billerica High School team, because he thinks his parents wil not be able to attend the games.

Similarly, each of the three sons has grown increasingly alienated from the police, have grown suspicious of police and have learned not to trust police officers. Dylan Kennedy has written poetry and songs about his hatred of police and authority, arising from what he has witnessed. Typical of the lyrics is "My dream to succeed is too strong for you to stop, even if you is a cop."

All three sons have been deprived of the society and companionship of both their father and mother for significant periods of time. This was both in discrete smaller periods of time, such as the 83 days their father was incarcerated and the ten days and several weekends their mother was incarcerated, and cumulatively over the last 15 years. They lost time with each of their parents both from their physical absence and emotionally. They lost the quality of their parents attention from the strain staying awake in fear and keeping watch took upon their parents.

-25-

In total this constituted a significant diminution in the quality of live they would have otherwise enjoyed.

Additionally, all three boys have lost friends, whose parents have heard about the Kennedys' "reputation".   Generally, they carry the stigma through town of being "the Kennedy boys.

The harassment has taken its toll on Brian and Michelle.  Friends have abandoned them, sometimes on their own and sometimes after the friends are drawn into the harassment or come into contact with the police defendants.

The harassment has impacted the Kennedys' relationship within their own families.  For example, Brian could not stay for his father's funeral as he had to be in Court for Michelle.  His brother, Stephen, and sister, Sharon, still have not forgiven him for this.

Brian and Michelle have both lost jobs when their employers have been contacted by the defendants or have learned of the Kennedys' "reputation" and involvement with the Billerica police.  This has caused cumulative financial hardship, leading to the loss of family land Brian had owned (further compounding the family discord), the loss of their mobile home and their residence on Leicester Street in the trailer park.

The stress, and the indirect additional stress from the financial steamroller, has left the Kennedys in a perpetual state of fear and frustration.  Their health has suffered and neither Michelle nor Brian are able to maintain the physical condition that they were so proud of when MacKenzie fell for the then stunningly attractive Michelle.  This has affected their self esteem.

As both Brian and Michelle Kennedy will testify, they kept things secret from their sons for as long as they could, but the sons were swept up into the terror.  In the end, the Kennedys just want to live normal lives and are not able to do so.


Respectfully submitted,
Brian Kennedy, et al
by their counsel


Date: March 19, 2007                    _/s/Andrew M. Fischer_____
                                        Andrew M. Fischer
                                        BB0# 167040
                                        JASON & FISCHER
                                        47 Winter Street
                                        Boston, MA 02108
                                        (617) 423-7904
                                        afischer@jasonandfischer.com

-26-