UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**********************************************

BRIAN KENNEDY, et al                    *
                                        *
            Plaintiffs                  *
                                        *
v.                                      *   Civil Action no. 04-12357 - PBS
                                        *
TOWN OF BILLERICA, et al                *
                                        *
            Defendants                  *

**********************************************

### MOTION IN LIMINE TO EXCLUDE
### ANY REFERENCE AT TRIAL TO DRUG USE OR DRUG SALES

Now come the plaintiffs and move this Honorable Court exclude from evidence any and

all references of any alleged use of illegal drugs, possession of illegal drugs or dealing of illegal

drugs by the plaintiffs.  As reason, plaintiffs state that such evidence is not relevant to any issue

in this case, as not one of the arrests nor any of the harassment which are the basis of the

complaint involve drug use.  Nor have any of the plaintiffs ever been arrested or charged with, let

alone convicted of drug use, other that a 1988 class be possession conviction of Brian Kennedy,

which is 19 years old, three years before any of the incidents alleged in the complaint and which

this Court already has ruled is too old to be used for impeachment purposes.   Nor are any of the

"investigations" that the defendants use as basis for any of the stops or arrests of the plaintiffs

based on allegations of drug use or sale of illegal drugs.

Thus any reference to illegal drug use or drug possession or sale of drugs by the plaintiffs is not relevant, as defined by Federal Rules of Evidence, Rule 401 and not admissible pursuant to F.R.E., Rule 402 and Rule 403, as not relevant and highly prejudicial and thus should be excluded as any probative value "is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury", F.R.E., Rule 403, in what is already a complex and confusing case.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: March 20, 2007

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
Afischer@jasonandfischer.com

kennedy/moexcludereftodrugs