UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., <br>　　　　　　　　　　Plaintiffs <br><br>VS. <br><br>TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, <br>　　　　　　　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**JOINT MOTION FOR
ISSUANCE OF FOUR COURT ORDERS**

Pursuant to the discussion with the Court at the motion hearing on March 20, 2007, the parties hereby request that this Court execute the attached Court Orders as soon as possible.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS,<br>By their attorneys, | DEFENDANTS,<br>By their attorneys, |
| /s/ Andrew M. Fischer<br>Andrew M. Fischer, BBO #167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA  02108<br>617 423 7904 | /s/ Leonard H. Kesten<br>Leonard H. Kesten, BBO No. 542042<br>Jeremy I. Silverfine, BBO No. 542779<br>BRODY, HARDOON, PERKINS & KESTEN, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>617 880-7100 |

/s/ Frederick V. Gilgun
Frederick V. Gilgun, Jr., BBO #551477
NICHOLSON, SRETER & GILGUN, PC
33 Bedford Street, Suite 4
Lexington, MA  02420
(781) 861 9160


Dated: March 22, 2007