UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., MITCHELL KENNEDY AND DYLAN KENNEDY<br>　　　　　　　　Plaintiffs<br><br>VS.<br><br>TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE,<br>　　　　　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**COURT ORDER FOR MEDICAL RECORDS
FROM LAHEY CLINIC**

　　　It is hereby ordered that the Lahey Clinic of Burlington, Massachusetts produce to JASON & FISCHER, 47 Winter Street Boston, MA 02108, telephone number 617 423 7904, and to Attorney Leonard H. Kesten at Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, Massachusetts 02116, telephone number 617 880 7100, no later than March 28, 2007, all medical records, with no portions expunged, regarding any treatment received by Brian Kennedy, Date of Birth ▓▓▓▓▓▓, Social Security Number ▓▓▓▓▓▓.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Patti B. Saris, District Judge
　　　　　　　　　　　　　　　　　　United States District Court

Dated: