UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
BRIAN KENNEDY AND MICHELLE KENNEDY,   *
Individually and as father and next friend of   *
BRIAN KENNEDY, JR., Individually and as mother   *
next friend of BRIAN KENNEDY, JR..   *
                                      *
          Plaintiffs                  *
                                      *
v.                                    *   C. A. No. 04-CV-12357-PBS
                                      *
TOWN OF BILLERICA, et al              *
                                      *
          Defendants                  *
*********************************
```

**<u>PLAINTIFFS' FIRST SUPPLEMENTAL JURY INSTRUCTION</u>**

In assessing the credibility of a police officer's account of the circumstances, a factfinder may consider, along with other factors, evidence that the officer may have harbored ill will toward the citizen. <u>Graham v. Connors</u>, 490 U.S. 386, fn 12 (1989), citing <u>Scott v. United States</u>, 436 U.S. 128, 139, n. 13 (1978).

|  | Respectfully submitted,<br>Brian Kennedy, et al<br>by their counsel |
|---|---|
| Date: <u>March 23, 2007</u> | /s/Andrew M. Fischer<br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904<br>afischer@jasonandfischer.com |

kennedy\juryinstSupp02.wpd