# JASON AND FISCHER

ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617) 423-7904
FAX. (617) 451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

March 15, 2007

The Honorable Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA 02201

Re:  Brian Kennedy, et al v. Town of Billerica, et al
     C.A. No. 04-CV-12357-PBS

Dear Judge Saris:

   Please be advised that on March 15, 2007, settlement demand was forwarded to counsel for defendants in the above referenced case on behalf of the plaintiffs.

                              Yours truly,

                              Andrew M. Fischer

AMF:cpj

cc:  Leonard H. Kesten, Esquire
     Fred Gilgun, Esquire

kennedy\ltjudgesaris