UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, JR., )
MITCHELL KENNEDY AND DYLAN KENNEDY )
                Plaintiffs )
)
VS. )
)
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                Defendants )

**COURT ORDER FOR MEDICAL RECORDS
FROM MERRIMACK ORTHOPEDICS**

    It is hereby ordered that Merrimack Orthopedics of Merrimack, Massachusetts produce to Andrew Fischer, JASON & FISCHER, 47 Winter Street Boston, MA 02108, telephone number 617 423 7904 and to Attorney Leonard H. Kesten at Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, Massachusetts 02116, telephone number 617 880 7100, no later than March 28, 2007, all medical records, with no portions expunged, regarding any treatment received by Brian Kennedy, Date of Birth 9/20/66, Social Security Number 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.

                                                      _____
                                                      Patti B. Saris, District Judge
                                                      United States District Court

Dated: 3/23/07