UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, JR., )
MITCHELL KENNEDY AND DYLAN KENNEDY )
              Plaintiffs )
)
VS. )
)
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
              Defendants )

**COURT ORDER FOR MEDICAL RECORDS
FROM SAINTS MEMORIAL MEDICAL CENTER**

It is hereby ordered that the Saints Memorial Medical Center of Lowell, Massachusetts produce to Attorney Andrew Fischer, JASON & FISCHER, 47 Winter Street Boston, MA 02108, telephone number 617 423 7904, no later than March 28, 2007, all medical records, with no portions expunged, regarding any treatment received by Michelle Kennedy, Date of Birth 10/20/67, Social Security Number 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. These records are to include, but are not limited to, emergency room records relating to any treatment of Michelle Kennedy in June of 2002.

                                            _____
                                            Patti B. Saris, District Judge
                                            United States District Court

Dated: 3/23/07