UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| | \* |
| Plaintiffs | \* |
| | \* |
| v. | \* Civil Action no. 04-12357 - PBS |
| | \* |
| TOWN OF BILLERICA, et al | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION IN LIMINE TO BAR DEFENDANTS FROM USING DOCUMENTS NOT IDENTIFIED IN ADVANCE OF TRIAL PURSUANT TO THE ORDER OF THIS COURT OR FROM FILING FURTHER UNTIMELY MOTIONS TO STRIKE

Now come the plaintiffs and move this Honorable Court bar the defendants from using any documents or things not identified in any pre-trial brief or from filing any motions to strike not filed within the deadline set by the Court.

As reason, plaintiffs state that the defendants have failed to comply with the order of this Court that the defendants identify the documents and exhibits they intended to offer, which the defendants have failed to do within the deadline set by the defendants, or at all.

More specifically, upon hearing on the plaintiffs' motions in limine on March 8, 2007, which included plaintiffs' motion in limine to preclude the defendants from using the thousands of documents not produced until February, 2007, this Court ordered that the parties file trial briefs, as follows: The plaintiffs were to file a trial brief by March 16, 2007, "detailing every incident to show alleged pattern of harassment" by Friday, March 16, 2007.  [as indicated in the Electronic Clerk's notes]  The Court then ordered the defendants to file any motions to strike and "all of his designation of exhibits" [as indicated in the Electronic Clerk's notes] the following Friday, March 23, 2007.

Plaintiffs filed a lengthy trial brief on Monday, March, 19, 2007, one business day late, undersigned counsel having spent much of the intervening weekend completing the trial brief. In a rule 7.1 conference, undersigned counsel assented to a motion allowing a similar one business day to the following Monday for the defendants to file their designation of exhibits.

The defendants failed to file the motion for the additional day/weekend and did not file any trial brief until March 28, 2007. That brief contains no designation of trial exhibits. Meanwhile, the defendants continue to serve additional new documents upon the plaintiffs, the most recent having arrived Thursday, March 22, 2007, so that the unsorted, undesignated and unidentified collection of documents "produced" by the defendants now is well over 6,000. Nor have the defendants identified witnesses, other than the 413 witnesses identified in their pre-trial disclosure.

This is the same hide and seek game the defendants have played from their initial late automatic disclosure, consisting of over 2000 still unsorted, unidentified and undesignated documents. To allow the defendants to flaunt the order of this Court by failing to identify the exhibits and witnesses they intend to use at trial and leave the plaintiffs guessing as trial begins only to surprise the plaintiffs with exhibits now, on the literal eve of trial, would be to sanction the defendants' improper tactical games.

The Court should not do so, but should hold the defendants to the clear order of the Court, the same standards with which the plaintiffs worked to comply. To do otherwise would allow an unbalanced playing field. On this basis, the Court should bar the defendants from introducing any exhibits at trial or from calling any witnesses other than the seven defendants against whom this phase of the trial is proceeding.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: March 29, 2007                    /s/ Andrew M. Fischer
                                        Andrew M. Fischer
                                        BB0# 167040
                                        JASON & FISCHER
                                        47 Winter Street
                                        Boston, MA 02108
kennedy/moexcludedocsnot ided           (617) 423-7904