UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| | \* |
| Plaintiffs | \* |
| | \* |
| v. | \*   Civil Action no. 04-12357-PBS |
| | \* |
| TOWN OF BILLERICA, et al | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# PLAINTIFFS' WITNESS LIST

1. Michelle Kennedy, Billerica, MA
2. Brian Kennedy, Billerica, MA
3. Brian Kennedy, Jr., Billerica MA
4. Mitchell Kennedy, Billerica, MA
5. Dylan Kennedy, Billerica, MA
6. Dean Royston, Lowell, MA.
7. David Alghier, Greenville, South Carolina
8. Donna Guavro, Billerica, MA
9. Joyce Tibbets, Englewood, Florida
10. Teddy Gallinaro, Billerica, MA
11. Deborah Granger, Billerica, MA
12. Christine Kaiser, Billerica, MA
13. Eugene DeFrancisco, Billerica, MA
14. Dan DuFault, Billerica, MA
15. Billy Ashton, Lowell, MA
16. John Cimino, Billerica, MA
17. Michelle Spaulding, Townsend, MA
18. Mike Casey, Billerica, MA
19. Donna Murphy, Billerica, MA
20. Thomas Connors, Billerica, MA
21. William West, Billerica, MA

22. Steve Elmore, Billerica, MA
23. Tom Mixon, Billerica, MA
24. John Barretto, Billerica, MA
25. Dick Howe, Billerica, MA
26. Craig Pickering, Salem NH
27. Tracey Heffernan, Billerica, MA
28. Daniel Rosa, Billerica, MA
29. Reginald Allard, Southington, Conn.
30. Kim MacKenzie, Tyngsboro, MA
31. Christine Gilpatrick, Billerica, MA
32. Casey Heffernan, Billerica, MA
33. Ray Trainor, Billerica, MA

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: March 30, 2007

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy/witnesslist