UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV12357PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, | ) |
| Individually and as mother and next friend of | ) |
| BRIAN KENNEDY, JR., | ) |
| MITCHELL KENNEDY AND DYLAN KENNEDY | ) |
| Plaintiffs | ) |
| | ) |
| VS. | ) |
| | ) |
| TOWN OF BILLERICA, DANIEL C. ROSA, JR. | ) |
| Individually and as Chief of the Billerica Police Department, | ) |
| JOHN BARRETTO, Individually and as former Chief of the | ) |
| Billerica Police Department, PAUL W. MATTHEWS, | ) |
| Individually and as former Chief of the Billerica Police | ) |
| Department, ROBERT LEE, Individually and as former | ) |
| Deputy Chief of the Billerica Police Department, THOMAS | ) |
| CONNERS, FRANK A. MACKENZIE, RICHARD | ) |
| RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK | ) |
| TSOUKALAS, TARA CONNERS, MARTIN E. CONWAY, | ) |
| ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, | ) |
| WILLIAM MCNULTY, DONALD MACEACHERN, | ) |
| MICHAEL A. CASEY, RICHARD NESTOR, ROBERT | ) |
| BROWN, WILLIAM G. WEST, GREGORY KATZ, | ) |
| GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM | ) |
| MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY | ) |
| F. MCKENNA AND JOHN DOE, | ) |
| Defendants | |

**DEFENDANTS' REVISED PRETRIAL DISCLOSURES**

## I.    LIST OF POTENTIAL TRIAL WITNESSES

Pursuant to the Court's order, the defendants list the following witnesses whom they expect to call and those whom they may call if the need arises.  In addition the defendants reserve the right to call any witnesses from the plaintiffs list of witnesses. The defendants may call the following witnesses:

1.    Chief Daniel C. Rosa, Jr., Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

2.    Chief John Barretto (former), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

3.    Chief Paul W. Matthews (former), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

4.    Deputy Chief Robert Lee (former), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

5.    Deputy Chief Thomas Conners, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

6.    Lieutenant Frank A. MacKenzie, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

7.    Lieutenant Richard Rhonstock, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

8.    Lieutenant Robert Bailey (retired), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

9.    Sergeant John Zarro, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

10.   Officer Mark Tsoukalas, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

11.   Officer Tara Conners, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

12.   Sergeant Martin E. Conway, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

13.   Officer Andrew DeVito, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

14.   (Retired) Detective Richard Howe, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

15.   Sergeant Steven Elmore, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

16.   Captain William McNulty (retired), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

17.   Detective Donald MacEachern, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

18.   Officer Michael A. Casey, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

19.   Officer Richard Nestor, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

20.   Officer Robert Brown, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

21.   Officer William G. West, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

22.   Sergeant Gregory Katz, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

23.   Sergeant Gerald B. Roche, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

24.   Officer Brian Micciche (former), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

25.   Officer Scott Parker, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

26.   Sergeant Alan Munn (former), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

27.   Officer Timothy, F. McKenna, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

28.   Officer Michelle Farren, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

29.   Officer Phil Loranger, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

30.   Officer John Harring, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

31.   Captain Steve West (retired), Billerica Police Department 6 Good Street, Billerica, Massachusetts;

32.   Lieutenant Commander Jack Glavin, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

33.   Sergeant Mark Gualtieri, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

34.   Sergeant Roy Frost, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

35.   Lieutenant Ed O'Mahony, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

36.   Captain Dan Doyle, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

37.   Sergeant Frank Mirasolo, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

38.   Officer Paul Ringwood (retired), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

39.   Chief Alfred Donovan, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

40.   Lieutenant John Voto, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

41.   Lieutenant Dennis Peterson, Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

42.   Inspector Joe Deluca (retired), Tewksbury Police Department, 918 Main Street, Tewksbury, Massachusetts;

43.   Trooper Brian Sweet, Massachusetts State Police, Station A-3, 906 Elm Street, Concord, Massachusetts;

44.   Lieutenant Richard Prior, Massachusetts State Police, HQ, Framingham, Massachusetts;

45.   Angie Heffernan, 54 Oak Street, Billerica, Massachusetts;

46.   Scott Ashton, c/o 44 Upton Street, Billerica, Massachusetts;

47.   Dianne Ashton, 44 Upton Street, Billerica, Massachusetts;

48.   Roland G. Boucher, 191 W. 6th Street, Lowell, Massachusetts;

49.   George Woods, l/k/a 21 Bridle Road, Billerica, Massachusetts;

50.   Carolyn Woods, 17 Hlindale Drive, Hudson, Massachusetts;

51.   Mark Pagliuca, unknown address, Massachusetts;

52.   Larry Cantrell, unknown address, Massachusetts;

53.   Michael Dodge, Manager of the Lakeside Mobil Home Park, Oak Street, North Billerica, Massachusetts;

54.   Deann Masone, 181 Vale Street, Tewksbury, Massachusetts;

55.   Louis Cimmino, 128 South Street, Tewksbury, Massachusetts;

56.     Vanessa Minervini, 560 South Street, Tewksbury, Massachusetts;

57.     Christie Gilpatrick, 37 Short Street, Apartment B, Lowell, Massachusetts;

58.     Robin Benshimol, 25 Jade Street, Billerica, Massachusetts;

59.     John Keough, EMT-P, Billerica EMS Paramedics, Billerica, Massachusetts;

60.     EMT Luttrell, EMT-P, Billerica EMS Paramedics, Billerica, Massachusetts;

61.     EMT Tremblay, EMT-P, Billerica EMS Paramedics, Billerica, Massachusetts;

62.     Mr. Lunetta, EMT-P, Billerica EMS Paramedics, Billerica, Massachusetts;

63.     Robyne Reslow, 55 Wilson Street, Billerica, Massachusetts;

64.     John Gallinaro, 650 Robins Avenue, Billerica;

65.     Eugene "Butchie" Caterino, l/k/a Nashua, New Hampshire;

66.     Donna Hawkes, 153 Ipswich Street, Tewksbury, Massachusetts;

67.     Nancy Fleury, 34 Upton Street, Billerica, Massachusetts;

68.     David Fialkowsky, Bridge Street, Billerica, Massachusetts;

69.     Thomas Fialkowsky, 67 Berkley Street, Billerica, Massachusetts;

70.     Nigeal A. Griffith-Brooks, 220 Smith Street, Apartment #12, Lowell, Massachusetts.

71.     Officer Joseph Smith, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

72.     William B. Connors, Jr. Risk Management, 48 Neponset Street, Canton, Massachusetts;

73.     Brenda Ames, 109 Leicester Street, Billerica, Massachusetts;

74.     Amy Baum, l/k/a 296 Ash Street, Winchendon, Massachusetts.

The defendants also reserve the right to call any witnesses that were listed in their pre-trial disclosures.

II.  **Exhibits**

In response to the Court's order, the defendants have narrowed their exhibit list. The defendants may seek to offer any of the following documents as exhibits:

1. Drug Investigation/Billerica/Tewksbury/Kennedys/1991-1992 (Defendants' Bates: 1599-1640);

2. Billerica Police Department Investigative Action Report dated February 8, 1991 (Defendants' Bates: 1956-1958);

3. Billerica Police Department Officer's Formal Report dated June 8, 1991 (Defendants' Bates: 902-904, 950-952, 976-978, 1237-1239, 1272-1274);

4. Billerica Police Department Officer's Formal Report dated June 9, 1991 (Defendants' Bates: 910, 958, 983, 1245, 1280);

5. Billerica Police Department Officer's Formal Report dated June 13, 1991 (Defendants' Bates: 911, 959, 984, 1246, 1281);

6. Billerica Police Department Officer's Formal Report dated September 11, 1991 (Defendants' Bates: 912-914, 960-962, 985-987, 1247-1249, 1282-1284);

7. Billerica Police Department Incident Report/Roster Shift Assignments dated September 23, 1991 (Defendants' Bates: 897, 944, 970);

8. Massachusetts Fire Incident Report dated September 23, 1991 (Defendants' Bates: 896, 943, 969);

9. Handwritten Notes (Defendants' Bates: 898, 945-946, 971-972);

10. Billerica Police Department Internal Daily Log – All Shifts dated September 30, 1991 (Defendants' Bates: 917-927);

11. Billerica Police Department Internal Daily Log – All Shifts dated October 2, 1991 (Defendants' Bates: 928-940);

12. Billerica Police Department Incident Report dated October 2, 1991 (Defendants' Bates: 941);

13. Billerica Police Department Citation Report – Herbert Vacca (Defendants' Bates: 942);

14. Billerica Police Department Officer's Formal Report dated November 7, 1991 (Defendants' Bates: 915-916, 963-964, 988-989, 1250-1251, 1285-1286);

15. Billerica Police Department Police Report dated December 2001 (Defendants' Bates: 905-909, 953-957, 979-982, 1240-1244, 1275-1279);

16.    Billerica Police Department Officer's Formal Report dated December 19, 1991 (Defendants' Bates: 1008-1011);

17.    Billerica Police Department Officer's Formal Report dated August 3, 1992 (Defendants' Bates 901, 949, 975);

18.    Billerica Police Department Police Report – Statement by Kenneth Carron dated March 8, 1993 (Defendants' Bates: 895, 1007, 1046, 1124, 1192, 1215, 1380);

19.    Billerica Police Department Police Investigative Action Report dated April 10, 1993 (Defendants' Bates: 1993);

20.    Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated May 20, 1993 (Defendants' Bates: 1125-1132);

21.    Billerica Police Department Internal Daily Log/Roster-Shift Assignments 00:00 – 08:00 dated May 21, 1993 (Defendants' Bates: 1133-1136);

22.    Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated May 21, 1993 (Defendants' Bates: 1136-1144);

23.    Billerica Police Department Internal Daily Log/Roster-Shift Assignments 00:00 – 08:00 dated May 22, 1993 (Defendants' Bates: 1145-1147);

24.    Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated May 22, 1993 (Defendants' Bates: 1148-1154);

25.    Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated June 5, 1993 (Defendants' Bates: 1174-1177);

26.    Billerica Police Department Police Officer's Formal Report dated June 5, 1993 (Defendants' Bates: 1178);

27.    Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated June 19, 1993 (Defendants' Bates: 1183-1187, 1197-1201);

