UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, JR., )
MITCHELL KENNEDY AND DYLAN KENNEDY )
                        Plaintiffs )
VS. )
   )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                        Defendants

**DEFENDANTS' OBJECTION TO PLAINTIFFS' INTRODUCTION OF TRIAL DOCUMENTS/EXHIBITS**

Now come the Defendants in the above-referenced matter and hereby object to the introduction of the following documents/exhibits:

II.    **Identification of Trial Exhibits**

    A.    **Documents and Exhibits Plaintiffs Expect to Offer:**

Exhibit No.:

1.    Presentment Letter dated 2/20/02;

13.    BPD Witness Statement dated 11/29/91 – Tracey Heffernan;

26.   Envelope addressed to Michelle Kenney postmarked 9/7/93;

27.   Envelope addressed to Brian Kennedy postmarked 6/14/93;

28.   Various citations issued to Brian Kennedy between 9/4/91 and 10/18/96;

29.   Envelope addressed to Brian Kennedy dated 7/92;

30.   Citation No. A7340473 dated 3/16/92 issued to Brian Kennedy;

31.   Various citations issued to Michelle Kennedy between 3/16/92 and 10/27/9?;

44.   Witness statement of Michelle Kennedy regarding incident of 7/22/97;

45.   Witness statement dated 7/22/97 – Daniel Dufault;

46.   Witness statement dated 7/22/97 – Jamey McLean;

59.   Consent to search dated 2/20/98 signed by Donna Gauvreau;

62.   Citation No. 81551110 dated 10/14/97;

63.   Citation No. 01551111 dated 10/15/97;

64.   Citation No. G0391934 issued to Michelle Kennedy;

65.   Citation No. G1584355 dated 10/30/97 issued to Michelle Kennedy;

66.   Citation No. G1262336 issued to Michelle Kennedy;

67.   Citation No. 1551 2 dated 1/1/98 issued to Brian Kennedy;

83.   Notarized statement dated 10/11/02 – Christine Gilpatrick;

84.   Lahey Clinic Medical Records dated 11/9/01 for Deann Masone;

96.   Statement signed by Amy Baum and Brian Kennedy regarding transfer of $800.00 on 11/10/01;

97.   Receipt signed by Thomas Mixon dated 11/11/01;

103.   Statement of Michelle Kennedy dated 1/2/02;

106.   Sketch drawings relating Dean Royston;

107.   Reprimand letter from Chief Rosa to Dean Royston dated 1/3/02;

109. Video dated 5/6/02 of Officer Munn at Park Manager's Office;

110. Citation No. K2016714 dated 6/8/02;

118. Citation No. K3875045 dated 7/30/03 issued to Brian Kennedy;

123. Fee Agreement letter from Attorney Mixon to Michelle and Brian Kennedy dated November 27, 2004;

127. Videotapes of defendants;

137. Calendars, Diaries and Appointment books of Michelle Kennedy.

>Respectfully submitted,
>DEFENDANTS,
>By their attorneys,
>
>/s/ Jeremy Silverfine
>Jeremy I. Silverfine, BBO No. 542779
>Leonard H. Kesten, BBO No. 542042
>BRODY, HARDOON, PERKINS & KESTEN, LLP
>One Exeter Plaza
>Boston, MA 02116
>(617) 880-7100

Dated: March 30, 2007