UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRIAN KENNEDY AND MICHELLE KENNEDY, *
Individually and as father and next friend of *
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR.. *
   *
   Plaintiffs *
   *
v.   *   C. A. No. 04-CV-12357-PBS
   *
TOWN OF BILLERICA, et al *
   *
   Defendants *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER COMPELLING ATTENDANCE AT TRIAL

It is hereby ordered that Attorney Andrew M. Fischer, of Jason & Fischer, 47 Winter Street, Boston, Massachusetts, appear for Hearing in the above case at this Court on Friday, March 30, 2007 at 10 AM, and appear for Trial in this case on Monday, April 2, 2007 at 9:00 AM and from day to day thereafter until trial is concluded.

So ordered

_4/2/07_
Date

Patti B. Saris
Justice