UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************************
BRIAN KENNEDY, et al                         *
                                             *
        Plaintiffs                           *
                                             *
v.                                           *   Civil Action no. 04-12357 - PBS
                                             *
TOWN OF BILLERICA, et al                     *
                                             *
        Defendants                           *
*******************************************

## MOTION TO COMPEL DISCLOSURE
## OF FACTS SURROUNDING SUSPENSION OF DEFENDANT MACKENZIE

Now come the plaintiffs and move this Honorable Court compel the defendants to provide full disclosure of the facts and circumstances regarding the suspension of defendant Frank MacKenzie in the past week or two.

As reason, plaintiffs state that they have heard rumors in the past two weeks that defendant Frank MacKenzie has been suspended by the defendant Billerica Police Department and that the basis for the suspension was related to sexual misconduct, perhaps similar to the stalking of plaintiff Michelle Kennedy that is the basis of this case.

Undersigned counsel made demand for disclosure of the facts and circumstances of what defendant MacKenzie was accused of, the disciplinary proceedings, the findings and the terms and extent of the suspension or any other punishment.  Defense counsel expressly refused to provide any information other than to confirm the fact of the suspension and to confirm that its basis was sexual misconduct or sexual harassment of some sort.

The facts and circumstances, both of defendant MacKenzie's conduct and of the investigation and discipline, are certainly relevant and material, given the fact that the civil rights

allegations in this case stem from defendant MacKenzie's sexual pursuit and stalking of plaintiff Michelle Kennedy and that the plaintiffs' *Monell* claim arises from the defendant department's failure to discipline MacKenzie and his co-defendants for this and similar misconduct.

WHEREFORE, the plaintiffs seek an order compelling the immediate disclosure of all the facts and circumstances regarding both the underlying conduct that gave rise to defendant MacKenzie's suspension and the discipline and punishment for this conduct.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Brian Kennedy, et al<br>by their counsel |
| Date: April 2, 2007 | /s/ Andrew M. Fischer<br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904<br>Afischer@jasonandfischer.com |

kennedy/mocompelMackenziedisclosure