UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
BRIAN KENNEDY, et al                  *
                                      *
            Plaintiffs                *
                                      *
v.                                    *   Civil Action no. 04-12357 - PBS
                                      *
TOWN OF BILLERICA, et al              *
                                      *
            Defendants                *
*********************************************
```

## **MOTION FOR RESTRAINING ORDER**

Now come the plaintiffs and move this Honorable Court issue an order restraining the defendants from contacting any third party witness.

As reason, plaintiffs state that several of their witnesses have complained within the last week of undue harassment by defendant Rosa and/or other defendants, who have come to the homes of these witnesses, purportedly to "discuss" the witness' prospective testimony.

Defense counsel is fully capable of contacting witnesses without having to send the defendant police officers to their doors. Where the defendants have the unique ability to arrest or otherwise interfere with the liberty of witnesses, where the defendants have been accused of misusing their police powers, and where, at the very least, these contacts are being perceived as coercion or witness intimidation, and where such contact is wholly unnecessary for the defense, plaintiffs ask the Court to enter a restraining order barring each of the individual defendants from contacting any witness to this case directly and specifically limiting such contact to defense counsel and their agents.

Witnesses have also reported being contacted by one William Connors, who claims to be an agent of "Risk Management". These witnesses suspect and fear that this "Mr. Connors" is a

son or other relation to defendant Thomas Connors, who has children on the Billerica police force and otherwise involved in this case. Plaintiffs request that the defendants identify this individual, disclose any relation to defendant Connors and explain his business in contacting witnesses who are afraid of him.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Brian Kennedy, et al<br>by their counsel |
| Date: April 2, 2007 | /s/ Andrew M. Fischer<br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904<br>Afischer@jasonandfischer.com |

kennedy/moro-witnesscontact