UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************************
BRIAN KENNEDY, et al              *
                                  *
         Plaintiffs               *
                                  *
v.                                *   Civil Action no. 04-12357 - PBS
                                  *
TOWN OF BILLERICA, et al          *
                                  *
         Defendants               *
*******************************************
```

## MOTION IN LIMINE
## TO STRIKE WILLIAM CONNORS AS A WITNESS

Now come the plaintiffs and move this Honorable Court strike William Connors as a witness. As reason, this witness was not identified in the defendants' Automatic Disclosure and the defendants have failed to provide any indication of who this witness is or what the subject of his testimony may be.

The first time this witness was even identified was in a witness list failed after the close of business on Friday, March 30, 2007, the last day before trial. Such late disclosure should not be permitted as it is grossly unfair to the plaintiffs, who already have been handicapped severely by the defendants' pattern and practice of late disclosure and masking and hiding its case behind.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: April 3, 2007

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy/motion in limine-strike wmconnors