UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, JR., )
MITCHELL KENNEDY AND DYLAN KENNEDY )
                Plaintiffs )
VS. )
 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )

**MOTION TO ADMIT POLICE REPORTS**

Defendants hereby move to admit various police reports at the trial of the above-captioned matter. As grounds, the defendants state as follows:

Defendants seek to introduce as evidence in this civil trial a number of police reports. Police reports are considered "public records' exempt from the hearsay rule by operation of Fed. R. Evid. 803(8). See Parsons v. Honeywell, Inc., 929 F.2d 901, 907 (2nd Cir. 1991)("It is well established that entries in a police report which result from the officer's own observations and knowledge may be admitted[.]") cited with approval in Bolduc v. United States, 265 F.Supp.2d 153, 164 (2003)(Saris, J.). See also Flanagan v. Grant, 897 F.Supp. 637, 641 (1995)(noting that police report is admissible as non-hearsay

1

under Rule 803(8) and further that "an admission of a party-opponent contained therein is not hearsay. F.R.E. 801(d)(2).").

For all of the foregoing reasons, the defendants request that they be permitted to introduce these highly relevant police reports, each of which sets forth "the activities of the [police department]" about "matters observed pursuant to duty imposed by law[.]" Fed.R.Evid. 803(8).

        Defendants
        Respectfully submitted,
        DEFENDANTS,
        By their attorneys,

        /s/ Leonard H. Kesten
        Leonard H. Kesten, BBO No. 542042
        Jeremy I. Silverfine, BBO No. 542779
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: April 3, 2007