UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,            )
Individually and as mother and next friend of   )
BRIAN KENNEDY, JR.,                             )
MITCHELL KENNEDY AND DYLAN KENNEDY              )
                  Plaintiffs     )
VS.                                             )
                                                )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.          )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,  )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD           )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK     )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,     )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,    )
WILLIAM MCNULTY, DONALD MACEACHERN,            )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT       )
BROWN, WILLIAM G. WEST, GREGORY KATZ,          )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM       )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY      )
F. MCKENNA AND JOHN DOE,                       )

**BENCH MEMORANDUM RE GRAND JURY**

On November 8, 2001 Martin Conway and Andrew Devito, Billerica police officers, responded to a call of a fight outside of the Kennedy's trailor. Before they got there, they came upon a car with it's windows shattered and three women bleeding inside the car. Other police officers responded to the area of the

1

fight. The three women, Deann Masone, Christie Gilpatrick, and Vanessa Minervini told the officers that the car and Deanne Massone were attacked by Brian Kennedy, Michelle Kennedy, Jonn Cimino, William Ashton, and Amy Baum. Vanessa and Christie also said that Brian Kennedy had sicked his dobermans on Deann Masone. Finally, Vanessa stated that Mitchell Kennedy had a bat in his hand and hit the rear lights of the car.

Lt. Rosa was in charge of the incident scene. Michelle Kennedy originally denied that she saw anything. Later, she stated that she saw Deann Masone run over Louis Cimino. Brian Kennedy denied seeing anything, as did William Ashton. Based on the statements of the three victims, Lt. Rosa decided that probable cause existed to arrest Michelle Kennedy, Brian Kennedy, William Ashton, Amy Baum, and John Cimino. Later, he learned that one or more of the witnesses also saw Mitchell Kennedy participating in the attack, thus he was also charged.

On January 30, 2002, the Middlesex County District Attorney's office sought indictments against the participants. and presented the case to the Grand Jury who heard from the three victims and from officers Conway and Devito. After hearing from these witnesses, the Grand Jury issued a true bill against the Kennedys and Ashton.

The defendants attach the written statements of the victims and the Grand Jury transcript for this Court.

Based on the above facts, the defendants suggest that this Court shouuld find that probable cause existed as a matter of law to arrest Brian and Michelle

Kennedy on November 8, 2001 and to charge Mitchell Kennedy. Accordingly, all claims arising out of this arrest must fail.

        Defendants
        Respectfully submitted,
        DEFENDANTS,
        By their attorneys,

        /s/ Leonard H. Kesten
        Leonard H. Kesten, BBO No. 542042
        Jeremy I. Silverfine, BBO No. 542779
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: April 9, 2007