# BILLERICA POLICE DEPARTMENT

**REPORTED BY:** MaSone Dean M 19-28-87 F W 978-...
**ADDRESS:** 181 Vale St Tewksbury Ma   SS# 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

0469

**OTHER INFORMATION:**

At Louie Cimmino's house on Ipswich St he ask me for a ride to the next street to meet his brother who was over his boss house. As I droped him off Micky Kennedy started to theartened me swearing at me and Micky has always had a prublem with me in the past anyway as I pulled up seen there were bats so as I placed to pull away cause was scared and then thats when hit Louie's left leg causing him to spin and roll on the hood and then fell to the ground then cam to an immediate stop because I was still in first gear. Attempted to get out of

**POLICE DEPARTMENT**
**BILLERICA, MASSACHUSETTS**

**CONTINUATION**

0470

| Page | Type of Report Continued | Offense—Charge or Incident | Victim's Name | Log No. |

34. Remarks Continued:

I stuck on Louie but then my car was surrounded by Micky Brain Kennedy, Brian Billy Aston, Aimee Baun and beaten with bats that all 4 had in there hands, then I got out of the car and went over to micky and tried to stop him from hitting my car with bats and then I was struck the face by micky and fell to the ground and was surrounded by John Cimmino, Micky Kennedy, Amiee Bean, Brain Kennedy and was struck several times with Metal bats. As I was on the ground I saw Billy Aston, Mickey Kennedy, Brian Kennedy holding a Baseball Bat. And then they stop hitting me when John Cimmino told them to stop and covered me up. So I got up and then was struck from behind again by Aimee Bean. I then got in my car and tried to drive down the street and was pulled over and meet by the police. while in my car I felt my jaw, left arm, right arm, and lower back was injure.

Reporting Officer's Signature: DeAnn Majure

Date: 11-9-01

Badge #: