**BILLERICA POLICE STATEMENT FORM**

NAME: LAST: Gilpatrick   FIRST: Christie   MI: Dawn
DOB: 10/22/81   SS#:   LICENSE #:   STATE: MA
ADDRESS: 15 Forest Rd   APT:   CITY: Tewksbury   ZIP: 01876
HOME PHONE: 978 851-5860

I HEARBY SUBMIT THE FOLLOWING STATEMENT:

Christie, Vanessa, & Deann left the Blue Shamrock. Christie, Vanessa & Deann went to John Cimmino's house. John Cimmino walked to Michelle Kennedy's house. Louie Cimmino came into Deann's car. Deann went to Michelle's house to drop Louie off. Michelle Kennedy, Brian Kennedy, John Cimmino, Amy Bomm came over to Deann's car telling her to get out. Deann was pulling away & accidently hit Louie Cimmino. John Cimmino, Michelle Kennedy, Brian Kennedy came after Deann's car & started hitting Deann's car with bats. Deann got out of the car. Everybody started beating Deann up with bats. They were brought her over to the side of the road. John Cimmino, Michelle Kennedy, & Brian Kennedy started hitting her with bats. After a min Deann came back over to the car to get

THIS STATEMENT AND FACTS CONTAINED HEREIN ARE TRUE TO THE BEST OF MY KNOWLEDGE:
SIGNATURE: Christie Gilpatrick   DATE:

0473

## BILLERICA POLICE STATEMENT FORM

NAME: LAST: Gilpatrick  FIRST: Christie  MI: Dawn

DOB: 10/22/81  SS#:  LICENSE #:  STATE: MA

ADDRESS: 15 Forest Rd  APT:  CITY: Tewksbury  ZIP: 01876

HOME PHONE: 978 851-5860

I HEARBY SUBMIT THE FOLLOWING STATEMENT:

In her car, Amy Bomm pushed her. Michelle Kennedys son started hitting Deann's car with a bat & Brian Kennedy had two dogs telling the dogs to attack Deann. Billy Ashton was there kicking her car. Vanessa & Christie got cuts from the glass. Deann crawled back to her car, drove to the end of the Road. The cops came.

STATEMENT AND FACTS CONTAINED HEREIN ARE TRUE TO THE BEST OF MY KNOWLEDGE:

SIGNATURE: Christie Gilpatrick  DATE:

0474