## BILLERICA POLICE STATEMENT FORM

NAME: LAST: MINERVINI   FIRST: VANESSA   MI: LISA
DOB: 05-23-82   SS#: 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   LICENSE #: S26836257   STATE: MA
ADDRESS: 500 South St   APT:   CITY: Tewksbury   ZIP: 01876
HOME PHONE: (978) 658-0176

I HEARBY SUBMIT THE FOLLOWING STATEMENT:

me (vanessa) Deann + Christie left the blue Shamrock (Lowell) we had dropped off Louie Simmino at the Kennedys house the women of the House. Michelle was yelling at Deann as she was trying to leave as she was pulling away she accidently hit louie simmino on her hood. she was going no faster than 5 miles an hour. the twin brother of Louie, John Simmino took that bat in his hand and started hitting Deanns car shattering all 6 windows. at this time Deann was standing outside her car and moved away as he started hiteing it. then Deann wound up on the Kennedys front lawn. there was about 7 people attacking her. Brian Kinnedy had two Doberbun Pinchers telling the two Dogs to sick her (Deann) intenilly have the dogs to bite her. the son of Ree Mitchell had a bat in his hand and hit the rear lights of Deanns trunk. then amy bomb had pushed Deann in the back with two

THIS STATEMENT AND FACTS CONTAINED HEREIN ARE TRUE TO THE BEST OF MY KNOWLEDGE:

SIGNATURE                                                         DATE

0475