Before the Grand Jury of Middlesex County

Wednesday, January 30, 2002

Lowell, Massachusetts

In the Matter of:    MICHELLE KENNEDY

BRIAN KENNEDY

WILLIAM ASHTON

By:  KATE MACDOUGALL, Assistant District Attorney

Middlesex County

Testimony of:

Deann Masone.................... 7

Vanessa Minervini.............. 26

Christie Gilpatrick............ 41

Martin Conway.................. 53

Andrew Devito.................. 73

000290

2400

2

## EXHIBITS

| | | PAGE |
|---|---|---|
| | | 20 |
| 1 | Photograph................................................ | 20 |
| 2 | Photograph................................................ | 21 |
| 3 | Photograph................................................ | 21 |
| 4 | Photograph................................................ | 23 |
| 5 | Photograph................................................ | 23 |
| 6 | Photograph................................................ | 23 |
| 7 | Photograph................................................ | 23 |
| 8 | Photograph................................................ | 24 |
| 9 | Photograph................................................ | 36 |
| 10 | Statement of V. Minervini.................... | 38 |
| 11 | Photograph................................................ | 49 |
| 12 | Statement of C. Gilpatrick................ | 50 |
| 13 | Photograph................................................ | 50 |
| 14 | Photograph................................................ | |
| 15 | Photograph................................................ | 50 |
| 16 | 50 | 69 |
| 17 | Photograph................................................ | 69 |
| 18 | Photograph................................................ | 69 |
| 19 | Photograph................................................ | 69 |
| 20 | Photograph................................................ | 69 |
| 21 | Photograph................................................ | 69 |
| 22 | Photograph................................................ | 69 |
| 23 | Photograph................................................ | 79 |
| 24 | Lahey Clinic Medical Records.............. | |

000291

3

MS. MACDOUGALL:  Good morning,

ladies and gentlemen.  My name is Kate MacDougall,

and I'm an assistant district attorney in Middlesex

County.  I have a number of letters for your

consideration today, and I will try to group them

for you a little bit.

The first 13 allege assault and

battery by means of a dangerous weapon.  The first

alleges that William Ashton on or about the 9th day

of November, in the year of our Lord 2001, at

Billerica, by means of a dangerous weapon, to wit:

a baseball bat, did assault and beat Deann Masone.

The next alleges that Brian Kennedy

on or about the 9th day of November, in the year of

our Lord 2001, at Billerica, by means of a dangerous

weapon, to wit:  Doberman Pinchers, did assault and

beat Deann Masone.

The next also alleges that Brian

Kennedy on the 9th day of November, in the year of

our Lord 2001, at Billerica, by means of a dangerous

weapon, to wit:  a baseball bat, did assault and

beat Deann Masone.

2402

4

1

2          The next alleges that William Ashton

3     on or about the 9th day of November, in the year of

4     our Lord 2001, at Billerica, by means of a dangerous

5     weapon, to wit:  glass, did assault and beat Deann

6     Masone.

7          The next indictment is identical to

8     the one I just read to you, except that it alleges

9     that Brian Kennedy assaulted Deann Masone by way of

10    glass.

11         The next is identical except it

12    alleges that Michelle Kennedy by means of glass did

13    assault and beat Deann Masone.

14         The next also alleges that Michelle

15    Kennedy on or about the 9th day of November, in the

16    year of our Lord 2001, at Billerica, by means of a

17    dangerous weapon, to wit:  glass, did assault and

18    beat Vanessa Minervini.

19         The next is identical in alleging

20    that Michelle Kennedy on or about the 9th day of

21    November, in the year of our Lord 2001, at

22    Billerica, by means of a dangerous weapon, to wit:

23    glass, did assault and beat Christie Gilpatrick.

24

25

2403

5

1

2          The next indictment is identical to

3    the one that I just read to you, except that the

4    alleged perpetrator is Brian Kennedy.

5          The next alleges that Brian Kennedy

6    on or about the 9th day of November, in the year of

7    our Lord 2001, at Billerica, by means of a dangerous

8    weapon, to wit:  glass, did assault and beat Vanessa

9    Minervini.

10          The next one is identical except

11    that the alleged perpetrator is William Ashton.

12          The next is identical except that

13    the alleged victim is Christie Gilpatrick.

14          Finally, that Michelle Kennedy on or

15    about the 9th day of November, in the year of our

16    Lord 2001, at Billerica, by means of a dangerous

17    weapon, to wit: baseball bat, did assault and beat

18    Deann Masone.

19          The last three letters are identical

20    except in the named perpetrator.  They allege that

21    William Ashton on or about the 9th day of November,

22    in the year of our Lord 2001, at Billerica, did

23    maliciously damage a motor vehicle, the property of

24    Deann Masone.

25

2404

6

1

2          The next one alleges the same except

3    the perpetrator is Brian Kennedy.

4          And the last alleges the same except

5    that the perpetrator is Michelle Kennedy.

6          I will have five witnesses for your

7    consideration today.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2405

7

### DEANN MASONE, Sworn.

Q    (Ms. MacDougall.)  Ms. Masone, could you introduce

yourself to the grand jurors and spell your name,

please.

A    Deann Masone, D-e-a-n-n M-a-s-o-n-e.

Q    I'm just going to ask you to keep your voice up.

There's a vent above me that makes it hard to hear

you.  Ms. Masone, where do you live?

A    181 Vail Street, Tewksbury.

Q    Who do you live there with?

A    My mother and father and son.

Q    What's your son's name?

A    Kyle.

Q    How old is he?

A    Three.

Q    Who is Kyle's father?

A    John Cimino.

Q    At this time are you still in a relationship with

John Cimino?

A    No.

Q    When did that relationship end?

A    About a year ago.

Q    Drawing your attention to November 9th of last year,

2000, did you go out?

2406

000296

8

1

2    A    Yes.

3    Q    When did you go out?

4    A    Around 9 o'clock.

5    Q    Who did you go out with?

6    A    Christie Gilpatrick and Vanessa.

7    Q    Do you know Vanessa's last name?

8    A    I don't know how to pronounce it.

9    Q    Is it Minervini?

10    A    Yeah, Minervini.

11    Q    Were you friendly with Christie and Vanessa on

12    November 9th?

13    A    Yes.

14    Q    What was your relationship with Christie?

15    A    She's my best friend.

16    Q    What about Vanessa?

17    A    She was one of my good friends, too.

18    Q    Where did you all go on the night of November 9th?

19    A    To the Blue Shamrock.

20    Q    Where is that?

21    A    In Lowell.

22    Q    What kind of establishment is that?

23    A    It's a bar/club.

24    Q    Do they have music?

25    A    Yeah.

\2407

9

1

2  Q   While you were at the Blue Shamrock, did you see

3      anyone else that you knew?

4      A   Yes.

5  Q   Who did you see?

6      A   John Cimino, Louie Cimino, Michelle Kennedy,

7      Brian Kennedy, Amy Baum, Billy Ashton.

8  Q   Did you-- were those people all together?

9      A   Yes.

10 Q   Were you hanging out with or involved with those

11     people that night?

12     A   No.

13 Q   Who is Louie Cimino to John Cimino?

14     A   His twin brother.

15 Q   At some point during the night was there a conflict

16     at the bar?

17     A   Yes.

18 Q   Who did that involve?

19     A   Louie and John and one of my friends, Dave

20     Lavita.

21 Q   Do you know what that conflict was about?

22     A   No.

23 Q   What specifically did you see?

24     A   Them three fighting.

25 Q   When you say them three, Louie, John and Dave?

2408

10

1

2          A    Dave, yeah.

3     Q    Were they physically fighting?

4          A    Yes.

5     Q    How did that fight end?

6          A    Us leaving the bar and I drove Dave home.

7     Q    When you say "us leaving the bar," who did you leave

8     the bar with?

9          A    Christie, Vanessa and Dave.

10    Q    Where was your car parked?

11         A    In the parking garage.

12    Q    Where is the parking garage with respect to the bar

13    itself?

14         A    Across the street.

15    Q    Could you please tell the grand jurors what happened

16    as you went to get in your car and leave the parking

17    garage?

18         A    I was approached by John in the parking garage

19    and he started punching Dave through my car and

20    spitting on Dave, spitting on me and kicking my car,

21    so I took off.

