

*Reginald F* **Allard** *Jr.*

13th *Juror, LLC*
*Police Consultant - Expert Witness*
*350 Rockwood Drive*
*Southington, Connecticut 06489*
*Respond to:*
*P.O. Box 100*
*Milldale, Connecticut 06467*
*Phone: (860) 621-1013*
*Fax: (860) 621-1013*
*E-mail: 13thjuror@cox.net*
*Web Sites*: www.expertcop.com; www.13thjuror.com

## BILLING PRACTICES:

Retainer fee: A $5,000.00 fee is expected forwarded along with case materials. This fee will cover the first 30 hours of work product.

Analysis of reports and documents, inspection of involved incident and/or crime scenes, travel, research, interviews, conferences, report writing and preparation for trials, hearings, depositions, review and correction of depositions, will all be billed at the hourly rate of $150.00

Out of state testimony including depositions, hearings and trials will be billed for a minimum eight-hour day at the hourly rate of $175.00 ($1,400.00) for each day or part thereof. Deposition review of case material will be billed at $150.00 per hour. In state Depositions will be billed at a minimum four hour allotted time plus expenses ($700.00). Additional hours will be billed at the hourly rate of $175.00. Deposition and Trial fees are expected paid three (3) days in advance of expected testimony.

Travel time will be billed at a rate of $75.00 per hour. All reasonable expenses including opposing counsel's outstanding fees incurred during assignment on a case will be fully reimbursable by the client.

Additional expenses in support of case preparation, including such items as telephone charges, cost of photocopying, fax charges, typing, mileage related expenses as part of travel, photography and other related reasonable fees and expenses incurred for case opinion will be past through, at cost, without markup.

Unless otherwise arranged, expected travel expenses ( e.g. airfare, car rental, hotel accommodation and meals are to be paid 3 days in advance of travel. The remaining fees will be invoiced on a per month basis and expected 15 days upon receipt of invoice. A 10 % late fee will be assessed and compounded for each month the account is outstanding.

Reginald F. Allard, Jr._____ Date: July 11, 2006_____

Client: _____ Dated:_____

Client:_____  _____Dated:_____

Checks payable to: *13th Juror, LLC* - Tax ID: 65-1210015

Effective July 1, 2006

Kennedy v Billerica Police Department et al – Allard Expert Opinion Report            18



Reginald F Allard Jr.
13th Juror, LLC

P.O. Box 100
Milldale, Connecticut 06467
Tel (860)621-1013 - FAX (860)621-1013
E-Mail: 13thjuror@cox.net
Website: http://www.expertcop.com
Website: http://www.13thjuror.com

**SUMMARY SKILLS:**
1. Experienced leader, trainer, and educator.
2. Working knowledge of the principles, methods, and practices in law enforcement.
3. Proven experienced skills, knowledge, and application of crisis management techniques and critical decision-making.
4. Qualified expert witness in both federal and state court for police use of force, procedures/practices, and training standards.

**EDUCATION:**
**M.S. Criminal Justice,** University of New Haven, West Haven, Connecticut-1978
**B.A. Psychology,** Central Connecticut State University, New Britain, Connecticut -1972
**Organizational Management - Testing, Measurement, & Counseling,** University of Hartford/Southern Connecticut State University, 1980/81 - 25 Master credit hours completed.

**EXPERIENCE:**
**1984 Dec to Present**
*Training Officer* - Connecticut Police Academy - P.O.S.T., 285 Preston Avenue, Meriden, Connecticut 06450. Prepare & conduct recruit & in-service training programs. Specialist with full authority & responsibility for Arrest Mechanics/Officer Safety/Use of Force, Chemical agents(OC, CN, CS), Shooting Decisions, Domestic Violence, Laws of Arrest, Police Authority/Discretion, Suicide Intervention, Stress Management and Firearms Training. Research & Lesson Plan Development. Counsel and evaluate recruits. Co-ordinator for Basic Recruit Training Sessions. To date, in excess of 13,000 recruit & in-service police officers trained to conduct essential job duties.
**Leave of Absence - Feb 1989 to Aug 1989**
*Police Lieutenant/Patrol Commander* - Woodbridge Police Department,
4 Meetinghouse Lane, Woodbridge, Connecticut. Responsible for the patrol and training function of a 29 member department. Oversaw the function/duties as well as ensure discipline of subordinates as they enforced law enforcement duties and responsibilities. Authored and implemented Agency policies in police procedures and tactics.

