UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************
BRIAN KENNEDY, et al            *
                                *
        Plaintiffs              *
                                *
v.                              *  Civil Action no. 04-12357 - PBS
                                *
TOWN OF BILLERICA, et al        *
                                *
        Defendants              *
*********************************************

## MOTION TO QUASH SUBPOENA
## UPON "JAMES & CHERYL MCGRATH

Now come the plaintiffs and move this Honorable Court quash the subpoena served upon their landlord, subpoenaed as "James & Cheryl McGrath".

As reason, plaintiffs state their landlord was subpoenaed Friday, April 13, 2007 and ordered to produce "any and all repair and insurance records pertaining to the property at 1246-1248 Gorham Street, Lowell from January 2005 to date". Mr. McGrath (whose name is not James) has advised undersigned that, while he has a memory of replacing a water tank during that time period, he is not sure he still has records.

More significantly, Mr. McGrath advised undersigned counsel that he is a small contractor with a crew of four (4) men and if he is obliged to appear in Court to respond to the subpoena, he would lose not just a day's work, but would have to pay his crew, losing approximately $500-600 in payroll, in addition to the lost day of work.

Where the probative value of his testimony is marginal to any issue in dispute, plaintiffs respectfully move that this Court exclude his testimony and quash the subpoena served upon him.

                                                  Respectfully submitted,
                                                  Brian Kennedy, et al
                                                  by their counsel

Date: _____                \_\_\_\_\_/s/_____
                                                  Andrew M. Fischer
                                                  BB0# 167040
                                                  JASON & FISCHER
                                                  47 Winter Street
                                                  Boston, MA 02108
                                                  (617) 423-7904

kennedy/mopriorconviction