UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| | \* |
| Plaintiffs | \* |
| | \* |
| v. | \*   Civil Action no. 04-12357 - PBS |
| | \* |
| TOWN OF BILLERICA, et al | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO EXCLUDE ANY TESTIMONY BY RICHARD PRIOR OF ALLEGED DRUG PURCHASES FROM THE PLAINTIFFS

Now come the plaintiffs and move this Honorable Court exclude any testimony from Richard Prior that he made drug purchases from either of the plaintiffs.

As reason, plaintiffs state that defendants contend that Mr. Prior, as an undercover state police officer, purchased illegal drugs from Brian Kennedy and Michelle Kennedy.  In fact, Mr. Prior never purchased drugs from Mr. Kennedy or Mrs. Kennedy.  At his deposition, he testified that the alleged drug purchases (a single instance for Mr. Kennedy and a single instance with Mrs. Kennedy) were both through a confidential informant and not directly.  Further, Mr. Prior testified at his deposition that he cannot identify either Mr. Kennedy or Mrs. Kennedy, as he never dealt directly with either of them, but sat in the car while the informant met with Mr. Kennedy on one occasion and Mrs. Kenned on another.

On Friday, April 13, plaintiffs' counsel learned from the informant that these two alleged "buys" never occurred as Mr. Prior believes; that she was not searched and "clean" before the buy and that she did not "buy" or acquire any drugs from either plaintiff, unbeknownst to Mr. Prior.

Plaintiffs cannot call the informant to the witness stand to offer this testimony without compromising the identity of the informant or violating the order of the Court.

However, where Mr. Prior's testimony would be undermined by the testimony of his cooperating informant, his testimony becomes much more prejudicial than probative to any fact in dispute in this case and should be excluded.

                                                Respectfully submitted,
                                                Brian Kennedy, et al
                                                by their counsel

Date: _____                 \_\_\_\_\_/s/_____
                                                Andrew M. Fischer
                                                BB0# 167040
                                                JASON & FISCHER
                                                47 Winter Street
                                                Boston, MA 02108
kennedy/moexcludeprior                  (617) 423-7904