UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| | \* |
| Plaintiffs | \* |
| | \* |
| v. | \*   Civil Action no. 04-12357 - PBS |
| | \* |
| TOWN OF BILLERICA, et al | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO ORDER DEFENDANTS
TO PROVIDE ADDRESS AND CONTACT INFORMATION
FOR RECALCITRANT WITNESSES
AND FOR OTHER APPROPRIATE ORDERS**

Now come the plaintiffs and move this Honorable Court order the defendants provide plaintiffs with addresses, telephone numbers and other contact information for witnesses Vanessa Minervini and Christie Gilpatrick, and order the defendants not to interfere with plaintiffs' access to these witnesses

As reason, plaintiffs state that they have made extensive efforts to contact and subpoenae these two critical third party witnesses, each identified on both partys' witness lists.  The addresses the defendants listed on their witness list are six years old, the same addresses listed on the incident reports and witness statements of the November 9, 2001 incident.

Initially plaintiffs did not rely on defendants for addresses, hiring a private investigator to find a current address for both Ms. Minervini and Ms. Gilpatrick and believing, as of the morning of Friday, April 13, that there was good service on each of these witnesses, despite difficulty in serving both of these witnesses.  Plaintiffs initially tried to serve Ms. Gilpatrick at

the hair salon where she worked[1], only to discover that Ms. Gilpatrick has recently left her job.

Plaintiffs then attempted to serve Ms. Gilpatrick at 11 Old Boston Road Tewskbury, the address they obtained through a private investigator.  However, this address is for a large apartment complex and the property managers have refused to provide plaintiffs' constable with Ms. Gilpatrick's unit number.  The property manager claims there is no record of Ms. Gilpatrick, even though the address for the complex is listed with Registry of Motor Vehicles as Ms. Gilpatrick's residence and even though Ms. Gilpatrick has an account with Verizon for a land line telephone at the same address.

Plaintiffs have had similar difficulty serving Ms. Minervini.  Upon return from Court, Friday afternoon, counsel learned that Ms. Minervini no longer resided at the second address where she had been served, in Malden, an address also obtained through a private investigator.  Plaintiff has since discovered a more current address in Reading, but the constable who tried to effect service over the weekend reported that she had recently moved from this address, as well.

At the conclusion of testimony Friday, April 13, 2007, defense counsel approached plaintiffs' counsel and requested a change in witness order to accommodate a defendant police officer who was going on vacation later in the week.  Plaintiffs' counsel responded by indicating it would be possible if plaintiffs could call Ms. Minervini and Ms. Gilpatrick on Tuesday and then requested that defense counsel, who had indicated they were in touch with Ms. Minervini and Ms. Gilpatrick, provide plaintiffs' counsel with contact information, so they could be subpoenaed for Tuesday.

---

[1]This hair salon is the same salon where Michelle Kennedy has her hair done.  The two have encountered each other there without incident, indeed with cordial greetings, belying the defendants' claims that Ms. Gilpatrick is in fear of Ms. Kennedy.  The witnesses to this, however, are reluctant to come to Court and testify to this, apparently for fear of retribution from the defendant police.

The response was to ask plaintiffs' counsel sarcastically if he was taking his medication.

Later Friday afternoon, Ray Trainor called plaintiffs' counsel and put Ms. Gilpatrick on the line. Ms. Gilpatrick indicated that she knew plaintiffs were attempting to subpoena her and that she did not want to appear at trial. She was meeting with Mr. Kesten later that evening but refused to meet with or speak further with plaintiffs' counsel. Mr. Trainor, whom plaintiffs believe was watching Ms. Gilpatrick at the behest of the defendants, then told Ms. Gilpatrick not to tell plaintiffs' counsel where she was living, thereby directly interfering with efforts to effect service upon her.

In subsequent communications over the weekend, plaintiffs have repeated their requests that the defendants comply with their obligation to provide contact information for these two witnesses, Ms. Minervini and Ms. Gilpatrick. Defense counsel has responded that, despite the obligation to update and supplement their witness list, they are refusing to do so because Ms. Gilpatrick is in fear of Michelle Kennedy, writing in an email exchange that Ms. Gilpatrick:

> is in fear of your clients and their associates. I will consider providing the address we have to your constable as long as it is not disclosed to your clients or you or Andrew, but is only by the the [sic] constable for service purposes.

In fact, Ms. Gilpatrick works at the same hair salon where Ms. Kennedy has her hair cut and the two see each other without incident. However, Ms. Kennedy's hair stylist, Cheryl Keefe, a Billerica resident, is reluctant to come to court and testify to this, apparently in fear of the police defendants.

Meanwhile, plaintiffs are informed by John Cimmino, the uncle of Ms. Gilpatrick's child that Ms. Gilpatrick is staying with Mr. Trainor, who provides her with percocets and/or oxycontin. and is claiming that she has been paid $200 by the defendants to testify on behalf of

the defendants. Mr. Cimmino also reports that there are three Billerica police officers at the home where Ms. Gilpatrick is staying 24 hours a day.

In light of these circumstances, plaintiffs seek on order that defendants provide plaintiffs with addresses and phone numbers for Ms. Minervini and Ms. Gilpatrick and for such other orders and relief as the Court may deem appropriate in the circumstances.

                                                Respectfully submitted,
                                                Brian Kennedy, et al
                                                by their counsel

Date: _____                  _____/s/_____
                                                Andrew M. Fischer
                                                BB0# 167040
                                                JASON & FISCHER
                                                47 Winter Street
                                                Boston, MA 02108
kennedy/mopriorconviction                    (617) 423-7904