UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

************************************************
BRIAN KENNEDY AND MICHELLE KENNEDY, *
Individually and as father and next friend of *
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR.. *
                                                *
          Plaintiffs                             *
                                                *
v.                                              *     C. A. No. 04-CV-12357-PBS
                                                *
TOWN OF BILLERICA, et al                        *
                                                *
          Defendants                             *
************************************************

## PLAINTIFFS' LIST OF CLAIMS FOR THE JURY

I. Frank MacKenzie

    A. Conspiracy to violate civil rights – all plaintiffs

        1. 14th Amendment Equal Protection violation - disparate treatment

        2. 4th Amendment, 5th Amendment and 14th violation – illegal seizure, loss of

liberty, excessive force, due process

            Based upon the conspiracy to target the plaintiffs that began with threats to Brian Kennedy that "You better keep your wife on a leash and watch your back", "You don't know who you are f--king with", "Next time you'll be living in a trailer", "You better tell your daughter to keep her mouth shut or you'll be going to her funeral", etc., that began the pattern of harassment that led to the Massone arrest and the consequences therefrom, beating of Brian, breaking Michelle's finger, etc.

    B. Intentional Infliction of Emotional Distress – Brian Kennedy, Jr.,

            Based upon the pattern of following him and his mother (and his grandmother) home from karate and hockey practice

II.  Thomas Connors

    A.  Conspiracy to violate civil rights – all plaintiffs

        1.  14th Amendment Equal Protection violation - disparate treatment

        2.  4th Amendment, 5th Amendment and 14th violation – illegal seizure, loss of liberty, excessive force, due process

        Based upon the conspiracy to target the plaintiffs, as evidenced by (a) deliberate failure to investigate MacKenzie tie to the firebombng, (b) participation in altering evidence and bringing false charges against Brian and Michelle Kennedy in connection with the badge incident, including faslification of a police report and efforts to coerce Billy Ashton into signing a statement implicating Brian and Michelle Kennedy in the badge, (c) participation in bringing false charges against Brian and Michelle Kennedy from the Massone arrest, threatening Michelle Kennedy in the jail cell after her arrest on the Massone case and telling her "This is war!  Nobody takes their child out of my daughter's class", comments to Brian and Michelle Kennedy following the arrests in the Massone case that "This is war!  You've got a big f–cking mouth.  Your bail is going to be $10,000.  I got one of your kids this time and I'm going to get the others next"

    B.  False Imprisonment/False arrest – Brian Kennedy, Michelle Kennedy, Mitchell Kennedy

        Based upon his involvement in the Massone arrest

    C.  Assault and Battery – Michelle Kennedy

        In the cell after the Massone arrest

    D.  Malicious prosecution – Brian Kennedy, Michelle Kennedy, Mitchell Kennedy

        Massone prosecution

    E.  Loss of Consortium – all plaintiffs, from the Massone arrest

III.  Daniel Rosa

    A.  Conspiracy to violate civil rights – all plaintiffs

        1. 14th Amendment Equal Protection violation - disparate treatment

        2. 4th Amendment, 5th Amendment and 14th violation – illegal seizure, loss of liberty, excessive force, due process

        Based upon his involvement in the conspiracy to target the plaintiffs as evidenced by his falsification of Mrs. Kaiser's statements, his decision to order the Kennedys' arrests in the Massone incident and the consequences therefrom, his decisions not to investigate complaints from the Kennedys, his selective punishment of Dean Royston (and not defendant Parker or others with civilians in their vehicles), his issuance of a unique "stayaway" order that applied solely to the Kennedys and his willful failure to document complaints by the Kennedys

    B.  False arrest – Brian Kennedy, Michelle Kennedy, Mitchell Kennedy

        The Massone arrest

    C.  Malicious Prosecution – Brian Kennedy, Michelle Kennedy, Mitchell Kennedy

        The Massone prosecution

    D.  Assault and Battery – Michelle Kennedy

        In the jail cell after the Massone arrest

    E.  Malicious Prosecution – Brian Kennedy, Jr.

        He pursued Brian Kennedy, Jr., for throwing rocks at Mrs. Kaiser's yard, even though Mrs. Kaiser quite clearly stated that she never saw Brian Jr. throw any rocks and that she did not want to press a criminal charge

    F.  Intentional Infliction of emotional distress – all plaintiffs

        Brian Jr – Kaiser rock throwing incident

        All plaintiffs – Massone arrest and its consequences

   G. Loss of Consortium – all plaintiffs

IV. Steven Elmore

   A. Conspiracy to violate civil rights – all plaintiffs

      1. 14th Amendment Equal Protection violation - disparate treatment

      2. 4th Amendment, 5th Amendment and 14th violation – illegal seizure, loss of

liberty, excessive force, due process

         Based upon the conspiracy to target the plaintiffs. Elmore's involvement in the conspiracy is evidenced by his presence at the Concord Shores beating, where he was one of several officers who stood and watched the Paul Parent assault on Brian Kennedy, his presence at Mr. Tipps, where Frank MacKenzie insulted Brian, spat on him and egged him on to fight, his participation with MacKenzie in the stops of Craig Pickering and efforts to enlist Pickering into setting the Kennedys up, his comment to Mrs. Kaiser that "I want the Kennedys out of town so bad I can taste it."

