UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., MITCHELL KENNEDY AND DYLAN KENNEDY<br>Plaintiffs<br>VS.<br><br>TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' DRAFT JURY VERDICT FORM**

1.  Did Chief Rosa maliciously prosecute Brian Kennedy, Jr.  in the Kaiser rock throwing inident in 1997?

    _____Yes.         _____No.

If your answer is yes, how much money do you award Brian Kennedy, Jr?

$_____

_____
(write amount in words)

1

2.  Did Officer Tsoukalas use excessive force during the arrest of the plaintiff, Brian Kennedy, Sr. on November 9, 2001?

_____Yes.       _____No.

If your answer is yes, how much money do you award Brian Kennedy, Sr.?

$_____

_____
(write amount in words)

3.  Did Chief Rosa assault and batter the plaintiff, Michelle Kennedy, in the jail cell after she was arrested in the Massone matter on November 9, 2001?

_____Yes.       _____No.

If your answer is yes, how much money do you award Michelle Kennedy?

$_____

_____
(write amount in words)

4.  Did Officer Tsoukalas assault and batter the plaintiff, Michelle Kennedy, when he allegedly broke her finger on June 8, 2002 ?

_____Yes.       _____No.

If your answer is yes, how much money do you award Michelle Kennedy?

$_____

_____
(write amount in words)

     5.    Did Officer Tsoukalas assault and batter plaintiff, Brian Kennedy Jr., in September of 2002 when he allegedly grabbed him by the shoulder?

    _____Yes.      _____No.

If your answer is yes, how much money do you award Brian Kennedy, Jr.?

    $_____

_____
(write amount in words)

     6.    Did Officer Tsoukalas charge plaintiff, Mitchell Kennedy, with assault and battery on a police officer without probable cause in March 2004.

    _____Yes.      _____No.

If your answer is yes, how much money do you award Mitchell Kennedy?

    $_____

_____
(write amount in words)

     7.    Did Officer Tsoukalas assault plaintiff, Mitchell Kennedy, during his arrest in March of 2004 ?

    _____Yes.      _____No.

If your answer is yes, how much money do you award Mitchell Kennedy?

    $_____

_____
(write amount in words)

        Defendants
        Respectfully submitted,
        DEFENDANTS,
        By their attorneys,

        /s/ Leonard H. Kesten
        Leonard H. Kesten, BBO No. 542042
        Jeremy I. Silverfine, BBO No. 542779
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: April 23, 2007