UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,              )
Individually and as mother and next friend of    )
BRIAN KENNEDY, Individually and as mother and    )
next friend of BRIAN KENNEDY, JR.,               )
               Plaintiffs               )
                                                 )
VS.                                              )
                                                 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.           )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS,   )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD            )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK      )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,      )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,     )
WILLIAM MCNULTY, DONALD MACEACHERN,             )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT        )
BROWN, WILLIAM G. WEST, GREGORY KATZ,           )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM        )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY       )
F. MCKENNA AND JOHN DOE,                        )

**DEFENDANTS' MOITON TO ADMIT FURTHER
TESTIMONY OF MIKE DODGE**

The defendants called as a witness, Mike Dodge, the manager of the trailer park where the plaintiffs lived. This Court precluded any evidence from Mr. Dodge as to the reasons that the plaintiffs left the trailer park, other than the statement that they were evicted, as being too prejudicial.

The defendants ask this Court to reconsider this ruling. During her testimony at this trial, plaintiff, Michelle Kennedy, testified as to the reasons that the Kennedy family moved from the trailer park as follows:

1

"Because it just – it got too much, for safety reasons…. It was due to safety reasons. It just got too much stressful in the park".

Furthermore, the Kennedy children testified that they missed playing with their friends from the trailer park. They claimed that they had to leave because of police harassment.

Witness Dodge is prepared to testify that the Kennedys were evicted from the trailer park because of the havoc that they caused to the other residents. He will testify as to the specific complaints that were made due to plaintiffs' behavior by the residents of the trailer park, and he will testify as to his contacts with the Billerica Police regarding those complaints. He will testify that there were numerous calls for police assistance made by him as a result of the plaintiffs' behavior. He will testify that once the Kennedys were evicted, police assistance was rarely, if ever, needed at the trailer park. Further, he will testify that he issued a no trespass order as to the Kennedys ever returning to the trailer park. Thus, his testimony directly refutes that of the plaintiffs' testimony regarding a large element of their damages.

The defendants contend that the Court erred when it refused to allow Mr. Dodge to testify as to the reasons that the plaintiffs were removed from the trailer park. In light of the testimony of Michelle Kennedy and the Kennedy children, the defendants must be allowed to introduce this highly relevant testimony.

Wherefore, the defendants ask that this Court allow into evidence the reasons that the Kennedy family left the trailer park by being allowed to recall

the witness, Mike Dodge, and that he be allowed to testify as to the facts surrounding the plaintiffs eviction from the trailer park and subsequent no trespass order.

                                            Respectfully submitted,
                                            DEFENDANTS,
                                            By their attorneys,

                                            /s/ Leonard H. Kesten
                                            Leonard H. Kesten, BBO No. 542042
                                            Jeremy I. Silverfine, BBO No. 542779
                                            BRODY, HARDOON, PERKINS & KESTEN, LLP
                                            One Exeter Plaza
                                            Boston, MA 02116
                                            (617) 880-7100

Dated:  April 23, 2007