UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BRIAN KENNEDY, et al             \*
                                 \*
    Plaintiffs                   \*
                                 \*
v.                               \*   Civil Action no. 04-12357 - PBS
                                 \*
TOWN OF BILLERICA, et al         \*
                                 \*
    Defendants                   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO SUBSTITUTE TRUE NAME OF JOHN DOE DEFENDANTS

Now come the Plaintiffs and move this Honorable Court allow them to substitute the true names of the John Doe defendants who beat Brian Kennedy with defendant Tsoukalas upon arresting Mr. Kennedy on November 9, 2001.

Specifically, as a result of testimony at trial Thursday, April 19, 2007 and Tuesday April 24, 2007, plaintiffs now can identify Joseph Smith, John Harring and Sargent O'Mahoney as the three officers, based upon the testimony on Thursday, April 19, 2007 of John Harring and on Tuesday April 24, 2007 of Sargent O'Mahoney, who both testified to their presence on the scene and upon the incident report which defendants produced for the first time for the testimony of Officer Harring.  The testimony and report offer conflicting evidence as to the extent of the involvement of these three officers but is the first evidence provided by the defendants that allows the plaintiffs to identify the other officers present during this beating.

Evidence of the late disclosure of the report is that the defendants have Bates Stamped all documents which they produced, but this report, apparently printed March 8, 2007, bears no Bates Stamp number.

Plaintiffs suggest that if it would be prejudicial to the newly identified defendants to have the excessive force and assault and battery claims arising from the November 9, 2001 beating of

-2-

plaintiff Brian Kennedy be sent to the jury presently hearing evidence, then the plaintiffs should be allowed to proceed against Harring, Smith and O'Mahoney when the plaintiffs proceed with claims against the remaining defendants.

                                              Respectfully submitted,

Date: _____                    \_\_\_/s/Andrew M. Fischer_____
                                                         Andrew M. Fischer
                                                           BB0# 167040
                                                           JASON & FISCHER
                                                           47 Winter Street
                                                           Boston, MA 02108
                                                           (617) 423-7904