04/24/2007 18:01 17618617875 NSGPC PAGE 02/03

Case#: 203442
OFFICER'S FORMAL REPORT
BILLERICA POLICE DEPARTMENT

03/08/07 11:47
PAGE: 1
TTYP17 -63

rpt date: 11/09/01 22:26
ucr: 308  ARREST-BPD WARRANT BY THIS PD

reported: FRIDAY
11/09/01 21:10

location: 98 LEICESTER ST
follow up by: (N)ONE NEEDED
officer:

comp/vict notify: No
cir/involve type:

case status: CLEARED/CLOSED NORMAL
rpt status: COMPLETE
review officer: 59 R BALBONI
sup review officer:

complaint: MA 3703TK

reporting officer: 67 J SMITH
second officer: 87 M TSOUKALAS

assignment: C
sup/back-up:

car: 09

*** NAMES ***

| type | mast# | name/add | phone | dob | ss# |
|------|-------|----------|-------|-----|-----|
| DEFENDANT | 003982 | KENNEDY,BRIAN G | | 09/20/66 | 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 |
| | | 1246 GORHAM ST  LOWELL MA | | | |
| | obtn: TBIL020344201 | | | | |
| DEFENDANT | 027679 | BAUM,AMY | | 02/16/79 | 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 |
| | | 296 ASH ST  WINCHENDON MA 01475 | | | |

*** NARRATIVE ***

ON THE ABOVE DATE AND TIME, I, OFC SMITH, ALONG WITH OFC'S TSOUKALIS, HERRING, AND SGT O'MAHONEY, RESPONDED TO 162 LEICESTER BILLERICA, MA. TO SERVE ACTIVE WARRANT ON BOTH AMY BAUD AND BRIAN KENNEDY.

UPON ARRIVAL, 162 LEICESTER IN DARKNESS WITH ON PERSON PRESENT SECURED AREA. AT THAT TIME, OFC HARRING OBSERVED A M/V TRAVELING EAST ON LEICESTER STREET, WITH FOUR OCCUPANTS BEARING MA REG 3703TK.

OFC HARRING FOLLOWED M/V. AT THAT TIME, M/V TURNED TO AVOID CRUISER INCREASING SPEED. I, OFC SMITH, PLACED STOP ON SAID M/V AT 98 LEICESTER. FRONT PASSANGER EXITED M/V ATTEMPTED TO FLEE SUBJECT KNOWN TO US AS BRIAN KENNEDY. SGT O'MAHONEY ATTEMPTED TAKE DOWN WITH MYSELF AND OFC TSOUKALIS. KENNEDY STRUGGLED RESISTING ARREST.

KENNEDY PLACED INTO CUSTODY FOR WARRANT (SEE CASE) 203389 WARRANT 0111CR007893

SECOND PASS AMY BAUD PLACED INTO CUSTODY ON WARRANT STRAIGHT DOCKET #0111CR007897

END OF REPORT

//////////////OFC SMITH BPD 67//////

POLICE OFFICER'S FORMAL REPORT                03/08/07 11:47
BILLERICA POLICE DEPARTMENT

Case#:  203442                                                PAGE:  2
                                                           TTYP17  -63

*** NARRATIVE ***

ON THE INCIDENT DATE AND TIME A SUSPECT, BRIAN KENNEDY, FLED
FROM A VEHICLE. KENNEDY WAS WANTED BY THE BILLERICA POLICE
FOR AGGRIVATED BATTERY(WARRANT).  I PURSUED KENNEDY FOR A SHORT
TIME ON FOOT.  DURING THIS PURSUIT MY FLASH LIGHT FELL TO THE
GROUND. WHEN I RETRIEVED MY FLASHLIGHT OFF OF THE PAVEMENT I
NOTICED THE SWITCH WAS BROKEN. THE SWITCH HAD FALLEN INTO
THE FLASHLIGHT. I ATTEMPTED TO FIX IT BUT WAS UNABLE TO.
THE FLASH LIGHT WAS A STREAM LIGHT XL20. THE SERIAL NUMBER
WAS 021875.

chief [ ]  capt/oic [ ]  cid [ ]  traffic [ ]  fire [ ]  other [ ]

I recommend this case be declared:
   Unfounded( )   Not Cleared( )   Court Action( )   Cleared by Arrest( )
Case Declared:
        Active( )        Complete( )        Unfounded( )   Domestic Violence( )