UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| Plaintiffs | \* |
| v. | \* Civil Action no. 04-12357 - PBS |
| TOWN OF BILLERICA, et al | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO INCLUDE REQUESTED JURY INSTRUCTIONS

Now come the Plaintiffs and request that, in addition to the proposed changes to the Court's draft jury instructions requested by the plaintiffs, this Honorable Court also include the following specific requested jury instructions from the Plaintiff's previously filed Proposed Jury Instructions in the jury charge in this case:

1. Plaintiffs' requested instruction II D. Color of Law, at p. 7 of their requested jury instructions.

2. Plaintiffs' requested instruction III A xiii, Arrests or Stops As Civil Rights Violations, Even With Probable Cause, at p. 22 of their requested jury instructions.

3. Plaintiffs' requested instruction III C ii, Practice, Policy or Custom, at p. 24 of their requested jury instructions.

4. Plaintiffs' requested instruction III C iii, Policy, Practice and Custom, Causation, at p. 25 of their requested jury instructions.

5. Plaintiffs' requested instruction III C iv, Vicarious Liability, at p. 26 of their requested jury instructions.

6. Plaintiffs' requested instruction III C vi, Custom or Practice Defined, at p. 28 of their requested jury instructions.

    7.  Plaintiffs' requested instruction III C vii, Failure to Train, Supervise, or Discipline Constituting a Custom or Practice, at p. 29 of their requested jury instructions.

    8.  Plaintiffs' requested instruction III E ii g, Justified Use of Force, Burden of Proof, at p. 40 of their requested jury instructions.

    9.  Plaintiffs' First Supplemental Jury Instruction "Equal Protection Violations Defined"

                              Respectfully submitted,

Date: _____                        \_\_\_/s/Andrew M. Fischer_____
                                                          Andrew M. Fischer
                                                          BB0# 167040
                                                          JASON & FISCHER
                                                          47 Winter Street
                                                          Boston, MA 02108
                                                          (617) 423-7904