UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., MITCHELL KENNEDY AND DYLAN KENNEDY<br>         Plaintiffs<br><br>VS.<br><br>TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE,<br>         Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' SECOND SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS**

Now come the defendants in the above-referenced matter and pursuant to Rule 51 of the Fed. R. Civ. P. hereby supplements their previous requests for jury instructions with the following additional requests for Instructions to the jury:

**Supplemental Jury Instructions**

**Resisting Arrest**

1.      It is a crime in Massachusetts to resist arrest.  "A person commits the crime of resisting arrest if he knowingly prevents or attempts to prevent a police officer, acting under color of his official authority, from affecting an arrest of the actor[.]"  Resisting arrest also includes "using or threatening to use physical force or violence against the police officer[.]"  Mass. G.L. c. 268 § 32B(a).

**Malicious Destruction of Property**

2.     Malicious Destruction of Property is a crime in Massachusetts and it is a felony if the value of the property destroyed exceeds $250.  Whoever willfully or maliciously destroys the personal property of another is guilty of the crime of malicious destruction of property. Mass. G.L. c. 266 § 127.

                    Respectfully submitted,
                    Defendants,
                    By Their Attorneys,

                      /s/ Jeremy I. Silverfine
                    Leonard E. Kesten, BBO # 542042
                    Jeremy I. Silverfine, BBO # 542779
                    BRODY, HARDOON, PERKINS & KESTEN, LLP
                    One Exeter Plaza, 12th Floor
                    Boston, MA  02116
                    (617) 880-7100

Date: April 25, 2007