UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
BRIAN KENNEDY AND MICHELLE KENNEDY,   *
Individually and as father and next friend of   *
BRIAN KENNEDY, JR., Individually and as mother  *
next friend of BRIAN KENNEDY, JR..              *
                                                *
                 Plaintiffs                     *
                                                *
v.                                              *      C. A. No. 04-CV-12357-PBS
                                                *
TOWN OF BILLERICA, et al                        *
                                                *
                 Defendants                     *
*********************************************
```

## PLAINTIFFS' THIRD SUPPLEMENTAL JURY INSTRUCTION

### 1. Spoliation of Evidence

You have heard evidence that one of the parties may have lost, destroyed, failed to produce or altered videotapes and that the other party may have lost, destroyed, falsified, fabricated or altered police reports or witness statements.

Should you find that any party has lost, destroyed, failed to produce, altered, falsified or fabricated evidence then you may infer that the evidence would have been unfavorable to that party and supported the claims of the opposing party.

_Gath v. M/A-Com, Inc._, 440 Mass. 482, 802 N.E.2d 521 (2003)

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: April 25, 2007

/s/Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy\juryinstSupp03.wpd