```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```
**********************************************
BRIAN KENNEDY, et al                   *
                                       *
        Plaintiffs                     *
                                       *
v.                                     *   Civil Action no. 04-12357 - PBS
                                       *
TOWN OF BILLERICA, et al               *
                                       *
        Defendants                     *
**********************************************

## MOTION TO EXCISE AND SANITIZE MEDICAL RECORDS

Now come the Plaintiffs and request that the following be deleted or redacted from the medical records in evidence:

1. Exhibit 6, Saints Medical Center records of Michelle Kennedy

    – delete Bates numbers 1462-1476 and 1523-1524 as irrelevant, as these relate to a finger injury in 2007.

    – delete Bates numbers 1477-1481 and 1525 as irrelevant, as these relate to a toothache in June, 2006.

    – delete Bates numbers 1482-1489 and 1526 as irrelevant, as these relate to a toothache in July, 2005.

    – delete Bates numbers 1490-1492 and 1527 as irrelevant, as these relate to a toothache in May, 2005

    – redact last 9 lines on nursing notes on Bates #1497 that "patient angry that her husband had not been seen" and "patient wants the president of the hospital now", as unrelated to medical care and irrelevant hearsay that is more prejudicial than probative

    – delete Bates numbers 1500-1505 as irrelevant, as these relate to ankle pain and

toothache in May 2004, unrelated to any claim in this case.

– delete Bates numbers 1513-1514 as irrelevant, as these relate to a toothache on October 12, 2003, unrelated to any claim in this case.

– delete Bates numbers 1528-1529 as irrelevant, as these relate to a complaint of planter fasciatis on June 21, 2004, unrelated to any claim in this case. If this entry is not deleted, then plaintiffs seek to redact references to "patient became obnoxious" and "patient verbally abusive and wants narcotics" and "spent long time explaining to patient that narcotics will not be given", as not related to medical treatment and more prejudicial than probative.

– delete Bates numbers 1528-1530 as irrelevant, as these relate to a complaint of complaints of ankle pain in May, 2004, unrelated to any claim in this case.

– delete Bates numbers 1531 as irrelevant, as these relate to a complaint of an abscessed tooth on October 12, 2003.

– delete Bates numbers 1546-1551 as irrelevant, as these relate to a complaint of dropping something on her foot on April 25, 2004, unrelated to any claim in this case.

– delete Bates numbers 1598-1602 and 1650 as irrelevant, as these relate to a complaint of a toothache on March 12, 2000, unrelated to any claim in this case.

– delete Bates numbers 16028-1606 and 1651 as irrelevant, as these relate to a minor car accident on January 2, 2000, unrelated to any claim in this case.

– delete Bates numbers 1607-1613 and 1652 as irrelevant, as these relate to an accident , unrelated to any claim in this case, where the plaintiff dropped

something on her foot in December, 1999.

– delete Bates numbers 1618 - 1621 as irrelevant, as these relate to extraction of a wisdom tooth, unrelated to any claim in this case, on March 6, 1999.

– delete Bates numbers 1622-1625 and 1654-1675 as irrelevant, as these relate to treatment for tooth and gum problems in August, 1998.

– delete Bates numbers 1607-1613 as irrelevant, as these relate to an accident , unrelated to any claim in this case, where the plaintiff dropped something on her foot in December, 1999.

– delete Bates numbers 1632-1636 as irrelevant, as these relate to a slip and fall accident in June, 1997, unrelated to any claim in this case.

– delete Bates numbers 1637-1646 as irrelevant, as these relate to a strep throat in 1995, unrelated to any claim in this case.

– delete Bates numbers 1647 as irrelevant, as this page relates to an eye exam, unrelated to any claim in this case.

2. Defendants' Exhibit 9, Saints Memorial Records for Brian Kennedy

– Delete first 10 pages as records of an assault on 6/21/04 unrelated to any claim or defense in this case.

– Delete records of treatment for a car accident on 1/31/00 unrelated to any claim in this case.

– Delete records of treatment for work injuries on 4/2/98, 2/13 98 and 7/7/97 and 6/26/95 (both cuts with saws at work) work, all injuries unrelated to any claim in this case.

– Delete records of treatment for a 12/20/97 accident where patient hit his head on a cabinet at home, unrelated to any claim in this case.

– Delete records of treatment for a 10/15/97 accident where patient hit a wall with his right hand, unrelated to any claim in this case

– Delete records for treatment of a tooth on 3/13/95, unrelated to any claim in this case.

– Delete records for treatment for a car accident on 2/6/95, unrelated to any claim in this case.

3.  Defendants' Exhibit 12, Lowell General Hospital Records of Brian Kennedy

– Delete records for treatment of toothaches on 1/1/03 and 2/18/02-2/19/02, as unrelated to any issue in dispute in this case.

– Delete ER records of treatment on 4/26/01 for an accident while roller blading, as wholly unrelated to any claim in this case.

4.  Defendants' Exhibit 14, Lahey Clinic records of Brian Kennedy

– Delete Bates #1346, record of treatment for removal of a wart

5. Plaintiffs repeat the request to redact the error in reporting that Brian Kennedy was not married and had no children in Defendants' Exhibit 11.

                                        Respectfully submitted,

Date: _____                          ___/s/Andrew M. Fischer_____
                                                               Andrew M. Fischer
                                                                BB0# 167040
                                                                JASON & FISCHER
                                                                 47 Winter Street
                                                                Boston, MA 02108

(617) 423-7904