UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., MITCHELL KENNEDY AND DYLAN KENNEDY<br>    Plaintiffs | )<br>)<br>)<br>)<br>) |
| VS. | )<br>) |
| TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' THIRD SUPPLEMENTAL
REQUEST FOR JURY INSTRUCTIONS**

Now come the defendants in the above-referenced matter and pursuant to Rule 51 of the Fed. R. Civ. P. hereby supplements their previous requests for jury instructions with the following additional requests for Instructions to the jury:

**Supplemental Jury Instructions**

**Fourteenth Amendment**

In considering whether the conduct of the individual defendants "shocks the conscience", you can only consider the allegations made by the Kennedys that are not barred by the statute of limitations. While I have allowed you to hear evidence of incidents dating back to 1991, I instruct you that the evidence you heard regarding those earlier incidents, such as the truck fire or the Concord Shores incident, or the Badge arrests, cannot form the basis of any finding that the defendants conduct violated the plaintiffs' civil rights. Only the acts that are not time barred may be considered. I also instruct you that the plaintiffs' testimony regarding traffic citations cannot be used by you to form the basis of any civil rights violation by the defendants. I remind you again that you can only rely on incidents that you find occurred which are not barred by the statute of limitations. Thus, you can only factor in the incidents that occurred between November 9, 2001, and November 1, 2004.

         Respectfully submitted,
         Defendants,
         By Their Attorneys,

         /s/ Leonard H. Kesten
         Leonard E. Kesten, BBO # 542042
         Jeremy I. Silverfine, BBO # 542779
         BRODY, HARDOON, PERKINS & KESTEN, LLP
         One Exeter Plaza, 12th Floor
         Boston, MA  02116
         (617) 880-7100

Date: April 25, 2007