UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as father and next friend of BRIAN KENNEDY, JR., Individually and as mother next friend of BRIAN KENNEDY, JR.. <br><br> Plaintiffs <br><br> v. <br><br> TOWN OF BILLERICA, et al <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

C. A. No. 04-CV-12357-PBS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' FORTH SUPPLEMENTAL JURY INSTRUCTION

**1. Duty to Prevent Other Officers From Violating Rights**

Police officers have an affirmative duty to enforce the law and preserve the peace. This includes stopping other police officers from violating the law. A police officer may not ignore the duty imposed by his office and fail to stop other officers who illegally punish a third person in his presence. Thus, if you find that any defendant officer unlawfully physically assaulted any plaintiff and that any other defendant officer failed to intercede, then you may find both defendants violated the plaintiff's Fourth Amendment Right to be free from unreasonable force.

*Unites States v. Koon*, 34 F.3d 1416, 1477 n.25 (9th Cir. 1994), aff'd in part, rev'd in part, *Koon v. U.S.*, 518 U.S. 81, 116 S. Ct. 2035, 135 L. Ed. 2d 392 (1996).

|  | Respectfully submitted, <br> Brian Kennedy, et al <br> by their counsel |
|---|---|
| Date: <u>April 26, 2007</u> | /s/Andrew M. Fischer <br> Andrew M. Fischer <br> BB0# 167040 <br> JASON & FISCHER <br> 47 Winter Street <br> Boston, MA 02108 <br> (617) 423-7904 <br> afischer@jasonandfischer.com |

kennedy\juryinstSupp04.wpd