UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., MITCHELL KENNEDY AND DYLAN KENNEDY,<br>                              Plaintiffs<br><br>VS.<br><br>TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE,<br>                              Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' MOTION TO STRIKE ALL EVIDENCE REGARDING ACTS PRIOR TO 1997**

The Defendants, Town of Billerica, Daniel Rosa, Jr., Thomas Connors, Frank A. Mackenzie, Mark Tsoukalas, Martin Conway, Michael Casey, and Steven Elmore hereby ask that this Court strike all evidence of any acts which occurred prior to 1997 for the reasons stated below:

1. The plaintiffs have been allowed to put into evidence various events which occurred in 1991 and 1992, specifically the truck fire, the Concord Shores incident, and the Mr. Tipps incident.

2. The plaintiffs claim that these incidents are probative regarding the Monell claim.

3. However, the facts as adduced at trial show that the police chief who commanded the department at that time, John Baretto, retired. He was followed by chief Paul Mathews. The plaintiffs have introduced no evidence whatsoever as to complaints that they made to Chief Mathews.

4. The police chief who headed the police department for the non time barred claims is Dan Rosa who took over the department in early 2002.

5. Further, the plaintiffs wish to argue that this jury could find that a police officer burned their truck in 1991, that officers were responsible for a fight at the Concord Shores in 1991, and that officers were responsible for a spitting and taunting incident at Mr. Tipps in 1992. These incidents allegedly occurred over 15 years ago; two police chiefs ago; and two Town Managers ago.

6. The first written complaint made by these plaintiffs to the Town occurred in 1998 when Michelle Kennedy complained that officer Brown gave her "the finger".

7. All of the subsequent written complaints occurred <u>after</u> William Ashton was charged with attempted murder and he and Brian and Michelle Kennedy were charged with Assault and Battery in the Deanne Massone incident.

8. Ashton was convicted of the beating of his mother and this Court has ruled that there was probable cause to charge the Kennedys in the Massone incident.

9. Almost the entirety of the non time barred complaints made by the plaintiffs relate to the conduct of officer Mark Tsoukalas, who joined the police department in 1999.

10. There has been no proof sufficient to link the old incidents with the conduct of officer Tsoukalas or any other officers after 2001.

Wherefore, the defendants ask that this Court strike all evidence introduced at this trial regarding any acts which occurred prior to 1997.

Respectfully Submitted,
Defendants,
By Their Attorneys,

 /s/ Leonard H. Kesten
 Leonard H. Kesten, BBO# 542042
 Jeremy Silverfine, BBO# 542779
 BRODY, HARDOON, PERKINS & KESTEN
 One Exeter Plaza, 12th Floor
 Boston, MA 02116
 (617) 880-7100

Dated: April 26, 2007