UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,                )
Individually and as mother and next friend of               )
BRIAN KENNEDY, JR., MITCHELL KENNEDY              )
AND DYLAN KENNEDY,                                               )
                              Plaintiffs                        )
                                                  )
VS.                                                                                     )
                                                  )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.                  )
Individually and as Chief of the Billerica Police Department,   )
JOHN BARRETTO, Individually and as former Chief of the     )
Billerica Police Department, PAUL W. MATTHEWS,           )
Individually and as former Chief of the Billerica Police          )
Department, ROBERT LEE, Individually and as former          )
Deputy Chief of the Billerica Police Department, THOMAS    )
CONNORS, FRANK A. MACKENZIE, RICHARD              )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK    )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY,    )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE,  )
WILLIAM MCNULTY, DONALD MACEACHERN,              )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT         )
BROWN, WILLIAM G. WEST, GREGORY KATZ,             )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM          )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY     )
F. MCKENNA AND JOHN DOE,                                    )
                                 Defendants

**DEFENDANTS' MOTION FOR DIRECTED VERDICT AT THE CLOSE OF THE
EVIDENCE**

       The Defendants, Town of Billerica, Daniel Rosa, Jr., Thomas Connors, Frank A.

Mackenzie, Mark Tsoukalas, Martin Conway, Michael Casey, and Steven Elmore hereby

ask that this Court enter a directed verdict at the close of the evidence. In support thereof,

the defendants state that there has been insufficient evidence introduced regarding any

conspiracy; regarding any acts which could lead a jury to conclude that any acts by these

defendants shocked the conscience; that there was an absence of probable cause to arrest

any plaintiffs; that any acts of these defendants rose to the level of intentional infliction of

emotional distress; or of any other tortuous conduct by these defendants.

       Wherefore, the defendants ask that this Court enter a directed verdict for

these defendants and against the plaintiffs in this action.

                           Respectfully Submitted,
                           Defendants,
                           By Their Attorneys,


                           _/s/ Leonard H. Kesten_____
                           Leonard H. Kesten, BBO# 542042
                           Jeremy Silverfine, BBO# 542779
                           BRODY, HARDOON, PERKINS & KESTEN
                           One Exeter Plaza, 12th Floor
                           Boston, MA 02116
                           (617) 880-7100

Dated:  April 26, 2007