UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV--12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, JR., )
MITCHELL KENNEDY AND DYLAN KENNEDY )
                      Plaintiffs )
VS. )
 )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS,  MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )

## DEFENDANTS' DRAFT VERDICT FORM

**A.     Defendant Mark Tsoukalas**

1.     Did the plaintffs prove that Tsoukalas used excessive force on Michelle Kennedy when he allegedly broke her finger during a traffic stop on June 8, 2002, in violation of her civil rights?

      _____Yes.        _____No

If your answer is no, move on to the next question.

1

If your answer is yes, how much money do you award Michelle Kennedy for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

Do you award punitive damages?

_____Yes.        _____No

What is the amount of punitive damaages ?

$_____ (in numbers)

_____ dollars (in words)

2.    Did plaintiffs prove that Tsoukalas arrested Mitchell Kennedy for assault and battery on a police officer without probable cause in March 2004 in violiation of his civil rights?

_____Yes        _____No

6
If your answer is no, move on to the next question.

If your answer is yes, how much money do you award Mitchell Kennedy for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

Do you award punitive damages ?

_____Yes        _____No

What is the amount of punitive damaages ?

$_____ (in numbers)

2

_____ dollars (in words)

3.  Did Tsoukalas maliciously prosectute Mitchell Kennedy in violation of her civil rights ?

_____Yes          _____No

If your answer is no, move on to the next question.

If your answer is yes, how much money do you award Mitchell Kennedy for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

Do you award punitive damages ?

_____Yes.         _____No

What is the amount of punitive damaages ?

$_____ (in numbers)

_____ dollars (in words)

4.  Did plaintiffs prove that Tsoukalas committed assault and battery on Brian Kennedy, Jr. in Septemeber 2002 when he allegedly grab him by the shoulder in violation of his civil rights?

_____Yes.         _____No

If your answer is no, move on to the next question.

3

If your answer is yes, how much money do you award Brian Kennedy, Jr., for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

Do you award punitive damages ?

_____Yes        _____No

What is the amount of punitive damaages ?

$_____ (in numbers)

_____ dollars (in words)

5.   Did Tsoukalas intentionally inflict emotional distress against any member of the Kennedy family ?

_____Yes.       _____No

If your answer is no, move on to the next question.

If your answer is yes, how much money do you award the Kennedy family for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

6.   Did plaintiffs prove that Tsoukalas consipired with other members of the Billerica Police force to violate the civil rights of any members of the Kennedy family ?

_____Yes.       _____No

If your answer is no, move on to the next question.

4

If your answer is yes, please list with whom Tsoukalas conspired with

_____

**B.    Defendant Daniel C. Rosa, Jr.**

7.    Did the plaintiffs prove that Rosa violated the civil rights of Michelle Kennedy by using excessive force on her in the jail cell after her arrest in the Massone incident ?

　　　_____Yes.　　　_____No

If your answer is no, move on to the next question.

If your answer is yes, how much money do you award Michelle Kennedy for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

Do you award punitive damages ?

　　　_____Yes　　　_____No

What is the amount of punitive damaages ?

$_____ (in numbers)

_____ dollars (in words)

8.    Did plaintiffs prove that Rosa maliciously prosecuted Mitchell Kennedy after the Massone incident in violation of his civil rights ?

　　　_____Yes.　　　_____No

If your answer is no, move on to the next question.

5

If your answer is yes, how much money do you award Mitchell Kennedy for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

Do you award punitive damages ?

    _____Yes        _____No

What is the amount of punitive damaages ?

$_____ (in numbers)

_____ dollars (in words)

9.     Did Rosa intentionally inflict emotional distress on Brian Kennedy, Jr. by seeking a criminal complaint in the Kaiser rock throwing incident ?

    _____Yes.       _____No

If your answer is no, move on to the next question.

If your answer is yes, how much money do you award Brian Kennedy, Jr., for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

10.    Did Rosa intentionally inflict emotional distress on Michelle Kennedy by his treatment of her in the jail cell after the Massone incident ?

    _____Yes.       _____No

If your answer is no, move on to the next question.

If your answer is yes, how much money do you award Michelle Kennedy for compensatory damages?

6

$_____ (in numbers)

_____ dollars (in words)

11.    Did Rosa intentionally inflict emotional distress on Mitchell Kennedy by filing a complaint against him after the Massone incident ?

_____Yes.        _____No

If your answer is no, move on to the next question.

If your answer is yes, how much money do you award Mitchell Kennedy for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

12.    Did plaintiffs prove that Rosa consipired with other members of the Billerica Police force to violate the civil rights of any members of the Kennedy family ?

_____Yes.        _____No

If your answer is no, move on to the next question.

If your answer is yes, please list with whom Rosa conspired with

_____

**C.    Defendant Steven Elmore**

13.    Did Elmore intentionally inflict emotional distress on Brian Kennedy, Jr. by seeking a criminal complaint against him as a result of the Kaiser rock throwing incident?

_____Yes.        _____No

If your answer is no, move on to the next question.

If your answer is yes, how much money do you award Brian Kennedy, Jr., for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

14.  Did plaintiffs prove that Elmore consipired with other members of the Billerica Police force to violate the civil rights of any members of the Kennedy family?

_____Yes.        _____No

If your answer is no, move on to the next question.

If your answer is yes, please list with whom Elmore conspired with

_____

**D.   Defendant Frank A. MacKenzie**

15.  Did plaintiffs prove that MacKenzie consipired with other members of the Billerica Police force to violate the civil rights of any members of the Kennedy family ?

_____Yes.        _____No

If your answer is no, move on to the next question.

If your answer is yes, please list with whom MacKenzie conspired with

_____

16.  Did MacKenzie intentionally inflict emotional distress on any of the following members of the Kennedy family ?

a.   Brian Kennedy, Jr.

_____Yes.        _____No

If your answer is no, move on to the next family member.

If your answer is yes, how much money do you award Brian Kennedy, Jr. for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

b.   Mitchell Kennedy

_____Yes.        _____No.

If your answer is no, move on to the next family member.

If your answer is yes, how much money do you award Mitchell Kennedy for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

c.   Dylan Kennedy

_____Yes.        _____No

If your answer is no, move on to the next question.

If your answer is yes, how much money do you award Dylan Kennedy for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

9

**D.    Defendant Thomas Connors**

17.    Did plaintiffs prove that Connors consipired with other members of the Billerica Police force to violate the civil rights of any members of the Kennedy family?

_____Yes.        _____No

If your answer is no, move on to the next question.

If your answer is yes, please list with whom Connors conspired with

_____

**E.    Defendant Town of Billerica**

18.    Did the Town of Billerica fail to properly discipline or supervise the defendant officers in a manner that was deliberately indifferent to the civil rights of the plaintiffs ?

_____Yes.        _____No

If your answer is no, you are finished.

If your answer is yes, answer the following and move on to the next question.

How much money do you award the plaintiffs for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

19.    Do you find that some other police officer and not Officer Tsoukalas used excessive force during the arrest of Brian Kennedy, Sr., on November 9, 2001.

_____Yes.        _____No

If your answer is no, you are finished.

If your answer is yes, how much money do you award Brian Kennedy, Sr, for compensatory damages?

$_____ (in numbers)

_____ dollars (in words)

        Defendants
        Respectfully submitted,
        DEFENDANTS,
        By their attorneys,

        /s/ Leonard H. Kesten
        Leonard H. Kesten, BBO No. 542042
        Jeremy I. Silverfine, BBO No. 542779
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: April 25, 2007