UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., <br>                 Plaintiffs <br><br> VS. <br><br> TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' SUPPLEMENTAL JURY INSTRUCTION RE ASSAULT AND BATTERY**

While Massachusetts law recognizes two forms of the crime of assault and battery -- by intentional conduct and by willful, wanton, and reckless conduct -- only the first has application in this case.

Assault and battery by intentional conduct is defined as "the intentional and unjustified use of force upon the person of another, however slight." There must be an intentional striking, which may be direct or indirect, and the touching of the victim must either be offensive or must be physically harmful or

potentially physically harmful. Thus, even if a touching is non-harmful, it is a battery if it is offensive. The nonconsensual imposition upon one's person makes a touching offensive.

In this case, you must determine whether Officer Tsoukalas had probable cause to believe that Mitchell Kennedy committed an assault and battery upon him as described above.  14A Mass.Prac. § 7.154 and cases cited. See also Comm. v. Ford, 424 Mass. 709 (1997); Commonwealth v. Burno, 396 Mass. 455, 625 (1986).

> Respectfully Submitted,
> Defendants,
> By Their Attorneys,
>
> /s/ Jeremy Silverfine
> Leonard H. Kesten, BBO# 542042
> Jeremy Silverfine, BBO# 542779
> Peter Montgomery, BBO #632698
> BRODY, HARDOON, PERKINS & KESTEN
> One Exeter Plaza, 12th Floor
> Boston, MA 02116
> (617) 880-7100

Dated:  April 30, 2007