AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

Brian Kennedy, et al
V.
Town of Billerica, et al

EXHIBIT ▬▬▬ LIST

Case Number: 04-CV-12357-PBS  PAGE 1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Andrew Fischer, Fred Gilgun | Lenny Kesten, Jeremy Silverfine |

| TRIAL DATE(S) 4/2, 4/3, 4/4, 4/5, 4/6, 4/9, 4/10, 4/11, 4/13, 4/17, 4/18, 4/19, 4/24, 4/25, 4/26, 4/27, 4/30 | COURT REPORTER Deborah Joyce | COURTROOM DEPUTY Robert C. Alba |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/3/07 | | ✓ | AUDIO CASSETTE OF PHONE CONVERSATION — M. KENNEDY AND OFFICER McKENZIE |
| 2 | | 4/3/07 | | ✓ | PHOTOGRAPH OF MICHELLE KENNEDY |
| 3 | | 4/3/07 | | ✓ | PACKET OF TRAFFIC TICKETS — MICHELE KENNEDY |
| 4 | | 4/3/07 | | ✓ | LETTER FROM REGISTRY OF MOTOR VEHICLES |
| 5 | | 4/3/07 | | ✓ | PHOTOGRAPH OF BROKEN WINDOW ON HOUSE |
| 6 | | 4/3/07 | | ✓ | SAINTS MEMORIAL HOSPITAL RECORDS |
| 7 | | 4/3/07 | | ✓ | RECORDS FROM SEVEN HILLS |
| | 1 | 4/4/07 | | ✓ | 1991 CALENDAR — MICHELE KENNEDY |
| | 2 | 4/4/07 | | ✓ | VIDEO CASSETTE TAPE |
| | 2A | 4/4/07 | | ✓ | VIDEO CASSETTE TAPE |
| | 3 | 4/4/07 | | ✓ | PHOTOGRAPHS OF |
| | 4 | 4/4/07 | | ✓ | PHOTOGRAPHS OF |
| | 5 | 4/4/07 | | ✓ | PHOTOGRAPHS OF SMASHED CAR |
| | A | 4/4/07 | ✓ | IN AS #49 | MICHELLE KENNEDY'S MEDICAL RECORDS |
| 8 | | 4/5/07 | | ✓ | RECORD OF STATE CASE 2002-00151 — MICHELLE KENNEDY |
| | 6 | 4/5/07 | | ✓ | HANDWRITTEN DOCUMENT BY MICHELLE KENNEDY 3-31-02 |
| | 7 | 4/5/07 | | ✓ | MEDICAL RECORDS — MICHELLE KENNEDY — SOLOMON FULLER HEALTH CENTER |
| | 8 | 4/5/07 | | ✓ | CERTIFIED COPIES OF RECORD OF CONVICTIONS — MICHELLE KENNEDY |
| 18 | | 4/5/07 | | ✓ | PHOTOGRAPH OF BRIAN KENNEDY & SON BRIAN IN THEIR LIVINGROOM |
| 20 | | 4/5/07 | | ✓ | TRAFFIC CITATION — BRIAN KENNEDY |
| 21 | | 4/5/07 | | ✓ | "  "  "  " |
| 22 | | 4/5/07 | | ✓ | "  "  "  " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)    EXHIBIT ~~_____~~ LIST – CONTINUATION    PAGE 2

