AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

Brian Kennedy, et al
V.
Town of Billerica, et al

 WITNESS LIST

Case Number: 04-CV-12357-PBS   PAGE 1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Andrew Fischer, Fred Gilgun | Lenny Kesten, Jeremy Silverfine |
| TRIAL DATE (S) 4/2, 4/3, 4/4, 4/5, 4/6, 4/9, 4/10, 4/11, 4/13, 4/17, 4/18, 4/19, 4/24, 4/25, 4/26, 4/27, 4/30 | COURT REPORTER Deborah Joyce | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/2/07 4/3/07 | 4/4/07 4/5/07 | | MICHELE KENNEDY |
| 2 | | 4/5/07 4/6/07 | 4/9/07 4/10/07 | | BRIAN KENNEDY |
| 3 | | 4/5/07 | | | GRAIG PICKERING |
| 4 | | 4/6/07 | | | DEAN ROYSTON |
| 5 | | 4/6/07 | | | BRIAN KENNEDY JR. |
| 6 | | 4/6/07 | | | MITCHEL KENNEDY |
| 7 | | 4/6/07 | | | DILLON KENNEDY |
| 8 | | 4/10/07 | | | CHRISTINE KAIZER |
| 9 | | 4/10/07 | | | DONNA GAUVREAU |
| 10 | | 4/10/07 | | | MICHELLE SPAULDING |
| 11 | | 4/10/07 | 4/11/07 | | WILLIAM ASHTON |
| 12 | | 4/11/07 | | | JOHN CIMMINO |
| 13 | | 4/11/07 | | | DANIEL DUFAULT |
| 14 | | 4/11/07 | | | AMY LISA BAUM |
| 15 | | 4/11/07 | | | THOMAS MIXON |
| 16 | | 4/13/07 | | | THOMAS GALLAVIRO |
| 17 | | 4/13/07 | | | DONNA O'TOOLE |
| 18 | | 4/13/07 | | | DEBRA GRAINGER |
| 19 | | 4/13/07 | | | TRACEY HEFFERNAN |
| 20 | | 4/13/07 4/17/07 | 4/24/07 | | DANIEL ROSA |
| 21 | | 4/17/07 | | | REGINALD F. ALLARD |
| 22 | | 4/17/07 | | | CHRISTIE GILPATRICK |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)  WITNESS LIST – CONTINUATION   PAGE 2

| | | Brian Kennedy, et al | vs. | Town of Billerica, et al | CASE NO. 04-CV-12357-PBS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 4/18/07 | | | VANESSA MINERVINI |
| 24 | | 4/18/07 | | | CHERYL KEEFE |
| 25 | | 4/18/07 | | | MARTIN CONWAY |
| 26 | | 4/18/07 | | | ANDREW DEVITO |
| 27 | | 4/19/07 | | | JOYCE TIBBETTS |
| 28 | | 4/19/07 | 4/24/07 | | STEVEN ELMORE |
| | 1 | 4/19/07 | | | RAYMOND TRAINOR |
| | 2 | 4/19/07 | | | MICHAEL DODGE |
| | 3 | 4/19/07 | | | JOHN HARRING |
| | 4 | 4/19/07 | | | MARK GUALTERI |
| | 5 | 4/19/07 | | | FRANK MIRASOLO |
| | 6 | 4/24/07 | | | EDWARD O'MAHONEY |
| | 7 | 4/24/07 | | | TARA CONNERS |
| | 8 | 4/24/07 | | | MICHAEL CASEY |
| | 9 | 4/24/07 | | | DENNIS PETERSON |
| | 10 | 4/24/07 | | | RICHARD PRIOR |
| | 11 | 4/25/07 | | | JOHN VOTO |
| | 12 | 4/25/07 | | | ALFRED DONOVAN |
| | 13 | 4/25/07 | | | RICHARD HOWE |
| | 14 | 4/25/07 | | | DEANN MASSONE |
| | 15 | 4/25/07 | | | THOMAS CONNERS |
| | 16 | 4/25/07, 4/26/07 | | | MARK TSOUKALAS |
| | 17 | 4/26/07 | | | FRANK MACKENZIE |

Page _____ of _____ Pages