UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
BRIAN KENNEDY AND MICHELLE KENNEDY,   *
Individually and as father and next friend of   *
BRIAN KENNEDY, JR., Individually and as mother   *
next friend of BRIAN KENNEDY, JR..   *
                                     *
            Plaintiffs                *
                                     *
v.                                   *   C. A. No. 04-CV-12357-PBS
                                     *
TOWN OF BILLERICA, et al             *
                                     *
            Defendants                *
*********************************
```

**<u>NOTICE OF INTENTION TO PROCEED AGAINST REMAINING DEFENDANTS</u>**

Plaintiffs, pursuant to the oral Order of the Court issued after the jury verdict on Monday, April 30, 2007, hereby declare their intention to proceed against defendants Munn, Howe, Rhonstock, Devito, Parker and Nestor and John Does now identified as O'Mahoney, Smith and Harring.

Plaintiffs agree to dismissal as to all other remaining defendants, in deference to the Court's rulings regarding the statute of limitations. Plaintiffs retain all rights to appeal regarding the statute of limitations ruling as to all remaining defendants.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: <u>May 7, 2007</u>

/s/ <u>Andrew M. Fischer</u>
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy\remainingdefs