UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
BRIAN KENNEDY AND MICHELLE KENNEDY,    *
Individually and as father and next friend of   *
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR..     *
                                       *
          Plaintiffs                   *
                                       *
v.                                     *   C. A. No. 04-CV-12357-PBS
                                       *
TOWN OF BILLERICA, et al               *
                                       *
          Defendants                   *
*********************************
```

### PLAINTIFF'S MOTION FOR ENTRY OF SEPARATE JUDGMENT

Pursuant to F.R.C.P., Rule 54 (b), plaintiffs hereby move for entry of separate and final judgment against defendants Rosa, Tsoukalas and the Town of Billerica, there being no reason for delay.

By this motion, plaintiffs ask the Court (1) to determine expressly that there is no just reason for delay in the entry of separate and final judgment upon the verdict rendered on April 30, 2007 and (2) to direct the court clerk to enter final judgment in favor of plaintiffs against defendants Rosa, Tsoukalas and the Town of Billerica, pursuant to the jury verdict.

As reason, plaintiffs state that they sought to proceed against all defendants simultaneously but were unable to do so, pursuant to the order of this Court that there be an initial trial against a limited number of defendants. Plaintiffs have prevailed in this initial trial, obtaining a verdict in the amount of $600,000. Plaintiffs now seek to have this verdict reduced to judgment and execution and there is no valid reason to this request.

Plaintiffs will be prejudiced if separate and final judgment does not enter merely because remaining claims against other defendants, through no fault of the plaintiffs, remain unresolved. Given the length of the initial trial, the Court's schedule and the defendants' insistence from the outset of this case that they be afforded every opportunity to file any and every dispositive or limiting motion, plaintiffs may suffer lengthy delay before they can proceed with the judgment they have now obtained. Such delay is unfair and would continue to prejudice the plaintiffs.

On the other hand, there is no reason why the plaintiffs should be delayed in pursuing their judgment. Plaintiffs are in this position through no fault of their own but rather because of the decision of this Court to conduct an initial trial against a select number of defendants, with the reasonable expectation that the result of this initial trial would lead to resolution of the entire case. Plaintiffs cooperated, despite their objection to this procedure, identifying, per the order of the Court, seven individual defendants and the Town of Billerica as the parties against whom they would proceed in this initial trial. Having now obtained a verdict against several of these defendants, plaintiffs should not be delayed in reducing that verdict to judgment and proceeding upon it.

There is no greater efficiency or economy that is gained by deferring entry of final judgment on those claims for which the jury has rendered a verdict, as might be true in other circumstances. To the contrary, if the plaintiffs are not permitted to proceed upon a separate judgment, the defendants will have an incentive to continue to delay. On the other hand, if the plaintiffs are free to proceed to judgment, this is more likely to lead to resolution of the not just the claims against the defendants now reduced to verdicts but as to all claims.

The judgment will, moreover, provide plaintiff with the more immediate use of the $600,000, something to which they are entitled, and potentially will hasten final resolution of all claims in this case.

                                                          Respectfully submitted,
                                                          Brian Kennedy, et al
                                                          by their counsel

Date: May 15, 2007                                 /s/ Andrew M. Fischer
                                                          Andrew M. Fischer
                                                          BB0# 167040
                                                          JASON & FISCHER
                                                          47 Winter Street
                                                          Boston, MA 02108
                                                          (617) 423-7904
                                                          afischer@jasonandfischer.com

kennedy\mtnsepjud