**JASON AND FISCHER**

ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617)423-7904
FAX. (617)451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

May 16, 2007

Jeremy Silverfine, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Re:  Brian Kennedy, et al v. Town of Billerica, et al

Dear Mr. Silverfine:

I write, pursuant to and in the spirit of Local Rule 7.1(A)(2), to request that you either withdraw Defendant's Motion for Judgment Notwithstanding the Verdict or, in the Alternative for a New Trial or that you waive any other future arguments which the motion purports to reserve.

The defendants have no right to bring a motion for judgment NOV twice and plaintiffs should not have to respond twice to the same motion.   The time for filing a motion for judgment NOV is not until after judgment has entered and thus the defendants will have a full opportunity to present any and all arguments in support of their motion for judgment NOV at that time.  This would be more efficient and less of a burden on the Court's time as well as ours.

Thus if you do not withdraw your premature motion, plaintiffs will move to bar any second or subsequent motion for judgment NOV.  Please respond promptly, as Mr. Gilgun and I are delaying preparing a response to your motion until we hear back from you.

Yours truly,

Andrew M. Fischer

AMF:ms

cc:     Fred Gilgun

kennedy\ltsilverfine72