# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

May 22, 2007

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re:   Kennedy v. Billerica

Dear Mr. Fischer:

In response to your letter dated May 16, 2007, relative the above-referenced matter, we do not oppose the plaintiffs having to file their response only once to the Defendants' Motion for Judgment Notwithstanding the Verdict or, in the Alternative for a New Trial per Fed.R.Civ. P. Rule 50.

If you have any questions please contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: jj

cc: Fred Gilgun, Esq.



RECEIVED
MAY 2 3 2007
BY: