UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., <br> Plaintiffs <br><br> VS. <br><br> TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The defendants respectfully request that this Honorable Court enter Summary Judgment pursuant to Fed. R.Civ. P. 56(c) in favor of each of the following: Defendants, RICHARD RHONSTOCK, ANDREW DEVITO, RICHARD HOWE, RICHARD NESTOR and SCOTT PARKER, AND AlAN MUNN, as well as the John Doe defendants now identified as SGT. O'MAHONEY, OFFICER HARRING, AND OFFICER SMITH as well as remaining defendants, JOHN BARRETTO, PAUL W. MATTHEWS, ROBERT

1

LEE, ROBERT BAILEY, JOHN ZARRO, TARA CONNORS, DONALD MACEACHERN, ROBERT BROWN WILLIAM G. NEST, GREGORY KATZ, BRIAN MICCICHE, WILLIAM MCNULTY, TIMOTHY F. MCKENNA , and GERALD B. ROCHE.

In support thereof, the defendants hereby submit the accompanying Memorandum of Law.

                                      Respectfully submitted,
                                      DEFENDANTS,
                                      By their attorneys,

                                      /s/ Leonard H. Kesten
                                    Leonard H. Kesten, BBO No. 542042
                                    BRODY, HARDOON, PERKINS & KESTEN, LLP
                                    One Exeter Plaza
                                    Boston, MA 02116
                                    (617) 880-7100

Dated: June 7, 2007