UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, JR., )
MITCHELL KENNEDY AND DYLAN KENNEDY )
                     Plaintiffs )
                     )
VS. )
                     )
TOWN OF BILLERICA, DANIEL C. ROSA, JR. )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the )
Billerica Police Department, PAUL W. MATTHEWS, )
Individually and as former Chief of the Billerica Police )
Department, ROBERT LEE, Individually and as former )
Deputy Chief of the Billerica Police Department, THOMAS )
CONNORS, FRANK A. MACKENZIE, RICHARD )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN, )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT )
BROWN, WILLIAM G. WEST, GREGORY KATZ, )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM )
MCNULTY, SCOTT PARKER, ALAN, TIMOTHY )
F. MCKENNA AND JOHN DOE, )
                     Defendants

### AFFIDAVIT OF RICHARD NESTOR

I, Richard Nestor, hereby depose and state as follows:

On September 7 2002, I prepared a police report, a copy of which is attached hereto as Exhibit A, of an investigation I conducted regarding an incident between George Brooks and Mitchell Kennedy.

The contents of Exhibit A are a true and accurate account of my actions regarding this incident.

Signed under the pains and penalties of perjury this 6th day of June, 2007.

                                                                  _____
                                                                  Richard Nestor

```
                    POLICE OFFICER'S FORMAL REPORT       06/06/07 16:19
                    BILLERICA POLICE DEPARTMENT                  PAGE:  1
Case#:  221678                                           TTYP1    -66

 rpt date: 09/07/02 17:02        reported: SATURDAY    09/07/02 16:01
      ucr: 142 DISTURBANCE-FIGHT

 location: 37 UPTON ST
    follow up by: (N)ONE NEEDED       case status:  CLEARED/CLOSED NORMAL
        officer:                       rpt status:  COMPLETE
                                    review officer: 51 S ELMORE
comp/vict notify: No              sup review officer: 70 E OMAHONY
cir/involve type:
------------------------------------------------------------------------
complaint: YOUTHS BOTHERING NEIGHBORS
------------------------------------------------------------------------
reporting officer: 56 R NESTOR          assignment: C      car: 08
   second officer: 66 D MACEACHERN      sup/back-up:
------------------------------------------------------------------------

                              *** NAMES ***

     type    mast#  name/add                      phone       dob       ss#
   ========  =====  =========================================================
   SUSPECT/O 061824 BROOKS,GEORGE            (978) 436-9107 10/16/88
                   48 UPTON ST  BILLERICA MA 01862

   SUSPECT/O 071401 KENNEDY,MITCHELL R                      05/22/90
                   1248 GORHAM ST  LOWELL MA

   WITNESS   048731 BROOKS III,GEORGE R      (978) 436-9107 04/07/69 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
                   48 UPTON ST  BILLERICA MA 01862

   WITNESS   084155 GALLINARO,CODY           (978) 663-1473 11/15/93
                   37 UPTON ST  BILLERICA MA 01821

------------------------------------------------------------------------

                            *** NARRATIVE ***
```

GEORGE BROOKS ATTENDED A BIRTHDAY PARTY AT 37 UPTON ST,THE GALLINARO RESIDENCE.THERE WAS A PROBLEM WITH SEVERAL UNINVITED YOUTHS.THESE UNINVITED YOUTHS WERE AT THE REAR PROPERTY LINE BEHIND A FENCE.YOUTHS WERE ALLEGED TO HAVE THROWN ROCKS AT THE FENCE.AFTER A PERIOD OF TIME CODY GALLINARO AND GEORGE BROOKS WERE NEAR THE PATH AT THE REAR OF 37 UPTON ST.

GEORGE BROOKS WAS CONFRONTED BY MITCHELL KENNEDY,AND SEVERAL YOUTHS HE CAN ONLY IDENTIFY AS "RICKY","SANG","MATT",AND ONE OR TWO OTHERS. MITCHELL KENNEDY TOLD GEORGE BROOKS THAT HIS FATHER HAD A GUN AND WOULD SHOOT HIM.MITCHELL KENNEDY AND THE FOUR OR FIVE OTHER YOUTHS JUMPED GEORGE BROOKS,BEGAN PUNCHING AND KICKING GEORGE BROOKS.SOMEONE RAN BACK TO 37 UPTON ST,ADVISED ADULTS AT THE BIRTHDAY PARTY WHAT WAS TRANSPIRING.GEORGE BROOKS SR AND ROBERT ANDERSON RAN BACK TO THE PATH AND BEGAN TO PULL THE YOUTHS OFF GEORGE BROOKS.MITCHELL KENNEDY AND OTHER YOUTHS RAN OFF.

GEORGE BROOKS SUFFERED A BRUISED SWOLLEN LEFT EYE IN THE ASSAULT.

GEORGE BROOKS SR. ADAMANT THAT ASSAULT AND BATTERY CHARGES BE SOUGHT AGAINST MITCHELL KENNEDY.

```
                        POLICE OFFICER'S FORMAL REPORT         06/06/07 16:19
                        BILLERICA POLICE DEPARTMENT                     PAGE:  2
Case#:   221678                                                 TTYP1   -66
```

*** NARRATIVE ***

OTHER YOUTHS STATED GEORGE BROOKS INITIATED ALTERCATION WITH MITCHELL KENNEDY BY SHOVING HIM. YOUTHS CAME TO THE AID OF MITCHELL KENNEDY BECAUSE OF GEORGE BROOKS' SIZE ADVANTAGE. ADULTS WHO CAME TO SCENE OBSERVED YOUTHS ATTEMPTING TO PULL GEORGE BROOKS AWAY FROM MITCHELL KENNEDY.

MITCHELL KENNEDY'S PARENTS DESIRE ASSAULT AND BATTERY COMPLAINTS AGAINST GEORGE BROOKS.

A HEARING REQUESTED, CROSS COMPLAINTS OF ASSAULT AND BATTERY AGAINST GEORGE BROOKS AND MITCHELL KENNEDY.

RICHARD NESTOR

```
chief [ ]   capt/oic [ ]   cid [ ]   traffic [ ]   fire [ ]   other [ ]
```

I recommend this case be declared:
  Unfounded( )   Not Cleared( )   Court Action( )   Cleared by Arrest( )
Case Declared:
    Active( )        Complete( )        Unfounded( )   Domestic Violence( )