UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
BRIAN KENNEDY AND MICHELLE KENNEDY,  *
Individually and as father and next friend of      *
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR..              *
                                                 *
                    Plaintiffs                   *
                                                 *
v.                                               *     C. A. No. 04-CV-12357-PBS
                                                 *
TOWN OF BILLERICA, et al                         *
                                                 *
                    Defendants                   *
*********************************************
```

## MOTION TO EXTEND TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT

Now come the plaintiffs and move this Honorable Court extend the time for them to file their opposition to defendants' second Motion for Summary Judgment, filed on June 7, 2007 until Monday, July 9, 2007.

As reason, undersigned counsel for the plaintiffs, who is preparing the summary judgment opposition, was involved in a week long trial in the Brighton District Court, *Brown et. al. v. Bayview Creamatory et. al.,* Boston Municipal Court, C.A. No. 2005CV000647, and, having prevailed, is presently faced with post-trial motions in that case. Undersigned counsel has also been scheduled to start trial in *Barnett v. Kochar*, Norfolk Superior Court, C.A. No. 2004-02057 B on Monday, June 25, 2007. Consequently, undersigned counsel needs additional time to prepare the opposition.

As further reason, plaintiffs state that undersigned counsel has conferred with defense

counsel, who has no objection to this request for additional time.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: June 20, 2007                                 /s/ Andrew M. Fischer
                                                    Andrew M. Fischer
                                                    BB0# 167040
                                                    JASON & FISCHER
                                                    47 Winter Street
                                                    Boston, MA 02108
                                                    (617) 423-7904
                                                    afischer@jasonandfischer.com

kennedy\moexttimesj2