UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************
BRIANKENNEDY AND MICHELLE KENNEDY,  *
Individually and as father and next friend of  *
BRIAN KENNEDY, JR., Individually and as mother  *
next friend of BRIAN KENNEDY, JR..  *
                                                                                                          *
               Plaintiffs  *
                                                                                                           *
v.  *   C. A. No. 04-CV-12357-PBS
     *
TOWN OF BILLERICA, et al  *
     *
              Defendants  *
*********************************************

**MOTION FOR LIMITED DISCOVERY**

      Now come the plaintiffs and move this Honorable Court allow limited discovery as to the claims remaining untried and scheduled for trial on October 1, 2007. Specifically, plaintiffs seek to take the deposition of defendants Nestor and Parker, the defendants remaining to be tried on October 1, 2007.

      As reason, plaintiffs state that this Court limited the number of depositions and discovery before the original trial was therefore limited to the seven individual defendants and witnesses involving the *Monell* failure to supervise claim. Plaintiffs understood that if they had not prevailed in the initial trial, they would have waived their other claims. However, the plaintiffs were also led to understand that, conversely, if they prevailed at trial, the defendants likewise would accept the outcome.

That has not been the case, and, consequently, plaintiffs now face a second trial against two defendant whom the plaintiffs have not had the opportunity to depose and now seek that opportunity. As further reason, plaintiffs can complete the two deposition before the scheduled trial date.

                                              Respectfully submitted,
                                              Brian Kennedy, et al
                                              by their counsel

Date: September 12, 2007                      /s/ Andrew M. Fischer
                                              Andrew M. Fischer
                                              BB0# 167040
                                              JASON & FISCHER
                                              47 Winter Street
                                              Boston, MA 02108
                                              (617) 423-7904
                                              afischer@jasonandfischer.com

kennedy\mtnlimiteddisc