UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV12357PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,          )
Individually and as mother and next friend of          )
BRIAN KENNEDY, JR.,          )
MITCHELL KENNEDY AND DYLAN KENNEDY          )
                    Plaintiffs          )
VS.          )
                            )
RICHARD NESTOR AND SCOTT PARKER          )
                    Defendants

## DEFENDANTS' REQUESTED VOIR DIRE OF THE JURY

1.  Has any juror ever filed suit against any Police Department and/or one of its employees?

2.  Has any juror ever filed suit against any Town and/or one of its employees?

3.  Would any juror be <u>less</u> likely to credit the testimony of a witness if that witness was a law enforcement officer?

4.  Would any juror be <u>less</u> likely to credit the testimony of a witness if that witness was a town employee?

5.  Have you, any member of your family, or any close friend ever been the subject of a law enforcement official's investigation?

6.  Does anyone on the jury believe that he or she or members of his or her family, friends, or acquaintances have been unreasonably treated in any fashion by police officers?

Respectfully Submitted,
Defendants,
By Their Attorney,


 /s/ Jeremy I. Silverfine
Jeremy Silverfine, BBO# 542779
Leonard H. Kesten, BBO# 542042
Karen W. Peters, BBO# 658903
BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Dated:  September 13, 2007