UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV12357PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., MITCHELL KENNEDY AND DYLAN KENNEDY<br>Plaintiffs<br>VS.<br><br>RICHARD NESTOR AND SCOTT PARKER<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' PRETRIAL DISCLOSURES

In accord with the Court's pretrial order dated September 6, 2007, the Defendants submit the following disclosures:

**I.   LIST OF POTENTIAL TRIAL WITNESSES**

Pursuant to the Court's order, the defendants list the following witnesses whom they expect to call and those whom they may call if the need arises. In addition, the defendants reserve the right to call any witnesses from the plaintiffs' list of witnesses. Further, depending upon any of the court's further pretrial rulings, the defendants reserve the right to call any witnesses listed in their previous filings in this case. (Document #s 170, 207, 209).

The defendants may call the following witnesses:

1. Chief Daniel C. Rosa, Jr., Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

2. Chief John Barretto (former), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

3. Lieutenant Richard Rhonstock, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

4. Lieutenant Robert Bailey (retired), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

5. (Retired) Detective Richard Howe, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

6. Detective Donald MacEachern, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

7. Officer Richard Nestor, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

8. Officer Scott Parker, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

9. Sergeant Alan Munn (former), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

10. Officer William Pfaff (retired), Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

11. Sergeant Cathleen Coneeny, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

12. Lieutenant Ronald Balboni, Billerica Police Department, 6 Good Street, Billerica, Massachusetts;

13. Lieutenant Tom Greenhalgh, Billerica Police Department, 6 Good Street, Billerica, Massachusetts.

II. **Exhibits**

The defendants may seek to offer any of the following documents as exhibits:

1. Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated June 5, 1993 (Defendants' Bates: 1174-1177);

2. Billerica Police Department Police Officer's Formal Report dated June 5, 1993 (Defendants' Bates: 1178);

3. Billerica Police Department Internal Daily Log/Roster-Shift Assignments 16:00 – 0:00 dated June 19, 1993 (Defendants' Bates: 1183-1187, 1197-1201);

4. Billerica Police Department Police Officer's Formal Report dated June 19, 1993 (Defendants' Bates: 1188-1189, 1202-1203);

5. Billerica Police Department Police Officer's Formal Report dated June 23, 1993 (Defendants' Bates: 1190-1191. 1204-1205);

6. Billerica Police Department Incident Report dated March 31, 2002 (Defendants' Bates: 604);

7. Billerica Police Department Incident Report/Roster Shift Assignments dated March 31, 2002 (Defendants' Bates: 605);

8. Billerica Police Department Officer's Formal Report dated April 3, 2002 (Defendants' Bates: 606-607);

9. Memo to Chief Daniel Rosa from Lieutenant Tom Greenhalgh dated April 3, 2002 (Defendants' Bates: 608);

10. Michelle Kennedy's diary;

11. Handwritten notes (Defendants' Bates: 2670);

12. Summons/complaint Michelle Kennedy (Defendants' Bates: 2813);

13. Handwritten notes (Defendants' Bates: 2308-2311);

14. Billerica Police Department Rap Sheet – Brian Kennedy (Defendants' Bates: 158-163);

15. Billerica Police Department Rap Sheet – Brian Kennedy (Defendants' Bates: 766-772, 773-779);

16. Billerica Police Department Rap Sheet – Brian Kennedy (Defendants' Bates: 763-764);

17. CORI – Brian Kennedy (Defendants' Bates: 164-173, 249-258, 270-279, 419-428, 515-524, 1254-1263, 1467-1476, 1539-1548, 1641-1650, 1651-1660);

18. Massachusetts Registry of Motor Vehicles Driver History – Brian Kennedy (Defendants' Bates: 25-27, 174-176, 1072-1074, 1303-1305, 1306-1308, 1412-1414, 1661-1663, 1664-1666, 1685-1687, 1688-1690);

19. Massachusetts Registry of Motor Vehicles Drivers History – Brian Kennedy (Defendants' Bates: 177, 1093, 1327, 1416);

20. Massachusetts Registry of Motor Vehicles Driver History – Brian Kennedy (Defendants' Bates: 799-806);

21. Billerica Police Department Citation Report – Brian Kennedy (Defendants' Bates 1-18, 178-195, 1075-1092, 1309-1326, 1392-1409, 1549-1566, 1667-1684);

22. Billerica Police Department Citation Report – Brian Kennedy (Defendants' Bates: 1415);

23. CJIS Web RMV License Details for Brian Kennedy (Defendants' Bates: 780);

24. Massachusetts Registry of Motor Vehicles Driver History – Michelle Kennedy (Defendants' Bates: 21-24, 122-125, 373-376, 1047-1050, 1298-1301, 1691-1694, 1695-1698, 1777-1780);

25. Massachusetts Registry of Motor Vehicles Driver History – Michelle Kennedy (Defendants' Bates: 781-787);

26. Massachusetts Registry of Motor Vehicles Drivers History – Michelle Kennedy (Defendants' Bates: 157, 1071, 1302, 1733, 1734);

27. CJIS Web RMV License Details for Michelle Kennedy (Defendants' Bates: 765);

28. Billerica Police Department Rap Sheet – Michelle Kennedy (Defendants' Bates: 111-115);

29. Billerica Police Department Rap Sheet – Michelle Kennedy (Defendants' Bates: 749-755, 756-762);

30. CORI – Michelle St. John (Defendants' Bates: 116-121, 243-248, 280-285, 391-396, 429-434, 509-514, 1381-1386, 1477-1482);

31. Billerica Police Department Citation Report – Michelle Kennedy (Defendants' Bates: 28-38, 126-136, 362-372, 1051-1061, 1287-1297);

32. Billerica Police Department Citation Report – Michelle Kennedy (Defendants' Bates: 612);

33. Billerica Police Department Citation Report – Michelle Kennedy (Defendants' Bates: 820-821);

34. Lahey Clinic Records – Michelle Kennedy (Defendants' Bates 5337-5354);

35. Lahey Clinic Records – Brian Kennedy (Defendants' Bates 5355-5481);

36. Massachusetts State Police Middlesex Narcotic Unit, November 16, 1992 (Defendants' Bates 5576-5590);

37. Rap Sheet – Michelle Kennedy (Defendants' Bates 5594-5597);

38. Massachusetts Registry of Motor Vehicles Driver Inquiry – Michelle Kennedy (Defendants' Bates 5620-5621);

39. Massachusetts Registry of Motor Vehicles Driver History – Michelle Kennedy (Defendants' Bates 5622-5624);

40. Rap Sheet – Brian Kennedy (Defendants' Bates 5625-5629);

41. Medical records of Michelle Kennedy;

42. Medical records of Brian Kennedy.

Further, depending upon any of the court's further pretrial rulings, the Defendants reserve the right to offer any of the documents as exhibits listed in their previous filings in this case. (Document #s 170, 207, 209).

4

Respectfully submitted,
The Defendants,
By their attorneys,


  /s/ Jeremy Silverfine
Jeremy Silverfine, BBO No. 542779
Leonard H. Kesten, BBO No. 542042
Karen W. Peters, BBO No. 658903
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Date: September 13, 2007