UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, <br> Individually and as mother and next friend of <br> BRIAN KENNEDY, JR., <br> MITCHELL KENNEDY AND DYLAN KENNEDY <br>         Plaintiffs <br> VS. <br><br> RICHARD NESTOR AND SCOTT PARKER <br>         Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR LIMITED DISCOVERY**

The Defendants in the above-referenced matter object to the Plaintiffs' Motion for Limited Discovery (Document 274).

In support thereof, the Defendants state as follows: The plaintiffs have not complied with the Federal Rules of Civil Procedure and Local Rule 16.1 in filing this motion. The plaintiffs have not conferred with counsel prior to filing their motion. Further, the defendants state that this case is presently scheduled for October 1, 2007. Completing additional discovery prior to that date is impossible given the scheduling difficulties inherent in such a short time frame.

The defendants would request that if this court should grant the plaintiffs' motion, that they be allowed to take appropriate additional deposition discovery as well, including that of the plaintiffs as it pertains to the remaining defendants. It would be unfair to allow the plaintiffs additional discovery without allowing the defendants to question the plaintiffs regarding these matters as well.

Wherefore, the defendants ask that this court deny the plaintiffs' Motion for Limited Discovery or, in the alternative, allow the defendants to take depositions of the plaintiffs regarding the matters to be tried.

        Respectfully submitted,
        DEFENDANTS,
        By their attorneys,


        /s/ Jeremy Silverfine
        Jeremy I. Silverfine, BBO No. 542779
        Leonard H. Kesten, BBO No. 542042
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: September 13, 2007