UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BRIAN KENNEDY AND MICHELLE KENNEDY,   \*
Individually and as father and next friend of   \*
BRIAN KENNEDY, JR., Individually and as mother   \*
next friend of BRIAN KENNEDY, JR..   \*
                                                  \*
            Plaintiffs   \*
                                                  \*
v.   \*   C. A. No. 04-CV-12357-PBS
                                                  \*
TOWN OF BILLERICA, et al   \*
                                                  \*
            Defendants   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO EXTEND TIME FOR PRE-TRIAL FILINGS

      Now come the plaintiffs and move this Honorable Court extend the time for pre-trial filing from September 13, 2007 until September 19, 2007. As reason, plaintiffs state that undersigned counsel was not available on September 13, 2007 (or the following day) due to observance of the Rosh Hashonah Jewish holy days and co-counsel, Fred Gilgun, was occupied with a family emregency as his wife was rushed to the hospital during the same time.

      As further reason, plaintiffs state that defendants have assented to this extension.

                                            Respectfully submitted,
                                            Brian Kennedy, et al
                                            by their counsel

Date: September 18, 2007                /s/ Andrew M. Fischer
                                            Andrew M. Fischer
                                            BB0# 167040
                                            JASON & FISCHER
                                            47 Winter Street
                                            Boston, MA 02108
                                            (617) 423-7904
                                            afischer@jasonandfischer.com

kennedy\moextptdisc2