.UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| | \* |
| Plaintiffs | \* |
| | \* |
| v. | \*   C. A. No. 04-CV-12357-PBS |
| | \* |
| TOWN OF BILLERICA, et al | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' PRETRIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(3)

The Plaintiffs submit the following disclosures pursuant to Fed.R.CiV.P. 26(a)(3):

**I.    Identification of Trial Witnesses**

    **A.    Witnesses Plaintiffs Expect to Present at Trial**

1. William Ashton, 1248 Gorham Street, Lowell, MA  01852

2. Tracy Heffernan, 54 Oak Street, Billerica, MA 01862.

3. Brian Kennedy, 1248 Gorham Street, Lowell, Massachusetts.

4. Brian Kennedy, Jr., 1248 Gorham Street, Lowell, Massachusetts.

5. Dylan Kennedy, 1248 Gorham Street, Lowell, Massachusetts.

6. Michelle Kennedy, 1248 Gorham Street, Lowell, Massachusetts.

7. Mitchell Kennedy, 1248 Gorham Street, Lowell, Massachusetts.

8. Kim MacKenzie, 43 Clover Hill Circle, Tyngsboro, MA. Tel. No. (978)-649-7975

9. Craig Pickering, 195 Central Hill Road, Wells, ME.

10. Dean Royston, 28 Bay Street, Lowell, MA 01854. Tel. No. (978)-621-6350

11. Joyce Tibbetts, 1475 Flamingo Drive, Englewood, FL. Tel. No. (941)460-9688

12. Kriss Swimm, Billerica, Mass.

13. Defendant Nestor

14. Defendant Parker

15. Defendant Rosa

16. Ltnt. Greenhalgh

17. Sergeant Cathleen Coneeny

**II.  Identification of Trial Exhibits**

   A.  Documents and Exhibits Plaintiffs Expect to Offer

| No. | Bates No. (Defendant =D Plaintiff = P) | Description |
|---|---|---|
| 1 |  | Presentment Letter dated February 20, 2002 |
| 2 | D3539 - 4144 | Municipal Police Institute, Inc. – Police Manual, Policies & Procedures |
| 3 | D4145 – 4539 | Billerica Police Department – Policy and Procedure |
| 4 |  | Photographs of Michelle Kennedy |
| 5 |  | Photographs of Brian Kennedy, Jr, Mitchell Kennedy and Dylan Kennedy |
| 6 | P124 | 5 photographs of Brian Kennedy's pick-up truck |
| 7 | D901 | BPD Incident Report, dated 8/3/92, Case No. 22599 (two versions) |

| 8 | D286 – 289 | BPD Witness Statement dated 11/29/91 – Tracey L. Heffernan |
| --- | --- | --- |
| 9 | D1008 – 1011 | BPD Incident Report, dated 12/19/91, Case No. 26333 |
| 10 | D1013-1014 | BPD Police Report of Detective Richard Howe regarding telephone interview of David Lumbert |
| 11 | D635-638 | BPD Incident Report dated 5/2/93 regarding Case No. 48579 |
| 12 | D1178 | BPD Incident Report dated 6/5/93 regarding Case No. 49057 |
| 13 | D1216 | BPD Incident Report dated 9/5/93 regarding Case No. 53993 |
| 14 | D1222 | BPD Incident Report dated 9/6/93 regarding Case No. 54034 |
| 15 | | Not guilty finding Case Nos. 49057 |
| 16 | | Not guilty finding Case Nos. 53993 |
| 17 | | Not guilty finding Case No. 54034 |
| 18 | D606 – 607 | BPD Incident Report dated 4/3/02 regarding case no. 211389 |

| 19 | D608 | Report of Lt. Tom Greenlagh to Chief Daniel C. Rosa dated October 27, 2003 |
| --- | --- | --- |
| 20 |  | Sketch drawings relating Dean Royston |
| 21 |  | Reprimand letter from Chief Rosa to Dean Royston dated 1/3/02 |
| 22 | P118 | Directive from Chief Rosa dated 4/23/02 regarding contact with the Kennedy Family |
| 23 | P113 | 4/18/02 document |
| 24 | P114 | Memo from Royston to Rosa 4/18/02 |
| 25 | P117 | Disciplinary letter from Rosa to Royston dated 4/25/02 |
| 26 | D899 | Tewksbury Fire Dept. Fire Incident Report dated 9/23/91 |
| 27 | D290-292 | BPD Witness Statement dated 11/30/91 – Craig Pickering |
| 28 | D1148 | BPD Daily Log for 5/22/93 |
| 29 | D4825-4829 | Personnel file Parker |
| 30 | D5026-5042 | Personnel file Nestor |
| 31 | D609 – 610 | BPD Incident Report dated 4/18/02 relating to case no. 212390 |
| 32 | D5904 | Booking report dated June 8, 1993 |
| 33 |  | Audiocasette of telephone conversation between Michelle Kennedy and Frank MacKenzie |

| 34 | | Daily Log, June 8, 1993 |
| 35 | | warrant for June, 1993 arrest of Michelle Kennedy in connection with case #49171 |
| 36 | | Application for warrant in connection with case #49171 |
| 37 | | Affidavit in support of Application for warrant in connection with case #49171 |
| 34 | | Audiocasette purportedly of telephone conversation between Michelle Kennedy and Frank MacKenzie |

<u>Plaintiffs reserve the right to offer additional evidence, depending upon further rulings of the Court</u>

                                  RESPECTFULLY SUBMITTED,
                                  Brian Kennedy and Michelle Kennedy
                                  By Their Attorneys,

Date: <u>September 18, 2007</u>          /s/ Andrew M. Fischer
                                  Andrew M. Fischer
                                  BB0# 167040
                                  JASON & FISCHER
                                  47 Winter Street
                                  Boston, MA 02108
                                  (617) 423-7904
                                  afischer@jasonandfischer.com

Date: <u>September 18, 2007</u>          /s/ Frederick V. Gilgun, Jr.
                                  Frederick V. Gilgun, Jr., Esquire
                                  Nicholson, Sreter & Gilgun, P.C.
                                  33 Bedford Street, Suite 4
                                  Lexington, MA 02420
                                  Tel No.: (617) 861-9160
                                  Fax No.: (617) 861-7875
                                  BBO #551477
                                  fred.nsgpc@rcn.com

kennedy/prtrdsc2