UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
BRIAN KENNEDY, et al                     *
                                         *
          Plaintiffs                     *
                                         *
v.                                       *      C. A. No. 04-CV-12357-PBS
                                         *
TOWN OF BILLERICA, et al                 *
                                         *
          Defendants                     *
*********************************************
```

# VERDICT FORM

**A. Defendant Scott Parker**

    1. Did defendant Scott Parker assault and batter plaintiff Michelle Kennedy?

        Yes____                                    No____

    2. If your answer to question number 1 was yes, then what is the amount of Michelle Kennedy's damages, in dollars?

    $_____(in numbers)

    _____dollars (in words)

    3. Did defendant Scott Parker intentionally inflict emotional distress against Michelle Kennedy?

        Yes____                                    No____

    4. If your answer to question 3 was yes, then what is the amount of the plaintiff's damages, in dollars?

    $_____(in numbers)

    _____dollars (in words)

     5. Did defendant Scott Parker violate the Federal Constitutional Rights of Michelle Kennedy?

            Yes____                                 No____

     6. If your answer to question 5 was yes, then what is the amount of the Michelle Kennedy's damages, in dollars?

     $_____(in numbers)

     _____dollars (in words)

     7. Was defendant Scott Parker a member of a conspiracy to violate the plaintiff's Federal Civil Rights?

            Yes____                                 No____

     8. If your answer to question 7 was yes, then what is the amount of the plaintiff's damages, in dollars?

     $_____(in numbers)

     _____dollars (in words)

     9. Did defendant Scott Parker violate Michelle Kennedy's rights using threats, intimidation or coercion?

            Yes____                                 No____

     10. If your answer to question 9 was yes, then what is the amount of the plaintiff's damages, in dollars?

     $_____(in numbers)

     _____dollars (in words)

**B. Defendant Richard Nestor**

11. Did defendant Richard Nestor intentionally inflict emotional distress against Brian Kennedy, Jr.?

        Yes____                                No____

12. If your answer to question 11 was yes, then what is the amount of the plaintiff's damages, in dollars?

Brian Kennedy, Jr.       $_____(in numbers)

_____dollars (in words)

13. Did defendant Richard Nestor cause Brian Kennedy, Jr. to suffer a loss of consortium?

        Yes____                                No____

14. If your answer to question number 13 was yes, then what is the amount of the plaintiff's damages, in dollars?

$_____(in numbers)

_____dollars (in words)

**C. <u>Punitive Damages</u>**

15  Was defendant Scott Parker's conduct intentional, willful, wanton or malicious?

        Yes____                              No____

16. If you answered yes to question 15, then what amount do you award plaintiff Michelle Kennedy in punitive damages?

$_____(in numbers)

_____dollars (in words)

17. Was defendant Richard Nestor's conduct intentional, willful, wanton or malicious?

        Yes____                              No____

18. If you answered yes to question 17, then what amount do you award plaintiff Brian Kennedy, Jr. in punitive damages?

$_____(in numbers)

_____dollars (in words)

Plaintiffs by counsel,

Date: <u>September 19, 2007</u>                      <u>/s/ Andrew M. Fischer</u>
                                                                               Andrew M. Fischer
                                                                               JASON & FISCHER
                                                                               47 Winter Street
                                                                               Boston, MA 02108
                                                                               (617) 423-7904
                                                                               BB0# 167040
                                                                               afischer@jasonandfischer.com

kennedy\Second Trial\verdictform.wpd