UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al * | |
| Plaintiffs * | |
| v.                                   * | Civil Action no. 04-12357 - PBS |
| TOWN OF BILLERICA, et al * | |
| Defendants * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION IN LIMINE TO EXCLUDE CERTAIN MEDICAL RECORDS

Now come the plaintiffs and move this Honorable Court exclude from evidence any and all medical records or other documents referencing methadone treatment or to plaintiff Michelle Kennedy being assaulted by Nigel Griffith.

As reason, any reference to methadone treatment is highly prejudicial and not probative to any issue remaining for trial, as the plaintiffs' treatment for methadone did not begin until well after either of the incidents that remain to be tried.

Similarly, reference to Michelle Kennedy's involvement with and beating by Nigel Griffith, which occurred long after she was assaulted by defendant Parker, are highly prejudicial and of no probative value, serving, like the evidence of methadone treatment, to smear plaintiff Michelle Kennedy while offering absolutely nothing of probative value to the Jury.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: September 19, 2007

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy/moexcludemedrecords