UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al * | |
| * | |
| Plaintiffs * | |
| * | |
| v. * | Civil Action no. 04-12357 - PBS |
| * | |
| TOWN OF BILLERICA, et al * | |
| * | |
| Defendants * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION IN LIMINE TO EXCLUDE REFERENCES TO THE PLAINTIFFS AS "DRUG DEALERS" OR "DRUG ADDICTS" AND THE LIKE OR REFERENCE TO THE PLAINTIFFS' METHADONE TREATMENT**

Now come the plaintiffs and move this Honorable Court exclude from evidence the 1988 conviction of plaintiff Brian Kennedy for cocaine possession, any police reports or other documents that contain references to claims that the plaintiffs are or were involved in illegal drug dealing or any other drug activity or drug rehabilitation and, specifically, to make any reference to the plaintiffs as drug dealers, drug users or the like.

As reason, plaintiffs state that the conviction, dated April 19, 1988, is nineteen (19) years old; the investigation into the plaintiffs' alleged drug dealing occurred years before the two incidents that remain to be tried; the two incidents that remain to be tried have nothing to do with drugs; and the so called "investigation" in 1991 never led to any arrest or drug charges against the plaintiffs.  Thus the allegations that the plaintiffs were "drug dealers" are hugely prejudicial and of absolutely no probative value to the two incidents that remain to be tried and thus would serve no legitimate evidentiary purpose but would smear the plaintiffs before the Jury.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: September 19, 2007

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy/moexcludedrugdlg2