UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., MITCHELL KENNEDY AND DYLAN KENNEDY, <br>                                  Plaintiffs <br><br> VS. <br><br> RICHARD NESTOR AND SCOTT PARKER <br>                                  Defendants | ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' MOTION IN LIMINE TO LIMIT DEAN ROYSTON TO TESTIFYING TO HIS PRECIPIENT TESTIMONY**

The Defendants, RICHARD NESTOR AND SCOTT PARKER hereby ask that this Court limit witness Dean Royston to testifying to the event that occurred on March 31, 2002. In support thereof, the defendants state as follows:

Dean Royston is a former Billerica Police officer. It is anticipated that the plaintiffs will call Royston to testify about his observations of an incident between Officer Scott Parker and Michelle Kennedy on March 31, 2002. This is one of the two remaining incidents for which the court has stated the plaintiffs may move forward to trial. Royston has already testified in the first trial and should be allowed to testify as to his observations of the incident.

The plaintiffs have indicated that they will attempt to elicit testimony from Royston about his own personnel issues, which arose after March 31, 2002. As the Court may remember, Royston was subsequently terminated from his employment for drug use.

In this trial, the only issue before the jury as to Officer Parker is whether he assaulted and battered Michelle Kennedy on March 31, 2002. This is not a trial as to

why Royston was later terminated.  Accordingly, testimony about subsequent actions taken regarding Royston is wholly irrelevant.

    Wherefore, the defendants ask that this Court to limit the testimony of Dean Royston to the event at trial – ie. the March 31, 2002 incident.

        Respectfully Submitted,
        Defendants,
        By Their Attorneys,

        _/s/ Leonard H. Kesten_
        Leonard H. Kesten, BBO# 542042
        Jeremy Silverfine, BBO# 542779
        BRODY, HARDOON, PERKINS & KESTEN
        One Exeter Plaza, 12th Floor
        Boston, MA 02116
        (617) 880-7100

Dated:  September 25, 2007