✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

| BRIAN KENNEDY, ET AL | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| RICHARD NESTOR AND SCOTT PARKER | Case Number: 04-CV-12357-PBS |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Andrew Fischer, Fred Gilgun | Leonard Kesten, Jeremy Silverfine |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/26/07 | Lee Marzilli | Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 9/26/07 | | X | Application for Complaint |
| | B | 9/26/07 | | X | Complaint |
| | C | 9/26/07 | | X | Police Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages