AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

| | |
|---|---|
| BRIAN KENNEDY, ET AL<br>V.<br>RICHARD NESTOR AND SCOTT PARKER | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 04-CV-12357-PBS |

| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>Andrew Fischer, Fred Gilgun | DEFENDANT'S ATTORNEY<br>Leonard Kesten, Jeremy Silverfine |
|---|---|---|
| TRIAL DATE (S)<br>9/26/07 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 9/26/07 | | | Richard Nestor |
| | 2 | 9/26/07 | | | Scott Parker |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages