UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | * |
| | * |
| Plaintiffs | * |
| | * |
| v. | *  Civil Action no. 04-12357 - PBS |
| | * |
| TOWN OF BILLERICA, et al | * |
| | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SUPPLEMENTAL REQUESTED JURY INSTRUCTION**

**I.  First Amendment Protections of Public Employees**

While the First Amendment protects speech and expression, those protections are not unlimited.

Public servants, including police officers, do not have the same First Amendment protections as other citizens when those views are expressed pursuant to an employment responsibility.  Thus, when Officer Parker is in uniform and carrying out his duties as a police officer, his speech is "deprived of First Amendment Protection whenever [his] views are expressed . . . pursuant to an employment responsibility," because the words he speaks as a police officer are on behalf of the government and not "as a citizen upon matters of public concern."  _Garcetti v. Ceballos_, 126 S.Ct. 1951, 1958-1959 (2006)  When he is wearing his uniform, a police officer surrenders the full panoply of rights under the First Amendment that are available to civilians.

Defendant Parker does not have the right to engage freely in debate, the same as any other citizen, such as Michelle Kennedy did.  Nor does defendant Parker have the right to swear at Michelle Kennedy, even if she was swearing at him.

On the other hand, Michelle Kennedy speech was fully protected by the First Amendment and she had the right to express her opinions, even in the form of vulgar language, as protected by the First Amendment, in a manner not available to defendant Parker while he is wearing his uniform.

Billerica police department rules and regulations place limits on defendant Parker's speech.

Regulation §19-6 requires that officers in defendant Parker's position "be patient and tactful, be respectful and control their personal feelings." Regulation § 18-13(h) requires that defendant Parker "not permit [his] personal feelings about the suspect or the crime committed to affect [his] professional attitude and performance" and Regulation § 18-14 (q) requires that defendant Parker "never loose [his] patience or [his] perseverance."

You may consider these Billerica Police Department Rules and Regulations and the requirements they impose upon defendant Parker, whether defendant Parker was acting with the demeanor appropriate to a police officer and in conformance with his department's rules and the accepted behavior of police officers in general when considering whether defendant Parker intentionally inflicted emotional distress upon Michelle Kennedy.

Billerica Police Department Rules and Regulations §19-6, § 18-13(h) and § 18-14 (q)

_Garcetti v. Ceballos_, 126 S.Ct. 1951 (2006)

## II.  Duties of Police Officers

A police officer exchanges some of his rights for the ability to carry a gun, wear the uniform and carry the badge that allows him to stop civilians, search civilians and make arrests. A police officer surrenders some of his first amendment rights to the extent that these rights interfere with his responsibilities as a police officer.  *Garcetti v. Ceballos*, 126 S.Ct. 1951, 1959 (2006).  Police officers cannot voice their opinions while wearing their uniform, and the First Amendment does not protect an officer's statements, if made pursuant to his employment responsibilities.

Police officers have a duty to "be patient and tactful, be respectful and control their personal feelings."  Police officers do not have the same right to engage in first amendment debates, including the right to use profanity, while they are on-duty as do other citizens.

Police officers have an obligation to protect citizens from bullying and not to use their badge to bully citizens.  With the power to arrest, wear a uniform and use force comes responsibility.  Police officers have the responsibility have a ticker skin than is required of other citizens, to "be patient and tactful, be respectful and control their personal feelings" when dealing with citizens.


*Garcetti v. Ceballos*, 126 S.Ct. 1951 (2006)

Billerica Police Policy and Procedure Manual, §19-6

Respectfully submitted,

Date: <u>September 26, 2007</u>

<u>/s/Andrew M. Fischer</u>
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

kennedy\second trial\suppjuryinst01.wpd

-4-