UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., <br>                               Plaintiffs | ) ) ) ) ) ) |
| VS. | ) ) |
| TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, <br>                               Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' MOTION FOR RECONSIDERATION OF THE DENIAL OF SUMMARY JUDGMENT AS TO DEFENDANT RICHARD NESTOR**

The Defendants hereby request that this Honorable Court reconsider its denial of Defendants' Motion for Summary Judgment as to Defendant Richard Nestor. As grounds, they state this Court denied summary judgment as to Officer Nestor because the Court understood that he had arrested Michelle Kennedy in front of her five year old child, Bryan Kennedy, Jr.  As it is now clear that Officer Nestor did not arrest Ms. Kennedy and, in fact, did not even apply for a warrant for her arrest, the Defendants respectfully request that this

1

Honorable Court reconsider its denial of Defendants' Motion for Summary Judgment as to Defendant, Richard Nestor, and enter Judgment for Officer Richard Nestor and against the plaintiffs.

The Defendants submit a Memorandum of Law herewith in support of this Motion.

> Respectfully submitted,
> DEFENDANTS,
> By their attorneys,
>
> /s/ Leonard H. Kesten
> Leonard H. Kesten, BBO No. 542042
> Jeremy I. Silverfine, BBO No. 542779
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116
> 617- 880-7100

Dated:  September 26, 2007