UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************************
BRIAN KENNEDY, et al                   *
                                       *
           Plaintiffs                  *
                                       *
v.                                     *   Civil Action no. 04-12357 - PBS
                                       *
TOWN OF BILLERICA, et al               *
                                       *
           Defendants                  *
*******************************************

**PLAINTIFFS' OFFER OF PROOF
AS TO THE TESTIMONY OF MICHELLE KENNEDY
AND REQUEST FOR HEARING ON FRIDAY, SEPTEMBER 28, 2007**

In an effort to assist the Court in ruling on motions in limine and defining the scope of admissible evidence before the commencement of the trial in this matter, the Plaintiffs hereby respectfully submit the following as to the testimony they intend to offer from the Plaintiff, Michelle Kennedy concerning her and her family's dealings with the Billerica Police Department in the years preceding the March, 2002 incident with defendant Parker.

Ms. Kennedy will testify that leading up to March, 2002, the Billerica Police Department had been harassing her, her husband and her children for years. The harassment began in 1991 after she refused the sexual advances of Billerica Police Officer Frank MacKenzie and then told Officer MacKenzie's wife of his obsession with Ms. Kennedy. Since that time members of the Billerica Police Department regularly harassed Ms. Kennedy and her family and despite Ms. Kennedy's repeated efforts to notify various chiefs of the Billerica Police Department of the harassment ,nothing was done to discipline any of the officers.

Up until March, 2002, the Billerica Police Department charged Ms. Kennedy at least nine times. Seven of these times were for crimes that she never committed and for which she was ultimately acquitted of all of the charges. Ms. Kennedy will explain why she pled guilty to the other two charges.

In addition, and especially with respect to the claim against Defendant Nestor, for the purpose of providing further context for the incident that took place on June 5, 1993, Ms. Kennedy will testify that on May 21, 1993, she and her husband were leaving Mr. Tipps in Billerica when they were confronted by Officer MacKenzie, who was off duty at the time and with several other off duty Billerica police officers. The Kennedys felt threatened by the officers and had Lynn Tierney, a waitress at Mr. Tipps, escort them to their vehicle. As they were walking to their car, Officer MacKenzie challenged Mr. Kennedy to fight him and the other officers. When Mr. Kennedy didn't respond, Officer MacKenzie spat in his face.

Eleven days later on June 1, 1993, defendant Nestor arrested Brian Kennedy for Operating a Motor Vehicle after License Suspension.

Defendant Nestor continued his harassment of Ms. Kennedy and her family when he and Officer Roche arrested Ms. Kennedy in the afternoon or evening of September 5, and charged her with Operating a Motor Vehicle Without a License. Ms. Kennedy explained that she a valid license to operate her vehicle at that time since her license was only suspended between the hours of 10:00 PM and 10:00 AM. Nevertheless, defendant Nestor and Officer Roche ignored this information and arrested Ms. Kennedy.

The next day Ms. Kennedy was visiting her friend, Casey Heffernan, when defendant Nestor and Officer Roche knocked on Mr. Heffernan's door and claimed they were looking for Michelle Kennedy. When Mr. Heffernan refused to open the door the officers threatened him. Nevertheless Mr. Heffernan refused to open the door and the officers left. Subsequently Ms. Kennedy received a citation in the mail from Officer Roche charging her with operating a motor vehicle without a license. Ultimately Ms. Kennedy was acquitted of all charges arising from these two incidents.

In October, 1993, shortly after Ms. Kennedy was found not guilty of assaulting Defendant Nestor, Ms. Kennedy was picking up her son, Brian, from karate when she noticed Defendant Nestor sitting in a police cruiser outside the building where her son's class was being held. Defendant Nestor followed Ms. Kennedy and her son from the karate studio all the way to her home. Later that evening, Defendant Nestor, with Officer MacKenzie, followed Ms. Kennedy to a MacDonalds in Billerica where they tried to intimidate her by shining their lights in her car and driving next to her while she went through the drive-thru.

PLAINTIFFS REQUEST A HEARING ON THIS OFFER OF PROOF ON THE MORNING OF FRIDAY, SEPTEMBER 28, 2007 IN ORDER TO EXPEDITE TRIAL, AS RESOLUTION OF WHAT ELEMENTS OF THIS OFFER THE COURT WILL ALLOW OR EXCLUDE IN A BRIEF HEARING FRIDAY MORNING WILL PREVENT THE UNDESIRABLE ALTERNATIVES OF LENGTHY SIDEBARS OR ERRONEOUS DISCLOSURE OF EXCLUDED TESTIMONY TO THE JURY.

                                                    Respectfully submitted,
                                                    Brian Kennedy, et al
                                                    by their counsel

Date: September 27, 2007                    /s/ Andrew M. Fischer
                                                    Andrew M. Fischer
                                                    BB0# 167040
                                                    JASON & FISCHER
                                                    47 Winter Street
                                                    Boston, MA 02108
                                                    (617) 423-7904
                                                    afischer@jasonandfischer.com