UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**********************************************
BRIAN KENNEDY, et al           *
                                    *
         Plaintiffs          *
                                    *
v.                                    *    C. A. No. 04-CV-12357-PBS
                                    *
TOWN OF BILLERICA, et al    *
                                    *
         Defendants         *
**********************************************

**PLAINTIFFS' SUPPLEMENTAL
PRETRIAL DISCLOSURES PURSUANT
TO FED.R.CIV.P. 26(a)(3)**

     The Plaintiffs supplement their prior pre-trial disclosures by making the following additional disclosures pursuant to Fed.R.CiV.P. 26(a)(3):

**I.     Identification of Trial Witnesses**

     **A.     Witnesses Plaintiffs Expect to Present at Trial**

In addition to possible witnesses previously disclosed, plaintiffs expect to call

     1.     Thomas Connors, whom the defendants agree to produce in lieu of subpoena, both at Mr. Connors deposition and in open Court by representation of counsel on September 26, 2007.

**II.     Identification of Trial Exhibits**

     **A.     Documents and Exhibits Plaintiffs Expect to Offer**

     In addition to documents already identified, plaintiffs may offer the following exhibits:

| No. | Bates No. (Defendant =D Plaintiff = P) | Description |
|---|---|---|
| 36 | D1008-1011 | Billerica Police Incident Report re:  Concord Shores |
| 37 | D943 | Mass. Fire Incident Report re: truck firebombing |
| 38 | D975 | Billerica Police Incident Report re:   Truck firebombing, |
| 39 | | Billerica Police Incident Report re:   Truck firebombing version 2 |
| 40 | D1156-1158 | Billerica Police Incident Report re:  Mr. Tipps |

Plaintiffs reserve the right to offer additional evidence, depending upon further rulings of the Court

RESPECTFULLY SUBMITTED,
Brian Kennedy and Michelle Kennedy
By Their Attorneys,

Date: September 27, 2007

/s/ Andrew M. Fischer
 Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

Date: September 27, 2007

/s/ Frederick V. Gilgun, Jr.
Frederick V. Gilgun, Jr., Esquire
Nicholson, Sreter & Gilgun, P.C.
33 Bedford Street, Suite 4
Lexington, MA 02420
Tel No.:  (617) 861-9160
Fax No.: (617) 861-7875
BBO #551477
fred.nsgpc@rcn.com

kennedy/prtrdsc2