```
                    POLICE OFFICER'S FORMAL REPORT        05/06/02 07:37
                    BILLERICA POLICE DEPARTMENT                    PAGE:
                                                          TTYVBC01-25
 Case#:   26333

 rpt date: 12/19/91 01:42            reported: THURSDAY   12/19/91 00:26
      ucr: 143  DISTURBANCE--BAR/LOUNGE

 location: 293 BOSTON RD
    follow up by: None needed               case status: OPEN
         officer:                            rpt status: Preliminary
                                         review officer:
 comp/vict notify: No                sup review officer:
 cir/involve type:
 _____

 complaint: MANAGER REQUEST CARS
 _____
 reporting officer:  48 P LORANGER         assignment: A    car:
    second officer:                         sup/back-up:
 _____

                          *** NAMES ***
                                            phone       dob        ss#
    type    mast#  name/add                 =====       ===        ===
 ========  ======  ================================================
  WITNESS  006284  LUMBERT,DAVID           657-5008  12/20/61  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
                   13 FITZ RD   TEWKSBURY MA

  WITNESS  012320  GALLINARO,THOMAS W      670-0087  05/21/65  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
                   204 ANDOVER RD   BILLERICA MA 02118

  WITNESS  015594  GRANGER,DEBRA           670-5806  09/10/55  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
                   371 BOSTON RD   BILLERICA MA 01821

 INVOLVED  003982  KENNEDY,BRIAN G         663-8789  09/20/66  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
                   162 LEICESTER ST   BILLERICA MA 01876

 INVOLVED  020856  PARENT,PAUL J           452-5192  05/22/62  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
                   10 ANGLE ST   LOWELL MA
 _____

                        *** NARRATIVE ***
     AT APPROXIMATELY 0015 HOURS, WHILE ON DETAIL AT THE CONCORD
 SHORES, AN ALTERCATION BROKE OUT BY BAR AREA.  AT THIS TIME I
 PROCEEDED TO SEPARATE THE TWO SUBJECTS.  I ESCORTED ONE SUBJECT
 OUTSIDE AND WENT BACK AND ASKED THE OTHER SUBJECT TO LEAVE THE
 LOUNGE.  BOTH SUBJECTS WERE KNOWN TO BE PAUL PARENT AND BRIAN
 KENNEDY.  BOTH SUBJECTS APPEARED TO HAVE NO VISIBLE INJURIES
 MR. KENNEDY LEFT THE SCENE WITH A ONE DAVID ALLGIER.  MR. PARENT
 WAS ASKED TO SIT IN A POLICE CRUISER UNTIL THE SITUATION WAS
 SETTLED DOWN.  AT THIS TIME A FRIEND OF MR PARENTS STATED THAT HE
 WOULD TAKE HIM HOME. NEITHER PARTY WAS INTOXICATED AND I DID NOT
 OBSERVE EITHER PARTY STIKE ONE ANOTHER AND FELT THAT BOTH PARTIES
 LEAVING THE SCENE AT SEPERATE TIMES WAS THE PROPER SOLUTION TO
 THE PROBLEM.
     ON 12/21/91 AT 11:30 AM DAVID LUMBERT CAME TO THE POLICE
 STATION TO GIVE A STATEMENT TO DEPTY LEE AND MYSELF.
```

1008

```
                    POLICE OFFICER'S FORMAL REPORT         05/06/02 07:37
                    BILLERICA POLICE DEPARTMENT                     PAGE:  2
                                                           TTYVBC01-25
Case#:   26333
```

*** NARRATIVE ***

DAVID TELLS US THAT ON 12/19/91 AT 12:29 AM HE WAS WORKING THE SERVICE BAR AT THE CONCORD SHORES. HE STATES THAT A MALE, LATER I.D. AS PAUL PARENT WAS STANDING DOWN AT THE END OF THE BAR, FROM THIS POSITION HE CHARGED AT BRIAN KENNEDY AND TACKLED HIM FROM THE BACK. THEY BOTH WENT DOWN ON THE FLOOR WITH PARANT ON TOP PUNCHING. WITH THIS MR. LUMBERT CAME AROUND FROM INBACK OF THE BAR AND SEPARETED THEM. OFFICER LORANGER WHO WAS WORKING THE DETAIL CAME FROM THE OTHER SIDE OF THE LOUNGE AND TOOK PARENT OUTSIDE OF THE BUILDING. BRIAN THEN WENT TO THE REAR OF THE LOUNGE, WERE THE POOL TABLES ARE. WHEN OFFICER LORANGER CAME BACK HE WENT OUT BACK AND ASKED MR. KENNEDY TO LEAVE ALSO.

