


(23)

# MASSACHUSETTS FIRE INCIDENT REPORT
DEPARTMENT OF PUBLIC SAFETY   OFFICE OF THE STATE FIRE MARSHAL
1010 Commonwealth Avenue   Boston, Massachusetts 02215

Massachusetts Fire Incident Reporting System

(A) 10 FDID# 17031  Department: Billerica   Revised Report   FORM FP-32

Incident # 2278   If Exposure Fire Only:   DATE 9/23/91   Day Of Week: 2 (Mon)

(B) SITUATION FOUND: 13 (Vehicle fire)
ACTION TAKEN: 13
MUTUAL AID: 1 (Rec'd)

(C) FIXED PROPERTY USE (Occupancy): 
IGNITION FACTOR: SUSPICIOUS   81

(D) CORRECT ADDRESS: 181 Leicester St   ZIP CODE: 01821   CENSUS TRACT: 3761

(E) OCCUPANT NAME: Kenneth Bernie

(F) OWNER NAME: same

(G) 13 METHOD OF ALARM: 7 (Tie-line 911)
CO. INSPECTION DISTRICT: 2
SHIFT: 2
NO. ALARMS: 2

(H) NO. FIRE SERVICE PERSONNEL RESPONDED: 6
NO. ENGINES RESPONDED: 2
NO. AERIAL APPARATUS RESPONDED: 
HAZARDOUS MATERIAL PRESENT? NO
NO. TANKERS RESPONDED: 
NO. OTHER VEHICLES RESPONDED: FP 1

(I) 20 FIRE SERVICE — NUMBER OF INJURIES / FATALITIES / OTHER INJURIES / FATALITIES / RESCUES

(J) MOBILE PROPERTY TYPE: 2,2   VEHICLE STOLEN? No
ESTIMATED TOTAL DOLLAR LOSS: 
Insurance Co: UNINSURED

30 YEAR: 86   MAKE: Ford   MODEL: PU   COLOR: BRN   LICENSE NO.: A39031   VIN#: 
40 IF EQUIPMENT INVOLVED IN IGNITION   0943

(K) COMPLEX:    AREA OF ORIGIN: 81   EQUIPMENT INVOLVED IN IGNITION: 00

(L) FORM OF HEAT IGNITION:   MATERIAL IGNITED:   FORM:   TYPE:

(M) METHOD OF EXTINGUISHMENT: 1 (Self extinguished)
LEVEL OF FIRE ORIGIN:
Number of Stories:
CONSTRUCTION TYPE:

(N) EXTENT OF DAMAGE:

(O) DETECTOR PERFORMANCE:   SPRINKLER PERFORMANCE:

(Q) IF SMOKE SPREAD BEYOND ROOM OF ORIGIN — MATERIAL GENERATING MOST SMOKE / FORM / TYPE

(R) WEATHER CONDITIONS: CLEAR

MEMBER MAKING REPORT: CAPT W H SUPREY   DATE: 9/23/91

Entries contained in this report are intended for the sole use of the State Fire Marshal. Estimations and evaluations made herein represent "most likely" and "most probable" cause and effect. Any representation as to the validity or accuracy of reported conditions outside the State Fire Marshal's office, is neither implied nor supplied.
FIRE MARSHAL F.M. ___ 1 Yes  2 No