(26)

POLICE OFFICER'S FORMAL REPORT
BILLERICA POLICE DEPARTMENT

Case#: 12399

rpt date: 03/25/02 03:30                    reported: MONDAY    03/25/02 03:42
    act: 20V FIRE-VEHICLE

location: 129 LEICESTER ST
    follow up by: None needed              case status: OPEN
        officer:                            rpt status: Preliminary
                                            review officer:
comp/vict notify: No                        sup review officer:
cir/involve type:

complaint:

reporting officer: 46 J MULLEN              assignment: A          car: 03

*** NARRATIVE ***

REPORT OF SGT CONNERS
I RECIEVED A CALL TO GO TO 129 LEICESTER ST ON A VEHICLE FIRE
OFFICER MULLEN WAS ALREADY AT THE SCENE. UPON ARRIVAL I OBSERVED
THAT A PICKUP TRUCK PARKED IN THE DRIVEWAY WAS TOTALLY BURNED.
I SPOKE WITH BRIAN AND MICHELLE KENNEDY AND NEIGHBORS TO SEE IF
ANYBODY SAW OR HEARD ANYONE IN THE AREA. NO VEHICLE OR PERSONS
WERE SEEN.
THE FIRE DEPARTMENT STATES THAT AN INCINDIARY LIQUID WAS USED AS
AN ACCELLERANT TO BURN VEHICLE. AS I WAS SPEAKING TO MICHELLE KENNEDY
SHE STATED TO ME THAT SHE FELT THAT ROBERT RESLOW WAS RESPONSIBLE FOR
WHAT HAD HAPPENED. SHE STATED THAT THERE WERE ONGOING PROBLEMS THAT
HAD ESCALATED IN THE PAST WEEKS AND THIS WAS THE TYPE OF THING HE
WOULD DO. MICHELLE HAD NOTHING OTHER THAN HER FEELINGS TO JUSTIFY HER
STATEMENT AND COULD GIVE ME NOTHING SOLID TO GO ON.

chief [ ]   capt/oic [ ]   cid [ ]   traffic [ ]   fire [ ]   other [ ]

I recommend this case be declared:
    Unfounded( )   Not Cleared( )   Court Action( )   Cleared by Arrest( )
Case Declared:
    Active( )      Complete( )        Unfounded( )   Domestic Violence( )

0975