```
                    POLICE OFFICER'S FORMAL REPORT          09/24/99 17:43
                    BILLERICA POLICE DEPARTMENT                      PAGE: 1
  Case#:   22599                                            TTYR027 -15

   rpt date: 08/03/92 05:58              reported: MONDAY    09/23/91 02:46
        ucr: 20V  FIRE-VEHICLE

   location: 129 LEICESTER ST
      follow up by: None needed           case status:  OPEN
           officer:                       rpt status:   Preliminary
                                          review officer:
  comp/vict notify: No                    sup review officer:
  cir/involve type:
  -----------------------------------------------------------------------

  complaint:
  -----------------------------------------------------------------------
  reporting officer:  40 J MULLEN         assignment: A        car: 03
  -----------------------------------------------------------------------

                             *** NARRATIVE ***
     REPORT OF SGT CONNERS
     I RECIEVED A CALL TO GO TO 129 LEICESTER ST ON A VEHICLE FIRE
     OFFICER MULLEN WAS ALREADY AT THE SCENE. UPON ARRIVAL I OBSERVED
     THAT A PICKUP TRUCK PARKED IN THE DRIVEWAY WAS TOTALLY BURNED.
     I SPOKE WITH BRIAN AND MICHELLE KENNEDY AND NEIGHBORS TO SEE IF
     ANYBODY SAW OR HEARD ANYONE IN THE AREA. NO VEHICLE OR PERSONS
     WERE SEEN.
     THE FIRE DEPARTMENT STATES THAT AN INCINDIARY LIQUID WAS USED AS
     AN ACCELLERANT TO BURN VEHICLE.

  =======================================================================
  chief [ ]  capt/oic [ ]  cid [ ]  traffic [ ]  fire [ ]  other [ ]
  =======================================================================
  I recommend this case be declared:
     Unfounded( )  Not Cleared( )  Court Action( )  Cleared by Arrest( )
  Case Declared:
        Active( )      Complete( )      Unfounded( )   Domestic Violence( )


  _____        _____
  Reporting Off's Sig. Date/Time        OIC Signature        Date/Time
```



PLAINTIFFS EXHIBIT
91
Kennedy v Billerica

5737