```
              POLICE OFFICER'S FORMAL REPORT          05/06/02 07:55
              BILLERICA POLICE DEPARTMENT                    PAGE.   1
                                                      TTYVBC01-25
Case#:    50253

   rpt date: 07/01/93 22:40          reported: THURSDAY    07/01/93 22:42
       ucr: 602  THREATS-TO KILL.

   location: 73 TREBLE COVE RD
      follow up by: None needed            case status:  OPEN
         officer:                          rpt status: Preliminary
                                           review officer:
   comp/vict notify: No                 sup review officer:
   cir/involve type:
```

---

```
complaint: WOMAN RECEIVING DEATH THREATS
```

---

```
reporting officer:   18 J SLAVIN           assignment: C       car: SGTD
   second officer:   43 W MACDONALD        sup/back-up:
```

---

```
                            *** NAMES ***
                                                  phone      dob        ss#
   type    mast#   name/add
  =======  =====  ============================    =======  ========  ===========
  VICTIM  023588  TIERNEY,LYNNE A                 667-4268 05/10/67  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
                  73 TREBLE COVE RD  BILLERICA MA 01821
```

---

```
                          *** NARRATIVE ***
LYNNE TIERNEY CAME TO THE STATION AT APPROX.2200 HRS.ON 7/1/93
TO REPORT TO ME A SERIES OF CIRCUMSTANCES THAT HAVE HER EXTREMELY
FRIGHTENED.LYNNE IS A PART TIME COCKTAIL WAITRESS AT MR.TIPPS
RESTAURANT.ON MAY 21,1993,LYNNE WAS WORKING IN THE BACK SECTION
OF THE RESTAURANT,WHEN SHE WAS APPROACHED BY A PERSON KNOWN TO
HER AS MICHELLE KENNEDY.LYNNE HAS KNOWN MICHELLE FOR MANY YEARS
AND HAS ALWAYS HAD A FRIENDLY REALATIONSHIP WITH HER.MICHELLE
ASKED LYNNE IF SHE COULD HAVE SOMEONE REMOVED.LYNNE ASKED HER WHO
SHE WAS TALKING ABOUT.MICHELLE TOLD LYNNE SHE WOULD SHOW HER,SHE
BROUGHT HER TO THE BAR AREA AND POINTED OUT A PERSON KNOWN TO
LYNNE AS FRANK MACKENZIE.LYNNE HAS ALSO KNOWN FRANK MACKENZIE FOR
MANY YEARS.SHE OBSERVED HIM TO BE TALKING QUIETLY WITH STEVEN
ELMORE WHO LYNNE ALSO KNOWS.SHE DIDN'T RESPONDED TO MRS.KENNEDY
OTHER THAN TO LAUGH AT HER,AS SHE COULD SEE ABSOLUTELY NO REASON
TO ASK MR.MACKENZIE TO LEAVE.LYNNE RETURNED TO HER DUTIES IN THE
BACK SECTION OF THE ESTABLISMENT.A SHORT TIME LATER LYNNE
OBSERVED A DISTURBANCE IN THE BAR AREA.SHE OBSERVED MICHELLE
KENNEDY "IN FRANK MACKENZIE'S FACE".SHE (LYNNE)OBSERVED MICHELLE
TO BE TALKING IN AN ANIMATED MANNER AND POINTING HER FINGER IN
MACKENZIE'S FACE.SHE OBSERVED STEVEN ELMORE STEP IN BETWEEN FRANK
AND MICHELLE,WITH HIS BACK TO MICHELLE,BLOCKING HER FROM
MACKENZIE.MRS.KENNEDY GREW MORE ANIMATED.AT THIS TIME LYNNE
APPROACHED MRS.KENNEDY AND TOLD HER SHE HAD TO LEAVE.SHE ESCORTED
HER TO THE DOOR. ON 5/22/93 MS.TIERNEY WAS AGAIN AT MR.TIPPS,
WHEN SHE WAS APPROACHED BY BRIAN AND MICHELLE KENNEDY.THE COUPLE
ASKED HER TO GO TO THE POLICE STATION TO MAKE A REPORT ON AN
ALLEGED INCIDENT THAT TOOK PLACE IN THE PARKING LOT THE NIGHT
```

POLICE OFFICER'S FORMAL REPORT          05/06/02 07:35
BILLERICA POLICE DEPARTMENT                      PAGE:   2
                                                 TTYVBC01-25
Case#:  50253

