UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BRIAN KENNEDY AND MICHELLE KENNEDY,   \*
Individually and as father and next friend of   \*
BRIAN KENNEDY, JR., Individually and as mother   \*
next friend of BRIAN KENNEDY, JR..   \*
                                      \*
            Plaintiffs                \*
                                      \*
v.                                    \*   C. A. No. 04-CV-12357-PBS
                                      \*
TOWN OF BILLERICA, et al              \*
                                      \*
            Defendants                \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO REQUIRE DEFENDANTS TO PROVIDE
## PRIOR TESTIMONY THEY INTEND TO USE IN CROSS EXAMINATION

Now come the plaintiffs and move this Honorable Court order the defendants to provide the plaintiffs with copies of any prior testimony they intend to use in the cross examination of Michelle Kennedy or Brian Kennedy.

As reason, plaintiffs state that defendants have ordered copies of Ms. Kennedy's lengthy testimony in the first trial in this case and can be expected to use the testimony. The plaintiffs do not have the transcript yet. However, the defendants will be obliged to provide the transcript to the plaintiffs as part of the record on appeal that the defendants already have asserted they intend to pursue.

The portion of prior testimony to be used on cross examination should be brief, as it is limited to the two remaining incidents to be tried. The defendants have an obligation to show any documents used in cross examination to the plaintiffs and cannot use as an excuse that they paid for the transcript, as they have an obligation to provide it to the plaintiffs, eventually, anyway.

The defendants failure to provide the plaintiffs copies of the transcript is unfair and prejudicial to the plaintiff, as it allows cross examination by ambush or surprise. Not only will the defendants' failure to provide the transcript they expect to use on cross examination result in unfair prejudice to the plaintiff: it is likely to lead to unnecessary disputes that will interrupt cross examination and disrupt the flow of the trial, in front of the jury. Thus the defendants should be

ordered to provide the plaintiffs with copies of transcripts of any prior testimony they intend to use in cross examination of the plaintiff, Michelle Kennedy.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Brian Kennedy, et al<br>by their counsel |
| Date: September 27, 2007 | /s/ Andrew M. Fischer<br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904<br>afischer@jasonandfischer.com |

kennedy\morequirecrossexamtranscript