```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| BRIAN KENNEDY, *et al.*       ) <br>                              ) <br>     Plaintiffs,   ) <br>                              ) <br>   v.                         )   CIVIL ACTION NO. 04-12357-PBS <br>                              ) <br> TOWN OF BILLERICA, *et al.*   ) <br>                              ) <br>     Defendants.   ) | |

## DRAFT JURY LIMITING INSTRUCTION

Saris, U.S.D.J.

    Michelle Kennedy contends she and her family have been harassed by the Billerica police ever since she spurned the sexual advances of Billerica Police Officer Frank MacKenzie in 1991. She says she complained about these alleged sexual advances and the harassment to the Billerica Police Chief, John Barretto. The Billerica Police Department has denied these allegations. You do not need to resolve this dispute, but you will hear some limited evidence about these allegations because this evidence may be relevant to the state of mind of the parties or the witnesses. In other words, this background may help you decide why someone acted or said something. Unless I tell you otherwise, I instruct you that you may consider this evidence only insofar as it bears on the state of mind of the parties and

witnesses, and for no other reason.  Remember, this case involves separate claims against Officer Nestor in 1993 and Parker in 2002.