UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| | \* |
| Plaintiffs | \* |
| | \* |
| v. | \*   Civil Action no. 04-12357 - PBS |
| | \* |
| TOWN OF BILLERICA, et al | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SUPPLEMENTAL REQUESTED JURY INSTRUCTION

**I. Seizure under the Fourth Amendment**

A police officer violates an individual's Fourth Amendment rights when he seizes or detains that individual without a legal privilege to do so. The Fourth Amendment requires that the seizure of an individual be based on reasonable suspicion, based on objective facts, that an individual was involved in criminal activity. In other words, if defendant Parker prevented Michelle Kennedy from leaving, without reasonable suspicion to believe that she had committed a crime, then he detained her in violation of the Fourth Amendment.

Thus, should you find that defendant Parker seized or detained plaintiff Kennedy without having reasonable suspicion, based upon objective facts, that plaintiff Kennedy was involved in criminal activity and intentionally confined her, so that she did not feel free to leave, then you have found that defendant Parker detained plaintiff Kennedy in violation of her rights under the Fourth Amendment.

Dunaway v. New York, 442 U.S. 200 (1979); Brown v. Texas, 443 U.S. 47 (1979) Henry v. United States, 361 U.S. 98 (1959) Brinegar v. U.S. 338 U.S. 160, 175-176 (1949) Alegata v. Comm. 353 Mass. 287.

                    Respectfully submitted,

Date: September 28, 2007                /s/Andrew M. Fischer  
                                                  Andrew M. Fischer  
                                                  BB0# 167040  
                                                  JASON & FISCHER  
                                                  47 Winter Street  
                                                  Boston, MA 02108  
                                                  (617) 423-7904

kennedy\second trial\suppjuryinst02.wpd