UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., MITCHELL KENNEDY AND DYLAN KENNEDY, <br>                          Plaintiffs <br><br> VS. <br><br> RICHARD NESTOR AND SCOTT PARKER <br>                          Defendants | ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' MOTION IN LIMINE TO PRECLUDE
EVIDENCE OF OTHER INCIDENTS BETWEEN
MICHELLE KENNEDY AND BILLERICA POLICE OFFICERS**

In this trial, there are only two discreet events at issue. The first is a claim by Brian Kennedy Jr. that Officer Richard Nestor Intentionally Inflicted Emotional Distress on him by applying for criminal charges against Michelle Kennedy on June 5, 1993, and subsequently arresting Michelle in Brian Kennedy, Jr.'s presence on June 8, 1993. This claim should not even be going to trial in light of uncontroverted evidence which will be introduced that Nestor did not seek a warrant for Michelle Kennedy's arrest and because the claim is not valid for other reasons raised in Defendants' Motion for Reconsideration of the Denial of Summary Judgment as to Richard Nestor. However if this incident is presented to the jury, the plaintiffs have indicated that they will seek to have Michelle Kennedy testify about other encounters that she and Brian Kennedy have had with Billerica police officers. Michelle Kennedy intends to claim that she was falsely arrested and harassed both prior to and subsequent to June 5, 1993.

Evidence of any interactions with Nestor post June 5th 1993, should not be allowed. First, these events, like much of the plaintiffs' proposed case, are time barred. Second, these post June 5th events cannot in any way demonstrate state of mind at the time that Nestor encountered Michelle and Brian Kennedy on June 5.

The second claim to be presented at this trial is a confrontation between Michelle Kennedy and Officer Scott Parker that occurred on April 1, 2002. Officer Parker started on the Billerica Police Department in 1994 and had no interactions with the Kennedys prior to April 1, 2002. Clearly any "state of mind" evidence of prior confrontations is wholly irrelevant as to Officer Parker.

The parties have already conducted one trial at which these issues were explored. It is wholly inappropriate to allow testimony about other incidents at this trial. The defendants once again urge the Court that the "context" for the incidents between Michelle Kennedy and Officers Nestor and Parker should be limited to a statement by this Court as follows:

"Brian and Michelle Kennedy had numerous encounters with various Billerica Police Officers over the span of many years. There is a history of mutual hostility between the plaintiffs and various members of the Billerica police officers".

Further, there is no need for Michelle Kennedy to testify about her "state of mind" with regard to Billerica Police Officers. If Ms. Kennedy were to testify that she indeed spit at Officer Nestor, then perhaps she could testify that she did so because she was a "victim" and her history then would be relevant. However, since she will deny either threatening or spitting at Nestor, her state of mind is not relevant.

Likewise, Ms. Kennedy will not testify that she began the confrontation by cursing at Parker as he claims. She will testify that he pushed and cursed at her and that caused her to curse back. In light of this, her history is irrelevant.

If this Court allows testimony from the plaintiffs about other alleged incidents with Billerica Police Officers, it will be committing egregious error to the prejudice of the defendants, Officer Richard Nestor and Officer Scott Parker.

Wherefore, the defendants ask this Court to preclude evidence of alleged incidents between Michelle Kennedy and Billerica Police Officers other than the two claims at issue.

> Respectfully Submitted,
> Defendants,
> By Their Attorneys,
>
> /s/ Leonard H. Kesten
> Leonard H. Kesten, BBO# 542042
> Jeremy Silverfine, BBO# 542779
> BRODY, HARDOON, PERKINS & KESTEN
> One Exeter Plaza, 12th Floor
> Boston, MA 02116
> (617) 880-7100

Dated: September 28, 2007