UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, | ) |
| Individually and as mother and next friend of | ) |
| BRIAN KENNEDY, Individually and as mother and | ) |
| next friend of BRIAN KENNEDY, JR., | ) |
|       Plaintiffs | ) |
| | ) |
| VS. | ) |
| | ) |
| TOWN OF BILLERICA, DANIEL C. ROSA, JR. | ) |
| Individually and as Chief of the Billerica Police Department, | ) |
| JOHN BARRETTO, Individually and as former Chief of the | ) |
| Billerica Police Department, PAUL W. MATTHEWS, | ) |
| Individually and as former Chief of the Billerica Police | ) |
| Department, ROBERT LEE, Individually and as former | ) |
| Deputy Chief of the Billerica Police Department, THOMAS | ) |
| CONNORS, FRANK A. MACKENZIE, RICHARD | ) |
| RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK | ) |
| TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, | ) |
| ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, | ) |
| WILLIAM MCNULTY, DONALD MACEACHERN, | ) |
| MICHAEL A. CASEY, RICHARD NESTOR, ROBERT | ) |
| BROWN, WILLIAM G. WEST, GREGORY KATZ, | ) |
| GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM | ) |
| MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY | ) |
| F. MCKENNA AND JOHN DOE, | ) |
|       Defendants | |

**DEFENDANTS' REQUEST FOR LIMITING JURY INSTRUCTION**

  Officers Nestor and Parker contend that Michelle and Brian Kennedy

have been cocaine dealers in Billerica, have a history of violence, live outside

the law, and regularly harass police officers by swearing at them and giving them the "finger" when they encounter them.

                              Respectfully submitted,
                              DEFENDANTS,
                              By their attorneys,

                              /s/ Leonard H. Kesten
                              Leonard H. Kesten, BBO No. 542042
                              BRODY, HARDOON, PERKINS & KESTEN, LLP
                              One Exeter Plaza
                              Boston, MA 02116
                              (617) 880-7100

October 1, 2007