UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
BRIAN KENNEDY, et al              *
                                  *
         Plaintiffs               *
                                  *
v.                                *   Civil Action no. 04-12357 - PBS
                                  *
TOWN OF BILLERICA, et al          *
                                  *
         Defendants               *
*********************************************
```

## SUPPLEMENTAL REQUESTED JURY INSTRUCTION

**I. Requirements of Police Officers in Billerica**

The Billerica Police Department rules and regulations dictate how an officer may act in dealing with members of the public. Rule G(6) prohibits any officer, including defendant Parker, from "Being rude, impolite, contemptuous or insolent to . . . a member or the public." Rule F(7) requires all officers "be courteous and considerate to the public . . . be tactful in the performance of their duties and . . exercise the upmost patience and discretion."

You may consider these Billerica Police Department Rules and Regulations and the requirements they impose upon defendant Parker, whether defendant Parker was acting with the demeanor appropriate to a police officer and in conformance with his department's rules and the accepted behavior of police officers in general when considering whether defendant Parker intentionally inflicted emotional distress upon Michelle Kennedy.

Billerica Police Department Rules and Regulations Rule F (7) and Rule G (6)

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Plaintiff's by counsel, |
| Date: October 2, 2007 | /s/Andrew M. Fischer |
|  | Andrew M. Fischer |
|  | BB0# 167040 |
|  | JASON & FISCHER |
|  | 47 Winter Street |
|  | Boston, MA 02108 |
|  | (617) 423-7904 |

kennedy\second trial\suppjuryinst05.wpd