UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., <br>       Plaintiffs <br><br> VS. <br><br> TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, <br>       Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' PROFFER OF EVIDENCE**

As the Court is aware, the plaintiff, Brian Kennedy,Jr. claims that he suffered emotional distress as a result of the fact that his mother was arrested in his presence at their home by the Billerica Police on June 8, 1993. Brian Jr. was five years old at the time. The defendants submit that evidence of violence in the family at the same time is relevant to the question of alleged emotional distress suffered by Brian Jr.

1

Accordingly, the defendants request that the Court allow them to offer into evidence the attached incidents of family problems in 1993 in the Kennedy family:

| | | |
|---|---|---|
| Exhibit A: | Incident Report Dated: | April 22 |
| Exhibit B: | Incident Report Dated: | May 29 |
| Exhibit C: | Incident Report Dated: | August 7 |
| Exhibit D: | Incident Report Dated: | August 12 |
| Exhibit E: | Incident Report Dated: | November 27 |

Respectfully submitted,
DEFENDANTS,
By their attorneys,

  /s/ Leonard H. Kesten
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: October 2, 2007