April 30, 2002        Tewksbury Police Dept.        Tuesday 10:52
                           Incident Report

Single Incident

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|
| I9303524<br>1<br>No  Yes | CALLS/CODE 27 THRU 66<br>129 LEICESTER ST<br>Cross: BOOTH ST<br>       LAKEVIEW ST<br>TEWKSBURY, MA, 01876 (01)<br>INVESTIGATION | C COVIELLO<br>J HODGDON | 04/22/1993, 18:00<br>04/22/1993, 18:00<br>04/22/1993, 18:04<br>04/22/1993, 18:25 | D LAYNE<br>WM LAYNE<br>DOMESTIC<br>DOMESTIC |

    Reported as: DOMESTIC      Found as: DOMESTIC
Domestic Abuse: No

Dispatcher Remarks:
    ABOVE CALLER REPORTS DOMESTIC AT 129 LEICESTER ST. CAR 23 SENT. CAR 23
    RETPORT SUSPECT LEFT ALREADY. DOMESTIC INVOLVED A MOTHER AND DAUGHTER, THE
    MOTHER DOESN'T LIVE THERE. SEE REPORT.

VICTIM      KENNEDY, MICHELLE           License: 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  (MA)
(Female)     129 LEICESTER ST  Apt: ST        SSN: 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
M9002372     TEWKSBURY, MA  01876
               Phone: 663-8789     Race: W       DOB: 10/20/1967 Age: 25
               Commt: VICTIM-DOMESTIC

SUSPECT     TIBBETTS, JOYCE Y            License: 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
(Female)     13 WILSON AVE                SSN: 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
M9301756     BILLERICA  MA
               Phone: None Recorded  Race: W    DOB: 12/18/1944 Age: 48
               Commt: SUSPECT-DOMESTIC

Narrative(s):

Narr.   1: JAMES J. HODGDON      Division: None     Status: Closed     [I9303524]
    Title: REPORT            Entered: JAMES J. HODGDON
                         Reviewed: DENISE L. ROSEN

    DOMESTIC VIOLENCE(YES OR NO):

    REVIEWING OFFICER:

    OFFENSES: 1) ASSAULT AND BATTERY

    ON THURSDAY, APRIL 22, 1993 I WAS ASSIGNED TO UNIFORM PATROL IN MARKED
UNIT 23 WITH OFFICER COVIELLO FOR THE 4PM-12AM SHIFT. AT APPROXIMATELY 6:00
P.M. WE WERE DISPATCHED TO 129 LEICESTER STREET FOR A DOMESTIC. UPON ARRIVAL WE
SPOKE TO THE VICTIM, MICHELLE KENNEDY. MRS. KENNEDY STATED THAT HER MOTHER WAS
OVER THE HOUSE AND THAT THEY HAD AN ARGUMENT. DURING THIS ARGUMENT HER MOTHER
SLAPPED HER IN THE FACE AND BROKE A CRYSTAL DISH OUTSIDE THE HOUSE. HER MOTHER
WAS NOT PRESENT UPON OUR ARRIVAL . MRS. KENNEDY DID NOT KNOW HER MOTHERS
ADDRESS OR DATE OF BIRTH. THIS I WOULD NEED FOR MY REPORT.

                                                                                                                                                                    **1854**

    THE MOTHER IS JOYCE TIBBETTS OF BILLERICA, MASS. A CHECK BY NCIC REVEALED

April 30, 2002     Tewksbury Police Dept.  
                       Incident Report            Tuesday 10:52

Single Incident

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|

Narrative   1 (continued)   By: **JAMES J. HODGDON**      Incident I9303524

HER ADDRESS TO BE 13 WILSON STREET, BILLERICA. MRS. KENNEDY WAS UNSURE IF SHE WANTED TO PRESS CHARGES OR SEEK A RESTRAINING ORDER AGAINST HER MOTHER. THESE RIGHTS WERE EXPLAINED TO MRS. KENNEDY. I TOLD HER I WOULD FILE A REPORT REGARDING THIS INCIDENT AND FOR HER TO GO TO LOWELL DISTRICT COURT AT 9:00 A.M. TOMORROW IF SHE WANTS TO PRESS CHARGES AND SEEK A RESTRAINING ORDER. A VOLUNTARY STATEMENT FORM WAS ALSO GIVEN TO HER AND SHE WAS TOLD TO FILL IT OUT AND BRING IT WITH HER IN THE MORNING TO COURT.

                                   ------------------------------  
                                   OFFICER JAMES J. HODGDON #39

1855