```
April 30, 2002                    Tewksbury Police Dept.                    Tuesday 10:53
                                    Incident Report
```

Single Incident

| INCIDENT<br>LOCAL #<br>PRIORITY<br>ACC  REP | ACTIVITY<br>ADDRESS (JURISDICTION)<br>DISPOSITION | OFFICER(S) | RECEIVED<br>DISPATCHED<br>ARRIVED<br>CLEARED | DISPATCHER<br>SUPERVISOR<br>NATURE<br>INCIDENT TYPE |
|---|---|---|---|---|
| I9304623<br>5<br>No   No | CALLS/CODE 27 THRU 66<br>129 LEICESTER ST<br>Cross: BOOTH ST<br>       LAKEVIEW ST<br>TEWKSBURY, MA, 01876 (01)<br>INVESTIGATION | R WESTAWAY | 05/29/1993, 14:54<br>05/29/1993, 14:54<br>05/29/1993, 14:54<br>05/29/1993, 14:54 | M SHEEHAN<br>R LANDERS<br>FAMILY PROBLEM<br>DOMESTIC |

    Reported as: DOMESTIC     Found as: DOMESTIC
Domestic Abuse: No

Dispatcher Remarks:
     SENT CAR 22 TO 129 LEICESTER ST FOR A FAMILY PROBLEM.

VICTIM       KENNEDY, MICHELLE                    License: 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   (MA)
(Female)     129 LEICESTER ST                         SSN: 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
M9002372     TEWKSBURY  MA  01876
             Phone: 663-8789      Race: W         DOB: 10/20/1967 Age: 25
             Commt: HUSBAND PUSHING HER AROUND

SUSPECT      KENNEDY, BRIAN G.                    License: 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   (MA)
(Male)       129 LIECESTER ST                         SSN: 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
M9904965     BILLERICA  MA
             Phone: 663-8789      Race: W         DOB: 09/20/1966 Age: 26
             Commt: PUSHING WIFE AROUND


Narrative(s):

Narr.  1: ROBERT L. WESTAWAY         Division: None     Status: Closed     [I9304623]
     Title: REPORT                   Entered: ROBERT L. WESTAWAY
                                     Reviewed: DENISE L. ROSEN

     DOMESTIC VIOLENCE(YES OR NO): NO

     REVIEWING OFFICER: SGT. CARROLL

        ON SATURDAY MAY 29, 1993 I WAS ASSIGNED TO CAR 22 THE ROVER CAR ON THE 8-4
     SHIFT.

        AT APP. 1454 P.M. I RECEIVED A RADIO CALL TO GO TO 129 LEICESTER ST FOR A
     DOMESTIC PROBLEM. UPON ARRIVAL A BRIAN KENNEDY AND MICHELE KENNEDY WERE ARGUING
     OUTSIDE AND BRIAN KEPT STATING TO HER WHERE ARE MY TOOLS. I QUIETED THEM DOWN
     AND HE STATED THAT SHE JUST RETURNED WITH THE TRUCK AND A $2500.00 GENERATOR
     AND A $2000.00 COMPRESSOR WERE GONE OUT OF THE TRUCK AND HE STATES THAT SHE
     JUST DUMPED THEM SOMEWHERE OFF THE TRUCK BECAUSE HE SPENT THE NIGHT OUT LAST
     NIGHT.

        SHE STATES THAT HE TRIED TO KICK THE DOOR DOWN AND PUSHED HER, THERE WAS NO
     VISIBLE MARKS ON HER, I ADVISED HER OF THE DOMESTIC 209A RESTRAINING ORDER AND
     AT THIS TIME SHE DID NOT WANT TO DO ANYTHING BUT SHE JUST WANTED HIM TO LEAVE.

1856

April 30, 2002                     Tewksbury Police Dept.
                                      Incident Report                      Tuesday 10:53

Single Incident

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|

Narrative   1 (continued)   By: ROBERT L. WESTAWAY        Incident I9304623

    HE AGREED BUT HE JUST WANTED HIS TOOLS BACK, BUT SHE REFUSED TO TELL HIM WHERE THEY WERE. HE DID LEAVE BUT SHE STILL DID NOT WANT TO APPLY FOR A 209A ORDER. HE CAME BACK WITH HIS BROTHER AND GOT THE REST OF THE TOOLS OFF THE TRUCK AND THEN LEFT.

------------------------------------
OFFICER ROBERT L. WESTAWAY 26
TEWKSBURY POLICE DEPT.

**1857**