April 30, 2002
Tewksbury Police Dept.
Incident Report
Tuesday 11:16

Single Incident

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|
| I9306956  5  No   No | PATROL INITIATED 1900 MAIN ST Cross: LIVINGSTON ST SHAWSHEEN ST TEWKSBURY, MA, 01876 (01) ARREST | J HOOD | 08/07/1993, 22:25 08/07/1993, 22:25 08/07/1993, 22:25 08/07/1993, 22:25 | D LAYNE WM LAYNE ARREST CRIMINAL M.V. |

   Reported as: CRIMINAL M.V.     Found as: CRIMINAL M.V.
Domestic Abuse: No

Dispatcher Remarks:
       CAR 23 RETURNING WITH ONE UNDER ARREST FROM A TRAFFIC STOP BY SHAWSHEEN AND
       MAIN ST.

ARREST        KENNEDY, BRIAN G.                  License: 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  (MA)
(Male)        129 LIECESTER ST                       SSN: 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
M9904965      BILLERICA  MA
              Phone: 663-8789      Race: W      DOB: 09/20/1966 Age: 26
              Commt: ARRESTED: MOTOR VEH.STOP

Narrative(s):

Narr.   1: JAMES HOOD            Division: None       Status: Closed       [I9306956]
    Title: SUSPENDED LICENSE      Entered: JAMES HOOD
                                  Reviewed: DENISE L. ROSEN

    DOMESTIC VIOLENCE(NO)
    1)OPERATING ON SUSPENDED LICENSE 90-23
    REVIEWING OFFICER:

    ON AUGUST 07,1993 AT 10:25 P.M.I WAS TRAVELING SOUTH ON MAIN ST AND COMING
    TOWARDS ME HEADING NORTH ON MAIN ST WAS A FORD PICK UP COLOR BROWN MASS REG
    B53-834.  THE OPERATOR WAS ONE  BRIAN KENNEDY FROM THE TRAILER PARK LEICESTER
    ST AND WAS KNOWN TO ME TO BE SUSPENDED.  A STOPPED HIM AT SHAWSHEEN AND MAIN
    ST ON SHAWSHEEN ST AND HE STATED TO ME THAT HE WAS SUSPENDED.  AT THIS TIME
    A COMPUTER CHECK TO THE STATION REVILED THAT HIS LICENSE WAS STATUS SUSPENDED
    INDEFINITE COURT DEFAULT.I THEN PLACED MR KENNEDY UNDER ARREST AND TRANSPORTED
    HIM TO THE STATION WERE HE WAS BOOKED IN BY SGT.WM.LAYNE 4-12 O.I.C.


                                                    ------------------  -----
                                                    OFFICER J.HOOD #41


                                                                         1935

April 30, 2002                     Tewksbury Police Dept.
                                      Incident Report                     Tuesday 11:17

Single Incident

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|
| I9407056<br>1<br>No   No | CALLS/CODE 27 THRU 66<br>129 LEICESTER ST<br>Cross: BOOTH ST @128<br>       LAKEVIEW ST @195<br>TEWKSBURY, MA, 01876 (01)<br>SPOKEN TO | F PAPPAS | 07/27/1994, 17:46<br>07/27/1994, 17:51<br>07/27/1994, 17:58<br>07/27/1994, 18:07 | T COOKE<br>DICALOGERO<br>ASSISTANCE<br>ASSISTANCE |

Caller's Info: KENNEDY, BRIAN G.    Phone: 663-8789
               129 LIECESTER ST, BILLERICA MA

   Reported as: ASSISTANCE     Found as: ASSISTANCE
Domestic Abuse: No

Dispatcher Remarks:
    CALLER STATED THAT ANOTHER PARTY IN THE AREA HAD SOME PROPERTY THAT BELONGED
    TO HIM.  CAR 22 SENT TO ASSIST. CAR 22 ADISED THE CALLER THAT

REPORTER      KENNEDY, BRIAN G.                License: 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   (MA)
(Male)        129 LIECESTER ST                     SSN: 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
M9904965      BILLERICA  MA
              Phone: 663-8789       Race: W       DOB: 09/20/1966 Age: 27
              Commt: REPORTING PARTY

Narratives: None

1936