April 30, 2002               Tewksbury Police Dept.                    Tuesday 10:54
                             Incident Report

Single Incident

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|
| I9307129 5 No Yes | CALLS/CODE 27 THRU 66 129 LEICESTER ST Cross: BOOTH ST LAKEVIEW ST TEWKSBURY, MA, 01876 (01) INVESTIGATION | P RINGWOOD C COVIELLO T SHEEHAN | 08/12/1993, 19:16 08/12/1993, 19:16 08/12/1993, 19:22 08/12/1993, 19:45 | D LAYNE WM LAYNE DOMESTIC A&B DOMESTIC |

   Reported as: DOMESTIC      Found as: DOMESTIC
Domestic Abuse: No

Dispatcher Remarks:
    ABOVE RESIDENT REPORTS SHE WAS JUST ASSAULTED BY HER HUSBAND AND SHE WOULD
    LIKE HIM ARRESTED. CARS 20 & 23 RESPONDING.

VICTIM      KENNEDY, MICHELLE                     License: 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  (MA)
(Female)    129 LEICESTER ST   Apt: ST               SSN: 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
M9002372    TEWKSBURY  MA  01876
            Phone: 663-8789        Race: W       DOB: 10/20/1967 Age: 25
            Commt: VICTIM-DOMESTIC A&B

SUSPECT     KENNEDY, BRIAN G.                     License: 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  (MA)
(Male)      129 LIECESTER ST                         SSN: 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
M9904965    BILLERICA  MA
            Phone: 663-8789        Race: W       DOB: 09/20/1966 Age: 26
            Commt: SUSPECT-DOMESTIC A&B

Narrative(s):

Narr.  1: PAUL R. RINGWOOD         Division: None       Status: Closed        [I9307129]
    Title: DOMESTIC A&B            Entered: PAUL R. RINGWOOD
                                   Reviewed: DENISE L. ROSEN

    DOMESTIC VIOLENCE(YES OR NO): YES

    ON 08/12/93 AT APPROX. 1915 HRS. I WAS DISPATCHED TO 129 LEICESTER RD. FOR
A REPORT OF A DOMESTIC DISPUTE AT THAT LOCATION, OFF. SHEEHAN ALSO RESPONDED AS
A BACK-UP UNIT. I APPROACHED 129 AND WAS MET BY MRS. KENNEDY AT THE DOOR. I
ASKED HER IF SHE CALLED THE POLICE AND IF THERE WAS A PROBLEM. SHE SAID YES,
AND THEN SAID THAT SHE WOULD PREFER NOT TO TALK TO ME AND INDICATED THAT SHE
WOULD RATHER TALK TO OFF. SHEEHAN WHO STANDING WAS BEHIND ME. I ASKED HER WHY
SHE DID NOT WANT TO SPEAK WITH ME AND SHE SAID THAT SHE REMEMBERED ME FROM A
PREVIOUS INCIDENT (DRUG RAID ON HER HOME) AND WOULD RATHER TALK WITH THE OTHER
OFFICER (SHEEHAN). OFF. SHEEHAN TOOK OVER, I STAYED IN THE FRONT OF THE HOUSE
BUT LEFT A FEW MINUTES LATER TO ANSWER ANOTHER CALL.

    MR. KENNEDY WAS NOT ON THE PREMISES UPON ARRIVAL, NOR DID I OBSERVE ANY
INJURIES TO MRS. KENNEDY DURING MY BRIEF DISCUSSION WITH HER.

1860

April 30, 2002                         Tewksbury Police Dept.
                                         Incident Report                        Tuesday 10:54

Single Incident

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|

Narrative   1 (continued)   By: PAUL R. RINGWOOD            Incident I9307129


                              DET. PAUL R. RINGWOOD


1861