April 30, 2002            Tewksbury Police Dept.
                         Incident Report            Tuesday 10:54

Single Incident

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|
| I93 10578<br><br>1<br>No  Yes | CALLS/CODE 27 THRU 66<br>129 LEICESTER ST<br>Cross: BOOTH ST @128<br>       LAKEVIEW ST @195<br>TEWKSBURY, MA, 01876 (01)<br>INVESTIGATION | J BARRY<br>P DOHERTY | 11/27/1993, 07:22<br>11/27/1993, 07:22<br>11/27/1993, 07:24<br>11/27/1993, 07:24 | M SHEEHAN<br>R CARROLL<br>DOMESTIC<br>DOMESTIC |

     Reported as: DOMESTIC     Found as: DOMESTIC
Domestic Abuse: No

Dispatcher Remarks:
     A WOMAN JUST CALLED STATING HER HUSBAND JUST HIT HER. I TOLD HER TO STAY ON THE PHONE UNTIL THE CRUISERS GOT THERE. HER HUSBAND THEN GOT ON THE PHONE, TOLD ME THERE WAS NO PROBLEM. I ASKED HIM HIS NAME AND HE TOLD ME KENNEDY THEN HUNG UP. CARS 23 AND 24 SENT. HUSBAND G.O.A. SGT. BARRY TO HANDLE THE REPORT.

SUSPECT    KENNEDY, BRIAN G.                 License: 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  (MA)
(Male)      129 LIECESTER ST                    SSN: 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
M99 04965   BILLERICA  MA
            Phone: 663-8789      Race: W       DOB: 09/20/1966 Age: 27
            Commt: SUSPECT DOMESTIC A&B

VICTIM     KENNEDY, MICHELLE                 License: 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  (MA)
(Female)    129 LEICESTER ST  Apt: ST           SSN: 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
M90 02372   TEWKSBURY  MA  01876
            Phone: 663-8789      Race: W       DOB: 10/20/1967 Age: 26
            Commt: VICTIM DOMESTIC A&B

Narrative(s):

Narr.  1: JOHN E. BARRY        Division: None     Status: Closed       [I9310578]
    Title: REPORT               Entered: JOHN E. BARRY
                         Reviewed: DENISE L. ROSEN

    DOMESTIC VIOLENCE(YES OR NO):

    REVIEWING OFFICER:


      ON 11-27-93 AT APPROXIMATELY 7:30 A.M, I WAS DISPATCHED TO 129 LEICESTER ST. FOR A REPORTED DOMESTIC.
      UPON ARRIVAL AT THE RESIDENCE, I WAS MET BY MICHELLE KENNEDY. MS. KENNEDY EXPLAINED THAT HER HUSBAND BRIAN (BOTH ARE KNOWN TO ME FROM PREVIOUS INCIDENTS) STRUCK HER WITH HIS HAND IN THE FACE. HE THEN PULLED THE PHONE FROM HER HAND WHEN SHE TRIED TO CALL THE POLICE. MICHELLE EXPLAINED THAT BRIAN LEFT THE RESIDENCE ON FOOT PRIOR TO MY ARRIVAL, BUT SHE WAS CONFIDENT THAT HE WAS SOMEWHERE IN THE AREA.
       I EXPLAINED TO MICHELLE ALL OF HER OPTIONS UNDER THE 209A LAWS AND

                                                                                                      1862

April 30, 2002                       Tewksbury Police Dept.
                                        Incident Report                          Tuesday 10:54

Single Incident

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | DISPATCHER SUPERVISOR NATURE INCIDENT TYPE |
|---|---|---|---|---|

Narrative   1 (continued)   By: JOHN E. BARRY            Incident I9310578

STRONGLY SUGGESTED THAT SHE SEEK AN EMERGENCY RESTRAINING ORDER.  SHE WAS VERY UNINTERESTED IN WHAT I HAD TO SAY AND INFORMED ME THAT SHE KNEW ALL ABOUT IT AND HAD THEM BEFORE.  SHE ALSO TOLD ME THAT SHE DID NOT THINK THAT BRIAN WOULD RETURN BECAUSE HER MOTHER WAS STAYING WITH HER (THE MOTHER WAS PRESENT DURING THE ASSAULT).  SHE KEPT SCREAMING FOR ME TO DO MY JOB AND ARREST HIM WHILE SHE RACED BACK INSIDE.
       I CHECKED THE AREA WITH OUR OTHER CRUISERS BUT WAS UNABLE TO LOCATE BRIAN.  MICHELLE WAS LEFT STATEMENT FORMS TO COMPLETE AND WAS INSTRUCTED THAT THEY MUST BE RETURNED IN ORDER FOR THE COMPLAINTS TO GO TO COURT.  SHE SAID THAT SHE WOULD THINK ABOUT IT.  I CLEARED THE AREA AND RETURNED TO THE STATION TO FILE THIS REPORT.
       AT THE STATION, I ASKED SGT. JOP JR. TO HAVE A CRUISER STOP BY THE KENNEDY RESIDENCE AND PICK UP THE STATEMENT FORMS.  AT THE TIME OF THIS REPORT I HAVE NOT RECEIVED THE FORMS FROM MS. KENNEDY NOR HAS SHE RETURNED MY CALLS.

                                                   SGT. JOHN E. BARRY

1863