```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
*********************************************
BRIAN KENNEDY, et al                *
                                    *
             Plaintiffs             *
                                    *
v.                                  *   Civil Action no. 04-12357 - PBS
                                    *
TOWN OF BILLERICA, et al            *
                                    *
             Defendants             *
*********************************************
```

## SUPPLEMENTAL REQUESTED JURY INSTRUCTION

Police officers have an affirmative duty to enforce the law and preserve the peace. This includes stopping other police officers from violating the law. A police officer may not ignore the duty imposed by his office and fail to stop other officers who illegally treat, apprehend, seize or punish a third person in his presence. Should you find that Officer Roche illegally arrested or charged the plaintiff with operating with a suspended license and that it was done in the presence of defendant Nestor, and if you find that defendant Nestor did nothing to stop the wrongful arrest, then you may consider this in determining whether defendant Nestor acted with reckless disregard for the plaintiff's emotional state.

*Commonwealth v. Adams et. al.*, 416 Mass. 558, 624 N.E.2d 102, Mass.,1993
*Byrd v. Brishke*, 466 F.2d 1271 (8th Cir., 1972)
*Jennings v. Davis*, 476 F.2d 1271 (8th Cir. 1973)
*Bell v. Mazza*, 394 Mass. 176, 474 N.E.2d 1111 (1985)

|  |  |
|---|---|
|  | Respectfully submitted,<br>Plaintiff's by counsel, |
| Date: <u>October 5, 2007</u> | <u>/s/Andrew M. Fischer</u><br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904<br>Afischer@jasonandfischer.com |