UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,         )
Individually and as mother and next friend of               )
BRIAN KENNEDY, Individually and as mother and        )
next friend of BRIAN KENNEDY, JR.,                              )
                              Plaintiffs                                )
                                                       )
VS.                                                                                       )
                                                       )
TOWN OF BILLERICA, et al                                            )
                              Defendants                           )

**DEFENDANTS' SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS**

Brian Kennedy Jr. has brought a claim for intentional infliction of emotional distress against Officer Nestor.  Here, Officer Nestor's actions were not directed at Brian Kennedy, Jr., but at Michelle Kennedy. In order to prevail on this claim, Brian Kennedy, Jr. must prove to you by a preponderance of the evidence that:

1.     Officer Nestor intended to inflict emotional distress, or that he knew or should have known that emotional distress was likely to result from his conduct.

2.	The defendant's conduct was extreme and outrageous, was beyond all possible bounds of decency and was utterly intolerable in a civilized community.

Case 1:04-cv-12357-PBS   Document 312   Filed 10/05/2007   Page 2 of 6

3. The defendant's conduct caused Brian Kennedy, Jr. to suffer severe emotional distress.

Case 1:04-cv-12357-PBS    Document 312    Filed 10/05/2007    Page 3 of 6

4. Brian Kennedy, Jr. was present at the time of the conduct and knew of the outrageous conduct at substantially the same time that it was occurring.

5.  The emotional distress suffered by Brian Kennedy, Jr. was severe and of the nature that no reasonable person could be expected to endure it.

Respectfully submitted,
DEFENDANTS,
By their attorneys,


/s/ Leonard H. Kesten
Leonard H. Kesten, BBO No. 542042
Jeremy I. Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:  October 5, 2007