AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

| | |
|---|---|
| BRIAN KENNEDY, ET AL<br>V.<br>RICHARD NESTOR AND SCOTT PARKER | EXHIBIT ~~~~~~~ LIST<br><br>Case Number: 04-CV-12357-PBS |

| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>Andrew Fischer, Fred Gilgun | DEFENDANT'S ATTORNEY<br>Leonard Kesten, Jeremy Silverfine |
|---|---|---|
| TRIAL DATE (S) 10/1/07, 10/2, 10/3, 10/4, 10/5, 10/9 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 10/2/07 | ✓ | | MASS RMV RECORDS - MICHELLE KENNEDY |
| | 2 | 10/2/07 | | ✓ | CRIMINAL COMPLAINT - MICHELLE KENNEDY |
| | 3 | 10/3/07 | | ✓ | POLICE REPORT |
| | 4 | 10/3/07 | | ✓ | POLICE REPORT DATED 8/12/93 |
| | 5 | 10/3/07 | | ✓ | POLICE REPORT DATED 11/27/93 |
| | 6 | 10/3/07 | | ✓ | CERTIFIED COPY OF CONVICTION - MICHELLE KENNEDY |
| 8 | | 10/3/07 | | ✓ | AUDIO TAPE |
| 9 | | 10/3/07 | | ✓ | TRANSCRIPT OF AUDIO TAPE (EXHIBIT 8) |
| 10 | | 10/3/07 | | ✓ | LETTER FROM ATTY GILGUN TO TOWN OF BILLERICA |
| 12 | | 10/3/07 | ✓ | | COMPLAINT AGAINST BILLERICA POLICE DEPT |
| 11 | | 10/3/07 | ✓ | | LETTER FROM MICHELLE KENNEDY TO BILLERICA TOWN MANAGER |
| 7 | | 10/3/07 | | ✓ | CJIS PRINTOUT 9-5-93 |
| 14 | | 10/3/07 | | ✓ | BOOKING SHEET - MICHELLE KENNEDY |
| 15 | | 10/3/07 | | ✓ | RMV DOCUMENT - 9/9/93 |
| | 7 | 10/3/07 | | ✓ | POLICE REPORT - 9-5-93 |
| | 8 | 10/3/07 | | ✓ | POLICE REPORT - 9-6-93 |
| 3 | | 10/2/07 | | ✓ | RECORD OF ACQUITTAL - MICHELLE KENNEDY |
| 4 | | 10/2/07 | | ✓ | MASS CITATION - MICHELLE KENNEDY - 9-5-93 |
| 5 | | 10/2/07 | | ✓ | MASS CITATION - MICHELLE KENNEDY - 9-6-93 |
| | 9 | 10/4/07 | | ✓ | HANDWRITTEN LETTER BY MICHELLE KENNEDY TO TOWN MANAGER |
| 16 | | 10/4/07 | | ✓ | BILLERICA PD POLICIES AND PROCEDURES |
| 17 | | 10/4/07 | | ✓ | CARTOON OF BRIAN ROYSTON |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)     **EXHIBIT** ~~███████~~ **LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | Brian Kennedy, et al  vs.  Richard Nestor and Scott Parker | | | CASE NO. 04-CV-12357-PBS |
| 18 | | 10/4/07 | | ✓ | Cartoon of Dean Royston |
| 19 | | 10/4/07 | | ✓ | Cartoon of Dean Royston |
| 21 | | 10/4/07 | | ✓ | Police Report 6/5/93 |
| | A | 10/4/07 | ✓ | | RMV Record |
| | B | 10/4/07 | ✓ | | Police Report ~~SOPO~~ 4/3/02 |
| 1 | | 10/4/07 | | ✓ | Video of Skate Board Ramps |
| 22 | | 10/5/07 | | ✓ | Report - Tewksbury Police 5-7-91 |
| 23 | | 10/5/07 | | ✓ | Video 4/2002 Ramps - Munn |
| | C | 10/5/07 | ✓ | | Report @ 6-28-90 |
| | D | 10/5/07 | ✓ | | Report 5-9-91 |