AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

BRIAN KENNEDY, ET AL
V.
RICHARD NESTOR AND SCOTT PARKER

 WITNESS LIST

Case Number: 04-CV-12357-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Andrew Fischer, Fred Gilgun | Leonard Kesten, Jeremy Silverfine |
| TRIAL DATE(S) 10/1/07, 10/2, 10/3, 10/4, 10/5, 10/9 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/1/07, 10/2/07 | 10/3/07, 10/4/07 | | MICHELLE KENNEDY |
| 2 | | 10/2/07 | | | DEAN ROYSTON |
| | 1 | 10/2/07 | | | THOMAS CONNERS |
| | 2 | 10/3/07 | | | CHRISTOPHER SWIMM |
| 3 | | 10/3/07 | | | BRIAN KENNEDY, JR. |
| 4 | | 10/3/07 | | | CHARLES PATSOURAKOS |
| | 3 | 10/3/07 | | | GERALD ROCHE |
| | 4 | 10/4/07 | | | KATHLEEN CONWAY |
| | 5 | 10/4/07 | | | SCOTT PARKER |
| | 6 | 10/4/07 | | | RICHARD NESTOR |
| | 7 | 10/4/07 | | | DANIEL ROSA, JR. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages