UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE KENNEDY,
BRIAN KENNEDY, JR.,

    Plaintiffs,

v.

SCOTT PARKER, RICHARD NESTOR,

    Defendants.

CIVIL ACTION NO. 04-12357-PBS

Received 3:50 pm
10/9/07

## VERDICT FORM

Saris, U.S.D.J.

**A. Defendant Scott Parker**

1. Did defendant Scott Parker violate the constitutional rights of Michelle Kennedy by using excessive force?

    ____ YES     _X_ NO

2. Did defendant Scott Parker violate the constitutional rights of Michelle Kennedy by unreasonably detaining her?

    ____ YES     _X_ NO

3. Was the conduct of defendant Scott Parker egregiously unacceptable, outrageous, or conscience-shocking?

    _X_ YES     ____ NO

4. Did defendant Scott Parker commit an (assault) or ~~battery~~ on Michelle Kennedy?

    _X_ YES     ____ NO

5. Did defendant Scott Parker intentionally inflict emotional distress against Michelle Kennedy?

    _X_ YES     ____ NO

6. If your answer to Questions 1, 2, 3, 4, or 5 was yes, what is the amount of plaintiff's damages, in dollars?

$ 2,000.00
(in numbers)

$ Two Thousand Dollars & no cents
(in words)

7. If your answer to Questions 1, 2, or 3 was yes, do you award punitive damages?

   __X__ YES        _____ NO

8. If so, how much?

$ 30,000.00
(in numbers)

$ Thirty Thousand Dollars & no cents
(in words)

B. **Defendant Richard Nestor**

1. Did defendant Richard Nestor commit the tort of intentional infliction of emotional distress with respect to Brian Kennedy, Jr.?

   __X__ YES        _____ NO

2. If your answer to Question 1 was yes, what is the amount of the plaintiff's damages, in dollars?

$ 2,500.00
(in numbers)

$ Twenty Five Hundred Dollars & no cents
(in words)

I certify that the answers to the above questions are unanimous.

_Kathleen M. Simmons_
Foreperson

Date: 10/9/07