UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
BRIAN KENNEDY AND MICHELLE KENNEDY, *
Individually and as father and next friend of  *
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR..             *
                                               *
              Plaintiffs                       *
                                               *
v.                                             *   C. A. No. 04-CV-12357-PBS
                                               *
TOWN OF BILLERICA, et al                       *
                                               *
              Defendants                       *
*********************************************
```

## **JUDGMENT**

It is hereby ordered that Judgment enter as follows:

1. For Plaintiff Michelle Kennedy in the amount of $52,000 against the Town of Billerica and in the amount of $2,000 in actual damages and $30,000 in punitive damages against Defendant Richard Parker, with the judgment of $2,000 to be joint and several.

2. For Plaintiff Brian Kennedy, Jr., in the amount of $112,500 against the Town of Billerica, in the amount of $10,000 against Defendant Daniel Rosa and in the amount of $2,500 against Defendant Richard Nestor, the judgments against Defendants Rosa and Nestor to be joint and several with the Town of Billerica.

3. For Plaintiff Mitchell Kennedy, in the amount of $115,000 against the Town of Billerica and in the amount of $15,000 against Defendant Marc Tsoukalis, with the judgment against Defendant Tsoukalis to be joint and several with the Town of Billerica

4. For Plaintiff Dylan Kennedy, in the amount of $100,000 against the Town of Billerica.

5. All other claims as to all other defendants are hereby dismissed.

It is further ordered that the plaintiffs, as prevailing parties are to be awarded costs and attorneys fees, as prevailing parties, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and that plaintiffs are to submit their petition for attorneys fees within twenty one (21) days of the entry of this order.

It is further ordered that interest be awarded on the judgments against defendants Parker and Nestor from the date of the filing of the complaint at the Massachusetts statutory rate of twelve (12%) percent per annum and that interest be awarded on all other parts of the judgment at the federal rate from the date of the jury verdict, April 30, 2007.

                                                                      So ordered

Date: _____                                     _____
                                                                              Patti B. Saris, Justice