November 5, 2007

The Honorable Patti B. Saris
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:     Kennedy v. Town of Billerica
        C.A. 04-CV-12357-PBS

Dear Judge Saris:

  The defendants attach a proposed Judgment as requested by the Court. The defendants have prepared this proposed Judgment to reflect the verdicts rendered by the two juries that heard this case. By submitting this proposal, the defendants do not waive their right to ask for a Judgment Notwithstanding the Verdict, which right the defendants will timely exercise once the Court enters Judgment.

  The defendants suggest to the Court that the awards awarded by the first Jury for Negligent Supervision cannot stand since there are now complete findings as to all of the individual officers sued. The total compensatory damages awarded against all individual officers on behalf of the plaintiffs total $29,500.00. In light of these findings, this Court cannot allow the plaintiffs to recover an additional $350,000.00 in damages for Negligent Supervision of Police Officers who caused $29,500.00 in total damages. Such an award in nonsensical and should not be made by this Court.

  Thank you for your consideration.

           Very truly yours,

           BRODY, HARDOON, PERKINS & KESTEN, LLP


          Leonard H. Kesten

LHK;dac
Attachment