UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY, )
Individually and as mother and next friend of )
BRIAN KENNEDY, Individually and as mother and )
next friend of BRIAN KENNEDY, JR., )
                Plaintiffs )
                 )
VS. )
                 )
TOWN OF BILLERICA, et al )
                Defendants )

**DEFENDANTS' PROPOSED JUDGMENT**

1.    Judgment <u>for</u> the defendants John Barretto, Paul Mathews, Robert Lee, Thomas Connors, Frank A. Mackenzie, Richard Rhonstock, Robert Bailey, John Zarro, Tara Connors, Martin E. Conway, Andrew Devito, Richard Howe, Steven Elmore, William Mcnulty, Donald Maceachern, Michael Casey, Robert Brown, William G. West, Gregory Katz, Gerald Roche, Brian Micciche, William Macdonald, Alan Munn, Timothy Mckenna, and John Doe <u>against</u> plaintiffs Brian Kennedy, Michelle Kennedy, Individually and as mother and next friend of Brian Kennedy Jr., Mitchell Kennedy, and Dylan Kennedy.

2.    Judgment <u>for</u> the defendant Dan Rosa <u>against</u> plaintiffs Brian Kennedy, Michelle Kennedy, Individually and as mother and next friend of Mitchell Kennedy, and Dylan Kennedy.

3. Judgment <u>for</u> the Plaintiff Michelle Kennedy as mother and next friend of Brian Kennedy Jr. <u>against</u> defendant Dan Rosa in the amount of $10,000.00 with pre judgment interest for Intentional Infliction of Emotional Distress.

4. Judgment <u>for</u> the defendant Mark Tsoukalas <u>against</u> plaintiffs Brian Kennedy, Michelle Kennedy, Individually and as mother and next friend of Brian Kennedy Jr., and Dylan Kennedy.

5. Judgment <u>for</u> the plaintiff Michelle Kennedy as mother and next friend of Mitchell Kennedy <u>against</u> Defendant Mark Tsoukalas for false arrest and intentional infliction of emotional distress in the amount of $15,000.00 with pre judgment interest.

6. Judgment <u>for</u> the defendant Richard Nestor <u>against</u> plaintiffs Brian Kennedy, Michelle Kennedy individually and, as mother and next friend of Mitchell Kennedy, and Dylan Kennedy.

7. Judgment <u>for</u> plaintiff Michelle Kennedy as mother and next friend of Brian Kennedy Jr. <u>against</u> defendant Richard Nestor for Intentional Infliction of Emotional Distress in the amount of $2,500.00 with pre judgment interest.

8. Judgment <u>for</u> defendant Scott Parker <u>against</u> plaintiffs Brian Kennedy, Michelle Kennedy, as mother and next friend of Brian Kennedy Jr., Mitchell Kennedy, and Dylan Kennedy.

9.    Judgment for plaintiff Michelle Kennedy, individually, against defendant Scott Parker for assault and violation of Civil Rights in the amount of $2,000.00 with pre judgment interest for compensatory damages and $30,000.00 in punitive damages with no pre judgment interest.

10.    Judgment for the defendant Town of Billerica against plaintiffs Brian Kennedy, Michelle Kennedy, Individually and as mother and next friend of Brian Kennedy Jr. and Dylan Kennedy on the allegations of Civil Rights Violation.

11.    Judgment for plaintiff Michelle Kennedy as mother and next friend of Mitchell Kennedy against the Town of Billerica in on the allegation of Civil Rights Violation. This judgment results in the Town of Billerica being jointly and severally liable for the award of $15,000.00 with pre judgment interest awarded against defendant Mark Tsoukalas described in paragraph 5.

12.    Judgment for the defendant Town of Billerica against plaintiff Brian Kennedy on the allegations of negligent supervision.

13.    Judgment for the plaintiff Michelle Kennedy against the Town of Billerica in the amount of $50,000.00 without pre judgment interest on the allegations of negligent supervision.

14.    Judgment for plaintiff Michelle Kennedy as mother and next friend of Brian Kennedy Jr. against defendant Town of Billerica in the amount of $100,000.00 without pre judgment interest on the allegations of negligent supervision.

15.    Judgment <u>for</u> plaintiff Michelle Kennedy as mother and next friend of Mitchell Kennedy <u>against</u> defendant Town of Billerica in the amount of $100,000.00 without pre judgment interest on the allegations of negligent supervision.

16.    Judgment <u>for</u> plaintiff Michelle Kennedy as mother and next friend of Dylan Kennedy <u>against</u> defendant Town of Billerica in the amount of $100,000.00 without pre judgment interest on the allegations of negligent supervision.

    Respectfully submitted,
    DEFENDANTS,
    By their attorneys,

    /s/ Leonard H. Kesten
    Leonard H. Kesten, BBO No. 542042
    Jeremy I. Silverfine, BBO No. 542779
    BRODY, HARDOON, PERKINS & KESTEN, LLP
    One Exeter Plaza
    Boston, MA 02116
    617- 880-7100

Dated: November 5, 2007