```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


                                    )
BRIAN KENNEDY AND MICHELLE KENNEDY   )
 Individually and as mother and     )
 next friend of BRIAN KENNEDY, JR., )
 MITCHELL KENNEDY and DYLAN KENNEDY, )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              ) Civil Action No.
                                    ) 04-12357-PBS
                                    )
TOWN OF BILLERICA, et al.,          )
                                    )
        Defendants.                 )
                                    )
                                    )
```

**JUDGMENT AND ORDER**

December 10, 2007

Saris, U.S.D.J.

After two jury verdicts dated April 30, 2007 and October 9, 2007, and three memoranda and orders dated March 26, 2007, August 15, 2007, and August 21, 2007, the Court orders entry of judgment as follows:

   1. Judgment for defendants John Barretto, Paul W. Matthews, Robert Lee, Thomas Connors, Frank A. MacKenzie, Richard Rhonstock, Robert Bailey, John Zarro, Tara Connors, Martin E. Conway, Andrew Devito, Richard Howe, Steven Elmore, William McNulty, Donald Maceachern, Michael A. Casey, Robert Brown, William G. West, Gregory Katz, Gerald B. Roche, Brian Micciche, William MacDonald, Alan Munn, and Timothy F. McKenna on all claims by all plaintiffs.

   2. Judgment for the plaintiff Michelle Kennedy as mother

and next friend of Brian Kennedy Jr. against defendant Daniel Rosa for intentional infliction of emotional distress in the amount of $10,000.00 with prejudgment interest. Judgment for Rosa on all other claims by all plaintiffs.

3. Judgment for the plaintiff Michelle Kennedy as mother and next friend of Mitchell Kennedy against Mark Tsoukalas for false arrest and intentional infliction of emotional distress in the amount of $15,000.00 with prejudgment interest. Judgment for Tsoukalas on all other claims by all plaintiffs.

4. Judgment for plaintiff Michelle Kennedy as mother and next friend of Brian Kennedy, Jr. against defendant Richard Nestor for intentional infliction of emotional distress in the amount of $2,500.00 with prejudgment interest. Judgment for Nestor on all other claims by all plaintiffs.

5. Judgment for plaintiff Michelle Kennedy, individually, against defendant Scott Parker for assault, intentional infliction of emotional distress, and violation of her civil rights in the amount of $2,000.00 with prejudgment interest, and in the amount of $30,000.00 in punitive damages with no prejudgment interest. Judgment for Parker on all other claims by all plaintiffs.

6. Judgment for plaintiff Michelle Kennedy as mother and next friend of Mitchell Kennedy against the Town of Billerica on the civil rights violation described in paragraph 3. This judgment results in the Town of Billerica being jointly and severally liable for the award of $15,000.00 with prejudgment

interest against defendant Mark Tsoukalas described in paragraph 3. Judgment for the Town of Billerica on all other federal and state civil rights claims by all plaintiffs.

    7. Judgment for the plaintiff Michelle Kennedy, individually, against defendant Town of Billerica in the amount of $50,000.00 with prejudgment interest for negligent supervision.

    8. Judgment for plaintiff Michelle Kennedy as mother and next friend of Brian Kennedy Jr. against defendant Town of Billerica in the amount of $100,000.00 with prejudgment interest for negligent supervision.

    9. Judgment for plaintiff Michelle Kennedy as mother and next friend Mitchell Kennedy against defendant Town of Billerica in the amount of $100,000.00 with prejudgment interest for negligent supervision.

    10. Judgment for plaintiff Michelle Kennedy as mother and next friend of Dylan Kennedy against defendant Town of Billerica in the amount of $100,000.00 with prejudgment interest for negligent supervision.

    11. Judgment for the defendant Town of Billerica on all other claims by all plaintiffs.

    12. Prejudgment interest is to be calculated at the rate of twelve per cent per annum from the date of commencement of the action.

    13. The Court awards attorneys' fees on the civil rights violations only. The Court also awards costs. A petition for

attorneys' fees shall be filed in 30 days.  Any opposition shall be filed 30 days later.

    SO ORDERED.

                                  **S/PATTI B. SARIS**
                                  United States District Judge