UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., MITCHELL KENNEDY AND DYLAN KENNEDY<br>Plaintiffs<br><br>VS.<br><br>TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN, TIMOTHY F. MCKENNA AND JOHN DOE,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' SECOND MOTION FOR JUDGMENT
NOTWITHSTANDING THE VERDICT OR,
IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL and
REQUEST FOR HEARING and
CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Now come the defendants, incorporating their First Motion for Judgment Notwithstanding the Verdict or for New Trial by this reference as those fully stated herein, hereby ask that this Court vacate the Judgment for the Plaintiffs and enter Judgment for the defendants Daniel Rosa, Mark Tsoukalas, Richard Nestor, Scott Parker, and the Town of Billerica, or, in the alternative, grant the Defendants a New Trial.

1

The Defendants file herewith a Memorandum of Law in Support Defendants' Second Motion for Judgment Notwithstanding The Verdict or, in The Alternative, Motion For A New Trial.

### REQUEST FOR HEARING

The Defendants hereby respectfully request a Hearing in this matter as they believe a hearing will assist the Court in rendering a just and fair decision.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for the Defendants has attempted to confer with Andrew Fischer, attorney for the Plaintiffs, in a good faith attempt to resolve or narrow the issues raised by the instant motion. Unfortunately, however, were not able to confer and attempt to resolve the issues.

> Respectfully submitted,
> DEFENDANTS,
> By their attorneys,
>
> /s/ Leonard H. Kesten
> Leonard H. Kesten, BBO No. 542042
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116
> 617- 880-7100

Dated: December 20, 2007