UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV-12357-PBS

BRIAN KENNEDY AND MICHELLE KENNEDY,          )
Individually and as mother and next friend of          )
BRIAN KENNEDY, JR.,                                              )
MITCHELL KENNEDY AND DYLAN KENNEDY          )
                          Plaintiffs                                      )
                                                                            )
VS.                                                                        )
                                                                            )
TOWN OF BILLERICA, DANIEL C. ROSA, JR.          )
Individually and as Chief of the Billerica Police Department, )
JOHN BARRETTO, Individually and as former Chief of the  )
Billerica Police Department, PAUL W. MATTHEWS,          )
Individually and as former Chief of the Billerica Police)
Department, ROBERT LEE, Individually and as former          )
Deputy Chief of the Billerica Police Department, THOMAS  )
CONNORS, FRANK A. MACKENZIE, RICHARD          )
RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK  )
TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY,   )
ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, )
WILLIAM MCNULTY, DONALD MACEACHERN,          )
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT          )
BROWN, WILLIAM G. WEST, GREGORY KATZ,          )
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM          )
MCNULTY, SCOTT PARKER, ALAN, TIMOTHY          )
F. MCKENNA AND JOHN DOE,                                    )
                          Defendants

**DEFENDANTS' MOTION FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF TWENTY PAGES**

The defendants in this action hereby request leave to file a memorandum

in support of their Motion for Judgment Notwithstanding the Verdict or

Alternatively for a New Trial that is in excess of twenty pages.  As grounds for

this motion, the defendants state that this matter was composed of two trials and

involved multiple defendants.  There are many issues raised in the defendants'

motion and the defendants required the additional pages to adequately present

1

and address the same.  The defendants expect that their Memorandum will

comprise approximately 38 pages.

     Wherefore, the defendants request leave of court to file their

Memorandum in excess of twenty pages.

                     Respectfully submitted,
                     DEFENDANTS,
                     By their attorneys,

                     /s/ Leonard H. Kesten
                     Leonard H. Kesten, BBO No. 542042
                     BRODY, HARDOON, PERKINS & KESTEN, LLP
                     One Exeter Plaza
                     Boston, MA 02116
                     617- 880-7100

Dated:  December 20, 2007