UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BRIAN KENNEDY AND MICHELLE KENNEDY, \*
Individually and as father and next friend of       \*
BRIAN KENNEDY, JR., Individually and as mother \*
next friend of BRIAN KENNEDY, JR..                \*
                                                  \*
         Plaintiffs                                \*
                                                  \*
v.                                                 \*   C. A. No. 04-CV-12357-PBS
                                                  \*
TOWN OF BILLERICA, et al                           \*
                                                  \*
         Defendants                                \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Plaintiff moves this court for the award of attorney's fees and costs from the defendants. As grounds for this motion, plaintiffs state that they has prevailed in this case, as they has obtained judgments against the defendants, and thus are a prevailing party. In support of this motion, plaintiffs have prepared the enclosed memorandum and affidavits.

WHEREFORE, plaintiff moves that this court award attorney's fees and costs to the plaintiff from defendants.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: December 20, 2007

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

kennedy\mtnattyfees