UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as father and next friend of BRIAN KENNEDY, JR., Individually and as mother next friend of BRIAN KENNEDY, JR..<br><br>Plaintiffs<br><br>v.<br><br>TOWN OF BILLERICA, et al<br><br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*   C. A. No. 04-CV-12357-PBS<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF CASSANDRA PETTWAY- JOHNSON

I, Cassandra Pettway-Johnson, do hereby affirm and attest as follows:

1. My name is Cassandra Pettway-Johnson and I am secretary and office manager for Andrew Fischer and the law firm of Jason and Fischer.

2. In the normal course of business, I prepare bills to clients for legal services rendered by Jason & Fischer.

3. I prepared the bill for legal services in this case, Exhibit A, attached hereto. In preparing the bill for this case, I only listed on the fee petition the time for which there are contemporaneous time records. There are often times that Mr. Fischer or others in the office work but forget to record on time sheets. I do not know how much additional time was spent in addition to what I have recorded on the attached bill, but I have made no accommodation for any time worked that was not contemporaneously recorded on a time sheet.

4. All of the time listed on the bill for this case can be supported with back-up documentation, either in the form of contemporaneous handwritten time sheets or computer records documenting when work was performed or when particular work was performed.

5. I have also calculated the out of pocket expenses in this case to be as follows:

| | |
|---|---:|
| Fees for criminal records (2) | $ 80.00 |
| Fees for medical records | 183.52 |
| Deposition transcript of Diane Ashton | 114.00 |
| Deposition transcript of Dean Royston | 286.30 |
| Deposition transcript of Frank MacKenzie | 932.75 |
| Deposition transcript of John Barretto | 362.50 |
| Deposition transcript of John Glavin | 449.75 |
| Deposition transcript of Richard Montouri | 334.25 |
| Deposition transcript of Martin Conway | 362.25 |
| Transcript of Final Pre-Trial Conference | 242.00 |
| Attendance of Stenographer, Deposition of Sargent Prior | 175.00 |
| Service of subpoenas | 1,231.12 |
| Expert Witness fee to Christine Cusack | 700.00 |
| Bromfield Camera fee - copies of videos | 52.50 |
| Bromfield Camera fee - DVD transfer | 31.45 |
| Pacer service fees | 64.40 |
| Constables fee for trial subpoenas | 1,435.00 |
| American Investigative Services | 200.00 |
| American Investigative Services | 75.00 |
| American Investigative Services | 1,888.50 |
| American Investigative Services | 200.00 |
| American Investigative services | 150.00 |
| Courier fee | 84.46 |
| Parking and Cab Fairs | 215.80 |
| Expert Witness Fee  to Reginald Allard | 1,000.00 |
| Total Expenses | $10,850.55 |

**SIGNED AND SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20nd DAY OF DECEMBER, 2007.**

/s/ Cassandra Pettway-Johnson
Cassandra Pettway-Johnson

kennedy\affcpj