UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRIAN KENNEDY AND MICHELLE KENNEDY, \*
Individually and as father and next friend of           \*
BRIAN KENNEDY, JR., Individually and as mother \*
next friend of BRIAN KENNEDY, JR..                       \*
                                                                                  \*
              Plaintiffs                                                   \*
                                                                                  \*
v.                                                                              \*    C. A. No. 04-CV-12357-PBS
                                                                                  \*
TOWN OF BILLERICA, et al                                      \*
                                                                                  \*
              Defendants                                               \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF JOEL P. SUTTENBERG

I, Joel P. Suttenberg, do hereby affirm and attest as follows:

1. My name is Joel P. Suttenberg and I am an attorney practicing law before the state and federal courts in Massachusetts.

2. I was formerly an assistant attorney general in 1974-1975. Currently I practice in the areas of employment discrimination and civil rights law. I have tried numerous cases in Massachusetts and Federal Court and have petitioned and been awarded attorneys fees.

3. I am familiar with billing rates in the greater Boston and eastern Massachusetts area and find that $300 to $350 an hour is a reasonable rate, certainly well within the mean for hourly rates charged by attorneys with experience comparable to Andrew Fischer handling civil rights cases in the Federal Court.

4. I am familiar with Andrew Fischer and know that he has extensive experience litigating civil rights and police misconduct cases in the Federal Court.

5. I and can attest that an hourly rate of $300 an hour is a reasonable rate for an attorney of his knowledge and experience.

**Signed and sworn under the pains and penalties of perjury this 16th day of November, 2007**

*Joel P. Suttenberg*
Joel P. Suttenberg

Kennedy/affjps