UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
BRIAN KENNEDY AND MICHELLE KENNEDY, *
Individually and as father and next friend of      *
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR..                 *
                                                   *
              Plaintiffs                           *
v.                                                 *   C. A. No. 04-CV-12357-PBS
                                                   *
TOWN OF BILLERICA, et al                           *
                                                   *
              Defendants                           *
*********************************************
```

### AFFIDAVIT OF HOWARD FRIEDMAN

I, Howard Friedman, do hereby affirm and attest as follows:

1. I am a member of the Massachusetts Bar. I have been litigating civil rights and police misconduct cases for over 25 years.

3. I am the President of the National Police Accountability Project, a national association of attorneys who handle police misconduct litigation and I chair a local police misconduct lawyers group that meets at Suffolk University. I have chaired the police misconduct subcommittee of the Massachusetts BarAssociation and the Civil Rights Litigation Section of the American Trial Lawyers Association.

4. Before this case was filed Attorney Fred Gilgun asked me if I would serve as co-counsel on the Kennedys' claims against the Billerica Police. I declined his request. I recall commenting at the time that because the allegations of harassment went back many years, litigating this claim would be too time-consuming for my small firm.

5. In taking this case Mr. Gilgun and Mr. Fischer faced a significant risk of losing after spending a significant amount of time and money on the case. I was not willing to take this case and, in my opinion most lawyers, even experienced civil rights practitioners, would not have been willing to take this case.

6. I am familiar with the hourly rates that lawyers charge in Massachusetts and I am familiar with the rates which lawyers have been awarded for their work in civil rights in state and federal courts in Massachusetts.

7. Over twelve years ago Judge Rya Zobel awarded me attorney's fees in a federal civil rights case at the rate of $200 an hour. Since then Judge William Young awarded me attorney's fees at a rate of $240 an hour. However, this year, Judge Young has found $325 an hour to be a reasonable hourly rate for attorneys fees in a civil rights case in *Cerqueira v. American Airlines, Inc.*

8. Likewise, Judge Woodlock found the prevailing rate for civil rights attorneys to be between $200 and $350 per hour in *Porter v. Cabral*, Case No. 04-11935-DPW, (D. Mass., Feb. 21, 2007). This is an appropriate increase from the $265 per hour I was awarded four years ago by Magistrate Judge Collings in the case of *Norris v Murphy*, 287F.Supp.2d 111 (D. Mass., 2003).

9. I am familiar with Andrew Fischer as a colleague representing plaintiffs in police misconduct and civil rights cases. He has quite a bit experience in the field, having tried police misconduct cases in both state and federal courts for over 20 years.

Signed and sworn under the pains and penalties of perjury this 17/day November, 2007

Howard Friedman