UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, * <br> Individually and as father and next friend of * <br> BRIAN KENNEDY, JR., Individually and as mother * <br> next friend of BRIAN KENNEDY, JR.. * <br> * <br> Plaintiffs * <br> * <br> v. * <br> * <br> TOWN OF BILLERICA, et al * <br> * <br> Defendants * | C. A. No. 04-CV-12357-PBS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF DENNIS E. MCKENNA

I, Dennis E. McKenna, do hereby affirm and attest as follows:

1. My name is Dennis E. McKenna and I am a member of the Massachusetts Bar.

2. I am a partner in the litigation department of the law firm, Riemer & Braunstein, LLP.

3. For 17 years my practice has been focused on civil litigation and has included the representation of parties in civil rights and police misconduct cases.

4. I am familiar with the hourly rates that lawyers charge in Massachusetts for representing clients in civil litigation. I typically bill clients at the rate of $450 per hour.

5. I am familiar with Frederick V. Gilgun, Jr. as a colleague practicing in the area of civil litigation and have had the opportunity to try cases with him. He has significant experience and exceptional skill as a litigator, having tried numerous cases over his 20 plus year career . A rate of $350 an hour is a fair and reasonable rate for his work as an attorney.

Signed and sworn under the pains and penalties of perjury this 20th day of December, 2007

_____
Dennis E. McKenna