UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRIAN KENNEDY AND MICHELLE KENNEDY,   \*
Individually and as father and next friend of   \*
BRIAN KENNEDY, JR., Individually and as mother   \*
next friend of BRIAN KENNEDY, JR..   \*
                                                              \*
          Plaintiffs                                      \*
                                                              \*
v.                                                           \*    C. A. No. 04-CV-12357-PBS
                                                              \*
TOWN OF BILLERICA, et al                    \*
                                                              \*
          Defendants                                   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE MEMORANDUM
## IN EXCESS OF TWENTY PAGES

Now come the plaintiffs and seek leave to file a memorandum in excess of twenty pages in support of their Petition for Attorneys fees.

This case was complex, consisting of two trials and multiple motions and numerous sophisticated and complex legal issues. In addition, the defendants have asserted multiple defenses and filed multiple motions, requiring the plaintiffs to incur significant legal time. Consequently, the plaintiffs seek substantive fees. The memorandum, explaining and justifying the fees sought is just over 26 pages.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: December 21, 2007

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com