UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************** 
BRIAN KENNEDY AND MICHELLE KENNEDY,   *
Individually and as father and next friend of    *
BRIAN KENNEDY, JR., Individually and as mother  *
next friend of BRIAN KENNEDY, JR..               *
                                                 *
            Plaintiffs                           *
                                                 *
v.                                               *    C. A. No. 04-CV-12357-PBS
                                                 *
TOWN OF BILLERICA, et al                         *
                                                 *
            Defendants                           *
***********************************
```

## MOTION TO CORRECT THE JUDGMENT

Now come the plaintiffs and move, pursuant to F.R.C.P., Rule 60(a), allowing for the correction of a clerical mistake, or F.R.C.P., Rule 59(e), providing for a motion to alter or amend a judgment, that this Honorable Court correct the judgment entered on December 10, 2007, so that the judgment of Michelle Kennedy for civil rights violations by Scott Parker [¶ 5 of the judgment] be entered as a judgment against the defendant Town of Billerica, as well.

As reason, plaintiffs state that, pursuant to the Court's bifurcation order, the _Monell_ claim was tried in the first trial, with the understanding that any subsequent civil rights violations against individual officers would be imputed to the town.

The jury in the first trial found that the defendant town failed to properly discipline or supervise its officers in a manner that was deliberately indifferent to the civil rights of the plaintiffs, and thus was liable on the _Monell_ claim.  Just as this was a basis for a finding against the defendant Town for the civil rights violation of its officer, Marc Tsoukalis, the town should

also be liable, based on the *Monell* finding of deliberate indifference, for the civil rights violations of its officer, defendant Parker.

The plaintiffs' proposed verdict form provided for such a joint finding but it was overlooked on the Judgment and Order entered by the Court on December 10, 2007.

Plaintiffs bring this motion to correct this oversight.

.

                                                Respectfully submitted,
                                                Brian Kennedy, et al
                                                by their counsel

Date: December 21, 2007                            /s/ Andrew M. Fischer
                                                Andrew M. Fischer
                                                BB0# 167040
                                                JASON & FISCHER
                                                47 Winter Street
                                                Boston, MA 02108
                                                (617) 423-7904
                                                afischer@jasonandfischer.com