UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
BRIAN KENNEDY AND MICHELLE KENNEDY,   *
Individually and as father and next friend of    *
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR..              *
                                                *
              Plaintiffs                        *
                                                *
v.                                              *    C. A. No. 04-CV-12357-PBS
                                                *
TOWN OF BILLERICA, et al                        *
                                                *
              Defendants                        *
*********************************************
```

## AFFIDAVIT OF ANDREW M. FISCHER

I, Andrew M. Fischer, do hereby affirm and attest as follows:

1. My name is Andrew M. Fischer, and I am co-counsel for the plaintiffs in this case and in that capacity have personal knowledge of each of the facts attested to herein.

2. On December 20, when I arrived at my office in the morning I had a voice mail telephone message from a Mr. Donahue who identified himself as from the law firm of the defendants in this case.

3. Mr. Donahue said that he was told to call by his superiors, Mr. Kesten and Mr. Silverfine, to inform me that they intended to file a second motion for judgment JNOV. He then said that Mssrs Kesten and Silverfine presumed I would not agree to their filing the motion but that by making this phone call, he was complying with Local Rule 7.1.

4. The time stamp on the message indicated that the message was left at 6:33 p.m.

5. The ECF filing shows that defendants' Second Motion for JNOV was filed at 6:34 p.m.

Signed and sworn under the pains and penalties of perjury this 2nd day of January, 2008

/s/ Andrew M. Fischer
Andrew M. Fischer

Aff amfmojnov