UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| | \* |
| Plaintiffs | \* |
| | \* |
| v. | \*   C. A. No. 04-CV-12357-PBS |
| | \* |
| TOWN OF BILLERICA, et al | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiffs and certifies that he has conferred with defense counsel, Leonard Kesten, pursuant to Rule 7.1, regarding plaintiffs' Petition for Attorneys Fees. Specifically, undersigned counsel exchanged several emails on this date but werre unable to reach agreement, resolve or narrow the issues.

Respectfully submitted,
Brian Kennedy, et al
by their counsel

Date: _____

\_\_/s/Andrew M. Fischer_____
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

kennedy\7.1cert\mocompelfurtheransints