UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************************

BRIAN KENNEDY AND MICHELLE KENNEDY, *
Individually and as father and next friend of *
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR.. *
                                                             *
            Plaintiffs                                  *
                                                            *
v.                                                                     *    C. A. No. 04-CV-12357-PBS
                                                              *
TOWN OF BILLERICA, et al                         *
                                                              *
           Defendants                            *

*******************************************

## MOTION FOR LEAVE TO FILE MEMORANDUM
## IN EXCESS OF TWENTY PAGES

Now come the plaintiffs and seek leave to file a memorandum in excess of twenty pages in response to the defendants' Second Motion for Judgment Notwithstanding the Verdict or In the Alternative, Motion for a New Trial.

As reason, defendants' motion is supported by a memorandum thirty nine (39) pages long with twelve (12) subsection that raise numerous issues. Consequently, the plaintiffs need additional pages to respond. The plaintiffs' opposition memorandum is 34 pages.

                                                            Respectfully submitted,
                                                            Brian Kennedy, et al
                                                            by their counsel

Date: <u>January 4, 2008</u>                     <u>/s/ Andrew M. Fischer</u>
                                                           Andrew M. Fischer
                                                           BB0# 167040
                                                           JASON & FISCHER
                                                           47 Winter Street
                                                           Boston, MA 02108
                                                           (617) 423-7904
                                                           afischer@jasonandfischer.com