UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*Received*
*4:25 pm*
*4/30/07*

|  |  |
|---|---|
| BRIAN KENNEDY, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 04-12357-PBS |
| TOWN OF BILLERICA, *et al.* | ) |
| Defendants. | ) |

**VERDICT FORM**

SARIS, U.S.D.J.

**A. Defendant Mark Tsoukalis**

1. Did plaintiffs prove that Tsoukalis used excessive force during the arrest of Brian Kennedy, Sr. on November 9, 2001, in violation of his civil rights?

Yes _____    No ___✔_____

2. Did plaintiffs prove that Tsoukalis used excessive force on Michelle Kennedy when he allegedly broke her finger during a traffic stop on June 8, 2002, in violation of her civil rights?

Yes _____    No ___✔_____

3. Did plaintiffs prove that Tsoukalis arrested Mitchell Kennedy for assault and battery on a police officer without probable cause in March 2004, in violation of his civil rights?

Yes ___✔_____    No _____

4. Did Tsoukalis maliciously prosecute Mitchell Kennedy in violation of his civil rights?

Yes _____    No ___✔_____

5.   Did plaintiffs prove that Tsoukalis conspired with other members of the Billerica Police force to violate the civil rights of any members of the Kennedy family?

Yes _____     No ____✔_____

6.   If you answered yes to Q.5, did plaintiffs prove that any civil rights violation that was during and within the scope of the conspiracy injured any of the following plaintiffs?

Brian Kennedy

Yes _____     No _____

Michelle Kennedy

Yes _____     No _____

Brian Kennedy, Jr.

Yes _____     No _____

Mitchell Kennedy

Yes _____     No _____

Dylan Kennedy

Yes _____     No _____

7.   Did plaintiffs prove that Tsoukalis committed assault and battery on Brian Kennedy, Jr. in September 2002 when he allegedly grabbed him by the shoulder, in violation of his civil rights?

Yes _____     No ____✔_____

8.   Did Tsoukalis intentionally inflict emotional distress against any member of the Kennedy Family?

Brian Kennedy

Yes _____     No ____✔_____

Michelle Kennedy

Yes _____     No ____✔_____

Brian Kennedy, Jr.

        Yes _____    No ____✔_____

Mitchell Kennedy

        Yes ____✔_____    No _____

Dylan Kennedy

        Yes ____✔_____    No _____

9.  If your answer to any of the above questions was yes,
then what is the amount of the plaintiffs' damages caused by
defendant's conduct?

Brian Kennedy

    $ __O_____    (in numbers)

    __ZERO_____    dollars (in words)

Michelle Kennedy

    $ __O_____    (in numbers)

    __ZERO_____    dollars (in words)

Brian Kennedy, Jr.

    $ __O_____    (in numbers)

    __ZERO_____    dollars (in words)

Mitchell Kennedy

    $ _15,000_____    (in numbers)

    __FIFTEEN THOUSAND _____    dollars (in words)

Dylan Kennedy

    $ _O_____    (in numbers)

    __ZERO_____    dollars (in words)

9(a). If you awarded damages caused by the alleged civil rights conspiracy, what amount is attributable to that claim?

Brian Kennedy

$_____ (in numbers)

_____ dollars (in words)

Michelle Kennedy

$_____ (in numbers)

_____ dollars (in words)

Brian Kennedy, Jr.

$_____ (in numbers)

_____ dollars (in words)

Mitchell Kennedy

$_____ (in numbers)

_____ dollars (in words)

Dylan Kennedy

$_____ (in numbers)

_____ dollars (in words)

10.  Do you award punitive damages?

     Yes _____     No ____✔_____

11.  What is the amount of punitive damages?

Brian Kennedy

$_____ (in numbers)

_____ dollars (in words)

4

Michelle Kennedy

$_____ (in numbers)

_____ dollars (in words)

Brian Kennedy, Jr.

$_____ (in numbers)

_____ dollars (in words)

Mitchell Kennedy

$_____ (in numbers)

_____ dollars (in words)

Dylan Kennedy

$_____ (in numbers)

_____ dollars (in words)

**B. Daniel C. Rosa, Jr.**

1.  Did plaintiffs prove that Rosa violated the civil rights of Michelle Kennedy by using excessive force on her in the jail cell after her arrest on the Massone incident?

Yes _____          No ✔_____

2.  Did plaintiffs prove that Rosa maliciously prosecuted Mitchell Kennedy after the Massone incident, in violation of his civil rights?

