UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHELLE KENNEDY, <br> BRIAN KENNEDY, JR., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT PARKER, RICHARD NESTOR, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-12357-PBS <br> ) <br> ) <br> ) <br> ) <br> ) |

*RECEIVED*
*3:50 pm*
*10/9/07*
*QQ*

**VERDICT FORM**

Saris, U.S.D.J.

**A.  Defendant Scott Parker**

1.  Did defendant Scott Parker violate the constitutional rights of Michelle Kennedy by using excessive force?

\_\_\_\_\_ YES      X NO

2.  Did defendant Scott Parker violate the constitutional rights of Michelle Kennedy by unreasonably detaining her?

\_\_\_\_\_ YES      X NO

3.  Was the conduct of defendant Scott Parker egregiously unacceptable, outrageous, or conscience-shocking?

X YES      \_\_\_\_\_ NO

4.  Did defendant Scott Parker commit an (assault) or ~~battery~~ on Michelle Kennedy?

X YES      \_\_\_\_\_ NO

5.  Did defendant Scott Parker intentionally inflict emotional distress against Michelle Kennedy?

X YES      \_\_\_\_\_ NO

6. If your answer to Questions 1, 2, 3, 4, or 5 was yes, what is the amount of plaintiff's damages, in dollars?

$ *2,000.00*
(in numbers)

$ *Two thousand Dollars & no cents*
(in words)

7. If your answer to Questions 1, 2, or 3 was yes, do you award punitive damages?

X YES \_\_\_\_\_ NO

8. If so, how much?

$ *30,000.00*
(in numbers)

$ *Thirty thousand Dollars & no cents*
(in words)

**B. Defendant Richard Nestor**

1. Did defendant Richard Nestor commit the tort of intentional infliction of emotional distress with respect to Brian Kennedy, Jr.?

X YES \_\_\_\_\_ NO

2. If your answer to Question 1 was yes, what is the amount of the plaintiff's damages, in dollars?

$ *2,500.00*
(in numbers)

$ *Twenty Five Hundred Dollars & no cents*
(in words)

I certify that the answers to the above questions are unanimous.

*Kathleen M. Simmons*
Foreperson

Date: *10/9/07*

2