**COPY**

VOLUME: 1
PAGES: 1 - 90
EXHIBITS: See Index

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
*******************************************
BRIAN KENNEDY and MICHELLE KENNEDY,      )
Individually and as Mother and Next       )
Friend of BRIAN KENNEDY, JR., MITCHELL    )
KENNEDY and DYLAN KENNEDY,                )
                              Plaintiffs, )   Case Number:
                                          )   04-CV-012357-PBS
                                          )
             vs.                          )
                                          )
TOWN OF BILLERICA, et al.,                )
                              Defendants. )
*******************************************
```

   DEPOSITION OF MARK TSOUKALAS, a Witness called by and on behalf of the Plaintiffs, taken pursuant to the applicable Massachusetts Rules of Civil Procedure, before Vincent Martino, a Notary Public within and for the Comm. Of Massachusetts, held at the Offices of Jason & Fischer, 47 Winter Street, Boston, MA, 02109, on Tuesday, November 1st, 2005, commencing at 10:00 a.m.

COPLEY COURT REPORTING
101 Tremont Street
Boston, Massachusetts 02108
(617) 423-5841

1     A.    No.

2     Q.    You never grabbed Brian, Jr., around the neck?

3     A.    No.

4     Q.    Did you ever call him a retard?

5     A.    No.

6     Q.    Aside from the investigation into this allegation
7  of trespass, were there any other incidents that you
8  investigated concerning the Kennedy children?

9     A.    Yes.

10    Q.    What other incidents?

11    A.    Trespassing.

12    Q.    Was that before or after the November of 2002
13 investigation?

14    A.    After.

15    Q.    What triggered that investigation?

16    A.    We were called, the police department was called
17 down to the trailer park for some kids running on top of a
18 vacant trailer.

19    Q.    Do you recall the date when that was?

20    A.    I don't recall.

21    Q.    Do you recall if it was within months of the
22 November, 2002 investigation?

23    A.    No, it had to have been a good year after anyway.

24    Q.    What happened after -- you said we were called. Who
25 else was called?

```
 1      A.   The Billerica Police Department. That's what I mean
 2   by we.
 3      Q.   Did you respond to that call?
 4      A.   Yes.
 5      Q.   Who did you speak with when you first responded to
 6   that call?
 7      A.   Dylan Kennedy.
 8      Q.   Do you know who the source of that complaint was?
 9      A.   I don't know.
10      Q.   Did you receive that call through dispatch?
11      A.   Yes.
12      Q.   And did dispatch indicate who was making the
13   complaint that these children were running on the trailer?
14      A.   No.
15      Q.   You say when you arrived you spoke with Dylan
16   Kennedy?
17      A.   Yes.
18      Q.   And what did he say to you and you say to him?
19      A.   He told me to go fuck myself and he shoved me and
20   at that point he was placed under arrest for an assault
21   and battery on a police officer.
22      Q.   How old was Dylan at the time?
23      A.   Thirteen or fourteen years old.
24      Q.   Did you suffer any injuries as a result of that
25   contact?
```

1   A.   No, I didn't.
2   Q.   Was anybody present with you when this incident
3   occurred involving Dylan Kennedy?
4   A.   Yes.
5   Q.   Who was there?
6   A.   Officer H-a-r-r-i-n-g.
7   Q.   Officer Harring witnessed Dylan Kennedy shove you,
8   is that correct?
9   A.   Yes.
10  Q.   So prior to Dylan Kennedy telling you to go fuck
11  yourself, did you say anything to him?
12  A.   I asked him if he was on top of one of the
13  trailers.
14  Q.   Is that when he responded to go fuck yourself?
15  A.   Yes.
16  Q.   He didn't have anything else to say besides that?
17  A.   No.
18  Q.   Okay.
19  A.   Yes, he said to get the fucking flashlight out of
20  his face. That's what he said.
21  Q.   Was that before he told you to go fuck yourself?
22  A.   Yes.
23  Q.   Did you have a flashlight in your possession that
24  evening?
