```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


 _____

 BRIAN KENNEDY,
 MICHELLE KENNEDY, et al.,
                 Plaintiffs,      Civil Action No. 04-12357-PBS

 V.                               April 6, 2007

 TOWN OF BILLERICA, et al.,
                 Defendants.
 _____
```

TRANSCRIPT OF TESTIMONY OF BRIAN KENNEDY, JR.

MITCHELL KENNEDY

DYLAN MATTHEW KENNEDY

JURY TRIAL DAY 5

BEFORE THE HONORABLE PATTI B. SARIS

UNITED STATES DISTRICT COURT

JOHN J. MOAKLEY U.S. COURTHOUSE

1 COURTHOUSE WAY

BOSTON, MA  02210


DEBRA M. JOYCE, RMR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
1 Courthouse Way, Room 5204
Boston, MA  02210
617-737-4410

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   A.  Billy videotapes -- he videotapes -- every time we go out,
 2   he'll, like, take the videocamera, and if we see a police
 3   officer coming towards us in his car or if we see an officer,
 4   we start videotaping.
 5   Q.  And why do you do that?
 6   A.  For our own protection in case they try and say we did
 7   something that we didn't do.
 8   Q.  And do you have a lot of videotapes?
 9   A.  Billy takes care of those, but, yes, we do.
10   Q.  Do you know whether any of those videotapes have been
11   damaged?
12   A.  Yes.
13   Q.  And what do you know about that?
14   A.  Some of them got water damage from a pipe that burst.
15   Q.  Now, have you ever been arrested?
16   A.  Yes.
17   Q.  How many times?
18   A.  Once.
19   Q.  And who arrested you?
20   A.  Officer Tsoukalas.
21   Q.  Can you tell us how that happened?
22   A.  Yes.  I was walking down the street and I got into my
23   driveway.  And I was walking in my driveway and he told me --
24   he came out from between two trailers.  He yelled at me, he
25   said to get over there, so I walked toward him.  I was at the
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   corner of my driveway and he asked me my name and he was
 2   approaching me with a flashlight shined on me.  And I told him
 3   Mitchell Kennedy.  And he got really close and shined the light
 4   in my face and I asked him what I done.  He just -- I put my
 5   hand up above my face because I asked him if he --
 6   Q.  Why did you put your hand up above your face?
 7   A.  Because before that I asked him if he could stop shining
 8   the light in my eyes, so he shined it closer, he put it right
 9   above my eyebrow.  Then the other officer, I'm not sure of his
10   name, came over and he asked -- they started talking -- I'm not
11   sure what they were talking about -- and he said I was under
12   arrest for assault and battery.  And he asked me to put my
13   hands behind my back and he arrested me.
14   Q.  How did you feel?
15           THE COURT:  Well, when was this?
16           THE WITNESS:  2001 to 2002, around there.
17           THE COURT:  How old were you?
18           THE WITNESS:  Or -- I think I was in sixth grade,
19   seventh grade.
20   BY MR. FISCHER:
21   Q.  If I suggested to you that it was --
22           THE COURT:  You must have a date.
23   BY MR. FISCHER:
24   Q.  February 20, 2004?
25   A.  Oh, it was 2004?  I was 14.
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   Q.  What grade were you in?
 2   A.  I think seventh grade.
 3   Q.  Would you stand up?
 4           Would you tell us how tall you are?
 5   A.  Five-six.
 6   Q.  This is three years -- in the last three years have you
 7   grown?
 8   A.  Yes.
 9   Q.  How much do you weigh?
10   A.  One hundred thirty.
11   Q.  And how much weight have you added in the last three years?
12   A.  Like 20 pounds, 30 pounds.
13   Q.  So that three years ago, in February of 2004, you weighed
14   110 pounds, roughly?
15   A.  Yeah, around there.
16           MR. FISCHER:  Can I ask Officer Tsoukalas to stand
17   up?
18           THE COURT:  No.  We see him.
19   BY MR. FISCHER:
20   Q.  Is he bigger than you?
21   A.  Yes.
22   Q.  And what was he wearing at the time that he claimed you
23   assaulted him?
24   A.  He was in his uniform.
25   Q.  Okay.  Did he have a gun?
```

PDF created with pdfFactory trial version www.pdffactory.com

1  A. Yes.
2  Q. Did he have a baton?
3  A. Yes.
4  Q. Did he have any other weapons?
5  A. I'm not sure what he had on him, but he was in his full
6  uniform.
7  Q. Was there another officer with him?
8  A. He came in after before he arrested me.
9  Q. Now, Officer Tsoukalas is a canine officer?
10 A. Yes.
11 Q. Was his dog with him?
12 A. No, not at that time. He was walking at that time.
13 Q. Okay. Were you scared of Officer Tsoukalas?
14 A. Yes.
15 Q. How much bigger is he than you?
16 A. I'm not sure, but it looked like he was, like, double the
17 size of me.
18 Q. Did you attack him?
19 A. No.
20 Q. Did you assault him?
21 A. No.
22 Q. Did you touch him?
23 A. No.
24 Q. Did he touch you?
25 A. Yes.

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   Q.  Tell us when he touched you.
 2   A.  When he shined the light in my eyes, when he went to go put
 3   the flashlight down, like, closer and he went to go, like, pull
 4   it away and put my thing, he, like, scratched me right here.
 5   Q.  Okay.  Did you seek medical treatment for that?
 6   A.  No.
 7   Q.  Now, what happened after you were arrested?
 8   A.  They took me and the other officer got his cruiser and I
 9   was put in that, the police vehicle.
10   Q.  Can you describe what it feels like to be arrested?
11   A.  Scary.
12   Q.  You were 14 years old?
13   A.  Yes.
14   Q.  And you were put -- describe what happened to you as you
15   were arrested?
16   A.  Describe, like, when he put the handcuffs on me?
17   Q.  Yeah, everything that happened.
18   A.  He asked me to put my hands behind my back and he put them
19   on and they were really tight and he -- I waited there for a
20   few minutes, and then -- then, when the other cruiser pulled
21   up, he put me in the back seat, and I was there four, five
22   minutes waiting for other police officers, in the car.
23   Q.  What were you thinking while you were sitting in the police
24   cruiser in handcuffs?
25   A.  I was trying to think what I did.  I didn't know what I did
```

