IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRIAN KENNEDY, et al,            )
                                 )
                Plaintiff        )
                                 )
        -VS-                     ) CA No. 04-12357-PBS
                                 ) Pages 1 - 121
SCOTT PARKER, RICHARD NESTOR,)
                                 )
                Defendants       )


JURY TRIAL - DAY ONE

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S:

    ANDREW M. FISCHER, ESQ., Jason & Fischer,
47 Winter Street, 4th Floor, Boston, Massachusetts,
02108, for the Plaintiffs.

    FREDERICK V. GILGUN, JR., ESQ., Nicholson, Sreter &
Gilgun, P.C., Suite 4, 33 Bedford Street, Lexington,
Massachusetts, 02420, for the Plaintiffs.

    LEONARD H. KESTEN, ESQ. and JEREMY I. SILVERFINE, ESQ.,
Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Place,
Boston, Massachusetts, 02116, for the Defendants.

                        United States District Court
                        1 Courthouse Way, Courtroom 19
                        Boston, Massachusetts
                        October 1, 2007, 9:00 a.m.


                    LEE A. MARZILLI
            CERTIFIED REALTIME REPORTER
            United States District Court
            1 Courthouse Way, Room 3205
                 Boston, MA  02210
                  (617)345-6787

1  A.    Not guilty.

2          MR. KESTEN:  Objection.

3          THE COURT:  Overruled.

4  Q.    Now, do you recall an incident shortly after the trial

5  on the allegations that you had assaulted Officer Nestor, do

6  you recall an incident involving Officer Nestor as you were

7  driving from the karate studio with Brian, Jr.?

8  A.    Yes, I do.

9  Q.    And could you tell the jurors what happened.

10 A.    My son Brian was in karate, and when we were leaving,

11 Officer MacKenzie and Officer Nestor followed me to our

12 house, and we went in.  And a short time later we were going

13 to get McDonald's, and when I went to leave, I thought that

14 they had gone, but they were still there, and they followed

15 us to McDonald's.  And when we were going through the drive-

16 through, they kept flashing their lights, like in the car.

17 Q.    And who was in the car with you at that time?

18 A.    My kids.

19 Q.    Including Brian, Jr.?

20 A.    Correct.

21 Q.    Okay, moving ahead then to March of 2002, do you recall

22 an incident that took place on March 31, 2002, involving

23 Officer Parker?

24 A.    Yes, I do.

25 Q.    Could you tell the jurors what happened on that

1    occasion.

2    A.    Well, I rented out the Boys Club, the whole club for a

3    private party for 72 children from the school, and it was my

4    fourth year doing it, and the manager said, "I know your

5    husband, you know --"

6              MR. KESTEN:  I object.

7              THE COURT:  Sustained.

8              MR. GILGUN:  It just goes to state of mind for

9    those ramps, your Honor.

10             THE COURT:  All right, I actually will allow that

11   in for state of mind, what her belief was as to her authority

12   to use the ramps or not.

13   A.    Tell?

14   Q.    Yes.

15   A.    Well, the manager said that to save my husband time,

16   that they threw some jumps out in the trash in the back, and

17   we could try to salvage what we have to save him time on

18   building new ramps for the kids.  So Easter Sunday after

19   dinner and what not -- I believe it was after dinner -- we

20   went down there.  And we asked a friend to pick them up in

21   his pickup truck, so there was four of us that went there, my

22   husband and I and my friend Chris Swimm and Billy.  And we

23   took two vehicles there, and we -- Chris backed up to the

24   jumps, and we were just looking around at the jumps, and

25   there was maybe two or three that was worth even taking out

1  of all of them that were there.  And we put them in the back
2  of his truck -- well, they did.

3        And they started to leave, and Officer Parker drove
4  by.  And he continued to go, but when he noticed the Lexus,
5  he whipped around, and he asked what we were doing, and I
6  tried to explain to him.  And he said, if we don't put the
7  jumps back, that we were going to all get arrested for
8  stealing or -- I think stealing it was.  So we did, and he
9  started swearing at my husband and saying rude comments to
10 him.  So I told my husband and Chris to just leave.  And my
11 husband really didn't want to leave me there, and I said,
12 "We'll meet at the corner.  I'll call Dean."  And he said
13 "Yeah, call Dean right now."

