Page 635

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS


BRIAN KENNEDY, et al,         )
                              )
           Plaintiffs         )
                              )
     -VS-                     ) CA No. 04-12357-PBS
                              ) Pages 635 - 775
RICHARD NESTOR and SCOTT PARKER, )
                              )
           Defendants         )


              JURY TRIAL - DAY FIVE

        BEFORE THE HONORABLE PATTI B. SARIS
            UNITED STATES DISTRICT JUDGE
```

A P P E A R A N C E S:

   ANDREW M. FISCHER, ESQ., Jason & Fischer, 47 Winter Street, 4th Floor, Boston, Massachusetts, 02108, for the Plaintiffs.

   FREDERICK V. GILGUN, JR., ESQ., Nicholson, Sreter & Gilgun, P.C., Suite 4, 33 Bedford Street, Lexington, Massachusetts, 02420, for the Plaintiffs.

   LEONARD H. KESTEN, ESQ. and JEREMY I. SILVERFINE, ESQ., Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Place, Boston, Massachusetts, 02116, for the Defendants.

```
                    United States District Court
                    1 Courthouse Way, Courtroom 19
                    Boston, Massachusetts
                    October 5, 2007, 9:10 a.m.


              LEE A. MARZILLI
         CERTIFIED REALTIME REPORTER
         United States District Court
         1 Courthouse Way, Room 3205
              Boston, MA  02210
                (617)345-6787
```

1  of us will be sitting here, so you get to talk and say --
2  actually, I'd prefer you not talk in front of Mr. Alba. I'll
3  take that back, but you'll be able to talk after you see it
4  again.
5         But I think at this point, what I'm going to do is
6  I'm going to see the lawyers for a minute. I went through an
7  awful lot of information, and it may be that I read something
8  wrong that we agreed upon or they have some new thoughts on
9  something that may make a point clearer, and I'm going to do
10 that right now. And in the meantime, what I'm going to do is
11 say you can stand and stretch, but don't listen.
12 SIDE-BAR CONFERENCE:
13         THE COURT: Mr. Fischer and Mr. Gilgun?
14         MR. FISCHER: Nothing that we haven't already
15 raised.
16         THE COURT: I'm not here to teach you. The way the
17 First Circuit works is, you haven't raised anything yet; you
18 do it now.
19         MR. GILGUN: No objection.
20         MR. FISCHER: We're fine, your Honor.
21         MR. KESTEN: Ready?
22         THE COURT: Actually, no. Is there anything that
23 we're just not going to agree to disagree on? In other
24 words, should I hold them for this? How long are we talking
25 about?

1                    C E R T I F I C A T E

UNITED STATES DISTRICT COURT )
DISTRICT OF MASSACHUSETTS    ) ss.
CITY OF BOSTON               )

         I, Lee A. Marzilli, Official Federal Court Reporter, do hereby certify that the foregoing transcript, Pages 635 through 775 inclusive, was recorded by me stenographically at the time and place aforesaid in Civil Action No. 04-12357-PBS, Brian Kennedy, et al V. Richard Nestor and Scott Parker, and thereafter by me reduced to typewriting and is a true and accurate record of the proceedings.

         In witness whereof I have hereunto set my hand this 23rd day of November, 2007.


                    /s/ Lee A. Marzilli
                    _____
                    LEE A. MARZILLI, CRR
                    OFFICIAL FEDERAL COURT REPORTER