1

```
                    UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF MASSACHUSETTS




BRIAN KENNEDY AND MICHELLE KENNEDY, )   CR. NO. 04-12357-PBS
Individually and as father and next
friend of BRIAN KENNEDY, JR.,
Individually and as mother and
next friend of BRIAN KENNEDY, JR., )    COURTROOM NO. 19

    VS.                             )   1 COURTHOUSE WAY

TOWN OF BILLERICA, et al,           )   BOSTON, MA   02210




                         JURY TRIAL DAY 13

                          APRIL 24, 2007

                            8:47 A.M.




               BEFORE THE HONORABLE PATTI B. SARIS

                UNITED STATES DISTRICT COURT JUDGE




                         VALERIE A. O'HARA

                      OFFICIAL COURT REPORTER
```

1  happened. I don't recall it.
2  Q. And you don't recall telling them, "Tell it to a Judge,
3  the papers have already been sent in"?
4  A. I could have said it.
5      MR. GILGUN: I have nothing further, your Honor.
6      THE COURT: Okay. Thank you.
7      THE WITNESS: Thank you.
8      MR. KESTEN: Lieutenant Peterson, please.
9      DENNIS PETERSON, having been duly sworn by the
10 Clerk, testified as follows:
11     THE CLERK: Thank you. You may be seated. Would
12 you please state your name and spell it for the record.
13     THE WITNESS: Dennis Peterson P-e-t-e-r-s-o-n.
                    DIRECT EXAMINATION
15 BY MR. KESTEN:
16 Q. Lieutenant, how old are you?
17 A. Fifty-five.
18 Q. And could you give us your educational background?
19 A. I've been a police officer since I was 21. I was in
20 school, I was a summer cop in Hyannis for two years, I went
21 to Boston state college, Newbury Junior College, I went to
22 Babson for command training, I've been to numerous police
23 schools, I've been to drug investigation schools.
24 Q. Please tell her Honor and the jury your employment
25 starting from the beginning and get us today.

```
 1   Q.  Now, since 1991 to 2004, those 13 years, did you as a
 2   police officer in Tewksbury see the -- were you aware of
 3   Tewksbury police contacting the Kennedys?
 4           MR. GILGUN:  Objection, your Honor.
 5           THE COURT:  Only if you yourself were involved.
 6   A.  Yes.
 7   Q.  Okay.  What contacts were you involved with?
 8   A.  If we saw -- if I saw their vehicle in town, I'd usually
 9   see who was operating, run their license information.
10   Q.  Why?
11   A.  Because more often than not one of them was under
12   suspension.
13   Q.  Did you ever have occasion to follow the Kennedys?
14   A.  Yes, I did.
15   Q.  Why would you follow them?
16   A.  It was probably a safe bet that either they had
17   committed a crime or about to commit a crime.
18   Q.  Why do you say that?
19           THE COURT:  Well --
20           MR. KESTEN:  No, nothing else.
21                      CROSS-EXAMINATION
22   BY MR. GILGUN:
23   Q.  Are you anxious to help out the brothers in blue today,
24   Lieutenant Peterson?
25   A.  Excuse me.
```

```
 1                    C E R T I F I C A T E

 2

 3   UNITED STATES DISTRICT COURT )

 4   DISTRICT OF MASSACHUSETTS    )

 5   CITY OF BOSTON               )

 6

 7         I, Valerie A. O'Hara, Registered Professional

 8   Reporter, do hereby certify that the foregoing transcript

 9   was recorded by me stenographically at the time and place

10   aforesaid in No. 04-12357-PBS, in re:  Brian Kennedy, et al.

11   vs. Town of Billerica, et al. and thereafter by me reduced

12   to typewriting and is a true and accurate record of the

13   proceedings.

14                              _____

15                              VALERIE A. O'HARA

16                              REGISTERED PROFESSIONAL REPORTER
```