UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| | \* |
| Plaintiffs | \* |
| | \* |
| v. | \*   Civil Action no. 04-12357 - PBS |
| | \* |
| TOWN OF BILLERICA, et al | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' PETITION FOR ATTORNEY'S FEES

Now come the Plaintiffs and move this Honorable Court allow them to file a reply to the Defendants' Opposition to Plaintiffs' Petition for Attorney's fees.

As reason, plaintiffs state that the plaintiffs seek to file a reply (fewer than three pages) to the misleading inference of the defendants that their representation that defendant Town of Billerica would pay any judgment against any individual defendant officer constituted a stipulation of liability to the plaintiffs' *Monell* claim that rendered trial of the *Monell* claim moot and unnecessary.

                                                Respectfully submitted,
                                                Brian Kennedy, et al
                                                by their counsel

Date: January 24, 2008                    /s/Andrew M. Fischer
                                                Andrew M. Fischer
                                                BB0# 167040
                                                JASON & FISCHER
                                                47 Winter Street
                                                Boston, MA 02108
                                                (617) 423-7904
                                                afischer@jasonandfischer.com