# SEARCH WARRANT

G.L. c. 276, §§ 1-7

TRIAL COURT OF MASSACHUSETTS

Superior _____ COURT DEPARTMENT

Criminal _____ DIVISION

SEARCH WARRANT DOCKET NUMBER

0711SW051

TO THE SHERIFFS OF OUR SEVERAL COUNTIES OR THEIR DEPUTIES, ANY STATE POLICE OFFICER, OR ANY CONSTABLE OR POLICE OFFICER OF ANY CITY OR TOWN, WITHIN OUR COMMONWEALTH:

Proof by affidavit, which is hereby incorporated by reference, has been made this day and I find that there is **PROBABLE CAUSE** to believe that the property described below:

- [✓] has been stolen, embezzled, or obtained by false pretenses.
- [ ] is intended for use or has been used as the means of committing a crime.
- [ ] has been concealed to prevent a crime from being discovered.
- [ ] is unlawfully possessed or concealed for an unlawful purpose.
- [✓] is evidence of a crime or is evidence of criminal activity.
- [ ] other (specify) _____

**YOU ARE THEREFORE COMMANDED** within a reasonable time and in no event later than seven days from the issuance of this search warrant to search for the following property:

See Addendum A, attached and incorporated herein to this application for search warrant

- [✓] at:

252 Shaw St, 2nd Fl Lowell, MA, which is the upstairs unit of a 2 story house with white vynil siding and black shutters. There are 2 doors to the structure, the door to the left displays silver number 252 on the right side of the door frame is the entrance to 252 Shaw St.'s 2nd floor unit. There is a mail slot on the storm door

which is occupied by and/or in the possession of: Brian Kennedy, Sr

- [ ] on the person or in the possession of: _____

...testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this 1st day of July 2008

X _____ CLERK MAGISTRATE

You [ ] are [✓] are not  also authorized to conduct the search at any time during the night.

You [✓] are [ ] are not  also authorized to enter the premises without announcement.

You [ ] are [✓] are not  also commanded to search any person present who may be found to have such property in his or her possession or under his or her control or to whom such property may have been delivered.

**YOU ARE FURTHER COMMANDED** if you find such property or any part thereof, to bring it, and when appropriate, the persons in whose possession it is found before the Lowell _____ Division of the District _____ Court Department.

DATE ISSUED: July 1, 2008

FIRST OR ADMINISTRATIVE JUSTICE

WITNESS: Barbara J. Rouse

SIGNATURE OF JUSTICE, CLERK-MAGISTRATE OR ASSISTANT CLERK

X Diane M Kottmyer

PRINTED NAME OF JUSTICE, CLERK-MAGISTRATE OR ASSISTANT CLERK

Diane M. Kottmyer

Addendum "A"

Documents evidencing the custody and control of the residence at #252 Shaw Street, 2nd floor, Lowell MA and the following property, which represents a combined itemized list from the three victims of the break-ins at #22 Bear Hill Road, #10 Handel Road and #10 Beaver Place in Billerica:

| Item Type | Description |
|---|---|
| Hand Gun | Sig Sauer 45 Caliber Semi Auto S/N G318798 |
| Hand Gun | Ruger Casull 454 Revolver S/N 55189610 |
| Long Arm | Remington 12 Guage 870 shotgun S/N PC641500 with scope |
| Long Arm | 50 Cal Muzzle Loader with walnut stock and words "Made in Italy for Charles Daley" |
| Hand Gun | Walther P220 semi-auto S/N L066243 |
| Hand Gun | Chezk 380 semi-auto s/n unknown |
| Hand Gun | Smith & Wesson 9mm Semi Auto S/N PBH4435 |
| Hand Gun | Smith & Wesson 357 Caliber Revolver with oversized pistol grip (no serial number) |
| Compound Hunting Bow | Matthews SQ2 S/N 277108 |
| Wall Mount | 4pt Deer head mount |
| Checks | Sovereign Bank Checks in the name of Matthew Battcock |
| VideoGame Console | X-Box 360 (no serial number) |
| Electronics | Samsung surround sound system |
| Jewelry | Pearl Crystal Necklace alternating in sequence |
| Jewelry | Men's Platinum Gold wedding band |
| Jewelry | Gold bead necklace |
| Jewelry | Silver Heart with two floating pearls necklace |
| Jewelry | Gold diamond and ruby ring |
| Jewelry | Gold diamond ring with thick band |
| Jewelry | Gold chain with .75 diamond pendant |
| Jewelry | Swarvoski crystal necklace |
| Jewelry | Swarvoski Crystal bracelet |
| Jewelry | Mikimoto pearl necklace |
| Jewelry | Mikimoto pearl earrings |
| Jewelry | Mikimoto Pearl bracelet |
| Jewelry | Gold and Silver link bracelet |
| Jewelry | Pearl and crystal bracelet alternating in sequence |
| Jewelry | Gold blue sapphire ring |
| Jewelry | Gold ruby bracelet |
| Electronics | Cannon digital camera silver and black |
| Electronics | Sony Handicam- (Carl Zeiss) |
| Jewelry | 14k Gold tri colored watch |
| Jewelry | Watch with gold bracelet band |
| Jewelry | Tourmaline green ring with 14k gold setting |
| Jewelry | 18k gold ring with 12 purpose amethyst stones |
| Jewelry | Diamond ring with one large stone and several smaller stones |

Page 1 of 2
Addendum "A"

Addendum "A"

| Electronics | Sony 32 inch LCD television (wall mountable) s/n 474kdlv32xbr1 |
|---|---|
| Electronics | Panasonic 54 inch LCD wall mount television |
| Jewelry | Sterling silver bracelet with 12 charms one of which is the State of Florida. |

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this 6th day of July

CLERK MAGISTRATE

Page 2 of 2
Addendum "A"