# RETURN OF OFFICER SERVING SEARCH WARRANT

*A search warrant must be executed as soon as reasonably possible after its issuance, and in any case may not be validly executed more than 7 days after its issuance. The executing officer must file his or her return with the court named in the warrant within 7 days after the warrant is issued. G.L. c. 276, §3A.*

This search warrant was issued on ___July 01, 2008___, 19_____, and I have executed it as follows:
                                    DATE

The following is an inventory of the property taken pursuant to this search warrant:

1. Matthews Compund Bow & Arrows Model SQ2  Serial# 277108
2. One set of Deer antlers (4 pt total)
3. Microsoft Keyboard & Mouse  (s/n 5919503300227)
4. Geneva Watch Gold  with studded bracelet/band
5. Diamond Ring with thick gold band
6. Diamond ring with multiple smaller diamonds
7. Gold woman's watch with blue face
8. Explorer Wilderness hunting knife with case
9. Expandable baton with case
10. Binoculars model: Embassy TM300
11. Binoculars model: Tasco in-focus
12. Knum-Chucks model: chain - color black
13. eight rounds of ammunition (35mm Remington)
14. Box of various audio/video tapes labeled "cops stuff" and "Nester"
15. 
16. 
17. 
18. 
19. 
20. 

(attach additional pages as necessary)

This inventory was made in the presence of: __Sgt Frank Mirasolo   Billerica PD__

I swear that this inventory is a true and detailed account of all the property taken by me on this search warrant.

| SIGNATURE OF PERSON MAKING SEARCH | DATE AND TIME OF SEARCH | SWORN AND SUBSCRIBED BEFORE |
|---|---|---|
| X _[signature]_ | July 01, 2008  2115 hrs | X _[signature]_ |
| PRINTED NAME OF PERSON MAKING SEARCH | TITLE OF PERSON MAKING SEARCH | Signature of Justice, Clerk Magistrate or Assistant Clerk |
| Roy Frost | Sergeant | DATE SWORN AND SUBSCRIBED TO |

_[Stamp: I hereby certify that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this ___ day of July____   CLERK MAGISTRATE]_