COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss                                    DISTRICT COURT DEPARTMENT
                                                 LOWELL DIVISION

---

### AFFIDAVIT OF SERGEANT ROY W. FROST

---

I, Roy W. Frost, being duly sworn, depose and state the following:

1. I am a Sergeant with the Town of Billerica Police Department. I have been a police officer in Billerica for approximately ten (10) years. I was previously employed as a New Hampshire State Trooper. I currently hold the rank of Detective Sergeant, and I have been the Officer-in-Charge of the Criminal Investigations Bureau for over five years.

2. During my career as a police officer, I have been involved in the investigation of over one hundred felony crimes, including narcotics, burglaries and predatory related crimes. I have testified in the criminal sessions of the District and Superior Courts in Middlesex County more than fifty (50) times. I have also testified in the United States District Court, District of Massachusetts. I have been the affiant for approximately twenty (20) search warrants, and I have participated in the execution of over one hundred (100) search warrants.

3. I am currently investigating a series of break-ins which occurred in June of 2008 on three connected streets in a residential neighborhood in Billerica: 10 Handel Road, 10 Beaver Place, and 22 Bear Hill Road. Based on the information in the following numbered paragraphs, I have identified three suspects (Kailene McInnis DOB 01-14-1993, her boyfriend Mitchell Kennedy DOB 05-22-1990, and Mitchell's father, Brian Kennedy, Sr. DOB 09-20-1966), and I submit that I have probable cause to believe that evidence of the crimes of breaking and entering in the daytime with intent to commit a felony, in violation of MA chapter 266 section 18; larceny of a firearm, in violation of MA Chapter 266 Section 30; receiving stolen property, in violation of General Laws chapter 266 section 60; and Larceny in a building in violation of Chapter 266 Section 20 will be found at or within #252 Shaw Street, 2nd floor, Lowell MA, and a 1993 Mitsubishi FE4 box truck MA Reg# 938DD0 (registered to Brian Kennedy, Sr.), and a 1991 Lexus LS400 MA Reg# 274DZO (registered to Brian Kennedy Jr., DOB 04-05-1988 of #252 Shaw Street, Lowell MA). #252 Shaw St, 2nd floor, Lowell Ma, is the upstairs unit of a two story Duplex. The duplex is a white in color vinyl sided structure with black shutters. There are two doors at the front of the duplex. The door to the left which displays the silver numbers "252" on the right side of the door frame is the entrance to #252 Shaw Street, 2nd floor. There is mail slot in the storm door. The building sits at the intersection of Shaw Street and Willard.

4. On Sunday, June 08, 2008 at 2014 hours, the Billerica Police received a report of a B&E at #10 Handel Road, Billerica. The victim came home from a night/day away in New Hampshire and discovered his home in disarray. Billerica Police Detective Sergeant Frank Mirasolo went to the scene and discovered that the point of entry into the home was a ground floor window. Once inside the home the suspects went through all the bedrooms stealing a large amount of jewelry, electronics and firearms. The firearms were stored in a locked stand alone gun safe located in a basement level room. A key for the safe was located on a large key ring that had been lying on a shelf in plain view inside the attached garage. In total there were ten firearms stolen from the safe (including a .22 caliber revolver pistol, Make "IJ Cadet", S/N H67028, and the nine other firearms listed in paragraph #21 of this affidavit). Processing of the scene revealed no usable physical evidence to link a suspect.

On Monday, June 23, 2008 at 0833 hours, the Billerica Police received a report of a B&E at #10 Beaver Place, Billerica. The victims were not home at the time; however, their son had come to check on the home and discovered the break. Detective George Galinos and I, Sgt Frost, went to the scene and discovered that the point of entry was a first floor window, accessed through an unlocked breezeway located between the house and the garage. The window had been smashed with an unknown object, similar to the incident mentioned above in paragraph #4 involving #10 Handel Road. Of note, the two locations mentioned are extremely close to one another, being less than 1000 feet apart. Once inside the home, the suspect(s) ransacked all of the bedrooms, going though bureaus, closets, cabinets and draws. At the time of this writing, the victims, who came home immediately upon learning of the incident, have only determined jewelry and a large amount of change to have been stolen. Although two latent fingerprints were located on the window frame at the point of entry, these prints are not of sufficient quality to be identifiable.

