# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney
Deborah I. Ecker

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Deidre Brennan Regan
Djuna E. Perkins
Peter E. Montgomery
Thomas R. Donohue
Kristin Tyler Harris
Patrick Hanley

Administrator:
Elizabeth L. Joyce

July 3, 2008

*Via Facsimile: (617) 451-3413*
Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA 02108

*Via Facsimile: (781) 861-7875*
Frederick V. Gilgun, Jr., Esq.
Law Offices of Nicholson, Sreter & Gilgun, P.C.
33 Bedford Street, Suite 4
Lexington, MA 02420

RE:   <u>Kennedy v. Billerica</u>

Dear Fred and Andrew:

Gentlemen, as you doubtlessly know, the Lowell Police and Billerica Police executed a search warrant at your clients' apartment in the late evening of Tuesday, July 1, 2008. The police were searching for stolen goods. During the search, the officers came across a box of what appears to be original videotapes taken by your clients and William Ashton of their encounters with the Billerica Police.

As you also know, Mr. Silverfine and I had repeatedly requested from Mr. Fischer that the original tapes be produced to us prior to the first trial. At the trial, we asked again to see the original tapes. Eventually, your clients and Mr. Ashton informed the Court, and testified under oath, that the original tapes were damaged by water as a result of a water heater leak at the apartment in Lowell and no longer existed. You both so represented to the Court as well.

As a result of the discovery during the search, it appears that the representations made by you and the testimony of your clients and Mr. Ashton were false. This is a very serious issue to us and we will be so informing the Court as well as the United States Attorney.

I am writing this to make you aware of the situation from our perspective. I invite you to advise us if you have information to suggest that our belief that your clients gave false testimony about these tapes is inaccurate.

Very truly yours,

BRODY, HARDOON, PERKINS & KESTEN, LLP

Leonard H. Kesten

LHK:nrr