**JASON AND FISCHER**
ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617) 423-7904
FAX. (617) 451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

July 7, 2008

**BY FACSIMILE AND U.S. MAIL**

Leonard Kesten, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Re:   <u>Brian Kennedy, et al v. Town of Billerica, et al</u>

Dear Mr. Kesten:

      Mr. Gilgun and I are in receipt of your letter Faxed to me July 3 afternoon, just before the holiday weekend. We are pleased that you are aware of the conduct of the Billerica Police in the course of their execution of warrants and their search of the Lowell home of Brian and Michelle Kennedy. Regrettably, no Billerica official thought to give the warrants to be served to the Lowell Police, who have jurisdiction in Lowell. That may have avoided this new round of counter accusations.

      Your letter makes reference to videotapes that were seized. None of the copies of warrants either Mr. Gilgun or I have seen list videotapes, so we do not understand the basis for Billerica police officers seizing any videotapes. You apparently have not viewed the tapes, as you are surmising that these are the "missing" videotapes that you have claimed would exonerate the Billerica Police that you have long claimed Billy Ashton and Michelle Kennedy have refused to produce. A more plausible explanation is that these videotapes are the recordings of the many witnesses who are expected to testify that it was the Billerica Police who beat Mitchell and Dylan Kennedy at Wendy's last September, and that the seizure was a pre-emptive strike in anticipation of one of the trials July 9, 2008 of the criminal charges against Mitchell and Dylan that were brought to cover up the Wendy's beating.

      A more critical question for you to answer is the basis for your being provided with knowledge of this recent raid and search. Who specifically is the source of your information concerning the videotapes and what authority does he/she have to share this information with you? Please provide the name of the Billerica police officer who advised you about these tapes and explain what your role is with respect to this seizure.

      In any event, where there has been no warrant allowing the seizure of any videotapes, demand is hereby made that the videotapes -- and any other items that were taken that without legal authorization be immediately returned to the Kennedys. I suggest that the immediate return of this personal property may mitigate the damages in any subsequent civil rights claim and urge that all items belonging to the Kennedys be returned immediately.

If timely return of the goods is not made, we shall seek appropriate court relief.

We are also pleased that you recognize that the illegal seizure of the Kennedys' personal property "is a very serious issue", and we look forward to your providing full disclosure to the Court and to the United States Attorney. The time is long overdue for an independent investigation of how the Billerica Police manipulate evidence and witnesses. We welcome such an investigation and the light it may shed.

Yours truly,

Andrew M. Fischer

AMF:ms

cc:   Frederick V. Gilgun, Jr., Esquire

kennedy\lkestenH3