LAW OFFICES OF
**NICHOLSON, SRETER & GILGUN, P.C.**
33 BEDFORD STREET, SUITE 4
LEXINGTON, MASSACHUSETTS 02420

ALBERT J. SRETER
  asreter@nsglawyers.com
FREDERICK V. GILGUN, JR.
  fgilgun@nsglawyers..com

(781) 861-9160
FAX (781) 861-7875

---

DEAN E. NICHOLSON
OF COUNSEL

July 8, 2008

VIA FACSIMILE AND FIRST CLASS MAIL
617-451-3413

Leonard Kesten, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

    Re:    Brian Kennedy, et al v Town of Billerica et al

Dear Attorney Kesten:

    This letter will serve to follow up on the letter of Attorney Fischer dated July 7, 2008, and also on our telephone conversation of even date. While attempting to restore their home following the destruction caused by members of the Billerica Police Department during their invasion on July 1, 2008, the Kennedys have begun to create an inventory of personal items that were unlawfully taken from their home by the Billerica Police Department. To date they have identified the following items:

- 9 video tapes - one that was recovered from the drawer in the china cabinet and eight that were taken from a cabinet in a room off of the kitchen;
- a silver camera (not silver and black as described in the warrant) containing photographs of Brian Kennedy skateboarding; two pair of binoculars;
- a few cds, containing Dylan Kennedy's music – one that was labeled "DK's Demo" and another labeled "The Time is Now";
- an audio cassette, containing footage of a concert performed by Dylan Kennedy;
- deer antlers;
- cash totaling approximately $2,400.00 - $800.00 was taken from a vanity in the guest bedroom/office, $1,400.00 were taken from an end table located in Michelle and Brian Kennedy's bedroom and approximately $200.00 was taken from a water bottle in Dylan Kennedy's room.

RECEIVED
JUL 1 4 2008
BY:

As these items are clearly beyond the scope of a Search Warrant and were taken unlawfully by the Billerica Police Department demand is once again made that they be returned <u>immediately</u> to the Kennedys.

As I mentioned in our conversation today there is a heightened need for the immediate return of the video cassette tape that contains footage of Brian Kennedy, Jr., performing at a skateboarding exhibition as he needs to deliver it to a corporate sponsor. You asked that I provide specific identifying features of this tape so that it could be viewed and a determination made whether it would be promptly returned to the Kennedys.

In speaking with Ms. Kennedy she was unable to provide the specific indentifying characteristics, other than it was the cassette taken from the china cabinet drawer and clearly contains footage of Brian performing at the exhibition. In our discussion you indicated that you had viewed such a tape, thus you know which tape it is without further intrusion into the Kennedys' privacy. As this is a time sensitive matter we anticipate your immediate attention.

Very truly yours,

Frederick V. Gilgun, Jr.

FVG/kv
cc:   Andrew M. Fischer, Esq.
      Ms. Michelle Kennedy