UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY, et al | \* |
| Plaintiffs | \* |
| v. | \* Civil Action no. 04-12357 - PBS |
| TOWN OF BILLERICA, et al | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF MICHELLE KENNEDY IN SUPPORT OF PLAINTIFFS= MOTION FOR RESTRAINING ORDER

I, Michelle Kennedy, do hereby affirm and attest as follows:

1. My name is Michelle Kennedy and I am a plaintiff in the above captioned case. In that capacity I have personal knowledge of each of the facts attested to herein.

2. I reside with my husband, Brian, our three sons, Brian, Jr., Mitchell and Dylan, and Billy Ashton, at 252 Shaw Street in Lowell.

3. Shortly before 10:00 p.m. on July 1, 2008, approximately twenty (20) SWAT team members dressed in black and armed with machine guns battered open the door to our home and stormed in, hurling one or several Aflash@ grenades that made loud noise and flashed bright lights.

4. We were stunned, surprised, frightened and terrorized.

5. We were ordered to the ground with guns to our heads. Brian Kennedy, Michelle Kennedy, Mitchell Kennedy and Billy Ashton were cuffed with plastic bands and we were held to the ground along with my mother, Joyce Tibbets.

6. If they knocked before storming in, no one heard them.

7. The SWAT team then left, leaving five Billerica police officers and several Lowell police officers.

8. While the Lowell police officers remained with us, the five Billerica police officers then proceeded to rip apart our home, breaking mirrors and other glass objects, tipping furniture over, emptying closets onto the floors and dumping out the contents of every cabinet and drawer.

9. Two of these officers are defendants in this case, Officer Devito and Officer West. In addition, Sgt. Frost has been involved in the acts of the Billerica Police against us.

10. The officers began their Asearch@ by heading for a transparent plastic box that contained various videotapes, seizing and taking the box.

11. The officers also took CDs and a variety of other items, including a couple of pairs of binoculars, a digital camera, a set of deer antlers that Billy Ashton had found by the side of the road, computer parts, a hunting knife, a baton, a set of numchucks and a hunting bow which was one of a number of things brought to our home by Patricia Barbarosa, the mother of a friend of my son Mitchell.

12. Ms. Barbarosa has been to our home more frequently in the past month and we have tried to be friendly with her because she is one of the witnesses who saw the Billerica police beat our sons Dylan and Mitchell at Wendy=s last September.

13. In addition, the defendant Billerica officers took two thousand four hundred ($2,400.00) dollars in cash. This cash included our rent money, one thousand four hundred ($1,400.00) dollars that was in the a dresser drawer; eight hundred ($800.00) dollars from the room where my mother, Joyce Tibbets was staying and two hundred dollars ($200.00) belonging to my son, Dylan.

14. My mother, who lives out of state, is staying with us while in Massachusetts for medical treatment. The eight hundred ($800.00) dollars was cash that my mother had brought with her from Florida as spending money.

15. My son, Dylan, is working and had just cashed his paycheck  He keeps his money in a water bottle in his room and had two hundred ($200.00) dollars in the bottle from the paycheck he had just cashed that the Billerica police officers took, along with my mother=s money and our rent money.

16. We asked the officers repeatedly for a search warrant. When the officers finally showed us a warrant, I saw that it listed a number of guns and a long list of jewelry.

17. In fact the Billerica police spent a long time going through all my jewelry, item by item and my mother=s jewelry as well. They also took several items of jewelry.

18. The Billerica police also searched my son=s car, our old Lexus, my husband=s, and Mitchell's boss= car, damaging my son=s car in the process.

19. The police were at our home for about three hours, with the Billerica police conducting the search and tearing our house apart. The Lowell police officers did not participate in any of this, staying with us and doing nothing while the Billerica police went from room to room, taking things and breaking things.

20. In the days immediately before and after this raid Asearch@, bullets have been fired at our cars. This has happened two or three times. Because of this, my husband, Billy and I have started staying up at night, keeping watch all night, like we used to do when we lived in Billerica. The night after the raid (or the next night) the windshield to the Lexus was smashed and we saw a figure run. Brian and Billy ran out and gave chase only to see the figure get into a Billerica police cruiser parked on the next street.

21. This reminded me of what happened to us before, as we testified in our trial last April, when the skateboard ramps outside our trailer in Billerica were set on fire and Billy saw someone in a White Sox baseball cap emerge from the woods on the other side of our trailer and get into a Billerica Police cruiser. In fact, the behavior was so similar that I insisted on including it in this affidavit, because I believe that this vandalism and the police raid are all part of a new round of threats and acts against us because the trials in the Wendy=s case are coming up.

22. We have moved out of Billerica and do our best to stay away from Billerica and the Billerica police but we cannot seem to get away from them. I am frightened for my safety and frightened that my husband or my children or our friend Billy Ashton will be harmed.

**SIGNED AND SWORN UNDER PAIN AND PENALTY OF PERJURY THIS** 15th **DAY OF JULY, 2008**

_____
Michelle Kennedy

kennedy\affmichelle-moreturnvideotapes