UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRIAN KENNEDY, et al                           \*
                                               \*
            Plaintiffs                         \*
                                               \*
v.                                             \*   Civil Action no. 04-12357 - PBS
                                               \*
TOWN OF BILLERICA, et al                       \*
                                               \*
            Defendants                         \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF JAY GROOB
### IN SUPPORT OF PLAINTIFFS' MOTION FOR RESTRAINING ORDER

I, Jay Groob, do hereby affirm and attest as follows:

1. My name is Jay Groob and I am the owner and principle of American Investigative Services (AIS), a private investigation agency. I am a licensed private investigator and have operated AIS for over twenty years, with my clients including insurance companies, law firms and lawyers. My work as an investigator has also included working together with various federal, state and local law enforcement agencies

2  I have been retained by the law firm of Jason & Fischer to conduct investigations involving the claims of the Kennedy family against the Billerica police. In that capacity I have personal knowledge of each of the facts attested to herein.

3. In September 7, 2007, I was asked to obtain witness statements from witnesses to the incident that took place at the Billerica Wendy's on September 7, 2007.

4. In total, over twenty (20) witnesses interviews were recorded. Most of these interviews were recorded by video, some by Billy Ashton in the brief few days after the incident before I became involved, and others by me. Other interviews were recorded by the WBZ Channel 4 I-Team.

5. Each of these witnesses told the same story: that the Billerica police who responded to the Wendy's on September 7, 2007 attacked Mitchell Kennedy and Dylan Kennedy, initiated the

physical confrontation and then subdued and arrested Mitchell and Dylan Kennedy.

6. At least one witness has not authorized me to use his name or statement, as he fears retribution from the Billerica police. Other witnesses refused to be interviewed or provide statements for the same reason: fear of retribution from the Billerica police.

**SIGNED AND SWORN UNDER PAIN AND PENALTY OF PERJURY THIS** 14th
**DAY OF JULY, 2008**

_____
Jay Groob