UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., <br>                    Plaintiffs | ) ) ) ) ) ) |
| VS. | ) ) |
| TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, <br>                    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants Town of Billerica, Daniel C. Rosa, Jr., Mark Tsoukalas, Richard Nestor, and Scott Parker in the above-named case hereby appeal to the United States Court of Appeals for the First Circuit from the order and memorandum dated March 26, 2007 to the extent it denied defendants' motion for summary judgment, the jury verdict dated April 30, 2007, the order and memorandum dated August 15, 2007 to the extent it denied defendants' motion for summary judgment, the order and memorandum entered on August

1

21, 2007 on defendants' motion of Judgment JNOV or, in the alternative, for a new trial, the jury verdict dated October 9, 2007, the judgment and order entered on December 10, 2007, the order and memorandum on defendants' second motion for judgment NOV or, in the alternative, motion for a new trial entered on July 24, 2008, the order and memorandum on the plaintiffs' motion for attorneys' fees entered on July 24, 2008, and from any and all other orders and rulings that merged in the above.

        Respectfully submitted,

        The Defendants Town of Billerica, Daniel Rosa, Jr.,
        Mark Tsoukalas, Richard Nestor, and Scott Parker,
        By their attorneys,

        /s/ Leonard H. Kesten
        Leonard H. Kesten, BBO No. 542042
        Jeremy I. Silverfine, BBO No. 542779
        Deidre Brennan Regan, BBO No. 552432
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        617- 880-7100

Dated:  August 25, 2008