UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV-12357-PBS

| | |
|---|---|
| BRIAN KENNEDY AND MICHELLE KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, Individually and as mother and next friend of BRIAN KENNEDY, JR., Plaintiffs | ) ) ) ) ) ) ) |
| VS. | ) ) |
| TOWN OF BILLERICA, DANIEL C. ROSA, JR. Individually and as Chief of the Billerica Police Department, JOHN BARRETTO, Individually and as former Chief of the Billerica Police Department, PAUL W. MATTHEWS, Individually and as former Chief of the Billerica Police Department, ROBERT LEE, Individually and as former Deputy Chief of the Billerica Police Department, THOMAS CONNORS, FRANK A. MACKENZIE, RICHARD RHONSTOCK, ROBERT BAILEY, JONN ZARRO, MARK TSOUKALAS, TARA CONNORS, MARTIN E. CONWAY, ANDREW DEVITO, RICHARD HOWE, STEVEN ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN, MICHAEL A. CASEY, RICHARD NESTOR, ROBERT BROWN, WILLIAM G. WEST, GREGORY KATZ, GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F. MCKENNA AND JOHN DOE, Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ASSENTED TO MOTION OF DEFENDANTS FOR AN
ENLARGMENT OF TIME TO FILE AN OPPOSITION
TO PLAINTIFFS' RESUBMITTED BILL IN SUPPORT
OF THEIR MOTION FOR ATTORNEYS' FEES**

The defendants hereby request that this Court extend the deadline for which they are to file an Opposition to plaintiffs' resubmitted bills in support of their Motion for Attorneys' Fees, from August 29, 2008, to September 16, 2008. As reasons for this motion, the defendants state the following:

1.   Attorney for the plaintiffs, Frederick V. Gilgun, Jr., assents to this motion.

2. The Court's July 24, 2008, <u>Memorandum and Order</u>, ordered the plaintiffs to resubmit their final bill within 30 days, with the defendants' opposition then due within 14 days, after conferring with opposing counsel.

3. The plaintiffs' resubmitted a final bill in support of their Motion for Attorneys' Fees on August 15, 2008, making defendants' Opposition due on August 29, 2008.

4. Attorney for the defendants, Leonard H. Kesten, had a scheduled vacation with travel arrangements from August 18, 2008, through September 1, 2008.

5. Accordingly, the defendants require additional time to prepare their Opposition to the plaintiffs' Motion for Attorneys' Fees, and resubmitted bills in support of the motion.

6. The defendants request an additional 14 days from their attorney's return from vacation, or September 16, 2008.

7. The defendants have not requested a previous enlargement of time in this matter.

8. Allowing this motion is in the interests of justice.

In sum, the defendants request that this Court allow this assented to motion and grant an additional 14 days so that their opposition is due September 16, 2008.

> Respectfully submitted,
> DEFENDANTS,
> By their attorneys,
>
> /s/ Leonard H. Kesten
> Leonard H. Kesten, BBO No. 542042
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116

Dated: August 26, 2008      617- 880-7100

2

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Thomas R. Donohue, associate at the Law Firm of Brody, Hardoon, Perkins & Kesten, LLP, hereby certify that I have conferred with counsel for the plaintiffs, Frederick V. Gilgun, Jr., and he assents to this motion.

/s/ Thomas R. Donohue
Thomas R. Donohue, BBO No. 643483

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants on August 26, 2008.

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO No. 542042