

EXHIBIT A

Page 1

Volume I
Pages 1-208

UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF MASSACHUSETTS
C.A. NO. 04-CV-12357-PBS

BRIAN KENNEDY, AND MICHELLE KENNEDY,       :
Individually and as mother and             :
next friend of BRIAN KENNEDY, JR.,         :
MITCHELL KENNEDY and DYLAN KENNEDY         :
        Plaintiffs,                        :
                                           :
vs.                                        :
                                           :
TOWN OF BILLERICA, et al.,                 :
        Defendants.                        :

    DEPOSITION of WILLIAM ASHTON, taken on behalf of the Defendants, pursuant to the applicable provisions of the Massachusetts Rules of Federal Procedure, before Barbara M. Montijo, a Registered Professional Reporter and Notary Public within and for the Commonwealth of Massachusetts, at the offices of Brody, Hardoon, Perkins & Kesten, One Exeter Plaza, Boston, Massachusetts, on December 2, 2005, commencing at 10:00 a.m.

DUNN & GOUDREAU
COURT REPORTING SERVICE, INC.
One State Street
Boston, MA   02109
(617) 742-6900

Page 77

1  Q.  You had a video camera set up on the porch?
2  A.  Right.
3  Q.  And it was running?
4  A.  Right.
5  Q.  Was this something that you normally did?
6  A.  Regular, yes.
7  Q.  You did?
8  A.  Yes.
9  Q.  What would you video?
10         THE WITNESS:  What would I video?
11         MR. SILVERFINE:  Yes.
12 A.  I would video the police sitting in front of the
13     house on different occasions.
14 Q.  What would you do with the actual videotapes?
15 A.  I'd keep them.
16 Q.  Where are they now?
17 A.  I have a few of them.  Some have been misplaced.
18 Q.  When you say you have them, you have them at your
19     home?
20 A.  Yes.
21 Q.  How many do you have?
22 A.  I couldn't even give you -- it's a few.
23 Q.  Is it 50?
24 A.  There's a few.  I don't know exactly how many.

1  Q. Is it 50, is it 100?
2  A. Like I said, I don't know exactly how many there are.
3  Q. These are all relating to the police?
4  A. Yes.
5  Q. And they're relating to the Billerica police?
6  A. Right.
7  Q. And your allegations and the Kennedys' allegations
8     that you were being harassed by the police?
9  A. Right.
10 Q. And these are kept at the place you now live with the
11    Kennedys?
12 A. Yes.
13 Q. And approximately how many videotapes are there?
14 A. I couldn't even give you a number.
15 Q. How far back do they date, from when to when?
16 A. I'd say they date back to about, I'd say, '97 or '98
17    maybe.
18 Q. 1997 to the present?
19 A. '98, yeah, to the present.
20 Q. Are they kept in any kind of box or --
21 A. Yeah.
22 Q. Are they labeled at all?
23 A. Yes, all of them are labeled.
24 Q. And what do they say on the labels?

```
1   A.  It just gives the date and the time.
2   Q.  Does it say officer so-and-so?
3   A.  Some do.
4   Q.  Does it list who else was there, Brian or Michelle
5       Kennedy and yourself?
6   A.  Some do, some don't.
7   Q.  Is there an audio component to the video?
8   A.  Some there is, some there is not.
9   Q.  Were these all taken outdoors, the videos?
10  A.  Everything that's been outside, yeah.
11  Q.  Were there videos that you did inside?
12  A.  I videoed from the inside of the house to the
13      outside.
14  Q.  You videoed from the inside of the house to the
15      outside?
16  A.  Right.
17  Q.  Do you also take that video camera in the car
18      sometimes?
19  A.  Yes.
20  Q.  I should ask you, what do you videotape?
21  A.  I videotape the police following us through town.  On
22      a few occasions I've videoed the police pulling us
23      over.  Different incidents like that.
24  Q.  Besides the videotapes, are there separate audio
```

Page 80

1       cassettes of recordings?
2    A. None that I've taken, no.
3    Q. Have any telephone conversation been taped?
4    A. None that I've taken.
5    Q. Have you been aware of any that have been taken?
6    A. No. I'm not aware of any at this time.
7    Q. Have Brian or Michelle Kennedy told you that they've
8       taped conversations?
9    A. I don't believe so.
10   Q. How about, has anyone else videotaped beside
11      yourself?
12   A. Yeah.
13   Q. Who else has videotaped?
14   A. Brian Kennedy has videotaped himself.
15   Q. The tapes that Brian has videotaped, are they kept in
16      the same area that your videotapes are kept?
17   A. Right. They're all kept together.
18   Q. What room is that in?
19   A. I leave them in the basement.
20   Q. In a box, or?
21   A. A safe.
22   Q. And approximately how many are we talking about?
23   A. I couldn't even give you a number.
24   Q. Is it 20, is it 30, is it 40?

Page 81

| | | |
|---|---|---|
| 1 | A. | I couldn't even give you a number, how many there |
| 2 | | are. I'm not sure. |
| 3 | Q. | But at least from 1997 to the present? |
| 4 | A. | Right. |
| 5 | Q. | And the most recent one is what, this past month? |
| 6 | A. | Yeah. |
| 7 | Q. | How long are the videos themselves? |
| 8 | A. | Some are just seconds, others are 15, 20, 30 minutes. |
| 9 | Q. | And who decides what to video? |
| 10 | A. | I usually keep the video camera with me. |
| 11 | Q. | So, you decide, I'm going to start videotaping? |
| 12 | A. | Yes. |
| 13 | Q. | Is there some discussion with anyone before you go |
| 14 | | out videotaping? |
| 15 | A. | No, I just do it. |
| 16 | Q. | When you're in the car with Brian and Michelle with |
| 17 | | the video camera, is there a discussion about when |
| 18 | | you're going to start videotaping -- |
| 19 | A. | No. |
| 20 | Q. | -- on each and every incident? |
| 21 | A. | No. |
| 22 | Q. | How do you know when to start videotaping? |
| 23 | A. | Driving down the street and they pull up behind us. |
| 24 | | different incidents, whatever I feel like. Sometimes |

Page 82

1    I don't.
2  Q. Most recently, my understanding is after a deposition
3     you went to videotape the police parking lot that
4     night for what reason, did you go there?
5  A. I didn't video the police parking lot.
6  Q. You didn't?
7  A. I don't believe so.
8  Q. Have you been to the police parking lot recently,
9     within the last two months?
10 A. I go to the high school.
11 Q. What purpose did you have to videotape anybody at the
12    high school?
13 A. I didn't videotape anybody at the high school.
14 Q. You didn't videotape cars at the high school?
15 A. No, I don't believe so.
16 Q. You're under oath?
17 A. Right.
18 Q. Did anyone you know videotape somebody at the high
19    school or the Billerica Police Department's parking
20    lot?
21 A. No, not that I know of.
22 Q. Anything else you can tell us about the
23    November 9, 2001 incident that you remember?
24 A. Not that I remember at this time.