EXHIBIT

tabbies

B

# Brody, Hardoon, Perkins & Kesten, LLP

### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

December 12, 2005

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re:    Kennedy v. Billerica

Dear Attorney Fischer:

This letter will serve as a request for production of any and all video and audio recordings referenced in the plaintiff's initial disclosure as well as at the deposition of Billy Ashton (ie. that video recordings pertaining to this case are stored at the plaintiffs' home).

If you have any questions please contact us.

Thank you for your courtesy in this matter.

Very truly yours,

Jeremy I. Silverfine

JIS: jj

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

———

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

February 8, 2006

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street, 4th Floor
Boston, MA  02108

Re:    Kennedy v. Billerica

Dear Attorney Fischer:

Pursuant to my previous request, please forward copies of any and all video and audiotapes that your clients have relative to this matter and for which you have previously indicated copies will be made available.  I would like copies of these video and audiotapes prior to any ADR conference that is scheduled.

Thank you for your courtesies.

Very truly yours,

Jeremy I. Silverfine

JIS: hjo

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

———

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

March 28, 2006

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re:     Kennedy v. Billerica

Dear Attorney Fischer:

I am in receipt of you letter dated March 27, 2006 relative to the above-referenced matter. First, with regards to your proposed dates for Mrs. Ashton's continued deposition, I am scheduled for trial for the week of April 10th. I note that April 17th is a holiday. Therefore, kindly forward some other available dates for this deposition. Further, I am informed that Mrs. Ashton did not have an opportunity to be heard and will be seeking a hearing to voice her opposition to any modification to the restraining order.

I would also note that pursuant to Judge Bowler's recent comments during the mediation session that the discovery period has run and you have not requested any time extensions. May I suggest that we jointly request an additional three months to complete all the depositions in this case.

Lastly, this letter will serve as an additional request for production of any and all video and audio recordings referenced in the plaintiff's initial disclosure as well as at the depositions of Billy Ashton and Michelle Kennedy. To date, despite several written requests, we have received none of the video or audio tape recordings identified by your clients.

Very truly yours,

Jeremy I. Silverfine

JIS: jj

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

May 25, 2006

Andrew M. Fischer, Esq.
JASON & FISCHER
47 Winter Street
Boston, MA  02108

Re:   Kennedy v. Billerica

Dear Attorney Fischer:

Pursuant to the Court's verbal order relative to your request on Monday, May 22, 2006, enclosed please find the Billerica Police Departments table of contents for its policies and procedures.

Kindly forward some available dates for the depositions of Brian and Michelle Kennedy (continuation).

This letter will serve as a further request for production of any and all video and audio recordings referenced in the plaintiff's initial disclosure as well as at the depositions of Billy Ashton and Michelle Kennedy. To date, despite several written requests, we have received none of the video or audio tape recordings identified by your clients.

If you have any questions please contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: jj
Enclosure