LAW OFFICES OF
## NICHOLSON, SRETER & GILGUN, P.C.
33 BEDFORD STREET • SUITE 4
LEXINGTON, MASSACHUSETTS 02420

ALBERT J. SRETER
albert.nsgpc@rcn.com

FREDERICK V. GILGUN, JR.
fred.nsgpc@rcn.com

DEAN E. NICHOLSON
OF COUNSEL



June 7, 2006

HAND DELIVERED

Jeremy Silverfine, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Place
Boston, MA 02116

Re:   Brian Kennedy et al v Town of Billerica et al

Dear Attorney Silferfine:

Enclosed please find reproduction of the audio tapes and video tapes identified in Plaintiffs' Automatic Disclosure. There is an additional video tape included herewith which supplements the video tapes previously disclosed.

Very truly yours,

Frederick V. Gilgun, Jr.

FVG/kv

Encs.