EXHIBIT
tabbies
D

Brody, Hardoon, Perkins & Kesten, LLP
Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

June 7, 2006

***By Fax and U.S. Mail***
***(781) 861-7875***
Attorney Fred Gilgun
Nicholson, Sreter & Gilgun
33 Bedford Street, Suite 4
Lexington, MA 02420

Re: Kennedy v. Billerica, et al.

Dear Attorney Gilgun:

Please be advised that I am in receipt of your letter dated June 7, 2006 relative to the above-referenced matter. Your letter states that you have previously produced videotapes to us. This is not so. Additionally, your clients have stated under oath that they had boxes full of videotapes. I have received just 5 videotapes and one audiocassette with your letter today. I request that you produce all the videotapes and audiocassettes relative to this case that your clients have.

If you have any questions please do not hesitate to contact me.

Very truly yours,

Jeremy I. Silverfine

JIS: jj

cc: Andrew M. Fischer, Esq.