F

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO. 04-CV-12357-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN KENNEDY AND MICHELLE Y. KENNEDY,
Individually and as Mother and Next Friend
of BRIAN KENNEDY, Individually and as
Mother and Next Friend of BRIAN KENNEDY JR.,
        Plaintiffs

 -VS-

TOWN OF BILLERICA, DANIEL C. ROSA, JR.,
Individually and as Chief of the Billerica
Police Department, JOHN BARRETTO,
Individually and as former Chief of the
Billerica Police Department, PAUL W.
MATTHEWS, Individually and as former Chief
of the Billerica Police Department, ROBERT
LEE, Individually and as former Deputy Chief
of the Billerica Police Department, THOMAS
CONNORS, FRANK A. MACKENZIE, RICHARD
RHONSTOCK, ROBERT BAILEY, JONN ZARRO,
MARK TSOUKALAS, TARA CONNORS, MARTIN E.
CONWAY, ANDREW DEVITO, RICHRD HOWE, STEVEN
ELMORE, WILLIAM MCNULTY, DONALD MACEACHERN,
MICHAEL A. CASEY, RICHARD NESTOR, ROBERT
BROWN, WILLIAM G. WEST, GREGORY KATZ,
GERALD B. ROCHE, BRIAN MICCICHE, WILLIAM
MCNULTY, SCOTT PARKER, ALAN MUNN, TIMOTHY F.
MCKENNA AND JOHN DOE,
        Defendants

ORIGINAL

- - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF MICHELLE Y. KENNEDY
VOLUME II

        Deposition taken at the law offices of
Brody, Hardoon, Perkins & Kesten, One Exeter
Plaza, 12th Floor, Boston, Massachusetts, on
Wednesday, July 12, 2006, commencing at 11 a.m.

    DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
    ONE STATE STREET, BOSTON, MASSACHUSETTS 02109

Page 124

1    the depositions but certainly within the next

2    couple of days.

3        I also did some inquiry with respect to the

4    videotapes.  And I think the record wasn't clear,

5    if my representation isn't adequate, feel free to

6    inquire further of Mrs. Kennedy, but, in fact, we

7    have produced all the videotapes that we're

8    capable of producing.

9        Mrs. Kennedy informs me that the videotapes

10   that Mr. Ashton took, which may or may not have

11   additional materials relating to this case or to

12   the Kennedys' claims or to taping of involvement

13   with the Billerica Police Department, haven't been

14   produced because she is incapable of reviewing

15   them.

16       They're not standard videotapes as I

17   believed and I suspect you understood.  They're in

18   a -- they were taken on a video camera that they

19   no longer have, and they're not translatable onto

20   standard video cassettes; so that she's unable to

21   look at them, and that's why she gave you the

22   answers that she didn't know what's on them or she

23   didn't know what else she might have.

24       I've asked her to produce them for me, and I

Page 125

1    will make an effort to see if they can be

2    translated or transposed to a format by which we

3    can observe them.  She's reluctant to just turn

4    over the entire videotapes or entire cassettes or

5    whatever they are because they contain a lot of

6    material that's personal and not relevant to the

7    case, and she wouldn't want us to do that until

8    we're able to edit them.

9        My inclination is to -- let me see what I can

10    do in terms of discovering a way that we can look

11    at them.  And, again, I will try and do that

12    perhaps not within the next 24 hours, but it's my

13    intention to do it in that kind of time frame.

14           E-X-A-M-I-N-A-T-I-O-N, Continued

15        BY MR. SILVERFINE:

16  Q    Okay.  Mrs. Kennedy, let's get back to your

17    deposition --

18        MR. FISCHER:  If I can just conclude, all of

19    the videotapes that are in a VCR format that she's

20    able to watch or monitor have been produced.

21        MR. SILVERFINE:  I would note in response to

22    Mr. Fischer's comments that this case has been on

23    and active and a complaint for some time; and my

24    understanding is that even if they're in a