

## JASON AND FISCHER
ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617)423-7904
FAX. (617)451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER
ANDREW J. BRODIE III

**BY FACSIMILE AND U.S. MAIL**

July 27, 2006

Jeremy Silverfine, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Re:   <u>Brian Kennedy, et al v. Town of Billerica, et al</u>

Dear Mr. Silverfine:

You filed a certificate of consultation yesterday indicating that you had consulted with me regarding the motion to compel which you also filed yesterday.

I have no memory of any discussion or other consultation regarding any motion to compel. In fact, I have been working already to obtain some of the items you are seeking in the motion to compel, based upon what came up in the context of Ms. Kennedy's deposition.

For example, Ms. Kennedy mentioned, much to my surprise, at the second day of her deposition on July 12, 2006, that she had additional videotapes. Let me remind you, however, that Ms. Kennedy also explained and I explained to you, that these videotapes were not on standard videocassettes but were in an unusual format from which she could not view them. The video involving her encounters with the defendants were intermingled with video of other things, and Ms. Kennedy did not have the capacity to view the videos in the format in which she had them, or separate the relevant video from videos taken by her sons and other family events. She has brought the video to me and we have paid to have them reformatted. We are now in the process of copying the six or seven relevant pieces of video onto one cassette for you, which I expect back from the video tech people today or Monday.

Ms. Kennedy is also delivering photos to me, which we are compiling despite having received no request from you for any photographs. We are also in the process of obtaining medical records which we will provide to you.

However, you should be reminded that you never made any formal discovery requests. Nor have you ever ask the plaintiffs at all for many of the items whose production you now complain have not been produced in your motion to compel. For example, you have never asked to see any medical records of either Brian Kennedy or Michelle Kennedy. Nor have you ever asked for any photographs from the Kennedys.

I initially wanted to say you never asked for any of Billy Ashton's photographs, either, but upon my review of your June 19, 2006 letter, as attached to your motion to compel, I now realize that you did ask for these photo in that letter. When I received the letter, I overlooked this, as I was focusing on Michelle Kennedy's video and audio tapes which was the big issue. At the time, your focus was an accusation, somewhat tempered in your letter, that we had recorded your copy of an audio tape at the wrong speed. You may recall that I promptly dubbed a second copy of the audio tape and I have heard no complaint since regarding that tape.

With respect to Mr. Ashton's photographs, now that it has been brought to my attention, I will demand them from Mr. Ashton promptly.

Lastly, as you know, most of Ms. Kennedy's notes and notebooks were prepared at the request of Attorney Gilgun, and the plaintiffs have claimed that these notes and notebooks constitute attorney/client communications. Mr. Gilgun is in the process of segregating the notes and notebooks to which plaintiffs claim privilege from the other materials, but he will be on vacation next week. In any event, you are aware of the claim of privilege, something you failed to disclose in your motion and something which you failed to try to work out with me, as Rule 7 requires.

Our suspicion is that your motion has been filed hastily as a response to the pending motions to compel brought by the plaintiffs and in anticipation of a third motion to compel. This is why you neglected to consult with me as required by Local Rule 7. I request that you withdraw your certificate of consultation and your motion, so I need not file a motion to strike for the reasons stated herein. In the meantime, I expect to have for you shortly the completed videocassette, photos and those notes to which no privilege is claimed and remain happy to work with you to provide you with any additional discovery accommodation.

I have been trying to call you yesterday and today, with no success. Please call upon receipt of the fax of this letter.

Yours truly,

Andrew M. Fischer

AMF:cpj

cc:    Frederick V. Gilgun, Jr., Esquire

kennedy\ltsilverfine23