UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************************

BRIAN KENNEDY AND MICHELLE KENNEDY, *
Individually and as father and next friend of *
BRIAN KENNEDY, JR., Individually and as mother *
next friend of BRIAN KENNEDY, JR.. *
                                                            *
        Plaintiffs *
                                                            *
v. * C. A. No. 04-CV-12357-PBS
                                                            *
TOWN OF BILLERICA, et al *
                                                            *
        Defendants *

*******************************************

**MOTION TO WAIVE FILING FEE**

Now come the plaintiffs and move this Honorable Court waive the filing fee for the notice of appeal due to the plaintiff's indigency as indicated on the Affidavit of Indigency, filed herewith, as Exhibit A, indicating that the plaintiffs are not presently employed and are receiving public assistance.

                                                            Respectfully submitted,
                                                            Brian Kennedy, et al
                                                            by their counsel

Date: September 4, 2008                     /s/ Andrew M. Fischer
                                                           Andrew M. Fischer
                                                           BB0# 167040
                                                           JASON & FISCHER
                                                           47 Winter Street
                                                           Boston, MA 02108
                                                           (617) 423-7904
                                                           afischer@jasonandfischer.com

kennedy\mtnwaivefee