UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN KENNEDY et al | \* |
| | \* |
| Plaintiffs | \* |
| | \* |
| v. | \*   C. A. No. 04-CV-12357-PBS |
| | \* |
| TOWN OF BILLERICA, et al | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that the plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the First Circuit from the following:

(1) the Order and Memorandum dated March 26, 2007 to the extent it allowed the defendants' Motion for Summary Judgment; as well as the Order dated April 2, 2007, denying plaintiff's Motion to for Reconsideration of the March 26, 2007 Order;

(2) the Order dated April 2, 2007, denying Plaintiff's Motion in Limine to Exclude any reference as Trial to Drug Use or Drug Sales;

(3) the Order dated April 25, 2007, denying plaintiffs' Motion in Limine to Substitute True Names of John Doe Defendants;

(4)  the Order entered at the close of the evidence on or about April 26, 2007, allowing, in part, the defendants' Motion for a Directed Verdict, especially with respect to claims arising out of the November 8, 2001 incident, generally  referred to as "the Massone Incident" and the dismissal of claims against defendant Casey;

(5) the Jury verdict dated April 30, 2007;

(6) the Order and Memorandum dated August 15, 2007 to t he extent it allowed defendants' Motion for Summary Judgment,

(7) the Order and Memorandum entered on August 21, 2007 on defendants' motion of judgment JNOV or, in the alternative, for a new trial, particularly but not limited to the ruling that there is insufficient evidence to support Mitchell Kennedy's *Monell* claim against the defendant town and the ruling interpreting the jury verdict as attributing all of Mitchell Kennedy's damages to the negligence claim, as well as the Order dated September 24, 2007, denying plaintiffs' Motion for Reconsideration of the August 21, 2007 Order

(8)  the Jury verdict dated October 9, 2007;

(9)  the Judgment and Order dated December 10, 2007,

(10)  the Memorandum and Order dated July 24, 2008, to the extent it allowed defendants' Motion for Judgment NOV, especially the vacating of the jury verdict of October 9, 2007 and the denial of plaintiffs' motion to correct the verdict with respect to the *Monell* claim;

(11) the Memorandum and Order dated July 24, 2008 denying in part plaintiffs' Motion for  Attorneys Fees.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Brian Kennedy, et al<br>by their counsel |
| Date: September 4, 2008 | /s/ Andrew M. Fischer<br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904<br>afischer@jasonandfischer.com |

kennedy\notappeal