28.    Billerica Police Department Police Officer's Formal Report dated June 19, 1993 (Defendants' Bates: 1188-1189, 1202-1203);

29.    Billerica Police Department Police Officer's Formal Report dated June 23, 1993 (Defendants' Bates: 1190-1191. 1204-1205);

30.    Billerica Police Department Police Officer's Formal Report dated July 1, 1993 (Defendants' Bates: 1156-1158);

31.    Billerica Police Department Rap Sheet – Lynne A. Tierney (Defendants' Bates: 1155);

32.    Billerica Police Department Police Officer's Formal Report dated July 17, 1993 (Defendants' Bates: 1954-1955, 1992);

33.    Billerica Police Department Officer's Formal Report dated September 5, 1993 (Defendants' Bates: 1216-1217, 1218-1219);

34.    Billerica Police Department Booking Report, Michelle Kennedy dated September 5, 1993 (Defendants' Bates: 1220-1221);

35.    Billerica Police Department Officer's Formal Report dated September 6, 1993 (Defendants' Bates: 1222-1223);

36.    Billerica Police Department Officer's Formal Report dated July 21, 1997 (Defendants' Bates: 1230-1233, 1442-1445);

37.    Billerica Police Department Officer's Formal Report dated July 22, 1997 (Defendants' Bates: 1264-1265);

38.    Billerica Police Department Internal Daily Log/Roster-Shift Assignments 08:00 – 16:00 dated July 22, 1997 (Defendants' Bates: 1266-1270);

39.    Billerica Police Department Witness Statement Kenneth Lewis dated July 23, 1997 (Defendants' Bates: 1235-1236);

40.    Billerica Police Department Police Officer's Formal Report dated July 24, 1997 (Defendants' Bates: 1377-1379);

41.    Billerica Police Department Police Officer's Formal Report dated August 1, 1997 (Defendants' Bates: 1417-1418, 1420-1421, 1571-1572);

42.    Billerica Police Department Police Officer's Formal Report dated August 2, 1997 (Defendants' Bates: 1419, 1422, 1573);

43.    Billerica Police Department Police Officer's Formal Report dated August 8, 1997 (Defendants' Bates: 1374-1376);

44.    Application for Criminal Complaint – Brian Kennedy dated September 1, 1997 (Defendants' Bates: 1423, 1424, 1503);

45.    Billerica Police Department Police Officer's Formal Report dated September 18, 1997 (Defendants' Bates: 1976);

46.    Billerica Police Department Rap Sheet – Patricia Stickney (Defendants' Bates: 1977);

47.    Billerica Police Department Police Officer's Formal Report dated October 8, 1997 (Defendants' Bates: 1361-1363);

48.   Application for Criminal Complaint against John P. Oblenis, III dated October 8, 1997 (Defendants' Bates: 1364)

49.   Billerica Police Department Rap Sheet – John P. Oblenis III (Defendants' Bates: 1365-1366);

50.   Billerica Police Department Police Officer's Formal Report dated October 15, 1997 (Defendants' Bates: 19-20, 1410-1411);

51.   Billerica Police Department Police Officer's Formal Report dated November 12, 1997 (Defendants' Bates: 1425-1431, 1451-1457, 1504-1510);

52.   Cellular One phone bill for Hutchins, Wheeler and Dittmar, Elaine Schepici dated November 21, 1997 (Defendants' Bates: 1432, 1458, 1511);

53.   Cellular One phone bill for Tomas Conners dated November 21, 1997 (Defendants' Bates: 1433, 1459, 1512);

54.   Polaroid of Billerica Police Lieutenant's Badge (Defendants' Bates: 1434-1435, 1460-1461, 1513-1514);

55.   Billerica Police Department Police Officer's Formal Report dated December 1, 1997 (Defendants' Bates: 1372-1373);

56.   Billerica Police Department Police Officer's Formal Report dated February 20, 1998 (Defendants' Bates: 57-58);

57.   Billerica Police Department Booking Report, William Ashton, dated February 20, 1998 (Defendants' Bates: 96-97, 1833-1834);

58.   Booking Photo – William Ashton (Defendants' Bates: 100, 105, 1589, 1832);

59.   Application for Criminal Complaint dated February 20, 1998 – William Ashton (Defendants' Bates: 110, 1592, 1831);

60.   Middlesex Sheriff's Office – Cambridge Jail Active Card – William Ashton (Defendants' Bates: 101-102, 108-109, 1590-1591);

61.   Middlesex Sheriff's Office – Cambridge Jail Photo Library – William Ashton (Defendants' Bates: 103-104, 106-107, 1587-1588);

62.   Memo To Whom It May Concern from Sergeant Alan Munn dated February 20, 1998 (Defendants' Bates: 98-99);

63.   Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 - 00:00 dated February 20, 1998 (Defendants' Bates: 2059-2065);

64.   Billerica Police Department Internal Daily Log/Roster-Shift Assignments All Shifts dated February 21, 1998 (Defendants' Bates: 2066-2078);

65.    Billerica Police Department Internal Daily Log/Roster-Shift Assignments All Shifts dated February 22, 1998 (Defendants' Bates: 2079-2092);

66.    Billerica Police Department Internal Daily Log/Roster-Shift Assignments 00:00 – 08:00 dated February 23, 1998 (Defendants' Bates: 2093-2095);

67.    Billerica Police Department Police Officer's Formal Report dated September 30, 1998 (Defendants' Bates: 1370-1371);

68.    Billerica Police Department Police Investigative Action Report dated December 30, 1998 (Defendants' Bates: 1994-1995);

69.    Billerica Police Department Police Officer's Formal Report dated August 6, 1999 (Defendants' Bates: 213-214);

70.    Billerica Police Department Police Officer's Formal Report dated October 7, 1999 (Defendants' Bates: 1367-1369);

71.    Billerica Police Department Police Officer's Formal Report dated January 12, 2000 (Defendants' Bates: 1963-1964, 2002-2003);

72.    Billerica Police Department Police Officer's Formal Report dated January 18, 2000 (Defendants' Bates: 1987-1991, 2004-2007);

73.    Billerica Police Department Police Officer's Formal Report dated January 19, 2000 (Defendants' Bates 1985);

74.    Billerica Police Department Police Officer's Formal Report dated January 19, 2000 (Defendants' Bates 1986);

75.    Billerica Police Department Officer's Formal Report dated January 23, 2000 (Defendants' Bates: 2096-2097);

76.    Application for Criminal Complaint – Brian Kennedy dated January 23, 2000 (Defendants' Bates: 259);

77.    Application for Criminal Complaint – Michelle Kennedy dated January 23, 2000 (Defendants' Bates: 260);

78.    Application for Criminal Complaint – Daniel Dufault dated January 23, 2000 (Defendants' Bates: 261);

79.    Billerica Police Department Police Officer's Formal Report dated January 19, 2000 (Defendants' Bates: 239-240);

80.    Billerica Police Department Interrogation Detail Report, Brian Kennedy dated February 29, 2000 (Defendants' Bates: 840);

81. State Narcotics Index & Pointer System, Field Interrogation and/or Observation Report – Brian Kennedy, dated February 29, 2000 (Defendants' Bates: 2008, 2011);

82. State Narcotics Index & Pointer System, Field Interrogation and/or Observation Report – Michelle Kennedy, dated February 29, 2000 (Defendants' Bates: 2009, 2010);

83. State Narcotics Index & Pointer System, Field Interrogation and/or Observation Report – Michelle Kennedy, dated March 30, 2000 (Defendants' Bates: 2012);

84. Billerica Police Department Police Officer's Formal Report dated May 8, 2000 (Defendants' Bates: 1961);

85. Billerica Police Department Police Officer's Formal Report dated June 24, 2000 (Defendants' Bates: 616-617);

86. Billerica Police Department Police Officer's Formal Report dated August 5, 2000 (Defendants' Bates: 1983-1984, 2013);

87. Billerica Police Department Police Officer's Formal Report dated August 30, 2000 (Defendants' Bates: 1962);

88. Billerica Police Department Police Investigative Action Report dated September 22, 2000 (Defendants' Bates: 1965-1971);

89. Billerica Police Department Police Officer's Formal Report dated October 17, 2000 (Defendants' Bates: 1981-1982);

90. Billerica Police Department Police Officer's Formal Report dated December 22, 2000 (Defendants' Bates: 316-317);

91. Billerica Police Department Police Officer's Formal Report dated June 30, 2001 (Defendants' Bates: 1978-1980, 2016-2017);

92. CJIS Warrant for Michelle Kennedy dated July 2, 2001 (Defendants' Bates: 387, 388, 1781, 1782);

93. Billerica Police Department Police Officer's Formal Report dated July 20, 2001 (Defendants' Bates: 237-238, 358-359, 360-361);

94. Commonwealth of Massachusetts Michelle Kennedy's Promise to Appear dated July 20, 2001 (Defendants' Bates: 389, 390, 1783, 1784);

95. Billerica Police Department Internal Daily Log/Roster Shift Assignments All Shifts dated July 20, 2001 (Defendants' Bates: 341-357);

96.   Billerica Police Department Internal Daily Log / Roster Shift Assignments 00:00 - 08:00 dated July 22, 2001 (Defendants' Bates: 377-380);

97.   Billerica Police Department Booking Report, Michelle Kennedy dated July 22, 2001 (Defendants' Bates: 385-386);

98.   Billerica Police Department Police Officer's Formal Report dated July 22, 2001 (Defendants' Bates: 381-384);

99.   Billerica Police Department Police Officer's Formal Report dated July 29, 2001 (Defendants' Bates: 2014-2015);

100.  Billerica Police Department Police Officer's Formal Report dated August 6, 2001 (Defendants' Bates: 1974-1975, 2020);

101.  Billerica Police Department Police Officer's Formal Report dated August 9, 2001 (Defendants' Bates: 619-620, 2018-2019);

102.  Billerica Police Department Police Officer's Formal Report dated September 9, 2001 (Defendants' Bates: 1959-1960);

103.  Billerica Police Department Citation Report – Francis St. John (Defendants' Bates: 990);

104.  Massachusetts Registry of Motor Vehicles Driver History – Francis St. John (Defendants' Bates: 991-992);

105.  CJIS Warrant for Brian Kennedy dated November 9, 2001 (Defendants' Bates: 584, 1538, 1720);

106.  Billerica Police Department Booking Report, Brian Kennedy, dated November 9, 2001 (Defendants' Bates: 479-481, 583, 1537, 1567, 1570, 1721-1722);