22    Q    Where did you go at that point?

23         A    I went to drive Dave home.

24    Q    Who was in your car at that time?

25         A    Christie and Vanessa.

2409

11

1

2      Q      What kind of car did you have?

3      A      Nissan Maxima.

4      Q      What color was it?

5      A      Maroon.

6      Q      What year was it?

7      A      A '95.

8      Q      What was its general condition on the night of

9             November 9th?

10     A      Perfect condition.

11     Q      When did you purchase the car?

12     A      Last year.

13     Q      Do you remember how much you spent for it?

14     A      Five thousand.

15     Q      You said that you left the parking garage to drive

16            Dave home?

17     A      Yes.

18     Q      Where does Dave live?

19     A      In Tewksbury.

20     Q      Did you drop him off?

21     A      Yes.

22     Q      What did you do after you dropped off Dave?

23     A      I was driving back home where you have to pass

24            the trailer parks where John and them live and

25            Louie, and I ran into them.

2410

12

Q    When you say "them," who specifically did you run
into?

A    I ran into John and Louie.

Q    What happened when you ran into John and Louie?

A    I got in an argument with John.  I had him
spitting on me and kicking my car.

Q    Is it fair to say at the time of November 9th you
and John were not generally getting along?

A    No.

Q    You'd been broken up for some period of time then?

A    Yes.

Q    Were there difficulties between the two of you over
visitation with your son?

A    Yes.

Q    Where did you have this argument with John?

A    In the trailer parks.

Q    Where specifically--  whose home were you in front
of or near?

A    At this time?

Q    Yes.

A    I was near John's.

Q    Do you know where Louie was while you were arguing
with John?

A    Talking to Christie and Vanessa in my car.

2411

13

1

2    Q    When you say you fought with John, was that a

3         physical fight or a verbal fight?

4    A    Verbal.

5    Q    How did that end?

6    A    By me getting in my car, leaving.

7    Q    When you got in your car to leave, who was in your

8         car?

9    A    Christie and Vanessa and we went to drive up

10        the street because John walked up the street because

11        that's where Michelle Kennedy and Brian Kennedy

12        live, and Louie just got in my car, and I dropped

13        him off right there up the street and then tried to

14        leave.

15   Q    When you say "up the street," you indicated this was

16        a trailer park?

17   A    Yeah.

18   Q    Are there streets that run through the trailer park?

19   A    Yes.

20   Q    You said the house where Brian and Michelle Kennedy

21        live, at that time did you know Brian and Michelle

22        Kennedy?

23   A    Yes.

24   Q    And you knew where they lived?

25   A    Yes.

2412

000302

14

Q    Is Brian John's boss?

A    Yes.

Q    What happened when you arrived in front of the Kennedy home?

A    Louie got out of the car.  John was screaming and Mickey was screaming at me.

Q    When you say "Mickey," who do you mean?

A    Michelle Kennedy.

Q    Who was in front of the Kennedy home when you pulled up with Louie Cimino?

A    John Cimino, Billy Ashton, Brian Kennedy, Michelle Kennedy and Robin Benchmoore.

Q    Did you know all of those people prior to that by name?

A    I knew everyone except for Amy Baum.

Q    Did you see Amy Baum?

A    Yes.

Q    So those were all the people you saw in front of the Kennedy home when you pulled up?

A    Yes.

Q    To the best of your ability can you tell us exactly what happened when you pulled up to drop off Louie Cimino?

| 2413

A      They were all surrounding my car and Christie
was arguing with Michelle through the window.   So I
rolled up the window on Christie so she couldn't
argue with Michelle anymore, and I proceeded to
leave; and as I was leaving, my car was surrounded
by people, I nicked Louie Cimino in the leg, and I
stopped immediately, and they all proceeded to smash
in my car with bats.

Q    When you say that you nicked Louie Cimino in the
leg, what part of your car hit him, if you know?

A      The front of my car.

Q    How long had you been going at that point?

A      Three seconds.

Q    At what point did you first see the baseball bats?

A      When I was in my car.

Q    When you say they all started hitting your car,
could you see who specifically was hitting your car?

A      John Cimino, Brian Kennedy, Billy Ashton.    I
seen Michelle and her-- I looked out my back
window, and I seen her youngest son hitting my car.

Q    What effect did their hitting your car have on your
car?

16

A       They smashed it in every single window,
including my sunroof and the back of my car, they
smashed in the whole body.

Q    Where was the glass going?

A       In our faces.

Q    Could you see it landing on Christie and Vanessa?

A    Yes.

Q    Did it land on you?

A    Yes.

Q    What effect did it have on you when it landed on
you?

A    Cuts.

Q    And what happened next?

A    After the bat--  the last bat hit my car, I
got out of my car to yell at Michelle and we started
fighting and someone hit me over the back with a
bat.

Q    When you say you started fighting, what specifically
happened between you and Michelle Kennedy?

A    We started fist-fighting.

Q    Did you hit her as well?

A    Yes.

Q    Do you know who hit who first?

A    I hit her first.

2415

17

1

2  Q    How did you hit her?

3     A    I hit her in the face.

4  Q    How did she hit you back?

5     A    She hit me in the face.

6  Q    When you first started fighting with Michelle

7     Kennedy, do you know where the other people were?

8     A    Right behind me.

9  Q    When you said someone hit you with a bat—

10    A    Someone hit me in the back with a bat and then

11    Amy Baum was standing behind her and had a pipe and

12    she hit me in the head with the pipe, and then I

13    fell to the ground and then all of them were

14    surrounding me.

15 Q    When you say "all of them," who specifically did you

16    see?

17    A    Billy, Brian, Michelle.  I seen John, I seen

18    Amy.

19 Q    Which of them, if you know, had weapons?

20    A    Billy, Brian and Michelle and John.

21 Q    What weapons did they have?

22    A    They had bats and a lead pipe.

23 Q.   Where were you at this point?

24    A    On the ground.

25 Q    What position were you in?

2416

18

2      A      I was curled up in a ball.

3   Q   Where on your body did you feel the bats making

4      contact?

5      A      All over my body.

6   Q   What was anyone saying or doing at this point?

7      A      After like a minute John jumped on top of me

8      and said, "She had enough," and he lifted me up from

9      the front and my back was exposed and Billy Ashton

10     was behind me whacking me.  I could feel him hitting

11     me in the back and kicking me in the back.

12  Q   What happened next?

13     A      They suck two dogs on me.

14  Q   When you say they sicked two dogs on you, what

15     specifically happened?

16     A      They had two Doberman Pinchers attack me and

17     bite me.

18  Q   Who was that?  When you say "they," who do you mean?

19     A      Brian.

20  Q   What did you hear or see him do specifically?

21     A      Had them attack me and bite me, told them to

22     bite me.

23  Q   Did you hear him use words towards the dogs?

24     A      Yes.

25  Q   What did the dogs do?

.2417

000307

19

A      They attacked me.

Q    Did you, in fact, get bitten?

A      Yes.

Q    Where did you get bitten?

A      In my left leg.

Q    Did the dogs do anything else?

A      During the whole commotion they bit Amy Baum, too.

Q    What happened next?

A      I got up and I tried getting away to go to my car and Amy came over again and hit me one more time, and I fell, and then I managed to get into my car and drive a little bit down the road, and then I don't really remember much.  The cops, the ambulance came.

Q    Who was in your car when you drove away?

A      Christie and Vanessa.

Q    What was the condition of your car when you got back into it?

A      I had no windows.

Q    Did anything else-- was anything else said by any of these people during their attack on you?

A      No, not that I remember.

2418

20

Q    Specifically, who did you actually see strike you
with a baseball bat?

A    Billy, Brian, I saw Amy hit me with the pipe,
and Michelle.

Q    Ms. Masone, I'm showing you four photographs, do you
recognize what's in those photographs?

A    (Witness nodding.)

Q    What is that?

A    My car.

Q    When was your car in that condition?

A    That night after they smashed it in.

Q    Do those pictures show the damage done to your car
by the baseball bat?

A    Yes.

MS. MACDOUGALL:    I'd introduce these
as Exhibits 1 through 4.


(Grand Jury Exhibit Number 1 Marked)
(Photograph)


(Grand Jury Exhibit Number 2 Marked)
(Photograph)

000309

21

1

2          (Grand Jury Exhibit Number 3 Marked)

3          (Photograph)

4

5          (Grand Jury Exhibit Number 4 Marked)

6          (Photograph)

7

8     Q     Ms. Masone, you said at some point the police

9           arrived?