*Rev: 07/2006*

### 1982 Dec to Jan 1985
*Police Sergeant* - New Britain Police Department, 125 Columbus Blvd., New Britain, Connecticut 06050 Direct line supervisor/shift commander for a 30-person compliment of patrol officers and detectives. Discretionary review of law enforcement decisions. Prisoner control oversight and report review. Crime scene supervision and coordination of apprehension procedures. Recruit and in-service training in Search & Seizure and Patrol procedures.

### 1982 May to Dec 1982
*Police Detective* -New Britain, Connecticut police Department. Investigation of homicides, robbery, burglary, larceny, and assaults. Preparation of arrest warrants and search warrants. Interview of witnesses and interrogation of suspects. Collection/preservation of evidence. Courtroom testimony as to the investigations conducted.

### 1973 Oct to May 1982
*Police Officer* -New Britain, Connecticut Police Department. Interpersonal conflict management, criminal investigation, violator apprehension and victim trauma assistance. Neutralize verbal/physical aggression as personal and social freedoms were balanced with Constitutional Law, Penal Code Law, and Civil Law.

### 1979 Sept to 1981 Dec
*College Instructor* - Manchester Community College, 60 Bidwell Street, Manchester, Connecticut 06040. Research and development of lecture material in Psychology and Criminal Justice courses. Development of a conducive and productive learning environment along with effective student evaluation and testing.

### 1988 to 1994
*Instructor* - Connecticut Criminal Law Foundation, Inc.
Judge Milton A.Fishman Foundation for Criminal Justice Training - 856 Farmington Avenue - Suite 221 West Hartford, Connecticut 06119. Re-certification for in-service police training conducted in **Shooting Decisions, Critical Incident Response Tactics & Procedure, Suicide Intervention Techniques & Domestic Violence Response Procedures.**

### September 1994
*Consultant* - U. S. Department of Justice, Suite 700 1255 22nd Street, N.W. Washington, D.C. 20037 % Michael Berkow, Project Manager, Haiti National Police Project(202)-653-9122 International Criminal Investigative Training Assistance Program ( ICITAP ) contracted with EBON Research Systems to conduct police training for Haitian Internees at Guantanamo Bay, Cuba as part of Operation Restore Democracy.  As a member of a training consultant team, conducted training courses in Basic Human Rights, Police Ethics, Mechanics of Arrest, Defensive Tactics. Developed a Crowd Control Module and a Field Training Officer module to implement subsequent to the preliminary course work.

## PUBLICATIONS

**Report Writing for the Use of Force** - Municipal Police Training Council Publication.
January - 1989

**Why Police Officers Die.** CrimeBeat Magazine Aug. 1991.

**"Objectively Unreasonable Handcuffing"** Law and Order April 1991.

**"Death Data - Analyzing Statistics for Tactical Awareness"** The Police Marksman
March/April 1991.

**The Fleeing Felon's "Back Sanctuary"** Law & Order  March 1993

**Unreasonable Risk Confrontation - A Fourth Amendment Violation**
Law & Order - July 1993

**"At Their Own Risk - Sub Suo Periculo"** Police News - NEOA
May-1993 Connecticut Police Academy - Training Bulletin
August - 1993

**"Recruit Equipment Must Be Duty Equipment"**
Connecticut Police Academy - Training Bulletin February - 1992

**"The Three Thousand Pound Bullet - A Tactical Dilemma"**
Connecticut Police Academy - Training Bulletin Vol.2, No.2 April - 1992

**"PSRC Position on Training & Equipment for DMH Officers"**
Position Paper PSEC Representative for Department of Mental Health Regarding Weapons
Protective Services Employees Coalition - Newsletter
Vol.8 No. 3 December 1992