   B. Malicious Prosecution – Brian Kennedy Jr.

      Kaiser rock throwing, where he told Mrs. Kaiser that "I want the Kennedys out of town so bad I can taste it."

V. Mark Tsoukalis

   A. Conspiracy to violate civil rights

      1. 14th Amendment Equal Protection violation - disparate treatment

      2. 4th Amendment, 5th Amendment and 14th violation – illegal seizure, loss of

liberty, excessive force, due process

         Based upon the conspiracy to target the plaintiffs that led to Massone arrest and the consequences therefrom, beating of Brian, breaking Michelle's finger, etc. Evidence of his involvement in the conspiracy is ample, ranging from threatening Brian Kennedy at the Home Depot with an ice scraper, breaking Michelle's finger, beating Brian in the arrest on the Massone charges, tapes of him following the Kennedys for extended times as they drove and his conduct in stopping and arresting Brian Jr., and Mitchell

         Kennedy

B.  Assault & Battery –  Brian Kennedy

>November 9, 2001, during the Massone arrest

C.  False arrest – Brian Kennedy

>November 9, 2001, Massone arrest

D.  Assault & Battery – Michelle Kennedy

>Breaking her finger June 8, 2002 during a traffic stop

E.  Assault & Battery – Mitchell Kennedy

>Hitting him with the flashlight on February 20, 2004, then arresting Mitchell and charging him with assault and battery on a police officer

F.  False arrest – Mitchell Kennedy

>Based upon his February 20, 2004 assault **upon** Mitchell

G.  Malicious Prosecution – Mitchell Kennedy

>Charging him with assault and battery from February 20, 2004 arrest

H.  Assault & Battery – Brian Kennedy, Jr.

>Grabbing Brian, Jr., by the neck and calling him Numb Nuts, Nov.1, 2002

I.  False Arrest – Brian Kennedy, Jr.

>When he grabbed Brian, Jr., by the neck and called him Numb Nuts

J.  Intentional Infliction of Emotional Distress – all plaintiffs

VI. Michael Casey

    A. Conspiracy to violate civil rights

        1. 14th Amendment Equal Protection violation - disparate treatment

        2. 4th Amendment, 5th Amendment and 14th violation – illegal seizure, loss of liberty, excessive force, due process

> Based upon the conspiracy to target the plaintiffs that led to Massone arrest and the consequences therefrom, beating of Brian, breaking Michelle's finger, etc. Evidence of his involvement of the conspiracy include (a) his refusal to talk to alibi witnesses in investigating the Oblenis assault charges against Brian Kennedy, (b) his refusal to investigate or bring charges against George Brooks for assaulting Mitchell Kennedy and (c) his taunts of Brian Kennedy in May, 2004

VII. Martin Conway

    A. Conspiracy to violate civil rights

        1. 14th Amendment Equal Protection violation - disparate treatment

        2. 4th Amendment, 5th Amendment and 14th violation – illegal seizure, loss of liberty, excessive force, due process

> Based upon the conspiracy to target the plaintiffs that led to Massone arrest and the consequences therefrom, beating of Brian, breaking Michelle's finger, etc.

    B. False Arrest – Brian Kennedy, Michelle Kennedy

        Massone arrests

    C. Malicious Prosecution – Brian Kennedy, Michelle Kennedy, Mitchell Kennedy

        Massone prosecution

    D. Intentional Infliction of Emotional Distress – all plaintiffs

    E. Loss of Consortium – all plaintiffs

VIII. Town of Billerica

    A. Monell Failure to supervise and discipline claims – all plainitiffs

    B. Negligence – all plaintiffs


Plaintiffs note that if the Jury should find for the plaintiffs on the conspiracy to violate civil rights, then all defendants should be liable for all damages, jointly and severally.


                Respectfully submitted,
                Brian Kennedy, et al
                by their counsel


Date: _____        _/s/Andrew M. Fischer_____
                                              Andrew M. Fischer
                                              BB0# 167040
                                              JASON & FISCHER
                                              47 Winter Street
                                              Boston, MA 02108
                                              (617) 423-7904

kennedy\claimsandcounts              afischer@jasonandfischer.com