Brian Kennedy, et al    vs.    Town of Billerica, et al    CASE NO. 04-CV-12357-PBS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 4/5/07 | | ✓ | TRAFFIC CITATION – BRIAN KENNEDY |
| 24 | | 4/5/07 | | ✓ | " " " " |
| 25 | | 4/5/07 | | ✓ | " " " " |
| 26 | | 4/5/07 | | ✓ | " " " " |
| 27 | | 4/5/07 | | ✓ | " " " " |
| 28 | | 4/5/07 | | ✓ | |
| 29 | | 4/5/07 | | ✓ | |
| 30 | | 4/5/07 | | ✓ | |
| 31 | | 4/5/07 | | ✓ | |
| 32A | | 4/5/07 | | ✓ | STATEMENT FROM CRAIG PICKERING 11-30-91 |
| 32 | | 4/5/07 | | ✓ | ADDITIONAL PICKERING STATEMENT 11-30-91 |
| 33 | | 4/5/07 | | ✓ | CRIMINAL DOCKET 9811 CR 1174 BRIAN KENNEDY |
| 36 | | 4/6/07 | | ✓ | MEMO TO CHIEF ROSA FROM LT. GREENHALGH 10-27-03 |
| 35 | | 4/6/07 | | ✓ | CONFIDENTIAL MEMO – CHIEF ROSA TO MEMBERS OF DEPT – NO ASSOCIATION WITH THE KENNEDYS |
| 37 | | 4/6/07 | | ✓ | DISMISSAL – MASSONE CHARGES – MATTHEW KENNEDY |
| 38 | | 4/6/07 | | ✓ | ACQUITTAL – ASSAULT ON TSOUKALIS – MATTHEW KENNEDY |
| 40 | | 4/9/07 | | ✓ | PHOTO OF PILLOW WITH BLOOD STAIN |
| 41 | | 4/9/07 | | ✓ | PHOTO OF PILLOW WITH BLOOD STAIN |
| 39 | | 4/9/07 | | ✓ | PATIENT RECEIPT – BRIAN KENNEDY 11/8/01 |
| 42 | | 4/9/07 | | ✓ | RECEIPT FOR BAIL |
| 43 | | 4/9/07 | | ✓ | RECEIPT FROM ATTORNEY MIXON |
| 44 | | 4/9/07 | | ✓ | RECORD OF ACQUITTAL |
| 45 | | 4/9/07 | | ✓ | CRIMINAL DOCKET – BRIAN KENNEDY – 0111CR007911 |
| | 9 | 4/9/07 | | ✓ | SAINTS MEMORIAL MEDICAL RECORDS – BRIAN KENNEDY |
| | 10 | 4/10/07 | ✓ | ✓ | MEDICAL RECORDS – BRIAN KENNEDY |
| | 11 | 4/10/07 | ✓ | ✓ | MEDICAL RECORDS – BRIAN KENNEDY – DR. MARVASTE |
| | 12 | 4/10/07 | | ✓ | MEDICAL RECORDS |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)   EXHIBIT ▓▓▓▓▓ LIST – CONTINUATION   PAGE 3

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| Brian Kennedy, et al | | vs. | Town of Billerica, et al | | 04-CV-12357-PBS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 13 | 4/10/07 | | ✓ | MEDICAL RECORDS - BRIAN KENNEDY |
| | 14 | 4/10/07 | | ✓ | MEDICAL RECORDS - BRIAN KENNEDY |
| | 15 | 4/10/07 | | ✓ | POLICE REPORT - TEWKSBURY HOME DEPOT |
| | 16 | 4/10/07 | | ✓ | TRAFFIC CITATION - 10/96 BRIAN KENNEDY |
| | 17 | 4/10/07 | | ✓ | RECORD OF CONVICTION - BRIAN KENNEDY |
| | 18 | 4/10/07 | | ✓ | RECORD OF CONVICTION - BRIAN KENNEDY |
| | 19 | 4/10/07 | | ✓ | RECORD OF CONVICTION - BRIAN KENNEDY |
| | 20 | 4/10/07 | ✓ | ✓ | RECORD OF CONVICTION - BRIAN KENNEDY |
| | 21 | 4/10/07 | | ✓ | RECORD OF CONVICTION - BRIAN KENNEDY |
| 27 | | 4/10/07 | | ✓ | VCR TAPE OF OFFICER TSOUKALIS FOLLOWING THE KENNEDYS IN THEIR CAR |
| | 23 | 4/10/07 | | ✓ | POLICE REPORT 8-1-97 |
| | 22 | 4/10/07 | | ✓ | RECORD OF CONVICTION - BRIAN KENNEDY |
| 50 | | 4/11/07 | | ✓ | HANDDRAWN MAP |
| 51 | | 4/11/07 | | ✓ | HANDWRITTEN STATEMENT BY AMY BAUM |
| 48 | | 4/11/07 | | ✓ | HANDWRITTEN STATEMENT BY CHRISTINE KAIZER |
| 49 | | 4/11/07 | | ✓ | TYPED AFFIDAVIT OF MICHELLE SPAULDING |
| 52 | | 4/11/07 | ✓ | | COVER LETTER FOR BILL RE: REPRESENTING MITCHEL KENNEDY |
| 53 | | 4/11/07 | | ✓ | BILL BY ATTY MIXON FOR REPRESENTING MITCHEL KENNEDY |
| 54 | | 4/13/07 | | ✓ | TYPED STATEMENT OF THOMAS GALLAVIRO |
| 55 | | 4/13/07 | | ✓ | STATEMENT OF TRACY HEFFERNAN |
| 56 | | 4/13/07 | | ✓ | STATEMENT OF TRACY HEFFERNAN |
| 57 | | 4/13/07 | | ✓ | STATEMENT OF TRACY HEFFERNAN |
| ? | | 4/13/07 | | ✓ | RECORD OF CONVICTION - TRACY HEFFERNAN |
| 59 | | 4/13/07 | | ✓ | POLICE REPORT - CHRISTINE KAIZER |
| 60 | | 4/13/07 | | ✓ | COPY OF COMPLAINT APPLICATION |
| 61 | | 4/13/07 | | ✓ | POLICE REPORT - MASSONE INCIDENT |
| 64 | | 4/17/07 | | ✓ | POLICE REPORT - FIRE BOMBING OF VEHICLE WRITTEN BY OFFICER CONNORS |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)   **EXHIBIT** ~~[redacted]~~ **LIST – CONTINUATION**   PAGE 4