MR. LUMBERT SAID THAT WHEN HE SEPARATED THE 2 NEITHER ONE HAD ANY VISUAL INJURIES. I ASKED IF HE SAW ANYTHING THAT MAY HAVE PROVOKED THIS INCIDENT AND HE SAID NO, THERE WAS NO EXCHANGE BETWEEN EITHER. HE SAID THE MR. KENNEDY WAS AT THE LOUNGE FOR 1 - 2 HOURS AND WAS JUST DRINKING GINGER ALE AND PLAYING POOL. I ASKED HIM HOW LONG PARENT WAS THERE HE SAID ABOUT HALF AND HOUR AND THAT HE WAS STANDING NEAR THE SECOND WINDOW ON THE WALL AND WAS TALKING TO YOUNG DALE CRANDEL.

I WENT OVER THE FACTS THAT WERE TOLD TO US AND MR LUMBERT AGREED THAT THIS WAS ALL HE SAW AND ALL HE HEARD.

ON 12/21/91 AT APPROX NOON TIME DEBRA GRANGER CAME TO THE POLICE STATION TO GIVE A STATEMENT TO DEPTY LEE. DEBRA IS A WAITRESS AT THE CONCORD SHORES AND WAS ON DUTY THE NIGHT OF THE ASSUALT. DEBRA STATES THAT AROUND MIDNIGHT SHE WAS STANDING BY THE LADIES ROOM WITH HER TRAY AND THE FIRST THING SHE SAW WAS THIS MAN ONTOP OF BRIAN KENNEDY, THEY STAGGERED AROUND AND THEN FELL ONTOP OF SOME TABLES. WHEN THEY LANDED THE UNKNOWN MAN WAS ON TOP OF BRIAN. SHE THEN TELLS US THAT THE SERVICE BARTENDER A DAVID LUMBERT CAME FROM BEHIND HIS BAR AND ATTEMPTED TO SEPARATE THE 2 MEN, WHILE DOING THIS SHE SAW DAVID GET BITTEN ON HIS HAND. SHE SAID THAT SHE FELT THAT IT TOOK THE DETAIL OFFICER, OFFICER LORANGER, A LITTLE MORE TIME THEN WAS NECESSARY TO COME TO BRIANS AID. BY THIS SHE SAID THAT THE FIGHT WAS ALREADY OVER AND BOTH PARTIES WERE SEPARATED BY THE TIME HE SHOWED UP. SHE SAID THAT PRIOR TO THE KID JUMPING MR. KENNEDY HE WAS STANDING WITH FRANK MAC KENZIE, STEVE ELMORE AND 2-3 OTHER MEN. SHE SAID THAT BOTH OFFICERS ALTHOUGH NOT ON DUTY DID NOT ATTEMPT TO COME TO ANYONES AID. I ASKED HER HOW LONG MR. KENNEDY WAS AT THE LOUNGE AND IF HE WAS DRINKING TO THIS SHE SAID HE WAS THERE FOR 2 HOURS AND SHE HAD SERVED HIM ONLY GINGER ALE. THE OTHER MAN, PAUL PARENT HAD BEEN DRINKING BEER AND SHE BELIEVES HE WAS THERE SINCE 10:30 PM OR SO. DEBRA SAID THAT SHE HAD BEEN TOLD BY JOYCE ST JOHN THAT SHE SHOULD TELL BRIAN TO LEAVE THE LOUNGE BECAUSE THERE WAS TROUBLE IN THE AIR AND THIS WAS ABOUT 45 MINUTES BEFORE THE FIGHT.

ON 12/22/91 AT 3:30 PM BRIAN KENNEDY CAME TO THE STATION TO GIVE ME A STATEMENT AS TO WHAT HAPPENED ON 12/19/91 AT THE CONCORD

1009

```
                    POLICE OFFICER'S FORMAL REPORT        05/06/02 07:37
                    BILLERICA POLICE DEPARTMENT                    PAGE:  3
Case#:   26333                                            TTYVBC01-25
```