### *** NARRATIVE ***

BEFORE.LYNNE TOLD BOTH BRIAN AND MICHELLE THAT SHE HAD NOT
WITNESSED ANY INCIDENT IN THE PARKING LOT.MICHELLE THEN RELEATED
TO LYNNE THAT FRANK MACKENZIE HAD BEEN HARASSING BOTH OF THEM AND
AT SOME POINT HAD SPIT IN BRIANS FACE.LYNNE REITERATED THAT SHE
HAD NOT SEEN ANY SUCH OCCURANCE IN THE PARKING LOT.THE KENNEDYS
INSISTED THAT SHE HAD BEEN PRESENT,AND THAT SHE WAS WANTED AT THE
POLICE STATION TO MAKE OUT A REPORT.LYNNE TOLD THEM SHE HAD NOT
WITNESSED ANYTHING.THEY LEFT.APPROXIMATLEY ONE WEEK AFTER THIS
DATE BRIAN AND MICHELLE KENNEDY CAME TO MS.TIERNEY'S HOME AND
AGAIN ASKED HER TO FILL OUT A REPORT.SHE AGAIN TOLD THEM SHE HAD
NOT SEEN OR WITNESSED ANYTHING.TWO DAYS AFTER THIS BRIAN AND
MICHELLE APPROACHED LYNNE AT ANOTHER ESTABLISHMENT AT WHICH SHE
WORKS.(JB AND CO. IN THE BILLERICA MALL)MS.TIERNEY REPORTS THAT
THE CONVERSATION WENT ALONG THE SAME LINES,WITH THE KENNEDY'S
LEAVING DISGRUNTLED.ON 6/30/02 IN THE AFTERNOON BRIAN AND
MICHELLE CAME TO MS.TIERNEYS HOME AND GAVE HER A REPORT(SEE ATT.)
THEY TOLD HER THEY WANTED HER TO FILL IT OUT,WITH DETAILS OF THE
ALLEGED INCIDENT OF 5/21/93.MS TIERNEY AGAIN TOLD THE KENNEDY'S
THAT SHE HAD NOT BEEN PRESENT,AND HAD NOTHING TO REPORT.MICHELLE
THEN WENT INTO GREAT DETAIL TO EXPLAIN WHAT MS.TIERNEY WOULD HAVE
SEEN,HAD SHE BEEN PRESENT.SHE EXPLAINED THAT THE BILLERICA POLICE
WERE HARASSING BOTH HER AND HER HUSBAND,AND WERE TRYING TO PUT
THEM IN JAIL.SHE TOLD LYNNE THAT IF THE SITUATION WAS REVERSED,
SHE WOULD DO THE SAME FOR HER.LYNNE AGAIN TOLD THEM THAT SHE WAS
NOT IN THE PARKING LOT,AND COULD ONLY BE A WITNESS TO THE
SITUATION WITH MICHELLE AS DESCRIBED ABOVE.MICHELLE HANDED HER
THE REPORT,AND TOLD HER I'LL PICK IT UP TOMORROW.
  ON 37/31/93 AT APPROX.1135 MRS.I SGT.J.T.GLAVIN WAS PRESENT AT
THE TIERNEY HOME AT 73 TREBLE COVE RD.WHEN BRIAN AND MICHELLE
KENNEDY PULLED INTO THE DRIVEWAY.I WAS IN THE COMPANY OF MY GIRL-
FRIEND,MARCIA TEDFORD,PATRICIA O'DOYLE (A MEMBER OF THE TIERNEY
FAMILY),AND SOME SMALL CHILDREN.I HAVE BEEN ACQUAINTED WITH THE
TIERNEYS FOR A LONG PERIOD OF TIME AND HAVE FREQUENTLY BEEN A
GUEST IN THEIR HOME.WE WERE SITTING IN THE BACK YARD,AT THE POOL
WHEN BRIAN KENNEDY WALKED AROUND THE CORNER OF THE HOUSE.WHEN WE
MADE EYE CONTACT,MR KENNEDY TURNED AND WALKED BACK OUT OF MY LINE
OF SIGHT.I GOT OUT OF MY CHAIR AND WENT TO THE FRONT OF THE HOUSE
MR.KENNEDY WAS WALKING ACROSS THE FRONT LAWN.I CALLED TO HIM AND
ASKED IF I COULD HELP HIM.HE EITHER IGNORED ME OR DIDN'T HEAR.
AT THE SAME TIME MS.ODOYLE CAME FROM THE OTHER SIDE OF THE HOUSE
AND ASKED IF SHE COULD HELP HIM.HE ASKED FOR LYNNE.WHEN HE WAS
TOLD SHE WAS NOT HOME,HE SAID HE'D STOP BACK.
AT APPROX.1955 HRS ON 7/1/93 MR.JOHN TIERNEY RECEIVED A PHONE
CALL,A MALE VOICE ASKED FOR LYNNE,WHEN TOLD SHE WAS'NT IN THE
VOICE SAID, "TELL LYNNE SHE'S FUCKING DEAD".APPROX.TEN MINUTES
LATER A SECOND CALL WAS RECEIVED.MRS.ALICE TIERNEY ANSWERED.A
MALE VOICE SAID TELL YOUR DAUGHTER SHE'S DEAD.WHEN.MRS.TIERNEY
ATTEMPTED TO RESPOND,THE VOICE SAID FUCK YOU CUNT.
MICHELLE AND BRIAN KENNEDY HAVE NOT RETURNED OR CONTACTED MS.
TIERNEY FOR THE REPORT THEY REQUESTED.

1157

```
                    POLICE OFFICER'S FORMAL REPORT        05/06/02 07:55
                    BILLERICA POLICE DEPARTMENT
  Case#:   52255                                         PAGE:   3
                                                         TTYVBC01-25
  ==========================================================================
  chief [ ]  capt/oic [ ]  cid [ ]  traffic [ ]  Fire [ ]  other [ ]
  ==========================================================================
  I recommend this case be declared:
     Unfounded( )  Not Cleared( )  Court Action( )  Cleared By Arrest( )
  Case Declared:
        Active( )     Complete( )     Unfounded( )  Domestic Violence( )
```