Yes _____          No ✔_____

3.  Did plaintiffs prove that Rosa conspired with other members of the Billerica Police force to violate the civil rights of any members of the Kennedy family?

Yes _____          No ✔_____

4.  If you answered yes to Q.3, did plaintiffs prove that any civil rights violation that was during and within the scope of the conspiracy injured any of the following plaintiffs?

Brian Kennedy

Yes _____          No _____

Michelle Kennedy

Yes _____          No _____

Brian Kennedy, Jr.

Yes _____          No _____

Mitchell Kennedy

Yes _____          No _____

Dylan Kennedy

Yes _____          No _____

6

5.  Did Rosa intentionally inflict emotional distress on Brian Kennedy, Jr. by seeking a criminal complaint in the Kaiser rock throwing incident?

Yes ___✔___          No _____

6.  Did Rosa intentionally inflict emotional distress on Michelle Kennedy by his treatment of her in the jail cell after the Massone incident?

Yes _____          No ___✔___

7.  Did Rosa intentionally inflict emotional distress on Mitchell Kennedy by filing a complaint against him following the Massone incident?

Yes _____          No ___✔___

8.  If your answer to any of the above questions was yes, then what is the amount of the plaintiffs' damages caused by defendant's conduct?

Brian Kennedy

$ __O_____ (in numbers)

__ZERO_____ dollars (in words)

Michelle Kennedy

$ __O_____ (in numbers)

__ZERO_____ dollars (in words)

Brian Kennedy, Jr.

$ __10,000._____ (in numbers)

__TEN THOUSAND _____ dollars (in words)

Mitchell Kennedy

$ __0_____ (in numbers)

__ZERO_____ dollars (in words)

Dylan Kennedy

$ _O_____ (in numbers)

_____ dollars (in words)

8(a). If you awarded damages caused by the alleged civil
rights conspiracy, what amount is attributable to that claim?

Brian Kennedy

$_____ (in numbers)

_____ dollars (in words)

Michelle Kennedy

$_____ (in numbers)

_____ dollars (in words)

Brian Kennedy, Jr.

$_____ (in numbers)

_____ dollars (in words)

Mitchell Kennedy

$_____ (in numbers)

_____ dollars (in words)

Dylan Kennedy

$_____ (in numbers)

_____ dollars (in words)

9.  Do you award punitive damages?

        Yes _____      No _____✔_____

8

10.  What is the amount of punitive damages?

Brian Kennedy

$_____(in numbers)

_____dollars (in words)

Michelle Kennedy

$_____(in numbers)

_____dollars (in words)

Brian Kennedy, Jr.

$_____(in numbers)

_____dollars (in words)

Mitchell Kennedy

$_____(in numbers)

_____dollars (in words)

Dylan Kennedy

$_____(in numbers)

_____dollars (in words)

## C. Defendant Steven Elmore

1. Did plaintiffs prove that Elmore conspired with other members of the Billerica Police force to violate the civil rights of any member of the Kennedy family?

Yes _____    No __✓_____

2. If your answer to Q.1 was yes, did plaintiffs prove that any civil rights violation that was during and within the scope of the conspiracy injured any of the plaintiffs?



Brian Kennedy

Yes _____    No _____

Michelle Kennedy

Yes _____    No _____

Brian Kennedy, Jr.

Yes _____    No _____

Mitchell Kennedy

Yes _____    No _____

Dylan Kennedy

Yes _____    No _____

3. Did Elmore intentionally inflict emotional distress on Brian Kennedy, Jr. by seeking a criminal complaint against him as result of the Kaiser rock-throwing charge?

Yes _____    No __✓_____

4. If your answer to any of these questions was yes, then what is the amount of the plaintiffs' damages caused defendant's conduct?

Brian Kennedy



$_____ (in numbers)

_____ dollars (in words)

Michelle Kennedy

$_____ (in numbers)

_____ dollars (in words)

Brian Kennedy, Jr.

$_____ (in numbers)

_____ dollars (in words)

Mitchell Kennedy

$_____ (in numbers)

_____ dollars (in words)

Dylan Kennedy

$_____ (in numbers)

_____ dollars (in words)

4(a). If you awarded damages caused by the alleged civil rights conspiracy, what amount is attributable to that claim?

Brian Kennedy

$_____ (in numbers)

_____ dollars (in words)

Michelle Kennedy

$_____ (in numbers)

_____ dollars (in words)

Brian Kennedy, Jr.