25  A.   Yes.

1  Q. Were you shining it in his face?

2  A. Yes.

3  Q. Why were you shining it in his face?

4  A. Because I couldn't see who it was. I needed to
5  illuminate him.

6  Q. It was dark out?

7  A. Yes.

8  Q. Did you have your German Shepherd with you that
9  evening?

10 A. Yes.

11 Q. Where was the German Shepherd during this incident
12 involving Dylan Kennedy?

13 A. In the back of the car.

14 Q. Were you afraid of Dylan Kennedy that evening?

15 A. No.

16 Q. Were you in a separate car from Officer Harring?

17 A. Yes.

18 Q. Were you specifically dispatched to this location
19 to investigate this matter?

20 A. Yes.

21 Q. Was Officer Harring dispatched as well?

22 A. Yes.

23 Q. Do you know why both you and Officer Harring were
24 both dispatched to investigate this allegation?

25 A. It is not uncommon to send two cars to a call such

1   as that.
2   Q.  Who arrived first, you or Officer Harring?
3   A.  I'm not sure. I don't recall.
4   Q.  Were there any other officers there at the scene?
5   A.  No.
6   Q.  Were there any other witnesses to this incident
7   involving Dylan Kennedy?
8   A.  There were two other kids there but I can't recall
9   who they were.
10  Q.  Did you speak to them?
11  A.  Officer Harring did.
12  Q.  Do you know if Officer Harring took their names
13  down?
14  A.  I don't recall.
15  Q.  Do you know if they observed Dylan Kennedy strike
16  you?
17  A.  I don't recall if they observed it or not.
18  Q.  Aside from those two children, are you aware of any
19  other witnesses to this incident involving Dylan Kennedy?
20  A.  No.
21  Q.  Did you know Mitchell Kennedy from prior
22  involvement?
23  A.  Other than the trespassing incident, no.
24  Q.  So Dylan Kennedy was involved in the prior
25  trespassing as well?

1   A.  I might have confused the two children. I think it
2   was Mitchell that was involved in the trespassing and also
3   Mitchell that was involved in this. Did I say Dylan?
4   Q.  Yes.
5   A.  I apologize. It was Mitchell.
6   Q.  Mitchell was involved in the trespass that you
7   investigated earlier about a year ago, a year prior to
8   this?
9   A.  Yes.
10  Q.  Did Mitchell Kennedy strike you in any other way
11  other than when he allegedly struck you?
12  A.  No.
13  Q.  So the sole basis for charging Mitchell Kennedy the
14  thirteen year old boy with assault and battery on a police
15  officer was a push in the chest, correct?
16  A.  Correct.
17  Q.  You placed Mitchell Kennedy under arrest for that,
18  didn't you?
19  A.  Yes.
20  Q.  Could you tell me the procedure that you employed
21  to arrest Mitchell Kennedy?
22  A.  I handcuffed him and placed him in the back of
23  Officer Harring's car.
24  Q.  How did you handcuff him?
25  A.  Behind his back.

1    Q.    Did you have him stand in any position?
2    A.    No.
3    Q.    Did he resist in any way?
4    A.    No.
5    Q.    Was Mitchell Kennedy ever convicted of this crime?
6    A.    No.
7    Q.    Did you testify in a case against him?
8    A.    Yes.
9    Q.    Was he acquitted?
10   A.    Yes.
11        MR. GILGUN: Let's mark this as Exhibit Number 11
12   for Identification.
13                        (Marked Exhibit Number 11,
14                         Police Report.)
15   Q.    Officer Tsoukalas, you have in front of you what is
16   marked Exhibit Number 11. Do you recognize that document?
17   A.    Yes.
18   Q.    Is that the police report prepared in connection
19   with the arrest of Mitchell Kennedy for this assault and
20   battery on you?
21   A.    Yes.
22   Q.    Do you know who it is that prepared the narrative
23   that appears in that document?