PDF created with pdfFactory trial version www.pdffactory.com

1  wrong.
2  Q. I'm sorry?
3  A. I didn't know what I did wrong. I had no idea why I was
4  getting arrested for.
5  Q. And what were you thinking?
6  A. I didn't know. I thought they were taking me just away
7  from my family. I didn't know what was going on. And my mom
8  wasn't there at the time to come help me or come out and, like,
9  help me, like, and find out what was going on, but she wasn't
10 at home at the time.
11 Q. How long -- and then what happened? You were in the police
12 car in handcuffs for a few minutes. Then what happened?
13 A. My brother came, older brother, he was walking by, and then
14 him and the other officer had a conversation. I didn't really
15 hear what it was about, though.
16 Q. I'm sorry?
17 A. I don't know what it was about. Officer Tsoukalas and my
18 older brother Brian.
19 Q. This was still near the trailer park?
20 A. Yeah, it was right in front of my house.
21 Q. Okay. And then what happened?
22 A. They took me down to the police station.
23 Q. Describe what happened at the police station.
24 A. I was at the front desk, or the desk, and they were taking
25 my picture, and there was, like, four or five police officers

PDF created with pdfFactory trial version www.pdffactory.com

there.  And I was wicked scared because they were all around me and I didn't know if they were going to take me away, what they were going to do.  And they, like, took my picture, and then I started crying and they took me into the -- another officer's office, Michelle something, I'm not sure of her name, and I sat and we called my mom and then she came and picked me up.

Q. Do you remember how long you were in the police station?

A. It felt like forever, but roughly 15, 20 minutes or half an hour, around there.

Q. And what crime were you charged with?

A. Assault and battery on a police officer.

Q. And did you go to court for that?

A. Yes.

Q. How did you feel going to court?

A. I was nervous.

Q. Why were you nervous?

A. Because I didn't know if the judge was going to believe me or believe the officers, if I was going to be taken away from the people I love.  I didn't know what was going to happen.

Q. You had been to court before.  You were still nervous?

A. Yes.

Q. How many times did you go to court for assaulting and battering a police officer, to wit:  Officer Tsoukalas?

A. That was my first time going to trial, like --

Q. Well, how many times did you go to court?

```
 1    A.  Once, before that.
 2    Q.  And how many trips to court --
 3            THE COURT:  Wait, was that all this case?
 4            THE WITNESS:  That was a different case.
 5  BY MR. FISCHER:
 6    Q.  That was the case that you were accused of battering Deann
 7  Masone's windshield with a baseball bat when you were asleep?
 8    A.  Yes.
 9    Q.  And this second time, how many times did you go to court --
10  and you were -- the judge dismissed that case?
11    A.  Yeah -- no, I got not guilty.
12    Q.  Well, the first case with Deann Masone?
13    A.  The first case was dismissed.
14    Q.  The second case, this time you went to a jury trial?
15    A.  Yes.
16    Q.  And how many times did you go to court before a jury trial?
17    A.  That was my first jury trial, but that case I went there,
18  felt like a lot of times.
19    Q.  The case got continued and you had to go back to court?
20    A.  Yes.
21    Q.  And each time you went back to court, did you have the same
22  fears?
23    A.  Yes.
24    Q.  And can you tell us what it was like going before a jury
25  trial when you're charged with a crime?
```

PDF created with pdfFactory trial version www.pdffactory.com

1  A.  Really, like, scary.  I didn't know what was going to
2  happen, what was going to happen at all.
3  Q.  What did it feel like when the jury came out?
4  A.  I was really scared.  I didn't know -- at that point I
5  didn't know what was going to happen.
6  Q.  What did the jury find?
7  A.  Me not guilty.
8          MR. FISCHER:  I'd offer the court docket, your
9  Honor.
10         MR. KESTEN:  No objection.
11         THE COURT:  Allowed.
12         MR. FISCHER:  Both of them.
13         MR. KESTEN:  No objection to either.
14         THE COURT:  All right.  Do you have exhibit numbers
15 on them already?
16         MR. FISCHER:  37 will be the dismissal of the
17 Masone assault, and 38 would be the acquittal by a jury.
18         (Plaintiffs' Exhibits 37 and 38 received into
19 evidence.)
20         THE COURT:  How much longer do you have,
21 Mr. Fischer?
22         MR. FISCHER:  I have a couple more incidents at
23 least, your Honor.
24         THE COURT:  I'd like to pick it up because I'd like
25 to get the last boy out of here so they can go to school on

PDF created with pdfFactory trial version www.pdffactory.com

1  I certify that the foregoing is a correct
2  transcript of the record of proceedings in the above-entitled
3  matter to the best of my skill and ability.
4
5
6
7  _____          _____
8  Debra M. Joyce                    Date
9  Official Court Reporter
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PDF created with pdfFactory trial version www.pdffactory.com