14 Q.   And who's Dean?

15 A.   He's a friend of all of ours.  He was a Billerica cop at
16 the time.

17 Q.   And what happened then?

18 A.   Brian and Chris and Billy drove in their truck up --
19 they proceeded to leave to go to the corner.  And when I was
20 walking back to my car, Officer Parker said, "You're not
21 going anywhere," and he shoved me really hard.  And then I
22 looked back, and I just, like, started walking really fast to
23 get in my car.  And I got in it and locked my door
24 immediately, and he was trying to get in at it, and he was
25 kicking it and calling me really bad names and things like

1   that.

2   Q.   What do you recall him calling you?

3   A.   He called me the C word.

4   Q.   You have to tell it to the jury what that is.

5   A.   Oh, he called me a cunt and said, "You think you can get

6   away with things because you're F'ing a nigger," and, like,

7   just bad names.  And I was on the phone calling Dean, and I

8   don't know, I didn't hear him say much more because I was

9   trying to listen to what Dean was saying.  And when I called

10  Dean, he said -- I told him, "I'm down the Boys Club."  He

11  said, "I just got a call for a backup there.  I'll be there

12  in a minute."

13         So it was, like, almost a minute that it took him

14  to get there, maybe not even quite a whole minute, and he

15  just kept trying to get in my car at me and --

16  Q.   Why didn't you leave at that time?

17              THE COURT:  Who's the "he"?

18              THE WITNESS:  Officer Parker.  And he told me, if I

19  leave, that I was going to be arrested, so I didn't want to

20  just leave because, you know, he told me not to.

21  Q.   Was there anybody else there besides you and

22  Officer Parker at this time?

23  A.   Not at this time.

24  Q.   And when you heard Officer Parker comment about the

25  nigger, do you know who he was referring to?

Page 107

1   A.    Dean Royston.

2   Q.    Okay.  And is Dean Royston African-American?

3   A.    Yes.

4   Q.    And at some point in time, did Dean Royston arrive at

5   the Boys Club?

6   A.    Yes, he did.

7   Q.    And what happened when Dean got there?

8   A.    Well, when he pulled up, he seen Officer Parker kicking

9   my car and trying to get in the car, and he got out and he

10  said, "Whoa, whoa," and, like, he asked what was going on.

11  And I felt, you know, like I should get out of the car at

12  this point because he was there, and I wanted to tell him my

13  side because Officer Parker said I couldn't leave.  And he

14  told him to stop calling me names because he kept calling me

15  names with Dean Royston there.  And I told Dean that he was

16  an F'ing asshole because he pushed me, and he shouldn't be

17  pushing girls like that, and --

18  Q.    And what happened?

19  A.    Dean told me to get back in the car and leave, and so I

20  did.  And I would say maybe a half hour later, I'm not sure

21  if I called him or he called me, maybe an hour later, he said

22  that he went --

23            MR. KESTEN:  I object.

24            THE COURT:  Sustained.

25  Q.    Did you do anything as a result of this incident?

1    A.    Yes.  I called the Billerica Police Station and --

2              MR. KESTEN:  I object.

3              THE COURT:  Overruled.

4    Q.    When did you call the Billerica Police Station?

5    A.    The next day or --

6    Q.    Okay, what happened as a result of that call?

7    A.    Nothing was done.

8    Q.    What was the purpose of your call?

9              MR. KESTEN:  I object.

10             THE COURT:  Overruled.

11   A.    I was -- can I answer it?

12             MR. GILGUN:  I can't see the witness, your Honor.

13   A.    I was calling and telling about --

14             MR. GILGUN:  When he stands up like that, he tends

15   to block the witness.

16             MR. KESTEN:  Excuse me?

17             MR. GILGUN:  When he sits down, it's okay.

18             THE COURT:  Let's just back up for a minute.  So

19   you called someone at the police department.  What was the

20   next question?

21   Q.    What was the purpose of you making a call to the police

22   station?