6. In canvassing the neighborhood along with BPD Officer Frank Rayne, we discovered three witnesses who observed a suspicious vehicle on the street sometime around 5:00PM on Sunday, June 22, 2008. It should be noted that Beaver Place consists of eight single family homes spaced approximately one hundred fifty feet apart. The victim's home is located at number ten (#10), which lies closer to the end of the cul-de-sac. The first witness was identified as Cheryl Siciliano. Mrs. Siciliano lives on the end of the cul-de-sac at #11 Beaver Place. She described a "maroon colored car, possibly a Chevy Malibu or Ford Taurus missing a hubcap" driving up and down the cul-de-sac approximately five times around 5:30PM on Sunday. The car was being operated by a "young white female, nineteen to twenty years old tops, with brown hair and a fair complexion". Mrs. Siciliano stated that the car was driving very slowly and it appeared the person was "looking for someone". Mrs. Siciliano noted that a friend of her daughter's arrived at the home during this time and stated that the car almost hit her grandmother's car as it was dropping her off. She allegedly also stated to Mrs. Siciliano that it appeared the girl was "looking for someone". Mrs. Siciliano identified the "friend" as Jaime Meduno from Tewksbury, MA.

7. The second witness identified during the neighborhood canvas was Anthony Baccini who lives at #9 Beaver Place. This home is almost directly across the street from the victim. Mr. Baccini was outside his home at the end of his driveway shooting baskets in his Basketball net. Mr. Baccini observed an older "beat up" red motor vehicle driving up the street three separate times over the span of approximately ten to fifteen minutes on June 22, 2008 around 5PM. The vehicle was described as being a possible Chevy Malibu and had a hub cap missing. The first time he observed the vehicle was while it was parked on the street at the edge of the cul-de-sac, which would place the vehicle at the end of the road. The vehicle was stopped and there was a white female operating the vehicle. She appeared to be the only occupant. She was further described as being "at the most twenty years of age". She had long brown hair and she was speaking on a cell phone. The vehicle abruptly left the area (street), but it returned only a few minutes later. This time the vehicle stopped in front of #8 Beaver Place, directly next to the victim's home. It appeared to Mr. Baccini that the vehicle was still only occupied by the operator, however, due to his vantage point, he could not determine if it was still the same female he observed moments before. Again the vehicle left the area for a few minutes, this time returning directly into the driveway of #10 Beaver Place (victim's home). Upon entering the driveway of the victim's home, the vehicle pulled out of sight of Mr. Baccini by pulling onto a small paved portion of the driveway that runs next to the home's garage. A couple of minutes later he observed the same female he had originally observed in the vehicle walk into view from the area where the vehicle was now parked. This female was described as wearing "a black tight zippered sweatshirt with a pink shirt underneath". The female was standing on the driveway in front of the garage and "appeared to be looking around". After a brief moment of looking around, the female returned to the area where the motor vehicle was parked out of sight. A few minutes later the vehicle backed out of the driveway and Mr. Baccini took note of the registration as ending in "AE8 or AEB", that being the last three digits of the registration. The vehicle was then occupied by two people in the front seat. Mr. Baccini explained that due to the suspicious behavior of the events he just observed, he focused on the vehicle's registration and not the occupants of the vehicle. He stated he was therefore unable to determine if the female he described was either the operator or passenger of the vehicle as it left.

8. The third witness identified during the neighborhood canvas is Mark Annunziata. Mr. Annunziata was in the area visiting his parents, who live at #5 Beaver Place. Mr. Annunziata stated that while driving down Beaver Place towards his parent's home on June 22, 2008 around 5PM, he took note of a "beat up older red car" driving behind him. Mr. Annunziata stated that after parking in front of his parent's home and exiting the vehicle, he began to extract the car seat in the rear of his vehicle holding his infant child. While doing this he took note that the vehicle which had been behind him drive up and around the top of the cul-de-sac, stopping in front of #10 Beaver Place by the mailbox. Mr. Annunziata explained that he took notice of the vehicle and due to not having recognized it from any time in the past. Being a small street/neighborhood he was personally wondering why the operator was "staring at (him)". Of note, the time frame and location of the stopped vehicle would be consistent with the statement provided by Mr. Anthony Baccini at #9 Beaver Place and Mrs. Siciliano at #11 Beaver Place. He stated that he made eye-to-eye contact with the operator of the vehicle and took note that

it was an "older scraggly male, approximately 25-35 year old". I know, based on my previous experience with Brian Kennedy, Sr., that he is a white male, approximately five foot eight inches tall, one hundred eighty five pounds, brown hair worn longer, but well above the shoulders, he has a fair complexion and brown eyes. I would describe his general appearance as being "rough looking," and therefore similar to Mr. Annunziata's description of a "scraggly" white male. Mr. Annunziata was shown eight photographs, one of which was that of Brian Kennedy, Sr. Mr. Annunziata explained that if he "had" to select a photograph from the series of eight, he would select the one which I know to be that of Brian Kennedy, Sr., but stated that he was only 50% sure that this person was the same one he had seen on June 22nd. Mr. Annunziata explained that he would select that particular photo because of that man's eyes.