107.  Billerica Police Department Booking Report, Michelle Kennedy, dated November 9, 2001 (Defendants' Bates: 484-485, 547-548, 1807-1808, 1809-1810, 1811-1812, 1813-1814, 1815-1816);

108.  Billerica Police Department Booking Report, Amy Baum, dated November 9, 2001 (Defendants' Bates 486-488);

109.  Billerica Police Department Booking Report, John Cimmino, dated November 9, 2001 (Defendants' Bates: 489-490);

110.  Billerica Police Department Booking Report, William Ashton, dated November 9, 2001 (Defendants' Bates: 482-483);

111.  Billerica Police Department Officer's Formal Report dated November 9, 2001 (Defendants' Bates: 435-440, 461-467, 533-539, 585-591);

112. Billerica Police Department Incident Report/Roster Shift Assignments dated November 9, 2001 (Defendants' Bates: 468, 540, 582);

113. Billerica Police Department Internal Daily Log/Roster Shift Assignments dated November 9, 2001, 16:00 – 00:00 (Defendants' Bates: 592-600);

114. Billerica Police Department Incident Report/Roster Shift Assignments 00:00 – 08:00 dated November 9, 2001 (Defendants' Bates: 528-532);

115. Billerica Police Department Internal Daily Log/All Shifts dated November 9, 2001 (Defendants' Bates: 441-460);

116. Billerica Police Department Statement by Deann Masone dated November 9, 2001 (Defendants' Bates: 469-470, 471-472, 541-542);

117. Billerica Police Department Statement by Christie Gilpatrick undated (Defendants' Bates: 473-474, 543-544);

118. Billerica Police Department Statement by Vanessa Minervini dated November 9, 2001 (Defendants' Bates 475-476, 477-478, 545-546);

119. Receipt signed by Amy Baum and Brian Kennedy dated November 10, 2001 (Defendants' Bates: 1569, 1723, 1724);

120. Receipt signed by Thomas F. Mixon dated November 11, 2001 (Defendants' Bates: 1568, 1725, 1726);

121. Billerica Police Department Witness Statement, Tracey Heffernan dated November 29, 1991 (Defendants' Bates: 196-198, 286-288, 415-417, 549-551, 868-870, 965-967, 995-997, 1016-1018, 1094-1096, 1160-1162, 1179-1181, 1206-1208, 1530-1532, 1824-1826);

122. Billerica Police Department (Amended) Witness Statement, Tracey Heffernan dated November 29, 2001 (Defendants' Bates: 199, 289, 418, 552, 968, 998, 1019, 1097, 1159, 1182, 1209, 1533, 1827);

123. Billerica Police Department Witness Statement, Craig Pickering dated November 30, 2001 (Defendants' Bates: 200-201, 290-291, 412-413, 561-562, 563-564, 878-879, 1028-1029, 1105-1106, 1210-1211, 1212-1213, 1534-1535, 1828-1829);

124. Billerica Police Department (Amended) Witness Statement, Craig Pickering dated November 30, 2001 (Defendants' Bates: 202, 292-293, 414, 565, 880, 1020, 1107, 1214, 1536, 1830);

125. Billerica Police Department Police Officer's Formal Report dated December 24, 2001 (Defendants' Bates: 1972);

126. Commonwealth's Statement of the Case re: Commonwealth v. William Ashton, Michelle Kennedy, Brian Kennedy (Defendants' Bates: 491-494, 495-498);

127. Billerica Police Department Rap Sheet – Brian Kennedy (Defendants' Bates: 158-163);

128. Billerica Police Department Rap Sheet – Brian Kennedy (Defendants' Bates: 766-772, 773-779);

129. Billerica Police Department Rap Sheet – Brian Kennedy (Defendants' Bates: 763-764);

130. CORI – Brian Kennedy (Defendants' Bates: 164-173, 249-258, 270-279, 419-428, 515-524, 1254-1263, 1467-1476, 1539-1548, 1641-1650, 1651-1660);

131. Massachusetts Registry of Motor Vehicles Driver History – Brian Kennedy (Defendants' Bates: 25-27, 174-176, 1072-1074, 1303-1305, 1306-1308, 1412-1414, 1661-1663, 1664-1666, 1685-1687, 1688-1690);

132. Massachusetts Registry of Motor Vehicles Drivers History – Brian Kennedy (Defendants' Bates: 177, 1093, 1327, 1416);

133. Massachusetts Registry of Motor Vehicles Driver History – Brian Kennedy (Defendants' Bates: 799-806);

134. Billerica Police Department Citation Report – Brian Kennedy (Defendants' Bates 1-18, 178-195, 1075-1092, 1309-1326, 1392-1409, 1549-1566, 1667-1684);

135. Billerica Police Department Citation Report – Brian Kennedy (Defendants' Bates: 1415);

136. CJIS Web RMV License Details for Brian Kennedy (Defendants' Bates: 780);

137. Massachusetts Registry of Motor Vehicles Driver History – Michelle Kennedy (Defendants' Bates: 21-24, 122-125, 373-376, 1047-1050, 1298-1301, 1691-1694, 1695-1698, 1777-1780);

138. Massachusetts Registry of Motor Vehicles Driver History – Michelle Kennedy (Defendants' Bates: 781-787);

139. Massachusetts Registry of Motor Vehicles Drivers History – Michelle Kennedy (Defendants' Bates: 157, 1071, 1302, 1733, 1734);

140. CJIS Web RMV License Details for Michelle Kennedy (Defendants' Bates: 765);

141. Billerica Police Department Rap Sheet – Michelle Kennedy (Defendants' Bates: 111-115);

142. Billerica Police Department Rap Sheet – Michelle Kennedy (Defendants' Bates: 749-755, 756-762);

143. CORI – Michelle St. John (Defendants' Bates: 116-121, 243-248, 280-285, 391-396, 429-434, 509-514, 1381-1386, 1477-1482);

144. Billerica Police Department Citation Report – Michelle Kennedy (Defendants' Bates: 28-38, 126-136, 362-372, 1051-1061, 1287-1297);

145. Billerica Police Department Citation Report – Michelle Kennedy (Defendants' Bates: 612);

146. Billerica Police Department Citation Report – Michelle Kennedy (Defendants' Bates: 820-821);

147. CORI – John Oblenis (Defendants' Bates: 1387-1388);

148. CORI – Amy Baum (Defendants' Bates: 525-527, 1389-1391, 1574-1576);

149. CORI – William Ashton (Defendants' Bates: 47-53, 499-505, 1483-1489, 1493-1499, 1520-1526, 1577-1583);

150. Civil Restraining Order Scott Ashton v. William Ashton (Defendants' Bates: 54, 506, 1490, 1500, 1527, 1584);

151. Civil Restraining Orders Dianne Ashton v. William Ashton (Defendants' Bates: 55-56, 507-508, 1491-1492, 1501-1502, 1528-1529, 1585-1586);

152. CORI – Paul Parent (Defendants' Bates: 1012);

153. Billerica Police Department Rap Sheet – Paul Parent (Defendants' Bates: 1015);

154. Billerica Police Department Rap Sheet – William Ashton (Defendants' Bates: 43-46);

155. Billerica Police Department Rap Sheet – William Ashton (Defendants' Bates: 788-792, 794-798);

156. CJIS Web RMV License Details for William Ashton (Defendants' Bates: 793);

157. Billerica Police Department Rap Sheet – Tracey Heffernan (Defendants' Bates: 553-554, 871-872, 999-1000);

158.   Billerica Police Department Rap Sheet – Tracey Heffernan (Defendants'
       Bates: 1021-1022, 1103-1104);

159.   CORI – Tracey Heffernan (Defendants' Bates: 555-560, 873-877, 1023-1027,
       1098-1102, 1819-1823);

160.   CORI – Tracey Heffernan (Defendants' Bates: 1001-1003);

161.   Civil Restraining Order Donna Toussaint v. Tracey Heffernan
       (Defendants' Bates: 1004-1006);

162.   CORI – Craig Pickering (Defendants' Bates: 885-894);

163.   CORI – Craig Pickering (Defendants' Bates: 570-581, 1034-1045, 1112-
       1123);

164.   Billerica Police Department Rap Sheet – Craig Pickering (Defendants'
       Bates: 566-569, 881-884, 1030-1033, 1108-1111);

165.   Billerica Police Department Rap Sheet – Eugene DeFrancisco (Defendants'
       Bates: 1449-1450, 1817-1818);

166.   CORI – Eugene DeFrancisco  (Defendants' Bates: 1252-1253, 1447-1448);

*167*.   CORI – Daniel Dufault (Defendants' Bates: 2029-2034);

*168*.   Billerica Police Department Rap Sheet – Daniel Dufault (Defendants'
       Bates: 2035-2038);

169.   Civil Restraining Order Tina Huber v. Daniel Dufault (Defendants' Bates:
       2039);

170.   Civil Restraining Order Danielle Honnors v. Daniel Dufault (Defendants'
       Bates: 2040);

171.   Civil Restraining Orders Dennis William Pelland v. Daniel Dufault
       (Defendants' Bates: 2041, 2044);

172.   Civil Restraining Order Sarah Green v. Daniel Dufault (Defendants' Bates:
       2042);

173.   Civil Restraining Orders Lauren Hurley v. Daniel Dufault (Defendants'
       Bates: 2043, 2045);

174.   Civil Restraining Order Lauren Hurley/Janet Stevenson v. Daniel Dufault
       (Defendants' Bates: 2046);

175.   CORI – Jared Corner (Defendants' Bates: 262-266);

176.    Civil Restraining Orders Tara Elnaket v. Jared Corner (Defendants' Bates: 267-269);

177.    CORI – Michael Brian Kennedy (Defendants' Bates: 1193-1196)

178.    Billerica Police Department Rap Sheet – George Brooks (Defendants' Bates: 618);

179.    Billerica Police Department Rap Sheet – Mitchell Kennedy (Defendants' Bates: 621);

180.    Billerica Police Department Internal Daily Log/Roster-Shift Assignments 08:00 – 16:00 dated January 28, 2002 (Defendants' Bates: 1593-1598);

181.    Billerica Police Department Officer's Formal Report dated February 12, 2002 (Defendants' Bates: 823-824, 2023-2024);