10    A     Yes.

11    Q     And an ambulance?

12    A     Yes.

13    Q     Was that Officer Devito from Billerica Police?

14    A     Yes.

15    Q     Did you go in the ambulance?

16    A     Yes.

17    Q     Where did you go?

18    A     To Lahey Clinic in Burlington.

19    Q     Why did you go to Lahey Clinic?

20    A     That's where the ambulance took me.

21    Q     Were you feeling any injuries?

22    A     Yes.

23    Q     How did you feel at that point after the attack?

24

25

22

2    A   I couldn't move my left arm.  My ribs, my jaw

3    was hurt. I was bleeding from my face.  My right and

4    left ankle were hurt.

5   Q   Prior to this attack did you have any existing

6    injuries?

7    A   Yes.

8   Q   What injury was that?

9    A   I broke my left shoulder.

10   Q   How long before this had you done that?

11    A   Seven months.

12   Q   Was John Cimino aware of that?

13    A   Yes.

14   Q   Were the others aware of that, if you know?

15    A   Yes.

16   Q   Was any particular attention directed towards your

17    shoulder when they were hitting you?

18    A   I don't know.

19   Q   At some point after the incident did you take

20    photographs of your injuries?

21    A   Yes.

22   Q   Ms. Masone, I'm showing you a series of photographs.

23    Are those the photos that you had taken of your

24    injuries?

25    A   Yes.

23

Q    About how long after November 9th were those
     pictures taken?

A      Three days.

Q    Are those a fair and accurate representation of how
     you appeared three days after this attack?

A      Yes.

Q    And the injuries depicted in those photographs, are
     those the result of this attack?

A      Yes.

               MS. MACDOUGALL:   I'd introduce these
     as Exhibits 5 through 9.


     (Grand Jury Exhibit Number 5 Marked)
     (Photograph)


     (Grand Jury Exhibit Number 6 Marked)
     (Photograph)


     (Grand Jury Exhibit Number 7 Marked)
     (Photograph)


     (Grand Jury Exhibit Number 8 Marked)
     (Photograph)


2422

24

1

2          (Grand Jury Exhibit Number 9 Marked)

3          (Photograph)

4

5    Q    Ms. Masone, what did Lahey Clinic tell you with

6          respect to your injuries?

7    A        That my right ankle was a hairline fracture.

8          My left ankle was sprained.  I had contusions all

9          over my back.  My left elbow, I had a hairline

10         fracture in my growth plate; and my jaw, I had

11         severe bruising to my jaw and just I had bruises all

12         over my face.

13              MS. MACDOUGALL:  I have no further

14         questions for this witness.  Do any of the grand

15         jurors have questions?

16   Q    (Juror.)  Did you mention Christie, Vanessa; did you

17         mention somebody by the name of Dave?

18   A      Yes.

19   Q    (Juror.)  Where was he all this time?

20   A      I dropped him off.

21   Q    (Juror.)  You dropped him off?

22   A      Yes.

23   Q    (Juror.)  Was there more than one bat?

24   A      Yes.

25   Q    (Juror.)  You don't know how many?

2423

25

1

2          A     Four.

3                    MS. MACDOUGALL:  Anyone else?

4

5               (Witness excused.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

000314

VANESSA MINERVINI, Sworn.

Q    (Ms. MacDougall.)  Good afternoon, Ms. Minervini.
     Could you introduce yourself to the grand jurors and
     spell your last name.

     A    My name is Vanessa Minervini.  My last name is
     M-i-n-e-r-v-i-n-i.

Q    Ms. Minervini, where do you live?

     A    I live in Tewksbury, Massachusetts.

Q    Do you know Deann Masone?

     A    Yes, I do.

Q    How long have you known her?

     A    I've known her probably about four years,
     through school.

Q    What was your relationship with her in November of
     2001?

     A    I was friends with her through friends mostly.
     I wasn't very close with her, but I was, you know,
     hanging out with her, friends.

Q    On the night of November 9th, did you go out with
     her?

     A    Yes, I did.

Q    Who all went out?

     A    It was Deann, myself and Christie.

Q    Where'd you go?

2425

A    We went to the Blue Shamrock in Lowell.

Q    Did anything unusual happen while you were at  the
Blue Shamrock?

A    There were some arguments being made from John
Cimino to another male, but there was no involvement
with any of the girls that we were with.

Q    So you were aware it was going on, but you guys
weren't involved?

A    Right.

Q    And you knew who John Cimino was before that?

A    Yes.

Q    Was the other individual involved Dave Lavita?

A    Yes.

Q    At some point did you all leave?

A    Yes.

Q    Where did you go when you left?

A    We left.  We got into Deann's car, and Deann
had drove Dave Lavita home.

Q    Why did she drive Dave Lavita home?

A    Because he was under the influence of alcohol
and he was incapable of driving, so she had dropped
him off at home.

Q    Was there anything unusual that happened in the
parking garage before you went to drive Dave home?

2 8

2      A    Yeah.  We were driving and John was arguing

3      with Dave when Dave was sitting in the front seat,

4      and he had tapped her car with his foot, you know,

5      vaguely touched it, so Deann was upset about that

6      and wanted to talk to him about it.

7      Q    Did you drop Dave off?

8      A    Yes.

9      Q    Where was Dave dropped off?

10      A    His home.

11      Q    Where is that, if you know?

12      A    That's in Tewksbury.

13      Q    After you left Dave's home in Tewksbury, where did

14      you go?

15      A    We went to John Cimino's house.

16      Q    Where is that?

17      A    That's in Billerica.

18      Q    Is it fair to say that the trailer park that John

19      lives in borders both Billerica and Tewksbury?

20      A    Yeah.

21      Q    It's right on the line?

22      A    Yeah.

23      Q    What happened when you got to John's house?

24      A    John and Deann were talking outside, and they

25      were kind of arguing back and forth.  There was

000317

29

vaguely-- I mean, his hands were down; he hadn't

touched her at all and kind of just arguing back and

forth.

Q   Where was Louie during this?

A     He was sitting in the car with me and Christie

just talking.

Q   So certainly the argument going on between Deann and

John was not concerning enough that you guys got out

of the car?

A     Right, not at all.

Q   Is it fair to say that this was pretty regular

between the two of them?

A     Yes.

Q   What happened next?

A     And John had said, you know, I vaguely heard

him saying, but he didn't want to fight with Deann,

so he had walked around the corner to the Kennedys'

home.

Q   Did you know where the Kennedys lived?

A  .   They lived right around the block, actually,

on the other side, you know, behind where they

lived.

Q   So what happened then?

000318

30

A    And then we had said because Louie was going

to the Kennedy house, so we went to drop Louie off,

and that's how we wound at the Kennedys' house.

Q    What happened when you went to drop Louie off?

A    We dropped Louie off.  Louie got out of the

car, and Christie had gotten in the front seat, and

Michelle Kennedy was yelling, talking to Deann

saying, "Get out of here.  This isn't a good place

for you to be. Nobody wants you here, you should

leave."  And Deann was kind of arguing back and

forth; and when she started pulling away, she

accidentally hit Louie Cimino with the front hood on

the right side.

Q    What happened then?

A    And John was already upset from the fighting

that he was doing with Dave and seeing that his

brother was laying on the ground thought he was

really hurt and he started hitting the car with the

bat.

Q    And those things about, you've indicated, about why

John Cimino did what he did, have you had

conversations with John Cimino since then?

A    (Witness shaking head.)

Q    That's just your assumptions about what he thought?

2429

000319

31

A    Right.  I've seen him, you know, here and there at gatherings with friends.  But, yeah, I haven't—

Q    Talked to him about that?

A    Right.

Q    What happened next?

A    Then John was hitting Deann's car with the bat.  He hit the hood and he had smashed in the windows with the bat.

Q    Was, to the best of your knowledge, John the only one hitting the windows?

A    Yes.

Q    What were you doing while the windows were being hit?

A    I believe Deann had already got out of the car and Christie had jumped in the back seat with me, and we were ducking, and I was afraid-- I would have gotten out of the car, but he had come around to the driver's side, and I was afraid that if I had stepped out of the vehicle, he might accidentally hit me; not on purpose, but intentionally hitting the car and like get me so I stayed in.

Q    What was happening in the car at this point from him hitting the window?

2430

000320

32

2    A    The glasses were shattering, and the glass

3    came up to me and cut me and Christie.

4    Q    Were you two trying to keep your heads down?

5    A    Yes.

6    Q    So you couldn't really see what was happening

7    outside of the car?