**"Plain Touch Doctrine"** Police News - NEOA September 1993 Vol. 4, Num. 9

**"Officer Safety - A Fourteenth Amendment Consideration "** Law & Order
September - 1994

**Model Policies - Use of Force** Connecticut Law Enforcement Foundation. Video Tape. June 1995

**Model Policy – Domestic Violence – P.O.S.T. Council - 1986**

**Editor - Connecticut Police Academy - Training Bulletin**

**Web Page Design** - Connecticut Police Academy http://www.post.state.ct.us

## SPECIAL COURSES/CERTIFICATIONS

1974(Jan) Graduate/Connecticut Police Academy (100th Training Session)
1975 Black belt (Korean Karate)
1984 Command Training Institute, Babson College, Wellesley, Mass.1985 (Jan)
1985(Jan) Sworn Special State Police Officer (29-18 police powers)
1985(March) FBI Defensive Tactics Instructor, FBI Academy, Quantico,
1985(May) Psycho-motor Skill Design Instructor Certification SD 796
1986(Nov) Certified intermediate PR-24 instructor
1986(May) Conventional Baton Instructor
1986(Jan) Certified Persuader instructor
1986(Oct) Police Firearms Instructor - NRA
1986(April) Domestic Violence - Abnormal Behavior Response
1987(March) Assertiveness Training
1987(May) Defensive Tactics - Handcuffing Instructor
1987(Sept) Stress Management instructor seminar
1988(Jan) Jail Suicide Prevention
1988(April) Criminal Investigation - Psychological Profiling
1988(April) National Auto Theft seminar
1988(April) National PR-24 Intermediate instructor seminar
1988(May) Pressure Point Defensive Tactics Instructor seminar
1988(June) Crowd Control: Demonstrations & Disorders
1988(Oct) Suicide Prevention Seminar
1988(Nov) Lateral Vascular Neck Restraint Techniques - Instructor
1989(Jan) Medical Response Technician
1989(March) Breath Analysis certified
1990(April) Senior Firearms Instructor
1990(April) Police Involved Shootings - Deadly Physical Force
1990(June) Critical Incident Stress Debriefing
1991(May) Police Shotgun Clinic
1991(June) Dealing with Suicidal Persons
1992(Jan) Police Civil Liability for Training Officers
1992(March) Law Enforcement Legal Update (30 hours)
1992(April) Chemical Aerosol Spray - Instructor
1992(June) Causes of Excessive Force & Bad Shootings - IACP
1993(Feb) Police Civil Liability
1993(Feb) Use of Force: Issues in Litigation
1993(April) 13th PR-24 International Conference-recertification
1993(May) S.W.A.T. Advanced Tactical Handgun & Shotgun
1993(May) Dealing with Suicidal Persons
1993(June) Causes of Excessive Force & Bad Shootings - IACP
1993(June) Jail Suicide Intervention
1993(September) AELE Police Civil Liability
1994(January) Police Photography/Crime Scene
1994(February) Use of Force/Officer Safety legal Issues
1994(April) Police Firearms/Second Weapon (Rifle/Shotgun/SMG)
1994(May) Verbal Judo
1995(Jan) Crowd management - Urban violence
1995(March) Cooper Institute - Physical Fitness Trainer certification
1995(Sept) IALEFI International Firearms Conference - Amarillo, Texas

1995(Oct) Colt's Armorer School - Colts Firearms - Hartford, Ct.
1996 (July) FATS, Inc Certified Operators Course
1996(Sept) IALEFI International Firearms Conference - Mesa, Arizona
1997(Oct) AELE Conference- Police Civil Liability - Las Vegas, Nevada
1998 (Jan) Re-certification PR-24 Intermediate Instructor
1998(April) Use of Force Liability – Conn. Police Academy
1998(May) Carbine Rifle- Second Weapon – Conn. Police Academy
1998(Dec) Use of Force Liability - Connecticut Police Academy
1999(April) Department of Justice Washington D.C. Police Corp Training
1999(June) IACP Less Lethal Force Options - Instructor Trainer
1999(Sept) Police Legal Update
1999(Oct) Defensive Tactics Instructor Seminar - Part 1
2000(May) Defensive Tactics Instructor Seminar - Part 2
2000(June) Defensive Tactics Instructor Seminar - Part 3
2000(Sept) AELE Police Liability Conference Las Vegas, Nevada
2001(March) National Advisory Council FATS, Suwanee, Georgia
2001(September) Hostage/Barricaded Subjects     Las, Vegas, Nevada
2002(March) Taser M-26 Instructor
2002(November) Psychological Preparation or Combat "The Bulletproof Mind"
2002(December) Report Writing – Use of Force – Connecticut Police Academy
2003(September) Police Civil Liability – AELE Conference, Las Vegas, Nevada
2004(February) Police Use of Force- Civil Liability; POST Academy
2004(October) Police Civil Liability – AELE – Las Vegas, Nevada
2006(February) Lethal & Less-lethal Liability – AELE Las Vegas, Nevada