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Brian Kennedy, et al vs. Town of Billerica, et al — CASE NO. 04-CV-12357-PBS |
| 62 | | 4/17/07 | | ✓ | BILLERICA POLICE MANUAL |
| 63 | | 4/17/07 | | ✓ | MPI – BILLERICA POLICE MANUAL |
| 65 | | 4/17/07 | | ✓ | HAND DRAWN CARTOON – RE: ROYSTON |
| 66 | | 4/17/07 | | ✓ | HAND DRAWN CARTOON – RE: ROYSTON |
| 67 | | 4/17/07 | | ✓ | HAND DRAWN CARTOON – RE: ROYSTON |
| 68 | | 4/17/07 | | ✓ | BILLERICA POLICE LOG |
| 70 | | 4/17/07 | | ✓ | GROUP OF PHOTOGRAPHS – MASSONE INCIDENT |
| 73 | | 4/17/07 | | ✓ | HANDWRITTEN STATEMENT BY CHRISTIE GILPATRICK |
| 74 | | 4/17/07 | | ✓ | RETRACTED STATEMENT BY CHRISTIE GILPATRICK |
| 75 | | 4/18/07 | | ✓ | STATEMENT BY VANESSA MINERVINI |
| 76 | | 4/18/07 | | ✓ | POLICE REPORT DATED 11-9-01 |
| 77 | | 4/18/07 | | ✓ | PHOTOGRAPH OF CRIME SCENE AT 162 LICESTER ST |
| 78 | | 4/18/07 | | ✓ | PHOTOGRAPH OF CRIME SCENE AT 162 LICESTER ST. |
| 79 | | 4/18/07 | | ✓ | WITNESS STATEMENT – DEAN MASSONE |
| 80 | | 4/18/07 | | ✓ | GROUP OF PHOTOGRAPHS – 162 LICESTER ST |
| | 24 | 4/19/07 | | ✓ | VIDEO CASSETTE TAPE |
| | 25 | 4/19/07 | | ✓ | VIDEO CASSETTE TAPE |
| 81 | | 4/19/07 | | ✓ | BILLERICA POLICE REPORT 11-11-97 |
| | 26 | 4/19/07 | | ✓ | BILLERICA POLICE REPORT 11-9-01 |
| | 27 | 4/19/07 | | ✓ | BILLERICA POLICE REPORT 2-20-04 |
| 84 | | 4/19/07 | | ✓ | HAND DRAWN MAP BY OFFICER JOHN HARRING |
| | 28 | 4/19/07 | | ✓ | REPORT OF TRAFFIC STOP |
| | 29 | 4/19/07 | | ✓ | BILLERICA POLICE REPORT – DET FRANK MIRASOLO |
| 85 A-G | | 4/19/07 | | ✓ | PACKET OF PHOTOGRAPHS OF OUTSIDE OF 162 LICESTER ST |
| | 30 | 4/24/07 | | ✓ | PHOTOGRAPH OF MARKED MAP |
| 86 | | 4/24/07 | | ✓ | SUMMONS & COMPLAINT 9811 CR 1173 |
| 87 | | 4/24/07 | | ✓ | SUMMONS & COMPLAINT 9811 CR 1174 |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)    EXHIBIT ~~~~~~~ LIST – CONTINUATION    PAGE 5