*** NARRATIVE ***

SHORES LOUNGE. BRIAN STATES THAT HE GOT TO THE LOUNGE AT APPROX 9 PM AND WAS OUT IN THE BACK SECTION PLAYING POOL. AT ABOUT 10:30 TO 11:00 PM HE WENT INTO THE BATHROOM AND A MAN I DIDN'T KNOW CAME UP TO ME AND SAID " YOU GOT A PROBLEM WITH MAC KENZIE IF YOU DON'T STOP YOU'LL HAVE A PROBLEM WITH ME. I'LL BEAT YOUR HEAD IN " I LEFT THE BATHROOM AND WALKED BY MAC KENZIE AND ELMORE AROUND MIDNIGHT I WAS STANDING IN FRONT OF THE SERVICE BAR AND MAC KENZIE, ELMORE PARENT AND 2-3 OTHERS WERE STANDING BY THE DOOR. I HAD MY BACK TO THEM AND PARENT CHARGED AT ME AND PUNCHED ME IN THE SIDE OF THE HEAD, WE FELL TO THE FLOOR AND THE FIGHT WAS BROKEN UP. I BELIEVE THAT DAVE LUMBERT AND STEVE GALINARD WERE THE ONES TO BREAK UP THE FIGHT. PARENT LEFT THE LOUNGE AND ABOUT 2 MINUTES LATER OFFICER LORANGER, WHO WAS WORKING THE DETAIL THERE CAME OVER AND TOLD ME THAT I HAD TO LEAVE. ON THE WAY OUT SIDE MAC KENZIE ASKED ME IF I WANTED TO GO OUTSIDE SIDE WITH HIM. I TOLD HIM THAT I WOULDN'T FIGHT WITH HIM. I WAITED TILL MAC KENZIE, ELMORE AND THE OTHER 2 MEN LEFT AND I WENT OUTSIDE AND GOT INTO MY TRUCK AND WENT HOME.

   THE THREATS MADE TO ME IN THE BATHROOM WERE OVER HEARD BY TEDDY GALINARO, HE WAS INSIDE OF ONE OF THE STALLS WHEN PARENT THREATEN ME. I WILL HAVE TEDDY COME TO THE STATION TO GIVE A WRITTEN STATEMENT TO THIS.
   IT WAS DECIDED THAT BRIAN WOULD CONTACT ME ON MONDAY AFTERNOON HE SAID AROUND 1-2PM AND I WOULD GO WITH HIM TO LOWELL DISTRICT COURT AND HE WOULD SEEK A COMPLAINT FOR A&B AGAINST PAUL PARENT.
   MONDAY CAME AND WENT AND MR. KENNEDY NEVER CAME OR CALLED THE POLICE STATION.
       AT APPROXIMATELY 1845 HOURS PAUL PARENT CAME TO THE STATION AND GAVE THE FOLLOWING STATEMENT (12-26-91). AT THIS TIME MR. PARENT DOES NOT WISH TO MAKE A STATEMENT UNTIL HE CONVERSES WITH AN ATTORNEY.

   ON 12/27/91 I WAS AGAIN CONTACTED BY MR. KENNEDY HE TOLD ME THAT HE WAS SORRY FOR NOT COMING IN TO SEE ON MONDAY BUT HE WAS TRING TO GET MR. GALINARD TO COME IN TO GIVE A STATEMENT. HE ASKED ME IF I WOULD BE IN THIS WEEK END AND TOLD ME THAT HE WOULD BE IN WITH GALINARD THEN. OVER THE WEEKEND HE NEVER CAME IN.

   ON 12/30/91 I WAS CALLED BY BRIAN KENNEDY AND HE TOLD ME THAT TEDDY GALLINARO WOULD BE IN TO SEE ME THIS MORNING TO GIVE ME A STATEMENT AS TO WHAT HE HAD HEARD IN THE BATHROOM AT THE CONCORD SHORES THE NIGHT THAT HE WAS ASSUALTED BY PAUL PARENT.

   ON 12/30/91 AT APPROX 10:30 AM A THOMAS GALLINARO CAME TO THE STATION AND GAVE ME THE FOLLOWING STATEMENT.
   HE STATES THAT HE WAS IN THE BATHROOM ABOUT 10:30 PM AND WAS INSIDE OF ONE OF THE STALLS. HE STATES THAT HE HEARD A MALE VOICE TALKING TO BRIAN KENNEDY WHO WAS ALSO INSIDE THE BATHROOM THIS MALE STATED " YOU BETTER LEAVE MAC KENZIE ALONE. HE CAN'T

```
                      POLICE OFFICER'S FORMAL REPORT        03/06/02 07:37
                        BILLERICA POLICE DEPARTMENT                 PAGE:  4
Case#:   26333                                                 TTYVBC01-25
```

*** NARRATIVE ***

GO ANYTHING TO YOU. AND THAT HE WOULD FUCK HIM UP." AT THIS POINT I DIDN'T KNOW WHO THE MAN WAS BUT AS I WAS LEAVING THE STALL THAT I WAS IN I SAW HIM WALK OUT OF THE BATHROOM. HE WAS THE SAME MAN THAT 2 HOURS LATER JUMPED BRIAN.

===============================================================
chief [ ]   capt/oic [ ]   cid [ ]   traffic [ ]   fire [ ]   other [ ]
===============================================================

I recommend this case be declared:
   Unfounded( )   Not Cleared( )   Court Action( )   Cleared by Arrest( )
Case Declared:
      Active( )        Complete( )        Unfounded( )   Domestic Violence( )

_____              _____