$_____ (in numbers)

_____ dollars (in words)

Mitchell Kennedy

$_____ (in numbers)

_____ dollars (in words)

_____

Dylan Kennedy

$_____ (in numbers)

_____ dollars (in words)

_____

5.  Do you award punitive damages?

    Yes _____    No \_\_\_\_✔_____

6.  What is the amount of punitive damages?

Brian Kennedy

$_____ (in numbers)

_____ dollars (in words)

Michelle Kennedy

$_____ (in numbers)

_____ dollars (in words)

Brian Kennedy, Jr.

$_____ (in numbers)

_____ dollars (in words)

Mitchell Kennedy

$_____ (in numbers)

_____ dollars (in words)

Dylan Kennedy

$_____ (in numbers)

_____ dollars (in words)

_____

**D.    Defendant Frank A. MacKenzie**

1.  Did plaintiffs prove that MacKenzie conspired with other members of the Billerica Police force to violate the civil rights of any members of the Kennedy Family?

Yes _____         No _____✔_____

2.  If you answered yes to Q.1, did plaintiffs prove that any civil rights violation that was during and within the scope of the conspiracy injured any of the following plaintiffs?

Brian Kennedy

Yes _____         No _____

Michelle Kennedy

Yes _____         No _____

Brian Kennedy, Jr.

Yes _____         No _____

Mitchell Kennedy

Yes _____         No _____

Dylan Kennedy

Yes _____         No _____

3.  Did MacKenzie intentionally inflict emotional distress on any of the following members of the Kennedy Family?

Brian Kennedy, Jr.

Yes _____         No _____✔_____

Mitchell Kennedy

Yes _____         No _____✔_____

Dylan Kennedy

Yes _____         No _____✔_____

Case 1:04-cv-12357-PBS    Document 256    Filed 04/30/2007    Page 14 of 23

4.  If your answer to any of these questions was yes with respect to any plaintiff(s), then what is the amount of damages caused by defendant's conduct?



Brian Kennedy

$_____ (in numbers)

_____ dollars (in words)

Michelle Kennedy

$_____ (in numbers)

_____ dollars (in words)

Brian Kennedy, Jr.

$_____ (in numbers)

_____ dollars (in words)

Mitchell Kennedy

$_____ (in numbers)

_____ dollars (in words)

Dylan Kennedy

$_____ (in numbers)

_____ dollars (in words)

4(a).  If you awarded damages caused by the alleged civil rights conspiracy, what amount is attributable to that claim?



Brian Kennedy

$_____ (in numbers)

_____ dollars (in words)

14

Michelle Kennedy

$\underline{\hspace{5cm}}$ (in numbers)

$\underline{\hspace{6cm}}$ dollars (in words)

Brian Kennedy, Jr.

$\underline{\hspace{5cm}}$ (in numbers)

$\underline{\hspace{6cm}}$ dollars (in words)

Mitchell Kennedy

$\underline{\hspace{5cm}}$ (in numbers)

$\underline{\hspace{6cm}}$ dollars (in words)

Dylan Kennedy

$\underline{\hspace{5cm}}$ (in numbers)

$\underline{\hspace{6cm}}$ dollars (in words)

5.  Do you award punitive damages?

Yes $\underline{\hspace{3cm}}$        No $\underline{\hspace{3cm}}$ ✔

6.  What is the amount of punitive damages?

Brian Kennedy

$\underline{\hspace{5cm}}$ (in numbers)

$\underline{\hspace{6cm}}$ dollars (in words)

Michelle Kennedy

$\underline{\hspace{5cm}}$ (in numbers)

$\underline{\hspace{6cm}}$ dollars (in words)

Brian Kennedy, Jr.

$\underline{\hspace{5cm}}$ (in numbers)

$\underline{\hspace{6cm}}$ dollars (in words)

15



Mitchell Kennedy

$_____ (in numbers)

_____ dollars (in words)

Dylan Kennedy

$_____ (in numbers)

_____ dollars (in words)

**E. Defendant Thomas Connors**

　　1.　Did plaintiffs prove that Connors conspired with other members of the Billerica Police force to violate the civil rights of any members of the Kennedy family?

Yes _____　　　No _____✓_____

　　2.　If you answered yes to Q.1, did plaintiffs prove that any civil rights violation that was during and within the scope of the conspiracy injured any of the following plaintiffs?



Brian Kennedy

Yes _____　　　No _____

Michelle Kennedy

Yes _____　　　No _____

Brian Kennedy, Jr.