24   A.    It would be myself and Officer Harring.
25   Q.    The portion that you prepared is the first portion

1  above your name?

2     A.   Correct.

3     Q.   Can you tell me what Sergeant Katz involvement with
4  this incident was?

5     A.   He was the supervisor on duty that night.

6     Q.   Did he respond to the complaint of these children
7  running on the trailers?

8     A.   He was dispatched. I don't think he ever made it
9  there. By the time we had arrived and placed Mitchell in
10 handcuffs, then started transporting him back, he hadn't
11 arrived yet.

12    Q.   So you don't know that he ever arrived on the scene
13 that night?

14    A.   He was en route but he was on the other side of
15 town I believe.

16    Q.   So when it says in the first sentence of your
17 paragraph on Friday, 2-20-04 myself, Officer Harring and
18 Sergeant Katz responded to the area of 164 Leicester Street
19 for a report of kids running on top of a vacant trailer,
20 did that mean to suggest Sergeant Katz actually appeared at
21 the scene?

22    A.   No, that means that we were dispatched over there.
23 That's how I wrote that.

24    Q.   So each of you, Officer Harring and Sergeant Katz
25 had separate police cruisers, correct?

1   A.   Correct.

2   Q.   Did you ever try and determine the name of the
3   other children that were in the area at the time?

4   A.   I didn't, no.

5   Q.   You don't know if Officer Harring did?

6   A.   I don't know if he did or not.

7   Q.   Did they appear to testify against Mitchell
8   Kennedy?

9   A.   No.

10  Q.   No?

11  A.   No.

12  Q.   Now did you transport Mitchell Kennedy back to the
13  police station that day?

14  A.   No, I didn't.

15  Q.   Why did you not transport him?

16  A.   I have a police dog in the back of my car. There is
17  no place for him to sit.

18  Q.   He was transported by Officer Harring?

19  A.   Correct.

20  Q.   Did you return to the police station to continue
21  with the processing of his arrest?

22  A.   Yes.

23  Q.   Where was Mitchell Kennedy placed when he was at
24  the Billerica police station?

25  A.   In the Lieutenant's office.

1  Q. Do you recall what Mitchell Kennedy's reaction was
2  to being arrested that evening?
3  A. I don't recall what his reaction was, no.
4  Q. Was he upset?
5  A. He didn't seem upset.
6  Q. Was he crying?
7  A. I don't recall, no.
8  Q. Aside from the two investigations that you just
9  discussed, what other investigations did you conduct of the
10 Kennedy children that you remember?
11 A. None that I can recall.
12 Q. Do you recall an incident in September of 2002
13 prior to both of these incidents that we just discussed
14 where you confronted the Kennedy children as they were
15 playing on Leicester Street and told them to get off the
16 fucking street?
17 A. No, I don't recall that.
18 Q. Do you recall an occasion where you drove by the
19 Kennedy home in September of 2002, saw Mrs. Kennedy and
20 gave her the finger?
21 A. No, I don't recall that.
22 Q. Do you recall an incident in September of 2002 when
23 you were driving your motor vehicle, your police cruiser
24 and you saw Brian Kennedy coming in the opposite direction
25 with his son Brian, Jr., where you swerved your car towards

```
 1
 2
 3
 4                            CERTIFICATE
 5
 6    COMMONWEALTH OF MASSACHUSETTS
 7    SUFFOLK, SS.
 8
 9         I, Vincent R. Martino, Shorthand Reporter and
10    Notary Public within and for the Commonwealth of
11    Massachusetts, do hereby Certify:
12         That MARK TSOUKALAS, the witness whose deposition
13    is hereinbefore set forth, was duly sworn by me and that
14    such deposition is a true record of the testimony given by
15    the said witness to the best of my skill and ability.
16         IN WITNESS WHEREOF, I have hereunto set my hand and
17    Notarial Seal this 4th day of November, 2005.
18
19                              _____
20                              Vincent R. Martino
21                              Shorthand Reporter
22
23
24
25
```