23             MR. KESTEN:  I object.

24             THE COURT:  Overruled.  You can answer.

25   A.    I was calling them to tell them about the incident that

1   happened, and how he was pushing me and trying to get into my

2   car, and threatening me that I couldn't leave or I was going

3   to be arrested.

4   Q.   And who did you speak with?

5   A.   I spoke to a lieutenant.

6   Q.   And did anything happen as a result of that?

7           THE COURT:   Name?

8           THE WITNESS:   I don't recall who it was.

9   Q.   Did anything happen as a result of that telephone call?

10  A.   They said that --

11          MR. KESTEN:   I object.

12          THE COURT:   Yes, sustained.

13          MR. GILGUN:   If I might just run the videotape

14  there.   You didn't have an objection to that, did you,

15  counsel?

16          MR. KESTEN:   He represents it's a videotape of the

17  ramps taken the next day.   As I told him, if she

18  authenticates that, then it's not objectionable.

19          No audio, right?   I object to any audio.

20          THE COURT:   Let's see.   We'll turn it off right

21  away if there's audio.

22          MR. KESTEN:   I think there is audio on it.   Did you

23  turn the volume off?

24          (Video played.)

25          THE COURT:   Can you see it?

Page 110

1                (Discussion off the record.)

2                THE COURT:  So all this was was a shot of the

3     ramp?

4                MR. GILGUN:  Yes, just to show the ramps, your

5     Honor.

6                THE COURT:  Just show one of the ramps.  There we

7     go.

8                (Videotape played.)

9                THE COURT:  What are we looking at?

10    Q.   Well, Ms. Kennedy, can you describe to the jurors what's

11    shown on this videotape?

12    A.   This is where the ramps were out in the trash, and we

13    were just -- that's what they looked like, and we were

14    just -- that's why we only took, like, two because the lady

15    said they were dangerous even being there due to the kids

16    playing football around there for their Pop Warner.

17    Q.   And when was the videotape taken?

18    A.   The next day.

19    Q.   And what was the purpose of taking the videotape?

20               MR. KESTEN:  I object.

21               THE COURT:  Overruled.

22    Q.   Why did you go back and take the videotape?

23    A.   I went back to take it -- well, actually my friend

24    did -- because if I was charged with, you know --

25               MR. KESTEN:  I object.

1   A.    Just to show that they were trash.

2   Q.    The condition of the ramps?

3   A.    The condition of them and that they were out in the

4   trash, that they had already thrown them out.

5           THE COURT:  What exhibit number is that?

6           MR. GILGUN:  That's Exhibit No. 1, your Honor.

7   Q.    Now, were you ultimately charged as a result of this

8   incident?

9   A.    No.

10  Q.    Can you tell the jurors what impact this incident had on

11  you.

12  A.    Just always nervous that I'm going to get arrested for

13  whatever.

14  Q.    So immediately following the incident, you were

15  concerned about being arrested?

16  A.    Yes.

17  Q.    And how did that affect you?

18  A.    I just couldn't think straight.  I went -- you know, I

19  couldn't sleep.  I thought about it all the time, and --

20  Q.    And how long did this last for as a result of this

21  particular incident?

22  A.    Several months.  This particular incident, several

23  months.

24          MR. GILGUN:  I have nothing further, your Honor.

25          THE COURT:  See you tomorrow morning.  Now, let me

1                    C E R T I F I C A T E

2

3

UNITED STATES DISTRICT COURT )
4   DISTRICT OF MASSACHUSETTS    ) ss.
    CITY OF BOSTON               )
5

6

7

8           I, Lee A. Marzilli, RPR, CRR, do hereby certify

9   that the foregoing transcript, Pages 1 through 121 inclusive,

10  was recorded by me stenographically at the time and place

11  aforesaid in Civil Action No. 04-12357-PBS, Brian Kennedy, et

12  al V. Town of Billerica, et al, and thereafter by me reduced

13  to typewriting and is a true and accurate record of the

14  proceedings.

15          In witness whereof I have hereunto set my hand this

16  25th day of October, 2007.

17

18

19

20

21

22      _____
        LEE A. MARZILLI, RPR, CRR
23      OFFICIAL COURT REPORTER

24

25