9. On Monday, June 23, 2008, at approximately 5:30PM Detective's Rick Nestor and Andy Devito went to #9 Beaver Place and met with Anthony Baccini. After obtaining the above detailed statement, Mr. Baccini was brought to the area of #22 Bear Hill Road to view a motor vehicle matching the description he provided. The vehicle was a 2002 Chevy Malibu color red, MA Reg# 832AE8. The vehicle is registered to Patricia Barbarossa, 08-27-1971 of #22 Bear Hill Road, Billerica. The vehicle is missing both front hub caps. Upon being shown the vehicle, Mr. Baccini stated that he was 100% positive the vehicle was the same one he observed on Sunday, June 22, 2008 drive up and down Beaver Place and pull into the driveway of #10 Beaver Place. Mr. Baccini stated that he had never observed that vehicle prior to that time. Of note, according to the MA RMV, the involved vehicle was purchased and registered on May 20, 2008, just four weeks prior to this incident.

10. On Monday, June 23, 2008, Sergeant Steve Elmore of the Billerica Police contacted Patricia Barbarossa and she agreed to come to the station and speak to Sgt Elmore and Detective Richard Nestor. Detective Nestor explained that Patricia Barbarossa that her vehicle was observed on Beaver Place at the scene of a burglary. Patricia was also told that the description of the female observed matched that of her daughter, Kailene McInnis. Patricia denied that either Kailene or her motor vehicle was ever on Beaver Place on Sunday, June 22, 2008. Patricia stated that she and her daughter Kailene, as well as her vehicle, were located at the Billerica Cultural Center all day Sunday from approximately 2:00PM to 5:00PM. Patricia stated that at approximately 3:00PM she left the event to pick up her fourteen year old son William at his work (Market Basket) and immediately returned to the Cultural Center. Additionally, William's friend, Kyle Oneil, 10-06-1993, who also works with William at Market Basket, was dropped off at the Cultural Center by his father to spend time with William. The Billerica Cultural Center is located in Billerica Center. The reason for their time there was to attend a Wedding shower of which Kailene was directly involved. According to Patricia's statement, at approximately 5:00PM she left the Cultural Center along with Kailene, William and Kyle. The four returned to #22 Bear Hill Road taking a direct route without stopping. Once home, Patricia stated Kyle Oneil's father arrived shortly thereafter and picked up both Kyle and William, taking the two to Oneil's home. Patricia explained that both she and Kailene immediately changed out of their clothes they had worn to the shower and put on something less formal. The two then left to go to Salisbury Beach for the evening.

Patricia stated that this was at approximately 5:30PM. Patricia stated that at no time on Sunday did anyone other than her operate her vehicle. Detective Nestor asked Patricia if she would bring Kailene up to the police station to speak with him regarding the above, which she agreed to. On Tuesday, June 24, Patricia never brought Kailene to the Police Station as agreed. Detective Nestor subsequently called the Barbarossa residence and spoke to Patricia Barbarossa Sr. who stated that her daughter advised that the Billerica Police should contact Attorney James Dangora Jr. if there were any further questions.

On Thursday, June 26, 2008, at approximately 3:00PM Detective Nestor met with Kyle Oneil, 10-06-1993, #9 Mulcahey Lane, Billerica along with his parents, Lawrence and Karen Oneil. Kyle was asked to explain his whereabouts on Sunday, June 22, 2008. Kyle explained that he was picked up by his father Lawrence around 3:00PM at his work, Market Basket Billerica. Kyle had his father drive him home to change his clothes, after which his father drove him to the Cultural Center in Billerica center to meet with his friend William McInnis. Kyle stated that at around 4:00 to 4:15PM he left the event along with William and Kailene McInnis. The three were driven back to #22 Bear Hill Road by William's mother, Patricia McInnis. The group drove to the McInnis residence in Patricia's red Chevy Malibu. Kyle explained that while at the house both he and William stayed in William's bedroom playing video games. Kyle described William's bedroom as being on the home's ground level and is directly next to the area where persons enter/leave the home. At some point while there Kyle recalls Kailene McInnis asking William for his cell phone. Kyle stated that Kailene had the cell phone for "a long time", but he was unaware to whom she was speaking or why she needed the phone. At some point Kailene began to exit the home, at which time William told Kailene to return his cell phone before leaving, which she did. Kyle explained that he did not see Kailene again that day following her departure. At around 7:15 to 7:20PM, Kyle called his father Lawrence for a ride home with William. The two had planned to spend the night together at the Oneil residence. Lawrence Oneil confirmed this time frame and stated that he called his neighbor Kerry Pinto to swing by and pick up the two. Lawrence explained that Kerry Pinto was already in the area of Billerica center and therefore he decided to have her make the pickup. Kerry Pinto allegedly arrived at #22 Bear Hill Road at approximately 7:30PM and picked up both Kyle Oneil and William McInnis. According to both Kyle and Kerry, who relayed information to Lawrence Oneil, at the time Kyle was picked up there was only one vehicle in the driveway at #22 Bear Hill Rd, that being a red Chevy Malibu. Kyle explained that at the time he left the residence Patricia Barbarossa was still inside the home.