182.    Billerica Police Department Internal Daily Log dated February 22, 2002 (Defendants' Bates: 79-92);

183.    Billerica Police Department Internal Daily Log/Roster Shift Assignments dated February 23, 2002 (Defendants' Bates: 93-95);

184.    Billerica Police Department Internal Daily Log dated February 28, 2002, 16:00 – 00:00 (Defendants' Bates: 59-65);

185.    Billerica Police Department Internal Daily Log/Roster Shift Assignments dated February 28, 2002 (Defendants' Bates: 66-78);

186.    Billerica Police Department Police Officer's Formal Report dated March 8, 2002 (Defendants' Bates: 1973);

187.    Billerica Police Department Officer's Formal Report dated March 18, 2002 (Defendants' Bates: 862, 2022);

188.    Billerica Police Department Incident Report dated March 31, 2002 (Defendants' Bates: 604);

189.    Billerica Police Department Incident Report/Roster Shift Assignments dated March 31, 2002 (Defendants' Bates: 605);

190.    Billerica Police Department Officer's Formal Report dated April 3, 2002 (Defendants' Bates: 606-607);

191.    Memo to Chief Daniel Rosa from Lieutenant Tom Greenhalgh dated April 3, 2002 (Defendants' Bates: 608);

192.    Statement of Detective Richard Howe, dated April 3, 2002 (Defendants' Bates: 241-242);

193.    Statement of Frederick Kendall taken by Detective Richard Howe, dated April 3, 2002 (Defendants' Bates: 409, 1234, 1271, 1446);

194.    Statement of David Lumbert taken by Detective Richard Howe, dated April 17, 2002 (Defendants' Bates: 410-411, 1013-1014);

195.    Statement of Tina Huber taken by Detective Richard Howe, undated (Defendants' Bates: 993, 994);

196.    Billerica Police Department Officer's Formal Report dated April 18, 2002 (Defendants' Bates: 609-611);

197.    Billerica Police Department Investigative Action Report, Patrolmen John Zarro, dated April 18, 2002 (Defendants' Bates: 2047-2048);

198.    Billerica Police Department Investigative Action Report, Detective Frost, dated April 18, 2002 (Defendants' Bates: 2049-2050);

199.    Billerica Police Department Officer's Formal Report dated May 3, 2002 (Defendants' Bates: 814-815, 822);

200.    Billerica Police Department Officer's Formal Report dated June 8, 2002 (Defendants' Bates: 613);

201.    Billerica Police Department Incident Report/Roster Shift Assignments dated June 8, 2002 (Defendants' Bates: 614);

202.    Billerica Police Department Incident Report/Roster Shift Assignments dated June 9, 2002 (Defendants' Bates: 615);

203.    Billerica Police Department Officer's Formal Report dated July 26, 2002 (Defendants' Bates: 825-826);

204.    Billerica Police Department Officer's Formal Report dated August 21, 2002 (Defendants' Bates: 851);

205.    Billerica Police Department Officer's Formal Report dated August 22, 2002 (Defendants' Bates: 827-828);

206.    Billerica Police Department Officer's Formal Report dated August 23, 2002 (Defendants' Bates: 829-830);

207.    Billerica Police Department Officer's Formal Report dated September 2, 2002 (Defendants' Bates: 816);

208.    Billerica Police Department Officer's Formal Report dated September 7, 2002 (Defendants' Bates: 622-623);

209. Billerica Police Department Incident Report/Roster Shift Assignments dated September 7, 2002 (Defendants' Bates: 624);

210. Billerica Police Department Incident Report/Medical dated September 7, 2002 (Defendants' Bates: 625);

211. Billerica Police Department Internal Daily Log/Roster-Shift Assignments All Shifts dated September 7, 2002 (Defendants' Bates: 626-643);

212. Billerica Police Department Officer's Formal Report dated September 22, 2002 (Defendants' Bates: 817, 818-819);

213. Billerica Police Department Officer's Formal Report dated March 6, 2003 (Defendants' Bates: 644-645);

214. Billerica Police Department Officer's Formal Report dated March 6, 2003 (Defendants' Bates: 646-648);

215. Billerica Police Department Booking Report – Michelle Kennedy dated March 6, 2003 (Defendants' Bates: 649-653);

216. Billerica Police Department Officer's Formal Report dated March 6, 2003 (Defendants' Bates: 860-861);

217. Billerica Police Department Officer's Formal Report dated March 7, 2003 (Defendants' Bates: 857-859);

218. Billerica Police Department Officer's Formal Report dated April 12, 2003 (Defendants' Bates: 831);

219. Billerica Police Department Officer's Formal Report dated April 12, 2003 (Defendants' Bates: 832-833);

220. Billerica Police Department Incident Report dated February 11, 2004 (Defendants' Bates: 842);

221. Billerica Police Department Officer's Formal Report dated February 20, 2004 (Defendants' Bates: 654-655);

222. Billerica Police Department Booking Report Juvenile Arrest – Mitchell Kennedy dated February 20, 2004 (Defendants' Bates: 656-660);

223. Billerica Police Department Officer's Formal Report dated April 8, 2004 (Defendants' Bates: 855-856);

224. Billerica Police Department Officer's Formal Report dated May 13, 2004 (Defendants' Bates: 843-844, 863-864);

225. Billerica Police Department Officer's Formal Report dated May 17, 2004 (Defendants' Bates: 663-664);

226. Billerica Police Department Incident Report dated May 17, 2004 (Defendants' Bates: 665);

227. Billerica Police Department Incident Report/Roster-Shift Assignments dated May 17, 2004 (Defendants' Bates: 666);

228. Billerica Police Department Officer's Formal Report dated May 18, 2004 (Defendants' Bates: 667-669);

229. Billerica Police Department Incident Report/Roster-Shift Assignments dated May 18, 2004 (Defendants' Bates: 670-672);

230. Billerica Police Department Internal Daily Log All Shifts/Roster-Shift Assignments dated May 18, 2004 (Defendants' Bates: 673-693);

231. Billerica Police Department Officer's Formal Report dated May 18, 2004 (Defendants' Bates: 661-662);

232. Billerica Police Department Officer's Formal Report dated July 15, 2004 (Defendants' Bates: 694-695);

233. Billerica Police Department Officer's Formal Report dated July 26, 2004 (Defendants' Bates: 845-846);

234. Billerica Police Department Officer's Formal Report dated August 3, 2004 (Defendants' Bates: 834-837);

235. Billerica Police Department Officer's Formal Report dated September 15, 2004 (Defendants' Bates: 838-839, 847-848);

236. Billerica Police Department Internal Daily Log All Shifts/Roster-Shift Assignments dated October 2, (Defendants' Bates: 697-719);

237. Billerica Police Department Internal Daily Log All Shifts/Roster-Shift Assignments dated October 3, 2004 (Defendants' Bates: 720-741);

238. Billerica Police Department Officer's Formal Report dated October 8, 2004 (Defendants' Bates: 807-808);

239. Billerica Police Department Officer's Formal Report dated October 10, 2004 (Defendants' Bates: 809-811);

240. Billerica Police Department Officer's Formal Report dated October 28, 2004 (Defendants' Bates: 742-744);

241. Billerica Police Department Booking Report, Brian Kennedy, dated October 28, 2004 (Defendants' Bates: 745-747);

242. Billerica Police Department Incident Report dated October 28, 2004 (Defendants' Bates: 748);

243. Billerica Police Department Officer's Formal Report dated November 7, 2004 (Defendants' Bates: 812-813);

244. Billerica Police Department Officer's Formal Report dated November 20, 2004 (Defendants' Bates: 849-850);

245. Lowell Police Department Incident Report dated August 5, 1999 (Defendants' Bates: 206-207);

246. Lowell Police Department Incident Report dated August 7, 1999 (Defendants' Bates: 208-210);

247. Lowell Police Department Incident Report dated August 11, 1999 (Defendants' Bates: 211-212);

248. Lowell Police Department Incident Report dated September 2, 1999 (Defendants' Bates: 1998-1999);

249. Lowell Police Department Incident Report dated September 11, 1999 (Defendants' Bates: 2000-2001);

250. Lowell Police Department Incident Report dated August 3, 2003 (Defendants' Bates: 2051-2058);

251. Ayer Police Department Police Incident Report dated August 12, 1999 (Defendants' Bates: 1996-1997);

252. Chelmsford Police Officer's Formal Report dated June 6, 1994 (Defendants' Bates: 2025-2028);

253. New Hampshire State Police Arrest Report dated July 14, 1999 (Defendants' Bates: 137-145, 226-234, 294-302, 332-340, 1062-1070, 1328-1336, 1711-1719, 1735-1743, 1744-1752);

254. Salem Police Department Investigation dated September 7, 1999 (Defendants' Bates: 146-156, 215-225, 303-313, 318-329, 1163-1173, 1337-1347, 1348-1360, 1699-1710, 1753-1764, 1765-1776, 1785-1795, 1796-1806);

255. Massachusetts State Police Record of Investigation dated July 20, 2001 (Defendants' Bates: 235-236, 314-315, 330-331);

256. CORI – Casey Heffernan (Defendants' Bates: 1224-1227);

257.    Billerica Police Department Rap Sheet – Casey Heffernan (Defendants' Bates: 1228-1229);

258.    Statement by Michelle Kennedy dated January 2, 2002 (Defendants' Bates: 203-205, 397-399, 400-402, 1727-1729, 1730-1732);

259.    Memo to Peter Maguire, Pam Lakin and Mary Hintz from Tara Conners dated January 7, 2002 (Defendants' Bates: 403-404, 405-406);

260.    Letter to Mr. and Mrs. Brian Kennedy from Peter Maguire dated January 10, 2002 (Defendants' Bates: 407, 408);

261.    Tewksbury Police Department Master Card Detail Listing – Michelle Kennedy, Last Activity Date April 10, 2002 (Defendants' Bates: 1835-1836);