8    A    Right.  My head was totally covered, and I had

9    a jacket on and I was covered, because I didn't want

10   the glass to get in my face and my eyes.

11   Q    At some point did you get out of the car?

12   A    Yes.

13   Q    What, if anything, did you see when you got out of

14   the car?

15   A    When I got out of the car, I was covered in

16   glass.  It seemed like it was pouring off my face.

17   When I had looked up, when I went a little bit off,

18   I saw just a crowd of people almost like grabbing at

19   something in the middle, like fighting over

20   something.

21   Q    Could you see what it was?

22   A    I didn't see it.

23   Q    Could you see Deann?

24   A    I didn't see Deann, no.

25   Q    Could you see who the people were in the crowd?

2431

33

A    I saw-- I believe Michelle Kennedy was in the crowd, Billy Ashton. At the time her husband was in the house coming out, and he had dogs, two Doberman Pinchers on leashes.

Q    When you say "her husband," is that Brian Kennedy?

A    Yes.

Q    Did you see him do anything with the dogs?

A    I saw him. He had the two dogs on leashes, and I believe he said something as to "sick her," or "sick them," meaning to bite, but he never let go of the leashes of the dogs, so I don't know if they bit Deann or not.

Q    What else, if anything, did you see?

A    At that time I just saw, you know, everybody in the ball kind of wrestling basically, and wiping, you know, continuing to wipe the blood off my face; and then after I was standing behind the car on the driver's side, looked over, and I saw Deann laying down. I didn't see anybody hitting her and John Cimino said, "Deann, leave, get out of her."

Q    Did you see Deann get up at that point?

A    Yeah.

Q    Where was Deann lying on the ground with respect to where the crowd had been before?

2432

34

A    Some were close, but the crowd had broken up, so they were standing closer to the house rather than Deann.

Q    Did Deann come over to you at that point?

A    Yes.

Q    Did she seem to be having any difficulty walking or moving?

A    She was limping.  She had an injury previous, a couple of months before, and she was kind of holding her shoulder the way she was holding it when she had a previous injury.

Q    What, if anything, happened at that point?

A    She had walked over to the car and Amy Baum had pushed her.  She almost-- she didn't fall, but she had pushed her and then, you know, Deann had got into the car and tried to drive away.

Q    Did you guys get in the car as well?

A    Yes.

Q    What was the condition of the car at that point?

A    I don't know if I was out of the car at the time, but the sunroof was smashed in.  All the windows were gone and there was glass everywhere.  I think there was a minor scratch or bump on the hood.

35

It was hard for her to drive because she was in

pain.

Q    Was she able to drive away?

A    Yeah.

Q    Where, if anywhere, did you go?

A    We went just to the end of the street and

stopped right around the corner, and at that time

the cops came.

Q    Later that night did you give a statement to the

Billerica Police?

A    Yes, I did.

Q    And you gave a written statement?

A    Yeah.

Q    And that statement was given within a couple of

hours of this incident; is that fair to say?

A    Correct.

Q    And you gave that statement to Officer Devito?

A    Yes.

Q    Prior to that did you go back to the Kennedy home

with him and identify John Cimino as one of the

participants in this?

A    Not after I went to the police department,

before.

Q    Before?

2434

36

2     A    Yes.

3    Q   Ms. Minervini, is that a copy of the written

4        statement you gave on the night of November 9th or

5        the early morning hours?

6    A    Yes, it is.

7    Q   Is that an accurate copy with your signature?

8    A    Yes, it is.

9              MS. MACDOUGALL:  I'd introduce this.

11    (Grand Jury Exhibit Number 10 Marked)

12    (Statement of Vanessa Minervini)

14    Q   Miss Minervini, is it fair to say that more recently

15        your friendship with Deann Masone has suffered

16        somewhat?

17    A    Yes.  I've never been very close with her, you

18        know, just hi/bye situation when we'd see each

19        other.

20    Q   But you are no longer even that much with her now?

21    A    Yeah.

22    Q   And is part of the reason for that the fact Christie

23        Gilpatrick is now dating Louie Cimino?

2435

37

A    Well, I have never been a very close friend to Deann. If anytime I've seen her, it was with one of my closer friends that were her friend.

Q    Okay.

A    And her friendship-- I mean, I've never really been close with her so her not being friends with Christie isn't really—

Q    Isn't really an issue with you?

A    Right.

Q    But you don't see her through Christie anymore?

A    No.

Q    And you and Christie remain good friends?

A    Yes.

            MS. MACDOUGALL:  I have no other questions for Miss Minervini. Actually, I do. I apologize.

Q    Ms. Minervini, you indicated that the glass did cut you somewhat on your face?

A    Right here, yeah, on my nose.

Q    Did the Billerica Police take a photograph of that?

A    Yes, they did.

Q    Is that a copy of the photograph taken of you that night?

A    Yes, it is.

2436

38

Q    Is that a fair and accurate representation?

A    Yes.

                MS. MACDOUGALL:    I'd introduce that.


        (Grand Jury Exhibit Number 11 Marked)

        (Photograph)


Q    Ms. Minervini, is it fair to say that by that point
     you cleaned up the blood?

A    Yes.

Q    So that's how it looked after you had gotten cleaned
     up?

A    Yes.

                MS. MACDOUGALL:    I have no further

     questions for Ms. Minervini.    Do any of the grand

     jurors have questions for Miss Minervini.

Q    (Juror.)  Did you see anybody else other than John

     swinging a bat?

A    No, I didn't.

Q    (Juror.)  Did Deann before the fight really

     intensified when she was leaving and hit Louis, did

     she bolt out and—

A    No.    She has a standard car, so that when she

     tried--  she had to put it in first, a little bit

1

2      more than an automatic to drive away because she had

3      a standard rather than an automatic.  She was

4      driving away normal; she wasn't going to drive away

5      at any speed or anything.

6   Q    (Juror.)  Did Louis do anything to get out of the

7      way or was he—

8   A    No.  It's a very small street.  There was cars

9      parked on both sides and Deann had to--  she had

10     backed up a little bit to drive away; and when she

11     did that, they were walking on the side of the

12     street on the next side of the car, and when she

13     drove off, she accidentally hit him.  She thought

14     that she would have enough room and mistakenly she

15     didn't.

16  Q    (Juror.)  It wasn't done in an aggressive manner?

17  A    No, not at all.

18  Q.   (Juror.)  A question about Brian Kennedy.  You said

19     that he was the one that had the Dobermans?

20  A    Yes.

21  Q    (Juror.)  But you never saw the Dobermans leave the

22     leash?

23  A    No, I didn't.

24  Q    (Juror.)  What did you hear him say to the

25     Dobermans?

2438

40

A    I believe I heard him say—I mean there was a
lot of screaming, but I believe I heard him say,
"Sick," like "Sick them or sick her."  And in that
scope of manner meaning for the dogs to bite her,
but he didn't let go of the leashes.

Q    (Juror.)  Did you see the dogs bite anyone?

A    I didn't, no.

Q    (Juror.)  What was the closest you saw them get to
her, the dogs?

A    The dogs?

Q    (Juror.)  The closest you saw.

A    Well, when I saw the group of people, he was
kind of standing outside of the crowd, and he's
standing right outside with the dogs.  So there was
a lot of people around her, so that's why I believe
the dogs didn't get to her, and he didn't let go of
the leash.

                    MS. MACDOUGALL:  Anyone else?


                    (Witness excused.)

2439

CERTIFICATE OF SERVICE

RE: Commonwealth v. William Ashton,                Docket No. 02-152

I, Kate B. MacDougall, do hereby certify that I have served Commonwealth's

Notice of Discovery II on the defendant by hand, to his attorney:

Daniel Callahan
42 Church Street
Lowell, MA 01852

Signed under the pains and
penalties of perjury,

Respectfully Submitted
For the Commonwealth,

MARTHA COAKLEY
DISTRICT ATTORNEY

By:    _Kate B. MacDougall_
KATE B. MACDOUGALL
Assistant District Attorney
21 McGrath Highway
Somerville, MA  02143
Ph: 617-666-2101
BBO # 638325

Dated: March 5th, 2002

2440

000330

41

CHRISTIE GILPATRICK, Sworn.

Q   (Ms. MacDougall.)  In a nice loud, clear voice if
    you could introduce yourself to the grand jurors.

A       My name is Christie Gilpatrick.

Q   Could you spell your last name, please.