### *SEMINARS CONDUCTED*

**Handcuffing Seminar**
Division of Parole - July 5, 1990
**Apprehension of the Parole Violator**
Division of Parole November 6 & 7, 1985
**Passive Restraint Techniques**
New Britain Emergency Medical Service - May 26, 1981
**Unarmed Defense & Techniques of Apprehension**
Division of Parole - November 7 & 21, 1988.
**Defensive Tactics for Female Police Officers**
New Britain Police Department - March 29, 1984.
**Officer Safety**
Middle Atlantic States Correctional Association Conference May 6 & 7, 1991.
**Family Violence/Officer Responsibility**
Panel Discussion-Connecticut Probation & Parole Association May 7, 1992.
**Officer Safety**
Department of Liquor Control - February 27, 1991.
**Defensive Tactics for Women**
Junior Woman's Club of New Britain - March 2, 1982.
**Domestic Violence**
Greater New Haven Legal Secretaries Association - December 5, 1987.
**Self-Defense for Women**
The International Association of Lions Clubs Conference - February 3, 1990
**Officer Survival**
Drug Enforcement Agency - March 8, 1988

Kennedy v Billerica Police Department et al – Allard Expert Opinion Report            23

**Defensive Tactic/Arrest Procedures**
Adult Probation - 1992/3
**Weapons Safety Committee**
Department of Mental Health
Protective Services Coalition Representative - August - 1992
**Domestic Violence - Model Policy & Procedures Committee**
Municipal Police Training Council - October - 1986
**Domestic Violence - Train the Trainers Manual Development** Police Procedures/Practices & Probable Cause Assessment - 1992/93
**Job Task Analysis - Curriculum Validity Committee**
Municipal Police Training Council - October 1993 - October 1994
**The New Psychologist Emergency Certificate Law - 17a-503**
Connecticut Psychological Association, Inc. Clarion Hotel,
Panelist/Presenter - Hartford, Conn. December 3, 1993
**OC Chemical Agent Certification-Worker's Compensation Peace Officers** - January 21, 1994
**Narcotics, Dangerous Drugs and Patrol-Tactical Motor Vehicle Stops**
**Patrol/Narcotics officer survival: The Physical & Psychological Encounter**
Narcotic Enforcement Officers Association
Trumbull Marriott Hotel, Trumbull Connecticut. April 14, 1995
**Use of Force - Case Law Review**
Parole Division - State of Connecticut - April 21, 1995
Torrington, Connecticut Police Department - February 21, 1995
**Stress Management**
Connecticut Animal Control Officers Training Seminar
11th Annual Conference - September 19, 1996
Holiday Inn - Cromwell, Connecticut
**Domestic Violence – Train the Trainers Manual Development**
Police Procedures & Practices - 1997
**Bail Enforcement Agent Certification**
Connecticut Certified Program in Laws of Arrest, Search & Seizure, Use of Force, and Constitutional Law - October 1997 to present
**Speaking Presentations: Road Rage & Worksite Violence**
Various business and school locations
**Civilian Firearms Board of Inquiry - Hartford, Connecticut**
**Deadly Physical Force - June, 2000**
**Suicide by Cop - Tactical Intervention Protocols**
New London, Connecticut Police Department - January, 2001
**Restraint & Control Instructor Development** Use of Force Liability - March, 2001
Connecticut Police Academy - Meriden, Connecticut
**Flying While Armed - February 2001**
Connecticut Police Academy
**Restraint & Control Instructor Development** Use of Force Liability - May, 2002
Connecticut Police Academy - Meriden, Connecticut
**Use of Force Report Writing - December 2002**
Connecticut Police Academy
**Restraint & Control Instructor Development** Use of Force Liability – May 2003
Connecticut Police Academy

**Mobile Tactical Weapons Simulator: Train the Trainer** – June – 2003
**Judgment for Use of deadly Force**
Connecticut Police Academy
**Restraint & Control Instructor Development – Use of Force Liability** October, 2003 – Connecticut Police Academy
**Oc Instructor Certification** – Connecticut Police Academy – July/September 2004
**Restraint & Control Instructor Development – Use of Force Liability** October, 2004 – Connecticut Police Academy
**Firearms Instructor Certification – Use of Deadly Force/Tactical Stressors** – Connecticut Police Academy – October 2004
**Firearms Instructor Certification – Use of Deadly Force/Tactical Stressors** – Connecticut Police Academy – June 2005
**Firearms Instructor Certification – Use of Deadly Force/Tactical Stressors** – Connecticut Police Academy – October 2005
**Flying While Armed Certification** – Connecticut Police Academy – September 2005
**Use of Force** – Connecticut Corrections Department – March 13-15, 2006
**Restraint & Control Instructor Certification – Use of Force** – Connecticut Police Academy – March 23, 2006
**OC Instructor Certification** – Connecticut Police Academy – 2006 (May)
**Use of Force – Close Quarter Combat** – Connecticut Police Academy – 2006 (May)