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 31 | 4/24/07 | | ✓ | STATEMENT OF SCOTT ASHTON |
| | 34 | 4/24/07 | | ✓ | TYPED STATEMENT |
| | 33 | 4/24/07 | | ✓ | POLICE REPORT |
| | 32 | 4/24/07 | ✓ | | TEWKSBURY POLICE REPORT |
| | 35 | 4/24/07 | | ✓ | VIDEO TAPE |
| | 36 | 4/24/07 | | ✓ | POLICE REPORT |
| | 37 | 4/25/07 | | ✓ | REPORT OF PHONE CALLS 11/8 - 12/2/91 - HOWE |
| 88 | | 4/25/07 | | ✓ | PHOTOCOPY OF DEFENDANTS EXHIBIT 37 |
| | 38 | 4/25/07 | | ✓ | DEPUTY CHIEF CONNORS' POLICE BADGE |
| 91 | | 4/25/07 | | ✓ | 9/24/99 POLICE REPORT |
| | 39 | 4/25/07 | | ✓ | VIDEO CASSETTE TAPE |
| | 40 | 4/25/07 | | ✓ | VIDEO CASSETTE TAPE |
| 1A | | 4/26/07 | | ✓ | TRANSCRIPT |
| 102 | | 4/26/07 | | ✓ | COMPLAINT AGAINST BRIAN KENNEDY |
| 103 | | 4/26/07 | | ✓ | PHOTOGRAPH OF MITCHEL KENNEDY |
| | 41 | 4/26/07 | | ✓ | BILLERICA PD - INVESTIGATION INFORMATION - ORGANIZATION CHART |
| | 42 | 4/27/07 | | ✓ | GJ INDICTMENT - MICHELLE KENNEDY |
| | 43 | 4/27/07 | | ✓ | GJ INDICTMENT - BRIAN KENNEDY |
| | 44 | 4/27/07 | | ✓ | GJ INDICTMENT - BILLY ASHTON |
| | 45 | 4/27/07 | | ✓ | PARTIAL GJ TRANSCRIPT |
| | 46 | 4/27/07 | | ✓ | PORTION OF PRESENTMENT LETTER |
| | 47 | 4/27/07 | | ✓ | PORTION OF MICHELLE KENNEDY'S DEPOSITION |
| | 49 | 4/27/07 | | ✓ | MICHELLE KENNEDY'S MEDICAL RECORDS (FORMERLY MARKED AS EXHIBIT A FOR ID) |
| | B | 4/27/07 | ✓ | | EXCERPT OF TRANSCRIPT RE: CONVERSATION BETWEEN JUDGE SARIS & ATTY KESTEN ABOUT TIME |
| | C | 4/27/07 | ✓ | | JURY QUESTION 10:35 AM |
| | D | 4/27/07 | ✓ | | JURY QUESTION 1:06 PM |
| | E | 4/27/07 | ✓ | | JURY QUESTION 2:00 PM |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)  **EXHIBIT** ███████ **LIST – CONTINUATION**   PAGE 6

| | | | | | |
|---|---|---|---|---|---|
| Brian Kennedy, et al | | vs. | Town of Billerica, et al | CASE NO. 04-CV-12357-PBS | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | F | 4/27/07 | ✓ | | Jury Question 2:40 pm |
| | G | 4/27/07 | ✓ | | Jury Question 3:37 pm |
| | H | 4/27/07 | ✓ | | Jury Question 4:24 pm |
| | I | 4/30/07 | ✓ | | Jury Question 11:50 am |
| | J | 4/30/07 | ✓ | | Jury Question 11:55 am |
| | K | 4/30/07 | ✓ | | Jury Question 12:27 pm |

Page _____ of _____ Pages