Yes _____　　　No _____

Mitchell Kennedy

Yes _____　　　No _____

Dylan Kennedy

Yes _____　　　No _____

　　3.　If your answer to Q.2 was yes, then what is the amount of the plaintiff's damages caused by defendant's conduct?



Brian Kennedy

$_____ (in numbers)

_____ dollars (in words)

Michelle Kennedy

$_____ (in numbers)

_____ dollars (in words)

17

Brian Kennedy, Jr.

$_____ (in numbers)

_____ dollars (in words)

Mitchell Kennedy

$_____ (in numbers)

_____ dollars (in words)

Dylan Kennedy

$_____ (in numbers)

_____ dollars (in words)

4.  Do you award punitive damages?

        Yes _____    No _____✓_____

5.  What is the amount of punitive damages?

Brian Kennedy

$_____ (in numbers)

_____ dollars (in words)

Michelle Kennedy

$_____ (in numbers)

_____ dollars (in words)

Brian Kennedy, Jr.

$_____ (in numbers)

_____ dollars (in words)

Mitchell Kennedy

$_____ (in numbers)

_____ dollars (in words)

Case 1:04-cv-12357-PBS     Document 256     Filed 04/30/2007     Page 19 of 23



Dylan Kennedy

$_____ (in numbers)

_____ dollars (in words)

**F. Defendant Town of Billerica**

1. Did the Town of Billerica fail to properly discipline or supervise the defendant officers in a manner that was deliberately indifferent to the civil rights of the plaintiffs?

Yes ____✓____          No _____

2. Did any such deliberate indifference cause the violation of civil rights of any of the following members of the Kennedy family?

Brian Kennedy

Yes _____          No ____✓____

Michelle Kennedy

Yes _____          No ____✓____

Brian Kennedy, Jr.

Yes _____          No ____✓____

Mitchell Kennedy

Yes ____✓____          No _____

Dylan Kennedy

Yes _____          No ____✓____

3. Did the Town of Billerica commit negligence in disciplining or supervising its police officers which proximately caused harm to the following members of the Kennedy Family?

Brian Kennedy

Yes _____          No ____✓____

Michelle Kennedy

Yes ____✓____          No _____

Brian Kennedy, Jr.

Yes ____✓____          No _____

20

Mitchell Kennedy

      Yes  _____✓_____     No _____

Dylan Kennedy

      Yes  _____✓_____     No _____

4.  If your answer to any of the above questions was yes, then what is the amount of the plaintiffs' damages caused by defendant's conduct?

Brian Kennedy

    $ **O** _____ (in numbers)

    **ZERO** _____ dollars (in words)

Michelle Kennedy

    $ **50,000.** _____ (in numbers)

    **FIFTY THOUSAND** ———— dollars (in words)

Brian Kennedy, Jr.

    $ **190,000.** _____ (in numbers)

    **ONE HUNDRED NINETY THOUSAND** dollars (in words)

Mitchell Kennedy

    $ **235,000.** _____ (in numbers)

    **TWO HUNDRED THIRTY FIVE** _____ dollars (in words)
                **THOUSAND**

Dylan Kennedy

    $ **100,000.** _____ (in numbers)

    **ONE HUNDRED THOUSAND** — dollars (in words)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

What is the total amount of damages you award for compensatory damages?

Brian Kennedy, Sr.

$ _O_____ (in numbers)

_ZERO_____ dollars (in words)

Michelle Kennedy

$ _50,000._____ (in numbers)

_FIFTY THOUSAND_____ dollars (in words)

Brian Kennedy, Jr.

$ _200,000._____ (in numbers)

_TWO HUNDRED THOUSAND___ dollars (in words)

Mitchell Kennedy

$ _250,000._____ (in numbers)

_TWO HUNDRED FIFTY THOUSAND_ dollars (in words)

Dylan Kennedy

$ _100,000._____ (in numbers)

_ONE HUNDRED THOUSAND___ dollars (in words)

What is the total mount of damages you award for punitive damages?

Brian Kennedy, Sr.

$_____ (in numbers)

_____ dollars (in words)

22

Michelle Kennedy

$_____ (in numbers)

_____ dollars (in words)

Brian Kennedy, Jr.

$_____ (in numbers)

_____ dollars (in words)

Mitchell Kennedy

$_____ (in numbers)

_____ dollars (in words)

Dylan Kennedy

$_____ (in numbers)

_____ dollars (in words)

Do you award pre-judgment interest on the compensatory damages?

Yes _____    No 

I certify that the answers to the above questions are unanimous.

_____
Foreperson

Date: 4/30/07

23