12.  On Sunday, June 29, 2008, at approximately 2355 hours, the Billerica Police received a report of a B&E at #22 Bear Hill Road, Billerica. The victim, Lionel Barbarossa Jr., had arrived home after being away for the weekend and discovered the break. Detectives Rick Nestor and Andy Devito arrived at the scene and determined that the suspect(s) had smashed a ground floor window to the home. However, according to the victim, a door at the rear of the home is always left unlocked and may have been the actual point of entry into the home. Once inside the home, the suspect(s) went through all the rooms in the home going through draws, dressers and closet. Mr. Barbarossa reported that two wall mounted televisions, one Panasonic 54" LCD and one Sony 32" LCD had been

stolen from his home. Processing of the scene resulted in no evidence of probative value. In speaking to victim regarding who would have been in the home during the weekend, the victim, Lionel Barbarossa Jr. stated only his daughter (Patricia Barbarossa) and grandchildren (including Kailene McInnis) would have been home. He explained that they were not currently home and would have been in and out all weekend as a matter of normal routine.

13. While canvassing the neighborhood at the above break, Officer Tim McKenna and Detective Andy Devito made contact with the residents at #15 Handel Road. This residence sits directly across the street from #22 Bear Hill Road, which is physically located at the corner of Handel Road and Bear Hill Road. One of the residents there is Todd Rigoli. Mr. Rigoli explained that he observed numerous vehicles in the driveway of #22 Bear Hill Road over the weekend. Mr. Rigoli was aware that one of the vehicles registered to a resident of that address may have been involved in the incident at #10 Beaver Place on June 23, 2008. The reason Mr. Rigoli is aware of this information after speaking to the Ciampas, who told him that was due to Patricia Barbarossa Sr., 03-31-1942 contacted the victims in that incident (the Ciampas) to assure them that her daughter and granddaughter, Patricia and Kailene, had nothing to do with their loss. Mr. Rigoli explained that it is a small neighborhood and his sister, Gwen Battcock, who lives at #10 Handel Road, was a victim in the first incident on June 08, 2008. As a result of that information, he took specific notice of the residence at #22 Bear Hill Road. Mr. Rigoli stated that on Saturday, June 28, 2008, he observed a black Lexus in the driveway of #22 Bear Hill Road along with the red Chevy Malibu registered to Patricia Barbarossa. Of note, Office Paul Brady of the Billerica Police drove by #22 Bear Hill Road at approximately 4:07PM and observed a black Lexus in the driveway. Officer Brady ran the registration on the vehicle, MA Reg# 274DZO, which came back registered to Brian Kennedy Jr., 04-05-1988 of #252 Shaw Street, Lowell MA. On Sunday, June 29, 2008, at approximately 11:00AM Mr. Rigoli observed what he described to be a "white box truck" in the driveway of #22 Bear Hill Road. The vehicle did not have any observable writing on the side and he did not get the plate number. At some point unbeknownst to Mr. Rigoli, the box truck left the home. At approximately noon to 12:30PM Mr. Rigoli observed the red Chevy Malibu registered to Patricia Barbarossa leave the residence. Mr. Rigoli stated that he observed Patricia Barbarossa enter her vehicle alone and leave the area. Of note, Brian Kennedy Sr., 09-20-1966, has a white box truck registered to him. That vehicle is registered as MA Reg# 938DDO to a 1993 Mitsubishi FE4 truck color white to Brian G. Kennedy, Sr. DOB 09-20-1966 of 1248 Gorham St, Lowell. According to Lowell Police Department Detective Tracey Kelly, Brian Kennedy, Sr. is now residing at #252 Shaw Street, 2nd Floor, Lowell MA. That address was provided to the Lowell Police by Brian Kennedy, Sr. earlier this month following an incident where he was assaulted. As stated above, this is the same address provided by the Mass RMV for Brian Kennedy's eldest son, Brian Kennedy Jr.