262.    Tewksbury Police Department Incident Report dated June 28, 1990 (Defendants' Bates: 1837-1838);

263.    Tewksbury Police Department Incident Report dated July 27, 1990 (Defendants' Bates: 1930-1931);

264.    Tewksbury Police Department Incident Report dated February 1, 1991 (Defendants' Bates: 1839);

265.    Tewksbury Police Department Incident Report dated March 3, 1991 (Defendants' Bates: 1840);

266.    Tewksbury Police Department Incident Report dated May 7, 1991 (Defendants' Bates: 1841-1842);

267.    Tewksbury Police Department Incident Report dated May 9, 1991 (Defendants' Bates: 1843-1844);

268.    Tewksbury Police Department Incident Report dated July 15, 1991 (Defendants' Bates: 1845);

269.    Tewksbury Fire Department Run Report dated September 23, 1991 (Defendants' Bates: 899-900, 947-948, 973-974);

270.    Tewksbury Police Department Incident Report dated November 7, 1991 (Defendants' Bates: 1846-1847);

271.    Tewksbury Police Department Incident Report dated November 15, 1991 (Defendants' Bates: 1848-1849);

272.    Tewksbury Police Department Incident Report dated December 16, 1991 (Defendants' Bates: 1850-1851);

273.   Tewksbury Police Department Incident Report dated January 20, 1992
       (Defendants' Bates: 1852, 1932);

274.   Tewksbury Police Department Incident Report dated May 25, 1992
       (Defendants' Bates: 1933);

275.   Tewksbury Police Department Incident Report dated August 2, 1992
       (Defendants' Bates: 1853);

276.   Tewksbury Police Department Incident Report dated April 22, 1993
       (Defendants' Bates: 1854-1855);

277.   Tewksbury Police Department Incident Report dated May 8, 1993
       (Defendants' Bates: 1934);

278.   Tewksbury Police Department Incident Report dated May 29, 1993
       (Defendants' Bates: 1856-1857);

279.   Tewksbury Police Department Incident Report dated August 2, 1993
       (Defendants' Bates: 1858-1859);

280.   Tewksbury Police Department Incident Report dated August 7, 1993
       (Defendants' Bates: 1935);

281.   Tewksbury Police Department Incident Report dated August 12, 1993
       (Defendants' Bates: 1860-1861);

282.   Tewksbury Police Department Incident Report dated November 27, 1993
       (Defendants' Bates: 1862-1863);

283.   Tewksbury Police Department Incident Report dated July 27, 1994
       (Defendants' Bates: 1936);

284.   Tewksbury Police Department Incident Report dated August 30, 1994
       (Defendants' Bates: 1937);

285.   Tewksbury Police Department Incident Report dated January 12, 1995
       (Defendants' Bates: 1938);

286.   Tewksbury Police Department Incident Report dated August 15, 1995
       (Defendants' Bates: 1864-1865);

287.   Tewksbury Police Department Incident Report dated April 26, 1996
       (Defendants' Bates 1866-1868);

288.   Tewksbury Police Department Incident Report dated April 27, 1996
       (Defendants' Bates: 1869-1870);

289.    Tewksbury Police Department Incident Report dated January 4, 1997 (Defendants' Bates: 1871-1872);

290.    Tewksbury Police Department Incident Report dated January 13, 1997 (Defendants' Bates: 1939);

291.    Tewksbury Police Department Incident Report dated April 13, 1997 (Defendants' Bates: 1873);

292.    Tewksbury Police Department Incident Report dated June 22, 1997 (Defendants' Bates: 1874-1875);

293.    Tewksbury Police Department Incident Report dated October 6, 1997 (Defendants' Bates: 1876);

294.    Tewksbury Police Department Incident Report dated January 15, 1998 (Defendants' Bates: 1877-1880);

295.    Tewksbury Police Department Incident Report dated February 7, 1998 (Defendants' Bates: 1881-1882);

296.    Statement by Scott Ashton dated February 18, 1998 (Defendants' Bates: 1436-1437, 1462, 1515);

297.    Tewksbury Police Department Incident Report dated February 20, 1998 (Defendants' Bates: 39-40, 1439-1440, 1464-1465, 1517-1518, 1883-1884);

298.    Handwritten map of location of Lieutenant Conners' badge allegedly drawn by Daniel Dufault (Defendants' Bates: 41, 1438, 1463, 1516);

299.    Consent to Search dated February 20, 1998 (Defendants' Bates: 42, 1441, 1466, 1519);

300.    Tewksbury Police Department Incident Report dated June 27, 1998 Defendants' Bates: 1885-1888);

301.    Tewksbury Police Department Incident Report dated November 19, 1998 (Defendants' Bates: 1889);

302.    Tewksbury Police Department Incident Report dated December 3, 1998 (Defendants' Bates: 1890);

303.    Tewksbury Police Department Incident Report dated January 9, 1999 (Defendants' Bates: 1891);

304.    Tewksbury Police Department Incident Report dated February 2, 1999 (Defendants' Bates: 1940);

305.    Tewksbury Police Department Incident Report dated April 9, 1999
        (Defendants' Bates: 1941-1943);

306.    Tewksbury Police Department Incident Report dated May 30, 1999
        (Defendants' Bates: 1892-1893);

307.    Tewksbury Police Department Incident Report dated August 15, 1999
        Defendants' Bates: 1894-1895);

308.    Tewksbury Police Department Incident Report dated September 21, 1999
        (Defendants' Bates: 1896-1897);

309.    Tewksbury Police Department Incident Report dated September 27, 1999
        (Defendants' Bates: 1898-1900);

310.    Tewksbury Police Department Incident Report dated September 30, 1999
        (Defendants' Bates: 1901-1902);

311.    Tewksbury Police Department Incident Report dated October 31, 1999
        (Defendants' Bates: 1903-1904, 1944-1945);

312.    Tewksbury Police Department Incident Report dated October 31, 1999
        (Defendants' Bates: 1905-1907);

313.    Tewksbury Police Department Incident Report dated November 24, 1999
        (Defendants' Bates: 1908-1910);

314.    Tewksbury Police Department Incident Report dated November 27, 1999
        (Defendants' Bates: 1946-1948, 1950-1952);

315.    Tewksbury Police Department Incident Report dated December 8, 1999
        (Defendants' Bates: 1949);

316.    Tewksbury Police Department Incident Report dated December 23, 1999
        (Defendants' Bates: 1911);

317.    Tewksbury Police Department Incident Report dated January 12, 2000
        (Defendants' Bates: 1912);

318.    Tewksbury Police Department Incident Report dated January 26, 2000
        (Defendants' Bates: 1913-1914);

319.    Tewksbury Police Department Incident Report dated August 25, 2000
        (Defendants' Bates: 1915-1916);

320.    Tewksbury Police Department Incident Report dated October 21, 2000
        (Defendants' Bates: 1917);

321.  Tewksbury Police Department Incident Report dated June 15, 2001 (Defendants' Bates: 1953);

322.  Tewksbury Police Department Incident Report dated September 22, 2001 (Defendants' Bates: 1918);

323.  Tewksbury Police Department Incident Report dated October 1, 2001 Defendants' Bates: 1919-1921);

324.  Tewksbury Police Department Incident Report dated November 24, 2001 (Defendants' Bates: 1922-1923);

325.  Tewksbury Police Department Incident Report dated February 11, 2002 (Defendants' Bates: 1924-1925);

326.  Tewksbury Police Department Incident Report dated April 10, 2002 (Defendants' Bates: 1926);

327.  Tewksbury Police Department Master Card Detail Listing – Brian Kennedy, Last Activity Date February 19, 2002 (Defendants' Bates: 1927-1929);

328.  Statement by Sergeant John Voto undated (Defendants' Bates: 2021);

329.  Tewksbury Public Safety Incident Report dated December 15, 2003 (Defendants' Bates: 601-603);

330.  Billerica Police Statement Form – Dianne Ashton dated December 16, 2005 (Defendants' Bates: 2098);

331.  Temporary Warrant for William R. Ashton dated December 17, 2002 (Defendants' Bates: 2099);

332.  Abuse Prevention Order – Dianne Ashton v. William Ashton (Defendants' Bates: 2100-2101);

333.  CJIS Warrant for Michelle Kennedy dated March 6, 2003 (Defendants' Bates: 2102-2104);

334.  Billerica Police Department Officer's Formal Report dated July 30, 2003 (Defendants' Bates: 2110-2111);

335.  Documents responsive to a subpoena sent to the Richard Montuori, Town Manager on January 10, 2005 (Defendants' Bates: 2112-2828);

336.  Personnel Files: (1) Chief Daniel Rosa, (2) Sergeant Steve Elmore, (3) Michael Casey, (4) Martin Conway, (5) Mark D. Tsoukalas, (6) Thomas J. Conners and (7) Lieutenant Frank MacKenzie (Defendants' Bates 2829-3396);

337.   The Domestic Violence Law Enforcement Guidelines 2002 (Defendants' Bates 3397-3422);

338.   Notes, complaints, reports relative to the plaintiffs from file of Billerica Police Captain William West (Defendants' Bates 3423-3483);

339.   Billerica Police Report dated 07/01/93 (Glavin) (Defendants' Bates 3484-3486);

340.   Billerica Police Department Rules and Regulations (Foreword) (Defendants' Bates 3487-3506);

341.   Billerica Police Department complaint form (Defendants' Bates 3507-3508);

342.   Billerica Police Department policies and procedures (new policies) (Defendants' Bates 3509-3538);

343.   Billerica Police Department police manual, policies and procedures (Defendants' Bates 3539-4541);

344.   Documents from Michael Dodge (Defendants' Bates 4593-4700);

345.   Billerica Police Department report dated 11/02/05 (Defendants' Bates 4701-4704);

346.   Billerica Town Manager's file relative to the Kennedys (Defendants' Bates 4705-4732);

347.   Lahey Clinic Records – Michelle Kennedy (Defendants' Bates 5337-5354);

348.   Lahey Clinic Records – Brian Kennedy (Defendants' Bates 5355-5481);

349.   Letter from Billerica Public Schools to Michelle Kennedy re: tuition bill (Defendants' Bates 5499-5500);

350.   Letter from Dr. Robert J. Calabrese dated June 22, 1988 to Michelle St. John re: residency (Defendants' Bates 5502);

351.   Tender of Plea or Admission Waiver of Rights form for Michelle Kennedy re: docket no. 9711CR 8186, dated February 12, 1998 (Defendants' Bates 5508-5509);

352.   Kenneth Carron Rap Sheet (Defendants' Bates 5511-5514);

353.   Four photographs from Billerica Police Department case no. 127178 (two of Michelle Kennedy and two of Amy Baum), October 8, 1997 (Defendants' Bates 5519-5522);