A       G-i-l-p-a-t-r-i-c-k.

Q   I'm just going to ask you to keep your voice up as
    best you can, okay.  Miss Gilpatrick, where do you
    live?

A       37 Short Street, Apartment B, in Lowell.

Q   Did you fairly recently move to that address?

A       Yes.

Q   Before that where did you live?

A       In Tewksbury.

Q   Do you know Deann Masone?

A       Yes.

Q   In November of last year, were you and Deann good
    friends?

A       Yes.

Q   On the night of November 9th where, if anywhere, did
    you go?

A       To the Blue Shamrock.

Q   I'm just going to really ask you to keep your voice.
    There is a blower above my head.

2441

000331

-42

1

2    A    Okay.

3    Q    Who all went to the Blue Shamrock?

4    A    Me, Vanessa and Deann.

5    Q    And by Vanessa, do you mean Vanessa Minervini?

6    A    Yes.

7    Q    Did anything unusual happen while you were at the

8    Blue Shamrock?

9    A    Yes.

10    Q    What happened?

11    A    There was a fight between Dave Lavita and John

12    Cimino.

13    Q    Were you all involved in that fight at all?

14    A    No.

15    Q    At some point after the fight did you all leave?

16    A    Yes.

17    Q    Where did you go?

18    A    To Deann's car.

19    Q    Where was Deann's car parked?

20    A    In the parking garage.

21    Q    Did anything happen while you were in the parking

22    garage?

23    A    We saw Dave Lavita.  He was all beat up, so we

24    gave him a ride home.

25

2442

43

Q   Did anything happen before you left the parking

garage?

A   We were driving to leave the parking garage

and saw John Cimino, and John went over to Deann's

car and started yelling at Dave and Deann.

Q   Was there any confrontation between John Cimino and

Deann and Dave through the window?

A   Yes.

Q   What was that?

A   I couldn't tell you.  It was just screaming.

Q   Just screaming?

A   Yeah.

Q   Where did you all go after you left the garage?

A   We dropped Dave off at his house.

Q   Where is that; what town?

A   In Tewksbury.

Q   Where did you go after that?

A   We went to John's house.

Q   Is that also in Tewksbury or Billerica?

A   Billerica.

Q   Where does John live?

A   In the trailer parks.

Q   Who, if anyone, was there when you got to John's

house?

000333

44

1

2      A    It was John and his brother Louie.

3   Q   What happened when you got to John's house?

4      A    Deann got out of the car. Me and Vanessa

5   stayed in the car. Louie came over to the car, and

6   Deann and John had a fight.

7   Q   What was Louie doing during that time?

8      A    Talking to me and Vanessa in the car.

9   Q   How did that end?

10     A    John walked over the Kennedys' house, Deann

11  got back into the car, told Louie to get in the back

12  seat. Deann jumped into the front car-- I mean,

13  into the driver's seat and drove to the Kennedys'.

14  Q   Where were you at that point in the car?

15     A    I was in the front seat.

16  Q   What happened when you got to the Kennedys?

17     A    Michelle Kennedy came up to my window and told

18  me to tell Deann to get out before there was any

19  problems.

20  Q   Where was Louie Cimino at this point?

21     A    He got out of the car.

22  Q   What happened then?

23     A    Then Deann didn't listen, she got out of the

24  car. She started fighting with John, yelling back

25  and forth. John told her to get in the car and

2444

45

leave before anything happened.  She got into the
car, and as she was putting her car into first gear,
she ran over Louie.

Q    What, if anything, did you see?

A    I saw Louie's body go on Deann's hood and roll
off and go onto the pavement.

Q    What, if anything, happened then?

A    Then a fight broke out.

Q    When you say a fight broke out, what specifically
happened?

A    John went to the front windshield and started
smashing it in.

Q    With what?

A    A baseball bat.

Q    Was anyone else smashing the car?

A    Yes.

Q    Who else?

A    I couldn't tell you.

Q    Where were you at this point that the car was being
smashed?

A    In the front seat.

Q    How do you know there was more than one person
smashing it?

000335

46

A    Because my side was getting smashed in while the windshield was getting smashed in.

Q    Did you stay in the front seat?

A    No, I jumped in the back seat.

Q    Where was Deann at this point; was she in the car?

A    No, she was out.

Q    Where was Vanessa?

A    In the back seat.

Q    What was happening in the car as a result of the smashing?

A    There was just glass everywhere.

Q    Where did the glass go?

A    Everywhere; all in her car.

Q    How about on you guys; did it go on you guys?

A    Yes.

Q    Where was your attention at this point; what were you paying attention to?

A    If I was hurt.  I turned and saw Vanessa.  She was bleeding.  I didn't think I was hurt because I wasn't in any pain.

Q    Did you later discover that you were hurt?

A    Yeah.

Q    What did you discover?

000336

47

A    I got out of the car and I was bleeding.  I

didn't feel hurt. I just saw blood.

Q    During the time that you and Vanessa were in the

car, could you see what was happening outside the

car?

A    No.

Q    You said at some point you got out?

A    Yes.

Q    What did you see when you got out of the car?

A    I got out of the car, and I just saw a bunch

of people across the street, just surrounding Deann.

Q    When you say across the street, were they in front

of any house or building?

A    In front of Michelle's house.

Q    When you say Michelle, do you mean Michelle Kennedy?

A    Yes.

Q    When you say people were surrounding Deann, who

specifically did you see surrounding Deann?

A    Michelle, Brian, John, Amy Baum; that's it.

Q    Where was Deann when you say they were surrounding

her?

A    I saw her on the ground at one point.

Q    Did they have anything with them?

A    I couldn't see.

2447

000337

48

2  Q    What was the lighting like at that point?

3    A    It was about 2:30 in the morning; it was dark

4  out.

5  Q    What, if anything, happened next, Miss Gilpatrick?

6    A    Deann came into the car; I told her to drive

7  away. I didn't realize that she was even hurt

8  because everything just happened so fast, and we

9  drove away and she told me and Vanessa what happened

10  and then the cops came.

11  Q    When the cops came, did you eventually go back to

12  the Billerica Police station that night?

13    A    Yes.

14  Q    Did you give a written statement to Officer Devito?

15    A    Yes.

16  Q    And that was given within a few hours of this

17  incident?

18    A    Yes.

19  Q    Miss Gilpatrick, is that a copy of the statement

20  that you gave in the early morning hours of November

21  9th?

22    A    Yes.

23  Q    Is that an accurate copy?

24    A    What do you mean?

25

2448

49

2    Q    Is it a correct copy?  Is there anything different

3         than what you wrote?

4    A    What I wrote in here, I didn't see everything

5    I wrote.  What I wrote down on here is what I heard

6    from Deann.

7                   MS. MACDOUGALL:  I'd introduce this.

8

9    (Grand Jury Exhibit Number 12 Marked)

10   (Statement of C. Gilpatrick.)

11

12   Q    And that would be what you heard from Deann in the

13        amount of time you were all in the car before the

14        police arrived?

15   A    Yeah, and when she was explaining it to the

16        police what happened.

17   Q.   So you were there when Deann told the police what

18        happened?

19   A    Yes.

20   Q    But when you gave your statement, there was no--

21        neither Deann nor Vanessa were in the room; is that

22        fair to say?

23   A    Right.

24   Q    When you gave the written statement?

25   A    Right.

2449

50

1

2  Q    Did the police take photographs that night of the

3       injuries you had from the glass?

4  A    Yes.

5  Q    I've shown you four photographs.   Are those a fair

6       and accurate depiction of how you looked from those

7       injuries?

8  A    Mm-hmm, yes.

9                 MS. MACDOUGALL:   I'd introduce

10       these.

11

12       (Grand Jury Exhibit Number 13 Marked)

13       (Photograph)

14

15       (Grand Jury Exhibit Number 14 Marked)

16       (Photograph)

17

18       (Grand Jury Exhibit Number 15 Marked)

19       (Photograph)

20

21       (Grand Jury Exhibit Number 16 Marked)

22       (Photograph)

23

24  Q    Miss Gilpatrick, since that night you have begun

25       dating Louie Cimino?

51

2    A    A few weeks later.

3    Q    During the course of your dating Louie Cimino, have

4    you had occasion to be around John Cimino?

5    A    I've bumped into him here and there.

6    Q    He hasn't been over your apartment?

7    A    He's been over to my apartment.

8    Q    In fact, your relationship with Deann is no longer a

9    friendly one; is that fair to say?