*Standard Connecticut Law Enforcement*
*P.O.S.T. Instructor Certificates*
*Connecticut Police Academy*

*- Firearms (Pistol, Rifle, & Shotgun)*
*- Human Behavior/Defusing Aggressive Behavior*
*- Shooting Decisions & Civil Liability*
*- SWAT protocols*
*- Defensive Tactics/Restraint & Control/Officer Safety*
*- Suicide Intervention*
*- Mechanics of Arrest/Use of Force*
*- Baton/Impact weapons*
*- OC (Pepper Spray) Tactical Use*
*- Crisis Intervention Techniques*
*- Crowd Control/Chemical Agents (CN/OC/CS)*
*- Abnormal Behavior*
*- Domestic Complaints*
*- Suspicious Persons*
*- Practical Patrol Procedures & Tactics*
*- Felony (high risk) M/V Stops - Pursuit Protocols*
*- Police Stress Management*
*- Laws of Arrest*
*- Statutory Penal Code & State and Federal Constitutional Law*
*- Weapons Laws*
*- Police Authority – Decision Making*

*PROFESSIONAL AFFILIATIONS*

**International Association of Law Enforcement Firearms Instructors**
**American Society of Law Enforcement Trainers**

*Reginald F. Allard, Jr.*                                         *Voice # (860) 621-1013*
*13th Juror, LLC*
*P.O. Box 100*                                                    *Fax # (860) 621-1013*
*Milldale, Connecticut 06467*

E-mail: *13thjuror@cox.net*

Web page: *http://www.expertcop.com*
Web page: *http://www.13thjuror.com*

*Allard Expert Witness Case History – 1999 - 2006*

1. **Wilson v. Sylvestre**       *- Defendant (T)*
   Case Docket # cv97-0541575S
   January, 1999
   Re: *M/V Accident Negligence - Emergency Vehicle*
   Defendant Counsel
   Jeffrey W. Kennedy
   Milano & Wanat
   471 East Main Street
   Branford, Connecticut  06405
   Tel # (203) 315-7000 Fax # (203) 315-7007

2. **State of Connecticut v. Scott Smith**       *- Defendant (D)*
   February, 1999
   **Re: Murder - Officer Involved Shooting**
   Defendant Counsel John Kelly
   Cantor, Floman, Russell, Gross, Kelly & Amendola
   378 Boston Post Rd
   Orange, Connecticut  06477
   (203) 795-1211

3. **Kevin Daley v William McClintock, et als**       *- Plaintiff (D)*
   April, 1999
   **Re: Negligence - Duty to Protect**
   Attorney Lisa M. Faris
   McGrail, Carroll & Faris, P.C.
   388 East Main Street
   P.O. Box 1090
   Branford, Connecticut  06405
   Telephone (203) 483-0493 Fax: (203) 483-5125

4. **Lefebvre v City of Burlington, Vermont et al**       *- Plaintiff (D)*
   July, 1999
   **Re: Excessive Force - Arrest Protocol - OC Spray**
   Plaintiff Counsel - Richard E. Davis, Jr.
   Davis & Tobin, P.C.
   Attorneys at Law
   30 Washington Street
   P.O. Box 666
   Barre, Vermont  05641
   Phone: (802) 476-3123 Fax: (802) 479-9590

5. *Kotary v City of Syracuse, New York*                    - Plaintiff (T)
   July, 1999
   *Re: Excessive Force - Prisoner Restraint and Transport Protocol*
   Plaintiff Counsel - Timothy P. Murphy
   Hancock & Estabrook, LLP
   1500 Mony Tower I
   P.O. Box 4976
   Syracuse, New York 13221-4976
   Phone: (315) 471-3151 Fax: (315) 471-3167

6. *Melinda Cosby, et al v City of Oakland, California*    -Plaintiff (D)
   August, 2000
   *Re: Wrongful Death - Police Shooting/SWAT protocol*
   Plaintiff Counsel - Wayne Johnson
   Moore & Moore
   Attorneys at Law
   445 Bellevue Avenue, Second Floor
   Oakland, California 94610-4924
   Tel # 510-451-0104 Fax 510-451-5056
   E-mail Moorlaw@aol.com