14. As a matter of background on the parties, Kailene McInnis, 01-14-1993 is a fifteen year old female. She is currently involved in a relationship with a son on Brian Kennedy Sr., Mitchell Kennedy, DOB 05-22-1990. That relationship was revealed through Patricia Barbarossa Sr., DOB 03-31-1942, during a phone conversation she had with Judy

Ciampa, a victim in the burglary at #10 Beaver Place on June 23, 2008. According to Judy Ciampa, she was called by Patricia Barbarossa Sr. on her work phone. Of note, the Ciampa's own an accounting firm that conducts accounting services on behalf of the Barbarossa's family businesses (exhaust systems repair and installation). Judy was told by Patricia that her daughter and granddaughter were not involved in the incident at her home. She went on to tell Judy that Kailene dates a boy from Lowell named Mitchell Kennedy and that he is a "nice boy". Judy explained that she was unaware of what that information had to do with whether or not Kailene or Patricia Barbarossa were involved in the incident at her home. Additionally, I, Sgt Frost, encountered Patricia Barbarossa and her motor vehicle on June 19, 2008 at approximately 9:19PM in the area of Middlesex Turnpike and Nuttings Lake. I observed a vehicle off to the side of the road with its hazard lights illuminated and a group of youths standing in the travel lane on the opposite side of the road. I illuminated the emergency lights on my unmarked cruiser and exited to investigate. I then observed the following youths in the roadway: Kailene McInnis, Mitchell Kennedy, Dylan King and Joshua Mahoney. Inside the motor vehicle on the other side of the road was Patricia Barbarossa, DOB 08-27-1971 operating her 2002 Chevy Malibu. She explained that Kailene and Mitchell were just "reuniting with some friends", or words to that effect. The group was dispersed and Kailene McInnis and Mitchell Kennedy got back into the Chevy Malibu with Patricia and left the area. Of note, a description of Kailene McInnis, as observed by me on Thursday, June 19, 2008, is a fair skinned white female with long brown hair just past her shoulders. She is of medium weight and is approximately five foot five inches in height. I note that Kailene McInnis's description is consistent with Cheryl Siciliano and Anthony Baccini's descriptions of the young, fair-skinned white female observed driving a red Chevy Malibu with missing hubcaps on Beaver Place on Sunday, June 22, 2008, as set forth in paragraphs 6 and 7 of this affidavit.

15. In the course of this investigation, Detective Devito has driven by #252 Shaw Street, Lowell, the listed residence of Brian Kennedy and his family. On Saturday, June 28, 2008 at approximately 3:00PM, Detective Devito observed a white box truck in the driveway behind the residence. The truck had MA Reg# 938DOO displayed, which is registered to Brian Kennedy Sr. Also, located in front of the residence was a black Lexus, MA Reg# 274DZO registered to #252 Shaw Street, Lowell, Brian Kennedy Jr. Finally, located around the corner of the residence was Patricia Barbarossa's red 2002 Chevy Malibu, MA REG# 832AE8.

16. On Friday, June 27, 2008, Detective Devito contacted Gwen and Matthew Battcock of #10 Handel Road regarding the burglary at their home on June 8, 2008. Detective Devito showed Gwen Battcock a color copy of jewelry that had been pawned on June 17, 2008 at Design Jewelers, #590 Roger Street, Unit #3, Lowell, MA. The jewelry was sold by Brian Kennedy, Sr., DOB 09-20-1966, #1248 Gorham Street, Lowell MA. Brian Kennedy provided his valid MA driver's license at the time of the sale and signed a document filled out by Design Jewelry. A photocopy of the jewelry was made by Design Jewelry and provided to the Lowell Police as part of their agreement with all licensed pawn dealers in the City. Of note, the jewelry had been cut up into small pieces prior to being sold. After showing a picture of the jewelry to Gwen Battcock, she stated that she

was "ninety nine percent sure" she was looking at jewelry stolen from her home on or about June 08, 2008. Later, on Saturday, June 28, 2008, Detective Devito went to Design Jewelry in Lowell and recovered the jewelry. Once at Design Jewelry, Detective Devito asks the owner, Mamadou Gueye, why someone would cut up jewelry like it was. Mr. Gueye stated the jewelry would be worth more money if left in its original state. He went on to state that in his professional opinion one would cut up the jewelry only for the purpose of concealing its identity. Due to the jewelry being purchased by Design Jewelry as "scrap gold", it is paid for according to its gross weight ($9 per gram). Once in possession of the suspected stolen jewelry, Detective Devito met with Gwen Battcock at the police station. Once she was shown the jewelry Gwen Battcock immediately became emotional and stated that she was "one hundred percent positive" that all of the jewelry belonged to her. Gwen Battcock immediately began to put all of the pieces of jewelry back together. In total, Gwen reassembled the jewelry into four separate rings. Gwen then provided digital photographs showing her wearing three of the four rings recovered. In looking at the photographs in comparison to the rings, it is evident that the rings are the same. Gwen provided Detective Devito with a detailed statement on the identification along with the photographs showing her wearing three of the four recovered rings.