354.  19 Photographs (19 separate photos) from November 9, 2001 incident (Defendants' Bates 5534-5552);

355.  5 Photographs (all on 1 page) re: Billerica Police Department case #123379 of July 21, 1997 incident involving Josh Clark and John Oblenis (Defendants' Bates 5553);

356.  5 Photographs (on 2 separate pages) re:  December 1, 1997 incident, Billerica Police Department case #129677 (previously identified in report Defendants' bate stamped #1372-1373) (Defendants' Bates 5554-5555);

357.  Billerica Police Statement Form Nancy Fleury dated May 21, 2002 (Defendants' Bates 5556-5557);

358.  Photographs from the November 9, 2001 Incident (Defendants' Bates 5568-5575);

359.  Massachusetts State Police Middlesex Narcotic Unit, November 16, 1992 (Defendants' Bates 5576-5590);

360.  Rap Sheet – Michelle Kennedy (Defendants' Bates 5594-5597);

361.  Billerica Police Department Daily Arrest Report dated May 11, 1980 – Michelle St. John (Defendants' Bates 5598);

362.  Promise of Parents, et al for Appearance of Child Released from Arrest dated May 11, 1980 – Michelle St. John (Defendants' Bates 5599);

363.  Billerica Police Department Booking Report – Michelle Kennedy dated June 8, 1993 (Defendants' Bates 5600-5601);

364.  Billerica Police Department Booking Report – Michelle Kennedy dated June 14, 1991 (Defendants' Bates 5602-5603);

365.  Billerica Police Department Booking Report – Michelle Kennedy dated October 14, 1993 (Defendants' Bates 5606-5607);

366.  Billerica Police Department Booking Report – Michelle Kennedy dated August 7, 1995 (Bates 5608-5609);

367.  CJIS Query – Michelle Kennedy dated October 25, 1999 (Bates 5610-5611);

368.  CORI – Michelle St. John (Bates 5612-5617);

369.  Massachusetts Registry of Motor Vehicles New Suspensions and Revocations January 17, 1998 thru January 23, 1998 (Defendants' Bates 5618-5619);

370.  Massachusetts Registry of Motor Vehicles Driver Inquiry – Michelle Kennedy (Defendants' Bates 5620-5621);

371.  Massachusetts Registry of Motor Vehicles Driver History – Michelle Kennedy (Defendants' Bates 5622-5624);

372.  Rap Sheet – Brian Kennedy (Defendants' Bates 5625-5629);

373.  Billerica Police Department Booking Report – Brian Kennedy dated June 13, 1991 (Defendants' Bates 5630);

374.  Billerica Police Department Booking Report – Brian Kennedy dated September 4, 1991 (Defendants' Bates 5631);

375.  Billerica Police Department Incident Report dated October 15, 1993 (Defendants' Bates 5632);

376.  Billerica Police Department Incident Report dated July 25, 1997 (Defendants' Bates 5633);

377.  Billerica Police Department Booking Report – Brian Kennedy dated October 15, 1993 (Defendants' Bates 5634);

378.  Billerica Police Department Booking Report – Brian Kennedy dated June 1, 1993 (Defendants' Bates 5635);

379.  Billerica Police Department Booking Report – Brian Kennedy dated October 15, 1993 (Defendants' Bates 5636);

380.  Billerica Police Department Booking Report – Brian Kennedy dated October 18, 1996 (Defendants' Bates 5637);

381.  Billerica Police Department Booking Report – Brian Kennedy dated July 25, 1997 (Defendants' Bates 5638);

382.  CJIS Query – Brian Kennedy (Defendants' Bates 5640-5641);

383.  CORI – Brian Kennedy (Defendants' Bates 5642-5650);

384.  Massachusetts Registry of Motor Vehicles Driver History – Brian Kennedy (Defendants' Bates 5651-5653);

385.  Rap Sheet – William Ashton (Defendants' Bates 5654-5656);

386.  Billerica Police Department Juvenile Booking Report – William Ashton dated May 16, 1997 (Defendants' Bates 5657);

387.  Billerica Police Department Booking Report – William Ashton dated January 19, 2000 (Defendants' Bates 5658);

388.    CJIS Query – William Ashton (Defendants' Bates 5661-5662);

389.    CORI – William Ashton (Defendants' Bates 5663-5666);

390.    Massachusetts Registry of Motor Vehicles Driver Inquiry – William Ashton (Defendants' Bates 5669-5671);

391.    Rap Sheet – Daniel Dufault (Defendants' Bates 5672-5675);

392.    Billerica Police Department Booking Report – Daniel Dufault dated February 27, 1994 (Defendants' Bates 5676);

393.    Billerica Police Department Booking Report – Daniel Dufault dated November 22, 1993 (Defendants' Bates 5677);

394.    Billerica Police Department Booking Report – Daniel Dufault dated December 4, 1996 (Defendants' Bates 5678);

395.    Billerica Police Department Booking Report – Daniel Dufault dated September 18, 1997 (Defendants' Bates 5679);

396.    Billerica Police Department Booking Report – Daniel Dufault dated August 12, 1994 (Defendants' Bates 5680);

397.    Billerica Police Department Booking Report – Daniel Dufault dated July 30, 1994 (Defendants' Bates 5681);

398.    CJIS Query – Daniel Dufault (Defendants' Bates 5682);

399.    CORI – Daniel Dufault (Defendants' Bates 5683-5687);

400.    Civil Restraining Orders – Tina Huber v. Daniel Dufault and Danielle Honnors v. Daniel Dufault (Defendants' Bates 5690);