10    A    Right.

11    MS. MACDOUGALL:  I have no further

12    questions for Miss Gilpatrick.  Do any of the grand

13    jurors?

14    Q    (Juror.)  What did Deann say after she left the

15    parking lot and went to John's house; did she

16    indicate her intentions?

17    A    She said she was just going to go there and

18    see what was up because she saw John messing around

19    with another girl and that got Deann mad, so she

20    wanted to go there and yell at him.  So she was just

21    saying that she was all upset and she was mad.

22    Q    (MacDougall.)  That girl was not Amy Baum or

23    Michelle Kennedy?

24    A    Excuse me?

25    Q    That girl was not—

52

1

2          A     No, no.

3     Q    (Juror.)  Did you see the dogs at all?

4          A     Yes.

5     Q    (Juror.)  That was when you got out of the car?

6          A     Yes.

7     Q    (Juror.)  Did you see the dogs go towards Deann?

8          A     No.

9                    MS. MACDOUGALL:  Anyone else?

10

11                    (Witness excused.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

000342

2452

53

MARTIN CONWAY, Sworn.

Q  (Ms. MacDougall.)  Officer Conway, what's your full
name and could you spell it for the grand jurors,
please.

A    Sure.  My name is Martin Conway, M-a-r-t-i-n
C-o-n-w-a-y.

Q  Officer Conway, how are you employed?

A    I'm employed as a police officer in the town
of Billerica.

Q  How long have you been a police officer in the town
of Billerica?

A    A little over 14 years now.

Q  What shift is it that you normally work at this
point?

A    I'm currently assigned to the midnight to
eight shift.

Q  In November of last year were you working that same
shift?

A    Yes, I was.

Q  Is it fair to say that Tewksbury borders Billerica?

A    Yes, it does.

Q  Are you familiar with a trailer park in Billerica?

A    Yes, I am.

Q  Does that trailer park also border into Tewksbury?

54

A    Yes, it does.

Q    Drawing your attention to the early morning hours of November 9th, did you receive a dispatch?

A    Yes, I did.

Q    Where did it send you?

A    There was a report of a disturbance at 162 Leicester Street, in the vicinity of 160/162 Leicester Street.

Q    Is that address located within the trailer park?

A    Yes, it is.

Q    What, if anything, did you do as a result of that information?

A    I responded to the call. Officer Devito was the initial officer given the call. I was requested as a backup. I happened to be close to that area, and I was the first one to arrive on the scene. Oak Street, which is the road that would bring you to the trailer park, I came upon a motor vehicle that was pulled over on the side of the road, and I stopped at that motor vehicle.

Q    Did you notice anything about that motor vehicle?

A    Yes, I did. Upon pulling up I observed that the windshield, the driver's door, the driver's rear passenger door window and the rear windshield were all smashed out.

000344

55

Q    Did you notice any occupants of that vehicle?

A    Yes, I did.

Q    How many occupants were there?

A    There were three.

Q    Were they male or female?

A    They were all female.

Q    Did you notice anything about their demeanor at that time?

A    Yes, I did.  The driver was very shaken up.  I could see that her face was bruised and swollen. She was bleeding.  The two females in the rear were also bleeding, and so I immediately called for our ambulance to be dispatched.

Q    Is it fair to say there's only one ambulance assigned to Billerica for night?

A    Yes, that's correct.

Q    What, if anything, did you do next?

A    Officer Devito had pulled up within seconds of myself, and Officer LaFortune, a Tewksbury officer, because they had also received calls because of their proximity of the trailer park to the line.  I received information from the parties in the car that they had been assaulted out at 160 Leicester,

56

2    and I had Officer Devito stay with them while I

3    responded to 160 Leicester Street.

4    Q    What, if any, observations did you make as you

5    pulled up at 160 Leicester?

6    A    Upon arriving there I saw four people in the

7    street.  I also could see a lot of broken glass  in

8    the street.  Upon seeing my cruiser pull up, these

9    four subjects fled to the rear of 160 Leicester

10   Street.

11   Q    When you say fled, what specifically did you

12   physically see these four people do?

13   A    I saw these four people flee on foot, running

14   to the rear of the trailer.

15   Q    Could you see what the gender was of these people?

16   A    I did observe--  I saw a male and a female

17   trailing the first two.  The first two I didn't get

18   a good look at them until I, myself, physically went

19   to the rear of the trailer.

20   Q    And you did that after seeing them flee?

21   A    Yes, I did.

22   Q    What, if anything, did you find at the rear of the

23   trailer?

24   A    I found two males and two females standing

25   actually trying to hide behind the trailer from me.

**000346**

57

Q    Did they identify themselves to you?

A    No.  Actually, they were very uncooperative and refused my orders because the information I received from the girls back on Oak Street was that they had been attacked with bats.  I didn't know what I had here.  Initially I asked all of them to show me their hands, which they did not do.

Q    I'm just going to ask you to keep your voice, Officer Conway.

A    Yes.

Q    What then happened in your interactions with these four people?

A    Eventually I finally got them all to show me their hands so I could see that they weren't armed and stuff, and I took one of them to the ground because I wanted to pat frisk him to see if he had any weapons or anything like that.

Q    Was that person eventually identified to you?

A    Yes, he was.

Q    Who was that?

A    That was a Louie Cimino.

Q    And this person Louie Cimino that was among the people you saw fleeing on foot from the road when you arrived?

000347

58

A    That's correct.

Q    Prior to your putting him to the ground, did you observe any physical difficulties of Louie Cimino?

A    No, I did not.

Q    You indicated you pat frisked him, was there any particular reason you pat frisked him?

A    For my safety. I wasn't sure, you know, what weapons. I had heard bats, but I didn't know what else was involved here.

Q    Was he being particularly difficult with you?

A    Not when we got him on the ground and pat-- no, he was a little more receptive, and at that time he informed me and then I found out as the rest of the people they started to inform me that he had been hit by a motor vehicle.

Q    Prior to him telling you that had you seen any indication that he was injured in any way?

A    No, I did not.

Q    After he was put on the ground did he indicate that he was injured in any way?

A    Yes, he did.

Q    What did he do?

A    He stated to me that he had just been hit by a car, and that he couldn't feel his legs, he couldn't

59

move. He then got up off the ground and went and
sat beside the fence.

Q    Did you receive any information from John Cimino
about his brother having been hit?

A    Yes, I did. I was able to from John's
statements stating that this was his brother, I was
able to identify him. John stated to me that a
small blue, he believed it to be a Nissan, had just
hit his brother and fled out Leicester towards Oak
Street.

Q    Did he indicate that he had any idea who the driver
of that vehicle was?

A    No, he did not.

Q    Did you ever identify the two young women who were
there?

A    Yes, I did.

Q    Who were they?

A    It was Amy Baum and a Robin Benchmoore. I'm
not sure of the exact spelling.

Q    Did they give you any other information about what
had occurred just then?

A    They both had stated to me that Louie had been
run over by a vehicle.

000349

60

2   Q   Did any of them identify the person who had

3       allegedly run Louie over?

4   A   No. As a matter of fact, John after several

5       questionings of him was adamant that it was a blue

6       Nissan, he said between the years of '97 and 2001,

7       although he couldn't be sure of the exact vehicle.

8   Q   What, if anything, did you do next?

9   A   I then went out to Leicester Street where all the

10      broken glass was and from there I could see a trail

11      of blood leading up to 160 Leicester Street.  I

12      followed that trail of blood, which brought me right

13      to the door of 160 Leicester.  I then could see

14      another trail going to the rear of the trailer at

15      160.  I followed that thinking that maybe someone

16      was back there injured.  Upon going to the rear of

17      the trailer, there were two dogs barking very loudly

18      in the shed trying to get out, but I followed the

19      trail of blood, which stopped to the rear.  Right

20      behind the trailer there were two baseball bats and

21      a lead pipe that had tape around it for holding it.

22      They were damaged, all dinged up, and I could see

23      what I believed to be smashed glass still on each of

24      these weapons.

25   Q   There were two baseball bats and one metal pipe?

000350

2460

61

A    Yes.

Q    What did you do after that?

A    I seized those and brought them back.  I put them in my cruiser, and then I went back to 160 Leicester Street.  I was attempting to raise somebody to find out what was going on with the blood.  No one would answer the door.  And as I was standing there, there's three steps approximately as you go up, I could see down to the right there was a bat laying beside the stairway.  I could see from that that also had glass particles on it.  I seized that, brought that to my cruiser.