7. *Neiderman v County of Suffolk, New York*               -Plaintiff (T)
   September, 2000
   *Re: Police Procedures - M/C pursuit protocol*
   Plaintiff Counsel - Glenn Gucciardo
   256 Main Street, Suite 206
   Northport, New York 11768
   Tel # (631)262-6911 Fax # (631) 262-8902

8. *Rebecca LaMay et al vs Town of Bloomfield, Connecticut*  -Subpoena/Plaintiff (T)
   *Subpoena - Police Recruit Training - Crowd Control*
   December, 2000
   Attorney John A. Blazi
   1138 West Main Street
   Waterbury, Connecticut 06708
   Tel (203)-596-7953 Fax (203-596-7953
   e-mail: blazi.law@prodigy.net

9. *Joseph Parsons, et al. V. John Patterson*          - *Defendant (T)*
   January, 2001
   *Re: Wrongful Death - Police involved shooting - Time & motion*
   Defendant Counsel:
   Assistant Attorney General - Stephen R. Sarnoski
   Office of the Attorney General
   State of Connecticut
   MacKenzie Hall
   Hartford, Connecticut  06105 -2294
   Fax: (860) 808-5593 Tel: (860) 808-5450

10. *AFSCME Co. 15, Local*                *Subpoena/Defendant (T)*
    *(Officer Kevin Burns vs. Town of Southbury, Connecticut)*
    April, 2001
    *Re: Subpoena - Probable cause - Suicide Intervention Protocols*
    *Testimony - Labor Arbitration Hearing*
    Attorney Robert W. Smith
    Smith & Smith
    459 Middlebury Rd.
    Middlebury, Ct 06762
    (203-598-7111)

11. *Reid v. Town of New Milford, et al*          - *Subpoena/Plaintiff (D)*
    May, 2001
    *Re: Subpoena - Police Recruit Training Standards*
    *Use of Force/Deadly Physical Force*
    Attorney Joel T. Faxon
    Koskoff, Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, Ct 06604
    (203) 336-4421

12. *Bonnie Keeney v City of New London, Connecticut*   - *Subpoena/Plaintiff (D)(T)*
    *Re: Subpoena - Police Training Use of Cap-Stun, Use of Force,*
    *Positional Asphyxia, Arrest & Control Tactics*
    June, 2001
    Attorney Michael Bradley
    39 Grove Avenue
    Westerly, RI 02891
    (401) 596-0808

13. ***Scott Jones, et al v City of Dayton, et al***  - *Plaintiff (D)*
    October, 2001
    **Re: *Vehicular Pursuit Protocol Training Procedures & Practices***
    Attorney Dennis J. Adkins
    Altick & Corwin Co., L.P.A.
    1700 One Dayton Centre
    One South Main Street
    Dayton,. Ohio 45402
    Tel: 937-223.1201 Fax: 937/223.5100
    http://www.altickcorwin.com

14. ***Eckert v. Howell & State of New York***  - *Plaintiff (D&T)*
    January, 2001
    #2003-029-261 Claim # 100921
    **Re: *Duty to Protect - Accident scene negligence***
    Plaintiff Counsel
    Attorney John Tackach
    Larkin, Axelrod, Trachte & Tetenbaum
    356 Meadow Avenue
    Newburg, NY 12550
    Telephone - (845) 562-3366 Facsimile - (845) 566-5148

15. ***Raymond v Sullivan State of New York***  - *Defendant (D&T)*
    Dec. 18, 1997/2002
    #2002-018-200 Claim # 89847
    **Re: *Excessive Force – Handcuff protocol for safe custody***
    Southern District of New York – 94 CV 0448
    Office of the Attorney General
    State of New York
    Assistant Attorney General: Jeffrey Dvorin - Defense Counsel
    Assistant Attorney General: Ed Thompson - Defense Council
    Tel# (315) 448-4800  Fax # (315) 448-4853

16. ***Williams v City of Schenectady, et al***  - *Defendant (D)*
    February, 2002 -
    Re: ***Excessive Force - Arrest Procedures & Practices***
    Attorney James B. Tuttle
    Bohl, Della Rocca & Dorfman, P.C.
    634 Madison Avenue
    Albany, New York 12208
    Tel: 518.434.6111 Fax: 518.432.0772
    Jbtesq@nycap.rr.com