17. On Sunday, June 29, 2008, at approximately 7:00PM, Fred and Judy Ciampa of #10 Beaver Place came into the Billerica Police Department at the request of Detective Andy Devito to view a photograph of cut up jewelry pawned at Design Jewelry in Lowell on June 26, 2008, three days after their home was burglarized. The jewelry was pawned by Brian Kennedy, 09-20-1966 of 1248 Gorham Street, Lowell MA. Again, Brian Kennedy provided a valid MA driver's license at the time of the transaction and signed a document provided by Design Jewelry at the time of the sale. Upon viewing the photograph, Judy Ciampa stated that she was "eighty percent positive" the jewelry in the photograph belonged to her. She agreed to meet detectives at Design Jewelry on Monday, June 30, 2008.

18. On Monday, June 30, 2008, at approximately 10:00AM, I, Sergeant Frost, met with Fred and Judy Ciampa at Design Jewelry, #590 Rogers Street, #3, Lowell, MA. Once inside I met with owner Mamadou Gueye. Mr. Gueye provided the jewelry in question and I laid it out on the white piece of paper. Immediately Judy Ciampa stated "that's our stuff" and began to reassemble the cut up jewelry into whole pieces. She was able to reassemble a set of unique earrings, a unique rope bracelet with a heavy duty clasp, a cut up charm bracelet that had held unique charms describing the birth of her children (not included), and an Italian Horn that she had owned. When asked how sure she was the jewelry she was looking at belonged to her, Judy exclaimed she was "one hundred percent sure". Judy Ciampa provided a detailed written statement regarding her identification of the recovered stolen jewelry.

19. On Sunday, June 29, 2008, the Billerica Police Department was contacted by the Boston Police Department, District B-2 regarding a recovered stolen handgun. According to Boston Police Detective Mark Flemming, a .22 caliber revolver pistol, Make "IJ Cadet", S/N H67028, was involved in an attempted shooting on Saturday, June 28, 2008 at

approximately 6:44PM. The gun had been used by an unidentified black male against another black male (identified) during a fight at the City's Puerto Rican Festival. The unidentified suspect attempted to fire the weapon three times, however, according to Boston PD it misfired on all three attempts. The victim in this case did not identify his assailant. The case is still open and under investigation at this time by Boston Police.

Based on the above facts, I believe probable cause exists to search the residence of Brian Kennedy, Sr., that being #252 Shaw Street, 2nd floor, Lowell MA, in addition to his white box truck, a 1993 Mitsubishi FE4, MA Reg# 938DDO. I would also request permission to search Brian Kennedy Jr.'s 1991 Lexus LS400, MA Reg#274DZO, which was observed at #22 Bear Hill Road, Billerica on Saturday, June 28, 2008 prior to the reported break at that residence. The reason for this request is the result of recent direct connections established between Brian Kennedy Sr. and the locations of #22 Bear Hill Road, #10 Handel Road and #10 Beaver Place, all of which are less than 1000 feet of one another and have been the subject of three burglaries since June 08, 2008. All of these burglaries have very similar modus operandi in that each break was a forced entry through a smashed first floor window. Also, all of the incidents involved the homes being ransacked with virtually every room being tossed. Two of the breaks involved the theft of jewelry and two involved the theft of electronics. Brian Kennedy Sr. is identified as having sold stolen jewelry from burglaries at both #10 Handel Road on June 17, 2008 and #10 Beaver Place on June 26, 2008. With respect to the first burglary, Brian Kennedy, Sr. sold scrap jewelry that he had attempted to manipulate and conceal by cutting it into small pieces to avoid detection of its original source. That sale occurred on June 17, 2008, just nine days after the reported break. With regards to the second burglary, Brian Kennedy, Sr. again attempted to conceal the original shape and character of the jewelry he sold on June 26, 2008. That jewelry was identified as stolen just three days prior to its sale by Kennedy. According to the professional opinion of the store owner, Mr. Gueye, a person would only cut up jewelry in order to conceal its true identity, thus decreasing its value. Brian Kennedy, Sr. has a prior direct relationship to #22 Bear Hill Road. This relationship is established on numerous counts. First, his son Mitchell Kennedy has been involved in a relationship with Kailene McInnis, a resident of that address. A vehicle that belongs to Brian Kennedy Jr, the eldest son of Brian Kennedy, was observed in the driveway of #22 Bear Hill Road on Saturday, June 28, 2008 and its registration queried by Officer Paul Brady of Billerica Police while it was parked in the driveway at that location. Additionally, Brian Kennedy Sr. possess a valid registration and operates a white, non-descript, box truck that matches the description of the one observed in the driveway of #22 Bear Hill Road on Sunday, June 29, 2008 at 11:00AM, just eleven hours prior to the discovery of a break at that residence by Lionel Barbarossa Jr. Again, based on my past training and experience in these types of investigations, it is highly likely that the precious nature of the stolen items, specifically firearms and jewelry, will be kept within the home of the perpetrator. Although some of the stolen jewelry has already been sold, none of the precious stones that were contained within that jewelry have been located. These items are somewhat more difficult to sell and will most likely still be kept in the confines of perpetrator's residence or secured in a vehicle. Additionally, due to inherent traceability of firearms, including their smaller underground sales marketplace, it is highly likely that the additional nine firearms still