401.    Massachusetts Registry of Motor Vehicles Driver History – Daniel Dufault (Defendants' Bates 5692);

402.    Rap Sheet – Amy Baum (Defendants' Bates 5693-5694);

403.    Billerica Police Department Booking Report – Amy Baum dated September 30, 1998 (Defendants' Bates 5695-5696);

404.    CJIS Query – Amy Baum (Defendants' Bates 5697);

405.    CORI – Amy Baum (Defendants' Bates 5698-5700);

406.    Rap Sheet – Dianne Ashton (Defendants' Bates 5701);

407.    Rap Sheet – Michael Kennedy (Defendants' Bates 5702-5703);

408.    Rap Sheet – Tracey Heffernan (Defendants' Bates 5704);

409.    Rap Sheet – Robyne Reslow (Defendants' Bates 5705);

410.    Rap Sheet – John P. Oblenis (Defendants' Bates 5706);

411.    Rap Sheet – John P. Oblenis, III (Defendants' Bates 5707-5708);

412.    Billerica Police Department Report dated May 8, 1987 (Defendants' Bates 5709);

413.    Billerica Police Department Report dated May 3, 1987 (Defendants' Bates 5710-5711);

414.    Billerica Police Department Report dated June 8, 1987 (Defendants' Bates 5712-5713);

415.    Billerica Police Department Report dated May 20, 1987 (Defendants' Bates 5714-5715);

416.    Billerica Police Department Report dated June 1, 1987 (Defendants' Bates 5716-5717);

417.    Billerica Police Department Report dated January 6, 1988 (Defendants' Bates 5718);

418.    Billerica Police Department Report dated March 14, 1988 (Defendants' Bates 5719-5723);

419.    Billerica Police Department Report dated March 27, 1988 (Defendants' Bates 5724-5725);

420.    Billerica Police Department Report dated July 24, 1988 (Defendants' Bates 5726);

421.    Billerica Police Department Report dated August 11, 1987 (Defendants' Bates 5727-5729);

422.    Billerica Police Department Report dated September 23, 1987 (Defendants' Bates 5730-5731);

423.    Billerica Police Department Report dated June 31, 1988 (Defendants' Bates 5732);

424.    Billerica Police Department Incident Report dated June 8, 1991 (Defendants' Bates 5733);

425.    Billerica Police Department Incident Report dated June 8, 1993 (Defendants' Bates 5734);

426.    Billerica Police Department Report dated September 4, 1991 (Defendants' Bates 5735-5736);

427.    Billerica Police Department Report dated August 3, 1992 (Defendants' Bates 5737);

428.    Affidavit of Sergeant Dennis J. Peterson (Defendants' Bates 5738-5741);

429.    Billerica Police Department Report dated March 18, 1992 (Defendants' Bates 5742-5743);

430.    Billerica Police Department Investigative Action Report dated April 10, 1993 (Defendants' Bates 5744-5745);

431.    Billerica Police Department Report dated April 15, 1993 (Defendants' Bates 5746-5747);

432.    Billerica Police Department Report dated June 1, 1993 (Defendants' Bates 5748-5749);

433.    Billerica Police Department Report dated June 5, 1993 (Defendants' Bates 5750-5751);

434.    Billerica Police Department Report dated December 25, 1993 (Defendants' Bates 5752-5753);

435.    Billerica Police Department Report dated January 8, 1994 (Defendants' Bates 5754-5755);

436.    Billerica Police Department Report dated June 21, 1995 (Defendants' Bates 5756-5758);

437.    Billerica Police Department Report dated April 20, 1996 (Defendants' Bates 5759);

438.    Billerica Police Department Report dated May 23, 1996 (Defendants' Bates 5760);

439.    Billerica Police Department Report dated October 18, 1996 (Defendants' Bates 5761-5762);

440.    Billerica Police Department Report dated December 21, 1996 (Defendants' Bates 5763-5764);

441.    Billerica Police Department Report dated August 3, 1997 (Defendants' Bates 5765-5766);

442.    Billerica Police Department Report dated August 28, 1997 (Defendants'
        Bates 5767-5768);

443.    Billerica Police Department Report dated November 11, 1997 (Defendants'
        Bates 5769-5770);

444.    Billerica Police Department Report dated December 4, 1997 (Defendants'
        Bates 5771-5772);

445.    Billerica Police Department Report dated January 15, 1998 (Defendants'
        Bates 5773-5774);

446.    Billerica Police Department Report dated March 2, 1998 (Defendants'
        Bates 5775-5776);

447.    Billerica Police Department Report dated October 21, 1998 (Defendants'
        Bates 5777-5778);

448.    Billerica Police Department Report dated November 26, 1998 (Defendants'
        Bates 5779);

449.    Billerica Police Department Report dated March 19, 1999 (Defendants'
        Bates 5780);

450.    Billerica Police Department Report dated April 12, 1999 (Defendants'
        Bates 5781-5782);

451.    Billerica Police Department Report dated May 4, 1999 (Defendants' Bates
        5783-5784);

452.    Billerica Police Department Report dated June 15, 1999 (Defendants' Bates
        5785-5786, 5787-5788);

453.    Billerica Police Department Report dated June 15, 1999 (Defendants' Bates
        5789-5791);

454.    Billerica Police Department Report dated June 16, 1999 (Defendants' Bates
        5792-5793);

455.    Billerica Police Department Report dated June 17, 1999 (Defendants' Bates
        5794-5795);

456.    Billerica Police Department Report dated June 24, 1999 (Defendants' Bates
        5796-5797)

457.    Billerica Police Department Report dated August 6, 1999 (Defendants'
        Bates 5798-5799);

458. Billerica Police Department Report dated September 1, 1999 (Defendants' Bates 5800);

459. Billerica Police Department Report dated September 21, 1999 (Defendants' Bates 5801-5802);

460. Billerica Police Department Report dated September 25, 1999 (Defendants' Bates 5803-5804);

461. Billerica Police Department Report dated October 13, 1999 (Defendants' Bates 5805-5806);

462. Billerica Police Department Report dated October 21, 1999 (Defendants' Bates 5807-5808);

463. Billerica Police Department Report dated October 28, 1999 (Defendants' Bates 5809-5810);

464. Billerica Police Department Report dated November 19, 1999 (Defendants' Bates 5811-5812);

465. Billerica Police Department Report dated November 22, 1999 (Defendants' Bates 5813-5814);

466. Billerica Police Department Report dated January 19, 2000 (Defendants' Bates 5815-5816);

467. Statement by Sergeant John Voto undated (Defendants' Bates: 5817);

468. Lowell Police Department Report dated August 30, 2000 (Defendants' Bates 5818-5819);

469. Lowell Police Department Motor Vehicle Tow and Inventory Report dated August 30, 2000 (Defendants' Bates 5820);

470. Massachusetts Registry of Motor Vehicles Registration/Title Inquiry – 1991 White Lexus Sedan (Defendants' Bates 5821-5822);

471. Lowell Fire Department Incident Report dated August 30, 2000 (Defendants' Bates 5823-5825);

472. Lowell Police Department vehicle list dated August 31, 2000 (Defendants' Bates 5826);

473. Tewksbury Police Department Master Card Detail Listing – Michelle Kennedy (Defendants' Bates 5827-5830);

474. Tewksbury Police Department Incident Report dated May 28, 1990 (Defendants' Bates 5831-5832);

475.    Tewksbury Police Department Incident Report dated August 15, 1999 (Defendants' Bates 5833-5834);

476.    Tewksbury Police Department Master Card Detail Listing – Brian Kennedy (Defendants' Bates 5835-5836);

477.    Memo to Inspector Richard Howe from Sergeant Peter Agnes dated February 14, 2000 (Defendants' Bates 5837);

478.    Tewksbury Police Department Master Card Detail Listing – Brian Kennedy (Defendants' Bates 5838-5839);

479.    Tewksbury Police Department Incident Report dated April 15, 1988 (Defendants' Bates 5840);

480.    Affidavit of Sergeant Dennis J. Peterson (Defendants' Bates 5841-5844);

481.    Tewksbury Police Department Arrest Report – Brian Kennedy dated April 15, 1988 (Defendants' Bates 5845-5846);

482.    Tewksbury Police Department Incident Report dated May 28, 1990 (Defendants' Bates 5847-5848);

483.    Tewksbury Police Department Incident Report dated September 27, 1999 (Defendants' Bates 5849-5850);

484.    Tewksbury Police Department Incident Report dated January 1, 2000 (Defendants' Bates 5851-5852);

485.    Handwritten Notes dated April 17, 2002  (Defendants' Bates 5855);

486.    Billerica Police Department Roster-Shift Assignment 08:00-16:00 dated September 30, 1991 (Defendants' Bates: 5856-5860);

487.    Billerica Police Department Roster-Shift Assignment 16:00-00:00 dated September 30, 1991 (Defendants' Bates: 5861-5864);

488.    Billerica Police Department Report dated July 6, 1992 (Defendants' Bates 5865);

489.    Billerica Police Department Incident Report dated October 17, 1991 (Defendants' Bates 5866);

490.    Massachusetts Registry of Motor Vehicles Driver History – Francis St. John (Defendants' Bates 5867-5868);

491.    CJIS Query – David Lumbert (Defendants' Bates 5869);

492.  Massachusetts Registry of Motor Vehicles Driver History – David Lumbert (Defendants' Bates 5870);

493.  Rap Sheet – David Lumber (Defendants' Bates 5871-5872);

494.  Billerica Police Department Report dated January 9, 1995 (Defendants' Bates 5873-5874);

495.  Billerica Police Department Report dated September 2, 1990 (Defendants' Bates 5875);

496.  Billerica Police Department Report dated January 28, 1991 (Defendants' Bates 5876-5877);

497.  Billerica Police Department Report dated April 20, 1992 (Defendants' Bates 5878-5881);

498.  Billerica Police Department Report dated June 12, 1992 (Defendants' Bates 5882-5883);

499.  Billerica Police Department Report dated October 24, 1992 (Defendants' Bates 5884-5885);

500.  Billerica Police Department Report dated January 9, 1995 (Defendants' Bates 5886-5887);

501.  Citation Report – David Lumbert (Defendants' Bates 5888-5890);

502.  Billerica Police Department Roster-Shift Assignment 08:00-16:00 dated June 5, 1993 (Defendants' Bates: 5891-5895);

503.  Billerica Police Department Report dated June 5, 1993 (Defendants' Bates 5896-5897);

504.  Billerica Police Department Report dated January 19, 2000 (Defendants' Bates 5898-5899;

505.  Salem Police Department Arrest Report (Defendants' Bates 5900-5901);

506.  Billerica Police Department Incident Report dated June 19, 1993 (Defendants' Bates 5902-5903);

507.  Billerica Police Department Booking Report dated June 8, 1993 (Defendants' Bates 5904-5905);

508.  Billerica Police Department Incident Report dated February 20, 1998 (Defendants' Bates 5906-5907);

509.    Billerica Police Department Incident Report dated October 8, 1997
        (Defendants' Bates 5908);

510.    Citation Report – Brian Kennedy dated October 15, 1997 (Defendants'
        Bates 5909);

511.    Citation Report – Michelle Kennedy dated December 30, 1997
        (Defendants' Bates 5910);

512.    Billerica Police Department Report dated August 6, 1999 (Defendants'
        Bates 5911-5912);

513.    Billerica Police Department Incident Report dated July 20, 2001
        (Defendants' Bates 5913);

514.    Citation Report – Michelle Kennedy dated July 22, 2001 (Defendants'
        Bates 5914);

515.    Billerica Police Department Incident Report dated July 22, 2001
        (Defendants' Bates 5915);

516.    Police Department record on Michelle Kennedy re: Tina and William
        Huber (Defendants' Bates 5916);

517.    Police Department record on Brian Kennedy re: Tina and William Huber
        (Defendants' Bates 5917);

518.    Police Department record on Daniel Dufault re: Tina and William Huber
        (Defendants' Bates 5918);

519.    Billerica Police Department Incident Report dated November 9, 2001
        (Defendants' Bates 5919-5920);

520.    CJIS – Warrant Management System – Amy Baum (Defendants' Bates
        5921-5922);

521.    Fax Coversheet to Chief Dan Rosa from ADA Kate MacDougall dated
        February 28, 2002 (Defendants' Bates 5923);

522.    Billerica Police Department Roster-Shift Assignments All Shifts dated
        January 28, 2002 (Defendants' Bates 5924-5935);

523.    Helio Texeira Statement dated July 22, 1997 (Defendants' Bates 5936);

524.    Eugene DiFrancesco Statement dated July 23, 1997 (Defendants' Bates
        5937);

525.    Josh Clark Statement dated July 21, 1997 (Defendants' Bates 5938);

526.   John P. Oblenis, III Statement dated July 21, 1997 (Defendants' Bates 5939);

527.   New Hampshire State Police Final Results of Disposition (Defendants' Bates 5940-5941);

528.   Fax Coversheet to Detective Howe from Trooper Tom Eliason, NHSP dated March 13, 2002 (Defendants' Bates 5942);

529.   Michelle Kennedy Drivers History (Defendants' Bates 5943-5944);

530.   Civil Restraining Order Maureen Dell'Isola v. Casey Heffernan (Defendants' Bates 5945-4956);

531.   Rap Sheet – Herbert Vacca, Jr. (Defendants' Bates 5947);

532.   Rap Sheet – Frederick Kendall (Defendants' Bates 5948-5949);

533.   CORI – Frederick Kendall (Defendants' Bates 5950);

534.   Rap Sheet – John Oblenis (Defendants' Bates 5951);

535.   CORI – John Oblenis (Defendants' Bates 5952-5956);

536.   Rap Sheet – Ruth Atkinson (Defendants' Bates 5957);

537.   Rap Sheet – Karen Atkinsn (Defendants' Bates 5958);

538.   Rap Sheet – Michael Kennedy (Defendants' Bates 5959-5960);

539.   Rap Sheet – Robyne Reslow (Defendants' Bates 5961-5962);

540.   CORI – Robyne Reslow (Defendants' Bates 5963-5964);

541.   Rap Sheet – David Lumbert (Defendants' Bates 5965-5966);

542.   CORI – David Lumbert (Defendants' Bates 5967-5968);

543.   Rap Sheet – Christine Kaizer (Defendants' Bates 5969);

544.   Rap Sheet – Amy Baum (Defendants' Bates 5970-5972);

545.   CORI – Amy Baum (Defendants' Bates 5973-5975);

546.   Rap Sheet – Donna Oblenis (Defendants' Bates 5976);

547.   Rap Sheet – Robyne Reslow (Defendants' Bates 5977);

548.   Handwritten Notes (Defendants' Bates 5978);

549. Rap Sheet – Donna Oblenis (Defendants' Bates 5979);

550. Handwritten Notes (Defendants' Bates 5980);

551. Rap Sheet – John E. Lawrenson (Defendants' Bates 5981);

552. Application for Complaint against Robyne Reslow dated December 4, 1991 (Defendants' Bates 5982);

553. Application for Complaint against Donna Oblenis dated December 4, 1991 (Defendants' Bates 5983);

554. Handwritten Notes re: threats (Defendants' Bates 5984-5985);

555. Application for Complaint (resisting arrest) against Brian Kennedy dated November 9, 2001 (Defendants' Bates 5986-5987);