Q    Where were Amy Baum, Robin Benchmoore and the two Cimino brothers during this time when you were going around?

A    When medical personnel had showed up and also other Tewksbury officers, again because of the proximity of the call right to the line, with them there I asked the Tewksbury officers to stay with them while I went out because we had determined that the call was in Billerica.  The Tewksbury officers upon their arrival, I asked them to call for their ambulance because of Louie stating he had been hit, and they stood by.  Their medical personnel had

62

showed up and they had stayed with them. I returned

to them after I gathered the bats and stuff, at

which time I spoke with Amy Baum further because she

was the first one I interviewed in regards to why

she was there and what was going on.

Q   What did Amy Baum tell you?

A   Amy Baum stated to me that she was next door

at 160 and she was baby-sitting the Kennedy

children, along with her own child, and that's why

she was at the scene.

Q   Did Amy at any time indicate that she had an injury?

A   Yes, she did.  She stated that she had been

bit by a dog on her leg, and I said that the medical

personnel would look at her leg, also.

Q   To the best of your knowledge did that happen?

A   Yes, I believe it did.

Q   Did you have any further conversation with Amy about

the blood trail leading into the Kennedy home?

A   Yes, I did.

Q   What was that conversation?

A   I explained to Amy what I had found; that

there was a blood trail going to the door of the

house where she was baby-sitting where her child

63

1

2      was.  She just said, "Oh, yeah?"  And didn't seem

3      concerned at all about it.

4   Q   What, if anything, happened next?

5   A      Well, I asked her about who was at the

6      residence.  She explained to me that it was just the

7      Kennedy children and her child and that that's all

8      that was home at the time.  I asked her if she would

9      accompany me over to them.  At that time Officer

10     O'Leary and Lieutenant Rosa from Billerica Police

11     Department showed up.  I explained to the lieutenant

12     what we had in regards to the blood scene.  We all

13     went over to 160 Leicester Street and we asked Amy

14     at that time to allow us to go in the house to make

15     sure that whoever was bleeding was okay.

16  Q   What was Amy's response?

17  A      Amy's response to us was that no, we could not

18     go in the house and if we wanted to go in the house,

19     we'd have to go get a warrant to do so.

20  Q   What happened next?

21  A   Shortly thereafter Officer Devito showed up on

22     Leicester Street.  He had brought a witness with

23     him.  I believe Vanessa. I believe it to be Vanessa,

24     with him, and at that time Vanessa ID'd John Cimino

25

64

as taking part and using one of the bats to hit the

motor vehicle, hit the glass and the motor vehicle.

Q    As a result of that, what, if anything, did you do?

A    I placed John under arrest at that time and I

placed him in the rear of my cruiser.

Q    What happened then?

A    While I was doing that I could hear-- my

cruiser was a little bit further up the street

because I had stopped.  I could hear a commotion

coming from 160 Leicester Street.  Upon my placing

John in the cruiser and returning there, standing

out on the steps was a Michelle Kennedy, a Brian

Kennedy and an Ashton, Billy Ashton.

Q    Did you see them come out of that residence at 160

Leicester?

A    They were all exiting at that time, and they

were yelling at the officers to get off their

property.

Q    Is it fair to say they were screaming and yelling

and using a fair amount of profanity?

A    That would be very fair to say.

Q    What, if anything, happened at that point?

A    At that point I walked over and was asking

Michelle, who had come out, and I asked her what had

65

happened, you know, was she home or whatever because

we were told earlier by Amy that they weren't home.

Michelle stated that she was home and that she had

heard glass breaking and didn't know anything about

it.  Upon my saying, "Jeez, there's a very large

amount of glass here.  You didn't see anything?"

She stated to me that well, the more she thought

about it, she did see something and she saw a girl

named Deann hit Louie Cimino and drive off.

Q    Did you notice any injuries to Michelle Kennedy?

A    No, I did not.

Q    What, if anything, happened next?

A    After that I asked Michelle about the blood

trail going to her house.  I also asked her husband

Brian about it.  Brian stated to me that he had had

a tooth pulled and that there was blood coming from

his tooth.

Q    Did he show you his tooth?

A    Yes, he did.

Q    Did you give him an opinion as to whether the tooth

could be the cause of the blood trail?

A    Yes, I did.

Q    What was that opinion?

66

A    I felt that because of the large amount of blood, there was virtually no way that his tooth was the cause of the blood.

Q    What was his response when you told him that?

A    He asked me if I was calling him a liar, and I explained to him that I wasn't calling him-- I just didn't think he was telling the truth, and he asked me to remove myself from his property.

Q    What, if anything, happened then?

A    While I was speaking to Michelle and Brian, I had heard over my radio a call for Lieutenant Rosa to call the station. In doing that, Lieutenant Rosa was speaking with Officer Devito back at the station. Officer Devito, from the two females that did not go to the hospital at that time, he received information from them who else was involved in the attack on them.

Q    Did that include Brian Kennedy, Michelle Kennedy and Billy Ashton?

A    Yes, it did.

Q    Just to be clear, during this time that you were speaking to Brian and Michelle Kennedy, what was Billy Ashton doing?

67

A     Billy Ashton had gone out to the street. He
had had a video camera that he was holding and he
was taping all our actions, explaining how we were
going to be sued.

Q     What, if anything, did you do as a result of
learning of the involvement of the Kennedys and
Billy Ashton?

A     Well, prior to that I had asked Billy Ashton
what he had seen, and he stated to me that he saw
absolutely nothing and that was the story he was
sticking to. Upon receiving the information from
the lieutenant that they were involved, Officer
O'Leary and a Tewksbury officer tried arresting
Billy Ashton. He did put up a struggle. At that
time Michelle Kennedy came over to assist him. I
grabbed her and placed her under arrest with the
assistance of Lieutenant Rosa. When I turned around
to arrest Brian Kennedy, he had already fled back
into the trailer.

Q     You were aware that there were children in the
trailer?

A     Yes, we were.

Q     Based on that did you make a decision not to obtain
a warrant to arrest Brian Kennedy?

**000357**

2467

68

2  A  Lieutenant Rosa felt at that time because with

3  the children involved that we would have to take

4  them into custody and it would be best to allow

5  Brian to stay at that time and to obtain a warrant

6  for his arrest.

7  Q  Is it fair to say Amy Baum was no longer around

8  because she had gone in the ambulance for her dog

9  bite?

10  A  That's correct.  She had gone up--  the last I

11  had seen of her she was over by the medical

12  personnel and with Louie Cimino, who was being

13  transported by the Tewksbury ambulance.

14  Q  Were you aware that the Kennedys have four children?

15  A  Yes, I am aware of that.

16  Q  Officer Conway, I'm showing you seven photographs.

17  Do those photographs depict the blood trail as well

18  as the glass in the middle of Leicester Road?

19  A  (Witness nodding.)

20  Q  And where was the glass in the road with respect to

21  the Kennedy home?

22  A  Directly in front of Leicester Street.

23  Q  Are those a fair and accurate depiction of how the

24  road and the street looked when you arrived in the

25  early morning hours of November 9th?

000358

69

1

2          A      Yes, it is.

3                         MS. MACDOUGALL:    I'd introduce

4          these.

5

6          (Grand Jury Exhibit Number 17 Marked)

7          (Photograph)

8

9          (Grand Jury Exhibit Number 18 Marked)

10          (Photograph)

11

12          (Grand Jury Exhibit Number 19 Marked)

13          (Photograph)

14

15          (Grand Jury Exhibit Number 20 Marked)

16          (Photograph)

17

18          (Grand Jury Exhibit Number 21 Marked)

19          (Photograph)

20

21          (Grand Jury Exhibit Number 22 Marked)

22          (Photograph)

23

24          (Grand Jury Exhibit Number 23 Marked)

25          (Photograph)

70

MS. MACDOUGALL:  I have no further questions for this witness.  Do any of the grand jurors have questions for Officer Conway?

Q    (Juror.)  Was it ever determined what that blood trail was from?

A    At that time, no, we were not able to determine.  We didn't find anyone with any other-- except for Amy Baum having been bit by the dog. That was—

Q    (Juror.)  Nobody fessed up to it or anything like that?

A    No.

Q    (Juror.)  Did you actually see the dog bite?

A    On Amy Baum, yes, I did, on her leg.

Q    (Juror.)  Did you see any dog bite on the driver of the car?