17. *Pablo Rosa v Town of East Hartford et al*  — *Plaintiff (D)*
    December, 2002
    **Re: Excessive Force Use of Canine Arrest Protocol**
    Attorney David K. Jaffe
    Eisenberg, Anderson, Michalik, & Lynch LLP
    136 West main Street
    P.O. Box 2950
    New Britain, Connecticut  06050-2950
    (860) 229-4855
    FAX: (860) 223-4026

18. *Joyce v MBTA et al USDC # 01-12299-JTL*  — *Plaintiff (D&T)*
    November, 2002/February 2003
    **Re : Excessive Force – Baton/Arrest procedures**
    Joseph T. Doyle, Jr. Esq
    Matthew W. Perkins, Esquire
    Lecomte, Emanuelson & Doyle
    Presidents Place
    1250 Hancock Street
    Suite 815N
    Quincy, Massachusetts  02169
    Phone: 617-328-1900
    Fax: 617-328-2030
    mperkins@lecomtelaw.com

19. *Estate of Peters v Town of Greenwich, et al*  — *Plaintiff(D)(T)*
    July, 2004
    **Re: Duty to Protect – Investigation protocols**
    Attorney David Golub
    Silver Golub & Teitell LLP
    Law Offices
    The Heritage Building
    184 Atlantic Street
    Reply to:
    Post Office Box 389
    Stamford, Connecticut  06904
    Tel: 203.325.4491
    Fax: 203.325.3769

20. *Blunt v Brandon O'Brian and the City of Hartford*                    -*Plaintiff(D)*
    Re: *Terry Stop- Probable cause Ordinance Violation Excessive Force*
    July 6, 2002
    Steven R. Dembo
    Berman, Bourns, Aaron & Dembo
    970 Farmington Ave
    West Hartford, Connecticut  06127
    Tel: 860.232.4471
    Fax860.523.4605
    sdembo@westhartfordlaw.com
    Co-Counsel -Robert J. Kor

21. *Reynolds v Sawyers, et al Case No. 03 CVS 31*                    -*Plaintiff(D)(T)*
    Re: *Positional Asphyxia, In Custody Death, Pepper Spray, Neck Hold*
    October 2003
    Ferguson Stein Chambers
    Attorney S. Luke Largess
    741 Kenilworth Ave – Suite 300
    Charlotte, N.C.  28204
    Tel: 704.375.8461
    Fax: 704.334.5654
    Mailing Address: P.O. Box 36486
    Charlotte, N.C. 28236-6486

22. *Amanda Carnes v Coshocton County Sheriff's Department*         – *Plaintiff (D)*
    Case # C2-02-062
    October, 2003
    Re: SWAT Protocols, Excessive Force, No-Knock Entry
    Attorney James P. Tyack
    Tyack, Blackmore & Liston Co. L.P.A.
    536 South High Street
    Columbus, Ohio  43215-5605
    Tel: (614) 221.1341
    FAX (614) 228.0253

23. <u>*Shockcor v Brandon Vail, Hartford Police Department et alb*</u>         – <u>*Plaintiff (D)*</u>
    July, 2003
    Re: Excessive Force; Handcuffing Procedures; Prisoner Transport Protocols
    Attorney John J. Welch
    8 East Center Street
    Rutland, Vermont  05701
    Phone: 802-773-3384
    Fax: 802-747-4451
    e-mail: jjwltd@aol.com

24. *Bobby Joe Phelps v. Roy Edwin Campos*                                    - *Plaintiff (D)*
    *(Deputy Sheriff Guadalupe County, Seguin, Texas)*
    December 16, 2002
    Re: Excessive Force – Deadly Force
    Attorney Kenneth W. McGuire
    McGuire, Grealish & McZeal LLP
    Attorneys and Counselors at Law
    2603 Augusta Drive, Suite 920
    Houston, TX   77057
    Tel: (713) 223-1558
    Fax: (866) 679-9962
    14117 Lost Meadow Lane
    Houston Texas   77079
    E-mail: kennethmcguire@att.net


25. *Michael Moreno, et al v City of Fort Worth, et Al*                        - *Plaintiff(D)*
    United States District Court
    Northern District of Texas, Fort Worth Division; Cause No. 4:03-CV-0369-A
    *Excessive Force – Baton – Arrest Procedures*
    Attorney Luis M. Avila
    The Avila Law Firm
    703 McKinney, Suite 311
    Dallas, Texas   75202
    (214) 871-2170
    Facsimile (214) 871-2367