missing will also be located in the residence of the perpetrator. Although the break-in at 22 Bear Hill Road is being actively investigated along with the other two break-ins in the neighborhood, through my training and experience I suspect that this house break may have been staged to deflect attention away from Kailene McInnis, particularly where Kailene's grandmother Patricia Barbarossa, Sr. has contacted Judy Ciampa to inform her that her granddaughter had nothing to do with the crimes being investigated.

21. Based on the above facts, I request to search the residence at #252 Shaw Street, 2nd floor, Lowell MA, the 1993 Mitsubishi FE4 box truck MA Reg# 938DD0 (registered to Brian Kennedy, Sr.), and the 1991 Lexus LS400 MA Reg# 274DZO for documents evidencing the custody and control of that residence and those vehicles. Additionally, I wish to search that residence and those vehicles for the following property, which represents a combined itemized list from the three victims of the break-ins at #22 Bear Hill Road, #10 Handel Road and #10 Beaver Place in Billerica:

| Item Type | Description |
|---|---|
| Hand Gun | Sig Sauer 45 Caliber Semi Auto S/N G318798 |
| Hand Gun | Ruger Casull 454 Revolver S/N 55189610 |
| Long Arm | Remington 12 Guage 870 shotgun S/N PC641500 with scope |
| Long Arm | 50 Cal Muzzle Loader with walnut stock and words "Made in Italy for Charles Daley" |
| Hand Gun | Walther P220 semi-auto S/N L066243 |
| Hand Gun | Chezk 380 semi-auto s/n unknown |
| Hand Gun | Smith & Wesson 9mm Semi Auto S/N PBH4435 |
| Hand Gun | Smith & Wesson 357 Caliber Revolver with oversized pistol grip (no serial number) |
| Compound Hunting Bow | Matthews SQ2 S/N 277108 |
| Wall Mount | 4pt Deer head mount |
| Checks | Sovereign Bank Checks in the name of Matthew Battcock |
| VideoGame Console | X-Box 360 (no serial number) |
| Electronics | Samsung surround sound system |
| Jewelry | Pearl Crystal Necklace alternating in sequence |
| Jewelry | Men's Platinum Gold wedding band |
| Jewelry | Gold bead necklace |
| Jewelry | Silver Heart with two floating pearls necklace |
| Jewelry | Gold diamond and ruby ring |
| Jewelry | Gold diamond ring with thick band |
| Jewelry | Gold chain with .75 diamond pendant |
| Jewelry | Swarvoski crystal necklace |
| Jewelry | Swarvoski Crystal bracelet |
| Jewelry | Mikimoto pearl necklace |
| Jewelry | Mikimoto pearl earrings |
| Jewelry | Mikimoto Pearl bracelet |
| Jewelry | Gold and Silver link bracelet |

*In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this _____ day of JUNE*

CLERK MAGISTRATE

| | |
|---|---|
| Jewelry | Pearl and crystal bracelet alternating in sequence |
| Jewelry | Gold blue sapphire ring |
| Jewelry | Gold ruby bracelet |
| Electronics | Cannon digital camera silver and black |
| Electronics | Sony Handicam- (Carl Zeiss) |
| Jewelry | 14k Gold tri colored watch |
| Jewelry | Watch with gold bracelet band |
| Jewelry | Tourmaline green ring with 14k gold setting |
| Jewelry | 18k gold ring with 12 purpose amethyst stones |
| Jewelry | Diamond ring with one large stone and several smaller stones |
| Electronics | Sony 32 inch LCD television (wall mountable) s/n 474kdlv32xbr1 |
| Electronics | Panasonic 54 inch LCD wall mount television |
| Jewelry | Sterling silver bracelet with 12 charms one of which is the State of Florida. |

22. I would also respectfully request permission to document the execution of the search warrant using video and still digital photography.