556. Application for Complaint (ABDW and malicious destruction of property) against Brian Kennedy dated November 9, 2001 (Defendants' Bates 5988-5989);

557. Drug Investigation re: Frederick Kling (Defendants' Bates 5990-6041);

558. Drug Investigation re: Donald Wilson (Defendants' Bates 6042-6066);

559. Billerica Police Department Report dated October 6, 2001 (Defendants' Bates 6067-6068);

560. Billerica Police Department Report dated November 24, 2001 (Defendants' Bates 6069-6070);

561. Billerica Police Department Report dated March 22, 2002 (Defendants' Bates 6071-6072);

562. Billerica Police Department Report dated May 6, 2002 (Defendants' Bates 6073-6075);

563. Citation Report – Michelle Kennedy dated July 22, 2001 (Defendants' Bates 6076);

564. Billerica Police Department Report dated November 9, 2001 (Defendants' Bates 6077-6078);

565. Citation Report – Brian Kennedy dated March 1, 2002 (Defendants' Bates 6079);

566. Billerica Police Department Report dated December 13, 1988 (Defendants' Bates 6097);

567. Billerica Police Department Report dated June 8, 1987 (Defendants' Bates 6098-6099);

568. Billerica Police Department Report dated August 8, 1987 (Defendants' Bates 6100);

569. Billerica Police Department Report dated September 8, 1987 (Defendants' Bates 6101-6102);

570. Billerica Police Department Report dated October 1, 1987 (Defendants' Bates 6103);

571. Billerica Police Department Report dated December 6, 1988 (Defendants' Bates 6104-6105);

572. Billerica Police Department Report dated January 17, 1987 (Defendants' Bates 6106-6110);

573. Tewksbury Police Department Voluntary Statement Form – Michelle Kennedy (Defendants' Defendants' Bates 6165);

574. Michelle and Brian Kennedy Harassment Complaint Rough Draft (Defendants' Bates 6166-6177);

575. Billerica Police Department Card – Michelle St. John (Defendants' Bates 6178-6185);

576. Billerica Police Department Card – Brian Kennedy (Defendants' Bates 6186-6188);

577. Billerica Police Department Card – Michelle Kennedy (Defendants' Bates 6189);

578. Chelmsford Police Department Report dated June 6, 1994 (Defendants' Bates 6190-6193);

579. Massachusetts Fire Incident Report dated September 23, 1991 (Defendants' Bates 6194-6196)

580. Billerica Fire Prevention Bureau Report dated September 23, 1991 (Defendants' Bates 6197-6201)

581. Documents re: the plaintiffs' August 30, 2000 Motor Vehicle Fire (Defendants' Bates 6202-6349);

582. Tewksbury Police Department Master Card Detail Listing – Michelle Kennedy (Defendants' Bates 6350-6351);

583.   Tewksbury Police Department Report dated June 28, 1990 (Defendants'
       Bates 6352-6353);

584.   Tewksbury Police Department Report dated February 1, 1991
       (Defendants' Bates 5354);

585.   Tewksbury Police Department Report dated March 3, 1991 (Defendants'
       Bates 6355);

586.   Tewksbury Police Department Report dated May 7, 1991 (Defendants'
       Bates 6356-6357);

587.   Tewksbury Police Department Report dated May 9, 1991 (Defendants'
       Bates 6358-6359);

588.   Tewksbury Police Department Report dated July 15, 1991 (Defendants'
       Bates 6360);

589.   Tewksbury Police Department Report dated November 7, 1991
       (Defendants' Bates 6361-6362);

590.   Tewksbury Police Department Report dated November 15, 1991
       (Defendants' Bates 6363-6364);

591.   Tewksbury Police Department Report dated December 16, 1991
       (Defendants' Bates 6365-6366);

592.   Tewksbury Police Department Report dated January 20, 1992 (Defendants'
       Bates 6367);

593.   Tewksbury Police Department Report dated August 2, 1992 (Defendants'
       Bates 6368);

594.   Tewksbury Police Department Report dated April 22, 1993 (Defendants'
       Bates 6369-6370);

595.   Tewksbury Police Department Report dated May 29, 1993 (Defendants'
       Bates 6371-6372);

596.   Tewksbury Police Department Report dated August 2, 1993 (Defendants'
       Bates 6373-6374);

597.   Tewksbury Police Department Report dated August 12, 1993 (Bates 6375-
       6376);

598.   Tewksbury Police Department Report dated November 27, 1993 (Bates
       6377-6378);

599.    Tewksbury Police Department Report dated August 15, 1995 (Bates 6379-6380);

600.    Tewksbury Police Department Report dated April 26, 1996 (Bates 6381-6383);

601.    Tewksbury Police Department Report dated April 27, 1996 (Bates 6384-6385);

602.    Tewksbury Police Department Report dated January 4, 1997 (Defendants' Bates 6386-6387);

603.    Tewksbury Police Department Report dated April 13, 1997 (Defendants' Bates 6388);

604.    Tewksbury Police Department Report dated June 22, 1997 (Defendants' Bates 6389-6390);

605.    Tewksbury Police Department Report dated October 6, 1997 (Defendants' Bates 6391);

606.    Tewksbury Police Department Report dated January 15, 1998 (Defendants' Bates 6392-6395);

607.    Tewksbury Police Department Report dated February 7, 1998 (Defendants' Bates 6396-6397);

608.    Tewksbury Police Department Report dated February 20, 1998 (Defendants' Bates 6398-6399);

609.    Tewksbury Police Department Report dated June 27, 1998 (Defendants' Bates 6400-6403);

610.    Tewksbury Police Department Report dated November 19, 1998 (Defendants' Bates 6404);

611.    Tewksbury Police Department Report dated December 3, 1998 (Defendants' Bates 6405);

612.    Tewksbury Police Department Report dated January 9, 1999 (Defendants' Bates 6406);

613.    Tewksbury Police Department Report dated May 30, 1999 (Defendants' Bates 6407-6408);

614.    Tewksbury Police Department Report dated August 15, 1999 (Defendants' Bates 6409-6410);

615.    Tewksbury Police Department Report dated September 21, 1999 (Defendants' Bates 6411-6412);

616.    Tewksbury Police Department Report dated September 27, 1999 (Defendants' Bates 6413-6415);

617.    Tewksbury Police Department Report dated September 30, 1999 (Defendants' Bates 6416-6417);

618.    Tewksbury Police Department Report dated October 31, 1999 (Defendants' Bates 6418-6419);

619.    Tewksbury Police Department Report dated October 31, 1999 (Defendants' Bates 6420-6422);

620.    Tewksbury Police Department Report dated November 24, 1999 (Defendants' Bates 6423-6425);

621.    Tewksbury Police Department Report dated December 23, 1999 (Defendants' Bates 6426);

622.    Tewksbury Police Department Report dated January 12, 2000 (Defendants' Bates 6427);

623.    Tewksbury Police Department Report dated January 26, 2000 (Defendants' Bates 6428-6429);

624.    Tewksbury Police Department Report dated August 25, 2000 (Defendants' Bates 6430-6431);

625.    Tewksbury Police Department Report dated October 21, 2000 (Defendants' Bates 6432);

626.    Tewksbury Police Department Report dated September 22, 2001 (Defendants' Bates 6433);

627.    Tewksbury Police Department Report dated October 1, 2001 (Defendants' Bates 6434-6436);

628.    Tewksbury Police Department Report dated November 24, 2001 (Defendants' Bates 6437-6438);

629.    Tewksbury Police Department Report dated February 11, 2002 (Defendants' Bates 6439-6440);

630.    Tewksbury Police Department Report dated April 10, 2002 (Defendants' Bates 6441);

631.    Tewksbury Police Department Master Card Detail Listing – Brian Kennedy (Defendants' Bates 6442-6444);

632.    Tewksbury Police Department Report dated July 27, 1990 (Defendants' Bates 6445-6446);

633.    Tewksbury Police Department Report dated January 20, 1992 (Defendants' Bates 6447);

634.    Tewksbury Police Department Report dated May 25, 1992 (Defendants' Bates 6448);

635.    Tewksbury Police Department Report dated May 8, 1993 (Defendants' Bates 6449);

636.    Tewksbury Police Department Report dated August 7, 1993 (Defendants' Bates 6450);

637.    Tewksbury Police Department Report dated July 27, 1994 (Defendants' Bates 6451);

638.    Tewksbury Police Department Report dated August 30, 1994 (Defendants' Bates 6452);

639.    Tewksbury Police Department Report dated January 12, 1995 (Defendants' Bates 6453);

640.    Tewksbury Police Department Report dated January 13, 1997 (Defendants' Bates 6454);

641.    Tewksbury Police Department Report dated February 2, 1999 (Defendants' Bates 6455);

642.    Tewksbury Police Department Report dated April 9, 1999 (Defendants' Bates 6456-6458);

643.    Tewksbury Police Department Report dated October 31, 1999 (Defendants' Bates 6459-6560);

644.    Tewksbury Police Department Report dated November 27, 1999 (Defendants' Bates 6461-6463);

645.    Tewksbury Police Department Report dated December 8, 1999 (Defendants' Bates 6464);

646.    Tewksbury Police Department Report dated November 27, 1999 (Defendants' Bates 6465-6467);

647.   Tewksbury Police Department Report dated June 15, 2001 (Defendants'
       Bates 6468);

648.   Letter to Inspector Richard Howe from the Middlesex District Attorney's
       Office dated August 28, 2002 (Defendants' Bates 6469);

649.   Medical records of Michelle Kennedy (not all produced as of this
       submission);

650.   Medical records of Brian Kennedy (not all produced as of this
       submission).

             Respectfully submitted,
             The Defendants,
             By their attorneys,


             __/s/ Jeremy Silverfine_____
             Jeremy Silverfine, BBO No. 542779
             Leonard H. Kesten, BBO No. 542042
             Karen W. Peters, BBO No. 658903
             BRODY, HARDOON, PERKINS & KESTEN, LLP
             One Exeter Plaza
             Boston, MA 02116
             (617) 880-7100

Date:  March 30, 2007