A    No, I did not.  She did state to me at the hospital that there were dogs that were brought over to her at the initial scene where the assault took place.

MS. MACDOUGALL:  Anyone else?

Q    (Juror.)  I just want to know if the dog bite on Amy Baum was bleeding?

000360

71

A      There was some blood around it when I
initially saw it.

Q    (Juror.)  You did see the driver of the car, Deann,
at the scene?

A      On Oak Street; yes, I did.

Q    (Juror.)  You saw her get out of the car?

A      Um—

Q    (Juror.)  It's not clear to me how involved—

A      I didn't have that much involvement with her
because upon pulling up and seeing that they were
injured and everything and stating that the incident
had just taken place around the corner and there
were still people there, I myself, I immediately
called for the ambulance for them.  However, I left
to go down to see if I could catch whoever had done
this.

Q    (Juror.)  Is it fair to say you only saw Deann
through the car window?

A      That's correct.

            MS. MACDOUGALL:  I would just advise
the jury, the grand jurors will be hearing from one
more witness in this case.

Q    (Juror.)  How far is it from the scene to where--
was she stopped or moving?

72

A     She was pulled over to the side of the road.
I'd say approximately between, I'd say, 150/200
yards maybe.

MS. MACDOUGALL: Any other questions?

Q     (Juror.) Was it ever determined who was the owner
of the bats and the lead pipe?

A     No. I personally don't know who was-- if it
was determined.

Q     (Juror.) The residence they were found at was the
Kennedy residence?

A     That's correct.


(Witness excused.)

000362

2472

73

ANDREW DEVITO, Sworn.

Q    (Ms. MacDougall.)  Officer Devito, if you could introduce yourself to the grand jurors and spell your last name, please.

A    Good afternoon.  My name is Andrew Devito,  D-e-v-i-t-o.

Q    Officer Devito, how are you employed?

A    I'm employed with the town of Billerica.

Q    In what capacity?

A    As a police officer.

Q    How long have you been a police officer in Billerica?

A    Since July of 1997.

Q    What shift do you currently work for the Billerica Police?

A    I currently work from 12:00 a.m. to 8:00 a.m.

Q    Were you working that same shift back in November of last year?

A    Yes.

Q    Turning your attention to the early morning hours of November 9th, did you receive a call?

A    Yes.

Q    Did that call direct you to the trailer park in Billerica?

000363

74

1

2          A      Yes, it did.

3     Q    Did you respond?

4          A      Yes.

5     Q    What, if anything, did you observe as you were

6          responding?

7          A      On my way to the address, I observed Officer

8          Conway stopped a short distance from Leicester

9          Street with a motor vehicle that had all its windows

10         smashed out.

11    Q    What color was that motor vehicle?

12         A      Red.

13    Q    And could you see the occupants of the motor

14         vehicle?

15         A      Yes, I did.

16    Q    How many were there?

17         A      Three.

18    Q    What were their gender?

19         A      Female.

20    Q    What, if anything, did you do at that point?

21         A      I exited out of my marked police cruiser and

22         assisted Officer Conway providing medical attention

23         to the victims.

24    Q    When you say providing medical attention to the

25         victims, what medical attention were you providing?

000364

75

A    We ascertained that the operator of the motor

vehicle was complaining of head, back and neck

trauma.  I instructed her not to move as we called

the station for an ambulance to respond.

Q    Was that person identified to you as Deann Masone?

A    Yes, it was.

Q    Did you make any observations of her ability to move

at that point?

A    She wasn't moving; she remained in a still

position.

Q    Did she appear to you to be in pain?

A    Yes.

Q    Did you make any observations of the other two

occupants of the vehicle?

A.   Yes, I did.

Q    What were those observations?

A    They had facial cuts from glass shards on their

facial area, shoulder area.

Q    Did you remain with the three young women while

Officer Conway responded to Leicester Street?

A    Yes, I did.

Q    What were you doing while you were there with them?

A    Speaking to them, trying to ascertain what had

occurred.

76

2    Q   What did Deann Masone tell you about her?

3    A   That she was struck, kicked, punched by

4    several different people.

5    Q   Did she identify those people?

6    A   Yes, she did.

7    Q   Who did she identify them as?

8    A   She identified John Cimino, Michelle Kennedy,

9    Brian Kennedy and I believe Amy Baum.

10    Q   Did she indicate whether she was struck with

11    anything?

12    A   Yes, she did.

13    Q   What did she tell you?

14    A   Baseball bats.

15    Q   At some point did an ambulance arrive?

16    A   Yes, it did.

17    Q   Did you see any other injuries on Deann Masone apart

18    from what you described?

19    A   She may have had small cuts from the glass

20    fragments that shattered about the car.

21    Q   Did she tell you she was attacked with anything

22    other than with baseball bats and fists?

23    A   No, she did not.

24    Q   Did she mention anything about dogs?

25    A   I don't believe she did.

77

2  Q    Did anyone else mention anything about a dog?

3     A    Yes.

4  Q    Who was that?

5     A    Both Miss Gilpatrick and Miss Minervini.

6  Q    What did they tell you?

7     A    That Brian Kennedy let two dogs out, Doberman

8  Pinchers, and was leading them towards Deann's

9  direction to attack her.

10 Q    Did they say whether they actually saw the dogs

11 attack her?

12    A    No, I don't believe they did.

13 Q    Okay.  Were you there when the ambulance responded

14 to take care of the three young women?

15    A    Yes.

16 Q    Were they all transported to the hospital?

17    A    No.

18 Q    Which ones were transported to the hospital?

19    A    The only victim that was transported to the

20 hospital was Deann Masone.

21 Q    Where did Christie Gilpatrick and Vanessa Minervini

22 go?

23    A    They were treated by one of the EMT's on

24 scene, cleaned up their cuts and they were taken to

78

the Billerica Police station to provide a written

statement of the incident.

Q    Did they each provide a written statement?

A    Yes, they did.

Q    About how long after the incident was the written

statement taken?

A    Maybe 20 minutes, if that.

Q    Where were the two girls when they gave their

written statements?

A    They were in separate interview rooms alone

and they wrote the statements out, and after they

finished I went in and picked those statements up

from them.

Q    You said that Deann Masone was taken to the

hospital, do you know which hospital she was taken

to?

A    Lahey Clinic.

Q    Are you aware that her medical records from that

evening were subpoenaed by the DA's office to the

grand jury here today?

A    Yes, I am.

Q    Do you have those records here today?

A    Yes, I do.

        MS. MACDOUGALL:    I'd introduce this.

000368

79

(Grand Jury Exhibit Number 24 Marked)

(Lahey Clinic Medical Records)

Q    Officer Devito, at any point did you respond to Leicester Street?

A    I did briefly.

Q    What, if any, observations did you make when you went to Leicester Street?

A    I took with me Vanessa Minervini to do a show-up identification of—

Q    Who did she identify?

A    She identified one of the defendants, John Cimino.

Q    What did she identify that individual as doing?

A    Punching, kicking, striking the victim with a baseball bat.

MS. MACDOUGALL:    I have no further questions for Officer Devito. Do any of the grand jurors have questions for Officer Devito?

Q    (Juror.) Was there any-- did Deann say that she was struck by a lead pipe by Ms. Baum?

A    There were three baseball bats and one lead pipe that were recovered from behind a shed that were all used in the incident. I don't think any of

000369

2479

80

the victims could identify specifically a lead pipe.
What I believe is a baseball bat is what they used.

Q     (Juror.)  There's no statement by anybody of using a
lead pipe or being victimized by it?

A     Not that I'm aware of.

          MS. MACDOUGALL: Does anyone else
have questions?

Q     (Juror.)  The question was asked of you whether or
not, not Deann, the other two had indicated whether
they saw the dog bite her, and your answer was, "No,
they didn't."  And I didn't know if you mean, "No,
they didn't indicate," or "Yes, they did indicate
and they hadn't seen it."

A     I don't believe they saw the dog actually bite
anyone.

          MS. MACDOUGALL: Anyone else?  I have
no further evidence.  Thank you.


          (Witness excused.)

000370

2480

81

C E R T I F I C A T E

I, Rose Marie Cardarelli, do hereby certify
that the foregoing record, Pages 3 through 80, is a
complete, accurate and true transcription of my
voice written notes taken in the aforementioned
matter to the best of my skill and ability.


*Rosemarie Cardarelli*

Rose Marie Cardarelli, Certified Verbatim Reporter

000371