26. *Oran Grundy v City of Oakland et al. No. C02-5642 WHA*                    - *Plaintiff(T)*
    *Criminal Investigation – Witness protection negligence Duty to Protect*
    September, 2004
    Pamela Y. Price, Esq.
    Price and Associates
    1617 Clay Street
    Oakland, Ca   94612
    Telephone: (510) 452-0292
    Fax: (510) 452.5625


27. *Jennings v. Rhode Island State Police*                                    -*Plaintiff (D)*
    *Excessive Force – Arrest Procedures*
    October, 2004
    Attorney Michael Bradley
    39 Grove Avenue
    Westerly, RI   02891
    Tel 401-596-0808
    Fax 401-596-1327

28. *Florence, admx., et al.. v. Town of Plainfield et al.*           -Plaintiff(D)
    DOCKET NO. XO7 CV-03-0084216 S
    *Failure to Protect – Domestic Violence Protocols*
    Attorney Sandra L. Snaden
    Santos & Seeley, P. C.
    Attorneys At Law
    51 Russ Street
    Hartford, Connecticut  06106-1566
    Tel: 860.249.6548
    Fax: 860.724.5533


29. *Ali, et al v. City of Louisville, Kentucky et al*           - Plaintiff(D)
    *Barricaded Subject – EDP protocol - Wrongful death*
    June, 2004
    Attorney Bruce Garrett Anderson
    517 West Ormsby Avenue
    Louisville, Kentucky  40203
    Tel: 502.587.0599
    Fax: 502.587.9128
    Anderson@telesouth1.com

30. *Bridgeport OIA Case 02i-228- Officer Angel Ojeda*           - Defendant (T)
    *Excessive Force- Mechanics of Injury*
    Testimony
    February 16, 2005
    Attorney Harry B. Elliott, Jr.
    AFSCME Council 15 – AFL-CIO
    290 Pratt Street
    Meriden, Connecticut  06450
    Tel: 203-237-2250
    Fax: 203-237-2262

31. *Wojtasik v State of New York Claim No. 95722*           - Defendant(T)
    Testimony – Supervisory Pursuit Negligence
    *May 2005*
    Attorney Edward F. McArdle
    Assistant Attorney General
    New York State Department of Law
    615 Erie Boulevard West
    Syracuse, New York  13204
    315-448-4819
    315-448-4853

| | |
|---|---|
| 32. *Johnson v State of New York Claim # 99250*<br>*Pursuit Recklessness*<br>June 2005<br>Assistant Attorney General<br>Christopher Wiles<br>State of New York<br>615 Erie Blvd. West<br>Syracuse, New York 13204<br>Tel (315)448-4815 Fax (315)448-4853 | *- Defendant(T)* |
| 33. *Brocuglio v Proulx et al*<br>*Excessive Force-False Arrest*<br>September 2005<br>Attorney Jeffrey J. Tinley<br>Tinley, Nastri, Renehan & Dost, LLP<br>Attorneys At Law<br>60 North Main Street<br>Second Floor<br>Waterbury, Ct 06702<br>Tel: 203.596.9030 Fax: 203.596.9036 | *- Plaintiff (D&T)* |
| **34.** ***Jordan Aroneo Vs. Patrolman S. Ferraioli et al.***<br>*False Arrest/Terry Stop*<br>January 2006<br>IACIOFANO, FIAMINGO & PERRONE<br>Attorney Carl A. Perrone<br>157 Washington Street<br>Morristown, New Jersey 07960<br>PH: 973-540-1272 FAX: 973-540-1961 | *-Plaintiff(T)* |
| 35. *Jennings v Yale University*<br>*Pursuit Recklessness Standard*<br>July 2006<br>Donahue, Durham & Noonan, P.C.<br>Attorney Brock T. Dubin<br>Concept Park<br>741 Boston Post Road<br>Suite 306<br>Guilford, Ct 06437<br>Tel (203) 458-9168; Extension 115<br>Fax (203) 458-4424<br>bdubin@ddnctlaw.com | *-Defendant(D)* |

**36. Officer Brian Lawlor v Meriden Police Department** — *Defendant(T)*
Labor Board Hearing – Excessive Force
Meriden Police department
Chief Cossette
City of Meriden, Connecticut
142 East Main Street
Meriden, Connecticut 06450-5605
Tel (203) 630-4045