23. I would also request the issuance of a no-knock warrant in this case. Brian Kennedy Sr., DOB 09-20-1966 has a history of violent offenses and there are at least nine semi-automatic and large caliber firearms stolen during one of the break-ins (for which he is a suspect) that remain unaccounted for. In 1997, Brian Kennedy, Sr. was convicted of assault and battery with a dangerous weapon (pepper spray) in Lowell District Court resulting in a 2.5 year jail sentence. In 1990, Brian Kennedy, Sr. was convicted of ABDW (bottle), again resulting in a jail sentence of 18 months (suspended). In 1987, Brian Kennedy, Sr. was convicted of ABDW resulting in an 18 month jail sentence (suspended); he received a separate 1987 conviction in Lowell District Court for threatening, resulting in a 6 month jail sentence (suspended); and he received a separate 1987 conviction in Lowell District Court for Assault with a Dangerous Weapon resulting in a fine. Additionally, Brian Kennedy, Sr. has a conviction in 1988 for possession of cocaine resulting in a one year jail sentence (suspended). Based on the inherent safety issues surrounding a documented violent felon being in possession of numerous semi-automatic and large caliber weapons, the fact that Brian Kennedy, Sr. is believed to be in possession of jewelry and small pieces of jewelry which can be easily destroyed, I would respectfully request the court issue this officer "no-knock" authority to execute the search warrant. A threshold reappraisal of the need to enter without announcing police presence will be made at the time of execution of this search warrant.

*[Stamp: ...testify that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this ____ day of July ____ CLERK MAGISTRATE]*

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
Roy W. Frost

    Then personally appeared the above-named Roy W. Frost and made oath that the foregoing affidavit by him subscribed to is true.

BEFORE ME THIS 1st DAY OF July 2008.

_____
Justice, ~~Clerk Magistrate, or Assistant Clerk Magistrate~~

July 1, 2008 @ 3:52 p.m.

> In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this _____ day of _____
>
> CLERK MAGISTRATE

Documents evidencing the custody and control of the residence at #252 Shaw Street, 2nd floor, Lowell MA and the following property, which represents a combined itemized list from the three victims of the break-ins at #22 Bear Hill Road, #10 Handel Road and #10 Beaver Place in Billerica:

| Item Type | Description |
| --- | --- |
| Hand Gun | Sig Sauer 45 Caliber Semi Auto S/N G318798 |
| Hand Gun | Ruger Casull 454 Revolver S/N 55189610 |
| Long Arm | Remington 12 Guage 870 shotgun S/N PC641500 with scope |
| Long Arm | 50 Cal Muzzle Loader with walnut stock and words "Made in Italy for Charles Daley" |
| Hand Gun | Walther P220 semi-auto S/N L066243 |
| Hand Gun | Chezk 380 semi-auto s/n unknown |
| Hand Gun | Smith & Wesson 9mm Semi Auto S/N PBH4435 |
| Hand Gun | Smith & Wesson 357 Caliber Revolver with oversized pistol grip (no serial number) |
| Compound Hunting Bow | Matthews SQ2 S/N 277108 |
| Wall Mount | 4pt Deer head mount |
| Checks | Sovereign Bank Checks in the name of Matthew Battcock |
| VideoGame Console | X-Box 360 (no serial number) |
| Electronics | Samsung surround sound system |
| Jewelry | Pearl Crystal Necklace alternating in sequence |
| Jewelry | Men's Platinum Gold wedding band |
| Jewelry | Gold bead necklace |
| Jewelry | Silver Heart with two floating pearls necklace |
| Jewelry | Gold diamond and ruby ring |
| Jewelry | Gold diamond ring with thick band |
| Jewelry | Gold chain with .75 diamond pendant |
| Jewelry | Swarvoski crystal necklace |
| Jewelry | Swarvoski Crystal bracelet |
| Jewelry | Mikimoto pearl necklace |
| Jewelry | Mikimoto pearl earrings |
| Jewelry | Mikimoto Pearl bracelet |
| Jewelry | Gold and Silver link bracelet |
| Jewelry | Pearl and crystal bracelet alternating in sequence |
| Jewelry | Gold blue sapphire ring |
| Jewelry | Gold ruby bracelet |
| Electronics | Cannon digital camera silver and black |
| Electronics | Sony Handicam- (Carl Zeiss) |
| Jewelry | 14k Gold tri colored watch |
| Jewelry | Watch with gold bracelet band |
| Jewelry | Tourmaline green ring with 14k gold setting |
| Jewelry | 18k gold ring with 12 purpose amethyst stones |
| Jewelry | Diamond ring with one large stone and several smaller stones |

| Electronics | Sony 32 inch LCD television (wall mountable) s/n 474kdlv32xbr1 |
| --- | --- |
| Electronics | Panasonic 54 inch LCD wall mount television |
| Jewelry | Sterling silver bracelet with 12 charms one of which is the State of Florida. |

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this _____ day of JULY

CLERK MAGISTRATE